**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 30, 2021

**TSR LLC V. WIZARDS OF THE COAST LLC**
Case # 2:21–cv–01705–SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Jury Demand Improperly Indicated**
> Pursuant to Local Civil Rule 38(b) and in accordance with Federal Rule of Civil Procedure 7, the words JURY DEMAND shall be typed in capital letters on the first page immediately below the name of the pleading, to the right of the name of the case. The Clerk has removed the Jury Demand flag as entered by the filer. In order to properly advise the Court of this request, counsel must file a separate Jury Demand by going to **Other Documents** and selecting **Jury Demand**.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file