Hon. S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TSR LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WIZARDS OF THE COAST LLC,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-01705-SKV<br><br>PLAINTIFF'S JURY TRIAL DEMAND |

Pursuant to FRCP 38, Plaintiff TSR LLC demands a jury trial of all issues so triable.

IMMIX LAW GROUP PC

_____
Dayna J. Christian, WSB No. 32459
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: 503-802-5533
Facsimile: 503-802-5351

*Attorneys for Plaintiff, TSR LLC*

Page 1 – PLAINTIFF'S JURY TRIAL DEMAND

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: 503-802-5533
Facsimile: 503-802-5351