UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| TSR LLC, | Case No.: 2:21-cv-1705 |
|---|---|
| Plaintiff, | PLAINTIFF TSR LLC'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| WIZARDS OF THE COAST LLC, | |
| Defendant. | |

TO:   THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff TSR LLC states as follows:

1. TSR LLC is a for-profit limited liability company organized and existing under the laws of the State of Wisconsin and authorized by the North Carolina Secretary of State to conduct business in the State of North Carolina.

2. TSR LLC is not a publicly traded corporation, nor does any corporation own any interests, of any nature or of any type, of TSR LLC.

///

Page 1 – PLAINTIFF TSR LLC'S CORPORATE DISCLOSURE STATEMENT

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: 503-802-5533
Facsimile: 503-802-5351

1   Respectfully submitted this 3rd day of January, 2022.

2                                      IMMIX LAW GROUP PC

3

4                                      _____
                                       Dayna J. Christian, WSB No. 32459
5                                      Immix Law Group PC
                                       400 Winslow Way E. Suite 210
6                                      Bainbridge Island, WA 98110
                                       Phone: (503) 802-5533
7                                      Fax: (503) 802-5351
                                       E-Mail: dayna.christian@immixlaw.com
8

9                                      *Attorneys for Plaintiff, TSR LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – PLAINTIFF TSR LLC'S CORPORATE DISCLOSURE STATEMENT