The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, | |
| Plaintiff, | No. 2:21-cv-01705-SKV |
| v. | |
| WIZARDS OF THE COAST LLC, | NOTICE OF APPEARANCE |
| Defendant. | |

TO: Clerk of the Court

AND TO: All Parties and Counsel of Record

Please take notice that Stuart R. Dunwoody, Lauren Rainwater, and Eric A. Franz of Davis Wright Tremaine LLP hereby appear in the above-entitled action on behalf of Defendant Wizards of the Coast LLC and request that all future papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

///

///

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 1
4890-2869-7608v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 5th day of January, 2022.

        Davis Wright Tremaine LLP
        Attorneys for Defendant
        Wizards of the Coast LLC

By: *s/ Stuart R. Dunwoody*
    Stuart R. Dunwoody, WSBA #13948

By: *s/ Lauren Rainwater*
    Lauren Rainwater, WSBA #43625

By: *s/ Eric A. Franz*
    Eric A. Franz, WSBA #52755

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email:  stuartdunwoody@dwt.com
Email:  laurenrainwater@dwt.com
Email:  ericfranz@dwt.com

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 2
4890-2869-7608v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax