The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TSR LLC,

        Plaintiff,

  v.

WIZARDS OF THE COAST LLC,

        Defendant.

No. 2:21-cv-01705-SKV

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

      Defendant Wizards of the Coast LLC submits this statement pursuant to Fed. R. Civ. P. 7.1.  Wizards of the Coast LLC is a wholly owned subsidiary of Hasbro, Inc., a corporation whose shares are traded publicly on the Nasdaq Stock Exchange.

      DATED this 6th day of January, 2022.

                                   DAVIS WRIGHT TREMAINE LLP
                                   Attorneys for Defendant
                                   Wizards of the Coast LLC

                                   By: *s/ Stuart R. Dunwoody*
                                       Stuart R. Dunwoody, WSBA #13948
                                       Lauren Rainwater, WSBA #43625
                                       Eric A. Franz, WSBA #52755
                                   920 Fifth Avenue, Suite 3300
                                   Seattle, WA  98104-1610
                                   Tel: 206-622-3150 / Fax: 206-757-7700
                                   Email:  stuartdunwoody@dwt.com
                                   Email:  laurenrainwater@dwt.com
                                   Email:  ericfranz@dwt.com

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax