AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __WESTERN DISTRICT OF WASHINGTON SEATTLE DIVISION__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-01705-SKV | DATE FILED<br>12/29/2021 | U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON SEATTLE DIVISION |
|---|---|---|
| PLAINTIFF<br>TSR LLC | | DEFENDANT<br>WIZARDS OF THE COAST LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6457620 | 8/17/2021 | TSR, LLC |
| 2 | 6472675 | 8/31/2021 | TSR, LLC |
| 3 | Pending | 10/25/2020 | TSR, LLC (Serial No. 90276506) |
| 4 | Pending | 8/16/2021 | TSR, LLC (Serial No. 90884176) |
| 5 | Pending | 8/20/2021 | TSR LLC, Justin Lanasa (Serial No. 90893809) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1245487 | 7/12/1983 | TSR Hobbies, Inc. (Cancelled by the USPTO on 4/17/2004) |
| 2 | 1241135 | 6/7/1983 | TSR Hobbies, Inc. (Cancelled by the USPTO on 11/20/1989) |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| The matter is pending before the Western District of Washington. |

| CLERK<br>RAVI SUBRAMANIAN | (BY) DEPUTY CLERK<br>SHERRI TYE | DATE<br>1/6/2022 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy