The Honorable S. Kate Vaughan

1

2

3

4

5

6          UNITED STATES DISTRICT COURT
7      WESTERN DISTRICT OF WASHINGTON
            AT SEATTLE

8  TSR LLC,

9                     Plaintiff,            No. 2:21-cv-01705-SKV

10         v.

11  WIZARDS OF THE COAST LLC,               DEFENDANT'S ANSWER TO
                                            PLAINTIFF'S COMPLAINT FOR
12                    Defendant.            DECLARATORY JUDGMENT
                                            AND COUNTERCLAIM

13                                          JURY TRIAL DEMANDED

14  WIZARDS OF THE COAST LLC,

15                  Counterclaim Plaintiff,

16         v.

17  TSR LLC; JUSTIN LANASA; and DUNGEON
    HOBBY SHOP MUSEUM LLC,
18
                  Counterclaim Defendants.
19

20         For its Answer to the Complaint of TSR LLC, Defendant/Counterclaim Plaintiff Wizards

21  of the Coast LLC ("Wizards") files its Answer to TSR LLC's Complaint, Assertion of Defenses,

22  Counterclaim, and Demand for Trial by Jury, as follows:

23                              **ANSWER**

24                     **I.     THE PARTIES**

25         1.     Upon information and belief, Wizards admits that TSR LLC is a limited liability

26  company organized under the laws of the State of Wisconsin and has registered to do business

27  with the North Carolina Secretary of State's office.  Wizards lacks knowledge or information

DEFENDANT'S ANSWER AND COUNTERCLAIM                    Davis Wright Tremaine LLP
(2:21-cv-01705-SKV) - 1                                    LAW OFFICES
4882-0752-6153v.13 0034412-000045                            Suite 3300
                                                          920 Fifth Avenue
                                                       Seattle, WA  98104-1610
                                                   206.622.3150 main · 206.757.7700 fax

sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

2.      Wizards admits the allegations of this paragraph.

## II.      JURISDICTION AND VENUE

3.      Paragraph 3 calls for a legal conclusion to which no response is required.  To the extent that a response is required, Wizards does not dispute that personal jurisdiction over Wizards in this action is proper.

4.      Paragraph 4 calls for a legal conclusion to which no response is required.  To the extent that a response is required, Wizards does not dispute that this Court has subject matter jurisdiction over TSR LLC's claims in this action.

5.      Paragraph 5 calls for a legal conclusion to which no response is required.  To the extent that a response is required, Wizards does not dispute that venue in this Court is proper.

6.      Wizards admits that it has asserted ownership of certain trademark rights and of copyrights in certain works, including but not limited to the Game Wizards Logo that TSR LLC has registered (US Trademark Registration No. 6472675) ("Game Wizards Logo"); the first Star Frontiers Mark that TSR LLC has applied to register (US Trademark Application No. 90276506) ("1st Star Frontiers Mark"); the TSR Mark that TSR LLC has applied to register (US Trademark Application No. 90884176) ("TSR Word Mark"); and the second Star Frontiers Mark that TSR LLC has applied to register (US Trademark Application No. 90893809) ("2nd Star Frontiers Mark") (together with the 1st Star Frontiers Mark, the "Star Frontiers Marks").  Wizards further admits that it has asserted that TSR LLC's use of certain images and words infringes trademark rights and copyrights owned by Wizards.  TSR LLC's allegation that "[a]n actual case or controversy has arisen between the parties" calls for a legal conclusion to which no response is required.  Wizards denies the remaining allegations of this paragraph.

## III.      FACTS

7.      Wizards restates its Answers to the paragraphs above as if fully set forth herein.

8.      Wizards admits that TSR LLC has filed claims pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 through 2202, and Federal Rule of Civil Procedure

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 2
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

57.  Wizards denies the remaining allegations of this paragraph.

9.     Wizards admits the allegations of this paragraph.

10.    Wizards admits the allegations of this paragraph.

11.    Wizards admits the allegations of this paragraph.

12.    Wizards admits the allegations of this paragraph.

13.    Wizards denies the allegations of this paragraph.

14.    Wizards denies the allegations of this paragraph.

15.    Wizards admits that it did not continue to manufacture some products TSR, Inc. previously sold and distributed through TSR, Inc. between the time Wizards acquired TSR, Inc. and the present.  Wizards denies the remaining allegations of this paragraph.

16.    Wizards admits that it has continued to assert ownership of the TSR Word Mark, the Game Wizards Logo, and the Star Frontiers Marks, and has requested TSR LLC to stop registering, using, and/or promoting these Marks.  Wizards denies the remaining allegations of this paragraph.

17.    Wizards denies the allegations of this paragraph.

18.    Wizards denies the allegations of this paragraph.

19.    Wizards admits that it filed a cancellation proceeding (No. 92078589) on December 6, 2021, with the Trademark Trial and Appeal Board of the United States Patent and Trademark Office ("USPTO"), seeking cancellation of TSR LLC's US trademark registration for the Game Wizards Logo.  Wizards denies the remaining allegations of this paragraph.

20.    Wizards admits that TSR LLC's Complaint seeks a declaration that Wizards does not own copyrights and trademark rights to the Marks, and that Wizards has taken the position that TSR LLC's behavior constitutes trademark and copyright infringement.  Wizards lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

21.    Upon information and belief, Wizards admits that Justin LaNasa purported to have assigned applications to TSR LLC to register a number of trademarks with the USPTO and

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 3
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

that TSR LLC filed the following US trademark applications on or about August 19, 2020: (1) US Trademark Application No. 90124788 ("Lizard Image"); (2) US Trademark Application No. 90124839 (Registration No. 6472675) ("Game Wizards Logo").  Wizards lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

22.     Upon information and belief, Wizards admits that TSR LLC filed a USPTO application to register the 1st Star Frontiers Mark (US Trademark Application No. 90276506) on October 25, 2020.

23.     Wizards admits that it contacted TSR LLC through its counsel via a letter dated June 30, 2021, which letter speaks for itself.  Wizards denies any remaining allegations in this paragraph.

24.     Wizards admits the allegations of this paragraph.

25.     Wizards denies the allegations of this paragraph.

26.     Wizards denies the allegations of this paragraph.

27.     Wizards denies the allegations of this paragraph.

28.     Wizards denies the allegations of this paragraph.

## IV.     FIRST CLAIM FOR RELIEF

**(Declaratory Judgment – Lack of Ownership of Trademarks, 15 U.S.C. § 1051, *et seq.*)**

29.     Wizards restates its Answers to the paragraphs above as if fully set forth herein.

30.     Wizards admits that it has claimed ownership of the Lizard Image, the Game Wizards Logo, the TSR Word Mark, and the Star Frontiers Marks, and has accused TSR LLC of infringing upon its trademark rights in these marks, among others.  Wizards denies the remaining allegations of the paragraph.

31.     Wizards admits that there is an actual, present, and justiciable controversy between TSR LLC and Wizards with respect to the Game Wizards Logo, the TSR Word Mark, and the Star Frontiers Marks.  Wizards denies the remaining allegations of this paragraph.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 4
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

32.     Paragraph 32 contains a request for relief to which no response is required.  To the extent a response is required, Wizards denies that TSR LLC is entitled to the requested relief.

## V.     SECOND CLAIM FOR RELIEF

**(Declaratory Judgment – Lack of Ownership of Copyright, 17 U.S.C. § 501, *et seq.*)**

33.     Wizards restates its Answers to the paragraphs above as if fully set forth herein.

34.     Wizards admits that it has claimed ownership of the copyright in the images used in the Game Wizards Logo and the Lizard Image.  Wizards denies the remaining allegations of this paragraph.

35.     Wizards admits that there is an actual, present, and justiciable controversy between TSR LLC and Wizards with respect to the Game Wizards Logo.  Wizards denies the remaining allegations of this paragraph.

36.     Paragraph 36 contains a request for relief to which no response is required.  To the extent a response is required, Wizards denies that TSR LLC is entitled to the requested relief.

## VI.     RELIEF REQUESTED

The remainder of TSR LLC's Complaint is a prayer for relief to which no response is required.  To the extent a response is required, Wizards denies that TSR LLC is entitled to any of the relief sought.

## <u>AFFIRMATIVE AND OTHER DEFENSES</u>

### FIRST DEFENSE

### (Failure to State a Claim)

TSR LLC's Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

### SECOND DEFENSE

### (Prior Use)

Wizards' use of the Marks and copyrighted works predates any use by TSR LLC, and Wizards' rights are superior to any of TSR LLC's claimed rights in the TSR Word Mark, the Game Wizards Logo, and the Star Frontiers Marks.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 5
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

### THIRD DEFENSE

### (Lack of Trademark Rights and Copyrights)

3

4

5

Plaintiff does not allege that it has, and Plaintiff does not have, trademark or copyright rights in any portion of the TSR Word Mark, the Lizard Image, the Game Wizards Logo, and/or the Star Frontiers Marks.

6

7

### FOURTH DEFENSE

### (Non-Infringement)

8

9

Wizards has not, willfully or otherwise, infringed any trademark rights or copyrights that TSR LLC may have.

10

11

### FIFTH DEFENSE

### (Waiver)

12

13

14

TSR LLC's claims for relief are barred or limited by the doctrine of waiver for failing to properly assert its alleged rights, failing to properly assert its alleged rights in a timely fashion, or for conduct relinquishing its alleged rights.

15

16

### SIXTH DEFENSE

### (Estoppel)

17

TSR LLC's claims for relief are barred or limited by the doctrine of estoppel.

18

19

### SEVENTH DEFENSE

### (Unclean Hands)

20

TSR LLC's claims for relief are barred or limited by the doctrine of unclean hands.

21

### COUNTERCLAIM

22

23

24

1.        Defendant/Counterclaim Plaintiff Wizards of the Coast, LLC ("Wizards") hereby alleges, upon personal information as to itself, and upon information and belief as to all other allegations, as follows:

25

### I.        NATURE OF THE ACTION

26

27

2.        This is a civil action for (1) false designation of origin in violation of the Lanham Act (15 U.S.C. § 1125(a)); (2) cybersquatting in violation of the Lanham Act (15 U.S.C.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 6
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

§ 1125(d)); (3) trademark infringement in violation of the common law of Washington and of the other states of the United States; (4) unfair competition in violation of the North Carolina Deceptive Trade Practices Act (N.C. Gen. State. § 75-1.1 *et seq.*); and (5) violation of the Washington Consumer Protection Act (RCW 19.86.010 *et seq.*).

## II.   THE PARTIES

3.      Wizards is a Delaware limited liability company with its principal place of business at 1600 Lind Avenue Southwest, Renton, Washington 98507.

4.      On information and belief, Counterclaim Defendant TSR LLC is a limited liability company organized under the laws of the State of Wisconsin and is registered to do business with the North Carolina Secretary of State's office.  On information and belief, TSR LLC maintains its principal place of business in North Carolina.

5.      On information and belief, Counterclaim Defendant Dungeon Hobby Shop Museum LLC is a limited liability company organized under the laws of the State of Wisconsin, with its principal place of business in Wisconsin.

6.      On information and belief, Counterclaim Defendant Justin LaNasa is an individual residing in North Carolina, is the organizer, sole manager, and registered agent of TSR LLC, is the organizer of Dungeon Hobby Shop Museum LLC, and is solely or primarily responsible for TSR LLC's and Dungeon Hobby Shop Museum LLC's activities.

## III.   JURISDICTION AND VENUE

7.      This Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1121 over Wizards' claims under the Lanham Act, supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Wizards' state-law claims, and diversity jurisdiction pursuant to 28 U.S.C. § 1332 over all of Wizards' claims.

8.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(2)-(3), as Counterclaim Defendants committed tortious acts in this District; a substantial part of the events giving rise to the claims occurred here; and a substantial part of the property that is the subject of the action is situated here.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 7
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

### IV.    BACKGROUND

**A.    The Former TSR, Inc.'s Intellectual Property Rights Relating to "TSR," Dungeons & Dragons, and Star Frontiers**

9.    TSR, Inc. was the original publisher of the highly popular Dungeons & Dragons tabletop role-playing game.  TSR, Inc. restructured into TSR Hobbies, Inc. in 1975.  In 1983, TSR Hobbies, Inc. split into four independent businesses, with game publishing and development continuing as TSR, Inc.

10.    In addition to Dungeons & Dragons, TSR, Inc. owned the rights to, produced, advertised, and sold several other product lines, including Star Frontiers products.

11.    TSR, Inc. owned intellectual property rights, including but not limited to intellectual property rights relating to the name "TSR" and its Dungeons & Dragons and Star Frontiers products, among many others.

12.    Among the several marks TSR, Inc. placed on its products throughout its history, including its Dungeons & Dragons and Star Frontiers products, are the following marks:



*Figure 1 - The Game Wizards Logo*



*Figure 2 - Slanted TSR Logo*



*Figure 3 - Dragon TSR Logo*

13.    Counterclaim Defendant TSR LLC, formed in 2020, is not a successor-in-interest to TSR, Inc., and did not purchase or otherwise obtain from TSR, Inc. any of its registered or unregistered intellectual property rights.

14.    The Game Wizards Logo, represented in Figure 1 above, is the same or substantially the same as the mark (a) TSR LLC has registered (US Trademark Registration No. 6472675), (b) for which TSR LLC seeks a declaratory judgment that Wizards does not own the

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 8
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

mark, and (c) which is the subject of Wizards' Trademark Trial and Appeals Board cancellation proceeding against TSR LLC (No. 92078589).

15.     Wizards also owns the trade dress in the designs used on goods that it sells in connection with the above trademarks.

**B.     Wizards' 1997 Acquisition of TSR, Inc. and Its Intellectual Property**

16.     Wizards purchased TSR, Inc. via a stock purchase in 1997 and is TSR, Inc.'s successor-in-interest.

17.     Wizards' acquisition of TSR, Inc. included TSR, Inc.'s intellectual property rights, including its trade names, trademarks, and service marks.  TSR, Inc.'s intellectual property at the time of the sale included, but was not limited to, intellectual property rights relating to the name "TSR," the Dungeons & Dragons line of products, and the Star Frontiers line of products, among others—including but not limited to the word and design marks represented in Figures 1-3 above.

18.     In addition, on or about May 30, 1997, TSR, Inc. formally assigned all of its US trademark registrations to Wizards, and that assignment was recorded with the USPTO on December 6, 2000.  *See* **Exhibit A**.

19.     The trademarks that Wizards acquired from TSR, Inc., including trade dress rights, are collectively referred to as "Wizards' Marks."

20.     Although some of the registrations of Wizards' Marks were not renewed, Wizards continued using the marks in commerce.

**C.     Wizards' Sales of Dungeons & Dragons Products Bearing Wizards' Marks**

21.     Wizards has produced, advertised, and sold Dungeons & Dragons products continuously since acquiring TSR, Inc.  Dungeons & Dragons is one of Wizards' most prominent and well-recognized brands.

22.     Wizards owns trademarks associated with its Dungeons & Dragons products, and diligently protects them.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 9
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

23.     In addition to creating and producing new and updated Dungeons & Dragons products, Wizards has maintained continuous use of Wizards' Marks by producing, advertising, and selling older editions of Dungeons & Dragons through OneBookshelf on its DriveThruRPG[1] and DM's Guild websites since at least as early as 2013.[2]  Wizards has also licensed its TSR and Dungeons & Dragons IP to OneBookshelf to sell fan-created content using this IP.  The product listings for Wizards' Dungeons & Dragons products on DriveThruRPG and the DM's Guild prominently identify Wizards as the publisher.  Below are screenshots of four of these products.



Available at  https://www.drivethrurpg.com/product/110274/DD-Basic-Set-Rulebook-B-X-ed-Basic?filters=45323_0_0_0_0.

---

[1] https://www.drivethrurpg.com/browse.php?keywords=&filters=45323_0_0_0_0&x=0&y=0&author=&artist=&pfrom=&pto=

[2] https://www.dmsguild.com/

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



Available at   https://www.dmsguild.com/product/16966/DD-Monster--Treasure-Assortment-Sets-One-to-Three?src=hottest_filtered&filters=45471

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 11
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



Available at https://www.dmsguild.com/product/17068/T14-Temple-of-Elemental-Evil-1e?src=hottest_filtered&filters=45471_0_0_0_0

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 12
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax





Available at https://www.drivethrurpg.com/product/17448/Monstrous-Arcana-The-Illithiad-2e?filters=45323_0_0_0_0

24.    Prior to selling Dungeons & Dragons products through OneBookshelf, Wizards sold Dungeons & Dragons products bearing Wizards' Marks during the time between Wizards' acquisition of TSR, Inc. and the launch of Dungeons & Dragons Third Edition in 2000.

**D.    Wizards' Sales of Star Frontiers Products Bearing Wizards' Marks**

25.    Wizards has also maintained continuous use of Wizards' Marks by producing, advertising, and selling older editions of Star Frontiers, currently through OneBookshelf's

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 13
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DriveThruRPG[3] and DM's Guild websites since 2013.[4]  Wizards has also licensed its TSR and

2  Star Frontiers IP to OneBookshelf to sell fan-created content using this IP.  The product listings

3  for Wizards' Star Frontiers products prominently identify Wizards as the publisher.  Below is a

4  screenshot of one of these products.



Available at https://www.drivethrurpg.com/product/226710/Star-Frontiers-Alpha-Dawn

[3] https://www.drivethrurpg.com/browse/pub/44/Wizards-of-the-Coast/subcategory/29173/Star-Frontiers
[4] https://www.dmsguild.com/

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 14
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**E.      Counterclaim Defendants' Claimed "Reboot" of "TSR" and Star Frontiers**

26.      On information and belief, Counterclaim Defendant LaNasa organized and registered Counterclaim Defendant TSR LLC with the Wisconsin Secretary of State's Office on or about September 23, 2020.  LaNasa is the organizer, sole manager, and registered agent of TSR LLC.  LaNasa registered TSR LLC to do business in North Carolina on or about November 30, 2021.

27.      In 2020, Counterclaim Defendants began to publicly associate themselves with the prior TSR, Inc., and claim ownership of the prior TSR, Inc.'s intellectual property relating to Wizards' Marks and the Star Frontiers brand.  On information and belief, during all relevant periods, Counterclaim Defendants knew, and still know, that Wizards owned and continuously used Wizards' Marks in commerce, *inter alia*, through the sale of older-edition Dungeons & Dragons and Star Frontiers products.

28.      LaNasa and TSR LLC own, operate, and maintain a website at the domain tsr-hobbies.com, a domain name that infringes Wizards' intellectual property rights in the TSR name, and which is designed to cause confusion in the marketplace, including by falsely associating TSR LLC with the former TSR, Inc.

29.      The landing page at https://tsr-hobbies.com/ identifies LaNasa as the "CEO."  The same landing page prominently displays the Game Wizards Logo, the same logo that appears on many classic Dungeons & Dragons products, which are still offered for sale by Wizards:



30.      Counterclaim Defendants have publicly offered for sale licenses to use Wizards' Marks, as early as October 2020:

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13



14        31.    On information and belief, on or about December 10, 2021, Counterclaim

15  Defendant LaNasa registered Counterclaim Defendant Dungeon Hobby Shop Museum LLC as a

16  business with the Wisconsin Secretary of State's Office.  LaNasa has publicly stated that he runs

17  the Dungeon Hobby Shop Museum and has described it in at least one public interview as a "for-

18  profit" museum.  The Dungeon Hobby Shop Museum's website states that its location is 723

19  Williams Street, Lake Geneva, Wisconsin 53147, United States, the same address TSR LLC

20  represented as its principal office to the Wisconsin Secretary of State's Office.

21        32.    Dungeon Hobby Shop Museum LLC has a website located at tsrmuseum.com, a

22  domain name that infringes Wizards' Marks.   On information and belief, Counterclaim

23  Defendants intentionally chose this domain name to cause consumer confusion and to convince

24  consumers that TSR LLC owns Wizards' Marks, when it in fact does not.

25        33.    The Dungeon Hobby Shop Museum website contains an online store

26  (https://tsrmuseum.com/online-store) that offers for sale a range of products bearing several of

27  Wizards' Marks.  Below are screenshots of six of these products.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 16
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



**A single-sided shirt bearing the Game Wizards Logo:**

Available at https://tsrmuseum.com/online-store/ols/products/wizardmoon-t-shirt-single-sided (last visited March 4, 2022).

**A double-sided shirt bearing the Game Wizards Logo:**

Available at https://tsrmuseum.com/online-store/ols/products/wizardmoon (last visited March 4, 2022).

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 17
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



**"TSR Dice":**

Available at https://tsrmuseum.com/online-store/ols/products/tsr-dice (last visited March 4, 2022).

**"TSR Dice" bearing the Game Wizards Logo:**

Available at https://tsrmuseum.com/online-store/ols/products/tsr-dice-wizard-beard-logo (last visited March 4, 2022).

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 18
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**A sticker stating that the Dungeon Hobby Shop is "home of the original Dungeons & Dragons":**



Available at  https://tsrmuseum.com/online-store/ols/products/dhs-sticker (last visited March 4, 2022).

**A Star Frontiers "Reboot" book bearing the Game Wizards Logo:**



Available at https://tsrmuseum.com/online-store/ols/products/star-frontiers-new-genesis-role-playing-game-rebooted (last visited March 4, 2022).

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

34.     TSR LLC's website, tsr-hobbies.com, includes a prominent "Order Here!" button that links directly to https://tsrmuseum.com/online-store.  It also includes images, descriptions, and prices that match several individual items that are offered for sale at https://tsrmuseum.com/online-store.

35.     LaNasa and TSR LLC own, operate, and maintain a website to fundraise for their legal challenges against Wizards, located at https://www.indiegogo.com/projects/support-tsr-against-wizards-of-the-coast#/ (last visited March 4, 2022).  The website prominently displays Wizards' marks, including the Game Wizards Logo.  TSR LLC promises that those who donate will receive products or memberships from the Dungeon Hobby Shop Museum.

36.     Counterclaim Defendants frequently promote their infringing products bearing Wizards' Marks via their websites, social media accounts, online forums, and in written and video interviews, including with influential figures in the gaming community.

37.     The Dungeon Hobby Shop Museum's website is replete with statements and images designed to cause confusion in the marketplace and to persuade viewers that TSR LLC is the successor-in-interest to TSR, Inc., when it is not, and that TSR LLC owns intellectual property rights in Wizards' Marks, which it does not.

   a.  On the "About Us" section of the website, the text "About Us" is followed immediately by the header "TSR (In the Beginning)" and a description of the origins of the prior TSR, Inc.  This statement, placed online by Counterclaim Defendants TSR LLC, LaNasa, and/or Dungeon Hobby Shop Museum LLC, is intentionally aimed to cause confusion in the marketplace by falsely associating Counterclaim Defendants with the prior TSR, Inc.

   b.  The footer of the landing page states:  "The products contained on these pages include images, trademarks, artwork and other materials owned and produced by TSR LLC and are not produced, endorsed or sponsored by or affiliated in any way with Wizards of the Coast, LLC or Hasbro, Inc.," when in fact several of the marks used in commerce on the website are owned and used in commerce by Wizards.

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 20
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

c.  The website contains a "TSR History" page that contains images and descriptions of Wizards' Marks and describes the date ranges in which those marks were used by TSR, Inc.  This statement, placed online by Counterclaim Defendants TSR LLC, LaNasa, and/or Dungeon Hobby Shop Museum LLC, is intended to cause confusion in the marketplace by falsely associating TSR LLC with the prior TSR, Inc.

38.  Counterclaim Defendants publicly claimed ownership of "Star Frontiers" and advertised that they were producing a "reboot" of Star Frontiers, including on TSR LLC's Twitter account, next to an image of a classic Star Frontiers product bearing Wizards' Marks that Wizards currently sells via OneBookshelf.

39.  On or about January 31, 2022, Counterclaim Defendants posted on at least two social media accounts an image purporting to be a stack of printed "Star Frontiers" books, and promising that all who register for "TSR CON," a forthcoming March 2022 event, will "get a free hardcopy of the game."  Counterclaim Defendants placed the same image on the Dungeon Hobby Shop Museum's product page for its "Star Frontiers New Genesis Role Playing Game (Rebooted)."

40.  Counterclaim Defendants have admitted that they lack certain rights in Star Frontiers products.  In a public interview, LaNasa stated:  "We can't come out with the old IP, and that kind of limits us to having to reboot the game in a new fashion."[5]

41.  On information and belief, Counterclaim Defendants intend to cause and have caused further confusion by producing and placing into commerce products bearing Wizards' Marks that are aimed to be used with, to mimic the design and imagery of, and to be compatible with, Dungeons & Dragons products.  LaNasa has admitted publicly that TSR LLC will be "coming out with a bunch of, mainly, first edition stuff … things that are compatible with first edition," referring to Dungeons & Dragons First Edition.[6]  LaNasa further admitted:  "No, we

---

[5] https://youtu.be/R8kvKaqeZzw?t=4774 (last visited March 4, 2022).
[6] https://youtu.be/R8kvKaqeZzw?t=2302 (last visited March 4, 2022).

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

can't use the name 'Advanced Dungeons & Dragons,' but yes we can use the framework, and yes we can use 'first edition.' It's out there, it's the platform. We just can't … we just can't name it, but we can come close."[7]

42.     Counterclaim Defendants frequently promote their infringing products bearing Wizards' Marks via their websites, social media accounts, online forums, and in written and video interviews, including with influential figures in the gaming community.

43.     Counterclaim Defendants' promotion and sale of their infringing products and false and misleading statements about their "reboot" of "TSR" and Star Frontiers have caused and continue to cause confusion among consumers, many of whom are misled into believing that TSR LLC is in fact a successor-in-interest to TSR, Inc.

**F.      TSR LLC's Applications to Register Wizards' Marks With—and False Statements To—the USPTO**

44.     In total, TSR LLC has filed at least eight trademark applications to register marks associated with Wizards' TSR, Inc.-related intellectual property:

| Mark | Application Number and Status |
|---|---|
| TSR | 90884176 - Live |
| TSR THE GAME WIZARDS (word and design) (the Game Wizards Logo) | 90124839 – Live, Registered (Registration No. 6472675) |
| TSR (word and design – TSR Angled Logo) | 90124287 - Dead |
| TSR (word and design – TSR Dragon Logo) | 90148524 - Dead |
| Wizard Man Logo (design) | 90148334 - Dead |
| BLACKMOOR | 90276510 - Dead |
| STAR FRONTIERS | 90276506 - Live |
| STAR FRONTIERS | 90893809 - Live |

45.     As part of each application, LaNasa submitted signed and sworn declarations to the USPTO that "[t]o the best of the signatory's knowledge and belief, no other persons, except,

---

[7] https://youtu.be/R8kvKaqeZzw?t=2302 (last visited March 4, 2022).

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

if applicable, concurrent users, have the right to use the mark in commerce, either in identical form or in such near resemblance as to be likely, when used or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive."  This statement was false in each of LaNasa's declarations, as Counterclaim Defendants and LaNasa knew at the time of each statement that Wizards was using the marks in commerce, had been using the marks in commerce prior to Counterclaim Defendants' first use of the marks in commerce, and that Wizards had the rights to use the marks in commerce.

46.    On or about August 19, 2020, LaNasa purported to assign the rights to the Game Wizards Logo to TSR LLC, which TSR LLC has registered as a mark with the USPTO (Registration No. 6472675).   Wizards has instituted a cancellation proceeding with the Trademark Trial and Appeals Board, a proceeding that has been suspended during the pendency of the present litigation in this Court.

47.    TSR LLC admits in its Complaint that Wizards has informed TSR LLC (via a June 2021 letter) that Wizards has continuously used Wizards' Marks in commerce, at least as early as June 30, 2021, and provided links to online stores selling these products.  Yet in the same Complaint, TSR LLC alleges without a good-faith basis that Wizards has not used Wizards' Marks in interstate commerce, and that it "[s]topped selling products bearing any of the Marks at Issue in or around 1997 or never produced products bearing the Marks at Issue at all."

48.    Even after receiving Wizards' June 2021 letter, in August 2021 TSR LLC filed two additional applications with the USPTO to register word marks for "TSR" and "Star Frontiers."  Once again, along with these applications, LaNasa submitted false statements in his declarations that "[t]o the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in identical form or in such near resemblance as to be likely, when used or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive."

49.    Wizards has recently filed applications to register several of Wizards' Marks, which are currently pending before the USPTO, including the Dragon TSR Logo (US Trademark

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 23
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Application No. 97281306); the Game Wizards Logo (US Trademark Application No. 97281302); the TSR Block Letter Logo (US Trademark Application No. 97260484); and the TSR Word Mark (US Trademark Application No. 97260477).

## V.     FIRST CAUSE OF ACTION

### FALSE DESIGNATION OF ORIGIN IN VIOLATION OF THE LANHAM ACT

50.     Wizards re-alleges and incorporates by reference each of the paragraphs above and below as if fully set forth herein.

51.     Counterclaim Defendants' use of Wizards' Marks, and of trademarks confusingly similar thereto, violates Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because that use is likely to cause confusion and mistake as to the origin, sponsorship, or approval of products offered and promoted by Counterclaim Defendants, including as to whether those products originate from or are sponsored or approved by Wizards or by TSR Inc., to which Wizards is a successor-in-interest.

52.     Counterclaim Defendants' use of Wizards' Marks, and trademarks confusingly similar thereto, has been deliberate and willful, and with actual knowledge of Wizards' rights in Wizards' Marks.

53.     Wizards has no adequate remedy at law, and if Counterclaim Defendants' wrongful use of Wizards' Marks is not enjoined, Wizards will suffer irreparable harm and injury to its goodwill and reputation.

## VI.     SECOND CAUSE OF ACTION

### CYBERSQUATTING IN VIOLATION OF THE LANHAM ACT

54.     Wizards re-alleges and incorporates by reference each of the paragraphs above and below as if fully set forth herein.

55.     Counterclaim Defendants' registration and use of domain names, including but not limited to tsr-hobbies.com and tsrmuseum.com, violates Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), because these domain names are confusingly similar to Wizards' Marks,

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 24
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

and because Counterclaim Defendants' registration and use of the domains has been done with a bad-faith intent to profit from Wizards' Marks.

56.     Wizards has no adequate remedy at law, and if Counterclaim Defendants' wrongful use of Wizards' Marks is not enjoined, Wizards will suffer irreparable harm and injury to its goodwill and reputation.

## VII.   THIRD CAUSE OF ACTION

## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

57.     Wizards re-alleges and incorporates by reference each of the paragraphs above and below as if fully set forth herein.

58.     Counterclaim Defendants' use of Wizards' Marks, and of trademarks confusingly similar thereto, is likely to cause confusion, mistake, and deception among the public as to an association or affiliation between Counterclaim Defendants' products and Wizards, and falsely suggest that Counterclaim Defendants have a connection with Wizards or with the prior TSR, Inc., to which Wizards is a successor-in-interest.  This constitutes trademark infringement and unfair competition in violation of the common law of Washington and of the other states of the United States.

59.     By their above conduct, Counterclaim Defendants have deceived and harmed the public, and inflicted irreparable injury upon Wizards for which it has no adequate remedy at law, unless Counterclaim Defendants are restrained and enjoined by this Court from further infringement.

## VIII.   FOURTH CAUSE OF ACTION

## VIOLATION OF THE NORTH CAROLINA DECEPTIVE TRADE PRACTICES ACT

### (N.C. Gen. Stat. § 75-1.1 *et seq.*)

60.     Wizards re-alleges and incorporates by reference each of the paragraphs above and below as if fully set forth herein.

61.     The conduct described above of Counterclaim Defendants, competitors or potential competitors of Wizards, constitutes an unfair method of competition and an unfair or

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 25
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

deceptive act or practice in or affecting commerce in violation of N.C. Gen. Stat. § 75-1.1 that has injured Wizards in its business or property.

62.     Wizards accordingly brings this action pursuant to N.C. Gen. Stat. § 75-16 to enjoin further violations of N.C. Gen. Stat. § 75-1.1, and to recover actual damages sustained by it, in addition to treble damages, costs, and attorneys' fees.

## IX.     FIFTH CAUSE OF ACTION

## VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT

### (RCW 19.86.010 *et seq.*)

63.     Wizards re-alleges and incorporates by reference each of the paragraphs above and below as if fully set forth herein.

64.     Counterclaim Defendants' conduct as described above constitutes an unfair method of competition and an unfair or deceptive act or practice in the conduct of trade or commerce in violation of RCW 19.86.020 that has injured Wizards in its business or property.

65.     Wizards accordingly brings this action pursuant to RCW 19.86.090 to enjoin further violations of RCW 19.86.020, and to recover actual damages sustained by it, to be trebled not to exceed $25,000, together with costs and attorneys' fees.

### PRAYER FOR RELIEF

**WHEREFORE**, Wizards prays for Judgment against Counterclaim Defendants as follows:

A.     That the Court enter judgment in Wizards' favor on all claims brought by Wizards;

B.     That the Court enter an order pursuant to 15 U.S.C. § 1116 impounding all infringing products bearing Wizards' marks or that otherwise infringe Wizards' intellectual property, and any related materials, including business records, in Counterclaim Defendants' possession or under their control;

C.     That the Court enter an order requiring any domain name registries, registrars, and website holding companies that hold, list, or host one or more domain names or websites that

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 26
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

(1) are associated with Counterclaim Defendants' infringement of Wizards' intellectual property, *inter alia*, via infringing domain names that include the name "TSR," and/or (2) are owned, operated, or controlled by any Counterclaim Defendant and that have displayed one or more Wizards trademarks, infringed Wizards' IP, or otherwise created false association with Wizards product(s), to:

       i.    take down the infringing websites;

      ii.    disable any infringing domain names; and

     iii.    transfer the infringing domain names to Wizards' ownership and control, including *inter alia*, by changing the registrar of record to a registrar of Wizards' choosing.

D.    That the Court enter an order requiring Counterclaim Defendants to provide Wizards a full and complete accounting of all amounts due and owing to Wizards as a result of Counterclaim Defendants' unlawful activities;

E.    That Counterclaim Defendants be required to pay all actual damages that Wizards has sustained or will sustain as a consequence of Counterclaim Defendants' unlawful acts, together with statutory damages to the extent allowable, and that such damages be enhanced, doubled, or trebled as allowed by law;

F.    That Counterclaim Defendants be required to pay the costs of this action and Wizards' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117 or otherwise allowed by law;

G.    That the Court enter an order requiring that identified financial institutions restrain and transfer to Wizards all amounts arising from Counterclaim Defendants' unlawful infringement as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

//

//

//

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 27
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   H.   That the Court grant Wizards such other, further, and additional relied as the

2  Court deems just and equitable.

3   DATED this 4th day of March, 2022.

4   DAVIS WRIGHT TREMAINE LLP
   Attorneys for Defendant
5   Wizards of the Coast LLC

6   By: *s/ Lauren Rainwater*

7   Stuart R. Dunwoody, WSBA #13948
   Lauren Rainwater, WSBA #43625
8   Eric A. Franz, WSBA #52755
   920 Fifth Avenue, Suite 3300
9   Seattle, WA  98104-1610
   Tel: 206-622-3150 / Fax: 206-757-7700
10   Email:  stuartdunwoody@dwt.com
   Email:  laurenrainwater@dwt.com
11   Email:  ericfranz@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT'S ANSWER AND COUNTERCLAIM
(2:21-cv-01705-SKV) - 28
4882-0752-6153v.13 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A



101568484

12-06-2000
nt & TMOfc/TM Mail Rcpt Dt. #70

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

12·06·00

# RECORDATION FORM COVER SHEET
## TRADEMARKS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

## Submission Type

[X] New

[ ] Resubmission **(Non-Recordation)**
Document ID #

[ ] Correction of PTO Error
Reel #          Frame #

[ ] Corrective Document
Reel #          Frame #

## Conveyance Type

[ ] Assignment          [ ] License

[ ] Security Agreement  [ ] Nunc Pro Tunc Assignment

[ ] Merger              **Effective Date**
                        Month Day Year
                        05/30/ 1997

[ ] Change of Name

[X] Other   Stock Purchase Agreement

## Conveying Party

[ ] Mark if additional names of conveying parties attached
Execution Date
Month Day Year
05/30/1997

Name   TSR, Inc.

Formerly   TSR Hobbies, Inc.                    1809352

[ ] Individual [ ] General Partnership [ ] Limited Partnership [X] Corporation [ ] Association

[ ] Other

[ ] Citizenship/State of Incorporation/Organization   Wisconsin

## Receiving Party

[ ] Mark if additional names of receiving parties attached

Name   Wizards of the Coast, Inc.

DBA/AKA/TA

Composed of

Address (line 1)   1801 Lind Avenue SW

Address (line 2)

Address (line 3)   Renton          Washington          98057
                   City            State/Country       Zip Code

[ ] Individual [ ] General Partnership [ ] Limited Partnership

[X] Corporation [ ] Association

[ ] Other

If document is to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative should be attached. *(Designation must be a separate document from Assignment.)*

[ ] Citizenship/State of Incorporation/Organization   Washington

## FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.
Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

**TRADEMARK
REEL: 002199 FRAME: 0091**

FORM PTO-1618B
Expires 06/30/99
OMB 0651-0027

**Page 2**

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

## Domestic Representative Name and Address          Enter for the first Receiving Party only.

**Name**

**Address** (line 1)

**Address** (line 2)

**Address** (line 3)

**Address** (line 4)

## Correspondent Name and Address    Area Code and Telephone Number   `425-204-7322`

**Name**          `Wizards of the Coast, Inc. c/o Brian E. Lewis`

**Address** (line 1)   `1801 Lind Avenue SW`

**Address** (line 2)   `Renton, Washington 98057`

**Address** (line 3)

**Address** (line 4)

| Pages | Enter the total number of pages of the attached conveyance document including any attachments. | # `3` |
|---|---|---|

## Trademark Application Number(s) or Registration  Number(s)   `X`  Mark if additional numbers attached

*Enter either the Trademark Application Number or the Registration Number (DO NOT ENTER BOTH numbers for the same property).*

| Trademark  Application Number(s) | | | Registration  Number(s) | | |
|---|---|---|---|---|---|
| | | | `See` | `Exhibit A` | |
| | | | | | |
| | | | | | |

| Number of Properties | Enter the total number of properties involved. | # `140` |
|---|---|---|

## Fee Amount          Fee Amount for Properties Listed  (37 CFR 3.41):    $ `3,515`

Method of Payment:     Enclosed ☐     Deposit Account ☒

**Deposit Account**
(Enter for payment by deposit account or if additional fees can be charged to the account.)
Deposit Account Number:   # `500632`

Authorization to charge additional fees:    Yes ☒   No ☐

## Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.  Charges to deposit account are authorized, as indicated herein.*

| Brian E. Lewis | | December 6 ,2000 |
|---|---|---|
| **Name of Person Signing** | **Signature** | **Date Signed** |

# Exhibit A

## TSR's Registrations

|  | Mark | Registration Date | Registration Number |
|---|---|---|---|
| 1 | A LINE IN THE SAND | 12/7/93 | 1809352 |
| 2 | AD&D | 5/3/94 | 1834317 |
| 3 | AD&D | 3/13/84 | 1270004 |
| 4 | AD&D | 3/13/84 | 1269770 |
| 5 | AD&D | 6/29/93 | 1779034 |
| 6 | AD&D | 6/15/82 | 1198296 |
| 7 | ADVANCED D&D | 9/15/81 | 1169252 |
| 8 | ADVANCED DUNGEONS & DRAGONS | 7/17/84 | 1285709 |
| 9 | ADVANCED DUNGEONS & DRAGONS | 1/31/84 | 1265718 |
| 10 | ADVANCED DUNGEONS & DRAGONS | 6/15/82 | 1198098 |
| 11 | ADVANCED DUNGEONS & DRAGONS | 3/29/83 | 1233069 |
| 12 | ADVANCED DUNGEONS & DRAGONS | 8/3/82 | 1203675 |
| 13 | ADVANCED DUNGEONS & DRAGONS | 4/10/84 | 1273686 |
| 14 | ADVANCED DUNGEONS & DRAGONS | 4/7/81 | 1150407 |
| 15 | ADVENTUREVISION | 6/28/94 | 1842454 |
| 16 | ALTERNITY | 11/4/97 | 2111365 |
| 17 | AMAZING | 1/31/84 | 1265719 |
| 18 | AMAZING ENGINE | 1/4/94 | 1815467 |
| 19 | ARCANE AGE | 2/18/97 | 2039419 |
| 20 | ARCANE AGE | 3/11/97 | 2044695 |
| 21 | BATTLESYSTEM | 6/20/95 | 1900335 |
| 22 | BATTLESYSTEM | 6/22/93 | 1777993 |
| 23 | BIRTHRIGHT | 12/17/96 | 2024403 |
| 24 | BIRTHRIGHT | 12/31/96 | 2027587 |
| 25 | BIRTHRIGHT | 4/9/96 | 1967454 |
| 26 | BLACKMOOR | 10/6/87 | 1460043 |
| 27 | BLOOD WARS | 8/20/96 | 1995763 |
| 28 | BOOT HILL | 9/21/82 | 1209895 |
| 29 | BUGHUNTERS | 1/25/94 | 1818520 |
| 30 | CARDMASTER | 6/28/94 | 1842442 |
| 31 | CHAINMAIL | 8/5/97 | 2085748 |
| 32 | CHAINMAIL | 2/17/98 | 2137539 |
| 33 | D&D | 9/26/95 | 1922824 |
| 34 | D&D | 6/29/93 | 1779033 |
| 35 | DARK SUN | 4/20/93 | 1765844 |
| 36 | DARK SUN | 2/23/93 | 1754045 |
| 37 | DARK SUN | 7/5/94 | 1843734 |
| 38 | DESCENT TO UNDERMOUNTAIN | 11/17/98 | 2204244 |
| 39 | Design only: Lady of Pain Logo | 4/16/96 | 1968343 |
| 40 | Design only: Lady of Pain Logo | 11/14/95 | 1935621 |
| 41 | DOUBLE DIAMOND TRIANGLE SAGA | 5/26/98 | 2160997 |
| 42 | DRAGON | 3/29/83 | 1232720 |
| 43 | DRAGON | 6/20/95 | 1901305 |
| 44 | DRAGON DICE | 11/11/97 | 2112625 |
| 45 | DRAGON DICE | 7/13/82 | 1201299 |
| 46 | DRAGON KNIGHTS | 7/2/96 | 1984434 |
| 47 | DRAGON MASTER | 1/18/94 | 1817492 |

TRADEMARK
REEL: 002199 FRAME: 0093

| | Mark | Registration Date | Registration Number |
|---|---|---|---|
| 48 | DRAGON MOUNTAIN | 4/23/96 | 1970145 |
| 49 | DRAGON MOUNTAIN | 6/21/94 | 1841414 |
| 50 | DRAGON QUEST | 11/9/93 | 1803052 |
| 51 | DRAGON QUEST | 6/8/93 | 1775345 |
| 52 | DRAGON SLAYER | 2/22/94 | 1823828 |
| 53 | DRAGON STRIKE | 8/16/94 | 1850372 |
| 54 | DRAGON STRIKE | 11/23/93 | 1806237 |
| 55 | DRAGON STRIKE | 8/9/94 | 1849638 |
| 56 | DRAGON STRIKE | 7/19/94 | 1846210 |
| 57 | DRAGON STRIKE | 6/28/94 | 1842270 |
| 58 | DRAGON'S CROWN | 5/3/94 | 1833928 |
| 59 | DRAGONBYTE | 1/28/97 | 2034302 |
| 60 | DRAGONLANCE | 4/13/93 | 1764036 |
| 61 | DRAGONLANCE | 5/14/85 | 1335455 |
| 62 | DRAGONLANCE | 12/15/92 | 1740009 |
| 63 | DRAGONLANCE | 2/11/86 | 1382312 |
| 64 | DRAGONQUEST | 4/5/83 | 1233507 |
| 65 | DUNGEON | 1/25/94 | 1818526 |
| 66 | DUNGEON! | 4/7/81 | 1150534 |
| 67 | DUNGEON | 2/16/88 | 1476795 |
| 68 | DUNGEON CRAWL | 3/11/97 | 2045134 |
| 69 | DUNGEON MASTER DECKS | 8/30/94 | 1852005 |
| 70 | DUNGEON MASTER | 1/4/94 | 1815460 |
| 71 | DUNGEONS & DRAGONS | 4/30/96 | 1971578 |
| 72 | DUNGEONS & DRAGONS | 1/18/94 | 1817440 |
| 73 | DUNGEONS & DRAGONS | 6/11/96 | 1979945 |
| 74 | DUNGEONS & DRAGONS | 7/6/93 | 1780021 |
| 75 | DUNGEONS & DRAGONS | 7/5/94 | 1843735 |
| 76 | DUNGEONS & DRAGONS | 6/6/78 | 1092786 |
| 77 | DUNGEONS & DRAGONS | 8/25/81 | 1166670 |
| 78 | DUNGEONS & DRAGONS | 6/6/78 | 1092828 |
| 79 | DUNGEONS & DRAGONS | 5/21/85 | 1337235 |
| 80 | DUNGEONS & DRAGONS | 8/3/82 | 1203674 |
| 81 | ENDLESS QUEST | 8/2/83 | 1247056 |
| 82 | FANTASTIC ADVENTURES | 9/5/95 | 1917265 |
| 83 | FANTASY FOREST | 1/24/84 | 1265120 |
| 84 | FANTASY…TAKEN TO THE EDGE | 1/16/96 | 1948642 |
| 85 | FIEND FOLIO | 7/27/82 | 1202698 |
| 86 | FIFTH AGE | 4/8/97 | 2051621 |
| 87 | FIFTH AGE | 3/11/97 | 2045133 |
| 88 | FIRST QUEST | 5/6/97 | 2059689 |
| 89 | FIRST QUEST | 12/26/95 | 1943700 |
| 90 | FORGOTTEN REALMS | 11/17/92 | 1733322 |
| 91 | FORGOTTEN REALMS | 11/20/90 | 1623650 |
| 92 | GAMMA WORLD | 9/14/82 | 1208721 |
| 93 | GAMMA WORLD | 6/20/95 | 1901201 |
| 94 | GC (and design) | 11/27/79 | 1127075 |
| 95 | GEN CON | 11/27/79 | 1127076 |
| 96 | GEN CON GAME FAIR  (and design) | 5/14/96 | 1973625 |
| 97 | GLANTRI | 2/20/96 | 1958068 |
| 98 | GREYHAWK | 8/7/90 | 1609213 |
| 99 | GREYHAWK | 11/17/87 | 1465456 |

| | Mark | Registration Date | Registration Number |
|---|---|---|---|
| 100 | HIGH ADVENTURE | 5/10/94 | 1836287 |
| 101 | HOLLOW WORLD | 12/24/91 | 1669570 |
| 102 | HYPERREALITY | 7/18/95 | 1906645 |
| 103 | KARAMEIKOS | 8/8/95 | 1910246 |
| 104 | MAGITECH | 12/27/94 | 1870662 |
| 105 | MAIL ORDER HOBBY SHOP  (and design) | 11/1/94 | 1861276 |
| 106 | MENZOBERRANZAN | 12/19/95 | 1942997 |
| 107 | MENZOBERRANZAN | 12/26/95 | 1944294 |
| 108 | MONSTROUS ARCANA | 3/11/97 | 2045108 |
| 109 | MONSTROUS COMPENDIUM | 6/22/93 | 1777865 |
| 110 | MYSTARA | 8/8/95 | 1910027 |
| 111 | MYSTARA | 1/17/95 | 1874751 |
| 112 | ODYSSEY | 10/28/97 | 2109642 |
| 113 | ONE-ON-ONE | 2/28/95 | 1881539 |
| 114 | PLANE SCAPE (and design) | 4/8/97 | 2050753 |
| 115 | PLANESCAPE | 7/9/96 | 1985052 |
| 116 | PLANESCAPE (and design) | 5/19/98 | 2158135 |
| 117 | PLAYER'S OPTION | 3/25/97 | 2048220 |
| 118 | POLYHEDRON | 4/23/91 | 1642074 |
| 119 | RAVENLOFT | 5/26/92 | 1689153 |
| 120 | RAVENLOFT | 12/13/94 | 1867707 |
| 121 | RAVENLOFT | 7/27/93 | 1784102 |
| 122 | RED DRAGON OF KRYNN | 2/15/94 | 1821483 |
| 123 | RED STEEL | 4/18/95 | 1890602 |
| 124 | REVOLT ON ANTARES | 3/16/82 | 1192218 |
| 125 | RPGA | 9/8/92 | 1714490 |
| 126 | RPGA NETWORK (and design) | 4/30/91 | 1643109 |
| 127 | SAGA | 3/16/82 | 1192219 |
| 128 | SPELLFIRE | 8/29/95 | 1915195 |
| 129 | SPELLJAMMER | 4/28/92 | 1684531 |
| 130 | STAR DRIVE | 11/3/98 | 2201755 |
| 131 | STAR FRONTIERS | 7/12/83 | 1245487 |
| 132 | THE DRAGON'S DEN | 12/14/93 | 1810906 |
| 133 | THEY'VE INVADED PLEASANTVILLE | 3/2/82 | 1191264 |
| 134 | TOMES | 3/18/97 | 2046668 |
| 135 | TOP SECRET | 8/25/81 | 1166669 |
| 136 | TSR | 3/31/92 | 1681176 |
| 137 | TSR (and design) | 6/18/96 | 1980554 |
| 138 | TSR, INC. (and design) | 11/2/93 | 1802041 |
| 139 | WILDSPACE | 5/28/96 | 1977020 |
| 140 | WILDSPACE | 6/18/96 | 1981337 |

# STOCK PURCHASE AGREEMENT

This Stock Purchase Agreement (this "Agreement") is made and entered into as of May 30, 1997 by and among Wizards of the Coast, Inc., a Washington corporation ("Wizards"), Lorraine Williams ("Williams") and Willard Martens ("Martens"), who are shareholders of the Company (collectively, the "Shareholders").

## RECITALS

A.     Williams and Martens own 2,000 shares and 475 shares, respectively, of Common Stock of TSR Inc., a Wisconsin corporation (the "Company") (the "Shares"). The Shares constitute 99.3% of the outstanding Common Stock of the Company (the "Company Common Stock").

B.     The Company, the Shareholders and Wizards believe it advisable and in their respective best interests for Wizards to purchase the Shares from the Shareholders pursuant to the terms and subject to the conditions set forth herein.

C.     It is the intention of the parties hereto that, upon consummation of the purchase and sale of the Shares pursuant to this Agreement, Wizards shall own all of the capital stock of the Company owned by the Shareholders.

## AGREEMENT

In consideration of the terms hereof, the parties hereto agree as follows:

## ARTICLE I - PURCHASE AND SALE OF STOCK

### 1.1     Sale and Purchase

Subject to the terms and conditions set forth in this Agreement, Wizards agrees to purchase the Shares from the Shareholders on the Closing Date (as defined below) and the Shareholders agree to sell, assign, transfer and deliver the Shares to Wizards on the Closing Date. The certificates representing the Shares shall be duly endorsed in blank, or accompanied by stock powers duly executed in blank, by the Shareholders transferring the same to Wizards with all necessary transfer tax and other revenue stamps affixed and canceled. Each Shareholder agrees to cure any deficiencies with respect to the endorsement of the certificates representing the Shares owned by the Shareholders or with respect to the stock power accompanying any such certificates.

TRADEMARK
REEL: 002199 FRAME: 0096

IN WITNESS WHEREOF, the parties hereto have entered into and signed this Agreement as of the date and year first above written.

WIZARDS OF THE COAST, INC.

By: _____

Name: Peter D. Adkison, CEO

SHAREHOLDERS:

_____

Name: Lorraine Williams

_____

Name: Willard Martens

STOCK PURCHASE AGREEMENT
[23652-0011/SB971350.129]

TRADEMARK
REEL: 002199 FRAME: 0097

IN WITNESS WHEREOF, the parties hereto have entered into and signed this Agreement as of the date and year first above written.

WIZARDS OF THE COAST, INC.

By: _____
     Name: _____

SHAREHOLDERS:

_____
Name:  Lorraine Williams

_____
Name:  Willard Martens

RECORDED: 12/06/2000

TRADEMARK
REEL: 002199 FRAME: 0098