The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, <br><br> Plaintiff, <br><br> v. <br><br> WIZARDS OF THE COAST LLC, <br><br> Defendant. <br><br> WIZARDS OF THE COAST LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, <br><br> Counterclaim Defendants. | No. 2:21-cv-01705-SKV <br><br> NOTICE OF APPEARANCE |

TO:   Clerk of the Court;

AND TO:   All Parties and Counsel of Record.

PLEASE TAKE NOTICE that Rose McCarty of Davis Wright Tremaine LLP hereby appears as counsel for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC. All further papers and pleadings, except original process, shall be served upon the undersigned at the address below stated.

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 8th day of September, 2022.

                               Davis Wright Tremaine LLP
                               Appearing Attorney for Wizards of the Coast LLC

                               By *s/ Rose McCarty*
                                 Rose McCarty, WSBA No. 54282
                                 920 Fifth Avenue, Suite 3300
                                 Seattle, WA  98104-1610
                                 Telephone: (206) 622-3150
                                 Fax: (206) 757-7700
                                 Email: rosemccarty@dwt.com

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax