The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>WIZARDS OF THE COAST LLC,<br><br>        Defendant. | No. 2:21-cv-01705-SKV<br><br>[PROPOSED] ORDER GRANTING COUNTERCLAIM PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| WIZARDS OF THE COAST LLC,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>        Counterclaim Defendants. | |

ORDER GRANTING PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the Motion for a Preliminary Injunction ("Motion") of Wizard of the Coast LLC ("Wizards" or "Counterclaim Plaintiff"). The Court has considered Counterclaim Plaintiff's Motion and governing law, and the opposition papers of TSR LLC, Justin Lanasa, and Dungeon Hobby Shop Museum LLC ("Counterclaim Defendants"). Accordingly, it is hereby ORDERED:

1. Counterclaim Plaintiff's Motion is GRANTED.

2. Wizards has demonstrated that it is entitled to immediate injunctive relief by establishing: (a) it is likely to succeed on the merits of its claims, (b) it will suffer irreparable injury absent the injunctive relief sought, (c) the balance of hardships weighs in Wizards' favor, and (d) the public interest favors granting injunctive relief.

3. With respect to likelihood of success on the merits, Wizards has demonstrated that it is likely to succeed in showing:

   a. Wizards owns enforceable trademark rights in the "Star Frontiers" and "TSR" marks ("Marks") because Wizards used the Marks in connection with role playing games before Counterclaim Defendants began using their marks, and Wizards has continued to use the Marks in commerce in connection with those goods; and

   b. Counterclaim Defendants have created a likelihood of confusion by using marks that are confusingly similar to the Marks in commerce in connection with role playing games.

4. Counterclaim Defendants' use of the Marks in connection with Counterclaim Defendants' Star Frontiers New Genesis product has caused immediate and irreparable injury to Wizards' reputation with prospective and current customers, goodwill, and other intangible assets, and will continue to cause such harm if injunctive relief is not granted.

5. The harm Wizards will suffer as a result of Counterclaim Defendants' actions if the requested injunctive relief is denied outweighs any harm to Counterclaim Defendants' legitimate interests that will result from granting such relief.

ORDER GRANTING PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

6. It is in the public interest to protect the Marks and enjoin unauthorized distribution of products in connection with marks that are confusingly similar to Wizards' Marks.

7. The following persons who receive actual notice of this Preliminary Injunction by personal service or otherwise are bound and restrained by it: (a) TSR LLC, Justin Lanasa, and Dungeon Hobby Shop Museum LLC ; (b) agents, servants, employees, and attorneys of TSR LLC, Justin Lanasa, or Dungeon Hobby Shop Museum LLC, and (c) other persons who are in active concert or participation with anyone described in (a) or (b).

8. The persons described in Paragraph 7 above are hereby RESTRAINED from infringing Counterclaim Plaintiff's Star Frontiers and TSR trademarks by selling, promoting, advertising, marketing, offering, or distributing any iteration of the Star Frontiers New Genesis product.

9. This Preliminary Injunction shall remain in effect for the pendency of this litigation, unless otherwise dissolved by the Court.

IT IS SO ORDERED

DATED this _____ day of _____, 2022.

_____
S. Kate Vaughan
UNITED STATES MAGISTRATE JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
Wizards of the Coast LLC

By: *s/ Lauren Rainwater*
    Stuart R. Dunwoody, WSBA #13948
    Lauren Rainwater, WSBA #43625
    MaryAnn T. Almeida, WSBA #49086
    Eric A. Franz, WSBA #52755
    Rose McCarty, WSBA #54282
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Tel: 206-622-3150 / Fax: 206-757-7700
    Email:  stuartdunwoody@dwt.com
    Email:  laurenrainwater@dwt.com

ORDER GRANTING PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   Email: maryannalmeida@dwt.com
    Email: ericfranz@dwt.com
    Email: rosemccarty@dwt.com

ORDER GRANTING PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax