1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

TSR LLC,

Plaintiff,

11

v.

12

WIZARDS OF THE COAST LLC,

13

Defendant.

14

15

16

WIZARDS OF THE COAST LLC,

17

Counterclaim Plaintiff,

18

v.

19

TSR LLC; JUSTIN LANASA; and DUNGEON
HOBBY SHOP MUSEUM LLC,

20

21

Counterclaim
Defendants.

22

No. 2:21-cv-01705-SKV

DECLARATION OF LAUREN
RAINWATER IN SUPPORT OF
WIZARDS OF THE COAST
LLC'S MOTION FOR A
PRELIMINARY INJUNCTION

23       I, Lauren Rainwater, declare as follows:

24       1.       I am a partner at Davis Wright Tremaine LLP and counsel for Wizards of the

25  Coast LLC in this litigation.  This declaration is made in support of the Motion for Preliminary

26  Injunction.  I am over the age of 18 and competent to make this declaration, and I do so on the

27  basis of personal knowledge.

DECLARATION OF
LAUREN RAINWATER – 1

2.      Counterclaim Defendants claim to own trademark rights in the terms Star Frontier and TSR (collectively, "Marks").

3.      According to the United States Patent and Trademark Office, TSR LLC has applied to register the following as trademarks:  (a) on October 25, 2020 TSR LLC applied to register STAR FRONTIERS for role playing games and related goods on an intent-to-use basis, without claiming a date of first use; (b) on August 16, 2021, TSR LLC applied to register TSR for role playing games and related goods, initially on an intent-to-use basis and later amended the application to claim a date of first use of April 2021; and (c) on August 24, 2021, TSR LLC applied to register the STAR FRONTIERS for additional goods, on an intent-to-use basis, without claiming a date of first use.  Attached as **Exhibit A** is a true and correct copy of the trademark applications for each mark.

4.      On August 31, 2021, the United States Patent and Trademark Office issued U.S. Trademark Registration No. 6,472,675 for the following trademark in connection with role playing games and related goods:



Wizards filed a petition with the Trademark Trial and Appeal Board of the United States Patent and Trademark Office to cancel U.S. Trademark Registration No. 6,472,675.  Proceedings on that petition to cancel have been stayed pending the outcome of this action.

5.      In public interviews that were previously available on YouTube but have been made private since the Counterclaim was filed, Counterclaim Defendant Justin LaNasa says:

- "We can't come out with the old IP, and that kind of limits us to having to reboot the game in a new fashion."

- TSR LLC will be "coming out with a bunch of, mainly, first edition stuff . . . things that are compatible with first edition (referring to Dungeons & Dragons First Edition)."

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

- Counterclaim Defendants "can't use the name 'Advanced Dungeons & Dragons'" they would "come close."

6.     In the early days of this litigation, it appeared that TSR LLC was not publishing game content with the Marks at issue:  the website of Counterclaim Defendant Dungeon Hobby Shop Museum LLC (the "Museum") offered t-shirts, dice, and stickers with the Marks for sale, but there were no active listings for game products using the Marks.

7.     The Museum website listed (and continues to list) a Star Frontiers role playing game, called Star Frontiers New Genesis using the Marks, but it was listed as out of stock.  Below is a screenshot from the website:



8.     This image of the Star Frontiers New Genesis cover includes the phrase "The Science Fiction Classic Returns."  Below is an expanded view of this portion of the cover:



DECLARATION OF
LAUREN RAINWATER – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

9.      Counterclaim Defendants also advertised this product on multiple social media channels.  Attached as **Exhibit B** are true and correct copies of these advertisements.

10.     In July 2022, gaming publications began covering a "play test" release of Star Frontiers New Genesis—essentially a preview copy that TSR LLC had distributed to players who were interested in trying the game.  Upon this release, the gaming press reported the Star Frontiers New Genesis product included racist and transphobic content.  Attached as **Exhibit C** is a true and correct example of media coverage for this product.

11.     Social media accounts also reported on the racist and transphobic content in the Star Frontiers New Genesis product.  Attached as **Exhibit D** is a true and correct copy of social media coverage for this product.

12.     On September 7, 2022, Donald Semora of Wizard Tower Games LLC, who previously designed games for TSR LLC, produced in response to a subpoena a copy of the Star Frontiers New Genesis "play test" release.  Attached as **Exhibit E** are excerpts of that game.

13.     On multiple online forums, consumer have expressed confusion about whether Star Frontiers New Genesis is part of the Star Frontier franchise that Wizards owns and distributes.  Examples of this confusion can be seen in the three screenshots below:



Available    at   https://www.enworld.org/threads/does-tsr3-have-nazi-connections.688528/page-3#posts

DECLARATION OF
LAUREN RAINWATER – 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19



20   Available at https://www.reddit.com/r/starfrontiers/comments/w3wp81/star_frontiers_new_

21   genesis_leaks_reveals_overt/

22

23

24

25

26

27

DECLARATION OF
LAUREN RAINWATER – 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14

Available at https://www.reddit.com/r/rpg/comments/w3txdt/star_frontiers_new_genesis_

leaks_reveals_overt/

    I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

    DATED this 8th day of September, 2022.


                    *s/ Lauren Rainwater*
                    Lauren Rainwater

15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF
LAUREN RAINWATER – 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90276506 | FILING DATE | 10/25/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FOSDICK, GEOFFREY A | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/26/2021 |
| PUB DATE | 04/27/2021 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 03/25/2021 |
| LITERAL MARK ELEMENT | STAR FRONTIERS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | STAR FRONTIERS |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | TSR LLC |
| --- | --- |
| ADDRESS | 723 Williams Street<br>Lake Geneva, WI 53147 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Wisconsin |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 016 |
| --- | --- |
| DESCRIPTION TEXT | Role playing game equipment in the nature of game book manuals |

| INTERNATIONAL CLASS | 028 |
| --- | --- |
| DESCRIPTION TEXT | Dice; Dice games; Equipment sold as a unit for playing role playing games; Equipment sold as a unit for playing parlor games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 03/25/2021 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 03/25/2021 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 03/25/2021 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 03/25/2021 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 03/25/2021 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 03/25/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 12/15/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/28/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Russell D. Nugent |
| --- | --- |
| CORRESPONDENCE ADDRESS | RUSSELL D. NUGENT<br>THE HUMPHRIES LAW FIRM, P.C.<br>1904 EASTWOOD DRIVE STE 310A<br>WILMINGTON, NC 28403 |
| DOMESTIC REPRESENTATIVE | NONE |

# STAR FRONTIERS

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90884176 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | TSR |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | TSR LLC |
| **MAILING ADDRESS** | 723 WILLIAMS ST |
| **CITY** | LAKE GENEVA |
| **STATE** | North Carolina |
| **ZIP/POSTAL CODE** | 53147 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | TSR LLC |
| **MAILING ADDRESS** | 723 WILLIAMS ST |
| **CITY** | LAKE GENEVA |
| **STATE** | Wisconsin |
| **ZIP/POSTAL CODE** | 53147 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | RUSSELL D. NUGENT |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY** | contact@humphriesfirm.law; russell@humphriesfirm.law |

| | |
|---|---|
| COPIES) | |
| DOCKET/REFERENCE NUMBER | 4043-TSR 2 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Russell D. Nugent |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | russell@kinglawonline.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@humphriesfirm.law; russell@humphriesfirm.law |
| DOCKET/REFERENCE NUMBER | 4043-TSR 2 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 016 |
| CURRENT IDENTIFICATION | Role playing game equipment in the nature of printed game book manuals |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 04/00/2021 |
| FIRST USE IN COMMERCE DATE | 04/00/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2 \AAU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2 \AAU0003.JPG |
| SPECIMEN DESCRIPTION | image of one of the Applicant's game manuals featuring the mark on the front cover |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 028 |
| CURRENT IDENTIFICATION | Dice; Dice games; Equipment sold as a unit for playing PARLOUR AND RPG GAMES games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 04/13/2021 |
| FIRST USE IN COMMERCE DATE | 04/13/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2 \AAU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2 \AAU0005.JPG |
| SPECIMEN DESCRIPTION | image of one of the Applicant's dice sets featuring the mark on the label |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 2 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 200 |

| TOTAL AMOUNT | 200 |
|---|---|
| **SIGNATURE SECTION** | |
| ORIGINAL PDF FILE | hw_65191234170-103315788__.SIGNED_AFFIDAVTI_FOR_AAU_FOR_SECOND_TSR_APP_-_TB F.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2\AAU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2\AAU0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2\AAU0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2\AAU0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\841\90884176\xml2\AAU0010.JPG |
| SIGNATORY'S NAME | Juatin Lanasa |
| SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 910-352-5015 |
| SIGNATURE METHOD | Handwritten |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Sep 13 10:38:50 ET 2021 |
| TEAS STAMP | USPTO/AAU-XX.XXX.XXX.XXX-20210913103850864566-90884176-78137ae946588eec3be3ce5ae904c56b513eb5f483d4efefed4204d3eb4c-CC-38471069-20210913103315788828 |

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** TSR(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90884176/large)
**SERIAL NUMBER:** 90884176

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** TSR LLC, having an address of
   723 WILLIAMS ST
   LAKE GENEVA, North Carolina 53147
   United States
   Email: XXXX
**Proposed:** TSR LLC, having an address of
   723 WILLIAMS ST
   LAKE GENEVA, Wisconsin 53147
   United States
   Phone:
   Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 016:
Current identification: Role playing game equipment in the nature of printed game book manuals

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/00/2021, and first used in commerce at least as early as 04/00/2021, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) image of one of the Applicant's game manuals featuring the mark on the front cover.
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided

For International Class 028:
Current identification: Dice; Dice games; Equipment sold as a unit for playing PARLOUR AND RPG GAMES games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/13/2021, and first used in commerce at least as early as 04/13/2021, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) image of one of the Applicant's dice sets featuring the mark on the label.
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
RUSSELL D. NUGENT
PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

The docket/reference number is 4043-TSR 2.

**Correspondence Information (proposed):**
Russell D. Nugent
PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

The docket/reference number is 4043-TSR 2.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

**Declaration**

**Original PDF file:**
hw_65191234170-103315788_._SIGNED_AFFIDAVTI_FOR_AA U_FOR_SECOND_TSR_APP_-_TB F.pdf
**Converted PDF file(s)** (5 pages)
Signature File1
Signature File2
Signature File3
Signature File4
Signature File5

Signatory's Name: Juatin Lanasa
Signatory's Position: Principal
Signatory's Phone: 910-352-5015
Signature method: Handwritten

PAYMENT: 90884176
PAYMENT DATE: 09/13/2021

Serial Number: 90884176
Internet Transmission Date: Mon Sep 13 10:38:50 ET 2021
TEAS Stamp: USPTO/AAU-XX.XXX.XXX.XXX-202109131038508
64566-90884176-78137ae946588eec3be3ce5ae
904c56b513eb5f483d4efefed4204d3eb4c-CC-3
8471069-20210913103315788828





## DUNGEON HOBBY SHOP MUSEUM

HOME/STREAMING    HISTORY        CONTACT US    ONLINE STORE

### TALES & TOTS GAME BOOK 1ST EDITION (TSR)

$12.00

Quantity

1

**ADD TO CART**

Tales & Tots Game Book 1st Edition (TSR)
Game Book  22 pg
Do you want your children to stop playing with electronic tablets and pads?
Do you want to see them get off the consul video game systems?
Well this is your answer Tale & Tots and interactive role playing game for you and your children for ages 2+ two or more players.
Produced by TSR of Lake Geneva WI

You May Also Like



TSR Logo

Home of the Original Dungeon Hobby Shop

HOME/STREAMING    HISTORY

**DUNGEON HOBBY SHOP MUSEUM**

CONTACT US    ONLINE STORE

◀ All Products

## TSR DICE

$4.00

Color

-- Select --

Quantity

1

ADD TO CART

TSR Dice  Logo Polyhedral dice 7    (Image is not on dice just for packaging )

You May Also Like



(https://www.uspto.gov)

About Us (https://www.uspto.gov/about-us)      Jobs (https://www.uspto.gov/jobs)

Contact Us (https://www.uspto.gov/about-us/contact-us)      Logout

# Trademark Electronic Application System

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Amendment to Allege Use (15 U.S.C. Section 1051(c))

### Handwritten Signature

## To the Commissioner for Trademarks:

**MARK:** TSR(Standard Characters, see below )

# TSR

**SERIAL NUMBER:** 90884176

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** TSR LLC, having an address of
    723 WILLIAMS ST
    LAKE GENEVA, North Carolina 53147
    United States
    Email: har*******@yahoo.com
**Proposed:** TSR LLC, having an address of
    723 WILLIAMS ST
    LAKE GENEVA, Wisconsin 53147
    United States
    Phone:
    Email: har*******@yahoo.com

The owner is submitting the following allegation of use information:

For International Class 016:
Current identification: Role playing game equipment in the nature of printed game book manuals

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/00/2021, and first used in commerce at least as early as 04/00/2021, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) image of one of the Applicant's game manuals featuring the mark on the front cover.
Specimen-1 [SPN0-65191234170-20210826 144938510539_._tnttsr.jpg ]
Specimen-2 [SPN0-65191234170-20210826 144938510539_._Screenshot _2021-08-26_145537.jpg ]

Webpage URL: None Provided
Webpage Date of Access: None Provided

For International Class 028:
Current identification: Dice; Dice games; Equipment sold as a unit for playing PARLOUR AND RPG GAMES games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/13/2021, and first used in commerce at least as early as 04/13/2021, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) image of one of the Applicant's dice sets featuring the mark on the label.
Specimen-1 [SPN1-65191234170-20210826 144938510539_._Screenshot _2021-08-26_145222.jpg ]
Specimen-2 [SPN1-65191234170-20210826 144938510539_._tsrdice.jpg ]

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
    RUSSELL D. NUGENT
    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law
**Correspondence Information (proposed):**
    Russell D. Nugent
    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

The docket/reference number is 4043-TSR 2.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

**Declaration**

Read the following statements before signing. Acknowledge the statements by signing below.

- The signatory believes that the applicant is the owner of the mark sought to be registered. **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

Signature:

Signatory's Name: Justin Lanasa

Signatory's Position: Principal

Date Signed: Aug 8/26/21

Signatory's Phone: 910-352-5015

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Back

Privacy Act Statement (https://www.uspto.gov/trademarks-application-process/filing-online/teas-and-teasi-paperwork-reduction-act-burden#TEAS-Privacy-Act-Statement) | TEAS Form Burden Statement (https://www.uspto.gov/trademarks/teas/pra.jsp#heading-1) | Bug Report/Feedback (https://www.uspto.gov/trademarks-application-process/filing-online/bug-report ) | TEAS Home (https://www.uspto.gov/trademarks-application-process/filing-online)

(https://www.uspto.gov/)

BROWSE BY TOPIC

ABOUT THIS SITE

USPTO BACKGROUND

FEDERAL GOVERNMENT

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90893809 | FILING DATE | 08/20/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | TM ATTORNEY NOT ASSIGNED | L.O. ASSIGNED | NONE |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/12/2021 |
| PUB DATE | N/A |
| STATUS | 630-NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER |
| STATUS DATE | 08/24/2021 |
| LITERAL MARK ELEMENT | STAR FRONTIERS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | STAR FRONTIERS |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | TSR LLC |
|---|---|
| ADDRESS | 723 WILLIAMS STREET<br>LAKE GENEVA, WI 53147 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Wisconsin |
| COMPOSED OF | Justin Lanasa, US Citizen, Sole member and manager |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | Card games; Playing card game accessories, namely, playing card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; Playing cards and card games; Trading card games |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/26/2021 | TAEA | I | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 004 |
| 08/26/2021 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 10/07/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/24/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Russell D. Nugent |
|---|---|
| CORRESPONDENCE ADDRESS | RUSSELL D. NUGENT<br>THE HUMPHRIES LAW FIRM, P.C.<br>1904 EASTWOOD DRIVE STE 310A<br>WILMINGTON, NC 28403 |
| DOMESTIC REPRESENTATIVE | NONE |

# STAR FRONTIERS

# EXHIBIT B

**Dungeon Hobby Shop Museum** is in **Lake Geneva, Wisconsin**.

January 15 · 🌐

Coming soon! Star Frontiers New Genesis!!



 48

9 Comments  6 Shares

**Dungeon Hobby Shop Museum**

January 31 · 🌐

Who's ready to play Star-frontiers NG at TSR CON . All whom register get a a free hardcopy of the game !!



👍❤️ 74

26 Comments  3 Shares

 **TSR**
@Tactical_SRules

&bull;&bull;&bull;

TSR-Hobbies has to thank whoever reported us to Star Citizen for DCMA infringement. Thank you again for opening up a dialog with Star Citizen for future collaboration's on sci-fi projects.

![STAR FRONTIERS® NEW GENESIS™ — WAR IS COMING TO THE FRONTIER! A NEW ENEMY IS ALMOST HERE. SAVE THE UNITED CONFEDERATION OF PLANET SYSTEMS.]

# EXHIBIT C



# TSR's Star Frontiers New Genesis Playtest Contains Racist Content

July 21, 2022    |    By:  Tyler Chancey

TSR LLC is still moving forward with creating TTRPGs. The third incarnation of the tabletop company has recently released playtest material for the sci-fi RPG, *Star Frontiers New Genesis*. Putting aside the fact that Wizards of the Coast owns the rights to *Star Frontiers,* as revealed in a **string of lawsuits** between the two companies, the playtest material contains deeply disturbing material, including white supremacist neo-nazi ideology.

Please note that the content below has quotes from the leaked playtest material. As such, a content warning is in effect for racist, homophobic, transphobic, and anti-semitic content, as well as additional material of a discriminatory nature. Read at your own discretion.

## What Hateful Material is in The Star Frontiers New Genesis Playtest?

The playtest material for *Star Frontiers New Genesis* was leaked by the twitter account NoHateInGaming. In **a twitter thread**, NoHateInGaming provided screenshots of various excerpts from the playtest material, highlighting some of the most offensive material in the RPG. This information is based on information provided by TTRPG YouTuber Tenkar's Tavern, who read through the material in two **dedicated videos**. That material contains the following:

- Descriptions of the Ulfar character race. These include Negro, a Subrace described as, "tall, thick bodied, dark skinned even purple dark, brown-eyed race with large strength, average intelligence.", with a maximum intelligence of 9. This is in comparison to the Nordic Ulfar, described as a "Tall, blonde, blue-eyed race with exceptional attributes and powers", with a minimum stat anywhere of 13. This is blatantly racist and mired in nazi eugenics as well as the neo-nazi **appropriation of Norse** symbols and names.
- In a section about playable races, Subraces are explained further. It states that Subraces, "include the people created in a laboratory, such as the plant-based people. Other subraces have appeared naturally. Or with Humans, you can be African, Asain, Mexican, etc." This expressly describes African, Asian, and Mexican people as a lesser form of humanity." Once again, this is blatantly racist and plays into nazi eugenics.
- In a section about roleplaying your character, it asks if you, "are a SJW warrior pushing your values on others," denigrating outspoken liberal-leaning progressives.
- Stating that "races in SFNG are not unlike races in the real world. Some are better at certain things than others, and some races are superior than others." This perpetuates more racist ideology.

- The Core Rules explaining Theology, the ability to understand religious organizations and hierarchies, describes "the practices of secret cults such as the Masons," echoing far-right [conspiracy theories], as well as explicitly calling BLM and Antifa "radical things."
- When explaining a character's Looks stat, it states that a character with a Looks stat of 0 is seen as unbearably hideous. It states, "a good example of this is would be large noses or narrow noses, large lips or thin lips, oval eyes. The player can have a lot of fun with this aspect. Be creative." These descriptions are in line with negative stereotypes of Jewish people, Black people, and Asian people.
- In player race options, Gender options are "Male/Female no bonuses, and no Trans." Furthermore, there is red text attributed to one of the writers asking, "should we make a trans type race? Maybe 'transbots?'" Not only is this erasure of transgender people, but it also blatantly "others" those who identify as transgender.

Image Credit: TSR, No Hate In Gaming

## Who Was The Designer Behind The Star Frontiers New Genesis Playtest?

The lead writers of *Star Frontiers New Genesis* are TSR LLC's CEO Justin LaNasa and Dave Johnson. In addition to LaNasa's noted history of seeing more progressive initiatives by Wizards of the Coast as [being slanderous] towards his company,  Johnson is notorious online for being a loud, consistent source of hate speech across his various social media platforms. In addition to posting various bigoted memes and ideas (racism, homophobia, transphobia, anti-semitism, ableism, etc.) he is also obsessed with Antifa. He even claims at one point to have "infiltrated their ranks" despite the fact that Antifa is recognized more [as an ideology] meant to call out and stop authoritarian actions by people in power than a formal organization. All of Johnson's offending tweets have been compiled here on the [No Hate In Gaming] blog.

At the time of writing, we checked on Johnson's official social media platforms for any kind of response or commentary about the leaked *Star Frontiers New Genesis* playtest. While we were not able to find any Facebook account associated with Johnson, a quick search did reveal photos showing correspondence between playtesters and Johnson through Discord. One **photo**, in particular, has Johnson stating that "anyone involved spreading lies about me will not be involved in this playtest. If I find out who they are, their name will be given to my lawyer for litigation." As for his Twitter account, it has been deleted.

## TechRaptor Recommends

[Alien Frontiers 5th Edition Review](#)

[Dungeons and Dragons Strixhaven Preview](#)

[Dungeons and Dragons Candlekeep Mysteries Review](#)

## Popular in the Community

AdChoices                      Sponsored

Topics:   **Tabletop RPG**   **Culture**

## My Topics

Follow topics to stay updated with your favorite content

 Tyler Chancey       Tabletop RPG      Culture

AdChoices ▷                                                    Sponsored

## Conversation



AdChoices ▷                                      Sponsored

**About Us** | **Blog** | **Contact Us**

### TechRaptor is your source for high quality gaming News, Reviews, and Articles

Write for TechRaptor

TechRaptor Team

Ethics & Standards

PC Gaming

Console Gaming

Indie Gaming

Gaming Hardware

E3 Coverage

Copyright © TechRaptor LLC 2013-2022 Manage Cookies / Privacy Policy

# EXHIBIT D

https://twitter.com/NoHateInGaming/status/1554221176603688960



Thread

NoHateInGaming
@NoHateInGaming

Dave Johnson & NuTSR's "Star Frontiers" playtest has been leaked, and it's insanely racist.

It literally has a "Negro" race listed as a subspecies of the superior "Nordic" race. Dave's "Negro" race is "thick bodied," strong, and low intelligence.

NuTSR is straight-up KKK trash.



**NoHateInGaming** @NoHateInGaming · Aug 1                    ···

Looks like Dave had a note for Justin here.
I shudder to think what they're going to do with "transbots" if Dave writes that.

---

STAR FRONTIERS – NEW GENESIS CORE RULES

**GENDER:** Male /Female no bonuses, and No Trans

**SIZE:** 5Ft-6Ft ave.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** English/

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-120 per clone*

**Alignment.** Any

**Speed.** *40*



**(JUSTIN) SHOULD WE MAKE A TRANS TYPE RACE? MAYBE "TRANSBOTS"?**

**LET ME KNOW AND CAN ADD**

**D.**



**NoHateInGaming** @NoHateInGaming · Aug 1   ···

If it hasn't been made clear by now, NuTSR will definitely not allow you to have a transgender character.

---

STAR FRONTIERS – NEW GENESIS CORE RULES

**Background Information:**

**SIGHT**: Infrared, Thermal, Night vision

**APPENDAGES:** Two arms, Two Legs, Torso, One Head

**INTERNAL ANATOMY:** "Cyborg" is not the same thing as robots or androids; it applies to an organism that has restored function or enhanced abilities due to the integration of some artificial component or technology that relies on some sort of feedback. While cyborgs are commonly thought of as mammals, including humans, they might also conceivably be any kind of organism.

**NOTE:**

**REPRODUCTION:** N/A

**GENDER:** Male / Female Appearances only nonfertile sterile organisms.No Bonuses. **No trans races as they are male femal / appearance with no real sexual orientation.**

**SIZE:** 5 ft- 6 ft ave.

---

♡ 2          ⟲          ♡ 22          ⬆

 **NoHateInGaming** @NoHateInGaming · Aug 1     •••

This gets repeated a lot. Dave & Justin want to make it very, VERY clear that there are NO trans races.

---

STAR FRONTIERS – NEW GENESIS CORE RULES

:NDER: Male +1 Con / Female +1 Str – **NO Trans races**

ZE: The creature stands or pools at the height of 1.2 meters tall and 0.5 meters in cumference. Weight is approximately 55 kilos to 70 kilos. These creatures are considered /IALL to **MEDIUM** size.

)CIAL INTERACTION: These creatures become philosophical in large groups and have an d sense of humor. They prefer to live in small groups of three or four and don't mate for life cause they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) though this doesn't happen very often, they can become attached or fond of humanoids. eferring a single one-to-one friendship. They are very loyal to their friends.

---

♡ 1       ⇅ 1       ♡ 29       ⬆



**NoHateInGaming** @NoHateInGaming · Aug 1    ···

Continuing to read the full PDF of Star Frontiers New Genesis from NuTSR...

They take care to point out that there are "NO TRANS" in their game. In their entire sci-fi galaxy, there is "Male/Female ONLY."

STAR FRONTIERS – NEW GENESIS CORE RULES

## ●HUMANOID CLASS.

The entire race of the game is the humanoid paradigm. Mammalian usually gives birth to one offspring at a time. Reproduction is by sexual intercourse between a male and female. Gestation is nine months. The group properties section can help the players or GM create a humanoid race, for example, a TLP: 0 race with incredible strength and constitution but the downside to that your character would only be wielding a club and wearing hide armor with not much ability to interact of function in a modern world.

## ●GROUP PROPERTIES

**TRAITS:** Any – However be mindful of subraces.

**TLP (Tech Progress Level):** 0 - 5

**ABILITY SCORE INCREASE** – Humanoids ability score increase by one.

**AGE** – Humans reach adulthood by the age of 16 to 18 and fully mature by 30.

**ALIGNMENT** – Neutrality is the alignment of choice, but good or evil is harder to achieve.

**MOVEMENT SPEED** – The unencumbered speed of movement is 30 feet per turn.

**LANGUAGES** – Common is read and written by most humans, other languages can be learned at a cost. Dialects can be common.

**SUB-RACES** – No naturally occurring sub-race exists. Note with humans especially.

**GENDER:** Male / Female ONLY in the galaxy there are no trans races.

**SKILL AREAS:** All depending on TLP

**MILITARY:** Depends on TLP

TECHNOLOGY



**NoHateInGaming** @NoHateInGaming · Aug 1
And there it is, the infamous "sub-race" of NuTSR's "Negros." So damn gross. Neo-nazi garbage.

This is the max number of tweets in a thread, so more will come in a following thread.

STAR FRONTIERS – NEW GENESIS CORE RULES

### CORE RACES TYPES 4 TYPES

1. CRYPTO ANIMALS - Human-animal hybrids (see animal hybrid chart)
2. CRYPTO PLANTS (Chlorophytes) – Engineered human-plant hybrids. (see plant hybrid chart)
3. HUMANOIDS - Cyborgs, multars, Grays 2 arms 2 legs bipedal that walks upright. Please not about sub races within humans.
4. OTHERS-Creature with no arms or legs with a non-humanoid shape size or appearance

#### EXAMPLES OF RACES-

- Cyborg(HUMANOID-CLASS) – Human-Bionetics. (The human brain is housed in a cybernetic machine).
- Multar (Human Clone)(HUMANOID-CLASS) – Are what's left of the human race Clones start the game with 1D6+2 clones in stasis (exact copies of the character when rolled up )
- Grays (Zetaians)(HUMANOID-CLASS) – gray-skinned 3-4 ft hairless with large heads Start with Psionic powers
- Greens (Gobs)(HUMANOID-CLASS) -extremely fast
- Reptilians(Draconid)(HUMANOID-CLASS) - Tall scaly humanoids start with Shapechange abilities.
- Negro( Sub race Ulfar)(HUMANOID-CLASS) -Tall, thick bodied, dark skinned even purple dark, brown-eyed race with large strength average intelligence ALL Attributes are in the 10+ range, except intelligence which is maximum a +9.
- Nordic( Ulfar)(HUMANOID-CLASS) -Tall, blonde, blue-eyed race with exceptional attributes and powers ALL Attributes are in the 13+ range.

Small samples of hybrid races can be created from the core races

- Entomoids (CLASS-CRYPTO ANIMAL)
  - Large insect-like intelligent creatures friendly towards humans.
  - But hate all CRYPTO PLANTS and will attack on sight. STR = 12+, CON = 9+, CHA = 5 to 10. Ten Charisma is the maximum unless they have an Occupational Skill like Oratory. (Political figure, PARAGON)
  - Natural Armor Class = 12.
- Ursod (CLASS-CRYPTO ANIMAL)



**NoHateInGaming** @NoHateInGaming · Aug 1 ···

"Have fun with how your characters react to racial stereotypes!"

> STAR FRONTIERS – NEW GENESIS CORE RULES
>
> ■ *LOOKS* 1d12+6
>
> ▸ A character's Appearance modifier determines initial NPC reactions. A character with LOOKS appearance is unbearably hideous. Note that appearance within a Race can effect this also. Such as color, or secondary racial parts of a person. A good example this would be large noses or narrow noses, large lips or thin lips, oval eyes. The play can have a lot of fun with this aspect. Be creative.

◯ 1    ⟲    ♡ 29    ⬆



**NoHateInGaming** @NoHateInGaming · Aug 1 ···

These guys are just obsessed with Antifa.

> STAR FRONTIERS – NEW GENESIS CORE RULES
>
> • *Annals.* The INTelligence (Ax) test determines if you can recall information about hiConcerning, people of renown, ancient kingdoms, lost civilizations, past disputes, recent wars.
>
> • *Inquiry.* When searching for clues and making deductions based on the clues, make an INTelligence (Inq) test. The test will tell you if your character can deduce the location of a hidden object. Perceive the device that caused a wound. Finding the hidden fragment of knowledge in ancient scrolls will also require an Intelligence (Inq) check.
>
> • *Essence.* The Intelligence (Es) test determines if you can recall information about terrain, plants, animals, the weather cycles.
>
> • *Theology.* The Intelligence (The) test determines if you can recall information about religious hierarchies, holy symbols, and the practices of secret cults such as Mason, and radical things like BLM or ANTIFA.

◯ 1    ⟲    ♡ 38    ⬆



**NoHateInGaming** @NoHateInGaming · Aug 1

Again with racial abilities and weaknesses being "like real life" 🤦‍♀️

## CE AND SEX

is book are the Core Races of this game. As par
should choose a race that you'd like to portray
e races have different abilities and weaknesses
some being very bad. Think of it like real life.

💬 2          🔁          ♡ 36          ⬆️

## 2. CHOOSE A RACE AND SEX

- Listed within this book are the Core Races of this game. As part of the character generation, you should choose a race that you'd like to portray in the game world. Keep in mind all of the races have different abilities and weaknesses and racial attributes some being good and some being very bad. Think of it like real life.



**NoHateInGaming** @NoHateInGaming · Aug 1 · · ·

We don't even know what to say about this.

"Racism is bad, don't do racism. Just remember some races are superior in some ways." -Dave Johnson, SFNG

---

STAR FRONTIERS – NEW GENESIS CORE RULES

## • GAME CHARACTERS

### 1. CHARACTER CONCEPT

- What is a player character? A player character is a persona that a player creates and crafts to use as an avatar within the game world. As the player, you will "role-play" the actions and describe what they do and say. You will explain how they feel and their attitudes towards others and situations. All characters have specific strengths and weaknesses; the mechanics in this game define these strengths and weaknesses.

  - Within this game are defined skills, professions, and races; these will help you determine your particular character and give you underpinnings of the persona. All of this information should be written on a Character Sheet. A character sheet can be anything you can write the information about your *Player Character* on, or you can use one that we have provided for you

  - Think about your race carefully as some races are more superior in power etc, some races have latent issues, similar to blacks having issues with sickle cell enemia and with family issues. Remember racism is bad, do don't do racial things like racism. Have fun with it but remember some races are just sometimes superior in some ways.



♡ 9          ⇄ 4          ♡ 52          ⬆

# EXHIBIT E

STAR FRONTIERS – NEW GENESIS CORE RULES



# STAR FRONTIERS®

## NEW GENESIS™

© 2021, 2022 TSR Hobbies, (TSR, LLC) all rights reserved.

Text written and edited by Dave Johnson

using only Open Game Content and original material as part of the TSR creative team.

**TEXT COPYRIGHT © 2021, 2022 TSR, LLC**

Compatible with 5th Edition

No part of this BETA manuscript is final, we can change anything as needed before final printing. This is not to be given, released and handed to anyone associated with Wizard of the Coast, Hasbro

STAR FRONTIERS – NEW GENESIS CORE RULES

# ● CONTENTS

**INTRODUCTION**                                                                                  **06**

**What is Star Frontiers, New Genesis?**

How is this game different from previous iterations?

**HISTORY**                                                                                            **08**

**TERMINOLOGY**                                                                          **13**

**GAME CHARACTERS**                                                              **15**

Character Creation

Ability Scores

Ability Checks

STAR FRONTIERS – NEW GENESIS CORE RULES

Character Advancement



STAR FRONTIERS – NEW GENESIS CORE RULES

## CREDITS

Cover Artist: Phil Stone

Interior Artists: Josh Pinero**,** Yorsy Hernandez, Justin LaNasa, Lee Robinson, Jesse Hansen, Jim Holloway.

Some art in this document is by **Clip Art Critters** used under license.

Some art provided by **Pixabay.com**

Some art is provided under license from **Adobe Stock.**

Written By: Dave Johnson & Justin LaNasa

Edited By: Dave Johnson & Justin LaNasa

Layout & Design by George Johnson

*Warning this is a work owned by TSR and any copying or transfer is a violation of the Trademarks owned by TSR-Hobbies LLC and Justin Lanasa. This work is not allowed to be transferred to Wizards of the Coast their attornies or entities.*

**Disclaimer:** *these are works of fiction. All publicly recognizable characters settings &c. are the property of their respective owners. The original characters and plot are the author's property of this story. The author is in no way associated with the owners, creators, or producers of any previously copyrighted material. No Copyright infringement is intended.*

This is a work of fiction. Names, characters, business, events, and incidents are the products of the author's imagination. Any resemblance to actual persons, living or dead, or actual events is purely coincidental.

STAR FRONTIERS – NEW GENESIS CORE RULES

- **This is a classified manuscript. Transferring this to individuals who are not allowed will result in possible criminal actions.**

# TSR-Hobbies

- **An imprint of TSR, LLC**

- **723 Williams St Lake Geneva WI 53147-1442**

- **Copyright © 2021, 2022 TSR, LLC**

- All Rights Reserved, including the right to reproduce this book or portions thereof In any form whatsoever.

- For information address TSR, LLC media rights department, 723 Williams Street, Lake Geneva, WI 53127

- First TSR-Hobbies, *TSR CON edition printing*, March 2022. TSR-Hobbies and colophon are trademarks of TSR, LLC.

- 10 9 8 7 6 5 4

- ISBN 000-0-0000-0000-0

- TSR LLC, COPYRIGHT 2021, 2022

- *Disclaimer: these are works of fiction.All publicly recognizable characters settings &c. are the property of their respective owners. The original characters and plot are the author's property of this story. The author is in no way associated with the owners, creators, or producers of any previously copyrighted material. No Copyright infringement is intended.*

- This is a work of fiction. Names, characters, business, events, and incidents are the products of the author's imagination. Any resemblance to actual persons, living or dead, or actual events is purely coincidental.

- 

-

STAR FRONTIERS – NEW GENESIS CORE RULES

- **In humble honor and respect to the teachings of the highest-level Game Master of the 20th Century. My father, E. Gary Gygax.**

- First, by example, playing Avalon Hill Games and leaving them where an infant could use his walker and thereby reach up to cut his first tooth on a SS Panzer Division (Stalingrad game). Then further by example, he wrote rules variants and what-ifs for assorted newsletters, even doing self-published sheets, using Fireman's Fund Insurance tools from his employment, to spread gaming to areas outside Chicago and the Lake Geneva area. Later by simple game instruction, layer by layer, adding difficulty and longevity to the equation. First Tic Tac Toe, then Checkers, Chinese Checkers, Stratego, Chess, Feudal, Battle of the Bulge (AH), Ancients Rome versus Carthage, Fort Sahara, Tractics WWII (Airx miniatures). Then Napoleonics, English Civil War, American Civil War (25mm lead armies). Then Chainmail using 40mm Elastolin's on our sand table. He took me to Chicago to meet his International Federation of Wargamers associates and then invited the same to our home. The gathering was a complete success to the dozen attendees but almost cost Gary his happy home. So next year, he organized through the IFW the first Geneva Convention (Gen Con 1968). Gary always welcomed individual gamers to our home with no more knowledge of each except that they were fellow game players seeking others of similar ilk. Mike Webster brought his car, drum set, Ruffles potato chips, and Pepsi Cola to our home. He lived on our screen porch for summer. Gary built a six by 10 ft Sand table in our basement with his childhood pal Don Kaye. Then they founded the Castle & Crusades Society, a gaming community meeting at least weekly at our house to play miniature games on the Sand table. The sand table later had to move to Don's garage after Dad lost his Insurance Underwriting position, and after many humble but difficult tries, he settled on Shoe Cobbling at home. Due to a loan from his mother for the equipment. Almina (grandmother) was my father's lifeline when things became difficult. While this trade barely kept the family afloat, often generating less than $100 a week. He found time to share his newfound profession with my brother Luke and me. I even learned cobbling skills to create "Ho Chi Min" +sandals from leather and Goodyear tire material for the local Monastery. Then and only after writing or assisting in the creation of miniatures rules for Conanomacy, Indianomacy (Diplomacy variants), Napoleonics (Tricolor), Napoleonic Naval action (DGUTS), English Civil War (C&R), Civil War Naval (Ironclad), World War II man to man (Tractics), Medieval with the Fantasy supplement (Chainmail). He created the board games Dunkirk, Alexander, and the Battle of Little Bighorn. Then after years of correspondence and gaming conventions working from the 20 odd pages of notes from Dave Arneson Gary wrote, formed a partnership, and published the boxed original Dungeons & Dragons game through Tactical Studies Rules (TSR). He involved me in every step of these various works, often too little immediate reward due to my youth. Yet he never wavered to me or anyone who wished to come together to play a game. He led me to Robert E. Howard at the age of 10. Thereby taking me from one who faked book reports and transformed me into an avid devourer of action, be it war, fantasy, or science. Ernest Gary Gygax did not follow the path most traveled; he was a rebel believing that Imagination is far more rewarding than perspiration. Yet when it came down to sharing and putting that imagination into a shared venue, he never stinted on the efforts, often falling asleep at his typewriter. At the same time, his lovely young wife slept in the marital bed alone for far too many nights. Every time we play a role-playing game or a computer game with a leveling/ reward system, air units have a part in board games…. I and all of us owe to the efforts and groundbreaking activities that we all take for granted. We all owe this debt to the Father of Gaming and Role-Playing E. Gary Gygax 1938-2008.

- **Ernest Gary Gygax Jr**

●

STAR FRONTIERS – NEW GENESIS CORE RULES

## ● PREFACE

Dave Johnson, Lake Geneva, WI, USA, March 22, 2022

STAR FRONTIERS – NEW GENESIS CORE RULES

- 

## ● INTRODUCTION

## What is Star Frontiers®?

***Star Frontiers® is a game of Science Fantasy*** set in the not-too-distant future with faster than light speed vessels, strange alien races, robots, paragons, villains, and incredible adventures to be wonderfully discovered. The adventure is near the center of a spiral galaxy similar to our Milky Way but this universe is a whole lot bigger in scope and richness. A quirk of the laws of physics enables ships to jump to *"interspace,"* a realm of space and time that shortens the travel between solar systems where citizens live, the speed needed to obtain this is 2% of the speed of light (6,000 km/s).

The game setting is an area known as "The marches " where sentient races (**Entomoids**†, Humans.) had met and formed the **United Confederation of Planets and Systems** (UCPS). The original home-worlds of the **Entomoids** Humans were never detailed in the setting, and it is possible that they no longer exist there, but who knows really. Many of the star systems shown on the map of the marches in the Core rulebook are unexplored and not detailed, allowing the Game-master (called the GM) to put whatever they wish there. Good examples which we talk about later to flesh out your worls is World War 2 history, or Roman history and other histories in movies and stuff.

Players can take on any number of possible roles in the setting but act as hired agents of one of many  Pan Galactic corporations exploring the marches.

The ongoing fight against the aggressor incursions of aliens from outside the Commonwealth.

† – **Entomoids** are insect-like creatures that are highly intelligent and possess a "hive-like mind, similar to the Borg in Star Trek movies and TV shows." most of these creatures communicate telepathically and also resemble the humanoid paradigm of a single head, two arms, and two legs. Some have tails that vary in length. They are also diverse in coloring in pinks, yellows and slight oranges.


††-- The **Molluskoids** are a race of slug/octopoid creatures who wear exoskeletons. They are the most intelligent creatures known to humanity. They possess a distributed brain that is very much like the nervous system of octopuses on Earth.

STAR FRONTIERS – NEW GENESIS CORE RULES

# • GAME CHARACTERS

## 1. CHARACTER CONCEPT

●     What is a player character? A player character is a persona that a player creates and crafts to use as an avatar within the game world. As the player, you will "role-play" the actions and describe what they do and say. You will explain how they feel and their attitudes towards others and situations. All characters have specific strengths and weaknesses; the mechanics in this game define these strengths and weaknesses.

- Within this game are defined skills, professions, and races; these will help you determine your particular character and give you underpinnings of the persona. All of this information should be written on a Character Sheet. A character sheet can be anything you can write the information about your *Player Character* on, or you can use one that we have provided for you

- Think about your race carefully as some races are more superior in power etc, some races have latent issues, similar to blacks having issues with sickle cell enemia and with family issues. Remember racism is bad, do don't do racial things like racism. Have fun with it but remember some races are just sometimes superior in some ways.

- The concept for your persona should be the little things that make up your personality. What handedness are they? What kinds of food do they like. This information can also be found in the races note above. Be real with your character and the game will be a lot of fun for you.

- **BACKGROUND** – All characters have an origin story. So, when creating a character for Star Frontiers New Genesis will want to decide on many things like what planet the character if from, what food does he or she like. Handedness, are they right-handed or left? Create a list of likes and dislikes. The character is a blank canvas; anything goes. Most people who live in UCPS space have already been through military training due to conscription and are awarded citizenship and proficiency with weapons and shields. (2 starting proficiencies for each character.)

- Also, starting equipment includes a basic loadout for reserve personnel. Bio-Tech watch, bedroll, EV-Suit, computer/tablet, I.D. access card.

- Languages

STAR FRONTIERS – NEW GENESIS CORE RULES

- All characters can read and write Common language, and some will know more.

- The use of a Character Backstory book can be a great help for this.

## 2. CHOOSE A RACE AND SEX

- Listed within this book are the Core Races of this game. As part of the character generation, you should choose a race that you'd like to portray in the game world. Keep in mind all of the races have different abilities and weaknesses and racial attributes some being good and some being very bad. Think of it like real life.

- **HUMANOIDS –** The most common population of being in the universe are humans. This Race is also the most unencumbered in terms of constraints. Humans can have almost any job/occupation in the game. Humans when you play them you need to also choose possibly a race within human races for them. Maybe a white or black or Asian person, something of interest with Humans is you can play these sub races to great effect. Maybe mimic things you have seen in history. Maybe you are a black person who felt they were oppressed, so you hate whites. Maybe you are an Asian who is smart, so you put more into your intelligence score, these are examples only to think about. Another advantage humans have is that all ships and transportation are designed for humanoids. Environment Suits are one good example of equipment manufactured in abundance. This abundance also affords better prices for humans. More product equals lower prices. Other races may have to adapt to humanoid tailored uniforms or sit in a seat designed for a human.

- **D'ARELIT   –** The  less common and most adaptable Race is the rubbery D'arelit creatures. They are giant amoeba-like creatures that can force themselves into many different shapes and sizes. One chosen shape is the human-like form: a single head, torso, and two or more arms and legs. If needed, they will take the form of a standard human. This is convenient because it allows them to wear clothing and armor made for humans.  The **D'ARELIT** race is from the planet *Gilgal,* and it orbits a red giant in the *Keplar System.*  The orbit is only 33 earth days. 90% of the planet is covered in water. One visible super-volcano can be seen from orbit. What the planet   lacks in solar energy makes up volcanism. The surface temperature is very cold, too cold for humans, but below the surface and near the bottom is a hot region of warm water. This warm zone is where all the sentient life is. All life lives close to the many subsurface volcanoes. The **D'ARELIT** is no exception.

- **UR'YED –** This creature is another core race that benefits from a humanoid shape, albeit a small body. These creatures are best described as robust     raccoons. They have long arms and long legs to climb and jump with ease. Their torso is shaped like a goat's but not as convex.

- **ENTOMOID –** Entomoid's are tall mantis-like creatures; at first, blush has a striking appearance. These people are brilliant and resilient in the outer belt and most less civilized

STAR FRONTIERS – NEW GENESIS CORE RULES

- *Annals.* The INTelligence (Ax) test determines if you can recall information about hiConcerning, people of renown, ancient kingdoms, lost civilizations, past disputes, recent wars.

- *Inquiry.* When searching for clues and making deductions based on the clues, make an INTelligence (Inq) test. The test will tell you if your character can deduce the location of a hidden object. Perceive the device that caused a wound. Finding the hidden fragment of knowledge in ancient scrolls will also require an Intelligence (Inq) check.

- *Essence.* The Intelligence (**Es**) test determines if you can recall information about terrain, plants, animals, the weather cycles.

- *Theology.* The Intelligence (The) test determines if you can recall information about religious hierarchies, holy symbols, and the practices of secret cults such as Mason, and radical things like BLM or ANTIFA.

- *Other INT Checks.* The GM might require an INTelligence test when a character wants to try to accomplish the following:

- **Communicate with animals mentally.**
- **Devine the value of an item.**
- **Create an impromptu disguise for any occasion.**
- **Forge a convincing document.**
- **Recall information about a craft or trade.**
- **Win a game of skill**

## 6. WISDOM

- A character's wisdom (WIS) modifier applies to the wisdom saves. It determines the bonus Psions for a Psionic user if psionics are used. A character with 0 wisdom has no sensory perception, nor are they aware of the world around them. A creature can perceive its environment if it has at least 1 point of wisdom. Anything with no Wisdom score is an object, not a creature. Anything without a Wisdom score also has no Charisma score and vice versa. Wisdom represents a composite of the character's common sense, judgment, willpower, guile, enlightenment, and intuition. A Wisdom test often reflects the effort to discern body language.

   1. *Animal Handler.* To attempt to calm down a domesticated animal keep your horse from getting spooked, the GM will call for a Wisdom (**AH**)

STAR FRONTIERS – NEW GENESIS CORE RULES

- ==Attractiveness score has a range between *1d12+6*. Generally, a score of 18 is about as beautiful as one can be, think of a tall slender white woman with red hair and large breasts. This seems sexist, however it is a fact of human nature. She would be more desirable than lets say an overweight woman.== NOTE- Higher scores are possible. The following definitions are to be used as a guide for Attractiveness. As always, the GM has the last say.

- **CHECKS MODIFIER (CHArisma)**

- **0-3**     Repulsive to the point one cannot look upon the creature! All will be repulsed due to a significant disfigurement either to the face – most likely – or the body.
- **4-6**     This person is simply ugly, maybe overweight and slovenly. Most folks will not want to interact with this person. Not likely to be sought out for assistance except under urgent conditions.
- **7-9**     This person is a plain Jane or homely, ordinary also known as a butterface. This person, if female, can increase their score artificially with the use of cosmetics. Put on some eyeliner! Some shadow will do the trick. This can add a +1d4 to the score temporarily.
- **10-13**   This person has average looks and will benefit from cosmetics like the 7-9 range.
- **14-16**   This person is good-looking. People will be drawn to them in limited numbers. Again, cosmetics will enhance the score as before.
- **17-18**   This person is a head-turner with naturally enhanced beauty and elegance
- **19-21**   This person is so attractive that they will cause heads to turn and the people's hearts affected by the Adrenalin rush. There is a 50% chance that the effect will not work on either sex. Roll a 2d10 if the roll is less than 50%, the effect is active. If it fails, the creature will detest the person and walk away.

- 

-

STAR FRONTIERS – NEW GENESIS CORE RULES

# CORE  RACES TYPES 4 TYPES

1. CRYPTO ANIMALS - Human-animal hybrids (see animal hybrid chart)
2. CRYPTO PLANTS (Chlorophytes)  – Engineered human-plant hybrids. (see plant hybrid chart)
3. HUMANOIDS - Cyborgs, multars, Grays 2 arms 2 legs bipedal that walks upright. Please not about sub races within humans.
4. OTHERS-Creature with no arms or legs with a non-humanoid shape size or appearance

## EXAMPLES OF RACES-

- Cyborg(HUMANOID-CLASS) – Human-Bionetics. (The human brain is housed in a cybernetic machine).
- Multar (Human Clone)(HUMANOID-CLASS)  – Are what's left of the human race Clones start the game with 1D6+2 clones in stasis (exact copies of the character when rolled up )
- Grays (Zetaians)(HUMANOID-CLASS) –  gray-skinned 3-4 ft hairless with large heads Start with Psionic powers
- Greens (Gobs)(HUMANOID-CLASS) -extremely fast
- Reptilians(Draconid)(HUMANOID-CLASS) - Tall scaly humanoids start with Shapechange abilities.
- Negro( Sub race Ulfar)(HUMANOID-CLASS) -Tall, thick bodied, dark skinned even purple dark, brown-eyed race with large strength average intelligence ALL Attributes are in the 10+ range, except intelligence which is maximum a +9.
- Nordic( Ulfar)(HUMANOID-CLASS) -Tall, blonde, blue-eyed race with exceptional attributes and powers ALL Attributes are in the 13+ range.

Small samples of hybrid races can be created from the core races

- Entomoids (CLASS-CRYPTO ANIMAL)
  - Large insect-like intelligent creatures friendly towards humans.
  - But hate all CRYPTO PLANTS and will attack on sight. STR = 12+, CON = 9+, CHA = 5 to 10. Ten Charisma is the maximum unless they have an Occupational Skill like Oratory, (Political figure, PARAGON)
  - Natural Armor Class = 12.

- Uryed (CLASS-CRYPTO ANIMAL)

STAR FRONTIERS – NEW GENESIS CORE RULES

# ●HUMANOID CLASS.

The entire race of the game is the humanoid paradigm. Mammalian usually gives birth to one offspring at a time. Reproduction is by sexual intercourse between a male and female. Gestation is nine months. The group properties section can help the players or GM create a humanoid race, for example, a TLP: 0 race with incredible strength and constitution but the downside to that your character would only be wielding a club and wearing hide armor with not much ability to interact of function in a modern world.

# ●GROUP PROPERTIES

**TRAITS:** Any – However be mindful of subraces.

**TLP (Tech Progress Level):** 0 - 5

**ABILITY SCORE INCREASE –** Humanoids ability score increase by one.

**AGE –** Humans reach adulthood by the age of 16 to 18 and fully mature by 30.

**ALIGNMENT –** Neutrality is the alignment of choice, but good or evil is harder to achieve.

**MOVEMENT SPEED –** The unencumbered speed of movement is 30 feet per turn.

**LANGUAGES –** Common is read and written by most humans, other languages can be learned at a cost. Dialects can be common.

**SUB-RACES –** No naturally occurring sub-race exists. Note with humans especially.

**GENDER:** Male / Female ONLY in the galaxy there are no trans races.

**SKILL AREAS:** All depending on TLP

**MILITARY:** Depends on TLP

**TECHNOLOGY:** Primitive to advanced Tech.

**BIO-SOC**

STAR FRONTIERS – NEW GENESIS CORE RULES

surface of their "skin" has a rough texture and is very stiff. It has a natural Armor Class Rating of 11 or 12, depending on the environment. Sometimes they are transparent, and at other times they appear gray.

**APPENDAGES:** These creatures don't have traditional arms or legs, but they can form appendages that can do the job. They do this by using a pseudopod similar to single-celled organisms like amoebas.

**INTERNAL ANATOMY:** When the creature is translucent, its internals can be seen with our eyes. The primary " brain " analog is a large nervous bundle that floats near the center of the mass. Scientists have determined that the entire body's nervous tissue can think. It has stereo vision provided by two dark nerve bundles located anywhere the creature likes. Two optical orbs are connected to the visual bundles by nerve endings. A large nucleus mass floats among the other bodies. Respiration is via a gas exchange performed by the outer membranous tissue. Drinking fluids is via absorption through the "skin" membrane.

**NOTE:** This race is very similar to an extinct race _____that lived over one thousand years ago.

**REPRODUCTION:** This race reproduces by budding. A small lump will form, and the area will swell with nerve bundles. Kind-of mitosis can be seen actively changing. During metaphase, their DNA and chromosomes duplicate and split until a new organism is formed and simply pop's off; the host. **D'Arelits may only replicate once every 7 years.**

.

**Gender:** Reproduce asexually by budding. NO  trans races.

**SIZE:** The creature stands or pools at the height of 1.5 meters tall and 0.5 to 1.0 meters in circumference. Weight is approximately 65 kilos to 70 kilos. These creatures are considered **MEDIUM** size.

**SOCIAL INTERACTION:** These creatures become philosophical in large groups and have a very dry sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. They prefer a single one-to-one friendship. They are very loyal to their friends.

STAR FRONTIERS – NEW GENESIS CORE RULES

**GENDER: Male +1 Con / Female +1 Str – NO Trans races**

**SIZE:** The creature stands or pools at the height of 1.2 meters tall and 0.5 meters in circumference. Weight is approximately 55 kilos to 70 kilos. These creatures are considered **SMALL** to **MEDIUM** size.

**SOCIAL INTERACTION:** These creatures become philosophical in large groups and have an arid sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. Preferring a single one-to-one friendship. They are very loyal to their friends.

**LANGUAGES/COMMUNICATION:** Ur'yed speaks common and their native language. If they want to speak another language, they must hire a teacher for 25 D/Cr per hour and must spend 100 hours in study. Or, they can use a Hypnohelmet for 100 hours at the same price.

**BARBARIAN ATTRIBUTES**  Ur'yed is a species naturally close to a Barbarian Class of adventurer. Therefore, they have some of the abilities of the Barbarian Class.

All Ur'yed fight with a passion and at times become so enraged as to become a crazed battle berserker. A kind of primal instinct to fight with all of their mind and soul.

During or at the beginning of the battle and on their turn, and before initiative is rolled, the player character can move a Will Resistance roll (AR 15) to enter into a rage. **The following are true when raging:**

- The character gets an advantage on STRength checks and Saving Throws. During the melee, the player character can make a weapons attack using STRength and get a bonus added to the damage roll. This bonus increases by one as your character gains levels of experience. This is shown on the Ur'yed Rage Damage column advancement table.
- The RAGE will only last for one minute. The RAGE only subsides early if your character is knocked unconscious or your turn ends.
- Once the number of rage sessions has been completed, the character must rest for an hour before another RAGE can commence.

**Ability Score Increase.** The DEXterity score increases by 2.

**Age.** These creatures reach adulthood in three years.

STAR FRONTIERS – NEW GENESIS CORE RULES

**Background Information:**

**SIGHT**: Infrared, Thermal, Night vision

**APPENDAGES:** Two arms, Two Legs, Torso, One Head

**INTERNAL ANATOMY:** "Cyborg" is not the same thing as robots or androids; it applies to an organism that has restored function or enhanced abilities due to the integration of some artificial component or technology that relies on some sort of feedback. While cyborgs are commonly thought of as mammals, including humans, they might also conceivably be any kind of organism.

**NOTE:**

**REPRODUCTION:** N/A

**GENDER:** Male / Female Appearances only nonfertile sterile organisms.No Bonuses**. No trans races as they are male femal / appearance with no real sexual orientation.**

**SIZE:** 5 ft- 6 ft ave.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** All Available voice

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *200-750*

**Alignment.**Any

**Speed.**

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|---|---|---|---|---|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |

STAR FRONTIERS – NEW GENESIS CORE RULES

**GENDER: Male /Female no bonuses, and No Trans**

**SIZE: 5Ft-6Ft ave.**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** English/

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-120 per clone*

**Alignment.** Any

**Speed.** *40*

**(JUSTIN) SHOULD WE MAKE A TRANS TYPE RACE? MAYBE "TRANSBOTS"?**

**LET ME KNOW AND CAN ADD**

**D.**

STAR FRONTIERS – NEW GENESIS CORE RULES

**REPRODUCTION:**

**GENDER:** Sequential hermaphroditism male to female (**protandry**), female to male (**protogyny**) when a  Male Zetaian +1 Dex when a female +1 Con. <mark>But not to be confused as trans-gender.</mark>

**SIZE: 4ft-6Ft**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** Nonverbal communications understand all languages via telepathy

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th, your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**120-180

**Alignment.**Any

**Speed.15 to 30'**

STAR FRONTIERS – NEW GENESIS CORE RULES

# Ulfar- NICKNAME:( __Nordic__ )

HOMEWORLD, *Ásgarōr* M9120Z-1 **TPL-5**

## ASGAROR-HUMANOID GROUP PROPERTIES:

**SKILLS:** Choose 3 from (History, Insight, Medicine, Persuasion, and Religion)

Strength – (2d6+15)         Dexterity – (2d4+14)

Intelligence – (2d8+10)     Constitution – (2d4+18)

Wisdom – (2d6+12)          Charisma – (3d6+4)

**DESCRIPTION:** Tall and pale human-like creatures. They all have blond hair and blue eyes think of the German Nordic pure races, they are similar. ALL mental attributes are in the 13+ range. The physical stats are 8 to 10, with 10 being a maximum for **STR**ength. **DEX**terity is a minimum of 9 and a maximum of 11. **CON**stitution minimum is 7 and a maximum of 10.

**HIT DIE** is D10 , **HIT POINTS =** 10 + 8 + Constitution at level one.

**SAVING THROW –** Wisdom, Charisma

**Background Information:**

**SIGHT:** Normal vision.

**PSIONICS:** These humanoids naturally possess Psionics with a naturally occurring ability points score of 250.

**APPENDAGES:** Head**,** Two arms, and two legs.

**INTERNAL ANATOMY: Human Anatomy minus**

**NOTE:**

**REPRODUCTION:** Artificial, sexless procreation.

STAR FRONTIERS – NEW GENESIS CORE RULES

**Chaotic evil** (CE) Creatures a scheme and may become violent for any reason, spurred by greed, hatred, or bloodlust.

Sentient beings tend to have empathy, not as an empath, but feeling towards others and imagining how others think in situations. Most creatures, be they human or others thinking, self-aware, creatures will either follow a moral compass that points towards goodness or evil. The many shades between good and evil are also represented in all cultures. For example, Jack the Ripper was most likely a sociopath. They lacked empathy towards others. They KILL indiscriminately and will have no regard for the pain and suffering they caused.
Most animals who are not self-aware or do not have the capacity for rational thought are noted as genuinely neutral.

## LANGUAGES

All intelligent creatures in Star Frontiers New Genesis have a learned language. Their native language. All societies that participate in commerce within the UCPS speak the language of enterprise or business. That language is also known as the common tongue. This language is the official language and script of the UCPS and is a lawful language for commerce and adjudication. However there are also sub languages spoken by races that only those races speak. This sometimes is done so keep secrets, make plans and do business.

For example, the United Nations' official language is French. China demands that countries who want to do business with them speak mandarin. In American blacks use Jive speak, those in the south can speak creole. These are examples of both mandated and racial languages / sub languages.