The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>WIZARDS OF THE COAST LLC,<br><br>                Defendant.<br><br>WIZARDS OF THE COAST LLC,<br><br>                Counterclaim Plaintiff,<br><br>    v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>                Counterclaim Defendants. | No. 2:21-cv-01705-SKV<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR WIZARDS' MOTION FOR PRELIMINARY INJUNCTION [DKT. 31]<br><br>*Noted on Motion Calendar:*<br>September 21, 2022 |

       Defendant/Counterclaim Plaintiff Wizards of the Coast LLC ("Wizards") and Plaintiff/Counterclaim Defendants TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC (collectively, "TSR LLC"), by and through their counsel, stipulate and agree as follows:

       1.     Wizards filed a motion for preliminary injunction on September 8, 2022, noted for September 30, 2022. Dkt. 31.

       2.     Under Local Civil Rule 7(d)(3), TSR LLC's deadline to oppose the motion is September 26, 2022, and Wizards' deadline to reply is September 30, 2022.

STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3. Due only to counsel's schedules, the parties have agreed to extend these deadlines as follows:

| | |
|---|---|
| Deadline to file and serve Opposition to Motion: | October 10, 2022 |
| Deadline to file and serve Reply, and Noting Date: | October 28, 2022 |

4. TSR LLC has agreed to not to sell, promote, advertise, market, offer, or distribute any iteration of the Star Frontiers New Genesis product pending resolution of the preliminary injunction motion. This agreement is intended to preserve the status quo while the motion is pending.

5. The parties acknowledge this agreement is made to accommodate schedules. It is not an admission of TSR LLC's liability or consent, nor should it have any bearing on the merits of Wizards' motion.

IT IS SO STIPULATED.

DATED this 21st day of September, 2022

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant/Counterclaim
Plaintiff Wizards of the Coast LLC

By: *s/ Lauren Rainwater*
Stuart R. Dunwoody, WSBA #13948
Lauren Rainwater, WSBA #43625
MaryAnn T. Almeida, WSBA #49086
Eric A. Franz, WSBA #52755
Rose McCarty, WSBA #54282
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150 / Fax: 206-757-7700
Email: stuartdunwoody@dwt.com
Email: laurenrainwater@dwt.com
Email: maryannalmeida@dwt.com
Email: ericfranz@dwt.com
Email: rosemccarty@dwt.com

IMMIX LAW GROUP PC
Attorneys for Plaintiff/Counterclaim
Defendants TSR LLC, Justin LaNasa, and
Dungeon Hobby Shop Museum LLC

By: *s/ Dayna J. Christian*
Dayna J. Christian, WSBA #32459
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Tel: 503-802-5533/ Fax: 503-802-5351
Email: dayna.christian@immixlaw.com

THE HUMPHRIES LAW FIRM P.C.
Russell D. Nugent, Pro Hac Vice
1904 Eastwood Road, Suite 310A
Wilmington, NC 28403
Tel: 910-899-0236
Email: russell@kinglawonline.com

STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
S. Kate Vaughan
UNITED STATES MAGISTRATE JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant/Counterclaim Plaintiff
Wizards of the Coast LLC

By: *s/ Lauren Rainwater*
   Stuart R. Dunwoody, WSBA #13948
   Lauren Rainwater, WSBA #43625
   MaryAnn T. Almeida, WSBA #49086
   Eric A. Franz, WSBA #52755
   Rose McCarty, WSBA #54282
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Tel: 206-622-3150 / Fax: 206-757-7700
   Email:  stuartdunwoody@dwt.com
   Email:  laurenrainwater@dwt.com
   Email:  maryannalmeida@dwt.com
   Email:  ericfranz@dwt.com
   Email: rosemccarty@dwt.com

IMMIX LAW GROUP PC
Attorneys for Plaintiff/Counterclaim Defendants
TSR LLC, Justin LaNasa, Dungeon Hobby Shop Museum LLC

By: *s/ Dayna J. Christian*
   Dayna J. Christian, WSBA #32459
   400 Winslow Way E. Suite 210
   Bainbridge Island, WA 98110
   Tel: 503-802-5533/ Fax: 503-802-5351
   Email: dayna.christian@immixlaw.com

THE HUMPHRIES LAW FIRM P.C.
Russell D. Nugent, Pro Hac Vice
1904 Eastwood Road, Suite 310A
Wilmington, NC 28403
Tel: 910-899-0236
Email: russell@kinglawonline.com

STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION
(2:21-cv-01705-SKV) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax