The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>WIZARDS OF THE COAST LLC,<br><br>            Defendant.<br><hr>WIZARDS OF THE COAST LLC,<br><br>            Counterclaim Plaintiff,<br><br>     v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>            Counterclaim Defendants. | No. 2:21-cv-01705-SKV<br><br>**PRAECIPE TO CORRECT DECLARATION OF ELIZABETH M. SCHUH IN SUPPORT OF WIZARDS OF THE COAST LLC'S MOTION FOR PRELIMINARY INJUNCTION [DKT. 33] AND MOTION FOR PRELIMINARY INJUNCTION [DKT. 31]** |

PRAECIPE RE SCHUH DECL. [DKT. 33]
AND MOTION [DKT. 31]
(2:21-cv-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  TO: The Clerk of the Court;

2  AND TO: All parties of record.

3   Please replace the Declaration of Elizabeth M. Schuh in support of Counterclaim Plaintiff Wizard of the Coast LLC's ("Wizards") Motion for Preliminary Injunction (Dkt. 33), dated September 8, 2022, with the Schuh Declaration attached to this Praecipe as Exhibit A. While Wizards entered into a licensing agreement with OneBookShelf in December 2012, Wizards discovered that OneBookShelf began selling Dungeons & Dragons products bearing the TSR Mark in January 2013 (not December 2012) and began selling products using the Star Frontier Mark in November 2017 (not December 2012). The attached Schuh Declaration corrects the errors at page 2, line 26 and page 3, line 4. The updated Declaration is otherwise identical to the one at Dkt. 33.

 Please also replace the Motion for Preliminary Injunction (Dkt. 31) with the Motion for Preliminary Injunction attached to this Praecipe as Exhibit B. The Motion at Exhibit B corrects the information from the Schuh Declaration (Dkt. 33) at page 2, lines 1(and the corresponding line in the Table of Contents), 15-16, 19; page 10, lines 6-8; and page 13, lines 20-22. The Motion is otherwise identical to the one at Dkt. 31.

 DATED this 21st day of September, 2022.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
Wizards of the Coast LLC

By: *s/ Lauren Rainwater*
  Stuart R. Dunwoody, WSBA #13948
  Lauren Rainwater, WSBA #43625
  MaryAnn T. Almeida, WSBA #49086
  Eric A. Franz, WSBA #52755
  Rose McCarty, WSBA #54282
  920 Fifth Avenue, Suite 3300
  Seattle, WA 98104-1610
  Tel: 206-622-3150 / Fax: 206-757-7700
  Email: stuartdunwoody@dwt.com
  Email: laurenrainwater@dwt.com
  Email: maryannalmeida@dwt.com
  Email: ericfranz@dwt.com
  Email: rosemccarty@dwt.com

PRAECIPE RE SCHUH DECL. [DKT. 33]
AND MOTION [DKT. 31]
(2:21-cv-01705-SKV)- 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax