The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

TSR LLC,

                Plaintiff,

    v.

WIZARDS OF THE COAST LLC,

                Defendant.

WIZARDS OF THE COAST LLC,

          Counterclaim Plaintiff,

    v.

TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,

         Counterclaim Defendants.

Case No.: 2:21-cv-01705-SKV

**DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION**

I, Justin LaNasa, declare as follows:

1.     I am the sole member and owner of TSR LLC ("TSR"), Plaintiff and Counterclaim Defendant in this action.  I am also the sole member and owner of the Dungeon Hobby Shop Museum LLC (the "Museum"), a Counterclaim Defendant in this action.  I am also named personally as a Counterclaim Defendant in this action.  I am familiar with the facts and

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION          Page 1

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

1 circumstances of this case, and all of the statements in this declaration are made based on personal

2 knowledge.

3       2.       I submit this declaration in support of Plaintiff and Counterclaim Defendants'

4 Response to Defendant and Counterclaim Plaintiff's Motion for a Preliminary Injunction (the

5 "Response Brief"). In this declaration, I will refer to TSR, myself, and the Museum collectively

6 as the "Counterclaim Defendants." I will refer to Defendant and Counterclaim Plaintiff Wizards

7 of the Coast LLC as "WOTC."

8       3.       The Star Frontiers New Genesis game ("SFNG Game") was co-written by me on

9 behalf of TSR and another gaming writer, Dave Johnson ("Mr. Johnson"). The SFNG Game is

10 owned solely by TSR.

11      4.       Before the Counterclaim Defendants starting using the Marks (as defined in the

12 Response Brief), my research reflected that WOTC had not continuously used the Cancelled TSR

13 Mark or the Cancelled Star Frontiers Mark (both terms as defined in the Response Brief) in

14 commerce following its 1997 acquisition of TSR, Inc. It further reflected that WOTC had not

15 properly protected its exclusive use of those marks with the USPTO as would have been required

16 for WOTC to maintain ownership of them.

17      5.       For example, Jayson Elliot, Ernie Gygax, and Luke Gygax used the TSR Mark (as

18 defined in the Response Brief) between 2011 and 2019 without any assertion of superior rights by

19 WOTC that I am aware of.

20      6.       On August 19, 2020, finding no pending or issued trademark registrations with the

21 USPTO, TSR applied for a design mark bearing the letters "TSR" (USPTO Registration No.

22 6472675), which was later granted registration by the USPTO. Attached hereto as **Exhibit A** is a

23 true and correct copy of the Application filed on August 19, 2020.

24      7.       On August 19, 2020, TSR applied for a design mark bearing the letters "TSR"

25 (USPTO Registration No. 6457615), which was later granted registration by the USPTO. Attached

26 hereto as **Exhibit B** is a true and correct copy of the Application filed on August 19, 2020.

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                                    Page 2

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

8.     On August 31, 2020, TSR applied for another design mark bearing the letters "TSR" (USPTO Serial No. 90148524).  Attached hereto as **Exhibit C** is a true and correct copy of the Application filed on August 31, 2020.

9.     TSR chose to abandon those trademarks (USPTO Registration No. 6457615 and USPTO Serial No. 90148524) and notified the USPTO that it was doing so.  Attached hereto as **Exhibit D** and **Exhibit E** are true and correct copies of the Requests for Express Abandonment submitted on July 27, 2021.

10.    On August 16, 2021, TSR filed a trademark application for the word mark "TSR" (USPTO Serial No. 90884176), which is pending before the USPTO.  Attached hereto as **Exhibit F** is a true and correct copy of the Application filed on August 16, 2021.

11.    Since TSR was granted USPTO registration of the design mark bearing the "TSR" letters on August 31, 2021 and has applied for multiple other "TSR" related trademarks without opposition, TSR has been using the TSR letters in commerce since March and April 2021.  It continues to do so through today.

12.    On October 25, 2020, finding no pending applications for registration or existing registrations for the Star Frontiers Mark (as defined in the Response Brief), TSR applied for the mark for use in role playing games and dice games (USPTO Serial No. 90276506).  Attached hereto as **Exhibit G** is a true and correct copy of the application filed on October 25, 2020.

13.    On August 20, 2021, TSR applied for the same Star Frontiers word mark for use in card games (USPTO Serial No. 90893809).  Attached hereto as **Exhibit H** is a true and correct copy of the application filed on August 20, 2021.

14.    As of August 24, 2022, TSR began offering playing cards bearing the Star Frontiers Mark on the websites located at https://tsrmuseum.com/onlinestore and https://tsr-hobbies.com.

15.    On June 30, 2021, WOTC wrote to TSR claiming ownership of the Marks and stating that "[WOTC] has maintained continuous use of" them.  At that time, the Counterclaim

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                        Page 3

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

Defendants had been widely and openly using the TSR Mark publicly for over a year and a half and publicly stating an intent to use the Star Frontiers Mark since October 25, 2020.

16.     In the communications that followed, WOTC demanded that the Counterclaim Defendants cease using the Marks but refused to provide us with any evidence that it had continuously used the Marks in commerce dating back to its 1997 acquisition of TSR, Inc.

17.     In those communications, WOTC generally stated that it had "licensed" the Marks to a third party (which I later learned was OneBookShelf, Inc.) but refused to provide a copy of the license agreement.

18.      I met Don Semora ("Mr. Semora") in October 2021.  Mr. Semora is the owner of Wizard Tower Games.  We shared an interest in role-playing games, and we engaged in several business transactions through our companies.

19.     Around this same time (in the fall of 2021 and into 2022), I was collaborating (on behalf of TSR) with Mr. Johnson to write the transcript for the SFNG Game.

20.     In October and November 2021, Michael Hovermale and his son, Logan Hovermale, voluntarily helped with the draft transcript, but no content contributed by either of them was utilized in future drafts.  By mid-January 2022, Michael Hovermale and Logan Hovermale were no longer affiliated with TSR or the Museum in any way.

21.     Mr. Semora offered Wizard Tower Games' printing, binding, and editing services to bring the SFNG Game transcript into a sellable format.

22.     TSR and Wizard Tower Games agreed to a price for Wizard Tower Games' services, and Mr. Semora signed a non-disclosure agreement promising to keep the SFNG Game transcript confidential and not misappropriate it in any way.  Attached hereto as **Exhibit I** is a true and correct copy of the Non-Disclosure Agreement ("NDA") signed by me (for TSR) and Don Semora on October 12, 2021.

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION        Page 4

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

23.     On February 6, 2022, TSR provided Wizard Tower Games with the first draft of the SFNG Game in the form of an editable Google Doc document.  Attached hereto as **Exhibit J** is a true and correct copy of the Google Doc transcript.

24.     Once Mr. Semora represented that Wizard Tower Games had completed the editing process, Wizard Tower Games sent me/TSR five copies of the edited version of the SFNG Game transcript for review and approval.  Each copy was in a color printed three-ring binder.  Upon receipt, I made five exact photocopies of one of the binders.  Attached hereto as **Exhibit K** is a true and correct copy of the binder's contents.

25.     The SFNG Game written by myself/TSR and Mr. Johnson (and the Wizard Tower Games-edited draft that appeared in the binders) was the final version in which Mr. Johnson or I/TSR had any input.  It did not include any racist, transphobic, or otherwise offensive content.

26.     Aside from Mr. Johnson, I did not at any time distribute the Google Doc document version of the SFNG Game to anyone except for Mr. Semora, who received a confidential copy protected by the NDA for the sole purpose of providing printing, binding, and editing services.

27.     I shared three of the three-ring binders (that were non-editable and contained no objectionable racial or gender-based content) and copies thereof with three close personal friends to receive their feedback on the draft.

28.     The SFNG Game was never sold by any Counterclaim Defendant.  While a digital mockup photo of it (the photo was prepared by Mr. Semora) appeared on the Museum's website, it was at all times listed as "Out of Stock."  Mr. Semora also prepared a digital mockup photo of a stack of SFNG Game books.

29.     In February 2022, I first learned that a parody version of the SFNG Game called "Star Frontiers Not Genuine" was available for download on the internet.

30.     The "Star Frontiers Not Genuine" game was a modified version of the SFNG Game transcript that had been edited to contain derogatory and hateful remarks.  It falsely attributed those

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 5

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

remarks to TSR by referencing "Justin" in the comments on the transcript and listing TSR as its owner. I did not in any way authorize or approve of the "Star Frontiers Not Genuine" game.

31.     When I became aware of this issue, I immediately wrote to the online publisher, Lulu Press, Inc., and demanded that the game be removed. Attached hereto as **Exhibit L** is a true and correct copy of the email exchange between myself and Lulu Press, Inc.

32.     Lulu Press investigated the issue and removed the game. I was informed that an individual with the username "Larry Schroeder" and the email address "larryschroeder1947 @gmail.com" was responsible for the Lulu Press posting. No one with that name is in any way affiliated with any of the Counterclaim Defendants, and the "Star Frontiers Not Genuine" game that he posted is not in any way affiliated with the draft version prepared by me and Mr. Johnson that was confidentially provided to Mr. Semora/Wizard Tower Games.

33.     I also became aware that another altered and unauthorized version of the SFNG Game had been released online around July 19, 2022. I found this version posted on various websites, such as www.gamer.com and www.techraptor.com. As with the version posted by Lulu Press, this unauthorized and modified version of the SFNG Game also contained disturbing content regarding race and gender issues. This is the version of the SFNG Game that is included in WOTC's motion as Exhibit E ("Exhibit E"), which I have reviewed.

34.     I do not know where any of the altered, unauthorized versions of the SFNG Game that were posted on the internet came from (including the versions described in paragraphs 29 through 33 above, which include WOTC's Exhibit E). I do not agree with or approve of any of the offensive content, whether racial, gender-based, or otherwise. I did not make or approve of any edits to incorporate this offensive content into the SFNG Game transcript that I/TSR co-wrote with Mr. Johnson, at any time. I am offended and outraged by this content and by the fact that a third party would modify the game I worked on to incorporate such material and then falsely attribute that offensive material to me and my companies.

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 6

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

35.     To the best of my knowledge, WOTC had never seen a copy of TSR's actual SFNG Game transcript before documents were produced by third parties in this case and shared with the Counterclaim Defendants' counsel on September 27, 2022, after WOTC's motion was filed.  The SFNG Game transcript is not available to the public, and WOTC has not been provided a copy by me or any of the Counterclaim Defendants.

36.     Aside from the Counterclaim Defendants, the only individuals who have received editable copies of the actual SFNG Game are Mr. Johnson (its co-author) and Mr. Semora (who received a copy subject to the NDA for the sole purpose of providing professional services).

37.     Mr. Semora has a well-documented personal vendetta against me and my companies.  Toward the end of our business dealings, the relationship between me and Mr. Semora (and our companies) became highly contentious and antagonistic.  For example, the business relationship between TSR and Wizard Tower Games fell apart, and we are currently embroiled in a heated dispute regarding money that TSR paid to Wizard Tower Games for products and services, whether any such products and/or services were delivered, and if a refund or further payment is owed.  The dispute has risen to the level of me filing reports of criminal misconduct by Mr. Semora with Calhoun County, Michigan and the Federal Bureau of Investigation, as well as a civil complaint with the Attorney General.

38.     Mr. Semora was the only known third party with editing authority and access to TSR's original SFNG Game transcript.

39.     I did not at any time or in any way create, authorize, or approve of WOTC's Exhibit E.  This document does not reflect the content of TSR's SFNG Game, and neither I nor any of the Counterclaim Defendants made any of the inflammatory edits it includes.  I do not approve of any of the offensive content contained in Exhibit E.

40.     As the only known person with access to an editable copy of the SFNG Game, I suspect that Mr. Semora made these unauthorized modifications to the SFNG Game and released

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                          Page 7

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

1  that version (which now appears as Exhibit E) to the public in an effort to harm and tarnish the

2  reputation of me and my companies.

3      41.    As stated above, the draft game authored by me/TSR and Mr. Johnson was

4  submitted to Mr. Semora/Wizard Tower Games for editing via a Google Doc document.  The

5  metadata on that file shows that the last modification to that document occurred on February 6,

6  2022 at 10:54 p.m. and notes that "George Johnson" (referring to Mr. Johnson) was the author.

7  Attached hereto as **Exhibit M** is a true and correct copy of a screenshot of that metadata.

8      42.    After Mr. Semora said he completed the editorial process, Wizard Tower Games

9  sent TSR the three-ring binders containing the supposedly complete edited version of the SFNG

10  Game transcript (including the character sheets) for TSR's review and approval.  This is reflected

11  by text message communications between me and Mr. Semora.  Attached hereto as **Exhibit N** is a

12  true and correct copy of that text message chain regarding character sheets.

13     43.    At no time have I or the other Counterclaim Defendants released or distributed to

14  the public (for play testing or any other purpose) any copies of the altered version of the SFNG

15  Game that appears in WOTC's Exhibit E.

16     44.    Neither I or the other Counterclaim Defendants ever gave Mr. Semora or anyone

17  else permission to publish, release, or distribute the SFNG Game, especially not a version that had

18  been modified to include offensive and inflammatory content (such as Exhibit E).

19     45.    The only versions of the SFNG Game that represent the transcript co-written by

20  me/TSR and Mr. Johnson are the draft transcript that was provided to Mr. Semora by Google Doc

21  and the version that TSR reviewed in the three-ring binders provided to it by Wizard Tower Games.

22  Neither of these versions contained offensive content.

23     46.    To the extent that it was possible, I took on behalf of TSR prompt action to have

24  unauthorized versions of the transcript removed where they appeared online.  These postings were

25  entirely unauthorized by and outside of the control of me or my companies.

26  / / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 8

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

47.    None of the Counterclaim Defendants distributed or authorized distribution of a "preview" of the altered and unauthorized document that appears at WOTC's Exhibit E, and that document does not represent TSR's work product or match the contents of TSR's actual SFNG Game transcript.

48.    The SFNG Game was never sold by any of the Counterclaim Defendants.  Although the SFNG Game appeared on the Museum's website, it was at all times listed as "Out of Stock." The SFNG Game has never been available for sale to consumers in the marketplace, and the Counterclaim Defendants have not sold (or attempted to sell) a single copy of the SFNG Game to anyone.

49.    The image of the SFNG Game depicted on the Museum and TSR websites (as seen in Exhibit P below and in paragraph 7 of the Rainwater Declaration, which I have reviewed) was merely a digital mockup of a book showing what the future game book might look like.  It does not show an actual product that is currently in existence and available for sale.  There is not one page of text between the digital covers.  The book does not exist.

50.    The SFNG Game has never been available for sale to consumers, and no Counterclaim Defendant has sold or attempted to sell a copy of it to anyone.  A consumer who visited the website could not click on the item, add it to a shopping cart, pre-order it, or in any way interact with the photo of the digital mockup.

51.    Attached hereto as **Exhibit O** is a true and correct copy of a photo provided to me by Mr. Semora of a digital mockup of a stack of books.

52.    No Counterclaim Defendant has gained any commercial benefit from TSR's efforts to create the SFNG Game.

53.    To the best of my knowledge, Star Frontiers books have not been published since the last edition was released by TSR, Inc. in 1985.

54.    TSR is often referred to online as "TSR3" or "NuTSR."  These nicknames distinguish TSR from the former TSR, Inc.

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 9

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

55.     The mockup photo of the SFNG Game that was posted online very clearly states that it is a "New Genesis."  This indicates that the idea is "new," and the word "genesis" conveys that a new concept is coming into being.  The tag line "the Science Fiction Classic Returns" indicates that the game is a new spin on a vintage product.  Attached hereto as **Exhibit P** is a true and correct copy of the mockup photo that appeared on the websites (which has been removed until the present motion is resolved).

56.     The logo at the bottom of the Exhibit P digital mockup photo is a lizard holding a spear, which is new art created especially for TSR and registered to TSR (USPTO Registration No. 6457620).  It is not in any way affiliated with WOTC or TSR, Inc.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED October 9, 2022

Justin LaNasa

DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION

Page 10

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

DECLARATION OF JUSTIN LANASA

# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90124839**
**Filing Date: 08/19/2020**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | TSR THE GAME WIZARDS |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the letters "TSR" appear above the words "The Game Wizards" and to the left of a man's face in profile with a long beard. A border extends around the words and image and connects to the T and the R in "TSR". There is a circular border inside of a half-moon-shaped border that both surround the image of the face. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 492 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | LANASA, JUSTIN |
| DBA/AKA/TA/FORMERLY | DBA TSR |
| *MAILING ADDRESS | 723 WILLIAMS STREET |
| *CITY | LAKE GENEVA |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |

| *EMAIL ADDRESS | XXXX |
|---|---|
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Role playing game equipment in the nature of game book manuals |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Dice; Dice games; Equipment sold as a unit for playing **role playing games** games; Equipment sold as a unit for playing **parlour games** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | RUSSELL D. NUGENT |
| ATTORNEY DOCKET NUMBER | 04043-TSR GW |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | THE HUMPHRIES LAW FIRM, P.C. |
| STREET | 1904 EASTWOOD RD. STE 310A |
| CITY | WILMINGTON |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28403 |
| PHONE | 910-899-0236 |
| FAX | 888-290-7817 |
| EMAIL ADDRESS | |

| EMAIL ADDRESS | russell@kinglawonline.com |
|---|---|
| **CORRESPONDENCE INFORMATION** | |
| NAME | RUSSELL D. NUGENT |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | russell@kinglawonline.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@kinglawonline.com; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 450 |
| *TOTAL FEES PAID | 450 |
| **SIGNATURE INFORMATION** | |
| ORIGINAL PDF FILE | hw_173936452-174731289_._Declaration_for_TSR_Game_Wizards.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1\FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1\FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1\FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1\FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\248\90124839\xml1\FTK0007.JPG |
| * SIGNATORY'S NAME | JUSTIN LANASA |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 910-352-5015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 90124839**
**Filing Date: 08/19/2020**

## To the Commissioner for Trademarks:

**MARK:** TSR THE GAME WIZARDS (stylized and/or with design, see below )

The literal element of the mark consists of TSR THE GAME WIZARDS. The applicant is not claiming color as a feature of the mark. The mark consists of the letters "TSR" appear above the words "The Game Wizards" and to the left of a man's face in profile with a long beard. A border extends around the words and image and connects to the T and the R in "TSR". There is a circular border inside of a half-moon-shaped border that both surround the image of the face.

The applicant, JUSTIN LANASA, DBA TSR, a citizen of United States, having an address of
    723 WILLIAMS STREET
    LAKE GENEVA, Wisconsin 53147
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Role playing game equipment in the nature of game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Dice; Dice games; Equipment sold as a unit for playing role playing games games; Equipment sold as a unit for playing parlour games games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: RUSSELL D. NUGENT. RUSSELL D. NUGENT of THE HUMPHRIES LAW FIRM, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    1904 EASTWOOD RD. STE 310A
    WILMINGTON, North Carolina 28403
    United States
    910-899-0236(phone)
    888-290-7817(fax)
    russell@kinglawonline.com
The docket/reference number is 04043-TSR GW.
RUSSELL D. NUGENT submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    RUSSELL D. NUGENT
    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@kinglawonline.com; russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\901\248\90124839\xml1\FTK0003.JPG


Signatory's Name: JUSTIN LANASA
Signatory's Position: Owner
Signatory's Phone Number: 910-352-5015
Payment Sale Number: 90124839
Payment Accounting Date: 08/19/2020

Serial Number: 90124839
Internet Transmission Date: Wed Aug 19 18:00:02 ET 2020
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20200819180002332
974-90124839-74068b25843f1fcebe5c83b3ff4
c462591617c192ba76da74ad6da09dfc96fb692d
-CC-00004285-20200819174731289102



Trademark/Service Mark Application, Principal Register                          https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

(https://www.uspto.gov)

About Us (https://www.uspto.gov/about-us)     Jobs (https://www.uspto.gov/jobs)

Contact Us (https://www.uspto.gov/about-us/contact-us)     Logout

# Trademark Electronic Application System

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application Handwritten Signature

## To the Commissioner for Trademarks:

**MARK:** TSR THE GAME WIZARDS (stylized and/or with design, see below )



The literal element of the mark consists of TSR THE GAME WIZARDS. The applicant is not claiming color as a feature of the mark. The mark consists of the letters "TSR" appear above the words "The Game Wizards" and to the left of a man's face in profile with a long beard. A border extends around the words and image and connects to the T and the R in "TSR". There is a circular border inside of a half-moon-shaped border that both surround the image of the face.

The applicant, LANASA, JUSTIN, DBA TSR, a sole proprietorship legally organized under the laws of North Carolina, comprised of LANASA, JUSTIN, a citizen of United States, having an address of
  723 WILLIAMS STREET
  Lake Geneva, Wisconsin 53147
  United States
  hardwire77@yahoo.com

8/17/2020, 11:04 AM

Exhibit A
Page 7 of 11

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- • **Basis:**

  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - ○ The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - ○ The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - ○ The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - ○ To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**

  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - ○ The signatory believes that the applicant is entitled to use the mark in commerce;
  - ○ The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - ○ To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- • To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- • To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- • The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature:

Signatory's Name: Justin Lanasa
Signatory's Position: Owner
Signatory's Phone Number: 910-352-5015

Date Signed:

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will not be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Trademark/Service Mark Application, Principal Register                    https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

8/17/2020, 11:04 AM

Exhibit A
Page 9 of 11

Trademark/Service Mark Application, Principal Register                    https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | MRK173936452-155326861_._ TSR_Game_Wizards_Mark_TBF.jpg |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | TSR THE GAME WIZARDS |

8/17/2020, 11:04 AM

| Input Field | Entered |
|---|---|
| **\*TRANSLATION**<br>**(if applicable)** | |
| **\*TRANSLITERATION**<br>**(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION**<br>**(if applicable)** | |
| **\*CONSENT (NAME/LIKENESS)**<br>**(if applicable)** | |
| **\*CONCURRENT USE CLAIM**<br>**(if applicable)** | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **ATTORNEY DOCKET NUMBER** | 04043-TSR GW |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 33049 |
| **YEAR OF ADMISSION** | 2004 |
| **U.S. STATE/ COMMONWEALTH/**<br>**TERRITORY** | North Carolina |
| **FIRM NAME** | The Humphries Law Firm, P.C. |
| **STREET** | 1904 Eastwood Dr. Ste 310A |
| **CITY** | Wilmington |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S.**<br>**TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 28403 |
| **PHONE** | 910-899-0236 |
| **FAX** | 888-290-7817 |
| **EMAIL ADDRESS** | russell@kinglawonline.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **PRIMARY EMAIL ADDRESS FOR**<br>**CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES)**<br>**(COURTESY COPIES)** | contact@humphriesfirm.law; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER**<br>**CLASS** | 225 |
| **\*TOTAL FEES DUE** | 450 |

DECLARATION OF JUSTIN LANASA

# EXHIBIT B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90124287**
**Filing Date: 08/19/2020**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1 \ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | TSR |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED** (If applicable) | |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the letters "TSR" in large block letters overlapping each other as they run diagonally from the upper left to the lower right. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 722 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | LANASA, JUSTIN |
| **DBA/AKA/TA/FORMERLY** | DBA TSR |
| **\*MAILING ADDRESS** | 723 WILLIAMS STREET |
| **\*CITY** | LAKE GENEVA |
| **\*STATE** (Required for U.S. applicants) | Wisconsin |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 53147 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |

| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Role playing game equipment in the nature of game book manuals |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Dice; Dice games; Equipment sold as a unit for playing **role playing and/or parlor games** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | RUSSELL D. NUGENT |
| ATTORNEY DOCKET NUMBER | 04043-TSR |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | THE HUMPHRIES LAW FIRM, P.C. |
| STREET | 1904 EASTWOOD RD. STE 310A |
| CITY | WILMINGTON |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28403 |
| PHONE | 910-899-0236 |
| FAX | 888-290-7817 |
| EMAIL ADDRESS | RUSSELL@KINGLAWONLINE.COM |
| **CORRESPONDENCE INFORMATION** | |
| NAME | RUSSELL D. NUGENT |

| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | RUSSELL@KINGLAWONLINE.COM |
|---|---|
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@kinglawonline.com; russell@humphriesfirm.law |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 450 |
| *TOTAL FEES PAID | 450 |

## SIGNATURE INFORMATION

| ORIGINAL PDF FILE | hw_173936452-143720965_._Declaration_for_TSR_Block_Image.pdf |
|---|---|
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\901\242\90124287\xml1\ FTK0007.JPG |
| * SIGNATORY'S NAME | JUSTIN LANASA |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 910-352-5015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90124287**
**Filing Date: 08/19/2020**

## To the Commissioner for Trademarks:

**MARK:** TSR (stylized and/or with design, see below )

The literal element of the mark consists of TSR. The applicant is not claiming color as a feature of the mark. The mark consists of the letters "TSR" in large block letters overlapping each other as they run diagonally from the upper left to the lower right.
The applicant, JUSTIN LANASA, DBA TSR, a citizen of United States, having an address of
   723 WILLIAMS STREET
   LAKE GENEVA, Wisconsin 53147
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Role playing game equipment in the nature of game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Dice; Dice games; Equipment sold as a unit for playing role playing and/or parlor games games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: RUSSELL D. NUGENT. RUSSELL D. NUGENT of THE HUMPHRIES LAW FIRM, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   1904 EASTWOOD RD. STE 310A
   WILMINGTON, North Carolina 28403
   United States
   910-899-0236(phone)
   888-290-7817(fax)
   RUSSELL@KINGLAWONLINE.COM
The docket/reference number is 04043-TSR.
RUSSELL D. NUGENT submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   RUSSELL D. NUGENT
   PRIMARY EMAIL FOR CORRESPONDENCE: RUSSELL@KINGLAWONLINE.COM
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@kinglawonline.com; russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and

the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\901\242\90124287\xml1\FTK0003.JPG


Signatory's Name: JUSTIN LANASA
Signatory's Position: Owner
Signatory's Phone Number: 910-352-5015
Payment Sale Number: 90124287
Payment Accounting Date: 08/19/2020

Serial Number: 90124287
Internet Transmission Date: Wed Aug 19 14:53:38 ET 2020
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20200819145338698
234-90124287-740e43a8c8648c5a19e44770de3
09f651853b99d1c32dbe988142331596e5c5a64-
CC-53370747-20200819143720965462



Trademark/Service Mark Application, Principal Register                                https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

(https://www.uspto.gov)

About Us (https://www.uspto.gov/about-us)        Jobs (https://www.uspto.gov/jobs)

Contact Us (https://www.uspto.gov/about-us/contact-us)        Logout

# Trademark Electronic Application System

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

**Trademark/Service Mark Application, Principal Register**
**TEAS Plus Application Handwritten Signature**

## To the Commissioner for Trademarks:

**MARK:** TSR (stylized and/or with design, see below )



The literal element of the mark consists of TSR. The applicant is not claiming color as a feature of the mark. The mark consists of

### Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature:
Signatory's Name: Justin Lanasa
Signatory's Position: OWNER
Signatory's Phone Number: 910-352-5015

Date Signed:

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears, *a signature by itself will **not** be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Trademark/Service Mark Application, Principal Register         https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)"*
*appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

8/17/2020, 12:10 PM

Trademark/Service Mark Application, Principal Register      https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | MRK173936452-115521545_._TSR_Block_Letter_Mark_-_u pload_this_one.jpg |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | TSR |

Trademark/Service Mark Application, Principal Register                    https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FT...

| Input Field | Entered |
|---|---|
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **ATTORNEY DOCKET NUMBER** | 04043-TSR |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 33049 |
| **YEAR OF ADMISSION** | 2004 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | North Carolina |
| **FIRM NAME** | The Humphries Law Firm, P.C. |
| **STREET** | 1904 Eastwood Rd. Ste 310A |
| **CITY** | Wilmington |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 28403 |
| **PHONE** | 910-899-0236 |
| **FAX** | 888-290-7817 |
| **EMAIL ADDRESS** | russell@kinglawonline.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | contact@humphriesfirm.law; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| **\*TOTAL FEES DUE** | 450 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATORY'S NAME** | Justin Lanasa |
| **\* SIGNATORY'S POSITION** | OWNER |

8/17/2020, 12:10 PM

DECLARATION OF JUSTIN LANASA

# EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90148524**
**Filing Date: 08/31/2020**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording ''(if applicable)'' appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\901\485\90148524\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | TSR |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the letters "TSR" surrounded by two concentric rings separated by a ring of diamond shapes. The letter "S" forms the shape of a dragon having wings outstretched behind the letters "T" and "R" and a head extending above the letters. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 605 x 580 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | LANASA, JUSTIN |
| DBA/AKA/TA/FORMERLY | DBA TSR |
| *MAILING ADDRESS | 723 WILLIAMS STREET |
| *CITY | LAKE GENEVA |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |
| *EMAIL ADDRESS | XXXX |

Exhibit C
Page 1 of 7

| LEGAL ENTITY INFORMATION | |
|---|---|
| **\*TYPE** | INDIVIDUAL |
| **\* COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 016 |
| **\*IDENTIFICATION** | Role playing game equipment in the nature of game book manuals |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 028 |
| **\*IDENTIFICATION** | Dice; Dice games; Equipment sold as a unit for playing **role playing games** games; Equipment sold as a unit for playing **parlour** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| **\*FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION**<br>**(if applicable)** | |
| **\*TRANSLITERATION**<br>**(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION**<br>**(if applicable)** | |
| **\*CONSENT (NAME/LIKENESS)**<br>**(if applicable)** | |
| **\*CONCURRENT USE CLAIM**<br>**(if applicable)** | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **ATTORNEY DOCKET NUMBER** | 04043-EMBLEM |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | The Humphries Law Firm, P.C. |
| **STREET** | 1904 Eastwood Drive Ste 310A |
| **CITY** | Wilmington |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 28403 |
| **PHONE** | 910-899-0236 |
| **FAX** | 888-290-7817 |
| **EMAIL ADDRESS** | russell@kinglawonline.com |
| **CORRESPONDENCE INFORMATION** | |

Exhibit C
Page 2 of 7

| NAME | Russell D. Nugent |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | contact@humphriesfirm.law; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| **\*TOTAL FEES DUE** | 450 |
| **\*TOTAL FEES PAID** | 450 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_173936452-115630497_._Signed_declaration_for_Emblem_App.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT18\901\485\90148524\xml1\FTK0003.JPG |
| **\* SIGNATORY'S NAME** | Justin Lanasa |
| **\* SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 910-352-5015 |

Exhibit C
Page 3 of 7

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90148524**
**Filing Date: 08/31/2020**

## To the Commissioner for Trademarks:

**MARK:** TSR (stylized and/or with design, see below )

The literal element of the mark consists of TSR. The applicant is not claiming color as a feature of the mark. The mark consists of the letters "TSR" surrounded by two concentric rings separated by a ring of diamond shapes. The letter "S" forms the shape of a dragon having wings outstretched behind the letters "T" and "R" and a head extending above the letters.

The applicant, JUSTIN LANASA, DBA TSR, a citizen of United States, having an address of
   723 WILLIAMS STREET
   LAKE GENEVA, Wisconsin 53147
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Role playing game equipment in the nature of game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Dice; Dice games; Equipment sold as a unit for playing role playing games games; Equipment sold as a unit for playing parlour games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   1904 Eastwood Drive Ste 310A
   Wilmington, North Carolina 28403
   United States
   910-899-0236(phone)
   888-290-7817(fax)
   russell@kinglawonline.com
The docket/reference number is 04043-EMBLEM.
Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Russell D. Nugent
   PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

Exhibit C
Page 4 of 7

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

### Declaration

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\901\485\90148524\xml1\FTK0003.JPG


Signatory's Name: Justin Lanasa
Signatory's Position: Owner
Signatory's Phone Number: 910-352-5015
Payment Sale Number: 90148524
Payment Accounting Date: 08/31/2020

Serial Number: 90148524
Internet Transmission Date: Mon Aug 31 12:05:59 ET 2020
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20200831120559005
219-90148524-750d91bca25fe077c8bcb7f4757
04e1ce58b93701780ec928ddbc48e39baceb5-CC
-05578180-20200831115630497463

Exhibit C
Page 5 of 7



Exhibit C
Page 6 of 7

8/23/2020                         Trademark/Service Mark Application, Principal Register

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - ○ The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - ○ The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - ○ The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - ○ To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.
  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - ○ The signatory believes that the applicant is entitled to use the mark in commerce;
  - ○ The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - ○ To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: _____
Signatory's Name: Justin Lapasa
Signatory's Position: Owner
Signatory's Phone Number: 910-352-5015

Date Signed: _____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will **not** be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Exhibit C
Page 7 of 7

DECLARATION OF JUSTIN LANASA

# EXHIBIT D

PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Express Abandonment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90124287 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 124 |
| **PUBLISH FOR OPPOSITION DATE** | 01/26/2021 |
| **MARK SECTION** | |
| **MARK** | TSR (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/90124287/large) |
| **REQUEST FOR EXPRESS ABANDONMENT SECTION** | |
| **STATEMENT** | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Russell D. Nugent/ |
| **SIGNATORY NAME** | Russell D. Nugent |
| **SIGNATORY DATE** | 07/27/2021 |
| **SIGNATORY POSITION** | Attorney at law and member of the NC Bar |
| **SIGNATORY PHONE NUMBER** | 910-899-0236 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Jul 27 16:23:43 ET 2021 |
| **TEAS STAMP** | USPTO/REA-XX.XXX.XXX.XXX-20210727162343444412-9012 4287-780fda1246927733b875 f4dc75db169eb8e7e34659b53 de0d95911bba2657db25d-N/A -N/A-20210727162059388879 |

PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** TSR (stylized and/or with design, see https://tmng-al.uspto.gov /resting2/api/img/9012428 7/large)
**SERIAL NUMBER:** 90124287

By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /Russell D. Nugent/      Date: 07/27/2021
Signatory's Name: Russell D. Nugent
Signatory's Position: Attorney at law and member of the NC Bar
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 90124287
Internet Transmission Date: Tue Jul 27 16:23:43 ET 2021
TEAS Stamp: USPTO/REA-XX.XXX.XXX.XXX-202107271623434
44412-90124287-780fda1246927733b875f4dc7
5db169eb8e7e34659b53de0d95911bba2657db25
d-N/A-N/A-20210727162059388879

DECLARATION OF JUSTIN LANASA

# EXHIBIT E

PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Express Abandonment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90148524 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 124 |
| **PUBLISH FOR OPPOSITION DATE** | 01/19/2021 |
| **MARK SECTION** | |
| **MARK** | TSR (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/90148524/large) |
| **REQUEST FOR EXPRESS ABANDONMENT SECTION** | |
| **STATEMENT** | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Russell D. Nugent/ |
| **SIGNATORY NAME** | Russell D. Nugent |
| **SIGNATORY DATE** | 07/27/2021 |
| **SIGNATORY POSITION** | Attorney at law and member of the NC Bar |
| **SIGNATORY PHONE NUMBER** | 910-899-0236 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Jul 27 16:33:28 ET 2021 |
| **TEAS STAMP** | USPTO/REA-XX.XXX.XXX.XXX-20210727163328493177-9014 8524-780e2ec9346f451b5677 fda7480b7d9ac465fbd1df67d 8cd77785b1725d276ff87-N/A -N/A-20210727162741725026 |

PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** TSR (stylized and/or with design, see https://tmng-al.uspto.gov /resting2/api/img/9014852 4/large)
**SERIAL NUMBER:** 90148524


By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.


Signature: /Russell D. Nugent/      Date: 07/27/2021
Signatory's Name: Russell D. Nugent
Signatory's Position: Attorney at law and member of the NC Bar
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 90148524
Internet Transmission Date: Tue Jul 27 16:33:28 ET 2021
TEAS Stamp: USPTO/REA-XX.XXX.XXX.XXX-202107271633284
93177-90148524-780e2ec9346f451b5677fda74
80b7d9ac465fbd1df67d8cd77785b1725d276ff8
7-N/A-N/A-20210727162741725026

DECLARATION OF JUSTIN LANASA

# EXHIBIT F

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90884176**
**Filing Date: 08/16/2021**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | TSR |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TSR |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | TSR LLC |
| *MAILING ADDRESS | 723 WILLIAMS ST |
| *CITY | LAKE GENEVA |
| *STATE (Required for U.S. applicants) | North Carolina |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Wisconsin |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Role playing game equipment in the nature of printed game book manuals |
| *FILING BASIS | SECTION 1(b) |

| *INTERNATIONAL CLASS | 028 |
|---|---|
| *IDENTIFICATION | Dice; Dice games; Equipment sold as a unit for playing **PARLOUR AND RPG GAMES** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| ATTORNEY DOCKET NUMBER | 4043-TSR 2 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The Humphries Law Firm, P.C. |
| STREET | 1904 Eastwood Drive Ste 310A |
| CITY | Wilmington |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28403 |
| PHONE | 910-899-0236 |
| FAX | 888-290-7817 |
| EMAIL ADDRESS | russell@kinglawonline.com |

## CORRESPONDENCE INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | russell@kinglawonline.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@humphriesfirm.law; russell@humphriesfirm.law |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 500 |

| *TOTAL FEES PAID | 500 |
|---|---|
| **SIGNATURE INFORMATION** | |
| ORIGINAL PDF FILE | hw_65191234170-102623760_._Signed_Declaration_to_be_filed.pdf |
| CONVERTED PDF FILE(S)<br>(2 pages) | \\TICRS\EXPORT18\IMAGEOUT18\908\841\90884176\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT18\908\841\90884176\xml1\ FTK0004.JPG |
| * SIGNATORY'S NAME | Justin Lanasa |
| * SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 910-352-5015 |
| SIGNATURE METHOD | Handwritten |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 90884176**
**Filing Date: 08/16/2021**

## To the Commissioner for Trademarks:

**MARK:** TSR (Standard Characters, see below )

The literal element of the mark consists of TSR. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, TSR LLC, a limited liability company legally organized under the laws of Wisconsin, having an address of

    723 WILLIAMS ST
    LAKE GENEVA, North Carolina 53147
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Role playing game equipment in the nature of printed game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Dice; Dice games; Equipment sold as a unit for playing PARLOUR AND RPG GAMES games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    1904 Eastwood Drive Ste 310A
    Wilmington, North Carolina 28403
    United States
    910-899-0236(phone)
    888-290-7817(fax)
    russell@kinglawonline.com

The docket/reference number is 4043-TSR 2.
Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    Russell D. Nugent

    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $500 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\908\841\90884176\xml1\FTK0003.JPG


Signatory's Name: Justin Lanasa
Signatory's Position: Principal
Signatory's Phone Number: 910-352-5015
Signature method: Handwritten
Payment Sale Number: 90884176
Payment Accounting Date: 08/16/2021

Serial Number: 90884176
Internet Transmission Date: Mon Aug 16 10:29:27 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202108161029273
99485-90884176-7816529d728536a3dc53f701d
deeaf182ece9966f10c9de7d23a068626ef4891-
CC-29250975-20210816102623760868

# TSR

8/11/2021                                                      Trademark/Service Mark Application, Principal Register

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature:

Signatory's Name: Justin Lanasa
Signatory's Position: Principal
Signatory's Phone Number: 910-352-5015

Date Signed:

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will **not** be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

**IMPORTANT INFORMATION FOR APPLICANT:**

**No filing fee refunds**

Once your application is submitted, the USPTO we will not cancel the filing or refund your fee. The fee is a processing fee, which the USPTO does not refund even if a registration is not issued after substantive review of the application. This is true regardless of how soon after submission you might attempt to request cancellation of the filing.

**All information submitted made public**

All information submitted to the USPTO at any point in the application and/or registration process will become public record, including your name, phone number, email address, and street address. Please be aware that **YOU HAVE NO RIGHT TO CONFIDENTIALITY** in the information disclosed. The public will be able to view the information in the USPTO's on-line databases and through internet search engines and other on-line databases and may use this information to contact you directly. This information will remain public even if the application is later abandoned or any resulting registration is surrendered, cancelled, or expired. For any information that may be subject to copyright protection, by submitting it to the USPTO, the filer is representing that he or she has the authority to grant, and is granting, the USPTO permission to make the information available in its on-line database and in copies of the application or registration record.

**Review of application**

Registration is not automatic or guaranteed. A USPTO examining attorney will review your application approximately three months after the filing date for compliance with all legal requirements. This may result in a letter (an "Office action") being issued that will require you to submit a response within a strict time deadline, even if a filing company has filed the original application on your behalf. Failure to submit a timely response will result in the abandonment of your application.

Back

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register
## TEAS Plus Application
*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | mark.jpg |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TSR |

DECLARATION OF JUSTIN LANASA

# EXHIBIT G

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90276506**
**Filing Date: 10/25/2020**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | <u>STAR FRONTIERS</u> |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | STAR FRONTIERS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | TSR LLC |
| *MAILING ADDRESS | 723 Williams Street |
| *CITY | Lake Geneva |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Wisconsin |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Role playing game equipment in the nature of game book manuals |
| *FILING BASIS | SECTION 1(b) |

| *INTERNATIONAL CLASS | 028 |
|---|---|
| *IDENTIFICATION | Dice; Dice games; Equipment sold as a unit for playing **role playing games** games; Equipment sold as a unit for playing **parlor** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION<br>(if applicable) | |
|---|---|
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| ATTORNEY DOCKET NUMBER | 04043-STARF |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The Humphries Law Firm, P.C. |
| STREET | 1904 Eastwood Drive Ste 310A |
| CITY | Wilmington |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28403 |
| PHONE | 910-899-0236 |
| FAX | 888-290-7817 |
| EMAIL ADDRESS | russell@kinglawonline.com |

## CORRESPONDENCE INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | russell@kinglawonline.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@humphriesfirm.law; russell@humphriesfirm.law |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 450 |

| | |
|---|---|
| * **TOTAL FEES PAID** | 450 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_173938876-120348284_._2020_10_23_Signed_Trademark_Application.pdf |
| **CONVERTED PDF FILE(S)** (7 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\765\90276506\xml1\ FTK0009.JPG |
| * **SIGNATORY'S NAME** | Justin W. Lanasa |
| * **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 910-352-5015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90276506**
**Filing Date: 10/25/2020**

## To the Commissioner for Trademarks:

**MARK:** STAR FRONTIERS (Standard Characters, see below )

The literal element of the mark consists of STAR FRONTIERS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, TSR LLC, a limited liability company legally organized under the laws of Wisconsin, having an address of
    723 Williams Street
    Lake Geneva, Wisconsin 53147
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Role playing game equipment in the nature of game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Dice; Dice games; Equipment sold as a unit for playing role playing games games; Equipment sold as a unit for playing parlor games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    1904 Eastwood Drive Ste 310A
    Wilmington, North Carolina 28403
    United States
    910-899-0236(phone)
    888-290-7817(fax)
    russell@kinglawonline.com
The docket/reference number is 04043-STARF.
Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Russell D. Nugent
    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark

Electronic Application System (TEAS).

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:

\\TICRS\EXPORT18\IMAGEOUT18\902\765\90276506\xml1\FTK0003.JPG

Signatory's Name: Justin W. Lanasa
Signatory's Position: Principal
Signatory's Phone Number: 910-352-5015
Payment Sale Number: 90276506
Payment Accounting Date: 10/26/2020

Serial Number: 90276506
Internet Transmission Date: Sun Oct 25 12:10:19 ET 2020
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20201025121019197
824-90276506-7502e8ec79b563e5555f99a42de
8499cb9a6d798cf187987efb8d19935d13674-CC
-10173335-20201025120348284683

# STAR FRONTIERS

10/20/2020                          Trademark/Service Mark Application, Principal Register

(https://www.uspto.gov)

About Us (https://www.uspto.gov/about-us)    Jobs (https://www.uspto.gov/jobs)

Contact Us (https://www.uspto.gov/about-us/contact-us)    Logout

# Trademark Electronic Application System

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application Handwritten Signature

## To the Commissioner for Trademarks:

**MARK:** STAR FRONTIERS (Standard Characters, see below )

# STAR FRONTIERS

The literal element of the mark consists of STAR FRONTIERS. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, TSR LLC, a limited liability company legally organized under the laws of Wisconsin, having an address of
  723 Williams Street
  Lake Geneva, Wisconsin 53147
  United States
  hardwire77@yahoo.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 016:  Role playing game equipment in the nature of game book manuals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

International Class 028:  Dice; Dice games; Equipment sold as a unit for playing role playing games games; Equipment sold as a unit for playing parlor games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the North Carolina bar, admitted to the bar in 2004, bar membership no. 33049, is located at

    1904 Eastwood Drive Ste 310A
    Wilmington, North Carolina 28403
    United States
    910-899-0236(phone)
    888-290-7817(fax)
    russell@kinglawonline.com
The docket/reference number is 04043-STARF.

Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Russell D. Nugent

    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law;
russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $450 will be submitted with the application, representing payment for 2 class(es).

10/20/2020                              Trademark/Service Mark Application, Principal Register

### Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**

  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**

  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: _____

Signatory's Name: Justin W. Lanasa
Signatory's Position: Principal
Signatory's Phone Number: 910-352-5015

Date Signed:  Oct/21/2020

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will **not** be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

10/20/2020                          Trademark/Service Mark Application, Principal Register

**IMPORTANT INFORMATION FOR APPLICANT:**

**No filing fee refunds**

Once your application is submitted, the USPTO we will not cancel the filing or refund your fee. The fee is a processing fee, which the USPTO does not refund even if a registration is not issued after substantive review of the application. This is true regardless of how soon after submission you might attempt to request cancellation of the filing.

**All information submitted made public**

All information submitted to the USPTO at any point in the application and/or registration process will become public record, including your name, phone number, email address, and street address. Please be aware that **YOU HAVE NO RIGHT TO CONFIDENTIALITY** in the information disclosed. The public will be able to view the information in the USPTO's on-line databases and through internet search engines and other on-line databases and may use this information to contact you directly. This information will remain public even if the application is later abandoned or any resulting registration is surrendered, cancelled, or expired. For any information that may be subject to copyright protection, by submitting it to the USPTO, the filer is representing that he or she has the authority to grant, and is granting, the USPTO permission to make the information available in its on-line database and in copies of the application or registration record.

**Review of application**

Registration is not automatic or guaranteed. A USPTO examining attorney will review your application approximately three months after the filing date for compliance with all legal requirements. This may result in a letter (an "Office action") being issued that will require you to submit a response within a strict time deadline, even if a filing company has filed the original application on your behalf. Failure to submit a timely response will result in the abandonment of your application.

| Back |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application
*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| ***MARK** | mark.jpg |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | STAR FRONTIERS |

https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/FTK-173.93.64.52-2020102012322131314756-eTEAS-75095e884a596861af6559da...   4/7

Exhibit G
Page 10 of 13

10/20/2020                                    Trademark/Service Mark Application, Principal Register

| **Input Field** | **Entered** |
| --- | --- |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | TSR LLC |
| **\*MAILING ADDRESS** | 723 Williams Street |
| **\*CITY** | Lake Geneva |
| **\*STATE**<br>(Required for U.S. applicants) | Wisconsin |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. and certain international addresses) | 53147 |
| **\*EMAIL ADDRESS** | hardwire77@yahoo.com |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\***<br>**STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Wisconsin |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 016 |
| **\*IDENTIFICATION** | Role playing game equipment in the nature of game book manuals |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 028 |
| **\*IDENTIFICATION** | Dice; Dice games; Equipment sold as a unit for playing **role playing games** games; Equipment sold as a unit for playing **parlor** games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| **\*FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |

**\*TRANSLATION**
(if applicable)

**\*TRANSLITERATION**
(if applicable)

**\*CLAIMED PRIOR REGISTRATION**
(if applicable)

**\*CONSENT (NAME/LIKENESS)**
(if applicable)

**\*CONCURRENT USE CLAIM**
(if applicable)

10/20/2020                                    Trademark/Service Mark Application, Principal Register

| **Input Field** | **Entered** |
|---|---|
| **ATTORNEY INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **ATTORNEY DOCKET NUMBER** | 04043-STARF |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 33049 |
| **YEAR OF ADMISSION** | 2004 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | North Carolina |
| **FIRM NAME** | The Humphries Law Firm, P.C. |
| **STREET** | 1904 Eastwood Drive Ste 310A |
| **CITY** | Wilmington |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 28403 |
| **PHONE** | 910-899-0236 |
| **FAX** | 888-290-7817 |
| **EMAIL ADDRESS** | russell@kinglawonline.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | contact@humphriesfirm.law; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| ***TOTAL FEES DUE** | 450 |
| **SIGNATURE INFORMATION** | |
| ***SIGNATORY'S NAME** | Justin W. Lanasa |
| ***SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 910-352-5015 |

Back

10/20/2020                                    Trademark/Service Mark Application, Principal Register

Privacy Act Statement (https://www.uspto.gov/trademarks-application-process/filing-online/teas-and-teasi-paperwork-
reduction-act-burden#TEAS-Privacy-Act-Statement) | TEAS Form Burden Statement
(https://www.uspto.gov/trademarks/teas/pra.jsp#heading-1) | Bug Report/Feedback (https://www.uspto.gov/trademarks-
application-process/filing-online/bug-report ) | TEAS Home (https://www.uspto.gov/trademarks-application-process/filing-
online)

(https://www.uspto.gov/)

BROWSE BY TOPIC

ABOUT THIS SITE

USPTO BACKGROUND

FEDERAL GOVERNMENT

DECLARATION OF JUSTIN LANASA

# EXHIBIT H

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90893809**
**Filing Date: 08/20/2021**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | STAR FRONTIERS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | STAR FRONTIERS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | TSR LLC |
| *MAILING ADDRESS | 723 WILLIAMS STREET |
| *CITY | LAKE GENEVA |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED PARTNERSHIP |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Wisconsin |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Justin Lanasa, US Citizen, Sole member and manager |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 028 |
| | Card games; Playing card game accessories, namely, playing |

| *IDENTIFICATION | card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; Playing cards and card games; Trading card games |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| ATTORNEY DOCKET NUMBER | 04043-SF2 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The Humphries Law Firm, P.C. |
| STREET | 1904 Eastwood Drive Ste 310A |
| CITY | Wilmington |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28403 |
| PHONE | 910-899-0236 |
| FAX | 888-290-7817 |
| EMAIL ADDRESS | russell@kinglawonline.com |

## CORRESPONDENCE INFORMATION

| NAME | Russell D. Nugent |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | russell@kinglawonline.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | contact@humphriesfirm.law; russell@humphriesfirm.law |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_65191234170-141542075_._Signed_declaration_for_SFclass_28_tbf.pdf |
| **CONVERTED PDF FILE(S)**<br>**(7 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\938\90893809\xml1\ FTK0009.JPG |
| * **SIGNATORY'S NAME** | Justin Lanasa |
| * **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 910-352-5015 |
| **SIGNATURE METHOD** | Handwritten |

Exhibit H
Page 3 of 13

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 90893809**
**Filing Date: 08/20/2021**

# To the Commissioner for Trademarks:

**MARK:** STAR FRONTIERS (Standard Characters, see below )

The literal element of the mark consists of STAR FRONTIERS. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, TSR LLC, a limited partnership legally organized under the laws of Wisconsin, comprising of Justin Lanasa, US Citizen, Sole member and manager, having an address of

   723 WILLIAMS STREET
   LAKE GENEVA, Wisconsin 53147
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028:  Card games; Playing card game accessories, namely, playing card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; Playing cards and card games; Trading card games
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   1904 Eastwood Drive Ste 310A
   Wilmington, North Carolina 28403
   United States
   910-899-0236(phone)
   888-290-7817(fax)
   russell@kinglawonline.com
The docket/reference number is 04043-SF2.
Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

   Russell D. Nugent

  PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law; russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Declaration Signature** The attached signature image file:
\\TICRS\EXPORT18\IMAGEOUT18\908\938\90893809\xml1\FTK0003.JPG


Signatory's Name: Justin Lanasa
Signatory's Position: Principal
Signatory's Phone Number: 910-352-5015
Signature method: Handwritten
Payment Sale Number: 90893809
Payment Accounting Date: 08/20/2021

Serial Number: 90893809
Internet Transmission Date: Fri Aug 20 14:40:15 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202108201440158
24965-90893809-7813f5a42866fc8e34a8bfa25
e514835aca04591d3ef186b4e2388ff15f62af50
-CC-40140217-20210820141542075198

# STAR FRONTIERS

8/20/2021                                    Trademark/Service Mark Application, Principal Register

(https://www.uspto.gov)

About Us (https://www.uspto.gov/about-us)      Jobs (https://www.uspto.gov/jobs)

Contact Us (https://www.uspto.gov/about-us/contact-us)      Logout

# Trademark Electronic Application System

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control
number

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application Handwritten Signature

## To the Commissioner for Trademarks:

**MARK:** STAR FRONTIERS (Standard Characters, see below )

# STAR FRONTIERS

The literal element of the mark consists of STAR FRONTIERS. The mark consists of standard characters, without claim to any
particular font style, size, or color.
The applicant, TSR LLC, a limited liability company legally organized under the laws of Wisconsin, having an address of
    723 WILLIAMS STREET
    LAKE GENEVA, Wisconsin 53147
    United States
    hardwire77@yahoo.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the
Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 028:  Card games; Playing card game accessories, namely, playing card cases, playing card holders, mats for
use in connection with playing card games, playing card shuffling devices and dice; Trading card games; Playing cards and card
games
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the
identified goods/services. (15 U.S.C. Section 1051(b)).

Exhibit H
Page 7 of 13

8/20/2021                                        Trademark/Service Mark Application, Principal Register

The owner's/holder's proposed attorney information: Russell D. Nugent. Russell D. Nugent of The Humphries Law Firm, P.C., is a member of the North Carolina bar, admitted to the bar in 2004, bar membership no. 33049, is located at

    1904 Eastwood Drive Ste 310A
    Wilmington, North Carolina 28403
    United States
    910-899-0236(phone)
    888-290-7817(fax)
    russell@kinglawonline.com
The docket/reference number is 04043-SF2.
Russell D. Nugent submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Russell D. Nugent

    PRIMARY EMAIL FOR CORRESPONDENCE: russell@kinglawonline.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): contact@humphriesfirm.law;
russell@humphriesfirm.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 will be submitted with the application, representing payment for 1 class(es).

8/20/2021                                   Trademark/Service Mark Application, Principal Register

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**

    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
    - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
    - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
    - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**

    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
    - The signatory believes that the applicant is entitled to use the mark in commerce;
    - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: _____

Signatory's Name: Justin Lanasa

Signatory's Position: Principal

Signatory's Phone Number: 910-352-5015

Date Signed: _____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will **not** be acceptable* . If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

8/20/2021                                    Trademark/Service Mark Application, Principal Register

**IMPORTANT INFORMATION FOR APPLICANT:**

**No filing fee refunds**

Once your application is submitted, the USPTO we will not cancel the filing or refund your fee. The fee is a processing fee, which the USPTO does not refund even if a registration is not issued after substantive review of the application. This is true regardless of how soon after submission you might attempt to request cancellation of the filing.

**All information submitted made public**

All information submitted to the USPTO at any point in the application and/or registration process will become public record, including your name, phone number, email address, and street address. Please be aware that **YOU HAVE NO RIGHT TO CONFIDENTIALITY** in the information disclosed. The public will be able to view the information in the USPTO's on-line databases and through internet search engines and other on-line databases and may use this information to contact you directly. This information will remain public even if the application is later abandoned or any resulting registration is surrendered, cancelled, or expired. For any information that may be subject to copyright protection, by submitting it to the USPTO, the filer is representing that he or she has the authority to grant, and is granting, the USPTO permission to make the information available in its on-line database and in copies of the application or registration record.

**Review of application**

Registration is not automatic or guaranteed. A USPTO examining attorney will review your application approximately three months after the filing date for compliance with all legal requirements. This may result in a letter (an "Office action") being issued that will require you to submit a response within a strict time deadline, even if a filing company has filed the original application on your behalf. Failure to submit a timely response will result in the abandonment of your application.

Back

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application
*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | mark.jpg |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | STAR FRONTIERS |

8/20/2021                                    Trademark/Service Mark Application, Principal Register

| Input Field | Entered |
|---|---|
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | TSR LLC |
| *MAILING ADDRESS | 723 WILLIAMS STREET |
| *CITY | LAKE GENEVA |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 53147 |
| *EMAIL ADDRESS | hardwire77@yahoo.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Wisconsin |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Card games; Playing card game accessories, namely, playing card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; Trading card games; Playing cards and card games |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Russell D. Nugent |
| ATTORNEY DOCKET NUMBER | 04043-SF2 |
| ATTORNEY BAR MEMBERSHIP NUMBER | 33049 |

8/20/2021                                Trademark/Service Mark Application, Principal Register

| Input Field | Entered |
|---|---|
| **YEAR OF ADMISSION** | 2004 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | North Carolina |
| **FIRM NAME** | The Humphries Law Firm, P.C. |
| **STREET** | 1904 Eastwood Drive Ste 310A |
| **CITY** | Wilmington |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 28403 |
| **PHONE** | 910-899-0236 |
| **FAX** | 888-290-7817 |
| **EMAIL ADDRESS** | russell@kinglawonline.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Russell D. Nugent |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | russell@kinglawonline.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | contact@humphriesfirm.law; russell@humphriesfirm.law |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| ***TOTAL FEES DUE** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATORY'S NAME** | Justin Lanasa |
| **\* SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 910-352-5015 |

Back

Privacy Act Statement (https://www.uspto.gov/trademarks-application-process/filing-online/teas-and-teasi-paperwork-reduction-act-burden#TEAS-Privacy-Act-Statement) | TEAS Form Burden Statement (https://www.uspto.gov/trademarks/teas/pra.jsp#heading-1) | Bug Report/Feedback (https://www.uspto.gov/trademarks-application-process/filing-online/bug-report ) | TEAS Home (https://www.uspto.gov/trademarks-application-process/filing-online)

8/20/2021                                    Trademark/Service Mark Application, Principal Register

(https://www.uspto.gov/)

BROWSE BY TOPIC

ABOUT THIS SITE

USPTO BACKGROUND

FEDERAL GOVERNMENT

DECLARATION OF JUSTIN LANASA

# EXHIBIT I

# NON-DISCLOSURE AGREEMENT

CONFIDENTIAL

This NON-DISCLOSURE AGREEMENT ("Agreement") is entered effective on _10/12/21_ by and between TSR LLC., a Wisconsin Limited Liability Corporation having its principal place of business at 723 Williams Street, Lake Geneva, WI 53147 ("TSR"), and _Jan Somora_ a client whose principal mailing address is _729 Wagner Dr. Ballecat_ (the "CLIENT"), each of whom may be referred to as a "Party" and collectively as the "Parties". _MT_

The Parties desire to evaluate the possibility of forming a business relationship.  In the course of such evaluation or relationship, the parties expect to disclose proprietary or confidential information to each other.  Without limiting the foregoing, the documentation and content associated with any disclosures are proprietary and confidential to each party.  The Parties agree that the disclosure of information defined below as Confidential Information shall be governed by this Agreement.

NOW, THEREFORE, for good and valuable consideration, the parties mutually agree as follows:

1.  (i)  "Confidential Information" shall mean nonpublic, confidential or proprietary information in all forms and all derivations thereof disclosed (whether in writing, orally (with subsequent confirmation in writing), or by visual, electronic or another means) by or through a Party (a "Disclosing Party") to the other Party (a "Receiving Party") including, without limitation, (a)  the fact that discussions or negotiations are taking place concerning a possible relationship between  the Parties or any of the terms, conditions, or other facts with respect to any such relationship, including the status thereof, (b) information marked or disclosed as confidential, or which the Receiving Party should reasonably understand to be of a confidential nature from the content or circumstances of the disclosure, including, without limitation, all forms and types of financial, business, scientific, technical, economic, or engineering information, including without limitation pricing, cost structures, operating data, organizational structures, patterns, plans, compilations, databases, software, program devices, formulas, drawings, sketches, models, samples, tools, designs, prototypes, methods, know-how, techniques, processes, procedures, programs, or codes, whether tangible or intangible, and whether or how stored, compiled, or memorialized physically, electronically, graphically, photographically, or in writing, (c) information traditionally recognized as proprietary trade secrets,  (d) Customer Information (as defined  herein)  and (e) all copies of any of the foregoing or any analyses, studies or reports that contain, are based on, or reflect any of the foregoing.

    (ii)  "Customer Information" shall mean information, in any form, provided to the Receiving Party by or through the Disclosing Party, which uniquely identifies a current, former or prospective customer of the Disclosing Party. Customer Information shall also include any information concerning customers and prospective customers of either Party, and the affairs and business activities of either Party and/or their respective customers, including, without limitation, trade secret and proprietary information concerning accounts, financial standing, and other  financial data compiled by either Party and/or provided by their respective customers, specific financial needs and requirements with respect to investment, financial position and standing, leads, referrals and references to customers, holding book or customer book pages, assets and obligations carried in accounts of customers, and all records and documents concerning the business and affairs of either Party and/or their respective customers whether developed, compiled or acquired by either Party. Customer Information and all applicable intellectual property rights embodied in the Customer Information shall remain the property of the Disclosing Party.

    (iii)  Confidential Information shall not include information, which was (a) information in the Receiving Party's possession prior to the date of the disclosure by Disclosing Party; or (b) information obtained by the Receiving Party after the date of this Agreement from a party other than Disclosing Party, said party not being under any obligation of confidentiality to the Disclosing Party with respect to such information; or (c) information generally available to the public, or which becomes generally available to the public through sources other than Receiving Party; or (d) information developed at any time by the Receiving Party independent of information or materials disclosed by Disclosing Party to the Receiving Party. Confidential Information and all

Exhibit I
Page 1 of 4

# NON-DISCLOSURE AGREEMENT

applicable intellectual property rights embodied in the Confidential Information shall remain the property of the Disclosing Party.

2.    The Receiving Party shall use at least the same degree of care to protect the Confidential Information that it uses to protect its own confidential and proprietary information of a similar nature, but in no event less than a commercially reasonable degree of care under the circumstances, and shall not disclose, duplicate, copy, transmit or otherwise disseminate Confidential Information provided to the Receiving Party by reason of the relationship established by this Agreement, or learned by the Receiving Party by reason of this Agreement, except to the Receiving Party's affiliates and the Receiving Party's and Receiving Party's affiliates' directors, officers, employees, partners, attorneys, consultants and advisors that (a) have a need to know such Confidential Information for purposes of carrying out their duties relating to the existing or prospective business relationship and (b) have been informed of the confidential nature of the Confidential Information.  The Receiving Party shall cause any third party to which it discloses any Confidential Information to adhere to the terms of this Agreement, and the Receiving Party shall be liable to the Disclosing Party in the event any such third party breaches these obligations.

3.    The disclosure of the Confidential Information hereunder is solely for the purpose set forth in the second introductory paragraph above and thereafter possibly conducting negotiations with respect thereto. The Receiving Party shall not use the Confidential Information of the Disclosing Party for: (i) its own benefit or that of any third party or to the Disclosing Party's detriment; (ii) any purpose other than performance of the existing or prospective business relationship being discussed pursuant to which it is disclosed or later associated; or (iii) in any manner unnecessary to performance of the existing or prospective business relationship being discussed in the absence of the prior written consent of the Disclosing Party. The foregoing shall in no way be deemed to limit a Party's right to exploit its own Confidential Information for any purposes whatsoever.

4.    The provisions of this Agreement are supplemental to and not in lieu of the provisions protective of proprietary or confidential information under applicable law, including trade secret, copyright and patent protection.

5.    In the event that the Receiving Party is requested or required pursuant to any court or administrative order, subpoena, summons, or other legal process, to disclose any Confidential Information of the Disclosing Party, then the Receiving Party will, to the extent permitted by law, provide the Disclosing Party with prompt notice of such request or requirement so that the Disclosing Party may seek an appropriate protective order.  If, in the opinion of the Receiving Party's counsel, the Receiving Party is legally required to disclose such Confidential Information, the Receiving Party may disclose such information without liability hereunder, provided, however, that the Receiving Party shall disclose only that portion of such Confidential Information which it is legally required to disclose, and will use commercially reasonable efforts to obtain confidential treatment therefore.

6.    This Agreement grants no patent rights, copyrights, trade secrets or licenses, expressed or implied, to the Receiving Party except to the extent necessary for the Receiving Party to perform the evaluation contemplated by this Agreement.

7.    The Parties agree that until a definitive agreement between them with respect to any prospective business relationship has been executed and delivered, neither Party will be under any legal obligation with respect to such prospective business relationship, except for the matters specifically agreed to in this Agreement.

Exhibit I
Page 2 of 4

## NON-DISCLOSURE AGREEMENT

8.   Each party warrants that it has the right to enter into this Agreement and either it is the owner of, or has the right to disclose, its respective Confidential Information. Otherwise, no warranty, express or implied, in the Confidential Information disclosed is granted by this Agreement, and WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED. Neither the Disclosing Party, nor its officers, directors, employees, agents or subcontractors, will be liable to the Receiving Party under this Agreement, whether in contract or tort (including negligence and strict liability), for any loss of profits, loss of goodwill, indirect damages or other special, punitive, exemplary, incidental or consequential damages suffered by the Receiving Party with respect any of the Disclosing Party's Confidential Information.

9.   Each Party to this Agreement acknowledges that the unauthorized disclosure of Confidential Information is likely to cause irreparable injury to the Disclosing Party and that, in the event of a violation or threatened violation of any of Receiving Party's obligations hereunder, the Disclosing Party shall have no adequate remedy at law and shall therefore be entitled to seek to enforce such obligation by appropriate temporary or permanent injunctive or mandatory relief obtained , without the necessity of proving damages, posting any bond or other security, and without prejudice to any other rights and remedies which may be available at law, in equity, or otherwise.

10.  This Agreement shall survive until such time as (a) all Confidential Information disclosed hereunder becomes publicly known and made generally available through no action or inaction of Receiving Party, or (b) upon the Disclosing Party's written request, the Receiving Party returns to the Disclosing Party, destroys or renders unusable, and discontinues the use of, any Confidential Information then in the Receiving Party's possession, including all copies and archived versions; whichever occurs first.

11.  No rights or obligations under this Agreement may be assigned by either Party without the prior written consent of the other party; provided however, that either party may, without the written consent of the other party, assign all or part of its rights or obligations under this Agreement or this Agreement to (a) a successor to all or substantially all of its business as part of a merger or acquisition by another business entity or (b) an affiliate or parent. This Agreement shall inure to the benefit of and be binding upon the Parties and their respective successors and assigns.

12.  No delay or omission by either Party to exercise any right or power with respect to any of the terms of this Agreement shall impair any such right or power or be construed to be a waiver thereof. A waiver by either Party of any conditions or duties to be performed by the other shall not be construed to be a waiver of any future breach thereof. Unless stated otherwise, all remedies provided for in this Agreement shall be cumulative and in addition to and not in lieu of any other remedies available at law, in equity, or otherwise.

13.  If any term or provision of this Agreement is declared invalid by a court of competent jurisdiction, the remaining terms and provisions of this Agreement shall remain unimpaired and in full force and effect.

14.  Upon termination of this Agreement, or upon the Disclosing Party's earlier request, the Receiving Party shall promptly return to the Disclosing Party, destroy or render unusable, and discontinue the use of, any Confidential Information then in the Receiving Party's possession, including all copies and archived versions. The Receiving Party shall retain no part or copy of any of the other party's Confidential Information and, if requested in writing, the Receiving Party shall certify its compliance with the foregoing provision.

15.  No public announcement of any existing or prospective business arrangement is to be made by either Party unless such announcement is agreed upon in writing by the other Party.

16.  This Agreement may be signed in counterparts, each of which shall be deemed an original and both of which taken together shall constitute one and the same instrument.

Exhibit I
Page 3 of 4

## NON-DISCLOSURE AGREEMENT

17.   This Agreement may not be amended, modified or waived in any manner, except in writing signed by the Parties.   This Agreement embodies the entire understanding between the Parties pertaining to the subject of this Agreement and supersedes all prior agreements pertaining to such subject.

18.   All notices required under this Agreement shall be in writing to the addresses set forth below in this Agreement.   Notice shall be sent by registered or certified mail return receipt request and shall be considered delivered and effective three days after mailing.

19.   This Agreement shall be construed, and the legal relations between the Parties determined, in accordance with the laws of the State of Wisconsin, without regard to its conflicts of law rules.

IN WITNESS WHEREOF, _____ has caused this Agreement to be executed by their duly authorized representatives who represent they have the authority to bind the respective party to this Agreement.

TSR, LLC.

By: _____
        (Signature)

Name Printed: <u>Justin LaNasa</u>

Title: CEO

Date: 10/12/21

By: _____
        (Signature)

Name Printed: Don Semora

Title: OWNER

Date: 10/12/21

Page 4 of 4

Exhibit I
Page 4 of 4

DECLARATION OF JUSTIN LANASA

# EXHIBIT J

STAR FRONTIERS – NEW GENESIS CORE RULES D20



# STAR

# FRONTIERS®

## NEW GENESIS™

D20

© 2021, 2022 TSR Hobbies, (TSR, LLC) all rights reserved.

Text written and edited by Dave Johnson

using only Open Game Content and original material as part of the TSR creative team.

**TEXT COPYRIGHT © 2021, 2022 TSR, LLC**

Compatible with 5th Edition

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● CONTENTS

**INTRODUCTION**     06

**What is Star Frontiers, New Genesis?**

How is this game different from previous iterations?

**HISTORY**     08

**TERMINOLOGY**     13

**GAME CHARACTERS**     15

Character Creation

Ability Scores

Ability Checks

Character Advancement

      Gaining Experience

Health

Paragon

Classes

Character Races

Humanoids

Encumbrance and Movement Rate

LIGHT AND VISION

Darkvision

      Infravision

      Ultravision

           ● SKILLS

           ● HEIGHT & WEIGHT

Learning Skills

Using Skills

Repair

      Military Skills

      Weapons Skills

      Demolition Skills

      Martial Arts Skills

Technological Skills

      Computer Skills

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved

Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Robotics Skills

Technician Skills

Healthcare Skills

Paramedical

Environmental Skills

Psychosocial Skills

FEATS

PSIONICS/SPELLS

K – Psionics

COMBAT

Combat Sequence

Time and Movement

Initiative

VEHICLES & COMBAT

MONEY

ARMOR

EQUIPMENT

Equipment lists

Weapons

Ammunitions

Defenses

Toolkits

Computers

Communications

Androids

Power Generation and Batteries, Cells

Miscellaneous Equipment

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20



**CREDITS**

Cover Artist: Phil Stone

Interior Artists: Josh Pinero**,** Yorsy Hernandez, Justin LaNasa, Lee Robinson, Jim Holloway,

Some art in this document is by **Clip Art Critters** used under license.

Some art provided by **Pixabay.com**

Some art is provided under license from **Adobe Stock.**

Written By: Dave Johnson & Justin LaNasa

Edited By:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

4

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Layout & Design by:

**Disclaimer:** *these are works of fiction. All publicly recognizable characters settings &c. are the property of their respective owners. The original characters and plot are the author's property of this story. The author is in no way associated with the owners, creators, or producers of any previously copyrighted material. No Copyright infringement is intended.*

This is a work of fiction. Names, characters, business, events, and incidents are the products of the author's imagination. Any resemblance to actual persons, living or dead, or actual events is purely coincidental.

●

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **In humble honor and respect to the teachings of the highest-level Game Master of the 20th Century. My father E. Gary Gygax.**

- First by example playing Avalon Hill Games and leaving them where an infant could use his walker and thereby reach up to cut his first tooth on a SS Panzer Division (Stalingrad game). Then further by example as he wrote rules variants and what-ifs for assorted newsletters even doing self-published sheets, using Fireman's Fund Insurance tools from his employment, to spread gaming to areas outside Chicago and the Lake Geneva area. Later by simple game instruction, layer by layer adding difficulty and longevity to the equation. First Tic Tac Toe, then Checkers, Chinese Checkers, Stratego, Chess, Feudal, Battle of the Bulge (AH), Ancients Rome versus Carthage, Fort Sahara, Tractics WWII (Airx miniatures). Then Napoleonics, English Civil War, American Civil War (25mm lead armies). Then Chainmail using 40mm Elastolin's on our own sand table. Taking me to Chicago to meet his International Federation of Wargamers associates and then invited the same to our home. The gathering was a complete success to the dozen or so attendees but almost cost Gary his happy home. So next year he organized through the IFW the first Geneva Convention (Gen Con 1968). Gary always welcomed individual gamers to our home with no more knowledge of each except that they were fellow game players seeking others of similar ilk. Mike Webster brought his car, his drum set, Ruffles potato chips, and Pepsi Cola to our home. He lived on our screen porch for summer. Gary with his childhood pal Don Kaye built a six by 10 ft table in our basement. Then they founded the Castle & Crusades Society a gaming community meeting at least weekly at our house to play miniature games on the Sand table. The sand table later had to move to Don's garage after Dad lost his Insurance Underwriting position and after many humble but difficult tries, he settled on Shoe Cobbling at home. Due to a loan from his mother for the equipment. Almina (grandmother) was father's lifeline when things became difficult. While this trade barely kept the family afloat, often generating less than $100 a week. He found time to share his newfound trade with my brother Luke and me. I even learned cobbling skills to be able to create "Ho Chi Min" +sandals for the local Monastery from leather and Goodyear tire material. Then and only after writing or assisting in the creation of miniatures rules for Conanomacy, Indianomacy (Diplomacy variants), Napoleonics (Tricolor), Napoleonic Naval action (DGUTS), English Civil War (C&R), Civil War Naval (Ironclad), World War II man to man (Tractics), Medieval with the Fantasy supplement (Chainmail). Creating the board games Dunkirk, Alexander, and the Battle of Little Bighorn. Then after years of correspondence and gaming conventions working from the 20 odd pages of notes from Dave Arneson Gary wrote, formed a partnership, and published the boxed original Dungeons & Dragons game through Tactical Studies Rules (TSR). He involved me in every step of these various works, often too little immediate reward due to my youth. Yet he never wavered to me or any other who wished to come together to play a game. He led me to Robert E. Howard at the age of 10. Thereby taking me from one who faked book reports and transformed me into an avid devourer of action be it war, fantasy, or science. Ernest Gary Gygax did not follow the path most traveled; he was a rebel believing that Imagination is far more rewarding than perspiration. Yet when it came down to sharing and putting that imagination into a shared venue, he never stinted on the efforts, often falling asleep at his typewriter. While his lovely young wife slept in the marital bed alone far too many nights. Every time we play either a role-playing game or a computer game with a leveling/ reward system, as well as air units having a part in board games…. This not only I but all of us owe to the

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    6

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**efforts and groundbreaking activities that we all take for granted. This is the debt we all owe to the Father of Gaming and Role-Playing E. Gary Gygax 1938-2008.**

● **Ernest Gary Gygax Jr**

● **PREFACE**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Dave Johnson, Lake Geneva, WI, USA, March 22, 2022

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

8

STAR FRONTIERS – NEW GENESIS CORE RULES D20



● INTRODUCTION

## What is Star Frontiers®?

*Star Frontiers® is a game of Science Fantasy* set in the not-too-distant future with faster than light speed vessels, strange alien races, robots, paragons, villains, and incredible adventure. The adventure takes place near the center of a spiral galaxy similar to our Milky Way. A quirk of the laws of physics enables ships to jump to *"interspace,"* a realm that shortens the travel between solar systems where citizens live, the speed needed to obtain this is 2% of the speed of light (6,000 km/s).

The game setting is an area known as "The marches " where sentient races (**Entomoids**†, Humans, **Aatsinki.**) had met and formed the **United Confederation of Planets and Systems** (UCPS). The original home-worlds of the **Entomoids** Humans and **Aatsinke*** were never detailed in the setting, and it is possible that they no longer exist. Many of the star systems

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

shown on the map of the marches in the Core rulebook are unexplored and not detailed, allowing the Game-master (called the GM) to put whatever they wish there.

Players can take on any number of possible roles in the setting but act as hired agents of one of many  Pan Galactic corporations exploring the marches.  The ongoing fight against the aggressor incursions of    aliens from outside the Commonwealth.

† – **Entomoids** are insect-like creatures that are highly intelligent and possess a "hive-like mind." most of these creatures communicate telepathically and also resemble the humanoid paradigm of a single head, two arms, and two legs. Some have tails that vary in length. They are also diverse in coloring.

**\*\*\* – Aatsinke** is a race of alien beings like the Nordics. Tall and blond-haired with peach to golden skin color and blue eyes. Possibly compatible with humanoids, they appear to be mammalian. **(Nordic)**

††-- The **Molluskoids** are a race of slug/octopoid creatures who wear exoskeletons. They are the most intelligent creatures known to humanity. They possess a distributed brain that is very much like the nervous system of octopuses on Earth.

‡ **Elmorian** –

**Commented [1]:** 1 Greys =grey skin humanoids 3-4 ft tall hairless with large heads black almond shaped eyes nostrils without a nose slots for a mouth no ears and 3 to 4 fingers including thumb psionic powers
2 Greens = small greenish silver humanoids   Fast
3 Nordic aliens = humanoids Nordic features (tall, blonde hair, blue eyes ) Exceptional attributes
4 Crypto animals = human animal hybrids
5 Crypto plants = human plant hybrid
6 Reptilians =tall scaly humanoids  shape change
7 Cyborg = human machine hybrids
8 humans = clones D10 at creation

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## How is this game different from the previous iterations?

This game uses the popular 5th edition of the "d20" system. It also uses ideas from the d20 Modern resource book. This game is also covered by the OGL 1.0a license found at the very back of this book. This version is also the first time Star Frontiers New Genesis has alignments as a part of the character creation.

New ideas and thoughts have gone into the remaking/re-imagining of this game universe. We have made every effort to make this game in the spirit of the original. Additionally, the game setting is 1,000 years beyond the original game's setting. See History.



• 

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● HISTORY

Many years ago, a planet formed in a not-too-distant spiral arm of our galaxy. This planet is much like Earth, save for its size. This planet is larger than ours, and humanoids inhabit it. These humans are so much like us. These humans developed and grew strong. Soon they became independent of their planet and exploited the resources of their solar system.

They found that communicating between planets or ships was tedious and required time. The problem of communication over extreme distances had to be solved, for the solar system was rich in resources and ripe for colonization. Communication between ships and colonies is vital to security.

A Think-tank was formed to address this issue, and before too long, a solution was found. *Inter-Space* is the answer that they needed a faster-than-light telecommunications protocol that utilizes quantum fields that form micro-fissures within the fabric of space-time. This new science allows radio signals to travel between our known universe and a parallel universe, thus shortening the distance between two points in space, like folding a piece of paper to close the distance between the top of the page and the bottom of the page. This method was revolutionary and quickly became the standard for communications within the known universe.

History was made when a mining outpost received *message traffic* from an **unknown** source. The scientific community came forward and analyzed the signal and the alleged message. The scientists determined that it was indeed an alien signal and transmission. The code was decrypted after months of examination, and the message deciphered. The news traveled far and wide. "We are NOT Alone!"

The government and its scientific arm drafted a message of welcome and peace. They sent the message with a terrific fan fair with the media.

Days later, a return message came with an exciting twist. The message stated:

"Welcome to the community of planets. We are sending a delegation of ambassadors to welcome your planet and system to our 'open space' and we wish to trade."

The Ambassadors and Trade delegation arrived on the human's home-world. The ships landed, and a grand celebration was to commence but stopped dead when the ship's occupants stepped out. The aliens were insect-like creatures, and their appearance caused a great commotion. The citizens fled in fear, and the greeting party stood stunned.

The tallest alien stepped forward to the microphone; "We have come in peace and happiness. We call ourselves "Entomoids," the closest translation to your languages.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                    12

STAR FRONTIERS – NEW GENESIS CORE RULES D20

We anticipated that our appearance might be shocking and considered a disguise. We decided to show ourselves as we truly are. In the spirit of friendship we greet you with warm regards."

Moments later, the President of the *human greeting party* came out of his shock to say, "Thank you, our new friends, the Entomoids."

The aliens shared their space technology in the following weeks and offered to share all the advancements in every economic sector.

The Entomoids have been a space-traveling race; they acquired their technology from another race called Aatsinki. They have been friends for quite some time. The two agreed that the new people (humanoids) should be contacted and made friends.
The three later joined in an alliance of Civilizations called **the United Confederation of Planets and Systems** (UCPS).

Being a curious and industrious race, the Humans excelled at copying and improving on the technology they were given. The Humans were excited to travel deeper into space – even deeper than their new friends.

The UCPS reached further into deep space than ever before fifty years later. This incursion allowed humans to explore and find new cultures and species—some friendly, like the Molluskoids and unfriendly.

The technology of Faster-than-light starships gave the UCPS more reach and more danger.
The emergence of interstellar Pan-Galactic "mega" Corporations allowed for more sharing of technology and increased danger. Interstellar piracy became commonplace, and the UCPS Navy was born. The Pan-Galactic Mega-Corps became the bastion of organized crime. Interstellar smuggling of people, drugs, machines of war is commonplace.
The bane of the UCPS is a new race of aliens as of today unknown. They appear to be unlike the current members of the UCPS and very dangerous. Their war-like propensities are troubling. Sightings of their ships around UCPS colonies are becoming more frequent. Their intentions are unknown.

Today we know that they want us out of their space. The recent attacks on our holdings on the frontier's edge are message enough for our fleet to be on high alert.
One such attack has given us an idea of what power we are up against. Survivors describe the creatures as human-like, wearing powered armor, and ruthless.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    13

STAR FRONTIERS – NEW GENESIS CORE RULES D20

These Molluskoids are war-like and want all UCPS citizens out of their territory. They have at least told us that much. Communications with these creatures are sporadic at best.

Our diplomacy bureau has often offered an olive branch to throw it back at us. One "fighter" was captured, after shooting it down, only to find the pilot died from a self-inflicted wound. That is when we found out who and what they are.

The examination of the body has determined that they are not human at all. The aliens are Octopus-like, Molluskoids are more accurate.

The **UCPS Interstellar Police and Investigation Service** has been given the charge to keep the agents of the Molluskoids from interfering in our trade and commerce.

These elite officers **(affectionately known as Rangers/Yeagers)** travel the void to intercept and prevent the projection of power by these lawless aliens.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20



•
•
•

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● HISTORY AND TIMELINE – STAR FRONTIERS NEW GENESIS™

**YEAR          EPOCH**

---

**111**          The last scraps of recorded history of the old civilizations. The last known celebration of the old ways.

**111.01**          The attack began without warning—a simultaneous assault on our way of life and our civilization. The enemy destroyed most of the capital and all of the provincial capitals of the member planets. Nothing was spared; all was lost. The people fled their homes in terror. The attacks were carried out with a methodology that humans have never contemplated. Ever! Who attacked? That is lost to history.

What the records show is that the government was gone. All of the planets in the union were without communication. The ships and technology for faster-than-light travel were lost, and only the core planets had slow ships and some tech. The rebuilding of the world began.

**111.02**          *CSS Infiniti (Marathon class Ark-ship)* was lost shortly after it departed for planet Eve. The ship was the property of *The Church of Ancient Saints*. The port engine nacelle detonated, sending the ship out of the system. It is presumed lost. No rescue attempt was made because of the current attack in our space. The ship was never seen or heard of. **NOTE:** CSS stands for Colony Star Ship.

**THE DARK ERA – 1000 years go by +/- All traces of the old have been forgotten.**

**Celestial Year or Common Year**

**1 C.Y.**          **New Era of enlightenment.** After a millennium of struggle, a new age came up from the ashes. The science, to an extent, was restored, and the government formed new alliances between the planets. Over the years during the Dark Era, the former capital of the old republic made efforts to build upon what remained of space technology. The government's diligence to restore communications with the other worlds proved fruitful. The republic established new Colonies, and commerce began. A new gilded age began. Rapid economic growth continued well into this new republic's first one hundred years.

**101 C.Y.**          *This year is the year that faster-than-light travel was re-discovered.* This decade began the search for knowledge and expansion of the Accord. An asteroid belt was discovered, and preparations for mining and industrialization started. New Pan-Galactic Corporations were formed to provide the means and ability to distribute the raw materials from the asteroid belt named Terminus. This belt was the farthest any humanoid has ever – in recent history – traveled.

**101.6 C.Y.**          The new Pan-Galactic corporation named **Herkimer-Battle™** came forward to request a charter from the Accord government for seeking further knowledge and establishing an outpost beyond Terminus. The charter was granted, and a new Vessel was built for this purpose.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Funding for this enterprise was made available via the stock exchange. Herkimer-Battle Corp. raised the sum of 1.5 trillion Accord credits (ducats). The ship was constructed. Over the 36 months of work, the vessel commissioned and christened **ASN Marathon.** The first in the Marathon class of military/exploration class ships. The crew is military, and the embarked personnel are members of the **Herkimer Corporation**.

**102.01 C.Y.**   The Terminus Belt is closer to **planet Uryl** than any other system. This world is also the first planet system to encounter strange black ships. The medical station (Terminus Station) alerted the military to an unknown threat. Mass casualties flooded the station from Terminus belt mining colonies. All of the local medical faculties within the belt have either been destroyed or are overflowing with wounded. All communications became silent from Terminus Station.

**102.02 C.Y.**   The Accord Central Command (ACC) contacted the leadership, and the Grand Council decided to send in the second Marathon Class warship to investigate. The ship named **ASN Damocles I** set course from **Prime Station** to the Terminus Belt.

The ship loaded tons of supplies for relief operations, and humanitarian operations arrived within two weeks. A smaller medical transport has been assigned to the flotilla. Two fast destroyers are also posted for security. Once it arrived with its escort ships, the Damocles were made ready for combat operations within the asteroid belt. One destroyer remained at **Terminus Station with the Medical Ship ASHF Mercy**.

**103.01 C.Y.**   A tremendous discovery was made within the Terminus belt. Element 115 was discovered naturally occurring. The asteroid that possesses this rich vein is believed to have come from the *Nimbus System*. This system is outside the UCPS governance and may be in an unfriendly space. This discovery led the research team to a Planet in deep space, past the belt. This planet is believed to be the source of Element 115. A public, private venture expedition has departed from Terminus Station to find the source.

**103.07 C.Y.**   The expedition was a success. A new planet – gas-giant – was found. Two of its moons, larger than earth's moon, contain large quantities of this element 115, now named Justainium 115. This will be used in fusion reactors for almost limitless power. One kilo of this refined ore-turned fuel lasts 100 years, and when it decomposes, the resulting matter is much like lead and can be safely disposed of. The Plant system is called: **Nimbus 112b1** ( **Planet Contention)** with two moons, **Nimbus 1a** and **Nimbus 1b**.

**103.09 C.Y.**   **ASN Marathon**, the flagship for the Nimbus expedition, was attacked by an unknown hostile alien ship. **ASN Damocles, I** received an alert from Marathon. The ship departed Terminus for the Nimbus system with its escort ship's flank speed. They engaged the enemy by 0500 local 103.9.15.

**103.10 C.Y.**   An alien ship has been detected at the very edge of our space.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                      17

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**GM:** This is the ***CSS Infiniti (Marathon class Ark-ship*)** owned by the now-forgotten ***The Church of Ancient Saints.*** This is an adventure seed. The CSS INFINITI is a multi-generational colony ship called the "ARK" type. It was built by The Church of Ancient Saints to find and re-colonize the fabled planet Eve. **NOTE:** CSS stands for COLONY STARSHIP.

**Commented [2]:** This can also be a campaign setting for future adventures aboard the CSS Infiunity.



Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

Exhibit J
Page 18 of 213

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● TERMINOLOGY

**TERM MEANING**

**ADVERSITY RATING**        A target number to save from an effect.

**ARMOR CLASS**        This number defines the type of armor used by a character or object. In SFNG, an Armor Class of 10 means the character or object has no defensive armor but just regular clothes or normal outfitting. Nothing additional to protect from an injury.

**ARMOR RATING**        This defines how effective a certain armor is. This is interchangeable within the context of the game.

**AREA OF EFFECT**        This defines an area that has been affected by another device or object. Like a hand grenade or magical spell. The area may be defined as a 60 feet radius or sphere.

**CRITICAL**        This term defines the two numbers on a 1d20 that signifies a critical action.
 **– HIT or FAILURE/FUMBLE** natural 20 (not a sum of numbers) signifies that the hit does additional damage. A natural 1 (not a sum of modifiers) signifies a critical fumble that may cause damage to the person or object that was dealing the attack or blow.

**EXPLOITS (Feats)**        This term describes what other games call Feats.

**TECH PRO LEVEL**        This defines the relative technological level or progress of the civilization in question.

**GAME TIME**        One turn is equal to ten minutes.

**INITIATIVE**

**ADVANTAGE/ DISADVANTAGE**

**ROUND**        One round is 1 minute.

**SAVING THROW**        Sometimes characters need to determine if they can resist something that is happening to them. Like a condition or effect. The GM will determine what type of Saving Throw must be made. (STR, INT, WIS, DEX, CON, CHA) A d20 will be rolled and modifiers added or subtracted with the result determined.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC        19

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# • GAME CHARACTERS

## • CHARACTER CREATION

1. Character Concept – What sparks your interest or compels your imagination? What gives you a sense of wonder and excites you? Think about the world your character will be living in and imagine their early life. Who are their parents, what did they do for a living, and how did they impact your character's life?

It would be best to think of the race of your character, ethnicity, sex,              handedness. What interests did they have as a child? What did they want to be when they grew up?

How well did  they do in school? Create all of this back story first.

Choose your ideal character concept or abstract idea of who is your character? Write all of this information down on a paper or your character sheet.

What does your character do for a living? When did your character enter into the big picture? How old is your character? Where did your character come from? What planet? What race is your character? Humanoid, lizard, gray humanoid, green humanoid, Nordic-like humanoids, &c. Why do they do what they do?

Star Frontiers New Genesis is Science Fiction. In this setting, a character may             encounter swordsmen, cowboys, pirates, aliens, &c. With these terms in mind, think about how this will change your character's view on their world?

What planet    does your character come from? Most humans in SFNG reside within the Confederation. This is a tight group of planetary solar systems banded together for commerce and security. The majority of the        planets are inhabited by humans, with the occasional alien who works with humans. Some systems are teeming with alien life that is members of the Confederation. They are the minority, but all beings are welcome within the United Confederation of Planet Systems. The founding charter enumerates the rights of all beings who are members of the UCPS.

**EXAMPLE HOME-WORLD**
The Aht is from planet *Gilgal* and it orbits a red giant in the *Keplar System*. The orbit is only 33 earth days. 90% of the planet is covered in water. One viable super-volcano can be seen from orbit. What the planet lacks in solar energy it makes up in volcanism. The surface temperature is very cold, too cold for humans but below the surface and near the bottom is a hot region of warm water. This warm zone is where all the sentient life is. All life lives close to the many subsurface volcanoes. The Aht is no exception. Write up a character sketch or background and then visualize your character.

## • CORE RACES

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    20

STAR FRONTIERS – NEW GENESIS CORE RULES D20
- **CHOOSE A RACE**

Many of the core races in Star Frontiers New Genesis have unique abilities and limitations.

**HUMANOIDS – T**he most common population of being in the universe are humans. This Race is also the most unencumbered in terms of limitations. Humans can have almost any job/occupation in the game. Another advantage that humans have is that all or most ships and transportation are designed for humanoids. Environment Suits are one good example of equipment manufactured in abundance. This abundance also affords better prices for humans. More product equals lower prices. Other races may have to adapt to humanoid tailored uniforms or sit in a seat designed for a human.

**D'ARELIT –** The less common and most adaptable Race is the rubbery D'arelit creatures. They are basically giant amoeba-like creatures that can force themselves into many different shapes and sizes. One shape that is chosen is the human-like form. A single head, torso, and two or more arms and legs. If needed, they will take the form of a standard human. This is convenient because it allows them to wear clothing and armor made for humans.

**UR'YED –** This creature is another core race that benefits from a humanoid shape, albeit a small body. These creatures are best described as robust raccoons. They have long arms and long legs to climb and jump with ease. Their torso is shaped like a goat's but not as convex.

**ENTOMOID –** Entomoid's are tall mantis-like creatures; at first, blush has a striking appearance. Brilliant and resilient, these people are common in the outer belt and most less civilized cities. E'moids are the powerhouse in the exterior solar system commerce. All or most of the trade belongs to them and their Trade houses or Pan-Galactic Corporations. The most significant way to motivate an E'moid is to talk about Ducats/Credits and how profit is expected.

**TEKAHN –** mechanical shells. Thinking this would be a type of immortality. Presently, the original group of Tekahn began building more machines with the digital copies of their long-lost relatives. The copies of their minds are backed up on ancient servers still running from long ago. The server's location is a closely guarded secret, and they will defend it to the death. Well, until they get re-booted, I to another body. The machines are incredible. They can eat and taste food smell fragrance, just like living humans. They consider their mechanized bodies a temple to their long-lost civilization. They will not allow others access to their technology.

**CYBORGS –** These creatures are sentient mechanizations. The remnants of an old dying race of humanoids placed digital copies of their minds within these. This is a subgroup of the TEKAHN and is a source of income. The Pan-Galactic corporation called Cygenics allows the Tekahn to help terminally ill humans to transplant their brains into a cybernetic body and thus enables the humans to have an extended life span. The technology for copying a person's sentient mind data has been lost over the centuries. This is the only available product for non-Tekahn humanoids to access Tekahn-like technology. The lifespan for Cyborgs is limited to the viability of the organic brain, but typically 800 years can be expected.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    21

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Character Creation – Rolling the dice

**The first dice that is needed is the d6.** The six-sided die that most people have seen and used. We use these dice to determine the starting ability scores.

**Next, roll 3d6 or three six-sided dice and add the totals for each ability.**

**Rolling 4d6 and discarding the lowest die is acceptable also.**

## DETERMINE SCORES

As a player, the *persona* or *Player Character's* actions depend on the ability scores: **Strength, Dexterity, Constitution, Intelligence, Wisdom,** and **Charisma.** Each of the scores is the number recorded on the character sheet. The rolled initial numbers are considered the permanent ability score and cannot be changed but *can be* altered during play.

The **Score Summary table** (below) provides a quick reference for what characteristics are measured by each ability, what races increase which abilities, and what classes consider each ability particularly important.

Roll three six-sided dice to generate the numbers for each ability and sum up the numbers as per method #1. Roll the dice for each ability. If the numbers generated are not acceptable, use a different method, as explained below. Also, the best number can be placed on each ability.

After the scores are assigned, the ***modifiers must be determined*** and noted on the character sheet. ***To determine the modifier*** without consulting a Table or Chart, ***subtract ten from the score and divide that number by 2, rounding down for fractions.***

***For example:*** *Strength= 17, the modifier is +3.*

*(17-10=7 7/2=3.5 round down=+3)*

**See ABILITY STAT Modification Table on page 25.**

## ABILITY SCORES

Every character has six basic Ability Scores:

**PHYSICAL**

Physical characteristics are the outward appearance of the player character. Their muscular makeup and the number of appendages, eyes, and orifices'.

| | | |
|---|---|---|
| Strength | (STR)-- (**STR**ength) | 1e – Physical Strength |
| Dexterity | (DEX)-- (**DEX**terity) | 1e – Coordination (**RS** Reaction Speed) |
| Constitution | (CON)-- (**STA**mina) | 1e – Physical fitness, general health |

**MENTAL**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | |
|---|---|---|
| Intelligence | (INT)-- (**INT**uition) | 1e Able to solve problems better. (**LOG**ic) |
| Wisdom | (WIS)-- (**INT**uition) | 1e Can conclude from unrelated facts. |
| Charisma | (CHA)-- (**PER**sonality/**LDR** Leadership) 1e Getting along with others. |

Most humanoids, the largest population of creatures in the universe, have a "normal" range of 3 to 18. The 18 is not the maximum score. **NOTE:** Some creatures might have a score of **"NIL."** This score of NIL means that the creature does not have this ability.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ●PHYSICAL STATS

## STRENGTH:

**NOTE:**  A character or creature must have a **STR**ength score of 1 to manipulate a light object and a physical body to move an object. (Unless it uses some form of mental/energy force.) Strength Checks are only for creatures with a physical body. If a creature can attack, it applies its Dexterity modifier to its base attack instead of a Strength modifier. Generally, a humanoid can lift five pounds or 2.27 kg per point above 10 of **STR**ength—the ability to lift five lbs./2. 27Kg per point of strength falls by 10% per point, descending to 1% at a score of 1 Strength.

*Strength measures the character's muscle, stamina, and endurance.* **Any character that rolls a Strength score of 18 is entitled to roll for Exceptional Strength (see Glossary).** *The player rolls percentiles and adds that number in parenthesis to the end of their score. It is essential to* **Classes of the Warrior (Wardens Paragon) Group**, *as they need to be physically powerful to wear heavy armor and use heavy weaponry.*

Strength measures bodily power, athletic training, and the extent to which you can exert raw physical force.

### ● STRENGTH CHECKS

Strength Attribute Check is a TEST to see if your character can lift, pull, push, or crush/break a heavy object. This is also used to see if the character can force himself through a small or tight space/hole. The Athletics skill reflects different kinds of Strength checks.

**Athletics.** Strength (Athletics) checks are for difficult situations encountered while climbing, jumping, or swimming.

**Examples are:**

• An attempt to climb a slippery cliff avoids hazards while scaling a wall. A *DEXterity Check* may also come into play here.

• An attempt to jump a very long distance.

*Other Strength Checks.* The GM might indicate the need for a strength check for the following situations:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

• Force open a door that is locked or jammed shut.

• Break your bonds holding you tight.

• Force yourself through a small hole or tight tunnel.

• Hang on to something like a vehicle or wagon when you are being dragged behind it at high speed.

• Topple a tall statue or obelisk.

• Holding fast a large, heavy boulder from rolling down a hill or cliff.

***Pushing, Dragging, or Lifting.*** Your character can lift, carry, or drag an object twice the carrying capacity (or 30 times your character's STRength stat). Your character's movement rate drops to 5 feet per turn when severely encumbered.

***Strength and Size.*** Smaller characters can carry weight proportionate to their size. Larger characters can carry much more than smaller people. A medium to large creature can double its carrying capacity. And the converse is true for smaller people.

## ● ENCUMBRANCE

If you carry weight above 5 times your Strength score, you are burdened **(encumbered)**, which means your speed drops by 10 feet.

Suppose you carry weight over 10 times your Strength score, up to your maximum carrying capacity. In that case, you are instead heavily encumbered, which means your speed drops by 20 feet. You have a disadvantage on ability checks, attack rolls, and saving throws that use Strength, Dexterity, or Constitution.

### ATTACK ROLLS AND DAMAGE

When using **melee weapons** in battles such as a mace, a battleaxe, or a spear, **add** your character's **Strength Modifier** to your character's **attack roll and damage roll**. This only **applies to hand-to-hand combat**.

### LIFTING AND CARRYING

The Strength stat defines the amount of weight you can carry in addition to yourself.

**CARRYING CAPACITY.** Your capacity to carry a heavy load is calculated by your ***Strength stat multiplied by 15***. This is the weight (in pounds) you can carry.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● ADVERSITY

The GM decides which abilities stats are most relevant for every ability check. The more complicated a task, the higher its AR. **SEE AR TABLE.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

26

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# DEXTERITY:

A creature must have at least 1 point of DEX to move around (crawl.) Zero DEX means no movement. If it can act, it applies its Intelligence modifier to initiative checks instead of a Dexterity modifier. The creature fails all Reflex saves and Dexterity checks.
*Dexterity deals with a character's Agility, Reflexes, Hand-Eye Coordination, Balance, and Reaction Speed. It is essential to **Classes of the Immortals Paragon Group**.*

## DEXterity Checks

Dexterity measures agility, reflexes, and balance.

A Dexterity check can quantify an attempt to move quickly, quietly. Even for tricky footing.

- Acrobatics
- Sleight of Hand
- Stealth

The list above is skills that reflect an aptitude in different kinds of Dexterity.

**Acrobatics:** An Acrobatics (DEX) check quantifies your ability to stay upright in a sticky situation. Situations such as trying to run across a sheet of ice or balance on a tightrope.

The GM might also roll a d20 for a Dexterity (Acrobatics) check to see if you can perform acrobatic tumbles like dives, rolls, somersaults, and flips.

**Sleight of Hand:** Whenever you attempt an act of deception like manual trickery, such as picking a pocket, planting something on someone, or concealing an object. The GM will make a Dexterity (Sleight of Hand) check. Any attempt to do a task that requires finesse, as in a magical type of action or espionage, a Slight of Hand (DEX) check is in order.

**Stealth:** Trying to hide in plain sight also requires a Stealth (DEX) check. Sneaking around or passing undetected will require this check also.

**Other Dexterity Checks:**


**TASKS**

• Control a heavy cart on a steep road.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    27

STAR FRONTIERS – NEW GENESIS CORE RULES D20

• Steer a car around a hazardous turn.

• Lock picking.

• Disabling a trap.

• Securing a prisoner with bonds.

• Escaping your bonds.

**Attack Rolls and Damage:** Add Dexterity modifier and attack roll with damage roll when attacking with a ranged weapon. Add Dexterity modifier to attack roll and damage roll when attacking with a melee weapon with finesse property, like a dagger or a sword.

- **ARMOR CLASS:** You might add some or all of the Dexterity modifier to the Armor Class, depending on the armor.

# ● INITIATIVE

- At the beginning of every combat, roll initiative by making a Dexterity check. Initiative determines the order of creatures' turns in combat.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

28

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# CONSTITUTION:

A character's Constitution modifier applies to their Fortitude saves. The character can go for one day per five points of the Constitution that they possess without sleep. The character may also perform Strenuous activity for 1 hour +1 hour per point of Constitution modifier before needing to rest for 1/2 an hour. A character whose Constitution drops to 0 is dead.

*A character's Constitution encompasses their fitness, physique, health, and physical resistance to hardship and damage. A character's starting Constitution score cannot be changed permanently, It may be temporarily altered.*

## ● Constitution Checks

● Constitution represents your vitality, general health, and stamina.

Constitution checks are not that common. No skills apply to Constitution checks because endurance or stamina represents passive rather than a specific effort. However, a Constitution check can show your attempt to push beyond normal limits.

The GM requires a Constitution check when a character is trying to accomplish tasks like:

• Holding one's breath.

• March for hours without a rest period.

• Go without sleep for extended periods.

**NOTE:** 96 hours without sleep deals 50% damage. No saving throw. 1024 hours without sleep is instant death.With respect to the human physical make up.

**HIT POINTS:** The Constitution modifier contributes to your hit point total. Add the Constitution modifier to each Hit Die you roll for your points. When the Constitution modifier changes, the Hitpoint maximum changes also. For example, suppose you raise your Constitution score when you reach the 4th level, and your Constitution modifier increases from +1 to +2. In that case, adjust the hit point maximum as though the modifier had always been +2. Add three hit points for your first three levels, and then roll your hit points for the 4th level using your new modifier. Or suppose you're 7th level, and some effect lowers your Constitution score to reduce your Constitution modifier by 1. In that case, your hit point maximum is reduced by 7.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                29

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# LOOKS:

A character's Appearance modifier determines initial NPC reactions. A character with 0 LOOKS appearance is unbearably hideous.



- This seldom used ability score can be helpful when determining the outcome of a Displomacy, Persuasion, or other similer CHArisma check. A modifier can be added or subtracted to the CHArisma check as the case may be.

**CHECKS MODIFYER:** A **LOOKS** score of 1 - 8 has a (-1) modifier. The person is not a nice looking person. A score of 1 - 3 is very ugly.
A score of 9 - 11 has a 0 effect. 12 - 15 has a +1.
16 -18 has a +2.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# MENTAL STATS

## INTELLIGENCE:

A character's **Intelligence** modifier grants a bonus number of starting skills points (4x their intelligence modifier) and languages (equal to their intelligence modifier). A character with 0 INT cannot think for himself or understand anything but the most simple ideas. A creature that can think, learn, or remember has 1 point of Intelligence. Someone with zero Intelligence is operating on instincts. It is immune to all charms, compulsions, phantasms, patterns, and morale *and automatically fails Intelligence checks.*
 Intelligence represents a character's reasoning, memory, and learning ability, both inside and outside those measured by the written word. To gauge how intelligent the character behaves based on the character's score, add a zero to the end of the intelligence score to get the approximate IQ score.

The next die is the d20. It is the die that most "checks" are used to determine outcomes. The fundamental ability score is often modified by something that will affect them, like strength when lifting a hefty object. If a character's strength is 12 through 18, it will likely have a positive modifier. (Like a +3 to add to the d20 roll.) Every character has ability scores that determine how much they can do. How much it can lift and how long it can run or swim. &c.

Whenever a character attempts a risky action and has a chance of failure, the player rolls a check. Roll 1d20 + modifier and compare against the action's Adversity Rating (AR).

The scores are Strength, Dexterity, Constitution, Intelligence, Wisdom, and Charisma, ranging from 3 to 18. These ability scores and **ability modifiers are** derived from them.
- Attack rolls
- Saving throws.
These are the three kinds of rolls using the d20.

**1. Roll the die and add a modifier.** Roll a 1d20 and add the modifier. The modifier is derived from one of the six scores. It may include a proficiency bonus to reflect a character's particular skill. (See Ability's Modifiers)

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    31

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**2. Apply bonuses or penalties as per the circumstance.**
- A class properties
- A spell
- A particular circumstance
- Or another effect.

These might give a bonus or penalty to the check.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

33

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    34

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# WISDOM:

*A character's wisdom (WIS) modifier applies to the character's wisdom saves and* **determines the bonus Psions** *for a Psionic user if psionics is used in the game. A character with 0 wisdom has no sensory perception, nor are they aware of the world around them. A creature can perceive its environment if it has at least 1 point of wisdom. Anything with no Wisdom score is an object, not a creature. Anything without a Wisdom score also has no Charisma score and vice versa.*
*Wisdom represents a composite of the character's common sense, judgment, willpower, guile, enlightenment, and intuition.*

# CHARISMA:

If a creature can distinguish between itself and another being, it must have a score of 1 Charisma. A character's Personality modifier applies to all NPC reactions; a character with 0 Personality also has no Intuition. *This score measures the character's ability to lead, persuasiveness, and personal magnetism. Charisma is important to all characters but is especially important to those that consistently deal with NPCs. Note this does not represent physical attractiveness.*

## ● ALIGNMENT

### The Nine Alignments

Every person, creature, and alien has an alignment. Some people are good-natured, and some are not. We will discuss the nine alignments of Star Frontiers New Genesis.

**Two factors make up an alignment:** One factor is **morality** (good, evil, or neutral), and the second is the creature's **attitude towards society and order**. This means *law or chaos*. Each player must choose an alignment and role-play their character's alignment to the best of their ability.

**NOTE:** The GM will award experience points for following your character's alignment to a tee.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    35

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Lawful good (LG)**          People and creatures can be counted on to do the right thing.

**Neutral good (NG)**          These people try their best to help others and maybe meet the needs of the people they help.

**Chaotic good (CG)**   These people act according to their whims. They may have some regard for others and their expectations.

**Lawful neutral (LN)** People act following law, tradition, or personal codes.

**Neutral (N)**          This person takes no sides and prefers to keep away from others who might have high morals. These people do what is right in their own minds.

**Chaotic neutral (CN)**          These people follow their own ideas and morality and hold personal freedoms above all else.

**Lawful evil (LE)**          These people take what they want when they want it. They don't think of other people's needs, and they are totally self-centered.

**Neutral evil (NE)**          These people are sociopaths and have no feelings of remorse. They have no concept of others.

**Chaotic evil (CE)**          These people act with arbitrary violence, spurred by greed, hatred, or bloodlust.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    36

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● ABILITY CHECKS

*Ability checks* test a character's talent and training to overcome adversity. The GM requires an ability check or when a character attempts an *action* that has a chance to fail, and when the outcome is unsure, let the dice determine the results.

**PHYSICAL ABILITY CHECKS**

## ADVERSITY RATING

| Task Adversity | AR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |

Adversity Checks are a way to determine the outcome of a difficult task. As noted in the table above, an almost impossible task is one you must roll a 30 or more! ***This is on a d20.*** So, you see how hard getting a thirty on a die with only twenty sides on it is. The point is you have to have modifiers.

During a game session of ***Star Frontiers New Genesis***™, the players will decide to do many things with their characters. The Game Master will utilize methods within these rules to adjudicate the situation at hand to resolve any problems. One way is to roll a TEST. The condition is like running through a room and quickly picking up a gun. The GM says to roll a d20 for a **DEXterity check**. The Player Character's DEX score is 12, and they roll a 10; that is a success! They pick up the gun! On any TEST, the GM states which Ability Score is correct for the situation; scoring less than the target score when they roll the d20 is a success!

In the above example, the GM may want to add or subtract modifiers, as the case may be, for Dexterity or the Ability used for the TEST.

**HIDDEN CHECKS:**  Most of the time, the GM will desire to hide the TEST results from the Player Character because that Character would not be privy to the information in real life.

Another example is when a group of adventurers is traveling across a desert. They are out of water and looking for a potable source. Suddenly, a member spots a small lake. The water looks

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

clean, but someone needs to test the water. ***Joe, the Stash Master***, decides to take a sip. He takes a drink and swallows. The GM says the water tastes good to you. But, unknown to the group, the water has microscopic organisms and is also toxic. Hours later, Joe becomes ill. The GM may roll a **CONstitution Check** also.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● INTELLIGENCE

Intelligence measures the ability to reason, mental acuity, and recall accuracy.

## INTELLIGENCE CHECKS

Intelligence checks are made when the character draws on logic, education, memory, or deductive reasoning. The areas of knowledge like History, Investigation, Nature, and Religion reflect an aptitude in specific Intelligence checks.

Intelligence (Esoteric) check measures your ability to recall information about occult, magic items, occult symbols, magical traditions, the planes of existence &c.

History Intelligence check measures your ability to identify legendary events, historical people, ancient kingdoms, and lost civilizations.

Investigation or checking for clues. An Intelligence (Investigation) check is made when looking for clues and making deductions based on evidence, and Intelligence (Investigation) check is made. Maybe discern from the appearance of a wound what kind of weapon made it.

Nature Intelligence check measures your ability to recall information about the plants and animals, the terrain and weather, and natural cycles.

Religion Intelligence check measures your ability to identify rites and prayers, deities, religious symbols, and the secret cult.

The GM could call for an Intelligence check when you try to accomplish tasks like the following:

## WORKING AS A TEAM

When a few characters work closely together, they will often attempt to try something as a team. ***Because many hands make lite work***. The GM can designate the player character with the highest applicable ability score to do the TEST. For example, the two guys attempt to lift a heavy object. The first person has a STRength score of 18, and the other guy has a 15. The GM rules that players one with the 18 rolls a STRength Check. A 16 is rolled, and this is a success!

A character can only provide help if the task is one that they could attempt alone.

## Group Checks

When an adventuring group attempts a task as a group, one person in the group must have the ability to overcome the task. This person is the leader of the Group Task. The entire group will

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

roll a TEST using the applicable Ability Score. If 75% of the group succeeds, then the whole group has succeeded.

- 

  - 

## ● WISDOM

- Wisdom reflects how attuned you are to the world around you and represents perceptiveness and intuition.

- **WISDOM CHECKS**

- A Wisdom check affords the ability to understand body language and read someone's feelings by looking at their face.

- Animal Handling
- Insight
- Medicine
- Perception
- Survival skills

  - These abilities reflect an aptitude towards certain kinds of Wisdom checks.

  - Animal Handling, for example, will allow the player character to calm down a domesticated animal, keep a horse from getting scared, or discern an animal's

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

intentions. The GM might require a Wisdom (Animal Handling) check to control your mount when attempting a risky maneuver.

- The Wisdom (Insight) check decides whether a player character can determine the true intentions of a suspected wrongdoer or discern such a lie, predicting the next move of a suspect.

- A Wisdom (Medicine) check will allow the character with some medical knowledge to stabilize a dying companion or diagnose an illness.

- Perception. The Wisdom (Perception) check lets the character spot, hear, or otherwise detect the presence of something that is not readily seen or heard.

- This check will allow the character to measure their general awareness of their surroundings and the keenness of their senses.

- For example, a player character is trying to hear a conversation through a closed door or wall. Eavesdropping under an open window or hearing something moving stealthily in the hallway.

-

- The GM may require the player character to make a Wisdom (Survival) check. This check will see if a player character can follow the tracks, hunt wild game, or guide your group through frozen wastelands. Maybe identify signs that animals live nearby, predict the weather, or avoid quicksand and other natural disasters hazards.

- *Other Wisdom Checks*. The GM might call for a Wisdom check when you try to accomplish tasks like the following:

- Get a feeling about what course of action to take.
- Discern whether a creature is truly dead or living.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    41

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● CHARACTER ADVANCEMENT

As your character goes on adventures and faces dangers, they will be rewarded experience points based on many aspects of their performance during play. Each player will be judged by their role-playing abilities, maintaining their alignment actions, and achieving their goals during the game. This advancement is called *Achieving a Level* or leveling up. When your character gains a level, their character class will grant additional abilities, as detailed in the description. Some allow your character to increase their ability scores. But never higher than twenty. Additionally, your character may be able to increase their proficiency with weapons or other things at certain levels. For every level gained, your character gains an additional Hit Die.

**PROCEDURE:** Roll at additional hit die, add the Constitution modifier, and add the sum to your Hit Point total. When the Constitution modifier increases by 1, the hit points maximum increases by 1 for each level attained.

## ● IMPROVING ABILITY SCORES

When your character reaches the 4th level, 8th, 12th, 16th, and 19th level, they can choose to increase one ability score by 2. Or, two scores can be increased by 1 each, but never more than the maximum of twenty. NOTE: The GM will decide if this rule is considered for their game. Making characters super-human is not always desirable for the campaign.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**ADVANCEMENT TABLE – GENERIC**

| Experience Points | Proficiency Bonus | Level | PARAGON | Pro Bonus |
|---|---|---|---|---|
| 0 | +1 | 1 | – | – |
| 299 | +2 | 2 | – | – |
| 899 | +2 | 3 | – | – |
| 2,699 | +2 | 4 | – | – |
| 6,499 | +2 | 5 | – | – |
| 13,999 | +3 | 6 | – | – |
| 22,999 | +3 | 7 | – | – |
| 33,999 | +3 | 8 | – | – |
| 47,999 | +3 | 9 | – | – |
| 63,999 | +4 | 10 | – | – |
| 84,999 | +4 | 11 | P-1 | +1 |
| 999,999 | +4 | 12 | P-2 | +1 |
| 119,999 | +4 | 13 | P-3 | +1 |
| 139,999 | +5 | 14 | P-4 | +1 |
| 164,999 | +5 | 15 | P-5 | +2 |
| 194,999 | +5 | 16 | P-6 | +2 |
| 224,999 | +5 | 17 | P-7 | +2 |
| 264,999 | +6 | 18 | P-8 | +2 |
| 304,999 | +6 | 19 | P-9 | +3 |
| 354,999 | +6 | 20 | P-10 | +3 |

# CORE RACES

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**RACIAL TRAITS**

The description of each race includes racial traits that are common to members of that race. The following entries appear among the traits of most races.

Each race is described and includes racial traits that are commonplace for those who are members of that group. The following entries define qualities most familiar to their race.

**Ability Score Increase** – Increases in a character's ability scores are allowed for every race.

**Age** – This identifies the age of adulthood for this particular race. Most characters are adults at the start of their adventuring careers.

**Alignment** – Most races have tendencies toward specific alignment proclivities. Most players' characters will tend to be members of a compatible alignment with the majority of the group.

**Size** – Characters of most races are Medium size which is about 4 feet to 8 feet tall.

Speed – This is the rate your character can move per turn. Usually, 120 feet when moving fast. 90 feet when walking at a leisurely pace and 60 feet when mapping or being cautious while exploring. NOTE: 120 feet for 1 minute turn will allow a person to march 24 miles in one day.

**Languages** – By race, your character can speak, read, and write certain languages. Most common languages and native languages.

**Subraces** – Subraces include the people created in a laboratory, such as the plant-based people. Other subraces have appeared naturally.

## CORE  RACES TYPES 4 TYPES

1. CRYPTO ANIMALS - Human-animal hybrids (see animal hybrid chart)
2. CRYPTO PLANTS (Chlorophytes)  – Engineered human-plant hybrids.(see plant hybrid chart)
3. HUMANOIDS - Cyborgs,multars, Grays 2 arms 2 legs bipedial that walks upright.
4. OTHERS-Creature with no arms or legs that have a non humanoid shape size or appearance

### EXAMPLES OF RACES-

- Cyborg(HUMANOID-CLASS) – Human-Bionetics. (Human brain is housed in a cybernetic machine).

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    44

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Multar(Human Clone)(HUMANOID-CLASS)  – Are what's left of the human race Clones start the game with 1D6+2 clones in stasis (exact copies of the character when rolled up )
- Grays (Zetaians)(HUMANOID-CLASS) –  gray-skinned 3-4 ft hairless with large heads Start with Psionic powers
- Greens (Gobs)(HUMANOID-CLASS) -extremely fast
- Reptilians(Draconid)(HUMANOID-CLASS) - Tall scaly humanoids start with Shapechange abilities.
- Nordic( Ulfar)(HUMANOID-CLASS) -Tall, blonde, blue-eyed race with exceptional attributes and powers ALL Attributes are in the 13+ range.

Small samples of hybrid races that can be created from the core races

- Entomoids (CLASS-CRYPTO ANIMAL)
  - Large insect-like intelligent creatures who are friendly towards humans.
  - But hate all CRYPTO PLANTS and will attack on sight. STR = 12+, CON = 9+, CHA = 5 to 10. Ten Charisma is the maximum unless they have an Occupational Skill like Oratory, (Political figure, PARAGON)

- Uryed (CLASS-CRYPTO ANIMAL)
  - A large mammalian creature resembles a wolverine in the face but with raccoon-like features. STR, CON, DEX.

- Yarvon (CLASS-CRYPTO ANIMAL)
  - The Yarvon have scales on their backs, heads, outer arms, tails, and outer legs. They are reptilian in appearance.STR, CON

- Zaruk (CLASS-CRYPTO ANIMAL)
  - Bird-like people look like a humanoid but with very different physiology.
  - DEX
-
- Tekahn(HUMANOID-OTHER)
  - These beings are mechanized sentient beings. Always following the humanoid paradigm in appearance. AI Androids bleed white blood.
  - The minimum strength is 13 and constitution is 13 also.
- Aht (CLASS-CRYPTO ANIMAL)

- These creatures are bi-pedal and have four arms. Two like a human and two protruding from the upper rear torso with pincers on the ends vice hands. They have chitinous bodies that are rough and sharp. They are quite similar to crabs.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    45

STAR FRONTIERS – NEW GENESIS CORE RULES D20
- This race has a minimal Strength of 12 and a Constitution starting at 10. Their natural Armor affords them a resistance equal to AC 13.

- Autobahn (CLASS-CRYPTO ANIMAL)
    - This creature is a race of very intelligent Tiger-like people.


- ***Molluskoids (non-playable race)*** (CLASS-CRYPTO ANIMAL)

    - These creatures are related to octopi and are very intelligent but brutish and territorial. They have adapted mechanizations to allow devices designed for humanoids – the dominant species DEX, CON, INT

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● HUMANOIDS

The fundamental race of the game is the humanoid paradigm. Mammalian usually gives birth to one offspring at a time. Reproduction is by sexual intercourse between a male and female. Gestation is nine months.

## TRAITS POSSESSED BY HUMANOIDS

## HUMANOID GROUP PROPERTIES:

**HIT DICE:** 1d10 per level.

**Hit Points** starting at **first level are 1d10 + CONstitution modifier.**

## Proficiencies

**ARMOR –** All armor types are available to humanoids who are trained to use such armor.

**WEAPONS** – All weapons are available to use as long as they are trained to use it.

For example, If a human has graduated from Fleet Marines Corps School of Infantry then they will be proficient in all small arms, light weapons,  and medium to heavy weapons. Driving skills are also a given. Minor piloting skills at a Level 1 competence.

The former Marine will have an **Occupation** as a Mercenary, a Contract Secureity Specialist, and &c.

**Ability Score.** Every human is able to raise ability score by 1 point at certain experience levels.

**Age.** Humans reach adulthood in their late teens and live less than a century.

**Alignment.** Humans tend toward no particular alignment. The best and the worst are found among them.

**Size.** Humans grow to be about 5 feet to well over 6 feet tall. Humans are Medium in terms of size.

**Movement Speed for humanoids is 30 feet per turn.**

**Languages.** You can speak, read, and write Common and one extra language of your choice. Humans typically learn the languages of other peoples they deal with, including obscure dialects. They are fond of sprinkling their speech with words borrowed from other tongues: Orc curses, Elvish musical expressions, Dwarvish military phrases, and so on.

HUMANS have the following Saving Throws:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    47

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● Core Races Descriptions:



**Crypto Animals Chart-**  Can be any number of types of animals we suggest the GM make up these new races. so a balance of play is established, or with the GM supervision just a few animals you can turn into hybrids Bear, Koala, Lion, Snake, Lemur, Fox, Fish, Iguana, Frog, Elephant, Chicken, Baboon, Cow, Ra,t Mule, Tiger, Eagle, Crab, Bison, Ant, Duck, Sheep, Wolf, Dog, Cat, Donkey,  Horse, Monkey these are a small example of animals that can be used. Remember if making a hybrid fish race to co-exist on normal world's your character would need a Suit to allow oxygenated water to circulate so remember there are pros and cons to all races.  We suggest you give no more than a cumulative of +_____ on attributes. With maximum feats ___ and a maximum special ability___.

**Crypto Plant Chart- Chlorophytes** – The result of plants and human genetic material being spliced together to form an intelligent plant creature that can walk about like a human. These creatures have the basic humanoid look, i.e. a head with a torso, two arms, and two legs. Some have four arms and four legs. These creatures need water and sunlight to survive. They

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

also require carbon dioxide to be healthy. Can be any number of types of plants we suggest the GM make up these new races. so a balance of play is established, or with the GM supervision. just a few plants you can turn into hybrids Wildflower, Thistle, Flower, Herb, Mushroom, Weed, Fern, Cattail, Reed, Bamboo, Ivy, Shrub, Moss, Grass, Palmtree, Bush, Corn, Tree these are small examples of plants that can be used. Remember if making a hybrid plant race certain plants will have disadvantages. Most terra plants need water and sunlight so please add those factors into the plant race's creation. We suggest you give no more than a cumulative of +____ on attributes. With maximum feats __ and maximum special abilities__.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# D'ARELIT NICKNAME:(_____)

(CLASS-OTHER) HOMEWORLD, HAYMATH System, L1254b-17   **TPL-4**

## UNKNOWN GROUP PROPERTIES:

**DESCRIPTION:**

> **Commented [3]:** Dralasite analog.

**D'Arelits** are short, rubbery aliens with no internal or external skeletal frames or solid body parts. Their skin is an elastic-like membranous thick tissue that is hydrophilic at times. The surface of their "skin" has a rough texture and is very stiff. It has a natural Armor Class Rating of 11 or 12, depending on the environment. Sometimes they are transparent, and at other times they appear gray.

**APPENDAGES:** These creatures don't have traditional arms or legs, but they can form appendages that can do the job. They do this by using a pseudopod similar to single-celled organisms like amoebas.

**INTERNAL ANATOMY:** When the creature is translucent, its internals can be seen with our eyes. The primary " brain " analog is a large nervous bundle that floats near the center of the mass. Scientists have determined that the entire body's nervous tissue can think. It has stereo vision provided by two dark nerve bundles located anywhere the creature likes. Two optical orbs are connected to the visual bundles by nerve endings. A large nucleus mass floats among the other bodies. Respiration is via a gas exchange performed by the outer membranous tissue. Drinking fluids is via absorption through the "skin" membrane.

**NOTE:** This race is very similar to an extinct race _____that lived over one thousand years ago.

**REPRODUCTION:** This race reproduces by budding. A small lump will form, and the area will swell with nerve bundles. Kind-of mitosis can be seen actively changing. During metaphase, their DNA and chromosomes duplicate and split until a new organism is formed and simply pop's off the host **D'Arelits may only replicate once per 7 year.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC          50



STAR FRONTIERS – NEW GENESIS CORE RULES D20



**Gender:** Reproduce asexually by budding.

**SIZE:** The creature stands, or pools at a height of 1.5 meters tall and 0.5 to 1.0 meters in girth. Weight is approximately 65 kilos to 70 kilos. These creatures are considered **MEDIUM** size.

**SOCIAL INTERACTION:** These creatures become very philosophical when in large groups and have a very dry sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. Preferring a single one-to-one friendship. They are very loyal to their friends.

**LANGUAGES/COMMUNICATION:** The D'Arelits speak via a "voice box" attached to their bodies. The "box" communicates with the creature's mind by an electrical signal. A small single-board computer interpreted the mental information and translated it into a common language. The "box" emits speech sounds at varying degrees of decibels, from an exceedingly soft whisper to very loud. These creatures can speak any language that they have programmed in the "vox box."

Because of the D'Arelit's mental prowess (INT minimum of 16), they are adept at detecting deception 75% of the time.

**AGE:** D'Arelits live to be venerable,they do not appear to die of old age, or to age at all.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                   51

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Ability Score Increase.** Your ability scores each increase by 1.

**Age.** Humans reach adulthood in their late teens and live less than a century.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG are the common alignments.

**Speed.** Your base walking speed is 30 feet per turn. 1 turn is 10 minutes.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

52

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# D'Arelits ADVANCEMENT TABLE

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|-------|----------|---------|-----------------|-----------|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- # UR'YED   NICKNAME:(_____)

- (CLASS-CRYPTO ANIMAL) (Æŕ yed) HOMEWORLD, TITUS System, D2354b-9 **TPL-4**

## ANIMAL GROUP PROPERTIES:

**DESCRIPTION:** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Commented [4]: Yazirian analog.

**SKILLS:** Choose 2 from athletics, Intimidation, Nature, Perception, and Survival.

**SAVING THROW –** Strength, Constitution

**Ur'yed** creatures look like an Earth "robust raccoon." The face resembles an O'possum with light, close-cut facial hair, elongated snout, and dark almond-shaped eyes. They are naturally muscular and powerful. They have a human-like torso like a *Capra-hircus (Caprinae)*. The total creature is a humanoid/goat-antelope hybrid with raccoon-like features, small yet firm hands, and a competent climber.

**APPENDAGES:** These creatures have long muscular arms and sturdy antelope-shaped legs but, with feet like a rabbit.

**INTERNAL ANATOMY:**

**NOTE:** This race is very similar to an extinct race that lived over one thousand years ago.

**REPRODUCTION:** These creatures are mammals and have a litter of 4 to 5 young.

**Gender:Male +1 Con / Female +1 Str**

**SIZE:** The creature stands, or pools at a height of 1.2 meters tall and 0.5 meters in girth. Weight is approximately 55 kilos to 70 kilos. These creatures are considered **SMALL** to **MEDIUM** size.

**SOCIAL INTERACTION:** These creatures become very philosophical when in large groups and have a very dry sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. Preferring a single one-to-one friendship. They are very loyal to their friends.

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**LANGUAGES/COMMUNICATION:** Ur'yed speaks common and their native language. If they want to speak another language, they must hire a teacher for 25 D/Cr per hour and must spend 100 hours in study. Or, they can use a Hypnohelmet for 100 hours at the same price.

**BARBARIAN ATTRIBUTES**  Ur'yed is a species that naturally are close to a Barbarian Class of adventurer. Therefore, they have some of the abilities of the Barbarian Class.

All Ur'yed fight with a passion and at times will become so enraged as to become a crazed battle berserker. A kind of primal instinct to fight with all of their mind and soul.

During or at the beginning of battle and on their turn, and before initiative is rolled the player character can roll a Will Resistance roll (AR 15) to enter into a rage. **The following are true when raging:**

- The character gets an advantage on STRength checks and Saving Throws. During the melee, the player character can make a weapons attack using STRength and get a bonus added to the damage roll. This bonus increases by one as your character gains levels of experience. This is shown on the Ur'yed Rage Damage column advancement table.
- The RAGE will only last for one minute. The RAGE only subsides early if your character is knocked unconscious, or if your turn ends.
- Once the number of rage sessions has been completed, the character must rest for an hour before another RAGE can commence.

**Ability Score Increase.** The DEXterity score increases by 2.

**Age.** These creatures reach adulthood in three years.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG are the common alignments.

**Speed.** The base walking speed is 30 feet per turn. 1 turn is 10 minutes.

- These creatures are naturally immune to almost all diseases (bacteriological and viral) that regular humans often succumb to.

- They often eat the most rancid food.

- They are also naturally resistant to radiation. A specialized organ absorbs radiation and expels the radioactive waste via the highly resistant colon.

- Most poison has no effect on these creatures. Nearly all types of venom have no effect.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                55

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- The fur that they have varies in color and pattern. The parts of the body that have hair are mostly posterior. The innermost arms and legs, the anterior chest is bare. The skin color is blotchy and dark with light patched. The furry tail also.

- Female Ur'yed is slightly shorter than the male and has four breast's that increase in size by 50 to 75% when lactating. A typical litter is 1 to 4 young. They grow very fast and achieve adulthood in three years.

- Ur'yed has the amazing ability to long jump. **They can long jump up to ten feet with ease. Longer jumps can be attempted with an AR of 15.**

## WEAPONLESS RESISTANCE

Although Ur'yed don't typically wear armor, their *AC/AR equals 10+ their DEXterity + CONstitution modifiers. The character entering melee can use a shield and still get this benefit.*

## PERIL DISCERNMENT

Ur'yed has the uncanny ability to discern peril or danger. In practice, the Ur'yed can see or hear an uneasiness, or feeling that something is wrong or about to happen. This ability starts at the 2nd level.,

Because of this, the character has an advantage on DEXterity saving throws versus effects that the character can see, for example, traps. This benefit becomes useless when blinded, defended, or incapacitated.

## IMPROVEMENT OF ABILITY SCORES

When your character attains the 4th level,  8th, 12th, 16th, and 19th level, they may increase one ability score of their choice by 2, or you can increase two ability scores of your choice by 1. As expected, you can't increase an ability score above 20 using this feature.

**UR'YED ADVANCEMENT TABLE**

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|-------|----------|---------|-----------------|-----------|
| 1 | Rage, weaponless defense | 2 | +1 | +1 |
| 2 | Rage, Peril discernment | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 4 | Improve ability score. | 3 | +2 | +2 |
|---|---|---|---|---|
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

# ENTOMOID   NICKNAME:(_____)

(CLASS-CRYPTO ANIMAL)  HOMEWORLD, TITUS
System, D2354b-9 **TPL-4**

## INCSECTOID GROUP
## PROPERTIES:



**DESCRIPTION:**

**SAVING THROW –** Dexterity, Constitution

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

57

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**SKILLS:** Choose three. (general)          **PSIONIC ABILITY POINTS**: 200

Entomoides look like humanoid insects. They adhere to the humanoid paradigm of one head, torso, two arms, and two legs. They also have a short tail that contains a poisonous spike. Their arms are very similar to a human but have a hard outer shell. The hands have three phalanges and one thumb-like finger, and the thumb allows for additional dexterity. The shoulders have a greater than 180-degree range of motion. They can easily touch the center of their own back.

**SIGHT:** The head is above the shoulders and contains two large eyes that allow stereo vision. The highly adapted visual acuity is due to their compound eyes containing up to 10,000 ommatidia. A small area at the front called the fovea has a greater visual sense than the rest of the eye. This area produces the high resolution necessary to examine potential targets. Their peripheral vision allows for perceiving motion; when a moving object is noticed, the head is rapidly rotated to bring the target into the visual field. The eyes are widely spaced and laterally situated, affording a binocular field of vision and precise stereoscopic vision at close range.

The eyes have a hard, transparent outer shell for protection. The mouth has four mandibles for eating.

**APPENDAGES:** The arms are described above. The legs are very long and very strong. The E'moids are fast runners but are not great jumpers.

**INTERNAL ANATOMY:** Heart, lungs, &c.

**NOTE:** BASE INTELLIGENCE is 12**.** Base Wisdom is 12.

**REPRODUCTION: Parthenogenesis  a natural form of asexual reproduction in which growth and development of embryos occur without fertilization by sperm.**

**Gender: Male +1 Str +1 CON / Female +1 all attributes (NPC ONLY) Queen on that colony.**

**SIZE:** 1.5 meters tall. 0.75 meters long. Weight: 90 kg.

**SOCIAL INTERACTION:** E'moids are loyal to family and friends. They work hard and have a sensible attitude towards life. Their entire society is focused on many competitive goals. Most are engaged in profitable family-owned companies; in fact, those employed by other E'moids feel like they are part of a greater family unit.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**NOTE:** E'moids are capitalists and run some of the most important Pan-Galactic companies. They also have a large stake in trade houses.

**LANGUAGES/COMMUNICATION:** These intelligent creatures communicate via a series of clicks, whistles, and low bass tones from their throat and mandibles. When speaking with humans, they use a translator that hangs around their necks. The E'moid language is challenging for humans to master, but a few have mastered the rudimentary clicks and whistles. Translators for humans exist as well.

**THIEF/ROGUE ATTRIBUTES** E'moids lifestyle and habits mesh well with the Bard Class.

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** These creatures live to be 200 years old. reach adulthood in 5 years' time. Reproduce via egg sack.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG, and N are the common alignments.

**Speed.** The base walking speed is 60 feet per turn. 1 turn is 10 minutes.

**JACK - O - T:** At second level, your character can add ½ proficiency bonus (rounded down) to any ability check that doesn't include your Pro Bonus.

**PSIONICS:** These creatures have a natural ability to use Psionics. This creature has 200 Psionics Ability Points. To use a Psionic Talent, the character must use some of their points. If they run out of points they must wait for them to replenish. **SEE PSIONCSE'MOID ADVANCEMENT TABLE**

| LEVEL | PROPERTIES | PRO BONUS | PSIONICS/PSYCHIC |
|-------|-----------|-----------|------------------|
| 1 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 2 | Jack - o - T | +1 | – |
| 3 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 4 | Improve ability score | +1 | – |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    59

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 5 | | +2 | GEAS (Point cost = 100) |
|---|---|---|---|
| 6 | | +2 | Roll 1d6 for Talent 1 Defense & Attack |
| 7 | | +2 | – |
| 8 | Improve ability score | +2 | FEEBLEMIND (Point cost = 125) |
| 9 | | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 10 | | +3 | THOUGHT SHIELD (Point cost = 150) |
| 11 | May move to PARAGON | +3 | – |
| 12 | Improve ability score | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 13 | | +4 | – |
| 14 | | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 15 | | +4 | – |
| 16 | Improve ability score | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 17 | | +5 | All six Attack and Defense are allowed |
| 18 | | +5 | All six Attack and Defense are allowed |
| 19 | | +5 | All six Attack and Defense are allowed |
| 20 | Improve ability score | +5 | All six Attack and Defense are allowed |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## TITUS System, D2354b-9

**Star Data**

| | | |
|---|---|---|
| *Type* | M3 V Red Dwarf | |
| *Radius* | $2.79 \times 10^5$ km | (0.40 x sol) |
| *Mass* | $5.99 \times 10^{29}$ kg | (0.30 x sol) |
| *Temperature* | 2900 K | |
| *Luminosity* | $3.91 \times 10^{24}$ W | (0.01 x sol) |

**TITUS System, D2354b-9 I**

| | | |
|---|---|---|
| *Type* | Terrestrial World | |
| *Orbital Radius* | $1.89 \times 10^7$ km | (0.13 AU) |
| *Period* | $7.16 \times 10^2$ hours | (0.08 earth years) |
| *Physics* | Large iron/silicate | |
| *Radius* | 8561.21 km | (1.34 x earth) |
| *Gravity* | 12.82 m/s$^2$ | (1.31 x earth) |
| *Hydrosphere* | 0 % water, 25 % ice | |
| *Atmosphere* | Standard corrosive | |
| *Civilization* | Colony | |
| *Special* | Large moon | |

**II**

| | | |
|---|---|---|
| *Type* | Rock Planet | |
| *Orbital Radius* | $3.86 \times 10^7$ km | (0.26 AU) |
| *Period* | $2.09 \times 10^3$ hours | (0.24 earth years) |
| *Radius* | 5575.76 km | (0.88 x earth) |
| *Gravity* | 7.86 m/s$^2$ | (0.80 x earth) |

**III**

| | | |
|---|---|---|
| *Type* | Rock Planet | |
| *Orbital Radius* | $5.59 \times 10^7$ km | (0.37 AU) |
| *Period* | $3.64 \times 10^3$ hours | (0.42 earth years) |
| *Radius* | 8275.12 km | (1.30 x earth) |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC



STAR FRONTIERS – NEW GENESIS CORE RULES D20



# Cyborgs-    NICKNAME:(_____)

## AUTOMATOID GROUP PROPERTIES:

-HOMEWORLD Various,                    **TPL-4**

**SKILLS:** Choose

**DESCRIPTION:**  These creatures culminate in human and technology interaction and integration to create the ultimate trans-human creature. The percentage of mechanization can vary, but this endeavor's apex is 90% machine and 10% biology. This is observed as a fully mechanized body with infrastructure to support the humanoid brain and nervous tissue biology. Yes, a person with a total replacement body can still eat food to support the living tissue. A micro-fission reactor with enough fuel powers this machine body for 100 years. The biology infrastructure has enhancements to keep the humanoid brain constantly rejuvenating for an almost limitless life span. The oldest Bionetic citizen was 800 years old when they expired..

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                                                 62

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**HIT DIE** is d10, **HIT POINTS =** 10 + CONSTITUTION

**SAVING THROW –**

**SKILLS:** Choose . (any)

**Background Information:**

**SIGHT:**

**APPENDAGES:** Two arms, Two Legs, Torso, One Head

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:** N/A

**Gender:** Male / Female Apperances only non fertile sterile organisms.No Bonuses

**SIZE:** 5 ft- 6 ft ave.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *200-750*

**Alignment.** .

**Speed.**

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|:---:|---|:---:|:---:|:---:|
| **1** | | 2 | +1 | +1 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    63

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 2 | | 2 | +1 | +1 |
|---|---|---|---|---|
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

# Multar-

NICKNAME:(_____)

-HOMEWORLD, Earth  **TPL-4**

**SKILLS:** Choose

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## CLONE GROUP PROPERTIES:

**DESCRIPTION:** These creatures are simply exact replications of the original organism. Mostly called clones, these creatures live an average life span of the cloned organism. The replacement is reared and educated by the one to be replaced. If used in an intended way. Human DNA is the most adaptable to being cloned; if playing a Multar Human, you will start the game with 1D6+2 clones. All other races may only have 1 clone but never at the start of the game.

**HIT DIE** is d8, **HIT POINTS = 8 + CONSTITUTION**

**SAVING THROW –** Dexterity, Constitution

**SKILLS:** Choose . (any)

**Background Information:** All humanity has clones,since the great wars there are a lot less humans on its home planet earth.When playing a Multa when your character dies you will be able to bring your next clone out of stasis with all memories and experiences the prior clone had if was able to backup memories. All Multars names follow this format: John One Smith,  John Two Smith, and so on.   Multars have no limits on how many clones can be produced except status and money available to the character.

**SIGHT:** Normal vision

**APPENDAGES:** Two arms, Two Legs, Torso, One Head

**INTERNAL ANATOMY:** As per Human

**NOTE:**

**REPRODUCTION:** Male/ Female copulation live birth 7 months gestation

**Gender: Male /Female no bonuses**

**SIZE: 5Ft-6Ft ave.**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** English/

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-120 per clone*

**Alignment.** .Any

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**MULTAR ADVANCEMENT TABLE**

| LEVEL | PROPERTY | | | Pro Bonus |
|-------|----------|---|---|-----------|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Zetaians- NICKNAME:(_____)

HOMEWORLD, Zeta Primus  J8273d-6  **TPL-5**

**SKILLS:** Choose

## ZETA-HUMANOID GROUP PROPERTIES:

**DESCRIPTION:**These gray-skinned thin humanoids are very intelligent but very weak in all other attributes. This weakness is defined as Physical attributes less than 10. The advantage that the Grays have is Psionics. These creatures max out in Psionics and wear powered EV-Sutes. Natural AC = 10,

**HIT DIE** is D4 , **HIT POINTS =** 4+CONSTITUTION

**SAVING THROW – DEX**

**SKILLS:** Choose . (any)

**Psionics :** Start with Telepathy  Gain a new Discipline every 3 levels.

**Background Information:** Grays are the tech superior race of the universe. They feel superior to all other races.This shows in any interaction with non Grays almost all of the advanced tech that is used by all TPL-4 are knowledge given or bought from the grays.Other than their advanced TPL their main source of revenue is cloning. They have whole planets set up to clone the human genome for the Reptilians-(Draconid) see Background of reptilians.

**SIGHT:**

**APPENDAGES:**

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**

**Gender:**Sequential hermaphroditism male to female (**protandry**), female to male (**protogyny**) when a  Male Zetaian +1 Dex when a female +1 Con.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                69

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**SIZE: 4ft-6Ft**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** Non verbal communications understand all languages via telepathy

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**120-180

**Alignment.**

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Zetaians ADVANCEMENT TABLE**

| LEVEL | PROPERTY | PRO BONUS | PSIONICS/PSYCHIC |
|---|---|---|---|
| 1 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 2 | Jack - o - T | +1 | – |
| 3 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 4 | Improve ability score | +1 | – |
| 5 | | +2 | GEAS (Point cost = 100) |
| 6 | | +2 | Roll 1d6 for Talent 1 Defense & Attack |
| 7 | | +2 | – |
| 8 | Improve ability score | +2 | FEEBLEMIND (Point cost = 125) |
| 9 | | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 10 | | +3 | THOUGHT SHIELD (Point cost = 150) |
| 11 | May move to PARAGON | +3 | – |
| 12 | Improve ability score | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 13 | | +4 | – |
| 14 | | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 15 | | +4 | – |
| 16 | Improve ability score | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 17 | | +5 | All six Attack and Defense are allowed |
| 18 | | +5 | All six Attack and Defense are allowed |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 19 |  | +5 | All six Attack and Defense are allowed |
|----|--|----|----------------------------------------|
| 20 | Improve ability score | +5 | All six Attack and Defense are allowed |



Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Greens

NICKNAME:(_____)
**(Gobs)** -HOMEWORLD, MARS  **TPL-4**

## GREEN-HUMANOID GROUP PROPERTIES:

**SKILLS:** Choose



**DESCRIPTION:** Head almost round, no visible nose but breathes thru mouth and ear canal connections. Ears swept-back extended quite a bit above the crown of the head. Eyes yellow center white rim about 6" apart glowing. Mouth thin line stretching large part of face.Powerful above waist muscles clearly seen. Below waist thin and spindly almost no shape to legs sticklike.Hands 3" talons webbing between fingers

**HIT DIE** is D6 ,**HIT POINTS= 6**+CONSTITUTION

**SAVING THROW –**  Dexterity,

**SKILLS:** Choose t. (any)

**Special Abilities:** Lighting Fast  added benefits to this ability every 10 levels

**Background Information:**

**SIGHT:** Low light, Infrared spectrum, Thermal spectrum bright unexpected light may blind greens if proper save isn't made.

**APPENDAGES:** Head, two arms, two legs

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    73

Exhibit J
Page 73 of 213

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**INTERNAL ANATOMY:**

**Gender:** Male+1 Str /Female +1Dex

**NOTE:**

**REPRODUCTION:** Monotremes are mammals that reproduce by laying eggs.Monotreme eggs are retained for some time within the mother and receive nutrients directly from her, generally hatching within 10 days after being laid

**SIZE:** 2.5ft-3.5ft

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-100*

**Alignment.** .

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

Exhibit J
Page 74 of 213

STAR FRONTIERS – NEW GENESIS CORE RULES D20

*Greens*  ADVANCEMENT TABLE

| LEVEL | FEATURE | Speed | AC Bonus | Pro Bonus |
|-------|---------|-------|----------|-----------|
| 1 | Super Speed, | 1 | +2 | +1 |
| 2 | | 1 | +2 | +1 |
| 3 | – | 1 | +2 | +2 |
| 4 | Improve ability score by one. | 1 | +2 | +2 |
| 5 | 1 extra attack | 1 | +2 | +2 |
| 6 | – | 1 | +3 | +3 |
| 7 | – | 1 | +3 | +3 |
| 8 | Improve ability score. | 2 | +3 | +3 |
| 9 | – | 2 | +3 | +3 |
| 10 | Lighting Speed, | 2 | +3 | +3 |
| 11 | May move to PARAGON | 2 | +3 | +3 |
| 12 | Improve ability score. | 2 | +3 | +4 |
| 13 | – | 3 | +4 | +4 |
| 14 | – | 3 | +4 | +4 |
| 15 | – | 3 | +4 | +4 |
| 16 | Improve ability score. | 4 | +4 | +4 |
| 17 | – | 4 | +4 | +5 |
| 18 | – | 4 | +5 | +5 |
| 19 | Improve ability score. | | +5 | +6 |
| 20 | Blurr Speed, | 6 | +5 | +6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20



# Reptilians- NICKNAME: (_____)

(Draconid)- HOMEWORLD,Thuban  H3623e-3  **TPL-4**

## REPTILIAN GROUP PROPERTIES:

**SKILLS:** Choose

**DESCRIPTION:** Tall scaly humanoids.

**HIT DIE** is d12, **HIT POINTS =** 12 + Constitution at level 1.

**SAVING THROW –** STR, CON

**SKILLS:** Choose (Animal Handling, Athletics, Intimidation, Nature, Perception, and Survival)

**Background Information:** Reptilians are a warrior race who believe in the strong shall survive. They may have a TPL-4 but tend to hang on to many ancient traditions and

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

76

STAR FRONTIERS – NEW GENESIS CORE RULES D20

customs.When a Draconoid reaches the age of 15 he must pass a trial by fire ceremony. Whereas if he fails. He dies.The Draconid main source of revenue other than conquering planets and enslaving the weak.They Mine planets for 3 of the most valued minerals in the galaxy **Maranium, Sparanium, and Lithoanium** use in the construction of ships and weapons in witch they sell this ore to the  Ulfar (Nordic) for weapons armor and ship manufacturing. Reptilians use vast armys of clones purchased from the grays as slave labor for these mining colonizes.

**Special Abilities:** Shapechange Gains added benefits to this ability every 10 levels.

**FIGHTING SPIRIT.** Because of their warrior upbringing, these creatures posses the Fighting Spirit which gives them advantages in combat (hand-to-hand.)

**SIGHT:** Infravision at 60 feet and 20/15 visual aquiety.

**APPENDAGES:** Head, 2 Arms, Legs, Tail

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:** Eggs internal 3-6 Gestation 30-60 Days**.**

**Gender:** Male +1Wis +1Str  / Female +1 Con +1Chr

**SIZE:**  Normal Reptilians 6 to 8 feet tall, Elder Reptilians 7 to 10 feet tall

**MOVEMENT SPEED.** This rate is about the same as the average human (30 feet) but they can run at 2 times the rate. (60 feet.) These creatures can also jump twice the distance as a normal human. Males can long jump 15 meters ands females can long jump 10 meters.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** Common and Draconian.

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** Average life span is 100-200 years most never live this long due to their warrior acts. They mature at the same rate as humans.

**Alignment.**    These creatures look evil but have the same tendencies as humans to be evil or good. Not all of these creatures are considered ugly or beutiful. The average CHArisma is

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

between 8 and 11. **LOOKS** are the same range.

**Resistance to heat up to 50 degrees celsius or 122 degrees Fahrenheight.**

**REPTILIANS ADVANCEMENT TABLE**

| LEVEL | PROPERTY | SPIRIT | DAMAGE | Pro Bonus |
|---|---|---|---|---|
| 1 | Rage, weaponless defense,Shapechange | 1 | +2 | +1 |
| 2 | Rage, Peril discernment | 1 | +2 | +1 |
| 3 | – | 1 | +2 | +2 |
| 4 | Improve ability score by one. | 1 | +2 | +2 |
| 5 | 1 extra attack | 1 | +2 | +2 |
| 6 | – | 1 | +3 | +3 |
| 7 | – | 1 | +3 | +3 |
| 8 | Improve ability score. | 2 | +3 | +3 |
| 9 | – | 2 | +3 | +3 |
| 10 | Advanced Shape Change | 2 | +3 | +3 |
| 11 | May move to PARAGON | 2 | +3 | +3 |
| 12 | Improve ability score. | 2 | +3 | +4 |
| 13 | – | 3 | +4 | +4 |
| 14 | – | 3 | +4 | +4 |
| 15 | – | 3 | +4 | +4 |
| 16 | Improve ability score. | 4 | +4 | +4 |
| 17 | – | 4 | +4 | +5 |
| 18 | – | 4 | +5 | +5 |
| 19 | Improve ability score. | | +5 | +6 |
| 20 | True Change shape | 6 | +5 | +6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20



# Thuban H3623e-3

| Star Data | | |
|---|---|---|
| *Type* | K6 V Orange Main Sequence |
| *Radius* | $6.30 \times 10^5$ km  (0.91 x sol) |
| *Mass* | $1.62 \times 10^{30}$ kg  (0.82 x sol) |
| *Temperature* | 4000 K |
| *Luminosity* | $7.24 \times 10^{25}$ W  (0.19 x sol) |

| Close Companion | | |
|---|---|---|
| *Type* | M2 V Red Dwarf |
| *Distance* | $1.69 \times 10^7$ km  (0.11 AU) |
| *Radius* | $2.84 \times 10^5$ km  (0.41 x sol) |
| *Mass* | $6.33 \times 10^{29}$ kg  (0.32 x sol) |
| *Temperature* | 3100 K |
| *Luminosity* | $5.30 \times 10^{24}$ W  (0.01 x sol) |

| Thuban H3623e-3 I | | |
|---|---|---|
| *Type* | Terrestrial World |
| *Orbital Radius* | $7.76 \times 10^7$ km  (0.52 AU) |
| *Period* | $3.07 \times 10^3$ hours  (0.35 earth years) |
| *Physics* | Standard iron/silicate |
| *Radius* | 6235.46 km  (0.98 x earth) |
| *Gravity* | 8.63 m/s$^2$  (0.88 x earth) |
| *Hydrosphere* | 14 % water, 25 % ice |
| *Atmosphere* | Dense breathable |
| *Biosphere* | Prokaryotic microbes |
| *Civilization* | Colony |
| *Special* | Advanced alien artifact |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20



Commented [5]: It's nice to have the art to go with the description. :)

# Ulfar- NICKNAME:(_____)

(Nordic)- HOMEWORLD, *Ásgarðr* M9120Z-1 **TPL-5**

## ASGAROR-HUMANOID GROUP PROPERTIES:

**SKILLS:** Choose

**DESCRIPTION:** Tall and pale human-like creatures. They all have blond hair and blue eyes. ALL mental attributes are in the 13+ range. The physical stats are 8 to 10 with 10 being a maximum for **STR**ength. **DEX**terity is a minimum of 9 and a maximum of 11. **CON**stitution minimum is 7 and a maximum of 10.

Commented [6]: This is for game balance purposes. The Ulfar being Nordics, are a very powerful and advanced race far beyond the others. They have Psionics and technology for the advantages.

**HIT DIE** is D10 , **HIT POINTS =** 10 + 8 + Constitution at level one.

**SAVING THROW –** Wisdom, Charisma

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

80

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**SKILLS:** Choose three. (History, Insight, Medicine, Persuasion, and Religion)

**Background Information:**

**SIGHT:** Normal vision.

**PSIONICS:** These humanoids naturally possess Psionics with a naturally occurring ability points score of 250.

**APPENDAGES:** Head,Two arms and two legs.

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:** Artificial, sexless procreation.

**Gender:** Male +1Str +1 Con  / Female +1 INT +1Wis

**SIZE:** Humanoid in size but taller. Medium to large. 6' to 8' tall.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.** All alignments are available.

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**ULFAR ADVANCEMENT TABLE**

| LEVEL | PROPERTY | Speed | AC Bonus | Pro Bonus |
|-------|----------|-------|----------|-----------|
| 1 | Improve ability score. | 1 | +2 | +1 |
| 2 | | 1 | +2 | +1 |
| 3 | Improve ability score. | 1 | +2 | +2 |
| 4 | . | 1 | +2 | +2 |
| 5 | 1 extra attack,Improve ability score. | 1 | +2 | +2 |
| 6 | | 1 | +3 | +3 |
| 7 | Improve ability score. | 1 | +3 | +3 |
| 8 | | 2 | +3 | +3 |
| 9 | Improve ability score. | 2 | +3 | +3 |
| 10 | | 2 | +3 | +3 |
| 11 | May move to PARAGON,Improve ability score. | 2 | +3 | +3 |
| 12 | | 2 | +3 | +4 |
| 13 | Improve ability score. | 3 | +4 | +4 |
| 14 | | 3 | +4 | +4 |
| 15 | Improve ability score. | 3 | +4 | +4 |
| 16 | | 4 | +4 | +4 |
| 17 | Improve ability score. | 4 | +4 | +5 |
| 18 | – | 4 | +5 | +5 |
| 19 | Improve ability score. | | +5 | +6 |
| 20 | Add +5 to all ability scores | 6 | +5 | +6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    82

STAR FRONTIERS – NEW GENESIS CORE RULES D20



### Åsgarðr M912OZ-1

**Star Data**

| | | |
|---|---|---|
| Type | K6 V Orange Main Sequence | |
| Radius | $6.30 \times 10^5$ km  (0.91 x sol) | |
| Mass | $1.62 \times 10^{30}$ kg  (0.82 x sol) | |
| Temperature | 4000 K | |
| Luminosity | $7.24 \times 10^{25}$ W  (0.19 x sol) | |

**I**

| | |
|---|---|
| Type | Terrestrial World |
| Orbital Radius | $4.92 \times 10^7$ km  (0.33 AU) |
| Period | $1.83 \times 10^3$ hours  (0.21 earth years) |
| Physics | Standard ocean |
| Radius | 6235.46 km  (0.98 x earth) |
| Gravity | 8.63 m/s$^2$  (0.88 x earth) |
| Hydrosphere | 90 % water, 0 % ice |
| Atmosphere | Dense breathable |
| Biosphere | Prokaryotic microbes |
| Special | Advanced alien artifact, electromagnetic storms |

**II**

| | |
|---|---|
| Type | Rock Planet |
| Orbital Radius | $8.47 \times 10^7$ km  (0.57 AU) |
| Period | $4.12 \times 10^3$ hours  (0.47 earth years) |
| Radius | 6214.50 km  (0.98 x earth) |
| Gravity | 10.36 m/s$^2$  (1.06 x earth) |

**III**

| | |
|---|---|
| Type | Rock Planet |
| Orbital Radius | $1.18 \times 10^8$ km  (0.79 AU) |
| Period | $6.82 \times 10^3$ hours  (0.78 earth years) |
| Radius | 7064.79 km  (1.11 x earth) |
| Gravity | 11.52 m/s$^2$  (1.18 x earth) |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● STEP 1b.

- 
- ***GROUP – MILITARY***
- ***GROUP – TECHNOLOGY***
- ***GROUP – ACADEMIA/SCIENTIST***

**SEE SKILL LISTS**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                      84

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● <u>OPPOSITION RACES</u>

**ANNUNAKI-** NICKNAME:(_____)

- HOMEWORLD, Nabu' **TPL 5**

## ANNUNAKI GROUP PROPERTIES:

**SKILLS:** Choose

**DESCRIPTION:**.

**HIT DIE** is D12 , **HIT POINTS =12+con**

**SAVING THROW –**

**Background Information:**Little is known about this race accept that they come to civilized space once a millennium. The stories that have been passed down through the centuries have said that they live in a Nabu'.

**SIGHT:** Advanced Unkown

**PSIONICS:** Unkown yes

**APPENDAGES:** Head,Two arms and two legs.

**INTERNAL ANATOMY:** Unkown

**NOTE:**

**REPRODUCTION:** Unkown

**Gender:** Unkown

**SIZE: 6'-12'**

**SOCIAL INTERACTION:** Unkown

**LANGUAGES/COMMUNICATION:** Unkown

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                     85

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Age.**Unkown

**Alignment.**Unkown

**Speed.** Unkown

**]**

# ZAR'UK (Zăr̄  ûk)▬ NICKNAME:(_____)

- HOMEWORLD,          **TPL**

## ZAR'UK GROUP PROPERTIES:

**SKILLS:** Choose

**DESCRIPTION:**.

**HIT DIE** is D , **HIT POINTS =**

**SAVING THROW –**

**Background Information:This Primal species** has attributes of avian-like species. Although not an actual bird, this humanoid avian hybrid has some traits of a bird and most traits of a mammal. This taller-than-most being has two strong long arms with vestigial feathers that can fall out but grow back. The hands are more significant than an average human but with longer fingers and talons instead of fingernails. The hands also resemble skin similar to chicken foot skin. Identical to that of scales.

- ***They have vestigial feathers that protrude from their arms, forming rudimentary winglets. Not able to fly, these creatures excel at running.***

- The legs of this creature are naturally muscular and powerful, with bird-like feet similar to an Ostrich but longer. The forefoot has four toes with long talons and a fifth toe that juts from the back of the feet, where a human would have the Achilles tendon.

- The average height of the females is seven feet tall. Males are five feet to five feet and six inches.

- The legs take up 1/3rd of the height and kick very hard, doing massive damage with the sharp talons. Digging is also done relatively quickly.

- The facial features are very human-like, with no beak but a small nose and large toothy mouth. The teeth are very sharp and meant for tearing flesh. The eyes are more prominent

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    86

STAR FRONTIERS – NEW GENESIS CORE RULES D20

than humanoids, allowing for incredible night vision. The head can also turn a full 360 degrees—three hundred forty degrees to be exact.
- The ears are small and have a point at the apex of the pinna. (Helix.)

**SIGHT:**

**PSIONICS:**

**APPENDAGES:** Head,Two arms and two legs.

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION: Sexual Dimorphism:** The female is 1/3rd taller than the males due to protecting the young. The larger they were, the more fierce they looked. The males needed stealth for hunting small prey.

- These creatures are mammalian, so they give birth to their young, and the mother feeds them via the mammary glands, which they have two. The glands look very much like a human breast and tend to be larger than a typical human woman's breast.
- A typical birth includes two to three young.

**Gender: Male**

**SIZE:**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** The native language is Zuk and *Accordian common language.*

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.**

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- NICKNAME:(_____)
- HOMEWORLD, **TPL**

# GROUP PROPERTIES:

**SKILLS:** Choose

**DESCRIPTION:**.

**HIT DIE** is D , **HIT POINTS =**

**SAVING THROW –**

**Background Information:**

**SIGHT:** Normal vision.

**PSIONICS:**

**APPENDAGES:** Head,Two arms and two legs.

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**

**Gender:**

**SIZE:**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                     88

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Alignment.**

**Speed.**

_____ **-** NICKNAME:(_____)

_____- HOMEWORLD_____, **TPL**_____

_____ **GROUP PROPERTIES:**

**SKILLS:** Choose

**DESCRIPTION:**.

**HIT DIE** is D ___, **HIT POINTS =** _____**+**_____

**SAVING THROW –**

**Background Information:**

**SIGHT:**

**PSIONICS:**

**APPENDAGES:**

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**

**Gender:**

**SIZE:**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    89

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.**

**Speed.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- ## Step Two: Rolling Stats

**Determine Scores**

As a player, the *persona* or *Player Character's* actions depend on the ability scores: **Strength, Dexterity, Constitution, Intelligence, Wisdom,** and **Charisma.** Each of the scores is the number recorded on the character sheet. The rolled initial numbers are considered the permanent ability score and cannot be changed but *can be* altered during play.

The **Score Summary table** (below) provides a quick reference for what characteristics are measured by each ability, what races increase which abilities, and what classes consider each ability particularly important.

Roll three six-sided dice to generate the numbers for each ability and sum up the numbers as per method #1. Roll the dice for each ability. If the numbers generated are not acceptable, use a different method, as explained below. Also, the best number can be placed on each ability.

After the scores are assigned, the ***modifiers must be determined*** and noted on the character sheet. ***To determine the modifier*** without consulting a Table or Chart, ***subtract ten from the score and divide that number by 2, rounding down for fractions.***

***For example:*** *Strength= 17, the modifier is +3.*

*(17-10=7 7/2=3.5 round down=+3)*

**See ABILITY STAT Modification Table on page 25.**

## Roll the initial stats:

Character stats should be generated using the following approved methods:

1.   **Strict Method**

Roll 3d6 for each stat and add the sum of each die for a range of 3 to 18.

2.   **Moderate Method**

The Game Master will allow each player to roll all six ability scores deciding which number should be applied to which ability.

3.   **Progressive Method**

For each ability, a 4d6 is rolled, and the lowest d6 is dropped. Then the remaining 3d6 is totaled and applied accordingly like method TWO. This method results in higher scores for the stats.

4.   **Points Method**

Each ability score is rolled as in method 2, but with this difference, 12 points are applied to the scores as the player desires – not to go over the maximum score of 18.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● **PSIONIC ABILITY**

## What is Psionics?

This unique "power" is derived from the mind of the person. The brain may have an extra lobe or a particular tissue area with extremely dense nerve tissue. All Psionicly predisposed creatures may or may not have Psionics. INT, WIS, and CON must be above 16 to have Psionic abilities.

Only a few creatures possess this ability because they are born with it. Entomoids, Nordic, Grays, Greens are the only few that have this extra ability naturally. When the character is rolled up, and the ability score is finalized, the Psionic Ability Points are determined. An exception to the rule is this, sometimes creatures have this ability and don't know it.

**Chance to have Psionic Abilities:** INT /WIS /CON  divided by 10 = % chance if your Character has a INT16 WIS 16 CON 16 you would have 4.8% (5%) chance of Psionics.

**PROCEDURE to determine Psi Points:**

Sum up the INTelligence, WISdom, and CONstitution scores.

Roll a 1d10 and multiply the SUM by the rolled number.

**EXAMPLE:** INT(16)+WIS(17)+CON(16) =50. Roll the 1d10 and the result is 7. 49 X 7 = 343. But the maximum point value is 300. So this character has 300 Psionics Ability Points.)

**LOSING AND REGAINING POINTS**

Whenever a player character loses consciousness, they cannot use Psionics. After a character uses up some or all of their points, they must sleep for at least 12 hour to regain 50% of the points. Additionally, if they sleep another 12 hours that can be at their maximum point value.

- ● **Gaining Psi Points:** as your player gains levels you will receive 1D10 Psi points every level gained after 1st.

- ● **PSIONIC TALENTS**

Psionic Talents are to be assigned by the Game Master randomly using a 1d6 roll.

**Each Talent has an** *Ability Point Cost* – This number tells us how many points to deduct from the total when using the particular Talent.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Fronotiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**The** *Area or Range* **that the target must be within for the Talent to be effective** – This defines the ***max range or area*** for the attack to be useful.

**The amount of time or** *Duration* **of the effect** – This is the amount of time the effect will last.

*Projection/Concentration Time* – This is the amount of time it takes to concentrate and produce the mental energy for the attack.

*Defense Talents, Psionic* – This tells what Defense Talents must be used as a defense to the attack.

*Concentration* – This is the amount of time the defender must concentrate for the defense to work.

*Saving Throw* – Anyone being Psionically Attacks that cannot defend themselves must make a **Death Saving Throw. DEATH SAVING THROW** is defined by rolling a 1d20. If the number is 10 or better then your character saved. If a 1 is rolled then this is a double failure and must be noted on the Character sheet. Three failures means your character is dean without hope of being raised from the dead. If a roll is a twenty, the character regains 1 H.P**.**

If your character has 0 hit points and takes more damage, another DEATH SAVING THROW must be made. Keep in mind that three failures means your character is dead. DEAD!When A Psionic power is used certain Disciplines like Astral Clairaudience Will cause that being to glow like a Beacon in the night depending on the skill of the user.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

● *Attack Talents #*

| | | |
|---|---|---|
| 01-25 | 1 | Attack Talent |
| 26-50 | 2 | Attack Talents |
| 51-75 | 3 | Attack Talents |
| 76-95 | 4 | Attack Talents |
| 96-00 | 5 | Attacks Talents |

● *Defense Talents #*

| | | |
|---|---|---|
| 01-25 | 1 | Defense Talent |
| 26-50 | 2 | Defense Talents |
| 51-75 | 3 | Defense Talents |
| 76-95 | 4 | Defense Talents |
| 96-00 | 5 | Defense Talents |

**ATTACK TALENTS**
1d6

1. Psi Obliteration
2. Hemorrhaging Brain
3. Psi Thrust
4. Ego Crush
5. Id Infiltration
6. Psi Blast

●

● **ATTACK TALENTS**

Psi Obliteration

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | 4.72 meters + 1.524 Meters or 15 feet +5 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Empty Mind |
| **SAVING THROW –** | DST see above |

Psi Obliteration – Failure to Save is instant death. Resurrected victims will 90% of the time go insane.

Hemorrhaging Brain

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 12.2 meters + 3.05 Meters or 40 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | 2d4 rounds |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **Psi DEFENSE –** | Empty Mind |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**SAVING THROW –**                 Fort

Hemorrhaging Brain – Victims who fail a saving throw will suffer 1d4 hit points of damage for the duration of the attack. This is due to loss of blood coming out of every orifice.

Psi Thrust
**POINT COST –**                 100
**RANGE –**                 12.2 meters + 3.05 Meters or 40 feet +10 feet **per attacker Hit Die**
**DURATION –**                 Instantaneous
**AREA –**                 Creature or Person
**PROJECTION TIME –**                 3 seconds
**Psi DEFENSE –**                 Psi Barrier, Psi Wall
**SAVING THROW –**                 Fort

Ego Crush
**POINT COST –**                 100
**RANGE –**                 28.96 meters + 1.524 Meters or 95 feet +5 feet **per attacker Hit Die**
**DURATION –**                 see below
**AREA –**                 Creature or Person
**PROJECTION TIME –**                 3 seconds
**Psi DEFENSE –**                 Iron Will, Psi Barrier, Super Ego
**SAVING THROW –**                 Fort

Ego Crush – An attack against the ego by imposing an inferiority complex to the target. This lasts 1d12 turns. The victim becomes unable to defend during this period of time.

Id Infiltration
**POINT COST –**                 100
**RANGE –**                 15.2 meters + 1.524 Meters or 50 feet +10 feet **per attacker Hit Die**
**DURATION –**                 Instantaneous
**AREA –**                 see below
**PROJECTION TIME –**                 3 seconds
**Psi DEFENSE –**                 Super Ego
**SAVING THROW –**                 Fort

Id Infiltration – invades the subconscious mind of the defender matching it versus the super-ego. Failing the Saving Throw becomes confused and suffers the effects as below.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| D% | ACTION |
|---|---|
| 01 - 10 | Attacks the nearest person. |
| 11 - 20 | Cries/Screams without stopping |
| 21 - 50 | Mumbles/babbles incoherently |
| 51 - 70 | Wander around in any direction at ½ movement speed. |
| 71 - 00 | Attacks savagely adding 1d6 of damage to the attack damage of a friend or foe. |

**Psi Blast**

| | |
|---|---|
| **POINT COST –** | 125 |
| **RANGE –** | 6.1 meters + 3.05 Meters or 20 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | see below |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Psi Barrier, Psi Wall |
| **SAVING THROW –** | Fort |

Psi Blast – This is manifested as a powerful wave of energy from the brain. If the target fail Saving Throw suffers 3d8 Hit Points of damage. The wave is cone shaped. The attack affects a maximum of 10 Hit Dice +1 hit dice for every 2 hit dice of the attacker.

- 

- **DEFENSE TALENTS**

1d6

1. Psi Wall
2. Empty Mind
3. Super Ego
4. Psi Barrier
5. Iron Will
6. Fortress of Thought

**Psi Wall**

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | 40 feet semi-circle direction of the defender |
| **DURATION –** | see below |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 min (round) |
| **CONCENTRATION –** | Continuous |

Psi Wall – This Talent is a thought repetition to obscure the conscious mind. This defense also renders the defender immune to ESP, sleep, and charm-like spells. Creatures, friendly or otherwise, benefit from this defense talent within the area of effect. Successful physical attacks directed at the defender will cause the psychic wall to fail. The defender can engage in simple activities while maintaining concentration but cannot cast spells or engage in combat. **Note:** The defense area will move with the defender in the direction they are facing.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Empty Mind**
**POINT COST –**              100
**RANGE –**                   personal
**DURATION –**                see below
**AREA –**                    Personal
**PROJECTION TIME –**         1 min (round)
**CONCENTRATION –**           Continuous

**Empty Mind –** This Talent hides the conscious mind from the attacker. This makes its parts unidentifiable. The defender is immune to ESP and Charm-like attacks. A successful attack will cause the defender's Empty Mind to fail. During the attack, the defender must concentrate and can't attack or do anything else.

**Super Ego**
**POINT COST –**              100
**RANGE –**                   touch
**DURATION –**                2d4 rounds +1 for each ability point expended.
**AREA –**                    Personal
**PROJECTION TIME –**         1 segment (6) seconds.
**CONCENTRATION –**           none

**Psi Barrier**
**POINT COST –**              100
**RANGE –**                   20 foot radius
**DURATION –**                see below.
**AREA –**                    Personal
**PROJECTION TIME –**         1 round (1) min.
**CONCENTRATION –**           Continuous

**Psi Barrier –** The Super Ego builds an unassailable home fortruss for the mind (brain) in another friendly creature's mind for the defender. The friend creature gets a +2 to the CON saving throw. A successful attack on the defender will negate the Psi Barrier.

**Iron Will**
**POINT COST –**              100
**RANGE –**                   touch
**DURATION –**                2d4 rounds +2 rounds per level of the defender..
**AREA –**                    Personal
**PROJECTION TIME –**         1 round (1) min.
**CONCENTRATION –**           none

**Fortress of Thought**
**POINT COST –**              150
**RANGE –**                   personal
**DURATION –**                see below

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                          97

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**AREA –**                     Personal
**PROJECTION TIME –**   1 round (1) min.
**CONCENTRATION –**     none

Thought fortress remains active once it has been raised until the defender wills it to cease, or the de- fender falls to sleep. However, during this time, the defender can neither use any other psionic talents, nor cast any spells.

| PSIONIC SPECIALTY | | |
|---|---|---|
| d% | MAJOR | MINOR |
| 01 - 13 | 0 | 1 |
| 14 - 26 | 0 | 2 |
| 27 - 39 | 0 | 3 |
| 40 - 52 | 1 | 2 |
| 53 - 65 | 1 | 3 |
| 66 - 78 | 2 | 4 |
| 79 - 90 | 2 | 5 |
| 91 - 100 | 2 | 6 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| MAJOR SPECIALTY | | MINOR SPECIALTY | |
|---|---|---|---|
| 2d12 | | d20 | |
| 2 | Telepathy (animal) | 1 | Astral Projection |
| 3 | Body Equilibrium | 2 | Aura Alteration |
| 4 | Body as a Weapon | 3 | Control Body |
| 5 | Cell Manipulation,Heal | 4 | Dimension Door |
| 6 | Clairaudience | 5 | Cyrokinesis (nonleathel) |
| 7 | Clairvoyance Astral Psi Location | 6 | Energy Control |
| 8 | Astral Clairvoyance Navigation | 7 | Etherealness – |
| 9 | Detect | 8 | Mass Domination |
| 10 | Domination | 9 | Mind Shield |
| 11 | Empathy | 10 | Mol Manipulation |
| 12 | ESP | 11 | Mol Rearrangement |
| 13 | Expansion | 12 | Probability Travel |
| 14 | Hypnosis | 13 | Telekinesis |
| 15 | Invisibility | 14 | Tel-empathic Projection |
| 16 | Leviantion | 15 | Telepathy |
| 17 | Mind over Matter | 16 | Telepathic Projection |
| 18 | Molecular Disruption | 17 | Teleport |
| 19 | Reading an object | 18 | Shape Alteration |
| 20 | Precog | 19 | Roll again |
| 21 | Reduction | 20 | Roll again |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                99

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 22 | Psi Sense | | |
|----|-----------|--|--|
| 23 | Suspend Animation | | |
| 24 | Roll again | | |
| 25 | Roll again | | |

Telepathy, Animal      (Major)
**POINT COST –**          25
**RANGE –**              see below
**DURATION –**           Concentration time
**AREA –**               see below
**PROJECTION TIME –**    3 seconds
**SAVING THROW –**           none

Telepathy (animal) – This specialty enables the user to communicate with almost any creature with at least an INTelligence of 6. The information is in the form of emotions and urges. This will allow the user to understand what the target is feeling and wanting  is a basic sense. The target must be within his line of sight or the user must know the target very well. Otherwise the target must be on the same plane of existence and within 190,000 miles. The user cannot engage in any other pursuit during concentration.

| POINT COST | RANGE | | TIME DURATION | | HD/CR TARGET | | CREATURE TYPE |
|------------|-------|---|---------------|---|--------------|---|---------------|
| 10 | 20 ft | + | 10 min | + | <1 | + | Mammal |
| 15 | 40 ft | or | – | – | 1 | – | – |
| 20 | 50 ft | or | 20 min | or | 1+, 2 | or | Marsupial |
| 25 | 60 ft | or | – | – | 2+, 3 | – | – |
| 30 | 70 ft | or | 30 min | or | 3+, 4 | or | Avian |
| 35 | 80 ft | or | – | – | 4+, 5 | – | – |
| 40 | 90 ft | or | 40 min | or | 5+, 6 | or | Reptile |
| 45 | 100 ft | or | – | – | 6+, 7 | – | – |
| 50 | 120 ft | or | 50 min | or | 7+, 8 | or | Amphibian |
| 55 | – | – | – | – | 8+, 9 | – | – |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                 100

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 60 | – | or | 1 hour | or | 9+, 10 | or | Fish |
|----|---|----|--------|----|--------|----|------|
| 65 | – | – | – | – | 10+ | – | |
| 70 | – | – | – | – | – | – | Insectoids + |

120 feet is the maximum range. 6 Rounds is the maximum amount of time duration. 10+ is the maximum HD/CR. Insectoids + all other creatures not listed.

**Body Equilibrium (minor)**
**POINT COST –**          25
**RANGE –**               Personal
**DURATION –**            1d4 rounds + 1 each additional 5 points spent
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**            none

Body Equilibrium – The user can adjust the density of their body to allow the ability to walk on water, walk across quicksand, vis thick grassy areas without leaving a trail. This also allows the user to fall like a feather.

**Body as a Weapon**
**POINT COST –**          see below
**RANGE –**               Personal
**DURATION –**            2d8 rounds
**AREA –**                Creature or Person + special
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**            none

Body as a Weapon – The user can transform an appendage into a weapon of their choice. Also, the user can turn two appendages into weapons by doubling the point cost.

| POINTS COST | WEAPON | POINTS COST | WEAPON |
|-------------|--------|-------------|--------|
| 25 | Basic club | 55 | Scimitar |
| 30 | Dagger | 60 | Sword, short |
| 35 | Axe, hand | 65 | Sword, long |
| 40 | Mace | 70 | Sword, broad |
| 45 | Star, Morning | 75 | Sword, bastard |
| 50 | Light War Hammar | 80 | Axe, battle |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    101

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Cell Manipulation (healing)
**POINT COST –**          25, 5 per 1HP
**RANGE –**               Self/Other (touch)
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     1 round
**SAVING THROW –**             None

Cell Manipulation – The user can manipulate living cells of an injured creature, thus the user is able to heal wounds at a cost of 1hp per 5 points spent. The initial cost 25 POINTS for 1d6 HP restoration. This specialty may heal extensive wounds or even death if within 10 mins of the subjects passing but at a much higher cost. 300

Clairaudience
**POINT COST –**          50
**RANGE –**               See below
**DURATION –**            1 round + 1 round each additional 5 points spent.
**AREA –**                See below
**PROJECTION TIME –**     1 round
**SAVING THROW –**        None

Clairaudience – The user can listen into an area that is not known to the user up to 30 feet away. The user can also listen in on conversations that are inaccessible to the user such as a room on the top floor of a tower. The area of listening is a six foot radius of the centered  scrying zone.

Clairvoyance Astral Psi Location
**POINT COST –**          50
**RANGE –**               Special
**DURATION –**            1 Hour
**AREA –**                Special
**PROJECTION TIME –**     1 second
**SAVING THROW –**        None

Clairvoyance Astral Psi Location – This discipline allows the possessor to detect Psionic activity at a very long distance, but within sight the psionic user glows like a beacon in the night.

Astral Clairvoyance Navigation
**POINT COST –**          25
**RANGE –**               Special
**DURATION –**            1 hour
**AREA –**                Special

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**PROJECTION TIME –**     3 seconds
**SAVING THROW –**     None

Astral Clairvoyance Navigation – Allows the possessor to Navigate starships with an uncanny accuracy. If the possessor also has Astral Clairaudience he can pinpoint a Psionic user and  keep a ping like tracking on them at unearthly distances.

Domination
**POINT COST –**          See below
**RANGE –**          30 feet
**DURATION –**          Concentration time
**AREA –**          Creature or Person
**PROJECTION TIME –**          1 round (1 min)
**SAVING THROW –**          Fort

Domination – This specialty allows the user to control the mind of a target (living creature). This initial attempt costs 20 points. The target gets a Saving Throw (Fort). Ifbthe save is not a success, then an additional 10 points are used for each HD/CR of the target up to 10 total. This can only be used once per day. The user must rest for 4 hours after the session.

Empathy
**POINT COST –**          Up to 150
**RANGE –**          up to 150 feet
**DURATION –**          1 turn (10 min)
**AREA –**          Creature or Person
**PROJECTION TIME –**          10 foot wide path and up to 150 feet long.
**SAVING THROW –**          None

Empathy – The user of this specialty is given the ability to feel the target's pain, suffering, hunger, love, or hate. The user can sense the target's emotion and understand their motivation.

ESP
**POINT COST –**          50
**RANGE –**          60 feet + 10 feet for each additional 10 point cost
**DURATION –**          1d8 rounds
**AREA –**          Personal
**PROJECTION TIME –**          3 seconds

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                              103

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**SAVING THROW –**                   None

ESP – This specialty allows the user to hear the target's inner monolog when the target is within the area of effect. The user must be able to see or touch the target.

Expansion

**POINT COST –**            See below
**RANGE –**                Personal
**DURATION –**             1d6 turns
**AREA –**                 Creature or Person
**PROJECTION TIME –**      6 seconds
**SAVING THROW –**         none

Expansion – This specialty allows the user to increase the mass at the cellular level to allow the target to grow rapidly and in proportion. The increase in height and weight is shown on the table below.

| POINT COST | HEIGHT + | DAMAGE BONUS | STR + |
|------------|----------|--------------|-------|
| 75         | 1 ft     | +1           | 17    |
| 80         | 2 ft     | +2           | 18    |
| 85         | 3 ft     | +3           | 18.50 |
| 100        | 4 ft     | +4           | 18.75 |
| 110        | 5 ft     | +5           | 18.90 |
| 120        | 6 ft     | +6           | 18.00 |
| 130        | 7 ft     | +7           | 19    |
| 150        | 8 ft     | +8           | 20    |
| 170        | 9 ft     | +9           | 21    |
| 190        | 10 ft    | +10          | 22    |
| 215        | 11 ft    | +11          | 23    |
| 240        | 12 ft    | +12          | 24    |

Expansion does not include clothing and equipment. Only living tissue.

Hypnosis
**POINT COST –**            See below
**RANGE –**                30 ft
**DURATION –**             See below

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                104

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**AREA –**                          Creature or Person
**PROJECTION TIME –**   1 round
**SAVING THROW –**             Fort

Hypnosis – This specialty allows the user to instruct the target to take logical and reasonable actions. Additionally, the subject can have post-hypnotic commands to do specific activities later using a "trigger" word. A Fort saving throw is allowed every 8 hours. The point cost is 25 per HD/CR, and the suggestion will be nullified within 24 hours.

Invisibility
**POINT COST –**        50
**RANGE –**                100 foot radius
**DURATION –**           1d12 rounds + 1 round each additional 10 point cost
**AREA –**                   Creature or Person
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**          none

Invisibility – This specialty is not a true invisibility but the people or creatures, not machines, within the radius totally ignore the target of invisibility as if they were invisible. Loud sounds made by the target will dispel the effect.

Levitation
**POINT COST –**        50
**RANGE –**                40 feet
**DURATION –**           1d6 pounds
**AREA –**                   1 object
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**          none

Levitation – This specialty allows the user to raise a target person/creature or object that has a weight equal to himself/herself plus 25 pounds for each additional 10 points spent.

Mind over Matter
**POINT COST –**        25
**RANGE –**                Self
**DURATION –**           per round
**AREA –**                   Creature or Person
**PROJECTION TIME –**   1 seconds
**SAVING THROW –**          None

Mind over Matter – This discipline allows the possessor to suppress or mentally satisfy the need for Food , water, rest, or sleep and air. Cost is 25 per round for air. 25 per day for water. 25 per week for food and sleep.

Molecular Disruption
**POINT COST –**            See below

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    105

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**RANGE –**                 90 feet plus the target must be in line of sight.
**DURATION –**              Time of concentration
**AREA –**                  Creature or Person
**PROJECTION TIME –**       1 round (10 min.)
**SAVING THROW –**          None

Molecular Disruption – The use of this specialty will cause the molecules of the target to either move very fast or stop moving. The target can be anything, living or inanimate. In the cast of a living creature, the target will notice something right away. Either extreme pain and body parts bursting or extreme pain and body parts becoming useless.  Only a small number of molecules are affected, these results are amazing.

POINT COST  MATERIAL          EFFECT AFTER ONE ROUND
25          paper, parchment   burst into flames or become numb
50          dry wood, cloth    scorching/smoking
75          water              boils or freezes
100         flesh              blisters (3rd degree) turns white and mottled necrotic
150         stone              hot to touch/flesh sticks to stone extremely cold
200         metal              can cook on surface/freezes flesh instantly
300         anything                       explodes in flames/freezes solid and will burn flesh within 5 inches.

Reading an Object
**POINT COST –**            25
**RANGE –**                 Touch
**DURATION –**              Instantaneous
**AREA –**                  Creature or Person
**PROJECTION TIME –**       6 seconds
**SAVING THROW –**          None

Reading an Object – This specialty allows the user to read the psychic impressions of the previous owner. This object must be a personal use item and cannot be an object like a pencil. It must have a personal importance to the previous owner.

Precog
**POINT COST –**            150 +
**RANGE –**                 Touch
**DURATION –**              Instantaneous
**AREA –**                  Creature or Person
**PROJECTION TIME –**       6 seconds
**SAVING THROW –**          None

Precog – This is the ability to see things before they happen. The initial point send allows the user to see 60 minutes in the future or 6 turns. How accurate the vision depends on the combined INT, WIS, and CON of the user.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                     106

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| TOTAL OF INT + WIS + CON | FALSE | TRUE |
|---|---|---|
| < 27 | 01 - 49 | 50 - 00 |
| 28 - 35 | 01 - 39 | 40 - 00 |
| 36 - 44 | 01 - 29 | 30 - 00 |
| 45 -50 | 01 - 19 | 20 - 00 |
| 51 - 55 | 01 - 09 | 10 - 00 |
| 60 | 01 - 05 | 05 - 00 |

Reduction

**POINT COST –**     See Table
**RANGE –**     Personal
**DURATION –**     **2d6 rounds**
**AREA –**     Personal
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**     None

Reduction – This specialty allows the user to "shrink proportionally" their body/mass per point spent.

| POINT COST | HEIGHT REDUCTION | POINT COST | HEIGHT REDUCTION |
|---|---|---|---|
| 75 | 35% | 300 | 95% |
| 60 | 30% | 250 | 85% |
| 45 | 25% | 200 | 75% |
| 35 | 20% | 160 | 65% |
| 30 | 15% | 130 | 55% |
| 25 | 10% | 100 | 45% |

**EXAMPLE:** A 65 inch person wants to become small enough to walk under a door. By spending 250 points they can reduce to 5 ½ inches!

Psi Sense

**POINT COST –**     10 point cost per turn when exposed to Psi residue.
**RANGE –**     30 feet
**DURATION –**     –
**AREA –**     Person/creature

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

107

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**PROJECTION TIME –**      –
**SAVING THROW –**      None

Psi Sense –The user can sense something when entering an area of a traumatic event. Some examples are bloody battles, torture, violent murder, &c. The user must depart from the area or lose 10 points per turn until fully drained of energies. At this point, the user will pass out 1d6 turns and need rest for 10 hours at least.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Suspend Animation

**POINT COST –**          50
**RANGE –**               Touch
**DURATION –**            Special
**AREA –**                Person/creature
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Suspend Animation – This specialty allows the user to slow their own body or a target's body functions to slow so much as to look dead. The user can also set a time and date which to awaken. The suspended person can only remain in this state for 1d6 weeks and must awaken for a minimum of 24 hours.

Energy Manipulation/Control

**POINT COST –**          25 + 15 points per level of opponent.
**RANGE –**               Personal
**DURATION –**            Time of Concentration
**AREA –**                10 food radius emanating from the user.
**PROJECTION TIME –**     6 seconds
**Psi DEFENSE –**         Energy Absorption, Force Field Generation
**SAVING THROW –**        none

Energy Manipulation/Control – While continuously concentrating, the user may dissipate energy (beam weapons, radiation, kinetic) coming towards them or re-direct the power as a focused beam aimed at a target within a 100-foot radius and in line of sight.

Absorb Life Energy

**POINT COST –**          150
**RANGE –**
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**            None

Mind Control

**POINT COST –**          150
**RANGE –**               4.72 meters + 1.524 Meters or 15 feet +5 feet **per attacker Hit Die**
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**Psi DEFENSE –**         Empty Mind
**SAVING THROW –**            DST see above

Energy Absorption

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                109

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**POINT COST –**              1 per 2 pts spent
**RANGE –**                   Self
**DURATION –**                Instantaneous
**AREA –**                    Self
**PROJECTION TIME –**         6 seconds
**SAVING THROW –**                  none

Energy Absorption – This discipline allows the possessor to absorb kinetic, electrical,heat,radiation energies taking no damage. If the possessor has Energy Manipulation/Control he can redirect these energies right back at the senders and heals the possessor if having both disciplines.Example a Blast of energy hits user causing 50 pts of damage the user would spent 100 psi points to absorb the blast using 20 of the 50 to heal himself then redirecting 30 pts back to sender if a successful hit is made.

> **Commented [7]:** Very cool

Force Field Generation

**POINT COST –**              100
**RANGE –**                   Self
**DURATION –**                Instantaneous
**AREA –**                    Self or up to 10ft radius
**PROJECTION TIME –**         1 second
**SAVING THROW –**                  None

This discipline allows the possessor to create an invisible force field around himself or up to 10ft radius protecting all within blocking all physical and energy based attacks absorbing up to 50 pts of damage before dissipating.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                110

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Control Body**

| | |
|---|---|
| **POINT COST –** | Up to 150 |
| **RANGE –** | Personal |
| **DURATION –** | 1d8 rounds |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **SAVING THROW –** | none |

**Control Body –** The user is able to change their body (by manipulating their structure and systems) to allow them the ability to survive in hostile environments, or change their shape for different situations that will give them an advantage.

| ENVIRONMENT | SITUATION | POINT COST |
|---|---|---|
| Extremely Cold | Tight/Small space | 35 |
| Extremely Hot | Needing more than 2 arms | 50 |
| Regular fire | Too small/Too big | 75 |
| Poison Vapors | Glued to something | 100 |
| Acid environment | – | 125 |
| Special* | Special* | 150 |

*This special situation includes, situations not mentioned or environments like acid pools, water below 38 degrees or above boiling point, and lava/magma.

**Door, Dimension**

| | |
|---|---|
| **POINT COST –** | 50 |
| **RANGE –** | Personal |
| **DURATION –** | Instant |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | none |

**Door, Dimension –** This ability allows the user to open a "door" that folds the space between the user's location and the location the user wants to be. The destination must be known to the user. The place must be on the same planet the user is and not in another parallel universe. This ability can only be used once a day and only by the user's person.
The user can take items they can carry in a backpack or case.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Cyrokinesis (nonleathel)

**POINT COST –**              50
**RANGE –**                  Target must be within line of sight max 60 feet away.
**DURATION –**               Instantaneous
**AREA –**                   Creature or Person
**PROJECTION TIME –**        6 seconds
**SAVING THROW –**           None

Cyrokinesis – Cryo (cold below 0 degrees celsius) Kinesis (the movement of a creature in response to a stimulus) in this case the stimulus is intensely cold. This attack does not hurt the target but will make the target move towards an area that is not cold. The faster the movement the greater urgency the creature will move towards safety. This is a non-lethal attack.

Control Energy

**POINT COST –**              See below
**RANGE –**                  Personal
**DURATION –**               Concentration Time
**AREA –**                   15 foot radius centered on user
**PROJECTION TIME –**        6 seconds
**SAVING THROW –**           None

Control Energy – Concentration is the key to using this ability. The specialty can be used to shield themselves and others within the 15-foot radius from energy beams and bolts. All types of energy are dissipated, including kinetic energy. Arrows, bullets, and other missiles fall to the ground when they enter the area of effect. The point cost is 25 + 15 points per missile entering the AoE. If the user concentration is broken, the ability is negated. Once the user loses all ability points, they will fall unconscious.

Etherealness

Domination, Mass

**POINT COST –**              See below
**RANGE –**                  35 feet
**DURATION –**               Concentration Time
**AREA –**                   person/creature
**PROJECTION TIME –**        1 round
**SAVING THROW –**           Fort

Domination, Mass – This is the same as Domination, but the user can control up to 5 creatures at one time. Initial Domination is 50 point cost plus 15 for each additional creature. This particular specialty can only be used once a week. **NOTE:** Each round, 15 points per creature are spent until the user runs out of points, then the user falls unconscious. The user must rest for two days.

Mental Shield

**POINT COST –**              100
**RANGE –**                  personal

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**DURATION –**              5d6 (5 turns to 4 hours)
**AREA –**                  Creature or Person
**PROJECTION TIME –**       1 Round
**SAVING THROW –**          None

Mental Shield – This creates a shield barrier around the user's mind. This barrier defends against Charm, Confusion, ESP, Fear, Feeblemind, Magic Jar, Sleep, and Suggestion.It also protects against Domination, Empathy, Hypnosis, Telepathy. This specialty can only be used once a day.

Molecular Rearrangement
**POINT COST –**            see below
**RANGE –**                 touch
**DURATION –**              see below
**AREA –**                  1 cubic decameter, per hit die of the user.
**PROJECTION TIME –**       1 min.
**SAVING THROW –**          see below

Molecular Rearrangement – This specialty allows the user to change or manipulate the molecular structure of specific metals for the purpose of conversion to another metal permanently or temporarily. For temporary transformation the POINT COST is half listed.

| METAL THAT IS THE RESULT OF CHANGE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original metal | Tin | Iron | Steel | Bronz | Zinc | Lead | Mercury | Copper | Brass | Gold | Electrum | Silver | Plat-inum |
| Tin | – | 50 | 50 | 150 | 125 | 100 | 225 | 200 | 175 | 300 | 275 | 250 | 275 |
| Iron | 50 | – | 50 | 125 | 100 | 75 | 200 | 175 | 125 | 275 | 250 | 225 | 300 |
| Steel | 75 | 50 | – | 100 | 75 | 50 | 175 | 150 | 125 | 250 | 225 | 200 | 325 |
| Lead | 50 | 75 | 100 | 75 | 50 | – | 150 | 125 | 100 | 225 | 200 | 175 | 250 |
| Zinc | 75 | 100 | 125 | 50 | – | 50 | 125 | 100 | 75 | 200 | 175 | 150 | 225 |
| Bronz | 100 | 125 | 150 | – | 50 | 75 | 100 | 75 | 50 | 175 | 150 | 125 | 200 |
| Brass | 125 | 150 | 175 | 50 | 75 | 100 | 75 | 50 | – | 150 | 125 | 100 | 175 |
| Copper | 150 | 150 | 200 | 75 | 100 | 125 | 50 | – | 50 | 125 | 100 | 75 | 150 |
| Mercury | 175 | 200 | 225 | 100 | 125 | 150 | – | 50 | 75 | 100 | 75 | 50 | 125 |
| Silver | 200 | 225 | 250 | 125 | 150 | 175 | 50 | 75 | 100 | 75 | 50 | – | 100 |
| Electrum | 225 | 250 | 275 | 150 | 175 | 200 | 75 | 100 | 125 | 50 | – | 50 | 75 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                              113

### STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold | 250 | 275 | 300 | 175 | 200 | 225 | 100 | 125 | 150 | – | 50 | 75 | 50 |
| Platinum | 275 | 300 | 325 | 200 | 225 | 250 | 125 | 150 | 200 | 50 | 75 | 100 | – |

**Pyrokinesis**

| | |
|---|---|
| **POINT COST –** | 50pts per 1D6 |
| **RANGE –** | Target must be within line of sight max. 60 feet away. |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | see below |

Pyrokinesis – This speciality is the opposite of Cryokinesis. Pyro (heat/fire) This ability will inflict heat and pain of the target thus doing 1d6 damage per attack. The victim will attempt to retreat which will allow the attacker one extra attack if saving throw is failed.

**Timeline Sense**

| | |
|---|---|
| **POINT COST –** | 50 per+1 |
| **RANGE –** | Self |
| **DURATION –** | 1-4 rounds (1d4) |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **SAVING THROW –** | none |

Timeline Sense – The possessor of this discipline has a mild sense of prerogative abilities giving the possessor a bonus to hit, damage, ability checks and AC equal to +1 for every 50 pts spent.

**Probability Travel**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Telekinesis**
**POINT COST –**           150
**RANGE –**                4.72 meters + 1.524 Meters or 15 feet +5 feet **per attacker Hit Die**
**DURATION –**             Instantaneous
**AREA –**                 Creature or Person
**PROJECTION TIME –**      6 seconds
**Psi DEFENSE –**          Empty Mind
**SAVING THROW –**                  DST see above

**Telepath Projection**
**POINT COST –**           100
**RANGE –**                66 feet line of sight
**DURATION –**             1d8 turns + 1 turn for each additional 25 points spent.
**AREA –**                 Creature or Person
**PROJECTION TIME –**      1 round
**SAVING THROW –**                  See below

**Telepath Projection –** This ability allows the user to take possession of another's mind. This ability, in essence, allows the user to exist within the other's mind. They can see what the other sees, taste, &c. Total control of the possessed creature. The connection is lost if the target walks out of the Area of Effect.

**Teleport**
**POINT COST –**           25
**RANGE –**                zero
**DURATION –**             Instantaneous
**AREA –**                 Creature or Person + special
**PROJECTION TIME –**      6 seconds
**SAVING THROW –**              none

**Teleport –** To increase the accuracy of the teleport the user must use additional POINTS. The increased chance is 1% per 5 POINTs used. Initially, the chance is 25% (as per the POINT COST above) to increase to 100% and add an additional 75 points.

**Shape Alteration**
**POINT COST –**           25
**RANGE –**                zero
**DURATION –**             Instantaneous
**AREA –**                 Creature or Person + special
**PROJECTION TIME –**      6 seconds
**SAVING THROW –**              none

**Shape Alteration –** This enables the user to cloak their body in the physical shape of another creature. Changing from one shape to another requires only 30 seconds. When users return to their original form, they will be healed of 1d12 points of any damage inflicted against the shape

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    115

STAR FRONTIERS – NEW GENESIS CORE RULES D20

changed forms assumed. The user can only cloak into something as small as a frog and as big as an elephant. Once in the new state, all new forms, abilities, and limitations are enforced.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Step Three: Add Modifiers (Bonus/Penalties)

### Ability Modifiers

For each ability stat, a modifier is calculated by using this simple formula."

(Ability Score -10/2) the resulting number is rounded down.)

**Example:** STRENGTH = 15 subtract 10 = 5.

Five divided by 2 = 2.5 rounds down. =  (+2) or a bonus of 2 to your die roll.

| ABILITY STAT Modification Table | | | |
|---|---|---|---|
| **SCORE** | **MOD** | **SCORE** | **MOD** |
| 1 | -5 | 16 - 17 | +3 |
| 2 - 3 | -4 | 18 - 19 | +4 |
| 4 - 5 | -3 | 20 - 21 | +5 |
| 6 - 7 | -2 | 22 - 23 | +5 |
| 8 - 9 | -1 | 24 - 25 | +7 |
| 10 - 11 | 0 | 26 - 27 | +8 |
| 12 - 13 | +1 | 28 - 29 | +9 |
| 14 - 15 | +2 | 30 | +10 |

Each Ability score has a modification for it.

**Also, choose the alignment of the character.**

### ALIGNMENT

**Alignment** is the moral compass that guides the character's decisions and **criterion.** (Ideals)

**Lawful good:** Creatures that do the right thing. Religious standards or societal norms guide them.

**Neutral good:** People try to help others according to their needs and the needs of society. A strict moral compass may bind them as their deity demands.

**Chaotic good:** Creatures act as their moral compass directs, with little to no regard for others.'

**Lawful neutral:** Individuals act according to the law, tradition, or religious codes.

**Chaotic neutral:** Creatures do as they please, holding their pleasure above all else.

**Lawful evil:** Creatures take what they want, usually within a code of tradition, loyalty, or order limits.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    117

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Neutral evil:**  Creatures align with those who do whatever they can get away with without compassion or qualms.

**Chaotic evil** (CE) Creatures a scheme and may become violent for any reason, spurred by greed, hatred, or bloodlust.

Sentient beings tend to have empathy, not as an empath, but feeling towards others and imagining how others think in situations. Most creatures, be they human or others thinking, self-aware, creatures will either follow a moral compass that points towards goodness or evil. The many shades between good and evil are also represented in all cultures. For example, Jack the Ripper was most likely a sociopath. They lacked empathy towards others. They KILL indiscriminately and will have no regard for the pain and suffering they caused.

Most animals who are not self-aware or do not have the capacity for rational thought are noted as genuinely neutral.

## LANGUAGES

All intelligent creatures in Star Frontiers New Genesis have a language they learned. Their native language. All societies that participate in commerce within the UCPS speak the language of enterprise or business. That language is also known as the common tongue. This language is the official language and script of the UCPS and is a lawful language for commerce and adjudication.

For example, the United Nations' official language is French. China demands that countries who want to do business with them speak mandarin.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## Step Four: **Pivot Points**

Character/Pivot Points allow players to use a kind of 'luck' with each roll. For example, a player can use a point from their limited resource of pivot Points to affect a d20 roll. One point can be used for a better outcome. ***Pivot points*** are also earned by doing impossible or heroic feats in the game.

- A player must attack a strong foe, so an attack roll is made, but he or she is taking no chances, so a point is applied to the roll for success!
- If a skill check is made, a point can also be applied.
- Use a point during your turn that a Class Feature requires.

**NOTE:** The player must declare that they intend to use a point for a roll of any die BEFORE the GM shows the result of the roll. Also, points are finite and must be used wisely. Points are not replenished when leveling up.

"A character can declare the use of 1 pivot point to alter a d20 roll after the roll is made—but only before the GM reveals the result of that roll (whether the attack or check or saving throw succeeded or failed). A character can't use an action point on a skill check or ability check when he or she is taking 10 or taking 20. When a character spends 1 pivot point to use a class feature, he or she gains the benefit of the feature but doesn't roll a d6. In this case, the action point is not a bonus to a d20 roll. A character can only spend 1 point in a round. If a character spends a point to use a class feature, he or she can't spend another one in the same round to improve a die roll, and vice versa. Depending on the Paragon's character level (see the table below), he or she may be able to roll more than one d6 when spending 1 pivot point. If the character does so, apply the highest result and disregard the other rolls"*(D20 Modern SRD).*

| CHARACTER LEVEL | |
|---|---|
| 1st level to 6th level | 1d4+2 |
| 7th level to 14th level | 1d8+4 |
| 15th level to 20th level | 1d12+6 |

Commented [8]: Simply a suggestion.

- ## Step Five: **Merits and Flaws**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    119

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Step Six: **Choose profession**

The following classes are available: /Paragon options at 11th level if test passed

- SOLDIER/ WARDENS

- SNIPER/ E.F.S

- ENGINEER/Extraordinary

- MEDIC/N.E.M

- PILOT/Immortals or Influencer

- BOUNTY HUNTER/Influencer or E.F.S

- MERCHANT/Influencer

- SCIENTIST/Extraordinary

- SCOUNDREL/Immortals


ALSO, THESE OPTIONAL CLASSES – POSSIBLY FOR NPC'S

- COLONIST/Any

- DRIFTER/Any

- OUTCAST/Influencer

- SCAVENGER/Immortals

- TRANSPORTER/Influencer

NPC CLASS

- SENTIENT ROBOT (Hunter/Killer)

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    120

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# SOLIDER:

What is the Soldier Class? This class is about a regular person who decided to travel the universe seeking their fortune while working for their government. After a few years that person gets out of the service and uses their skills for everyday living. To make a living in the frontier.

Most people who enter the military on a temporary basis only acquire a basic skillset.

## ● Proficiencies

- **Armor: All armor, Shield**

**Weapons: Shoulder,Pistol,Demo,Heavy,Hand to Hand**

**Tools:**

**Saving Throws: STR**

**Skills: Choose skills from**

## ● Equipment

You start with the following equipment, in addition to the equipment granted by your

background:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    121

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# SNIPER:

This class affords the Player Character with special skill beyond the skills of the Sniper. In addition to the skills below, the Sniper class is muchskillser at Cover and Concealment and marksmanship by 2 times the rate of the Sniper Class.

### ● Proficiencies

- **Armor: All light medium armor, Shield**

**Weapons: Shoulder,Pistol,Hand to hand**

**Tools:**

**Saving Throws: CON**

**Skills: Choose  skills from:**

### ● Equipment

You start with the following equipment, in addition to the equipment granted by your

background: Gyrojet Rifle,

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                122

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ENGINEER:

### ● **Proficiencies**

- **Armor: Light Armor**

**Weapons: Pistol, Demo**

**Tools:**

**Saving Throws:**

**Skills: Choose two skills from**

## Equipment

**You start with the following equipment, in addition to the equipment granted by**

**your background:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# MEDIC:   (Dedicated Paragon Class Type)

This Profession is the player's core belief system in helping others. They have gone to the schools and taken the tests to qualify as a Medical, Pre-hospital Emergency Medical Service Provider. This person has dedicated their life to helping others and saving lives. The real-life equivalent is the civilian Para-medic.

The Military version of this occupation is the Special Forces 18-Delta Medical Specialist. They are trained in the same methods that the Paramedics are trained but are able to perform battlefield surgery, like amputations, emergency surgery to save a life. Appendectomies, intonation (advanced airway management), as well as many other minor to somewhat difficult surgery in an other-than hospital environment. They also can perform and interpret laboratory tests, x-rays &c.

## ● Proficiencies

- ● **Armor: Light Armor**

**Weapons: Pistol**

**Tools:**

**Saving Throws:**

**Skills: Choose  skills from**

## ● Equipment

You start with the following equipment, in addition to the equipment granted by your

background:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Pilot:

## ● Proficiencies

- **Armor: Light armor**

**Weapons: Pistol**

**Tools:**

**Saving Throws:**

**Skills: Choose  skills from**

## ● Equipment

You start with the following equipment, in addition to the equipment granted by your

background:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# BOUNTY HUNTER:

## ● Proficiencies

- **Armor: Light Mediem Armor**

**Weapons: Shoulder,Pistol,Demo,Hand to hand**

**Tools:**

**Saving Throws:**

**Skills: Choose skills from**

## ● Equipment

**You start with the following equipment, in addition to the equipment granted by**

**your background:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# MERCHANT:

### ● Proficiencies

- **Armor: Light Armor**

**Weapons:Pistol**

**Tools:**

**Saving Throws:**

**Skills: Choose  skills from**

### ● Equipment

**You start with the following equipment, in addition to the equipment granted by**

**your background:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# SCIENTIST:

### ● Proficiencies

- **Armor: No Training**

**Weapons: Pistol**

**Tools:**

**Saving Throws:**

**Skills: Choose  skills from**

### ● Equipment

**You start with the following equipment, in addition to the equipment granted by**

**your background:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# SCOUNDREL:

**Armor: light armor**

**Weapons: Shoulder,Pistol,archaic,Hand to Hand**

**Tools:**

**Saving Throws:**

**Skills: Choose  skills from:**

## Equipment

**You start with the following equipment, in addition to the equipment granted by**

**your background:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● SKILLS by CLASS

Below is a list of skills that all player characters may use.
During character creation and after the player chooses a race and profession, this is the time to select skills that are relevant to your career and race.
All first-level characters start with a pool of **SKILL POINTS.**

Skill Points are calculated by summing up the three physical attributes and dividing them by three.

**EXAMPLE:** STE (12) + CON (13) + DEX (10)  = 35 / 3 = 11.6 round-up = 12. This player gets 12 skill points to spend.

These initial skills can be improved over time. Every time a character levels up to one level, they can choose one skill to improve by one point.
Additionally, skills can be added by the number of characters INT score and multiply it by 0.3.

**EXAMPLE:** INT (14) X 0.3 = 4.2 round to the nearest tenth. In this case, it is 4.

Starting skill for this Character is 12 + 4 = 16

**SKILL POINT SPENDING**
For each point, a player can choose 1 skill, or they can choose a skill and spend some points to make it higher.

For example, the **SHARPSHOOTER SKILL** slot gives the user +1 to hit bonus. The max bonus is +5. The player can choose to spend 5 points on **SHARPSHOOTER SKILL** if their profession allows that skill. See your GM for more information. Otherwise the points can be spread over a number of skills until all points are spent. When leveling up each player gets 50% of their initial skill points. In this case 16 / 2 = 8 for level 2. At level 3 the 8 is further halved. Thus the number is 4. Level 4 is 2 and level 5 is 0. This is repeated until no more skill points are earned
Rational for this method is to keep the game balanced and also, the characters will gaine additional advantages as they increase in experience.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    130

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● SKILL LISTS

## SKILL CLASS MILITARY:

### BEAM WEAPONS

- electro stunners=weapons hand pistol
- heavy lasers=weapons heavy
- laser pistols=weapons hand pistol
- laser rifles=weapons shoulder
- sonic devastators=
- sonic disruptors=
- sonic stunners=

### GYROJET WEAPONS

- gyrojet pistols=weapons hand pistol
- gyrojet rifles=weapons shoulder
- grenade rifles=
- grenade mortars=weapons heavy
- rocket launchers=weapons heavy

### MELEE WEAPONS

- axes=weapons archaic
- brass knuckles=weapons archaic
- chains=weapons archaic
- clubs=weapons archaic
- swords=weapons archaic
- electric swords=
- sonic swords=
- knives=weapons archaic
- sonic knives=
- vibroknives=
- nightsticks=weapons archaic
- polearms=weapons archaic
- shock gloves=
- spears=weapons archaic
- stun sticks=
- whips=weapons archaic

### GAS OPERATED PROJECTILE WEAPONS

- Automatic pistols=weapons hand pistol
- Auto Rifles=weapons shoulder

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

131

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Bows=weapons archaic
- Muskets=weapons shoulder
- Needler pistols=weapons hand pistol
- Semi-Auto Rifles=weapons shoulder
- Machine guns=weapons heavy
- Recoilless rifles=weapons heavy
- Mortar =weapons heavy

**THROWN WEAPONS**

- Grenades=weapons thrown
- Thrown axes=weapons thrown
- Knives=weapons thrown
- Spears=weapons thrown

**DEMOLITION SKILLS**

- Setting a charge=weapons demolition
- Defusing a charge=weapons demolition
- Blast Design=weapons demolition

**GENERAL MILITARY SKILLS**

- Martial Arts=weapons hand to hand
- First Aid=
- Radio Transceivers, HF, UHF=
- Disable device=
- Weapons (general)=
- Intimidate=
- Climbing=
- Swimming=
- Crafting=
- Hunting=
- Trail interpretation=
- Cold weather survival=
- Desert survival=
- Mountain climbing=
- Improvised munitions=weapons demolition
- Improvised booby traps=weapons demolition
- Camo/Stealth=Stealth

**TECHNO CLASS SKILLS**

- Computer level 1=Computer science & related
- Computer level 2=Computer science & related
- Computer level 3=Computer science & related

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    132

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Computer level 4=Computer science & related
- Systems Administrator – Networking=Computer science & related
- Wide Area Networks=Computer science & related
- Deep Space Net=Computer science & related
- Programming, Scripts, Languages=Computer science & related
- Programming A.I.=
- Network Security – Firewalls=Computer science & related
- Defeating Network Firewalls lvl 1=Computer science & related
- Defeating Network Firewalls lvl 2=Computer science & related
- Defeating Network Firewalls lvl 3=Computer science & related
- Defeating Network Firewalls lvl 4=Computer science & related
- Database Management=Computer science & related
- Repairing Computers lvl 1=
- Repairing Computers lvl 2=
- Repairing Computers lvl 3=
- Repairing Computers lvl 4=
- Robotics lvl 1=
- Robotics lvl 2=
- Robotics lvl 3=
- Robotics lvl 4=
- Robotics lvl 5=
- Robotics lvl 6=
  - Missions
  - Functions – At any point when an alteration to the programming of an Android/Robot it may not function correctly. Coinsult the **FUNCTION/MALFUNCTION** Table.

| FUNCTION/MALFUNCTION | |
|---|---|
| **1d6** | **EFFECT** |
| 6 | Reveals true mission |
| 5 | Triggers hidden security sub-system |
| | |
| 4 | Action request is accepted. (success) |
| 3 | System disabled. |
| 2 | Reveals clue (if any) or NULL REQUEST |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| 1 | Activates counter measures. (melee') |
|---|---|

- MACHINERY OPERATION (GENERAL)
- MACHINERY REPAIR
- MOTOR VEHICLE BREAKDOWN (ICE/EV) – During a breakdown consult the following table to resolve the matter.

| BREAKDOWN, MOTOR VEHICLE | |
|---|---|
| **1d12** | **PROBLEM** |
| 12 | Non-functioning Power Unit. Cannot repair in the field. Replacement. |
| 11 | Broken axle. 4 hour repair with a welding unit. |
| 10 | ***Grav System***↓ non-functional, use wheeled back up. Half movement rate. |
| 9 | Minor mechanical failure. 1 hour delay. |
| 8 | Broken suspension (wheeled only) 2 hour delay. |
| 7 | Vehicle life support system compromised. Use an EV-suit. |
| 6 | Major mechanical failure. 8 hour repair in the field. |
| 5 | ***Nav System***⇅ failure ½ movement rate. |
| 4 | Minor drive train failure. |
| 3 | Hydroylic suspension failure (⅓ movement rate.) |
| 2 | ICE engine blown. non-repairable in the field. |
| 1 | Massive multi-system failure. The vehicle is useless. |

↓***Grav System*** is the name of the anti-gravity ability to float in the air. When not available the vehicle can use a wheeled back up system at ½ the movement rate and ⅓ weight capacity.
⇅**Nav System** is not repairable in the field. ½ movement rate using other means of navigation.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    134

STAR FRONTIERS – NEW GENESIS CORE RULES D20



 # PARAGON

**GM NOTE:** Paragons are a special breed of adventurers. They have proven their worth and are given special privileges. They are like Tier-1 Operators within their professions. You can't ask to be a paragon; you must earn the title. When a character achieves level 10 in their class, they must apply for a Paragon Quest. Only when they succeed at the quest will the title of Paragon be given, and level 11 will be obtained.

The type of Paragon you may become has a lot to do with your race and class/profession. For example, a player character whose Character Class is a Fighter and whose chief ability stat is Strength will become a **Warden Strong PARAGON**.

## THE SIX BASIC PARAGON TYPES

The first Paragon Type is the STRONG PARAGON. *(Wardens)* As stated before, this TYPE is based on the Strength Ability. In this case the Paragon type mostly is comparable to a military Wardens. With the ability to handle animals, provide advanced medical skills, tracking abilities, and advanced weaponry.

## WARDENS *Strong PARAGON Type*

**Ability: Strength**

**HIT DIE:  d8+2**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.)

| SKILLS | KEY ABILITY | |
|---|---|---|
| Climb | Strength | (STR) |
| Craft, Structural | Intelligence | (INT) |
| Handle Animal | Charisma | (CHA) |
| Jump | Strength | (STR) |
| Knowledge** | Intelligence | (INT) |
| Profession | Wisdom | (WIS) |
| Read/Write Language – | – | |
| Repair basic tech | Intelligence | (INT) |
| Speak Language | – | – |
| Swim | Strength | (STR) |

**Current Events, Pop Culture, Streetwise, and Tactics

The starting occupation can add additional occupation related SKILLS to choose.

First Level SKILL POINTS are calculated thus: (3 + INT Modifier) X 4.

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +1 | +1 | 0 | Forte |
| 12nd | +2 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +3 | +2 | 0 | Forte |
| 14th | +4 | +3 | 0 | Bonus EXPLOIT |
| 15th | +5 | +3 | +1 | Forte |
| 16th | +6/+1 | +3 | +1 | Bonus EXPLOIT |
| 17th | +7/+2 | +4 | +1 | Forte |
| 18th | +8/+3 | +4 | +1 | Bonus EXPLOIT |
| 19th | +9/+4 | +5 | +2 | Forte |
| 20th | +10/+5 | +5 | +2 | Bonus EXPLOIT |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## Initial EXPLOITS *(Starting Feats)*

All characters get two *EXPLOITS* at first level, a **WARDENS** (Strong Paragon) starts life with "Simple Weapons Proficiency" *EXPLOIT.*

## GROUP PROPERTIES *(Class Features)*

These are the *GROUP PROPERTIES* of the **WARDENS** *Strong Paragon.*

The WARDENS *Strong Paragon* selects a Forte from the following Forte trees at the 11, 13, 15, 17, and 19th levels. Some trees have a set order, while others provide a list to choose. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.

## FORTE' *Talents*

- 11th level
  Select 1          – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash

- 13th level
  Select 1          – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash

- 15th level
  Select 1          – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash

- 17th level
  Select 1          – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash

- 19 level
  Select 1          – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash

Some FORTE' have an order that must be followed. Others have a list to choose from.  As long as he or she qualifies, they can select from any and all FORTE' lists.. No talent can be selected more than once unless expressly indicated.

## Extreme Effort *FORTE'*

This character can, with the use of this *FORTE',* push him or herself beyond their normal limit. Using the Extreme Effort Forte' the test must be related to a *feat of strength* or a Strength related skill check. The player must decide to use this **BEFORE making  the check.**

## Extreme Effort: This requires a *full-round action* and provides **a +2 bonus** on the check.

> **Commented [9]:** Forte' = Talents

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    137

# Improved Extreme Effort: This requires a *full-round action* and gives **a +2 bonus** that stacks with the bonus provided by extreme effort. **(2 + 2 = 4). Prerequisite:** *Extreme effort*.

# Extreme Effort + 1: This Extreme Effort +1 also requires a *full-round action* and gives an **additional +2** bonus that also stacks with the bonuses from Extreme Effort and Improved Extreme Effort. **(2 + 2 + 2 = 6). Prerequisites: Extreme effort, Improved Extreme Effort.**

# DISREGARD Hardness *FORTE'*

The Wardens *Strong Paragon* character has a special ability that has been a part of him or her from birth. This ability to detect or determine the weakness or weak point in an object is truly uncanny. The Wardens can subtract 1 point of HARDNESS of an object when making an attack roll to break the object.

- **DISREGARD HARDNESS: Disregard (subtract 1 point)** of an object's hardness.
- **IMPROVED DISREGARD HARDNESS:** Disregard **1 additional point** of hardness of the target object for a total of 2 points subtracted from the hardness stat. **MUST HAVE DISREGARD HARDNESS FORTE in order to use this. (1 + 1 = 2).**

**DISREGARD HARDNESS +1:** Yes, an **additional point of hardness is subtracted** from the target's HARDNESS SCORE for a total of 3! **(1 + 1 + 1 = 3) MUST HAVE DISREGARD HARDNESS +1 FORTE in order to use this.**

# Melee Smash *FORTE'*

The Wardens (Strong) Paragon has the natural ability, due to their training from early childhood, to inflict additional damage per hit.

This ability is called **MELEE' Smash FORTE'**. This Melee' Smash Forte' enabled character **gets a +1 bonus added to the damage roll**. (i.e. Damage roll on a 1d8 = 6 then add the +1 to the 6 and the score is 7!)

**IMPROVED MELEE' Smash FORTE':** This also gives an additional +1 added to the previous +1 and this is added to the damage roll. **MUST HAVE MELEE' SMASH**.

**MELEE Smash FORTE' +1:** This too gives the character an additional +1 to the previous +1's for a total of +3 added to the damage roll.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    138

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Bonus Exploits

The warden Paragon gains a bonus feat at 12nd, 14th, 16th, 18th, and 20th level. This ***EXPLOIT*** must be selected from the following list, and the *Paragon* must meet any prerequisites.

- Animal Affinity

- Archaic Weapons Proficiency

- Athletic

- Blind-Fight

- Brawl

- Cleave

- Combat Martial Arts

- Combat Reflexes

- Great Cleave

- Improved Brawl

- Improved Combat Martial Arts

- Power Attack

- Weapon Focus.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## POSSIBLE OCCUPATIONS FOR THIS *PARAGON Type*

1. *Athlete*
2. *Investigative*
3. *Law Enforcement*
4. *Military*
5. *Pre-hospital Emergency Paramedic (SOE)*

### The Adventurer –

The occupation has its own set of skills. The adventurer is a wandering, drifter type of person who has a "jack-of-all trades" skill set. He or she can, and often does excel in any type of work place. Grill cook, horse wrangler, driver, pilot, climber, handy-man, &c.

### The Athlete –

This occupation has a more narrow skill set. This person can run or perform feats of strength that most people cannot do.

Climb, jump, swim, parachute, &c.

### Investigative –

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# • IMMORTALS *Fast PARAGON Type*

**Ability: Dexterity**

**HIT DIE:  1d8**

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.)

| SKILLS | KEY ABILITY | |
|---|---|---|
| Balance | Dexterity | (DEX) |
| Move silently | Dexterity | (DEX) |
| Drive | Dexterity | (DEX) |
| Escape artist | Dexterity | (DEX) |
| Hide | Dexterity | (DEX) |
| Pilot | Dexterity | (DEX) |
| Tumble | Dexterity | (DEX) |
| Ride | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft, Mechanical | Intelligence | (INT) |
| Profession | Wisdom | (WIS) |
| Read/Write Language | – | – |
| Speak Language | – | – |

**Current Events, Pop Culture, Streetwise.

The starting occupation can add additional occupation related SKILLS to choose.

*First Level SKILL POINTS are calculated thus: (5 + INT Modifier) X 4.*

*Skill Points at Each Additional Level: 5+ INT modifier.*

| CLASS LEVEL | ATTACK BOUNS | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

|  | (BASE) |  |  |  |
|---|---|---|---|---|
| 11st | +0 | +3 | 0 | Forte |
| 12nd | +1 | +4 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +4 | +1 | Forte |
| 14th | +3 | +5 | +1 | Bonus EXPLOIT |
| 15th | +3 | +5 | +1 | Forte |
| 16th | +4 | +6 | +2 | Bonus EXPLOIT |
| 17th | +5 | +6 | +2 | Forte |
| 18th | +6/+1 | +7 | +2 | Bonus EXPLOIT |
| 19th | +6/+1 | +7 | +3 | Forte |
| 20th | +7/+2 | +8 | +3 | Bonus EXPLOIT |

# Initial EXPLOITS *(Starting Feats)*

*All characters get two EXPLOITS at first level, a **Immortals** (Fast Paragon) starts life with "Simple Weapons Proficiency" EXPLOIT.*

# GROUP PROPERTIES *(Class Features)*

These are the ***GROUP PROPERTIES*** of the  Immortals(Fast Paragon).

# FORTE' *Talents Defensive Tree*

The  Immortals *Fast Paragon* selects a Forte from the following Forte trees at the 11, 13, 15, 16, and 19th levels. Some trees have a set order, while others provide a list to choose. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.

- **Evasion:** Suppose the  Immortals *Fast Paragon* is susceptible to any effect that allows a character to attempt a *Reflex Saving Throw* for half damage. In that case, the  Immortals Fast Paragon endures no harm (takes zero hit points of damage) if they roll well on a saving throw. ***Evasion can only be attempted when wearing light armor, powered armor, or no armor.***

  - **Uncanny Dodge 1:** The  Immortals *Fast Paragon* keeps their *Dexterity bonus to Defense* regardless of the situation. The only caveat is when he or she is immobile or paralyzed. **Prerequisite: Evasion.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- ▪ **Uncanny Dodge 2:** The Immortals *Fast Paragon* cannot be flanked; they can react to opponents on either side of them as if reacting to a single attacker. **Prerequisites: Evasion, uncanny dodge 1.**

- **Defensive Roll:** The Immortals *Fast Paragon* can roll a deadly attack to minimize its damage. They can attempt to roll the damage when they have the potential to be reduced to zero hit points or less during ranged melee combat. A Immortal Fast Paragon spends one action point to use this Forte'. Once the point is used, the PC rolls a *Reflex Saving Throw (AP DC = damage dealt)*. If the save succeeds, he or she takes only half HP damage. The PC must *react to the attack* to implement a defensive roll— unless immobilized; the Forte' is unusable. Since this effect would not routinely allow a character to make a Reflex save for half damage, the Immortals Fast Paragon's evasion Forte' does not apply to the defensive roll. **Prerequisites: Evasion, uncanny dodge 1.**

- **Opportunist:** The Immortals *Fast Paragon* can *spend **one action point** to use this Forte*. Once it is spent, the Paragon may use an ***attack of opportunity*** on an opponent who has been *just struck for damage in melee* by an opponent. This attack counts as the Paragon's attack of opportunity for that round. Even an Immortals Fast Paragon with the ***Combat Reflexes Exploit*** cannot use this *Forte* more than once per round. **Prerequisite: Evasion.**

## Increased Speed Forte Tree

The Immortals *Fast Paragon* can increase his or her natural base speed.

- **Increased Speed:** The Immortals *Fast Paragon* base speed increases by 5 feet.

- **Improved Increased Speed:** The Immortals *Fast Paragon* base speed increases by 5 feet. This *Forte* stacks with increased speed (10 feet total). **Prerequisite: Increased speed.**

- **Advanced Increased Speed:** The Immortals *Fast Paragon* base speed increases by 5 feet. This *Forte* stacks with *increased speed* and *improved increased speed* (15 feet total). **Prerequisites: Increased speed, improved increased speed.**

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th level, the Immortals *Fast Paragon* gains a bonus feat. This ***EXPLOIT*** must be selected from the following list, and the Immortals *Fast Paragon* must meet any prerequisites.

- Acrobatic
- Combat Expertise

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Combat Throw
- Defensive Martial Arts
- Double Tap
- Elusive Target
- Focused
- Improved Disarm
- Mobility
- Personal Firearms Proficiency
- Point Blank Shot
- Stealthy
- Weapon Finesse.

Some FORTE's have an order that must be followed. Others have a list to choose from.  As long as he or she qualifies, they can select from any and all FORTE' lists..  No talent can be selected more than once unless expressly indicated.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **E.S.F - Enhanced Special Forces** **Tough**

  **PARAGON Type**

**Ability: Constitution**

**HIT DIE:  1d10**

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level =
5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

| SKILLS | KEY ABILITY | |
|---|---|---|
| Climb | Strength | (STR) |
| Intimidate | Charisma | (CHA) |
| Concentration | Constitution | (CON) |
| Ride | Dexterity | (DEX) |
| Drive | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft (Mechanical, Structural) | Intelligence | (INT) |
| Spot | Wisdom | (WIS) |
| Survival | Wisdom | (WIS) |
| Profession | Wisdom | (WIS) |
| Read/Write Language – | – | |
| Speak Language  – | – | |

**Current Events, Pop Culture, Streetwise.

The starting occupation can add additional occupation related SKILLS to choose.

*First Level SKILL POINTS are calculated thus: (3 + INT
Modifier) X 4.*

*Skill Points at Each Additional Level: 3+ INT modifier.*

| CLASS | ATTACK | DEFENSE | REP. | CLASS |
|---|---|---|---|---|

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| LEVEL | BOUNS (BASE) | BONUS | BONUS | EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +1 | 0 | Forte |
| 12nd | +1 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +2 | +1 | Forte |
| 14th | +3 | +3 | +1 | Bonus EXPLOIT |
| 15th | +3 | +3 | +1 | Forte |
| 16th | +4 | +3 | +2 | Bonus EXPLOIT |
| 17th | +5 | +4 | +2 | Forte |
| 18th | +6/+1 | +4 | +2 | Bonus EXPLOIT |
| 19th | +6/+1 | +5 | +3 | Forte |
| 20th | +7/+2 | +5 | +3 | Bonus EXPLOIT |

## *Initial EXPLOITS* *(Starting Feats)*

*All characters get two* **EXPLOITS** *at the first level, a* **E.S.F** *Tough Paragon starts life with "Simple Weapons Proficiency"* **EXPLOIT.**

## *GROUP PROPERTIES* *(Class Features)*

These are the **GROUP PROPERTIES** of the **E.S.F** *Tough Paragon.*

## FORTE' *Talents* *Damage Reduction Tree*

The **E.S.F** *Tough Paragon* selects a Forte from the following Forte trees at the 11, 13, 15,17, 19 levels. Some trees have a set order, while others provide a list to choose. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.

**Before the E.S.F** *Tough Paragon* **can select a Forte from this tree**, the *Paragon* must have selected at least one Forte from the *Energy Resistance or Unbreakable Forte Tree.*

- **Damage Reduction 1 —:** The **E.S.F** *Tough Paragon* must ignore 1 point of damage from melee and ranged weapons—**prerequisite:** One other talent from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree.**

- **Damage Reduction 2 —:** The **E.S.F** *Tough Paragon* will ignore an additional 1 point of damage from melee and ranged weapons (DR 2 — total). Prerequisites: Damage

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    146

STAR FRONTIERS – NEW GENESIS CORE RULES D20

reduction 1 —, one other talent from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree.**

- **Damage Reduction 3 —:** The ***E.S.F*** *Tough Paragon* will ignore an additional 1 point of damage from melee and ranged weapons (DR 3 — total). **Prerequisites:** Damage reduction 1 —, damage reduction 2 —, one other Forte from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree**.

# Energy Resistance Forte Tree

The ***E.S.F*** *Tough Paragon* is particularly resistant to certain kinds of deadly energy effects. These Fortes can be selected in any order.

- **Acid Resistance:** The ***E.S.F*** *Tough Paragon* will ignore an amount of **acid damage equal to his or her Constitution modifier.**

- **Cold Resistance:** The ***E.S.F*** *Tough Paragon* will ignore an amount of **cold damage equal to his or her Constitution modifier.**

- **Electricity Resistance:** The ***E.S.F*** *Tough Paragon* will ignore an **amount of electricity damage equal to his or her Constitution modifier.**

- **Fire Resistance:** The ***E.S.F*** *Tough Paragon* will ignore an amount of **fire damage equal to his or her Constitution modifier.**

- **Sonic/Concussion Resistance:** The ***E.S.F*** *Tough Paragon* will ignore an amount of **sonic or concussion damage equal to his or her Constitution modifier.**

# Unbreakable Forte Tree

The ***E.S.F*** *Tough Paragon* is particularly resilient thanks to the following talents.

- **Remain Conscious:** The ***E.S.F*** *Tough Paragon* can continue actions when they should be unconscious and dying. When their hit points drop to –1, they can continue to make an attack action or a move action. This can be done every round until they reach –10 hit points and die. The PC can choose to go unconscious if they think that doing so will prevent him or her from taking more damage.

- **Robust:** The ***E.S.F*** *Tough Paragon* becomes exceptionally robust, gaining several HP equal to their Tough Paragon level as they select this talent. After that, the Paragon gains +1 hit point with each level of Tough Paragon is gained.

- **Second Wind:** The ***E.S.F*** *Tough Paragon* can spend one action point to recover. When this happens, he or she recovers several hit points equal to his or her Constitution

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

modifier. This talent does not increase the Tough hero's hit points beyond the character's complete average total.

- **Stamina:** The ***E.S.F*** *Tough Paragon* recovers twice as fast as expected. So, the hero recovers two hit points per character level per evening of rest, 2 points of temporary ability damage per evening of rest, and awakens in half the standard time after being knocked unconscious. **Prerequisite: Robust.**

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th level, the ***E.S.F*** *Tough Paragon* gains a bonus feat. This ***EXPLOIT*** must be selected from the following list, and the ***E.S.F*** *Tough Paragon* must meet any prerequisites.

- Alertness
- Athletic
- Brawl
- Confident
- Endurance
- Great Fortitude
- Improved Brawl
- Improved Bull Rush
- Improved Feint
- Knockout Punch
- Power Attack
- Street Fighting
- Toughness
- Vehicle Expert.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                           148

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# • EXTRAORDINARY/*Smart*

## *PARAGON Type*

**Ability: Intelligence**

**HIT DIE:  1d6**

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (3 + INT Modifier) X 4. Skill Points at Each Additional Level: 3+ INT modifier.*

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +1 | 0 | Forte |
| 12nd | +1 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +1 | +2 | +1 | Forte |
| 14th | +2 | +3 | +1 | Bonus EXPLOIT |
| 15th | +2 | +3 | +1 | Forte |
| 16th | +3 | +3 | +2 | Bonus EXPLOIT |
| 17th | +3 | +4 | +2 | Forte |
| 18th | +4 | +4 | +2 | Bonus EXPLOIT |
| 19th | +4 | +5 | +3 | Forte |
| 20th | +5 | +5 | +3 | Bonus EXPLOIT |

## Initial EXPLOITS *(Starting Feats)*

*All characters get two* **EXPLOITS** *at the first level, an Extraordinary Paragon starts life with "Simple Weapons Proficiency"* **EXPLOIT.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# *GROUP PROPERTIES* *(Class Features)*

These are the ***GROUP PROPERTIES*** of the *Extraordinary Paragon.* **FORTE's**

At the 11th, 13th, 15th, 17th, and 19th levels, the Extraordinary Paragon selects a Forte from the following Forte trees. Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree. No Forte can be selected more than once unless indicated.

## Research Forte Tree

The Extraordinary Paragon has an innate aptitude for study and fact-finding. These Forte's can be selected in any order.

- **Savant:** Select one of the skills listed below. The Extraordinary Paragon gets to add a bonus equal to his or her Smart level when making checks with that skill. An Extraordinary Paragon can take this Forte multiple times; it applies to a different skill each time.

    ◦ Computer Use

    ◦ Craft (any single skill)

    ◦ Decipher Script

    ◦ Demolitions

    ◦ Disable Device

    ◦ Forgery

    ◦ Investigate

    ◦ Knowledge (any single skill)

    ◦ Navigate

    ◦ Repair

    ◦ Research

    ◦ Search

- **Linguist (resourceful):** With this Forte, the Smart Paragon becomes a master linguist. Whenever the Paragon encounters a new language, either spoken or written, they can make an *Intelligence check* to determine they can understand. The check adds a bonus equal to the Paragon's Smart level + the Paragon's Intelligence modifier. For written language, the bonus applies to a **Decipher Script check** instead. The ***Adversity Rating (AR)*** for the check depends on the situation: AR 15 if the Language is in the same group

| Commented [10]: Difficulty Class |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

as a language the Paragon has as a Read/Write Language or Speak Language skill; AR 20 if the Language is unrelated to any other languages the Paragon knows; and AR 25 if the Language is ancient or unique. A Smart Paragon can glean enough meaning from a conversation or document to ascertain the direct message with this unique ability. However, this ability in no way simulates being able to converse or fluently read and write in a given language. **Prerequisite:** At least one rank in either Read/Write Language or Speak Language for each of three different languages.

## Strategy Forte Tree

The Extraordinary Paragon has the brainpower to see solutions in most situations. These Fortes can be selected in any order, but before the Paragon can select a Forte from this tree, they must have previously selected at least one Forte from the Research Forte Tree.

- **Exploit Weakness:** Following the first round of combat, the Smart Paragon can choose one opponent to gain an advantage by using wits over muscle. The Smart Paragon uses a *move action* and makes an *Intelligence check (AR 15)* with a *bonus equal to his or her Smart Paragon level*. Suppose the check succeeds for the rest of the combat. In that case, the Smart Paragon uses their Intelligence bonus instead of *Strength or Dexterity bonus* on *attack rolls*. The Paragon finds ways to outthink his opponent and notices weaknesses in his fighting style.  **Prerequisite:** One Forte from the Research Forte Tree.

- **Plan:** Prior to a dramatic situation, either combat-or skill-related, the Smart Paragon will develop a *plan of action* to remedy the situation. Using this Forte requires preparation. This Forte cannot be used when the Paragon is surprised or otherwise unprepared. The Smart Paragon rolls an *Intelligence check (AR 10)* with a bonus equal to their Smart level. The results of the check award the Paragon with a *circumstance bonus*. They cannot take 10 or 20 when making this check.

| D20 Result | Bonus |
|---|---|
| 25 or more | +3 |
| 15 - 24 | +2 |
| 10 - 14 | +1 |
| 9 or less | 0 (failure) |

This bonus is applied to all *skill checks* and *attack rolls* made by the Paragon and allies; the bonus only lasts for the initial three rounds. Then reduce the bonus by 1 point (to a minimum of   +0) for each additional round; the situation continues. **Prerequisite:** One Forte from the Research Forte Tree.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **Trick:** The Extraordinary Paragon can temporarily confuse a target (a GM character) through trickery. The target of the ploy must have an Intelligence of 3 or higher to be susceptible to the trick and be within 30 feet of the Paragon. Also, they must be able to hear and understand the Paragon. The Paragon must use *one full-round action* to trick the target and roll a successful **Intelligence check (AR 15).** Suppose the target can think quickly and ignore the trick; the target resists the trick by making a *Reflex saving throw (AR 10 + Smart Paragon's Class Level + Smart Paragons Intelligence bonus).* If the throw fails, the target becomes dazed and confused. Generally, unable to act but can defend for 1 round. **One Trick may be played on one target per encounter.** After that, the target becomes wary and immune to such ploys. **Prerequisite:** One talent from the Research Talent Tree.

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th level, the Extraordinary *Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the Extraordinary *Paragon* must meet any prerequisites.

- Builder
- Cautious
- Combat Expertise
- Educated
- Gearhead
- Improved Disarm
- Improved Trip
- Iron Will
- Lightning Reflexes
- Meticulous, Studious
- Vehicle Expert
- Weapon Focus

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- ## N.E.M -Neurologically Enhanced Medic WISE/PARAGON Type

**Ability: Wisdom**

**HIT DIE:  1d6**

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (5 + INT Modifier) X 4. Skill Points at Each Additional Level: 5+ INT modifier.*

## GROUP SKILLS: The Dedicated Paragon's Group skills:

| SKILLS | KEY ABILITY |
|---|---|
| Craft (pharmaceutical, visual art, writing) | (INT) |
| Gamble | (WIS) |
| Investigate | (INT) |
| Knowledge (arcane lore, art, behavioral sciences, business, civics, current events, earth, and life sciences, history, physical sciences, popular culture, streetwise, tactics, technology, theology, and philosophy) | (INT) |
| Listen | (WIS) |
| Profession | (WIS) |
| Read/Write Language | – |
| Sense Motive | (WIS) |
| Speak Language | – |
| Spot | (WIS) |
| Survival | (WIS) |
| Treat Injury | (WIS) |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

153

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Also, the starting occupation the Paragon selects can provide additional class skills to choose from.

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS ~~FEATURES~~ |
|---|---|---|---|---|
| 11st | +0 | +1 | +1 | Forte |
| 12nd | +1 | +2 | +1 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +2 | +1 | Forte |
| 14th | +3 | +3 | +2 | Bonus EXPLOIT |
| 15th | +3 | +3 | +2 | Forte |
| 16th | +4 | +3 | +2 | Bonus EXPLOIT |
| 17th | +5 | +4 | +3 | Forte |
| 18th | +6 /+1 | +4 | +3 | Bonus EXPLOIT |
| 19th | +6 /+1 | +5 | +3 | Forte |
| 20th | +7 /+2 | +5 | +4 | Bonus EXPLOIT |

# *GROUP PROPERTIES* *(Class Features)*

> Commented [11]: Features

These are the ***GROUP PROPERTIES*** of the *Dedicated Paragon*.

# FORTE's

> Commented [12]: Talents

> Commented [13]: Hero

At the 11, 13, 15, 17, and 19th levels, the Dedicated Paragon selects a Forte from the following Forte trees. Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree. No Forte can be selected more than once unless indicated.

## Empathic Forte Tree

The Dedicated Paragon has an innate capacity for empathy. These Forte's can be selected in any order.

- **Empathy:** The Dedicated Paragon is naturally sensitive to feelings. They *just know* how the other person is feeling. This natural Forte gives a bonus on *checks* on *interaction skills* like:

  - Bluff
  - Diplomacy
  - Handle Animal

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    154

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Intimidate
- Perform
- Sense Motive

The Paragon must spend at the very least 1 minute observing the target before making the skill check. The bonus equals the Paragon's Dedicated level.

- **Improved Aid Another:**  The Dedicated Paragons bonus on attempts to aid another increase by +1 on a successful aid another check. This Forte can be selected multiple times, increasing the bonus by +1. **Prerequisite: Empathy.**

- **Intuition:** The Dedicated Paragon has an innate ability to sense trouble. The Dedicated Paragon can make a ***Will Saving Throw (AR 15)***. With a successful save, the Paragon gets a ***hunch that everything is alright***, or the Paragon gets a ***bad feeling about a specific situation,*** based on the GM's best guess relating to the circumstances. This Forte can be used several times per day, equal to the character's Dedicated level. **Prerequisite: Empathy.**

## Healing Forte Tree

The Dedicated Paragon has a Forte for healing.

- **Healing Knack:** The Paragon has a knack for the healing arts. The hero receives a +2 bonus on all Treat Injury skill checks.

- **Healing Touch 1:** The Dedicated Paragon's ability to restore damage with a medical kit or perform surgery with a surgery kit increases by +2 hit points. **Prerequisite:** Healing knack.

- **Healing Touch 2:** The Dedicated Paragon's ability to restore damage with a **medical kit** or perform surgery with a **surgery kit** increases by +2 hit points, which stacks with healing touch 1 for a total of +4 hit points. **Prerequisites:** Healing knack, healing touch 1.

## Insightful Forte Tree

The Dedicated Paragon's natural insightfulness serves the Player Character well.

- **Skill Emphasis:** The Dedicated Paragon chooses a skill (1 skill) and receives a +3 bonus. This bonus will; be applied to all checks associated with that skill. The bonus does not allow checks for a trained skill. If a Paragon has training in a skill associated with this situation, he or she cannot do a Skill Emphasis Skill Check.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **Aware:** The Dedicated Paragon has an intuitive situational awareness. The Paragon adds his or her *base Will saving throw bonus* to *Listen* or *Spot* checks to avoid *surprise*. **Prerequisite:** Skill emphasis.

- **Faith:** *The Dedicated Paragon has great faith. Faith in their deity, in themselves, or both. This unswerving belief allows the Dedicated Paragon to add their* **Wisdom modifier** *to the* **die roll** *whenever the Paragon spends one action point to improve the result of an attack roll, skill check, saving throw, or ability check.* **Prerequisite:** Skill emphasis.

- ***Cool Under Pressure:*** *The Dedicated Paragon selects a few skills equal to 3 + the Paragon's Wisdom modifier. When checking with one C.U.P. skill, the Paragon can take ten even when distracted or under duress.* **Prerequisite:** Skill emphasis plus either faith or awareness.

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th level, the *Paragon* gains a bonus feat. This ***EXPLOIT*** must be selected from the following list, and the *Paragon* must meet any prerequisites.

- Advanced Firearms Proficiency
- Alertness
- Archaic Weapons Proficiency
- Attentive
- Blind-Fight
- Deceptive
- Educated
- Far Shot
- Iron Will
- Medical Expert
- Meticulous
- Surgery
- Track
- Weapon Focus

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

● # INFLUENCER **PARAGON Type**

**Ability: Charisma**

**HIT DIE:  1d6**

**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (7 + INT Modifier) X 4. Skill Points at Each Additional Level: 7+ INT modifier.*

## GROUP SKILLS: **The Dedicated Paragon's Group skills:**

> **Commented [14]:** Class

| SKILLS | KEY ABILITY | |
|---|---|---|
| Bluf | Charisma | (CHA) |
| Diplomacy | Charisma | (CHA) |
| Disguise | Charisma | (CHA) |
| Gather Information | Charisma | (CHA) |
| Handle Animal | Charisma | (CHA) |
| Intimidate | Charisma | (CHA) |
| Perform (acting, dance, keyboards, drums, string, woodwinds) | | |
| | Charisma | (CHA) |
| Investigate | Intelligence | (INT) |
| Concentration | Constitution | (CON) |
| Ride | Dexterity | (DEX) |
| Drive | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft (Pharmaceutical, Visual art, Writing) | Intelligence | (INT) |
| Gamble | Wisdom | (WIS) |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                157

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | |
|---|---|---|
| Profession | Wisdom | (WIS) |
| Spot | Wisdom | (WIS) |
| Survival | Wisdom | (WIS) |
| Treat Injury | Wisdom | (WIS) |
| Read/Write Language | – | – |
| Speak Language | – | – |

** Arcane lore, art, behavioral sciences, business, civics, current events, earth, and life sciences, history, physical sciences, popular culture, streetwise, tactics, technology, theology, and philosophy

In addition to the two feats all characters get at 1st level, a Charismatic Paragon begins play with the Simple Weapons Proficiency feat.

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +0 | +2 | Forte |
| 12nd | +1 | +1 | +2 | Bonus EXPLOIT (Feat) |
| 13rd | +1 | +1 | +2 | Forte |
| 14th | +2 | +1 | +3 | Bonus EXPLOIT |
| 15th | +2 | +2 | +3 | Forte |
| 16th | +3 | +2 | +3 | Bonus EXPLOIT |
| 17th | +3 | +2 | +4 | Forte |
| 18th | +4 | +3 | +4 | Bonus EXPLOIT |
| 19th | +4 | +3 | +4 | Forte |
| 20th | +5 | +3 | +5 | Bonus EXPLOIT |

## Starting Forte's

In addition to the two feats all characters get at 1st level, an INFLUENCER Paragon begins play with the **Simple Weapons Proficiency** Forte.

## *GROUP PROPERTIES*

These are the ***GROUP PROPERTIES*** of the INFLUENCER *Paragon*.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# FORTE's

At the 11, 13,15, 17, and 19TH levels, the INFLUENCER *Paragon* selects a Forte from the following Forte trees. Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree. No Forte can be selected more than once unless indicated.

## Charm Forte Tree

The Dedicated Paragon has an innate capacity for empathy. These Forte's can be selected in any order.

- **Charm:** The Charismatic Paragon ***receives a bonus on all Charisma-based skill checks*** made to influence a target regardless of the sex of the target. Not all influence operations or attempts are about sex. ***The bonus is the character's Charismatic level.*** A Charismatic Paragon can only charm Non-player characters with attitudes of indifference or better. ***The charm bonus cannot be used against unfriendly or hostile characters.***

- **Favor:** The INFLUENCER Paragon can acquire minor aid from anyone they meet. By making a *Favor Check*, a INFLUENCER Paragon can gain important information without going through the time and trouble of doing much research. Favors are used to acquire a loan of equipment, documents, or other minimal assistance during an adventure. **One Pivot Point must be used to activate this Forte.**

    **Procedure for making a Favor Check:** Roll roll a 1d20 and add the *favor bonus, equal to the* INFLUENCER *Level.* The GM sets the *AR based* on the *scope of the favor.* The AR ranges from 10 for a simple or as high as 30 for *highly dangerous, expensive, or illegal favors.* An INFLUENCER Paragon cannot take **10 or 20 on this check**, nor can they retry the check for the same or similar favor. **Prerequisite: Charm.**

**GM:** Favors should help advance the plot of the adventure. No Favor should ever be allowed as a way to avoid a problem or bad situation.

**GM:** Never let the use of Favors disrupt the games or become the bone of contention. Always keep a close eye on the use of the Forte.

Prerequisite: Charm.

- **Captivate:** The  INFLUENCER Paragon can temporarily seduce a target. (The target should be an NPC.)  *The Target needs an Intelligence score of 3 or higher* to be

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                                    159

STAR FRONTIERS – NEW GENESIS CORE RULES D20

susceptible to a *captivate attempt* within 30 feet of the Paragon. It must be able to see, hear, and understand the Paragon.

**Procedure:** To captivate a target, the Paragon must use an attack action and make a Charisma check (AR 15), adding their Charismatic level. When the *Charisma Check* succeeds, the target can try to resist.

The target can resist the **C**aptivation Attempt by making a successful *Will Saving Throw* (**AR 10 + INFLUENCER Paragon's class level + INFLUENCER Paragon's CHA bonus).**

The hero becomes the target's sole focus if the saving throw fails. *The target will pay no attention to anyone else for 1 round.* This focus of the target's attention allows other characters to take actions that the captivated target is unaware of. The effect is dispelled if the target is attacked or threatened.

An INFLUENCER Paragon can concentrate on keeping a target captivated for additional rounds if the Paragon focuses all effort on the task. The target gets a new *Willpower Save* each round, and the effect ends when the hero stops concentrating or the target succeeds on the save. **Prerequisites: Charm, Favor.**

## Fast Talk Forte Tree

The INFLUENCER Paragon has a natural ability to make a colorful speech and bend the truth, dazzling others with word combinations that mannerize and charm.

- **Fast-Talk:** The INFLUENCER Paragon is a wordsmith of sorts when attempting to con and deceive. With this Forte, they apply the Charismatic level as a bonus on any Bluff, Diplomacy, or Gamble checks the Paragon makes while trying to lie, cheat.

- **Dazzle:** The INFLUENCER Paragon can dazzle a target (NPC) through the use of a strong personality, terrific smile, and misleading speech. They must have an Intelligence score of 3 or higher to be susceptible to a *Dazzle Attempt*, be within 30 feet of the hero, and be able to see, hear, and understand the hero. An enthralled ally gains an additional **+1 morale bonus** on **saving**, **attack**, and **damage rolls—the** bonus stacks with the other bonus from inspiration for a total of a +3 morale bonus. A Charismatic hero can't inspire him or herself. The hero can inspire several allies equal to one-half their Charismatic level, rounded down (to a minimum of one partner). **Prerequisites: Coordinate, inspiration.**

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th level, the *Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the *Paragon* must meet any prerequisites.

- Agile Riposte

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Creative
- Deceptive
- Dodge
- Frightful Presence
- Iron Will
- Lightning Reflexes
- Low Profile
- Point Blank Shot
- Renown
- Trustworthy
- Windfall.

## • ABILITY SCORE SKILLS

Each ability score has a set of skills associated with them. A range of skills that a character can be proficient at. All starting skill proficiencies are determined during the character creation process.

A DEXterity check can reflect a character's attempt to *pull off an acrobatic stunt*, palm an object, or stay hidden. Dexterity has associated skills: Acrobatics, Sleight of Hand, and Stealth, respectively. Character's who have *proficiency* in the *Stealth skill* is good at DEXterity checks related to sneaking and hiding.

**STRENGTH –** Athletic prowess, lifting awkward things, &c.

**DEXTERITY –** Sleight-of-hand, stealthy maneuvering, and acrobatics (tumbling), &c.

**WISDOM –**

**INTELLIGENCE –**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**CHARISMA –** Persuasion, Deception, Performance (acting), Intimidation.
   **LOOKS:** A score above 16 adds an additional +1 to the check. An 18+ adds +2.
   A score below 8 subtracts a 1 to the check. A 4 subtracts a 2.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    162

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## Step Seven: **Apply Class/Level bonus**

## Step Eight: **Determine starting money & Skills**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

163

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● **Money/Currency:**

**<u>Confederation Credits (CC) are the baseline currency in SFNG</u> there are a multitude of other currencies throughout the known universe.Below is a chart showing the values of other known currencies we encourage you as a gamemaster to change the values below and create your own.Values of commodities change so have a good reason a new races currency values more or less than current values please refer to the descriptions of each race to see why they rank as such.**

Confederation Credits: **CC Base Credit rating of known universe 1/1**

Nordic (Ulfar) Credits: NC 1/1.5

Repelian (Draconid) Credits: DC 1/1.2

Entomoids Credits: EC 1/.7

Uryed Credits: UC  1/.7

Yarvon Credits:YC 1/.7

Zaruk Credits: ZC 1/.7

Tekahn Credits: TC 1/1.5

Autobahn Credits: AC 1/.8

Grays (Zetaians) Credits: GC 1/2

Greens (Gobs)Credits: GRC 1/.9

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● **Armor Class –** Armor Rating

Armor Class or Armor Rating is generic for staving off damage when attacked by an enemy combatant. Armor can be many things. It can be wood, metal, powered force shield(s) &c.

We give a rating on the effectiveness of each type of protection.

***The initial Armor Class or Rating is 10.***

This indicates that the person is wearing clothing. Nothing fancy, just clothes.

Different types of clothing or ready-made armor can protect the wearer from injury in varying degrees.

In **Star Frontiers New Genesis**™, most people will wear everyday clothes. So, the natural Rating is ten. (10). Ten means no armor.

Your ability to move fast and be nimble can also modify your armor rating. Dexterity is a perfect example of how this modification is done.

***Basic Armor Rating equals Armor Class 10 (no armor)+ DEX modifier.***

To increase the effectiveness of your Armor Rating, you should cover yourself with ***real armor.*** Environment suits have an Armor Class Rating.

The Class is EV-Suit, and the Rating is 11 + DEX.

The EV-suit is equal to Padded Leather.

Proficiency with armor and shields is key to keeping your Character safe from harm. Proficiencies when using the Armor and Shields are determined by your Class.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

165

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● ARMOR

In Star Frontiers New Genesis, a variety of materials can be considered as a type of armor for game purposes. The majority of time spent by typical citizens is in safe areas and no fear of attack is felt by them. But, our intrepid adventurers will be placing themselves in harm's way. Regular clothing is considered as Armor Rating 10. No armor. But, regular clothing can protect you from the elements, like rain, mild acids, &c.

Here is a listing of equipment that affords protection from the elements and small weapons, like knives, and could protect from small arms attacks.

Four types of "armor" are available to the players.

1.      ***Armor designed to protect from missile weapons.*** These missiles have potential energy that they carry with them and it is converted to heat upon impact. A low-speed bullet deals less damage than a high-speed bullet. This type of armor is the most common and is typical of law enforcement equipment. A bulletproof vest is a good example. You may not die from the gunshot, but you might break some ribs.

2.      ***Energy Weapon Mitigation Armor.*** This armor is different in terms of the ability to diffuse the energy bolt or reflect this energy. Most military spacers will have a combination of this type and the first type of armor.

3.      **Kinetic Damage absorption.**

4       **Eviromental Support.**

If your character wears combination armor then the Average of the two types becomes your Armor Rating.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

Exhibit J
Page 166 of 213

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# PLAYING THE GAME

## Ability Checks

*Ability checks* test a character's talent and training to overcome adversity. The GM requires an ability check or when a character attempts an *action* that has a chance to fail, and when the outcome is unsure, let the dice determine the results.

The GM decides which abilities stats are most relevant for every ability check.
The more complicated a task, the higher its AR (DC). The Adversity Ratings (Difficulty Classes) table shows the most common ARs (DCs).

**Adversity**

# ADVERSITY RATING (Difficulty Class)

| Task Adversity | AR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Technology/Progress Levels

**All races have a Tech Progress Level. If a TPL-0 is being tried using an item with a TPL-3 rating the being would have to make a Hard check INT/WIS check to be able to comprehend its basic use and function. Please refer to the chart below on difficulty checks needed. Also, a character may advance in TPL if taught by a higher TPL Being.(DM Discretion on how long But no one should be able to go from TPL-0 to TLP- 5 in a few days it would take years or even lifetimes unless some Cybernetics or TLP-6 technology speeded up the process.**

**TPL-0:      Primitive:** The only weapons used are rocks, sticks, blunt spears, and a primitive ax. The invention of fire is essential to local society. Communication is by person to person using pictographs or gestures. No written or verbal language is known.

**TPL-1:      Medieval Tech:** Swords, Shields, Bows, Horses, stonework, metalwork

**TPL-2:      ModernTech:** Slugthrowers, Gunpowder, internet, fiber optics,cars,planes.

**TPL-3:      Alpha Tech:** Cybernetics, advanced medicine, Power Armor, Starships, Energy weapons, Advanced armors and equipment, Space trade.

**TPL-4:      Beta Tech:** Less energy depended on Society items that recharge in light. Longer life spans, Cloning, Colonizing other planets.

**TPL-5:      New Genesis Tech:** This is the level of progression that this setting deals with. Fusion reactors and gravity induction are the hallmarks of this age. Faster than light Tech. Discovery of **Element 115** weapons armor and ships less need for fuel or ammo due to E115.

**TPL-6:      G.O.D Tech:** This technology is beyond the relative technology level of the UCPS.This level of technology is reserved for the game masters use only.

| Task Adversity | AR | NOTE |
|---|---|---|
| Almost Impossible | 30 | TPL-6 checks |
| Extremely Hard | 25 | TPL-5 |
| Very Hard | 20 | TPL-4 |
| Hard | 15 | TPL-3 |
| Easy | 10 | TPL-2 |
| Extremely Easy | 5 | TPL-1 |

# SPECIAL RULES FOR SITUATIONS

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- ***ATTEMPTING TO TURN ON, CONTROL, OR***
***DECIFER ALIEN TECHNOLOGY***

When a circumstance arises that isn't defined in the core rules, like deciphering an alien text, or trying to understand how an alien device works, this method will adjudicate the matter in a fair and unbiased way.

**METHOD –** For all **level 1 - 2** player characters attempting to understand or decifer/power up an alien device that are above there racial TLP# +1 for each  the target number for success is 12 or better.

The Character who is attempting this shall roll a 1d4 and add INTeligence bonus' plus WISdom bonus'. If the adjusted die roll is 12 or better then it is a scucsse. The device is turned on. If the roll is a natural 1 or less that is a critical failure and if the device is capable of exploding please refere to failure chart below for catastrophic failure. This has damage consequences for the person who was attempting the act

.Exsample If a TLP 2 alien 2nd level tried to use a TLP 4 device he would need a target number of 14 to succeed with a roll of a D4 with modifiers.


**Level 3 - 4**  characters can use a 1d6 + INT + WIS bonus' to try to get a 12.

**Level 5 - 6** characters use a 1d10 + INT +WIS bonus'.

**Level 7 - 8** characters us a 1d12 + INT + WIS bonus'.

**Level's 9 and higher use 1d12 plus modifiers.**

**REMEMBER TGE TARGET NUMBER FOR SUCCESS IS 12.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                          169

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- 
- 
- **Armor Check Failures**

| d% | Failure |
|---|---|
| 01-02 | Armor abilities don't function. All remaining charges are drained. |
| 03-05 | Armor* seizes up and abilities don't function. The wearer is paralyzed for 1 round. |
| 06-10 | The armor doesn't function, but still consumes the normal number of charges. |
| 11-18 | The armor doesn't function, but no charges are lost. |
| 19-50 | Armor uses twice as many charges as normal (or expends an extra activation's worth of charges if already active). |
| 51-75 | Armor functions normally. |
| 76-80 | Armor functions better than anticipated. Its AC improves by 1 for the duration of this charge. |
| 81-90 | Armor functions much better than anticipated. Its AC improves by 2 for the duration of this charge. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- 91-98
  - Armor functions normally; no charges are consumed by this use.

- 99-100
  - Armor functions normally and a power surge restores 1d6 charges to the item (up to but not exceeding its capacity).

- *For a shield, the shield's wielder is not impeded by the Failure.

-

- General Failed Items other than armor, pharmaceuticals, or weapons use this general Failure table.

| d% | Failure |
|---|---|
| 01-02 | Item does not function. All remaining charges are drained. |
| 03-05 | Item does not function, but still consumes the normal number of charges. |
| 06-10 | Item does not function, but no charges are lost. |
| 11-18 | The item uses twice as many charges as normal and jolts the user for 1d6 points of lightning damage, but otherwise functions normally. |
| 19-50 | The item uses twice as many charges as normal but otherwise functions normally. |
| 51-75 | Items function normally. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **76-80**
  - **Item functions better than anticipated, and grants a +1d4 bonus on any ability check attempted with this use.**

- **81-90**
  - **Item functions far better than anticipated, and grants advantage on any ability check attempted with this use.**

- **91-98**
  - **Item functions normally and this use does not consume any charges.**

- **99-100**
  - **Item functions normally and a power surge restores 1d6 charges to the item.**

- ## Pharmaceutical Failures Timeworn pharmaceuticals have a chance of Failing when the dose is administered, even if another dose was recently used effectively.

- **d%**
  - **Failure**

- **01-02**
  - **Spoiled. Treat as poisoning 10D6 damage**

- **03-11**
  - **Spoiled. Treat as exposure to Toxicin 8D6 damage**

- **12-20**
  - **Spoiled. The patient is poisoned for 1d6 x 10 minutes  1D6 damage a round**

- **21-30**
  - **Spoiled. The patient is poisoned for 1d6 rounds 1D6 damage a round**

- **31-40**
  - **Spoiled. No effect.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **41-50**
  - **Less potent. Decrease all saving throw DCs by 2\*. Use minimum values for all random results (such as healing). Decrease duration by 50%.**

- **51-60**
  - **The normal effect, but causes one level of exhaustion if the patient fails a DC 15 Constitution saving throw.**

- **61-75**
  - **The normal effect, but hallucinogenic (disadvantage on Wisdom (Perception) checks and as if affected by the *confusion* spell for 2d4 rounds, until the patient makes a successful DC 15 Constitution saving throw).**

- **76-85**
  - **Normal effect.**

- **86-95**
  - **More potent. Increase any saving throw DCs by 2. Reroll any result of 1. Increase duration by 100%.**

- **96-100**
  - **Far more potent. As above, but treat as 2 doses.**

- 

- ## Weapon Failures Weapons used to make more than one attack in a turn might Fail multiple times during that turn.

- **d%**
  - **Failure**

- **01-02**
  - **The weapon does not function. All remaining charges are drained.**

- **03-24**
  - **The weapon does not function, but still consumes the normal number of charges.**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- **25-39**
  - **The weapon consumes twice as many charges as normal and deals 1d6 points of lightning damage per charge consumed (minimum 1d6) to the user.**

- **40-65**
  - **Weapon consumes twice as many charges as normal.**

- **66-75**
  - **Weapon functions normally but flashes brightly, blinding the wielder and adjacent creatures for 1 round unless they make a successful DC 15 Dexterity saving throw.**

- **76-84**
  - **Weapons function normally.**

- **85-92**
  - **Weapon functions better than anticipated, granting advantage on attack rolls made with that weapon for 1 round.**

- **93-96**
  - **Weapon functions much better than anticipated, granting advantage on attack rolls made with the weapon and an extra 1d6 damage on a successful hit.**

- **97-98**
  - **Weapon functions normally, and this use does not consume any charges.**

- **99-100**
  - **Weapon functions normally, and a power surge restores 1d6 charges to the item (up to but not exceeding its capacity).**

- 

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● COMBAT

## ● COMBAT SEQUENCE

### ● *COMBAT ORDER*

**TIME**:
- **TURN** is 10 minutes of game time
- **ROUND** is 1 minute of game time (Combat Round)
- **SEGMENT** is 6 seconds of a Combat Round.
- **½ SEGMENT** is 3 seconds of a Combat Round

1. **SURPRISE –** The Game Master will determine if a party is surprised before combat ensues. The GM compares each member of the party's DEX (Stealth) checks of anyone hiding with the WIS (perception) score on the opposing side. All characters who are surprised cannot take an action on the first Combat Round.
2. **INITIATIVE** – All Player Characters roll for initiative. This determines the order of combat. The character with the highest ***DEX check score*** goes first. Alternate Initiative rules can be used if the GM prefers.**
3. **First COMBAT ROUND –** The first player who is ranked #1 can **move** and take an **action**. The second-place character can move and also take an action. So on. Each character will announce what they will do. The side with initiative will be **SIDE A. SIDE B** will be the defending side.
4. **BONUS ACTIONS** – All characters who have bonus actions can take their bonus action.
5. **REACTIONS –** Some characters have special abilities that allow them to react to an attack when others cannot. Only one reaction per melee' round.
6. **BEGIN THE NEXT Combat ROUND.**

**OTHER THINGS YOU CAN DO DURING YOUR COMBAT ROUND**
- Draw a new weapon
- Open or close a door
- Pull out a device from your backpack.
- Pick up something.
- Remove a ring from your finger.
- Search for something.
- Use an object.

**During the attack phase, the character who has the ability to attack may**
1. Choose a target. The target must be within range and in line of sight.
2. Determine your modifiers.
3. Adjudicate the attack.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                176

STAR FRONTIERS – NEW GENESIS CORE RULES D20

## ● THE ATTACK ROLL

When it's your turn during the Combat Round, you may roll for an attack.
1.   Roll a 1d20. If your number rolled plus modifiers equals or exceeds the Targets adjusted Armor Class/Rating then you score a HIT!

The **ABILITY MODIFIER**: STRENGTH and DEXTERITY modifiers may come into play and adjust up or down the combat 1d20 roll. Remember to add the Proficiency Bonus also.

**Proficiency Bonus –** After using a weapon many times a player character will become very good with it. This means that they are proficient with that weapon. So, as a reward for being very good. The Player Character wil,. get at least a +1 added to the "To Hit" roll on a 1d20.

**If you roll an unmodified 1 or 20,** 1 is a critical fumble and a 20 is a critical hit. Critical hits (natural 20) are always a HIT and double damage. If the number is a 1 (natural 1) then you miss regardless of modifiers. It is also a Critical Fumble. The fumble has a 10% chance of causing yourself injury. 1d6 damage if you roll a 10 or less on a d100.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    177

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# ● PERFORMING ASSIGNMENTS & SOLVING PROBLEMS

### ● Method 1 – Roll an ability check.

An ability check is when a player wants to do a certain thing like pick up a very heavy object. If the object has handles then a STRength check is the most simple. Add all STRength bonus' and roll a 1d20 if the is equal or less than the target number it is a succes! If the number is higher then it's a failure.

### ● Method 2 – Roll against a Task Adversity

As shown in the table below, the GM decides the Adversity Rating for the task that is to be performed. Like a heavy object that needs two people, but only one is available to do the job. As before, add to the roll all STRength bonus and then roll a 1d20 versus the Task Adversity; Hard, Very Hard, or Extreamly Hard.

The GM says the task is Very Hard. That target number is 20. Add the STRength bonus' to the 1d20 roll. (Roll = 18 + 2 STRength bonus = 20!) A success!

| Task Adversity | AR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |

### ● SAVING THROWS

Saveing throws are per the character class/race.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# Weapons List & Cost

**BEAM WEAPONS**

- Electro Stunner      TLP:3    Damage:Stun    Range:      Properties:Save vs Con or stunned 2D8rds   Cost: 2000   10 charges   50cr energy cel
- Heavy Laser         TLP: 3   Damage:3D12Thermal    Range:120/200        Properties: Cost:2500 100cr energy cell
- Laser Pistol         TLP: 3   Damage:3D6 Thermal     Range:50/130     Properties:reload 50 shots    Cost:600 20cr energy cell
- Laser Rifle        TLP: 3   Damage:3D10 Thermal      Range:150/350     Properties:Reload 100 shots two handed    Cost:1000 50 cr energy cell
- Sonic Devastator    TLP: 4   Damage:6D10 Sonic     Range:50/100    Properties:Heavy, two handed area effect 20x20 50/100    Cost: 10k   5shots 1000cr energy cells
- Sonic Disruptor       TLP: 4    Damage:2D10 Sonic     Range:20/40/60    Properties: Cost:1000   250 shots 100cr energy cell
- Sonic Stunner. TLP: 4    Damage:    Range:      Properties:   Cost:

**GYROJET WEAPONS**

- Gyrojet Pistol        TLP:3    Damage:2D10    Range:50/150      Properties: Cost:300 10 shots 25cr mags
- Gyrojet Rifle         TLP:3    Damage:3D10    Range:100/300      Properties: Cost:500 10 shots  50cr mags
- grenade rifle     TLP:3    Damage:   Range:      Properties:   Cost:
- grenade mortar      TLP:2    Damage:   Range:      Properties:   Cost:
- rocket launcher.         TLP:2   Damage:    Range:      Properties:   Cost:

**MELEE WEAPONS**

- Ax           TLP: 1   Damage:1D6 Slashing      Range: thrown (range 20/60)   Properties: Light   Cost:2
- Brass knuckle  TLP: 1   Damage:1D3   Range:      Properties:    Cost:1
- Chain    TLP: 1  Damage:1D4    Range:      Properties:    Cost:1
- Club    TLP: 0   Damage:1d4 bludgeoning     Range:      Properties:Light   Cost: 1
- Sword       TLP:1   Damage:1d8 slashing     Range:      Properties:Versatile (1d10)   Cost:5
- Electric sword    TLP: 3   Damage:2D8 Electric    Range:      Properties:Finesse, light,Electric    Cost:1000

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                              179

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Sonic sword      TLP: 4   Damage: 3D6 Sonic   Range:        Properties:Finesse, light, Sonic   Cost:5000
- Knife             TLP:1   Damage:1d4 piercing    Range: Properties:Finesse, light, thrown (range 20/60):   Cost:1
- Sonic knife         TLP: 4   Damage:2d4 Sonic   Range: thrown, (range 20/60) Properties:Finesse, light, Sonic   Cost:1200
- Vibroknife         TLP: 3   Damage:1D8   Range: thrown (range 20/60) Properties:Finesse, light, thrown (range 20/60)   Cost:200
- Nightstick        TLP: 2   Damage:    Range:    Properties:   Cost:1
- Polearm         TLP:1   Damage:1D10 Slashing   Range:        Properties:Heavy, reach, two-handed   Cost:10
- Shock gloves      TLP: 3   Damage:1D10 Electric   Range:        Properties:Finesse, light,    Cost:350
- Spear         TLP:0   Damage 1d6 piercing:   Range: Thrown (range 30/70)     Properties: versatile (1d8)   Cost:
- Stun stick        TLP: 2/3/4   Damage:Stun   Range:    Properties:Save vs Con or stunned 1D6rds   Cost:100/1000/10k
- Whip             TLP: 1   Damage:1D4   Range: 10/20     Properties:reach,entangle on a 20,light   Cost:1

**GAS OPERATED PROJECTILE WEAPONS**

- Automatic pistol    TLP: 2   Damage:2D6 Piercing    Range:Range 50/150 Properties: Reload 15 shots   Cost:50   10 bullets 10 cr
- Auto Rifle          TLP:2   Damage:2D8 Piercing    Range: 80/240 Properties: Two handed,Reload 10 shots, burst fire   Cost:600 10 bullets 10cr
- Bow             TLP:1   Damage: 1d8 piercing   Range:(range 150/600)      Properties:Ammunition, heavy, two-handed   Cost:20
- Musket           TLP:2   Damage:    Range:    Properties:   Cost:
- Needler Pistol       TLP:3   Damage:2D10+sleep   Range:20/100      Properties: Cost:500
- Needler Rifle        TLP:3   Damage:3D10+sleep   Range:40/150      Properties: Cost:1000
- Semi-Auto Rifle     TLP:2   Damage:2D8   Range:80/240      Properties:Two handed,Reload 10 shots   Cost:300
- Machine gun        TLP:2   Damage:8D10   Range:80/400      Properties:Two handed,Reload 100 shots, burst fire   Cost:2500  100cr belt
- Recoilless rifle      TLP:2   Damage:10D10   Range:    Properties:Two handed,Reload 1 shots,500cr per round   Cost: 4000
- Mortar             TLP:2   Damage:    Range:    Properties:   Cost:

**THROWN WEAPONS**

- Grenade         TLP:2   Damage:    Range:    Properties:   Cost:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                   180

STAR FRONTIERS – NEW GENESIS CORE RULES D20

- Thrown ax        TLP:1    Damage:      Range:        Properties:   Cost:
- Knife              TLP:1    Damage:      Range:        Properties:   Cost:
- Spear             TLP:0    Damage:      Range:        Properties:   Cost:

Properties

Stun causes a target that is hit to be in a stunned condition until the end of its next turn or longer depending on effects.

Laser (Thermal) weapons cause light to be cast from the weapon that can be seen up to 1 mile

Sonic weapons cause thunder damage and a creature hit makes a DC 12 Constitution saving throw. On a success, a creature hit takes half damage and is not pushed. On a failed Constitution saving throw they are moved 10 feet and take full damage. The weapon makes a thunderous boom that can be heard out to 300 feet.

Sleep property causes a chemical-induced sleep on all known creatures. On a failed Constitution save versus DC 20, the target is rendered asleep. Sleep continues for up to 1d4 hours, or until they are given a Stimidose injection.

Grenade weapons have a blast sphere of 15 feet from the target. Each creature within the blast sphere must make a DC 12 Dexterity saving throw, taking the weapon damage on a failed save, or half as much damage on a successful one.

Rocket weapons are similar to grenade weapons but have a blast sphere of 25 feet. Each creature within the blast sphere must make a DC 10  Dexterity saving throw, taking the weapon damage on a failed save, or half as much damage on a successful one.

- ## Firearms

| Weapon | Damage | Penetration* | Range** | Special |
|---|---|---|---|---|
| Palm Gun | 2d4 | +0 | 20ft | |
| Pistol | 2d6 | +0 | 30ft | |
| Submachine Gun | 2d6 | +0 | 40ft | Autofire (5ft x 15ft) |
| Carbine | 2d8 | +2 | 60ft | |
| Sporting Rifle | 2d6 | +0 | 100ft | |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| Weapon | Damage | Penetration | Range | Special |
|---|---|---|---|---|
| Assault Rifle | 2d8 | +2 | 100ft | Autofire (5ft x 20ft) |
| Sniper Rifle | 2d10 | +2 | 150ft | |
| Shotgun | 2d12 | +0 | 40ft | Point-Blank |
| Flame Thrower | 3d6 | +0 | 15ft (cone) | Cone |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| Weapon | Damage | Penetration | Range | Special |
|---|---|---|---|---|
| Machine Gun | 3d8 | +2 | 200ft | Autofire (10ft x 30ft) |
| Anti-Tank Rifle | 3d10 | +4 | 300ft | |
| Hand Cannon | 3d12 | +2 | 100ft | 5ft Burst |
| Rocket Launcher | By Type | By Type | 250ft | By Type |

| Rocket Type | Damage | Weight | Special |
|---|---|---|---|

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | | |
|---|---|---|---|
| Armor Piercing | 8d12 | 6lb | High-Penetration, 10ft Burst |
| Incendiary | 6d12 | 6lb | Fire Damage, 30ft Burst |
| EMP | 6d12 | 6lb | EM Damage, 10ft Burst |
| Mini-Mine | 4d12 | 6lb | Low-Penetration, 60ft Burst |

## Armor List & Cost

| Armor | Cost | Armor Class (AC) | Strength | Stealth | Weight |
|---|---|---|---|---|---|

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

184

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| Light Armor | | | | | |
|---|---|---|---|---|---|
| Padded TLP:1 | | 11 + Dex modifier | — | Disadvantage | 8 lb. |
| Leather TLP:1 | | 11 + Dex modifier | — | — | 10 lb. |
| Studded leather TLP:1 | | 12 + Dex modifier | — | — | 13 lb. |
| Medium Armor | | | | | |
| Hide TLP:0 | | 12 + Dex modifier (max 2) | — | — | 12 lb. |
| Chain shirt TLP:1 | | 13 + Dex modifier (max 2) | — | — | 20 lb. |
| Scale mail TLP:1 | | 14 + Dex modifier (max 2) | — | Disadvantage | 45 lb. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    185

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | | | | |
|---|---|---|---|---|---|
| Breastplate TLP:1 | | 14 + Dex modifier (max 2) | — | — | 20 lb. |
| Half plate TLP:1 | | 15 + Dex modifier (max 2) | — | Disadvantage | 40 lb. |
| Heavy Armor | | | | | |
| Ring mail TLP:1 | | 14 | — | Disadvantage | 40 lb. |
| Chain mail TLP:1 | | 16 | Str 13 | Disadvantage | 55 lb. |
| Splint TLP:1 | | 17 | Str 15 | Disadvantage | 60 lb. |
| Plate TLP:1 | | 18 | Str 15 | Disadvantage | 65 lb. |
| Shield | | | | | |
| Shield TLP:1 | | +2 | — | — | 6 lb. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| Armor | Cost | Armor Class (AC) | Strength | Stealth | Weight |
|---|---|---|---|---|---|
| Light Armor | | | | | |
| **Kevlar Suit** TLP:2 | 2,000 | 13 + Dex modifier | — | — | 10 lb. |
| **Reinforced Kevlar Suite** TLP:3 | 3,000 | 14 + Dex modifier | 13 | — | 20 lb. |
| **Nano Light Suit** TLP:5 | 7,500 | 15 + Dex modifier | — | advantage | 9 lb. |
| Medium Armor | | | | | |
| **Exo Skeleton** TLP:3 | 4,000 | 16 + Dex modifier (max 2) | 14 | Disadvantage | 30 lb. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | | | | |
|---|---|---|---|---|---|
| **Powered Plate** TLP:3 | 6,000 | 17 + Dex modifier (max 2) | 15 | Disadvantage | 45 lb. |
| **Nano Med Suit** TLP:5 | 12,000 | 17 + Dex modifier (max 2) | — | | 18 lb. |
| **Nano Powered Suit** TLP:5 | 25,000 | 18 + Dex modifier (max 2) | — | — | 20 lb. |
| Ásgarðr Powered armor TLP :5 | 50,000 | 19+ Dex modifier | 13 | | 25 lb. |
| **Force Field Bracers** TLP:5 | 150k | 18+Dex modifier | | Advantage | 1 lb. |
| Heavy Armor | | | | | |
| **Heavy Powered Exoskeleton** TLP:3 | 100k | 19+ Dex modifier (max 1) | Str 14 | Disadvantage | 40 lb. |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

| | | | | | |
|---|---|---|---|---|---|
| **Heavy Powered Plate** **TLP :3** | 200k | 20+ Dex modifier (max 2) | Str 15 | Disadvantage | 55 lb. |
| Ásgarðr Heavy Powered armor TLP:5 | 350k | 22+Dex modifier | Str 14 | — | 50 lb. |
| **Gray's Force Belt** TLP:6 | 1,000,000 | 25+Dex modifier | PSI | Advantage | 1 lb. |
| Shield | | | | | |
| Shield Vibro TLP:3 | 35,000 | +4 | — | — | 3 lb. |

## PHARMACEUTICALS:

***Hemochemi***

Pharmaceutical, Uncommon-Rare   TLP:Special

Hemochemi stops bleeding and promotes healing. A single dose of hemochemi allows the patient to regain a number of hit points per round for 1 minute, up to their maximum hit points. Multiple doses injected do not stack, but they do reset the duration of the

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

189

STAR FRONTIERS – NEW GENESIS CORE RULES D20

effect back to 1 minute. Six grades of hemochemi exist; the amount of healing granted by a dose depends on the pharmaceutical's TLP, as detailed below.

| Grade | Rarity | Hit Points regained per round |
|-------|--------|-------------------------------|
| TLP 1 | Uncommon | 1 hit point |
| TLP 2 | Uncommon | 2 hit points |
| TLP 3 | Rare | 3 hit points |
| TLP 4 | Rare | 4 hit points |
| TLP 5 | Very Rare | 5 hit points |
| TLP 6 | Legendary | 10 hit points |

# Psychoinal

Pharmaceutical, Uncommon TLP:2

Psychoinal is a serum that makes the injected subject more cooperative during interrogation. One minute after a target is injected with Psychoinal, he must make a DC 10 Wisdom saving throw or become charmed for 10 minutes and suffer disadvantage on any Charisma (Deception) checks made for the duration. Additional doses can be used, and often are used when the subject succeeds at a saving throw against torpinal. Each dose administered within a 1-minute period forces a new saving throw to resist the effects, with the DC increasing by 2 per additional dose (to a maximum of DC 18).

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Whenever the victim has posed a question during this time, the victim must make an additional Wisdom saving throw at disadvantage (DC = the DC of the dose of torpinal the victim failed his saving throw against) to resist replying to the question in as truthful a manner as he can. The victim isn't compelled to follow any suggestions other than the one to answer questions truthfully. Creatures immune to poison or the charm condition are immune to Psychoinal .

## *Serum 115*

Pharmaceutical, Uncommon TLP:5

## Substance Delta

Pharmaceutical, Uncommon TLP:4

## Stimamps

Pharmaceutical, Uncommon TLP:2

 Boost alertness and attentiveness with stimamps. Stimamps work as advertised and permit space pilots to stay fully awake and focused for days. But there are still undesired side effects from being sleep deprived, such as bursts of aggressive and violent behavior.

## Dimitri-616

Pharmaceutical, Rare TLP:4

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Dimitri-616 gives users a spectacular boost to brain function. And that radically improves memory, focus, and intelligence +4 Int 1D4 hours. D616 users are able to access all of their memories, including memories that had been long forgotten. They're able to correlate all of their memories with all available information to solve any problem. And they do it, out of thin air, without effort. Must sleep Immediately after drugs wear off for 1D12 Hours.

## Nano Drugs

Pharmaceutical, Rare TLP:3/4/5

*A nano drug is the **application of nanotechnology in the medicinal field** that has the potential to significantly change the course of diagnostics and treatment of various life-threating diseases.*

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

# *Gear Equipment & Gadgets*

**Chromecom** *TLP:3/4/5*

*Technological Gear, Common/Uncommon/Very Rare*

Chromecom is any wristband or earpiece, headpiece, or badge that is a communicator with a long-range of distance depending on the TLP of the device or other communication system. Battery life is ten years.

**Coveralls** *TLP:2*

*Technological Gear, Common*

highly durable, waterproof suit designed to keep the wearer warm in cool weather and cool in hot weather. The suite has large pockets on the hips, legs, and chest, as well as several smaller pockets on the sleeves

**Pocket Tool** *TLP:2*

*Technological Gear, Common*

all Pocket Tools include these features: A penknife blade, A universal screwdriver, small adjustable wrench, vice pliers, hole puncher, electromagnet, small flashlight (55-foot range)

**Survival Rations** *TLP:3*

*Technological Gear, Common*

 a supply of 200 large pills. Each pill will satisfy the daily food requirements for a total of 200 days**.**

**First Aid Pack**   *TLP:3*

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

*Technological Gear, Common*

 The first aid pack contains the following items:

• Spray Bandage (LiquidFlesh): 1 can of spray which closes up wounds and heals burns

• Antiseptic Spray: 1 can of spray to clean and disinfect a skin area

• Spray Hypodermic (Spray Hypo): syringe used to give shots without a needle

• Stimidose: 1 dose to revive unconscious individuals. Stimidose will wake up an unconscious or stunned character, or restore 10 hit points to a character that was poisoned or contracted a disease.

• Stadose: 1 dose to sustain a dying person for 20 hours. Stadose is a last-ditch-use drug used to place a dying person into a state of near-suspended animation for 24 hours, hopefully, long enough to give the person

**ET-Pick**

Technological Gear, Common-Very Rare TLP:3/4

Weight 1 lb., Capacity 10, 1 charge per use

An et-pick (short for "electronic lock pick") is a small device that can be used to unlock and disable electronic locks and devices, much in the same way that a set of thieves' tools can be used to dismantle mechanical locks and devices. The bonus is determined by the rating of the et-pick. Using the device does not grant proficiency with thieves' tools, but allows the user to make rolls against electronic devices without disadvantage. If you are proficient with Engineer's Tools, you may also add your proficiency bonus to checks when using an e-pick.

| Color | Rarity | Bonus |
|-------|--------|-------|
| Black | Uncommon | +2 to all checks |
| Gray | Uncommon | +3 to all checks |
| Red | Rare | +4 to all checks |
| Orange | Rare | +5 to all checks |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

194

STAR FRONTIERS – NEW GENESIS CORE RULES D20

White        Very Rare    +6 to all checks

**Red Alert  Beacon**
*Technological Gear, Rare  TLP:2*

Weight 10 lbs, Capacity 30, 1 charge per use

A Red alert beacon is a small, pod-shaped device that emits a bright red flash from a dome on its top once every 6 seconds when activated. The beacon also transmits its location. Any device capable of receiving signals of any sort can pick up a beacon's password. The call can then trace back to the source with a successful DC 15 Intelligence (Investigation) or Wisdom (Survival) check. A beacon's transmissions range 100 miles over flat terrain, but this range is halved in forests or hills and quartered in mountainous terrain or through the water.

**Flashlight**
*Technological Gear, Common   TLP:2*

Weight 1 lb, Capacity 10, 1 charge per 8 hours

When activated, a flashlight creates a beam of bright light in a 60-foot cone. It also increases the light level in the area beyond this initial cone by one step (from darkness to dim, or from dim to bright), out to a 120-foot cone. A flashlight has no effect in areas of magical darkness.

**Nanite Hypo gun**

*Technological Gear, Rare-Legendary  TLP:3/4/5*

Weight 1 lb Capacity: 1 nanite canister, 1 or 5 charges per use.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Nanite hypo guns inject specialized nanites into a creature's body to heal many sorts of physical and mental injuries. Injecting someone with a nanite hypo gun requires a melee attack. Nine categories of nanite hypo gun exist along the color code scale, as detailed below. All nanite hypo guns have two settings. In the primary setting, the hypo gun heals an amount of hit point damage determined by its color. Each use of a hypo gun on its primary setting consumes 1 charge. In the secondary setting, a dose from a nanite hypo gun has a different effect determined by its color—these effects mimic specific restorative effects as indicated on the chart below. Each use of a hypo gun on its secondary setting consumes 5 charges. A nanite hypo gun functions only on a living, corporeal creature. It has no effect on undead creatures whatsoever.

| Color | Rarity | Primary Effect | Secondary Effect |
|-------|--------|----------------|------------------|
| Brown | *Rare* | 2d10 healing | As *resistance* |
| Black | *Rare* | 3d10 healing | As *lesser restoration* |
| White | *Very Rare* | 5d10 healing | As *revivify* |
| Gray | *Very Rare* | 6d10 healing | As *death ward* |
| Green | *Very Rare* | 8d10 healing | As *greater restoration* |
| Red | *Very Rare* | 10d10 healing | As *heal* |
| Blue | *Legendary* | 11d10 healing | As *regenerate* |
| Orange | *Legendary* | 12d10 healing | As *resurrection* |
| Purple | *Legendary* | 15d10 healing | As *true resurrection* |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Chemalyzer**

*Technological Gear, Rare TLP:2/3/4*

Weight 8 lbs, Capacity 10, 1 charge per use
A chemalyzer is a handheld unit with an extendable wand tipped with a sampling nozzle. It grants an advantage on all checks made to identify an unknown pharmaceutical, poison, chemical, or substance. It cannot aid in the identification of magical effects or items like potions.

**Access Card**

*Technological Gear, Common-Uncommon  TLP:2/3/4/5*

An access card is a small strip of stiff plastic with a color-coded stripe on one side. Some access cards are further decorated with names or titles, or even photographs of long-dead crew members. An access card functions as a key—when swiped through an electronic lock (with a Use an Object action), an access card unlocks any lock of its color code or a color code of a lower rating. Although access cards do not consume energy themselves, they work in only electronic locks that currently have power.Access cards will also become more advanced as the TLP goes up a TLP 4 could be a brain implantes access unit.



**Radiation Detector**

*Technological Gear, Rare  TLP:2/3/4*

Weight: 3 lbs, Capacity 10, 1 charge per hour

This device measures radiation levels in a 120-foot-radius circle. When activated, the device makes a soft clicking sound that changes in volume and frequency according to the radiation level encountered. A small screen on the top of the handheld device indicates the approximate source and strength of radiation in these areas, with red areas indicating severe radiation, yellow high radiation, green medium radiation, and blue low radiation. Areas with less radiation don't register on the device's screen.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Watch, Smart**

*Technological Gear, Common-Uncommon  TLP:2/3/4/5*

This device is very much like the common smartwatch sold to civilians, but with this difference; this watch also is certified to monitor the wearer's cardiac, neurological, glucose levels and GPS location of the wearer, and biological processes. In addition that this the device monitors oxygen saturation. TLP goes up a TLP 4 could be a brain implant access unit.



Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    198

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Name: Zetaian Saucer Alpha 1/ Alpha 2

Cost:1m cr          Top/cruise Speed: FTL/ 9Mks        Hull Points:200/300

Passengers:3        TLP:5        Armor :Lithoanium        AC:19/20

Cargo:200Lbs        Armament:None Alpha 1/ Alpha 2 Death Ray

ZSA1  is an interstellar starship capable of FTL speed.

# Starships & Vehicles



Name: StarStriker

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC          199

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Cost: 2m cr          Top/cruise Speed:  FTL/ 8MK          Hull Points:  500

Passengers:  2          TLP:5          Armor: Sparanium          AC:18

Cargo: 200lbs      Armament: Twin Ion cannons 20D10  Special: Stealth Nano Skin -4 to hit
Targeting computer +4 to hit

Starstiker is an interstellar starship capable of FTL speed.



Name: StarSkipper

Cost:1m cr          Top/cruise Speed: FTL/5mk          Hull Points:300

Passengers:12          TLP:4          Armor : Maranium          AC:15

Cargo:1 Ton          Armament: Hardpoints for 2 Bombs or 4 missiles

Starskipper is an interstellar starship capable of FTL speed.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                    200

STAR FRONTIERS – NEW GENESIS CORE RULES D20



COMMS TOWER

LARGE SHIP LOADING BAY

ENERGY FIELD SECURITY GATES

## CRESCENT BASE

- LARGE STAR SHIP
- HOUSES & TRANSPORT LARGE FLEETS
- UNIQUE DESIGN ALLOWS FOR STRONG IN/OUT SECURITY

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Name: CRESCENT BASE

Cost: 100m cr        Top/cruise Speed:FTL/ 2MK        Hull Points:5000

Passengers: 8000        TLP: 4        Armor: Maranium        AC:16

Cargo:20,000 tons plus 8 Vessels        Armament: Mega beam Weapon Save vs Disintegration
Range:   rate of fire once every 1 hour.Vessels in docking bays Special: Force Field 1000 pts
regens 100 pts a round

CRESCENT BASE

# Creatures & NPC's



Type: **Tenkarp  (Primitives)**   Chaotic Evil  TLP:0

Number: 1-18

Move:

STR 16  (  )  DEX 8   (  )  CON  15  (  )   INT 5   (  )   WIS 6    (  )   CHA 4   (  )

Int Mod:0

HP:

ATTACK:

Damage:

Special Attack:

Special Defense:

Skills:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Ceigvix**

**Description: Tenkarps are a primitive  semi Intelligent aquatic manual.**

**Type: Globule** (Blobs)          **TLP:**

**Number: 1 \***

**Move:**

**STR**    ( )   **DEX**    ( )    **CON**    ( )   **INT**    ( )   **WIS**    ( )   **CHA**    ( )

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Omut**

**Description:**

**Type: Reaper ( Body Harvester)**          **TLP: 4**

**Number: 2-8**

**Move:**

**STR**    ( )   **DEX**    ( )    **CON**    ( )   **INT**    ( )   **WIS**    ( )   **CHA**    ( )

**Int Mod:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World:Krirkroils**

**Description:**

**Type:**  **Stiks  (Alien Slugs)**                    **TLP:**0

**Number:**1-20

**Move:**

**STR**    ( )    **DEX**    ( )    **CON**    ( )    **INT**    ( )    **WIS**    ( )    **CHA**    ( )

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Bheelmen**

**Description:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                                204

STAR FRONTIERS – NEW GENESIS CORE RULES D20

Type: **Deingels** (Space Angels)                    TLP:6

Number: Unknown

Move: Unlimited

STR ?        DEX ?        CON ?        INT ?        WIS ?        CHA ?

Int Mod:?

HP:?

ATTACK:?

Damage:?

Special Attack: all

Special Defense: all

Skills: all

Languages: all

Challenge:?

Native World: **Ninnaill (Alternate Universe)**

**Description:** Deingels is an ultra-high-tech alien race Capabiable of god-like abilities and feats they can break all relative laws of physics including time and space. Time does not affect them and they can manipulate realities as if they were dreams. Their purpose or intentions are unknown to the (UCPS). There has only been one recorded encounter with a Deingel or let us say their technology. The UCPS found a portal in an abandoned asteroid that was hollowed out to be a base. The UCPS through many years of trial and error activated this portal opening up a gate to a place long ago with knights, trolls, goblins, and dragons. The UCPS has not mastered this technology and probably never will but has been experimenting regularly.

Type: **Norcex** (Land Shark)                    TLP:0

Number:1-2

Move:

STR    ( )    DEX    ( )    CON    ( )    INT    ( )    WIS    ( )    CHA    ( )

Int Mod:

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Scrid**

**Description:**

**Type:** **Throls** (Space Trolls)          **TLP: 3**

**Number:**

**Move:**

**STR** ( )   **DEX** ( )   **CON** ( )   **INT** ( )   **WIS** ( )   **CHA** ( )

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Shaildrur**

**Description:**



Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC          206

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Type:** **Bruul Wurm** **( Land Dragon)**          TLP:0

**Number: 1**

**Move:**

**STR** ( ) **DEX** ( ) **CON** ( ) **INT** ( ) **WIS** ( ) **CHA** ( )

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World:** **Staz'ea**

**Description:**

**Type:** **Bamu** (Alien Hippo)          TLP:0

**Number:1-3**

**Move:**

**STR** ( ) **DEX** ( ) **CON** ( ) **INT** ( ) **WIS** ( ) **CHA** ( )

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World:** **Cikzud**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    207

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Description:**


**Type:** **IC-616** **(Death Bot)**                    **TLP:5**

**Number: 1**

**Move:**

**STR** **( )** **DEX** **( )** **CON** **( )** **INT** **( )** **WIS** **( )** **CHA** **( )**

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

**Native World: Troqoiks**

**Description:**


**Type:** **Scux** **( Gladiator Beasts)**                    **TLP:0**

**Number:1-2**

**Move:**

**STR** **( )** **DEX** **( )** **CON** **( )** **INT** **( )** **WIS** **( )** **CHA** **( )**

**Int Mod:**

**HP:**

**ATTACK:**

**Damage:**

**Special Attack:**

**Special Defense:**

**Skills:**

**Languages:**

**Challenge: 1 (200 XP)**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

208

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**Native World:Phadir**

**Description:**

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**APPENDIX A**

**Inspirational  Reading or movies and Television shows**

1. Wing Commander movie
2. 2001 A Space Odyssey
3. Dune (1984)
4. The Running Man
5. Brazil (1985)
6. Blade Runner (1982)

**APPENDIX B – ALTERNATE RULES**

Alternate INITIATIVE rules are presented here for convenience.

1. Both sides roll a 1d6 to determine which side has the first strike.
    a. NEXT – Determine the order in which each character can attack. This is
       determined by rolling a 1d6 per party member.

**APPENDIX C –  ABILITY SCORE CONVERSION From 1e to this edition.**

Original game mechanics called for a d% to be rolled and compared to a chart.

**CONVERSION TABLE**                          **MEDIAN**

| 1e Die Roll d% | 01 - 10 | 11 - 20 | 21 - 35 | 35 - 55 | 56 - 20 | 71 - 80 | 81 - 90 | 91 - 95 | 96 - 00 |
|---|---|---|---|---|---|---|---|---|---|
| Base Score | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 | 70 |
| SFNG | | | 4 - 6 | 7 - 9 | 10 - 12 | 13 - 15 | 16 - 17 | 18 - 19 | 20+ |

Humans have an average strength of 10 to 12. In 1e SF, the modifier for all abilities was ZERO.

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC                    210

STAR FRONTIERS – NEW GENESIS CORE RULES D20

**ABILITY MODIFIERS for 1e and converted to SFNG.**

|  | STR/STA | INT/LOG | DEX/RS | PER/LDR |
|---|---|---|---|---|
| HUMAN(OIDS) | 0 | 0 | 0 | 0 |
| D | +5 | 0 | -5 | 0 |
| V | -5 | 0 | +5 | 0 |
| Y | -10 | +5 | +5 | 0 |

| SFNG | STR/CON | INT/WIS | DEX/CON | INT/CON |
|---|---|---|---|---|
|  |  |  |  |  |
| HUMAN(OIDS) | Median | Median | Median | Median |
| Uryed/robust raccoon | 0 | -1 | +2 | -1 |
| Zaruk | +3 | +1 | +2 | +1 |
| Yarvon | +1 | +1 | +2 | +1 |
| Aht | 0 | +2 | -2 | +2 |
| Tekahn | +3 | +2 | +3 | +2 |
| Aobahn/Cat people | 0 | +1 | +2 | 0 |
| 1e D | +1 | 0 | -2 | 0 |
| 1e V | -2 | 0 | +1 | 0 |
| 1e Y | -3 | +1 | +1 | 0 |

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

●

●

●

•

•

•   **Designation of Product Identity and Open Game Content:**

•   STAR FRONTIERS® and STAR FRONTIERS NEW GENESIS™ are Trademarks owned by Justin La Nasa. STAR FRONTIERS is a registered Trademark owned by TSR, LLC. The entire text is copyright © 2021, 2022 TSR, LLC, and Justin LaNasa All Rights Reserved. The TSR logo and The Lizardman logo are Copyright © 2021, 2022 and Registered Trademarks of TSR, LLC All Rights Reserved. The Star Frontiers name, Logo, Typography, and Trade Dress are copyright © TSR, LLC.

The products contained on these pages include images, trademarks, artwork, and other materials that are owned and produced by TSR LLC and are not produced, endorsed, or sponsored by, or affiliated in any way with Wizards of the Coast, LLC or Hasbro, Inc.

**The terms "Star Frontiers," and "Star Frontiers New Genesis," are Product Identity and all Trademarks; all artwork and formatting is Product Identity.**

•

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

STAR FRONTIERS – NEW GENESIS CORE RULES D20

●

Copyright © 2020, 2021, 2022 TSR-Hobbies All Rights Reserved
Star Frontiers is a registered trademark owned by TSR, LLC

DECLARATION OF JUSTIN LANASA

# EXHIBIT K

Single

BETA TEST COPY NOT FOR DISTRIBUTION

# BETA TEST COPY – NOT TO BE SHARED WITH ANYONE EXCEPT TSR HOBBIES

## CREDITS

**Cover Artist:**
Phil Stone

**Interior Artists:**
Josh Pinero, Yorsy Hernandez, Justin LaNasa, Lee Robinson, Jesse Hansen, Jim Holloway.

Some art in this document is by **Clip Art Critters** used under license.
Some art provided by **Pixabay.com**
Some art is provided under license from **Adobe Stock.**

**Written By:**
Dave Johnson & Justin LaNasa

**Edited By:**
Dave Johnson & Justin LaNasa

**Layout & Design by:**
Dave Johnson + Dav Semora

Published in the United States of America
By
TSR Hobbies LLC and Imprint of TSR, LLC
723 Williams Street, Lake Geneva WI, 53147-1442

10 9 8 7 6 5 4 3 2
ISBN 978-1-0000-00-00

*Disclaimer: these are works of fiction. All publicly recognizable characters settings &c. are the property of their respective owners. The original characters and plot are the author's property of this story. The author is in no way associated with the owners, creators, or producers of any previously copyrighted material. No Copyright infringement is intended.*

This is a work of fiction. Names, characters, business, events, and incidents are the products of the author's imagination. Any resemblance to actual persons, living or dead, or actual events is purely coincidental.



F

# BETA AGREEMENT

You accept and agree that this copy may have features within it that are there to ensure that the integrity of this BETA game is maintained.

By agreeing to play test this Star Frontiers New Genesis Role Playing Game BETA copy game. You agree and acknowledge that this BETA copy is confidential, and that you will not share this game BETA or any portion of it with any other person, blogger, vlogger or game company including Wizards of the Coast. By accepting this BETA game you are aware that disclosing this game to other persons or entities will result in financial harm to TSR Hobbies LLC.

This BETA Game version of Star Frontiers New Genesis is the express intellectual property of TSR Hobbies LLC, and may not be copied and or shared without the express written permission of TSR Hobbies or its CEO Justin Lanasa.

ISSUED TO: Dayna Christian

EMAIL: _____

DATE ISSUED: _____



BETA COPY 8 OF 10



# BETA AGREEMENT

# USE OF NAME IN CREDITS

You accept and agree that this copy may have features within it that are there to ensure that the integrity of this BETA game is maintained.

Please select wether or not you wish to be listed in the Star Frontiers New Genesis game credits as one of the BETA testers. By checking the YES box below you give TSR Hobbies LLC the right to use your name as a BETA tester in the game credits and you are allowing us to publish your name possibly on our social media or any other advertising we may generate relating to the game and or your help with the BETA testing.

☐ YES YOU CAN USE MY NAME:

☐ NO I WISH TO REMAIN PRIVATE:

PRINTED NAME: _____

SIGNATURE:        _____

This BETA Game version of Star Frontiers New Genesis is the express intellectual property of TSR Hobbies LLC, and may not be copied and or shared without the express written permission of TSR Hobbies or its CEO, Justin Lanasa

BETA TEST COPY NOT FOR DISTRIBUTION

# STAR FRONTIERS



# NEW GENESIS



Text written and edited by Dave Johnson using only the OGC Open Game Content and original
material as part of the TSR Creative team

BETA TEST COPY NOT FOR DISTRIBUTION



THIS IS A BETA TEST VERSION AND IS NOT THE FINAL PRODUCTION PRODUCT. THIS IS NOT TO BE SHARED WITH ANYONE EXCEPT TSR HOBBIES.

SHARING THIS BETA COPY WITHOUT PERMISSION WILL RESULT IN CIVIL LEGAL ACTION.

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Dedication
Preface by Designer
Introduction
What is Star Frontiers
      How is this game different from other Iterations
General Game Play
      Experience Points
Chapter 1 Overview
Chapter 2 Overview
Chapter 3 Overview
Chapter 4 Overview
Terminology and Definitions

History
      UCPS Star Law
      Order 1
      Order 2 – Universal Jurisdiction
      Order 3 – Mutiny shall be no more
The Syndicate
      The Syndicate Rules
History and Timeline in Detail
      The Dark Era
      A New Leader Rose From The Ashes
      Herkimer Labs & Seldon Bio-Technologies
      Seldon Bio-Technologies
Celestial Year / Common Year
      1 C.Y – New Era of Enlightenment
      101 C.Y.
      101.6 C.Y.
      102.01 C.Y.
      102.02 C.Y.
      103.01 C.Y
      103.7 C.Y.
      103.9 C.Y.
      103.10 C.Y.

Game Characters
Character Concepts
      What is a Player Character
      Background

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Languages
Choose Race and Sex
Humanoids
D'Arelit
Ur'Yed
Entemoid
Tekahn
Cyborgs
Generating The Ability Scores
Rolling the Dice
Determine Scores
The Score Summary Table
Ability Scores
Physical
Mental
Strength
Strength Tests
Encumbrance
Attack Rolls and Damage
Dexterity
Dexterity Checks
Acrobatics
Sleight of Hand
Stealth
Other Dexterity Checks
Tasks
Attack Roll and Damage
Constitution
Constitution Checks
Hit Points
Intelligence
Intelligence Checks
Wisdom
Animal Handler
Acumen
Perception
Survival
Charisma
Deception
Intimidation
Performance

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Advancement Table            (Chart)
Entemoid
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Psionics                 (Chart)
    Advancement Table        (Chart)
Titus System – D2354b-9
Cyborgs
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table        (Chart)
Multar
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table        (Chart)
Zetaians
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table        (Chart)
Zeta Primus J8273d-6
Greens
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table        (Chart)

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Reptilians
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table      (Chart)
Thuban H3623e-3
Ulfar
    Size
    Social Interaction
    Languages Communication
    Age
    Modifiers
    Advancement Table      (Chart)
Asgaror M9120Z-1

Opposition Races
Annunaki
    Group Properties
    Description
    Languages / Communication
Zar'Uk
    Group Properties
    Description
    Languages / Communication
Sample Blank Template to Create Unique Opposition Race

Rolling Stats
Psionic Ability
    What are Psionics
    Psionic Talents
        Attack Talents
        Defense Talents
    Psionic Specialty      (Chart)
    Major / Minor Specialty      (Chart)

Modifiers
    Ability Modifier Table      (Chart)
Alignment

4

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Languages
Pivot Points
      Pivot Point Chart           (Chart)
Choose Profession
      Classes
           Soldier
           Sniper
           Engineer
           Medic
           Pilot
           Bounty Hunter
           Merchant
           Scientist
           Scoundrel
      Optional Classes
      NPC Class
Skills by Class
      Master Skill List
           Skill Class – Technology
           Skill Class – Bio-Soc
           Skill Class – General
Paragon
      Six Basic Paragon Types
           Warden
           Immortals
           E.S.F – Enhanced Special Forces Tough
           Extraordinary
           N.E.M. Neurologically Enhanced Medic
           Influencer
Ability Score Skills
Apply Class Level Bonus
Determining Starting Money
      Money and Currency
Armor Class / Armor Raiting
      Armor
Playing the Game
      Ability Checks
      Task Adversity Rating         (Chart)
Technology / Progress Levels

BETA TEST COPY NOT FOR DISTRIBUTION

# TABLE OF CONTENTS

Special Rules for Situations
Armor Check Failures                              (Chart)
Pharmaceutical  Failures                  (Chart)

Combat
      Combat Sequence
          The Attack Roll
      Death / Dying
          Instant Death
      Stabilizing the Character
      Aliens / Monsters and Death
Performing Assignments / Solving Problems
      Method 1
      Method 2
Saving Throws
Weapon Listing with Costs
Armor Listing with Costs
Pharmaceuticals
Gear and Gadget Listing with Costs
Starships and Vehicles

Technomancy and Technomagic
Creatures and NPC's

Appendix A  Inspirational Reading or Movie / YV Shows
Appendix B   Alternate Races
Appendic C    Definitions

Designation and Product Identity Statement

BETA TEST COPY NOT FOR DISTRIBUTION

# BETA TEST LICENSE / AGREEMENT

**This is a BETA test version of the Star Frontiers New Genesis Role Playing Game. This license allows you as a tester to play this game, offer written feedback on the pages provided within this BETA copy, and also provide feedback to TSR Hobbies.**

**By accepting this BETA copy you are agreeing to the this license. You agree that you will not share this work with any other person / entity except TSR Hobbies except for purposes of play testing this. You also agree that you will not share this work specifically with Wizards of the Coast and or any other Publisher, Maker, Supplier including online Vloggers and Bloggers.**

**You agree also to keep the contents of this BETA copy confidential.**



Exhibit K
Page 12 of 244

BETA TEST COPY NOT FOR DISTRIBUTION

Civil War (C&R), Civil War Naval (Ironclad), World War II man to man (Tractics), Medieval with the Fantasy supplement (Chainmail). He created the board games Dunkirk, Alexander, and the Battle of Little Bighorn. Then after years of correspondence and gaming conventions working from the 20 odd pages of notes from Dave Arneson Gary wrote, formed a partnership, and published the boxed original Dungeons & Dragons game through Tactical Studies Rules (TSR). He involved me in every step of these various works, often too little immediate reward due to my youth. Yet he never wavered to me or anyone who wished to come together to play a game. He led me to Robert E. Howard at the age of 10. Thereby taking me from one who faked book reports and transformed me into an avid devourer of action, be it war, fantasy, or science. Ernest Gary Gygax did not follow the path most traveled; he was a rebel believing that Imagination is far more rewarding than perspiration. Yet when it came down to sharing and putting that imagination into a shared venue, he never stinted on the efforts, often falling asleep at his typewriter. At the same time, his lovely young wife slept in the marital bed alone for far too many nights. Every time we play a role-playing game or a computer game with a leveling/ reward system, air units have a part in board games…. I and all of us owe to the efforts and groundbreaking activities that we all take for granted. We all owe this debt to the Father of Gaming and Role-Playing E. Gary Gygax 1938-2008.

# STAR FRONTIERS NEW GENESIS

# BETA NOTES



PLAY TESTER NAME _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

*10*

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

12

BETA TEST COPY NOT FOR DISTRIBUTION

# INTRODUCTION

## What is Star Frontiers®?

*Star Frontiers® is a game of Science Fantasy* set in the not-too-distant future with faster than light speed vessels, strange alien races, robots, paragons, villains, and incredible adventure. The adventure is near the center of a spiral galaxy similar to our Milky Way. A quirk of the laws of physics enables ships to jump to "*interspace,*" a realm that shortens the travel between solar systems where citizens live, the speed needed to obtain this is 2% of the speed of light (6,000 km/s).

The game setting is an area known as "The marches " where sentient races (**Entomoids†**, Humans.) had met and formed the **United Confederation of Planets and Systems** (UCPS). The original home-worlds of the **Entomoids** Humans were never detailed in the setting, and it is possible that they no longer exist. Many of the star systems shown on the map of the marches in the Core rulebook are unexplored and not detailed, allowing the Game-master (called the GM) to put whatever they wish there.

Players can take on any number of possible roles in the setting but act as hired agents of one of many  Pan Galactic corporations exploring the marches. The ongoing fight against the aggressor incursions of aliens from outside the Commonwealth.

**Entomoids** are insect-like creatures that are highly intelligent and possess a "hive-like mind." most of these creatures communicate telepathically and also resemble the humanoid paradigm of a single head, two arms, and two legs. Some have tails that vary in length. They are also diverse in coloring.

The **Molluskoids** are a race of slug/octopoid creatures who wear exoskeletons. They are the most intelligent creatures known to humanity. They possess a distributed brain that is very much like the nervous system of octopuses on Earth.



BETA TEST COPY NOT FOR DISTRIBUTION

# How is this game different from the previous iterations?

This game is inspired by the 5th edition rules set and the d20 rules. This version is also the first time Star Frontiers New Genesis has alignments as a part of the character creation. New ideas and thoughts have gone into the remaking/re-imagining this game universe. We have made every effort to make this game in the spirit of the original. Additionally, the game setting is 1,000 years beyond the original game's setting.

**Star Frontiers, New Genesis** is a Science Fiction, Space Opera Role-playing game. The players sit about a table with a Game Master -- moderator -- and talk, imagine, and act out the parts of their chosen characters within the game context.

The players can take the roles of merchants or officers in the **UCPS Navy**. Fight battles with the enemies of the **UCPS**. This is a cooperative conversation game. The use of polyhedral dice makes the outcomes of each element of the adventure something mysterious. The entire fate of the adventuring group is weighted against the roll of the dice. As a player, you make the decisions for your character keeping in mind the limitations of the player character's race and physical attributes. The Frontier Master (Game Master) judges all that happens within the game world.

However, playing a character is more than just following the rules in this book. You also decide your character's personality. Is the character you play a barbarian space pirate? A noble hero of the line? The **FM/GM** presents the characters with both fair and exciting challenges. Your adventure awaits.

Once the Frontier Master/Game Master has been chosen, they control the Science Fiction world. As such, they are responsible for representing all the people the players might meet. Your job is to present the characters with both fair and exciting challenges.

Your Supplies Are Simple: You, as the **FM/GM**, will need this book, several of your friends, dice (2 twenty-sided dice, 2 ten-sided dice, four-sided dice, six-sided dice, eight- sided dice, and twelve-sided dice too. If you don't have any, you can get some from your local game store or purchase directly from **TSR-Hobbies.com.**

The players will need a sheet of paper or a printed character sheet from TSR-Hobbies.com. A free pdf may be available in addition to packs of a professionally printed character sheet. One is also available in this book. You are free to copy and print for your own personal use.



BETA TEST COPY NOT FOR DISTRIBUTION

Most experienced Game Masters will use a map that utilizes miniatures. These miniatures represent the player characters on the map, and other pieces represent the NPC's or non-player characters. Sometimes terrain models are represented on the map as well.

The Frontier Master should have a "screen" to hide any information that would give away the plot·or goals of the adventure. Also, a copy of Star Frontiers, New Genesis RPG, is needed for reference. Within the rule book are some "monsters" and other creatures to encounter. Sometimes the player characters will need to engage in combat. Some encounters will be full of dangers, and others will be helpful citizens or aliens who are friendly.

Most gameplay is discussed between the players and the FM/GM. But, encounters can be best represented on a game map sheet. You can create your own, but TSR may also have ready-made dry-erase map sheets that are 20 inches by 30 inches. These are very useful when using miniatures, and dry erase markers. They typically have a 1 inch by 1-inch grid printed on the sheet. Other retailers may have suitable alternatives too.

## GENERAL GAME PLAY

When the group sits down to play the game, the FM/GM is the person who describes the happenings of the world. All of the events are known to the FM/GM and can be described in detail. The players take turns telling what their characters do in response to those events. However, unlike storytelling, the players' actions and the Non-player characters controlled by the Frontier Master are uncertain.

Almost all actions taken by the player's characters will be adjudicated by a die roll. Some characters are better at certain things than others, granting bonuses based on their skills and abilities possessed by each individual.

During gameplay, a number must be rolled to resolve a situation; in the rule book are notations meant to tell what kind of die must be rolled and how many. A notation will look something like this' "d#," where the "#" is the number of rolled dice. For example, a 2d6 is called for, so the player will take two six-sided dice and roll them summing up the number. A 4d6 is four six-sided dice and total the result. A 1d12 is a single twelve-sided die. Most often, a modifier is either added or subtracted depending on the ability stats of the character. But, most of the time, the single d20 or twenty-sided die will be used, and rarely a d30 might be used. For a d%, you can either roll a red d10 for "Tens place" and a blue d10 for "one's place " to get a percentage from 1 to 100. Alternatively, a d100 can be rolled.



BETA TEST COPY NOT FOR DISTRIBUTION

As stated before, a random number between 1 and 100 can be made by using two different colors of ten-sided dice. One color will be the "tens place," and the other will be the "ones place." As stated, a d100 can also be used for ease of play. Be sure to order the dice that you like from TSR-Hobbies.com

As you play *Star Frontiers®, New GenesisTM*, your character will be given money in the form of credits for work done. This money can be used to purchase items within the game setting. But, at the beginning of the initial game, all characters will be provided with a basic loadout of standard equipment.

# Experience points:

After each game session, experience points are given for great role-playing, types of creatures killed, the number of treasures found or looted, and many other criteria. Some experience points are awarded for overcoming challenges. Some for completing unique storylines. The Frontier Master/Game Master will provide exciting challenges for you and your friends to overcome as your player characters.

The most important rule to follow is to have fun!

Above all, have fun. Playing **Star Frontiers®, New GenesisTM** is exciting and rewarding for both the Frontier Master and the players. Adventure awaits!

This book is not a book of hard and fast laws. This book of rules is a guideline for playing this game. Never let the rules get in the way of a good time. Arguing the minutia of rules like they are statutes and federal codes is not a good time. So, never let that happen. Not all rules need to be used. You use the rules that you like. All players should contribute their thoughts when the rules are in doubt.

This book is divided into 00 chapters, along with appendices. Chapters 1 through 00 cover all of the rules players need to create characters and play the game.

Chapters 00 through 00 contain information intended to help a Game Master run the game and referee the world. Generally speaking, if you are a player, you do not need to know the information in these later chapters. Still, you might be asked to reference them occasionally. **Chapter 1:** This chapter covers Star Frontiers, New Genesis, including reference information for the rest of the book, rules for generating player characters (PCs), and practices for

BETA TEST COPY NOT FOR DISTRIBUTION

determining a character's ability scores. Ability scores are the most essential attributes a character possesses, describing his raw potential and ability.

**Chapter 2 (Races):** The SFNG contains six core races representing the most common races in the game world. Humanoids, Entomoids, U'ryed, D'arlet, Cyborgs, and Multar. This chapter covers all of the rules needed to play a member of these races. When creating a PC, you should choose one of the races from this chapter.

**Chapter 3 (Skills):** The chapter covers the three main skill groups and the regular skills derived from previous experience growing up and military service. All regular skills a given due to the service of the characters before they become an adventurer. Skills represent a variety of tasks that a character can perform, from climbing a wall to sneaking past a guard. During play, the character will be able to improve upon their skill and master new skills related to the three major skill groups particular to this game. The three groups are" MILITARY, BIOSOCIAL, and TECHNOLOGICAL.

**Chapter 0 (Equipment):** The equipment listed in this chapter is the basic gear needed to play the game and a more complete list the characters may purchase during the time playing. Backpacks, first aid kits, foodstuffs, knives. Staring characters are given several credits to purchase equipment and supplies for adventuring.

# GAME TERMS

**ABILITY STAT:**
Each character has six major ability stats: Strength, Dexterity, Constitution, Intelligence, Wisdom, and Charisma, and one minor stat called LOOKS. These scores define a character's basic attributes. The higher the score, the more potential and talent your character possess

**ACTION:**
An action is a separate measurement of time during a combat round. Using abilities, using psionics, and making attacks all require performing actions. There are several kinds of actions, such as REGULAR ACTION, MOVE action, FREE action, and FULL ROUND action.

**ALIGNMENT**
Alignment represents a character's primary moral and ethical attitude. Alignment has two components: Law and Chaos along with Good versus Evil.
Alignments are labeled as LG: Lawful Good, NG: Neutral Good, &c. See the section on alignments for more details.



BETA TEST COPY NOT FOR DISTRIBUTION

**ARMOR CLASS (AC):**
Everyone has an Armor Class or Rating. An armor class is the type or class of external protective clothing of metal. An armor rating the the protective properties of clothing like how a shirt protects the wearer from the elements. This AC score represents how hard it is to hit a character in combat. The higher is better.

**ATTACK BONUS:**
When a character is initially created, the player will determine the ATTACK BONUS. This is the starting point for the bonus, and it may increase in the future. As they gain experience levels, the PC will increase in Hit Dice. When the attack bonus reaches +6, +11, and +16, they are given an additional attack during combat when they take a full- attack action, a type of full-round action.

**BONUS:**
Bonuses are numerical values that are added to test and statistical scores. Generally, bonuses of the same type are not cumulative (do not "stack") — only the greater bonus granted applies.

**CLASS:**
In SFNG, class represents the Race of the character. The occupation is the job that the character performs for money. Each CLASS has special abilities and skill that only that class can do or perform.

**TEST:** A test is a d20 or d30 roll that may or may not be modified by another value.

**COMBAT MANEUVER:**
An action taken during a combat round that does not directly cause damage to your opponent, like attempting to trip them, disarm them, or grapple.

**MANEUVER BONUS:**This value represents how skilled a character is at performing a combat maneuver either by themselves or while piloting a vehicle or ship. When attempting a combat maneuver, this value is added to the character's d20 roll.

**COMBAT DEFENCE MANEUVER:**
The target number shows how hard it is to maneuver during combat against an opponent. This stat is used the same as an ADVERSITY RATING.

**CREATURE:**
This is a being that interacts with the game world. This includes PCs, NPCs, and monsters.

$18$

BETA TEST COPY NOT FOR DISTRIBUTION

**ADVERSITY RATING (AR):**
When a character attempts an action that is not guaranteed to succeed, they will roll a 1d20 and compare the score against the target number on the table. The result of that test must meet or exceed the Adversity Rating to be successful.

**EXPERIENCE POINTS (XP):**
Over time adventuring, a player character will be awarded Experience Points for great gameplay and doing well against monsters and aliens. The points grow over time and allow the character to advance in rank.

**FRONTIER MASTER/GAME MASTER (FM/GM):**
The Frontier Master/Game Master is the person who makes decisions on the rules and outcomes within the world.

**Hit Dice (HD):**
Hit Dice represents the number of (usually eight-sided dice) that determines the creature's number of hit points. This, in turn, shows us how powerful and skilled the creature is. This mechanic has directly evolved from War Games. Hit Dice is represented by the creature's number, followed by a die type. When a creature's hit points reach a negative total equal to its Constitution score, it dies.

**INITIATIVE:**
The character with the highest DEXterity value goes first. Or the FM/GM may ask for each side to roll a 1d6 and the highest number goes first as a group test

**LEVEL:**
The higher the character's level, the more powerful they are and the higher the hit point value. This will also increase the character's overall ability to succeed.

**MONSTER:**
Monsters rely on racial Hit Dice instead of class levels for their powers and abilities (although some possess class levels). PCs are usually not monsters.

**PENALTY:**
Penalties are number values that are subtracted from a test or statistical score.

**PLAYER CHARACTER (Character, PC):**
These are the characters portrayed by the players.



BETA TEST COPY NOT FOR DISTRIBUTION

**ROUND:**
During a combat round, all characters have a chance to take a turn to act, in order of initiative. A round represents 60 seconds in the game world.

**ROUNDING A NUMERICAL VALUE:**
On occasion, a rule will require the player to make a calculation and round the number either up or down as the case may be. Higher than 5 round up. Five and less round down to the nearest whole number.

For example, if you are asked to take half of 9, the result would be 4.5 round down. The result is 4.

**SAVING THROW:**
When a character is the subject of a dangerous effect, it often requires a saving throw to mitigate the damage. The saving throw has to be related to an ability score. A strength related saving throw would be the strength stat plus or minus modifiers and then roll a d20 to get to the target number or less.

**SKILL:**
A skill represents a creature's ability to do ordinary tasks, such as climbing a wall, sneaking down a hallway, or spotting an intruder. The number of ranks a creature possesses in a given skill represents its proficiency in that skill.

**TURN:**
A turn is equal to ten minute of game time.

**TECH PROGRESS LEVEL (TPL):**
This defines the relative technological level or progress of the civilization in question.

**EXPLOITS:**
This term describes what other games call Feats. An Exploit is an ability a character has mastered. Creatures receive several Exploits based on their Hit Dice. An Exploit represents a talent or an area of expertise that gives a character unique capabilities. It embodies training, experience, and abilities beyond what a class provides.

**PRIMACY/ PITFALL:**
Some ability tests or attack rolls, saving throws are modified by a special situation. PRIMACY or a PITFALL. PRIMACY reflects the positive circumstances surrounding a d20roll, while PITFALL reflects the opposite. When you have either an PRIMACY or a PITFALL, you roll a

BETA TEST COPY NOT FOR DISTRIBUTION

two d20's when you make the roll. Use the higher of the two rolls if you have a PRIMACY, and use the lower roll if you have a PITFALL. For example, if you have a PITFALL and roll a 16 and a 7, you use the 7. Instead, if you have an PRIMACY and roll those numbers, you use the 16.

## HISTORY.

Many years ago, a planet formed in a not-too-distant spiral arm of our galaxy. It is much like Earth, save for its size and humanoids inhabit it. These humans are so much like us and developed and grew strong. Soon they became independent of their planet and exploited the resources of their solar system. They found that communicating between planets or ships was tedious and required time.

The problem of communication over extreme distances had to be solved, for the solar system was rich in resources and ripe for colonization. Communication between ships and colonies is vital to security. A Think-tank was formed to address this issue, and before too long, a solution was found. Inter-Space is the answer that they needed a faster-than-light telecommunications protocol that utilizes quantum fields that form micro-fissures within the fabric of space-time. This new science allows radio signals to travel between our known universe and a parallel universe. This technology shortens the distance between two points in space, like folding a piece of paper to close the distance between the top and the bottom of the page. This method was revolutionary and quickly became the standard for communications within the known universe.

History was made when a mining outpost received message traffic from an unknown source. The scientific community came forward and analyzed the signal and the alleged message. The scientists determined that it was indeed an alien signal and transmission. The code was decrypted after months of examination, and the message deciphered. The news traveled far and wide. "We are NOT Alone!" The government and its scientific arm drafted a letter of welcome and peace. They sent the letter with a terrific fan fair with the media. Days later, a return message came with an exciting twist. The letter stated: "Welcome to the community of planets. We are sending a delegation of ambassadors to welcome your planet and system to our' open space,' and we wish to trade." The Ambassadors and Trade delegation arrived on the



BETA TEST COPY NOT FOR DISTRIBUTION

human's home-world. The ships landed, and a grand celebration was to commence but stopped dead when the ship's occupants stepped out. The aliens were insect-like creatures, and their appearance caused a great commotion. The citizens fled in fear, and the greeting party stood stunned.

The tallest alien stepped forward to the microphone; "We have come in peace and happiness. We call ourselves "Entomoids," the closest translation to your languages. We anticipated that our appearance might be shocking and considered a disguise. We decided to show ourselves as we truly are. In the spirit of friendship, we greet you with warm regards."

Moments later, the President of the human greeting party came out of his shock to say, "Thank you, our new friends, the Entomoids." The aliens shared their space technology in the following weeks. They offered to share all the advancements in every economic sector.

The Entomoids have been a space-traveling race; they acquired their technology from another race called Aatsinki. They have been friends for quite some time. The two agreed that the new people (humanoids) should be contacted and made friends.
The three later joined in an alliance of Civilizations called the United Confederation of Planets and Systems (UCPS)https://www.youtube.com/watch?v=Fswm_4_knR8.

Being a curious and industrious race, the Humans excelled at copying and improving on the technology they were given. The Humans were excited to travel deeper into space – even deeper than their new friends.

The UCPS reached further into deep space than ever before fifty years later. This incursion allowed humans to explore and find new cultures and species—some friendly, like the Entomoids, and unfriendly like the Molluskoids.

The technology of Faster-than-light starships gave the UCPS more reach and more danger. The emergence of interstellar Pan-Galactic "mega" Corporations allowed for more sharing of technology and increased risk. Interstellar piracy became commonplace, and the UCPS Navy was born. The Pan-Galactic Mega-Corps became the bastion of organized crime. Interstellar smuggling of people, drugs, machines of war is commonplace.

The bane of the UCPS is a new race of aliens as of today unknown. They appear to be unlike the current members of the UCPS and very dangerous. Their war-like propensities are troubling. Sightings of their ships around UCPS colonies are becoming more frequent. Their intentions are unknown.

BETA TEST COPY NOT FOR DISTRIBUTION

Today we know that they want us out of their space. The recent attacks on our holdings on the frontier's edge are message enough for our fleet to be on high alert.

One such attack has given us an idea of what power we are up against. Survivors describe the creatures as human-like, wearing powered armor, and ruthless.

## UCPS Star Law:

**Order 1-** According to the UCPS on the **Law of Space**: "No space may validly purport to subject any part of space to its sovereignty." ... Rather than belonging to nowhere, international space belongs everywhere under the principles of freedom of space.

**Order 2- "Universal Jurisdiction,"** refers to the idea that a Planets court may prosecute individuals for serious crimes against international Star law — such as crimes against humanity, war crimes, genocide, and torture — based on the principle that such crimes harm the international Star community or international Star order itself, which individual planets may act to protect. Generally, universal jurisdiction is invoked when other, traditional bases of criminal jurisdiction are not available; for example, the defendant is not a national of the planet, the defendant did not commit a crime in that planets territory or against its nationals, or the Planets own national interests are not adversely affected.

Planets courts can exercise universal jurisdiction when other planets have adopted legislation recognizing the relevant crimes and authorizing their prosecution. Sometimes this Planets legislation is mandated by international agreements.

**Order 3- "Mutiny Shall Be No More,"** is an overt act of defiance or attack upon military (including space naval) authority by two or more persons subject to such control. The term is occasionally used to describe nonmilitary instances of defiance or attack—such as mutiny on board a merchant ship or a rising of slaves on a planet where slavery is recognized by law or custom. Mutiny should be distinguished from revolt or rebellion, which involves more widespread defiance and generally has a political objective. Because the ship's safety is thought to depend upon the submission of all persons on board to the will of the captain, broad disciplinary powers are given to



BETA TEST COPY NOT FOR DISTRIBUTION

the commanding officer, including the ability to inflict the death penalty without a court-martial.

**The Syndicate** Is a universe-wide guild for all bounty hunters. There is little known of its clandestine structure, Except it touches all corners of the known universe. All Bounty hunters have to follow the *Golden Rules* to be a Member in good standing with the Syndicate Bounty hunters guild Rules are as follows.

1. Don't inquire into a Bounty Hunters past. Take the measure of a Bounty Hunter for what he is today.
2. Never steal another Bounty Hunters Starship. A Starship thief pays with his life.
3. Defend yourself whenever necessary.
4. Look out for your own.
5. Remove your guns before sitting at the dining table.
6. Never order anything weaker than TLP 4 whiskey.
7. Don't make a threat without expecting dire consequences.
8. Never pass anyone without saying "Howdy."
9. When approaching someone from behind, give a loud greeting before you get within shooting range.
10. After you pass someone, don't look back at him. It implies you don't trust him.
11. Always fill your whiskey glass to the brim.
12. A Bounty Hunter doesn't talk much; he saves his breath for breathing.
13. No matter how weary and hungry you are after a long day, always tend to your starships maintenance and repairs before your own needs.
14. Cuss all you want, but only around bounty hunters.
15. Complain about the cooking, and you become the cook.
16. Always drink your whiskey with your gun hand to show your friendly intentions.
17. Do not practice ingratitude.
18. All Bounty Hunters are pleasant even when out of sorts. Complaining is what quitters do, and Bounty Hunters hate quitters.
19. Always be courageous. Cowards aren't tolerated in any outfit worth it's salt.
20. A Bounty Hunter always helps someone in need, even a stranger or an enemy.
21. Never try on another man's armor.
22. Be hospitable to strangers. Anyone who wanders in, including an enemy, is welcome at the dinner table.
23. Give your enemy a fighting chance.
24. Never wake another man by shaking or touching him, as he might wake suddenly and shoot you.



BETA TEST COPY NOT FOR DISTRIBUTION

25. **Bounty Hunters are modest.** A braggart who is "all gurgle and no guts" is not tolerated.
26. **Be there for a friend when he needs you.**
27. **Drinking on duty is grounds for instant dismissal and black listing.**
28. **A Bounty Hunter is loyal to his "brand," to his friends, and to those he fly's with.**
29. **Never shoot an unarmed or unwarned enemy.** This was also known as "the rattlesnake code": always warn before a strike. However, if a man was being stalked, this could be ignored.
30. **Never shoot an innocent no matter what.**
31. **Honesty is absolute** – your word is your bond, a handshake is more binding than a contract.
32. **Live by the Golden Rule.**

One would say, why follow the golden rules? The answer is simple you don't have to. You could be an evil, immoral Bounty Hunter, but you will not have the resources or the ability to have access to the extensive database of bounties the syndicate regulates.

# HISTORY AND TIMELINE – STAR FRONTIERS NEW GENESIS™
**YEAR      EPOCH**

| | |
|---|---|
| **111** | The last scraps of recorded history of the old civilizations. The last known celebration of the old ways. |
| **111.01** | The attack began without warning—a simultaneous assault on our way of life and our civilization. The enemy destroyed most of the capital and all of the provincial capitals of the member planets. Nothing was spared; all was lost. The people fled their homes in terror. The attacks were carried out with a methodology that humans have never contemplated. Ever! Who attacked? That is lost to history.

What the records show is that the government was gone. All of the planets in the union were without communication. The ships and technology for faster-than-light travel were lost, and only the core planets had slow ships and some tech. The rebuilding of the world began. |



BETA TEST COPY NOT FOR DISTRIBUTION

**111.02**     *CSS   Infiniti (Marathon class Ark-ship)* was lost shortly after it departed for planet Eve. The ship was the property of *The Church of Ancient Saints*. The port engine nacelle detonated, sending the ship out of the system. It is presumed lost. No rescue attempt was made because of the current attack in our space. The ship was never seen or heard of. **NOTE:** CSS stands for Colony Star Ship.

**THE DARK ERA – 1000 years go by +/- All memories of the old ways have been forgotten.** Only minimal records were kept during this dark time, primarily by individuals and families. Small wars and regional conflicts ensured that most old ways were erased and some original races merged into obscurity. What was left is the origins of our modern society. With the rise of the Eugenics movement, the "Yaz" race interbred with another compatible race to form U'ryed. The "Dral" race almost disappeared altogether. The remaining became the D'Arlit race. The "Ver" race evolved to become the Entomoids and their new Empire. The popularity of Cybernetics and enhancement technology within the humanoid community made humans weak. This weakness wasn't realized until the number of Cybernetic Augmentation clinics were targeted by the E'moids, and the population of augmented people fell into disrepair.

**A NEW LEADER AROSE FROM THE ASHES**
Like a Phoenix, two men and a woman rose to power. The woman, Vernor Vinge – from the barbarian fringe – Samuel Bucus, renowned anti-cybernetic augmentation physician/activist – also known for good health and wellness, and Uriah Heep with his wife Becky Sharp – both experts in commerce, formed a new coalition government under the banner of Confederation of Civilized Peoples. The struggle ahead was a long bloody war with the E'moids that ended with a truce and later friendship. THe CCoP became the United Confederation of Planet Systems. This new system-wide government was formed with the help of new races like the D'Arlit, Entomoids, Humans, and U'ryed. The E'moids provided interstellar commerce, logistics, and technology to build slow ships and later interstellar communications.

After the new government grew into prominence, another group appeared. The Nordics, these tall blond-haired and blue-eyed humanoid people, offered to help the new government with technological advancements. They provided FTL technology in the form of Space Folding Jump engine technology. One caveat, at some point, the UCPS must assist – unconditionally – and in full vigor, help to the Nordics.

The new government outlawed Cybernetic Augmentations in favor of purely biological people. The thought that pure, non-augmented humans or other races are a beautiful and preferred way forward.

26

BETA TEST COPY NOT FOR DISTRIBUTION

**HERKIMER LABS & SELDON BIO-TECHNIQUES**
**Herkimer Labs, the wholly-owned subsidiary of Herkimer-Battle,** was the largest producer of bio-cybernetics augmentations in UCPS space. They were known for producing high-quality products and eliminating many adverse side effects of early cybernetics. Herkimer Labs was the largest producer until the CCoP outlawed it with nearly 70% support in the Burgess' Commons Chamber and the General Assembly.
The last major development was by the Seldon Group of Seldon Bio-Techniques in the latter half of the dark era.

**SELDON BIO-TECHNIQUES** successfully developed adaptive Genomic X-1138 but struggled to create anything larger than several thousand cells. They lacked the technology to deliver instruction to the growing cells efficiently. When SELDON BIO-TECHNIQUES became a subsidiary of Herkimer Labs, the ability to reproduce the cells was solved. After the CCoP order to shut down operations, many of the samples and technology was stolen by the scientists who worked there and the technology went underground. Many years went by, but Cyber-augmentations became a rare and expensive option only sought out by outlaws and extremists.

**Celestial Year or Common Year**
1 C.Y.      **New Era of Enlightenment.** After a millennium of struggle, a new age came up from the ashes. The science, to an extent, was restored, and the government formed new alliances between the planets. Over the years during the Dark Era, the former capital of the old republic made efforts to build upon what remained of space technology. The government's diligence to restore communications with the other worlds proved fruitful. The republic established new Colonies, and commerce began. A new gilded age began. Rapid economic growth continued well into this new republic's first one hundred years.

101 C.Y.    *This year is the year that faster-than-light travel was re-discovered.* This decade began the search for knowledge and expansion of the Accord. An asteroid belt was discovered, and preparations for mining and industrialization started. New Pan-Galactic Corporations were formed to provide the means and ability to distribute the raw materials from the asteroid belt named Terminus. This belt was the farthest any humanoid has ever – in recent history – traveled.

101.6 C.Y.  The new Pan-Galactic corporation named **Herkimer-Battle™** came forward to request a charter from the Accord government for seeking further knowledge and establishing an outpost beyond Terminus. The charter was granted, and a new Vessel was built for this purpose. Funding for this enterprise was made



BETA TEST COPY NOT FOR DISTRIBUTION

available via the stock exchange. Herkimer-Battle Corp. raised the sum of 1.5 trillion Accord credits (ducats). The ship was constructed. Over the 36 months of work, the vessel commissioned and christened **ASN Marathon.** The first in the Marathon class of military/exploration class ships. The crew is military, and the embarked personnel are members of the **Herkimer Corporation.**

**102.01 C.Y.**   The Terminus Belt is closer to **planet Uryl** than any other system. This world is also the first planet system to encounter strange black ships. The medical station (Terminus Station) alerted the military to an unknown threat. Mass casualties flooded the station from Terminus belt mining colonies. All of the local medical faculties within the belt have either been destroyed or are overflowing with wounded. All communications became silent from Terminus Station.

**102.02 C.Y.**   The Accord Central Command (ACC) contacted the leadership, and the Grand Council decided to send in the second Marathon Class warship to investigate. The ship named **ASN Damocles I** set course from **Prime Station** to the Terminus Belt.

The ship loaded tons of supplies for relief operations, and humanitarian operations arrived within two weeks. A smaller medical transport has been assigned to the flotilla. Two fast destroyers are also posted for security. Once it arrived with its escort ships, the Damocles were made ready for combat operations within the asteroid belt. One destroyer remained at **Terminus Station with the Medical Ship ASHF Mercy.**

**103.01 C.Y.**   A tremendous discovery was made within the Terminus belt. Element 115 was discovered naturally occurring. The asteroid that possesses this rich vein is believed to have come from the *Nimbus System*. This system is outside the UCPS governance and may be in an unfriendly space. This discovery led the research team to a Planet in deep space, past the belt. This planet is believed to be the source of Element 115. A public, private venture expedition has departed from Terminus Station to find the source.

**103.07 C.Y.**   The expedition was a success. A new planet – gas-giant – was found. Two of its moons, more significant than earth's moon, contain large quantities of this element 115, now named Justainium 115. This will be used in fusion reactors for almost limitless power. One kilo of this refined ore-turned fuel lasts 100 years, and when it decomposes, the resulting matter is much like lead and can be safely



BETA TEST COPY NOT FOR DISTRIBUTION

disposed of. The Plant system is called: **Nimbus 112b1 ( Planet Contention)** with two moons, **Nimbus 1a** and **Nimbus 1b**.

**103.09 C.Y.**   **ASN Marathon**, the flagship for the Nimbus expedition, was attacked by an unknown hostile alien ship. **ASN Damocles, I** received an alert from Marathon. The ship departed Terminus for the Nimbus system with its escort ship's flank speed. They engaged the enemy by 0500 local 103.9.15.

**103.10 C.Y.**   An alien ship has been detected at the very edge of our space.
**GM:** This is the *CSS Infiniti (Marathon class Ark-ship)* owned by the now-forgotten *The Church of Ancient Saints*. This is an adventure seed. The CSS INFINITI is a multi-generational colony ship called the "ARK" type. The Church of Ancient Saints built it to find and re-colonize Eve's fabled planet. **NOTE:** CSS stands for COLONY STARSHIP.

# TERMINOLOGY

**TERM**

**ADVERSITY RATING**
A target number to save from an effect.

**ARMOR CLASS**
This number defines the type of armor used by a character or object. In SFNG, an Armor Class of 10 means the character or object has no defensive armor but regular clothes or normal outfitting. Nothing additional to protect from an injury.

**ARMOR RATING**
This defines how effective a certain armor is. This is interchangeable within the context of the game.

**AREA OF EFFECT**
This defines an area that has been affected by another device or object. Like a hand grenade or magical spell. The area may be defined as a 60 feet radius or sphere.

**CRITICAL**
This term describes the two numbers on a 1d20 that signifies a critical action.



BETA TEST COPY NOT FOR DISTRIBUTION

**– HIT or FAILURE/FUMBLE**
A natural 20 (not a sum of numbers) signifies that the hit does additional damage. A natural 1 (not a sum of modifiers) signifies a critical fumble that may cause damage to the person or object that was dealing the attack or blow.

**EXPLOITS (Feats)**
This term describes what other games call Feats.

**TECH PRO LEVEL**
This defines the relative technological level or progress of the civilization in question.

**GAME TIME**
One turn is equal to ten minutes.

**INITIATIVE**

**ADVANTAGE/ DISADVANTAGE**

**ROUND**
One round is 1 minute.

**SAVING THROW**
Sometimes, characters need to determine if they can resist something happening to them. Like a condition or effect. The GM will decide which type of Saving Throw must decide which, INT, WIS, DEX, CON, CHA) A d20 will be rolled, and modifiers added or subtracted with the result determined.

**ADVERSITY RATING (AR), DIFFICULTY CLASS (DC), TARGET DIFFICULTY (TD), and DIFFICULTY TARGET (DT)**
These terms all have the same meaning and use similar mechanics.



# STAR FRONTIERS NEW GENESIS



# BETA NOTES

PLAY TESTER NAME _____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.



BETA TEST COPY NOT FOR DISTRIBUTION

# GAME CHARACTERS

BETA TEST COPY NOT FOR DISTRIBUTION

# GAME CHARACTERS

BETA TEST COPY NOT FOR DISTRIBUTION

# CHARACTER CONCEPT

What is a player character? A player character is a persona that a player creates and crafts to use as an avatar within the game world. As the player, you will "role-play" the actions and describe what they do and say. You will explain how they feel and their attitudes towards others and situations. All characters have specific strengths and weaknesses; the mechanics in this game define these strengths and weaknesses.

Within this game are defined skills, professions, and races; these will help you determine your particular character and give you underpinnings of the persona. All of this information should be written on a Character Sheet. A character sheet can be anything you can write the information about your *Player Character* on, or you can use one that we have provided for you.

The concept for your persona should be the little things that make up your personality. What handedness are they? What kinds of food do they like. This information can also be found in the description of each race's culture.

**BACKGROUND** – All characters have an origin story. So, when creating a character for Star Frontiers New Genesis will want to decide on many things like what planet the character if from, what food does he or she like. Handedness, are they right-handed or left? Create a list of likes and dislikes. The character is a blank canvas; anything goes. Most people who live in UCPS space have already been through military training due to conscription and are awarded citizenship and proficiency with weapons and shields. (2 starting proficiencies for each character.) Also, starting equipment includes a basic loadout for reserve personnel. Bio-Tech watch, bedroll, EV-Suit, computer/tablet, I.D. access card.

**LANGUAGES –** All characters can read and write Common language, and some will know more. The use of a Character Backstory book can be a great help for this.

# CHOOSE A RACE AND SEX

Listed within this book are the Core Races of this game. As part of the character generation, you should choose a race that you'd like to portray in the game world. Keep in mind all of the races have different abilities and weaknesses.



BETA TEST COPY NOT FOR DISTRIBUTION

**HUMANOIDS –** The most common population of being in the universe are humans. This Race is also the most unencumbered in terms of constraints. Humans can have almost any job/occupation in the game. Another advantage humans have is that all ships and transportation are designed for humanoids. Environment Suits are one good example of equipment manufactured in abundance. This abundance also affords better prices for humans. More product equals lower prices. Other        races may have to adapt to humanoid tailored uniforms or sit in a seat designed for a human.

**D'ARELIT**   – The  less common and most adaptable Race is the rubbery D'arelit creatures. They are giant amoeba-like creatures that can force themselves into many different shapes and sizes. One chosen shape is the human-like form: a single head, torso, and two or more arms and legs. If needed, they will take the form of a standard human. This is convenient because it allows them to wear clothing and armor made for humans.  The **D'ARELIT** race  is from the planet *Gilgal,* and it orbits a red giant in the *Keplar System.* The orbit is only 33 earth days. 90% of the planet is covered in water. One visible super-volcano can be seen from orbit. What the planet  lacks in solar energy makes up volcanism. The surface temperature is very cold, too cold for humans, but below the surface and near the bottom is a hot region of warm water. This warm zone is where all the sentient life is. All life lives close to the many subsurface volcanoes. The **D'ARELIT** is no exception.

**UR'YED –** This creature is another core race that benefits from a humanoid shape, albeit a small body. These creatures are best described as robust        raccoons. They have long arms and long legs to climb and jump with ease. Their torso is shaped like a goat's but not as convex.

**ENTOMOID –** Entomoid's are tall mantis-like creatures; at first, blush has a striking appearance. These people are brilliant and resilient in the outer belt and most less civilized cities. E'moids are the powerhouse in the exterior solar system commerce. Most of the trade belongs to them and their Trade houses or "Pan-Galactic Corporations." The most significant way to motivate an E'moid is to talk about Ducats/Credits and how profit is expected. The E'moids are the descendants of an ancient empire that pre-dates the kingdom described in the section called the "Dark Century." E'moids are erect quadrupedal arthropod mantis-like insectoids resembling a cross between a grasshopper and mantis.

These creatures are the dregs of the Qinhan Empire, 63,000 years of warfare against the myriad of space peoples. Finally, even the Quinhan were defeated, and what laid them low is unknown. **Their chitinous bodies act as natural armor (AC12).** During the melee – Hand to Hand – combat, E'moids can make a  "jumping forward charge." When they are at the zenith of



BETA TEST COPY NOT FOR DISTRIBUTION

the jump, the E'moids set their polearm pointing down towards the enemy, allowing them double damage with a successful strike. The height at which the E'moids can jump is 15 to 20 feet upwards and 35 to 40 feet forward. A special move is to jump over the target and attack from behind. They have a stinger on their short tail that has a weak venom. *The venom causes 1d6 damage (AR 20 save for poison) and an additional 1d4 points of damage per round for 8 rounds.*

**TEKAHN**   **– Once humanoid and now living in mechanical shells.** The  Tekahn are a race of wholly artificial beings. Their "brains" are made up of quantum neural networks with several specialized sub-systems that allow all of the emotions and feelings of their former biological selves. The motivation behind the mechanizations was the idea of living forever. Presently, the original group of    Tekahn began building more machines with the digital copies of their long-lost relatives until all of their people were resurrected. The compositions of their minds are backed up on centuries-old servers still running. The server's location is a closely guarded secret, and they will defend it to the death. Well, until they get re-booted to another body. The machines are incredible. They can eat and taste food smell fragrance, just like living humans. They consider their mechanized bodies a temple to their long-lost civilization. They will not allow others access to their technology. At present, there are 50,000 beings. The entire sum of the race.

**CYBORGS –** These creatures are sentient mechanizations as well. The difference is this group has a living brain hosed within the head. (The upper receiver of the brain housing group.) The remnants of an old dying race of humanoids placed digital copies of their minds within these. This is a subgroup of the TEKAHN and is a source of income. The Pan-Galactic corporation called Cygenics allows the Tekahn to help terminally ill humans to transplant their brains into a  cybernetic body and thus enables the humans to have an extended life span. The technology for copying a person's sentient mind data has been lost over the centuries. This is the only available product for non-Tekahn humanoids to access Tekahn-like technology. The lifespan for Cyborgs is limited to the viability of the organic    brain but typically can expect 800 years.



BETA TEST COPY NOT FOR DISTRIBUTION



# GENERATING THE ABILITY SCORES

## Rolling the dice.

What dice do we need to play this game? A set of polyhedral dice with the following kinds: d20, 2d10's (ones die and a tens die.), d12, d8, d4, and a d6. What does this mean? Well, the notation I have just used tells the gamer that they need a twenty-sided die (d20) and a set of percentile dice for number generation (1 – 100), a twelve-sided die (d12), an eight-sided die (d8), a four-sided die (d4), and a six-sided die (d6).

It is suggested that you have at least 2d20's, 1d12, 4d6's, 1d4, 1d8, one set of d%. Also, as many dice in all categories is what I prefer. Several d20's, many d12's, many d30's, d50's, d60's, d100's. You never know what you might need.

Additional required supplies are but are not limited to, your friends, paper, pencils, hex paper, graph paper, plain paper, a big table to sit around.



Keep in mind this is foremost an imaginary, make-believe conversational game.

## The first dice needed is the d6.

The six-sided die that most people have seen and used. We use these dice to determine the starting ability scores.

**Next, roll 3d6 or three six-sided dice and add the totals for each ability.**

**Rolling 4d6 and discarding the lowest die is acceptable also.**

### DETERMINE SCORES

As a player, the *persona* or *Player Character's* actions depend on the ability scores: **Strength, Dexterity, Constitution, Intelligence, Wisdom,** and **Charisma.** Each of the scores is the number recorded on the character sheet. The rolled initial numbers are considered the permanent ability score and cannot be changed but *can be* altered during play.



BETA TEST COPY NOT FOR DISTRIBUTION

The **Score Summary table** (below)  provides a quick reference for what characteristics are measured by each ability, what races increase which abilities, and what classes consider each ability particularly important.  Roll three six-sided dice to generate the numbers for each ability and sum up the numbers as per method #1. Roll the dice for each  ability. If the numbers generated are not acceptable, use a  different method, as explained below. Also, I can place the best number on each ability.

After the scores are assigned, the ***modifiers must be determined*** and noted on the character sheet. ***To determine the modifier*** without consulting a Table or Chart, ***subtract ten from the score and divide that number by 2, rounding down for fractions. For example:*** *Strength= 17, the modifier is +3. (17-10=7 7/2=3.5 round down=+3)*

## ABILITY SCORES
Every character has six basic Ability Scores:

### PHYSICAL
Physical characteristics are the outward appearance of the player character. Their muscular makeup and the number of appendages, eyes, and orifices'.

| | |
|---|---|
| Strength (STR) | (**STR**ength) 1e – Physical Strength |
| Dexterity (DEX) | (**DEX**terity) 1e – Coordination (**RS** Reaction Speed) |
| Constitution (CON) | (**STA**mina) 1e – Physical fitness, general health |

### MENTAL
| | |
|---|---|
| Intelligence (INT) | (**INT**uition) 1e Able to solve problems better. (**LOG**ic) |
| Wisdom (WIS) | (**INT**uition) 1e Can conclude from unrelated facts. |
| Charisma (CHA) | (**PER**sonality/**LDR** Leadership) 1e Getting along with others. |

Most humanoids, the largest population of creatures in the universe, have a "normal" range of 3 to 18. The 18 is not the maximum score. **NOTE:** Some creatures might have a score of **"NIL."** This score of NIL means that the creature does not have this ability.



BETA TEST COPY NOT FOR DISTRIBUTION

# STRENGTH

**NOTE:** A character or creature must have a **STR**ength score of 1 to manipulate a light object and a physical body to move an object. (Unless it uses some form of mental/energy force.) Strength Checks are only for creatures with a physical body. If a creature can attack, it applies its Dexterity modifier to its base attack instead of a Strength modifier. Generally, a humanoid can lift five pounds or 2.27 kg per point above 10 of **STR**ength—the        ability to lift five lbs./2. 27Kg per point of strength falls by        10% per point, descending to 1% at a score of 1 Strength. *Strength measures the character's muscle, stamina, and endurance. Any character that rolls a Strength score of 18 is entitled to roll for Exceptional Strength (see Glossary). The player rolls percentiles and adds that number in parenthesis to the end of their score. It is essential to Classes of the Warrior (Wardens Paragon) Group, as they need to be physically powerful to wear heavy armor and use  heavy weaponry.*

## STRENGTH TESTS

Strength Attribute Check is a TEST to see if your character can lift, pull, push, or crush/break a heavy object. This is also used to see if the character can force himself through a small or tight space/hole. The Athletics skill reflects different kinds of Strength checks. **Athletics.** Strength (Athletics) checks are for difficult situations encountered while climbing, jumping, or swimming.

**Examples are:**
An attempt to climb a slippery cliff avoids hazards while scaling a wall. A *DEXterity Check* may also come into play here. An attempt to jump a very long distance.

*Other Strength Checks.* The GM might indicate the need for a strength check for the following situations:

- Force open a door that is locked or jammed shut.
- Break your bonds holding you tight.
- Force yourself through a small hole or tight tunnel.
- Hang on to something like a vehicle or wagon when you are being dragged behind it at high speed.
- Topple a tall statue or obelisk.
- Holding fast a large, heavy boulder from rolling down a hill or cliff.



BETA TEST COPY NOT FOR DISTRIBUTION

***Pushing, Dragging, or Lifting.*** Your character can lift, carry, or drag an object twice the carrying capacity (or 30 times your character's STRength stat). When severely encumbered, your character's movement rate drops to 5 feet per turn.

***Strength and Size.*** Smaller characters can carry weight proportionate to their size. Larger characters can carry much more than smaller people. A medium to a large creature can double its carrying capacity. And the converse is true for smaller people.

# ENCUMBRANCE

If you carry weight above 5 times your Strength score, you are burdened **(encumbered)**, which means your speed drops by 10 feet.

Suppose your carry weight is over 10 times your Strength score, up to your maximum carrying capacity. In that case, you are instead heavily encumbered, which means your speed drops by 20 feet. You have a disadvantage on ability checks, attack rolls, and saving throws that use Strength, Dexterity, or Constitution.

### ATTACK ROLLS AND DAMAGE

When using **melee weapons** in battles such as a mace, a battle-axe, or a spear, **add** your character's **Strength Modifier** to your character's **attack and damage roll**. This only **applies to hand-to-hand combat**.

### LIFTING AND CARRYING

The Strength stat defines the amount of weight you can carry in addition to yourself. **CARRYING CAPACITY.** Your capacity to carry a heavy load is calculated by your ***Strength stat multiplied by 15.*** This is the weight (in pounds) you can carry.

# DEXTERITY

A creature must have at least 1 point of DEX to move around (crawl.) Zero DEX means no movement. If it can act, it applies its Intelligence modifier to initiative checks instead of a Dexterity        modifier. The creature fails all Reflex saves and Dexterity checks.

*Dexterity deals with a character's Agility, Reflexes, Hand-Eye Coordination, Balance, and Reaction Speed. It is essential to **Classes of the Immortals Paragon Group**.*



BETA TEST COPY NOT FOR DISTRIBUTION

## DEXterity Checks

Dexterity measures agility, reflexes, and balance.
A Dexterity check can quantify an attempt to move quickly, quietly. Even for tricky footing.

Acrobatics
Sleight of Hand
Stealth

The list above is skills that reflect an aptitude in different kinds of Dexterity.

**Acrobatics:** An Acrobatics (DEX) check quantifies your ability to stay upright in a sticky situation. Situations such as trying to run across a sheet of ice or balance on a tightrope.

The GM might also roll a d20 for a Dexterity (Acrobatics) check to see if you can perform acrobatic tumbles like dives, rolls, somersaults, and flips.

**Sleight of Hand:** Whenever you attempt an act of deception like manual trickery, such as picking a pocket, planting something on someone,  or concealing an object. The GM will make a Dexterity (Sleight of Hand) check. Any attempt to do a task that requires finesse, as in a magical type of action or espionage, a Slight of Hand (DEX) check is in order.

**Stealth:** Trying to hide in plain sight requires a Stealth (DEX) check. Sneaking around or passing undetected will require this check also.

**Other Dexterity Checks:**

**TASKS**
- Control a heavy cart on a steep road.
- Steer a car around a hazardous turn.
- Lock picking.
- Disabling a trap.
- Securing a prisoner with bonds.
- Escaping your bonds.



BETA TEST COPY NOT FOR DISTRIBUTION

**Attack Rolls and Damage:** Add Dexterity modifier and attack roll with damage roll when attacking with a ranged weapon. Add Dexterity modifier to attack roll and damage roll when attacking with a melee weapon with finesse property, like a dagger or a sword.

**ARMOR CLASS:** Depending on the armor, you might add some or all of the Dexterity modifier to the Armor Class.

## CONSTITUTION

A character's Constitution modifier applies to their Fortitude saves. The character can go for one day per five points of the Constitution without sleep. The character may also perform Strenuous activity for 1 hour +1 hour per point of Constitution modifier before needing to rest for 1/2 an hour. A character whose Constitution drops to 0 is dead.

*A character's Constitution encompasses their fitness, physique, health, and physical resistance to hardship and damage. A character's starting Constitution score cannot be changed permanently, It may be temporarily altered.*

## Constitution Checks

Constitution represents your vitality, general health, and stamina.

Constitution checks are not that common. No skills apply to Constitution checks because endurance or stamina represents passive rather than a specific effort. However, a Constitution check can show your attempt to push beyond normal limits.

The GM requires a Constitution check when a character is trying to accomplish tasks like
- Holding one's breath.
- March for hours without a rest period.
- Go without sleep for extended periods.

**NOTE:** 96 hours without sleep deals 50% damage. No saving throw. 1024 hours without sleep is instant death. With respect to the human physical makeup.

**HIT POINTS:** The Constitution modifier contributes to your hit point total. Add the Constitution modifier to each Hit Die you roll for your points. When the Constitution modifier changes, the Hitpoint maximum changes also. For example, suppose you raise your



BETA TEST COPY NOT FOR DISTRIBUTION

Constitution score when you reach the 4th level, and your Constitution modifier increases from +1 to +2. In that case, adjust the hit point maximum as though the modifier had always been +2. Add three hit points for your first three levels, and then roll your hit points for the 4th level using your new modifier. Or suppose you're 7th level, and some effect lowers your Constitution score to reduce your Constitution modifier by 1. In that case, your hit point maximum is reduced by 7.

# INTELLIGENCE

Intelligence measures reasoning ability, mental acuity, accuracy.

**Intelligence Checks**

An Intelligence check comes into play when drawing on logic, deductive reasoning, education, memory.

*Esoteric Knowledge.* INTelligence (ESO) test determines if you can recall information about magical spells or items, esoteric symbols, traditions, the known planes of existence, and the people who live there.

*Annals.* The INTelligence (Ax) test determines if you can recall information about hiConcerning, people of renown, ancient kingdoms, lost civilizations, past disputes, recent wars.

*Inquiry.* When searching for clues and making deductions based on the clues, make an INTelligence (Inq) test. The test will tell you if your character can deduce the location of a hidden object. Perceive the device that caused a wound. Finding the hidden fragment of knowledge in ancient scrolls will also require an Intelligence (Inq) check.

*Essence.* The Intelligence **(Es)** test determines if you can recall information about terrain, plants, animals, the weather cycles.

*Theology.* The Intelligence (The) test determines if you can recall information about religious hierarchies, holy symbols, and the practices of secret cults.

*Other INT Checks.* The GM might require an INTelligence test when a character wants to try to accomplish the following:

BETA TEST COPY NOT FOR DISTRIBUTION

- **Communicate with animals mentally.**
- **Devine the value of an item.**
- **Create an impromptu disguise for any occasion.**
- **Forge a convincing document.**
- **Recall information about a craft or trade.**
- **Win a game of skill**

# WISDOM

A character's wisdom (WIS) modifier applies to the wisdom saves. It determines the bonus Psions for a Psionic user if psionics are used. A character with 0 wisdom has no sensory perception, nor are they aware of the world around them. A creature can perceive its environment if it has at least 1 point of wisdom. Anything with no Wisdom score is an object, not a creature. Anything without a Wisdom score also has no Charisma score and vice versa.

Wisdom represents a composite of the character's common sense, judgment, willpower, guile, enlightenment, and intuition. A Wisdom test often reflects the effort to discern body language.

*Animal Handler.* To attempt to calm down a domesticated animal keep your horse from getting spooked, the GM will call for a Wisdom **(AH)** test. Make a Wisdom (AH) test to control your horse when attempting a risky maneuver.

*Acumen.* The Wisdom **(Acu)** test decides whether you can divine the intentions of a creature, detecting a lie or predicting someone's next move. Reading cues from body language, speech habits, and mannerisms.

*Perception.* Your Wisdom **(Per)** test allows the Player Character to spot, hear, or detect the presence of "something hidden from normal sight." It will enable your situational awareness of your surroundings. A      Player Character attempts to listen to a conversation through a door or eavesdrop under an open window. Or you might try to spot an ambush on the road. Notice candlelight under a closed secret door.

*Survival.* The Wisdom (Survival) test allows the Player Character to follow tracks and hunt wild game. The (Per) test can help the PC predict the weather or avoid natural hazards.



BETA TEST COPY NOT FOR DISTRIBUTION



# CHARISMA

Charisma measures your ability to charm others.

A Charisma test might arise when you try to influence or entertain others or try to tell a convincing lie or navigate a tricky social situation. The Deception, Intimidation, Performance, and Persuasion skills reflect aptitude in certain kinds of Charisma tests.

- **Deception.** The (Deception) test divines your ability to hide the truth convincingly. Deception can encompass many ways of misleading others through ambiguity and lies.
- **Intimidation.** A Charisma (Intimidation) test is needed to influence someone through hostile threats and actions with physical violence.
- **Performance.**      The **(Performance)** test                 determines how well you can capture an audience's praise with     music, acting, storytelling, or some form of entertainment.
- **Persuasion.**   The GM will require a Charisma (Persuasion) test to influence a person or a group with social graces or good nature. Persuasion is used when a Player Character acts in good faith and fosters friendships.

# *LOOKS* 1d12+6

A character's Appearance modifier determines initial NPC reactions. A character with 0 LOOKS appearance is unbearably hideous.

This seldom-used ability score can be helpful when determining the outcome of a Diplomacy, Persuasion, or other similar CHArisma checks. A modifier can be added or subtracted to the CHArisma check as the case may be.

A person's looks also affect the reactions of different character types to one another. In general, humans from Earth have an elite air about them, while humans born on Mars – or any other place – are treated as second-class citizens. Earthborn humans have preferential treatment in Stellar Odyssey, with Martian humans with empath abilities being the least favored in society.

Refer to the table below for modifiers based on birth origin.

46

BETA TEST COPY NOT FOR DISTRIBUTION

**NOTE:** A solid personal "presence" is helpful in relationships, leadership, and defending others.

**LOOKS –** Looks is the physical beauty of the character. This attribute tells us how beautiful, well-endowed physically a character is. It is used to determine the initial reactions of others to the character. For example, a gorgeous woman who is well endowed with a near-perfect figure, hair, eyes, etc., will tend to garner attention from most males when she walks into a room. This is Attractiveness. It is kind of like being charmed but without magic. This ability can be used to the character's advantage to get men to do their bidding. This ability can affect the will of the men who come under the "spell" of attraction. Attractiveness deals with looks and first impressions. The Influence attribute can affect Attractiveness. After the six attributes are rolled, the character's looks must be determined. Is this character *ugly, homely, plain, or pretty*?

Attractiveness score has a range between *1d12+6*. Generally, a score of 18 is about as beautiful as one can be. Higher scores are possible. The following definitions are to be used as a guide for Attractiveness. As always, the GM has the last say.

**CHECKS MODIFIER (CHArisma)**

**0-3**   Repulsive to the point one cannot look upon the creature! All will be repulsed due to a significant disfigurement either to the face – most likely – or the body.
**4-6**   This person is simply ugly. Most folks will not want to interact with this person. Not likely to be sought out for assistance except under urgent conditions.
**7-9**   This person is a plain Jane or homely, ordinary. This person, if female, can increase their score artificially with the use of cosmetics. Put on some eyeliner! Some shadow will do the trick. This can add a +1d4 to the score temporarily.
**10-13**   This person has average looks and will benefit from cosmetics like the 7-9 range.
**14-16**   This person is good-looking. People will be drawn to them in limited numbers. Again, cosmetics will enhance the score as before.
**17-18**   This person is a head-turner with naturally enhanced beauty and elegance
**19-21**   This person is so attractive that they will cause heads to turn and the people's hearts affected by the Adrenalin rush. There is a 50% chance that the effect will not work on either sex. Roll a 2d10 if the roll is less than 50%, the effect is active. If it fails, the creature will detest the person and walk away.



BETA TEST COPY NOT FOR DISTRIBUTION

# ABILITY CHECKS

*Ability checks* test a character's talent and training to overcome adversity. The GM requires an ability check or when a character attempts an *action* that has a chance to fail, and when the outcome is unsure, let the dice determine the results.

**PHYSICAL ABILITY CHECKS**

# ADVERSITY RATING d30

| Task Adversity | AR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |

Adversity Checks are a way to determine the outcome of a difficult task. As noted in the table above, an almost impossible task is one you must roll a 30 or more! *This is on a d20.* So, you see how hard getting a thirty on a die with only twenty sides on it is. The point is you have to have modifiers.

During a game session of *Star Frontiers New Genesis™*, the players will decide to do many things with their characters. The Game Master will utilize methods within these rules to adjudicate the situation at hand to resolve any problems. One way is to roll a TEST. The condition is like running through a room and quickly picking up a gun. The GM says to roll a d20 for a **DEXterity check**. The Player Character's DEX score is 12, and they roll a 10; that is a success! They pick up the gun!

On any TEST, the GM states which Ability Score is correct for the situation; scoring less than the target score when they roll the d20 is a success!

In the above example, the GM may want to add or subtract modifiers, as the case may be, for Dexterity or the Ability used for the TEST.

48

BETA TEST COPY NOT FOR DISTRIBUTION

# ALIGNMENT

## The Nine Alignments

Every person, creature, and an alien has an alignment. Some people are good-natured, and some are not. We will discuss the nine alignments of Star Frontiers New Genesis.

**Two factors make up an alignment:** One factor is **morality** (good, evil, or neutral), and the second is the creature's **attitude towards society and order**. This means *law or chaos*. Each player must choose an alignment and role-play their character's alignment to the best of their ability.

**NOTE:** The GM will award experience points for following your character's alignment to a tee.

**Lawful good (LG)**
People and creatures can be counted on to do the right thing.

**Neutral good (NG)**
These people try their best to help others and maybe meet the needs of the people they help.

**Chaotic good (CG)**
These people act according to their whims. They may have some regard for others and their expectations.

**Lawful neutral (LN)**
People act following law, tradition, or personal codes.

**Neutral (N)**
This person takes no sides and prefers to keep away from others who might have high morals. These people do what is right in their minds.

**Chaotic neutral (CN)**
These people follow their ideas and morality and hold personal freedoms above all else.

**Lawful evil (LE)**
These people take what they want when they want it. They don't think of other people's needs, and they are self-centered.
**Neutral evil (NE)**



BETA TEST COPY NOT FOR DISTRIBUTION

These people are sociopaths and have no feelings of remorse. They have no concept of others.

**Chaotic evil (CE)**
These people act with arbitrary violence, spurred by greed, hatred, or bloodlust.

# CHARACTER ADVANCEMENT

As your character goes on adventures and faces dangers, they will be rewarded experience points based on many aspects of their performance during play. Each player will be judged by their role-playing abilities, maintaining their alignment actions, and achieving their goals during the game. This advancement is called *Achieving a Level* or leveling up. When your character gains a level, their character class will grant additional abilities, as detailed in the description. Some allow your character to increase their ability scores. But never higher than twenty.

Additionally, your character may be able to increase their proficiency with weapons or other things at certain levels. For every level gained, your character gains an additional Hit Die.

**PROCEDURE:** Roll at additional hit die, add the Constitution modifier, and add the sum to your Hit Point total. When the Constitution modifier increases by 1, the hit points maximum increases by 1 for each level attained.

# IMPROVING ABILITY SCORES

When your character reaches the 4th level, 8th, 12th, 16th, and 19th level, they can choose to increase one ability score by 2. Or, two scores can be increased by 1 each, but never more than the maximum of twenty. NOTE: The GM will decide if this rule is considered for their game. Making characters super-human is not always desirable for the campaign.



BETA TEST COPY NOT FOR DISTRIBUTION

## ADVANCEMENT TABLE – GENERIC

| Experience Points | Proficiency Bonus | Level | PARAGON | Pro Bonus |
|---|---|---|---|---|
| 0 | +1 | 1 | – | – |
| 299 | +2 | 2 | – | – |
| 899 | +2 | 3 | – | – |
| 2,699 | +2 | 4 | – | – |
| 6,499 | +2 | 5 | – | – |
| 13,999 | +3 | 6 | – | – |
| 22,999 | +3 | 7 | – | – |
| 33,999 | +3 | 8 | – | – |
| 47,999 | +3 | 9 | – | – |
| 63,999 | +4 | 10 | – | – |
| 84,999 | +4 | 11 | P-1 | +1 |
| 109,999 | +4 | 12 | P-2 | +1 |
| 119,999 | +4 | 13 | P-3 | +1 |
| 139,999 | +5 | 14 | P-4 | +1 |
| 164,999 | +5 | 15 | P-5 | +2 |
| 194,999 | +5 | 16 | P-6 | +2 |
| 224,999 | +5 | 17 | P-7 | +2 |
| 264,999 | +6 | 18 | P-8 | +2 |
| 304,999 | +6 | 19 | P-9 | +3 |
| 354,999 | +6 | 20 | P-10 | +3 |



BETA TEST COPY NOT FOR DISTRIBUTION

# MERITS and FLAWS

After initial character creation, **two merits and two flaws** will be picked at random.

## MERITS: Roll 1d20 once

1. **Without age. – To be ageless.** Your character has become an ageless immortal. You cannot age but you might want to look older for a while and then move. Like the Highlander Duncan Macleod of the clan Macleod. This doesn't mean you can't be killed. **(Constitution and Strength does not decline with age.)**

2. **Artificer –** You are a master of your chosen craft. Like a glass blower, craft beer brewer, or artist abilities. These craft abilities may come in handy during an adventure. **(Crafting INT +3).**

3. **Keenly self-disciplined –** Your character is a stoic figure and is accustomed to living a spartan lifestyle. Living with less of everything, less water, less food, less human interaction has made your mind hardened to such solitude. Therefore, your character gains an advantage on the applicable attribute test by a +1. **(Wisdom, Constitution, Intelligence tests +1)**

4. **Comeliness –** Whether your Charisma is average or high, your character has masted the art of attraction, by cosmetics or other means your character gains a **+2 to Charisma test in addition to your other bonus.'**

5. **Savage –** Your character has the looks of a fearsome savage. Once per week your character can use this to your advantage on **Persuasion, Diplomacy, Intimidation CHArisma Tests +2 with the other normal bonus.'**

6. **Heroic –** Your character **once per week** and at the time of need, **can negate any ill effects of penalties as they relate to CHArisma Tests.**

7. **Favorite of the people. Popular! –** Your character has the ability to make friends and influence others with his or her Bard-like talents. **(+1 for CHArisma Tests)**

8. **Hyper-immunity –** Immune to poison, the common cold, mold spores, and anything that is not supernatural in origin.

52

BETA TEST COPY NOT FOR DISTRIBUTION

9. **Sanctified Representative** – For the (cleric-like characters) that sever a higher power. If during a melee your H.P. goes below 0, you can , once a week revive yourself to aH.P. of 1.

10. **Heavenly discernment – For Cleric or Bard-like characters: Once per week the players may ask a question relative to the situation and the FM/GM will give** otherworldly isight about the situation or information pertaining to the current mission.

11. **Counselor to the King** – In this characters past, they have been involved in something that made them famous with a high level leader in the government. **Once a year, perhaps twice the character may call upon a very high level person or agency to help him or her.**

12. **Exceptional bearing** – Your character has, on occasion, a presence or a type of vibe that you give out to others when you enter a room. **Once a year**, you can use this "presence" yo your advantage regarding a relevant situation. This gives you an additional **+2 to CHArisma tests.**

13. **Fugitive – Once a game** you can call for a favor to collect information that is relevant to the current situation. This is possible due to your connections with the criminal networks within the ConFed's association of planets and their systems. **(+1 to INTelligence tests and CHArisma texts.)**

14. **Idol** – Your character has a good reputation for some reason in your past. **Once a week** you can call upon your reputation to inspire trust in yourself or your network from a person or group that currently doesn't trust you or your friends. **(+3 CHArisma test).**

15. **Innocent – Once a game session,** your character can utilize your "innocence" aura or "presence" to allow yourself to be given a "pass" by law enforcement or other authority figure. **(CHArisma test +2)**

16. **Jack-o-T** – Your character, **once per day, will succeed at a "Crafting Skill"** making something simple but needed for a specific reason.

17. **Legendary Bloodline** – Because of your family heritage and bloodline, your character has a **unique knowledge and expertise in a CHOSEN AREA OF KNOWLEDGE** because of family history, once a game session your character can access this knowledge to you benefit in a related subject. **(Areas of expertise: Politics, Military Tactics and**



BETA TEST COPY NOT FOR DISTRIBUTION



History, &c.). This knowledge can place this character in a choice political position, military command, or similar.

18. **Hometown Hero** – Because of your renown as an advocate of your home town or a region that you have protected, any local person will recognize you and willingly lend aid – at no cost– to you and your friends.

19. **Lucky** – Once per game session, you can call upon your luck to change a situation or event in your favor.

20. **Observant** – Despite a failed perception roll, once per game session your character can notice what others have not; an important pice of information that will change the course of the investigation.

# FLAWS: Roll a 1d10 two times on this table. Don't duplicate.

1. **Addiction** – Your character has a (gambling, drug, or an addiction of your choice.) This addiction or obsession will pop up at an inconvenient time



2. **Easily distracted** – At the worst time and during a game session **once per session,** your character will become **distracted at the worst time** upon **failing an INTelligence test.**

3. **Noticeable Deformity** – Your character has a very noticeable deformity that actually drops their CHArisma test by -2 on any CHArisma related tests.

4. **Unhealthy Compulsion** – Your character has a compulsion to do a certain task over and over to the point that it becomes distracting or gets in the way of doing your job. Upon a WISdom test failure, your character will do this task that will take one melee round.

5. **Socially inept** – Your character is new to the social scene and is very awkward towards the opposite sex. This will become evident when they least expect it. GM will inform the character of the time.

6. **Phobias** – Your character has been suffering from phobias. These fears crop up at the worst times.

7. **Greed** – Your character is greedy and makes no bones about it. Your character can be bought for the rite price. You will accept bribes at will.

5⁴.

BETA TEST COPY NOT FOR DISTRIBUTION

8. **Coward –** Your character is a coward and will turn tail, disappear when least expecting it.

9. **Short winded –** Your characters suffers from asthma and can't run fast for very long without needing a rescue inhaler.

10. **Pacifist –** Your character is against violence in any form. They will not carry a weapon and won't fight for any reason.



# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.



Exhibit K
Page 60 of 244

BETA TEST COPY NOT FOR DISTRIBUTION

# CORE RACES

BETA TEST COPY NOT FOR DISTRIBUTION

## RACIAL TRAITS

The description of each race includes racial traits common to members of that race. The following entries appear among the traits of most races. Each race is described and includes racial traits that are commonplace for members of that group. The following entries define qualities most familiar to their race.

**Ability Score Increase**
Increases in a character's ability scores are allowed for every race.

**Age**
This identifies the age of adulthood for this particular race. Most characters are adults at the start of their adventuring careers.

**Alignment**
Most races have tendencies toward specific alignment proclivities. Most players' characters will tend to be members of a compatible alignment with the majority of the group.

**Size**
Characters of most races are Medium size which is about 4 feet to 8 feet tall.

**Speed**
This is the rate your character can move per turn. Usually, 120 feet when moving fast. 90 feet when walking at a leisurely pace and 60 feet when mapping or being cautious while exploring. NOTE: 120 feet for 1 minute turn will allow a person to march 24 miles in one day.

**Languages**
By race, your character can speak, read, and write certain languages. Most common languages and native languages.

**Subraces**
Subraces include the people created in a laboratory, such as the plant-based people. Other subraces have appeared naturally.

**strophysicist**
Fran Seven Dromer - developed an equation to estimate the number of advanced civilizations likely to exist in the Milky Way galaxy. The Dromer equation has proven to be a durable



BETA TEST COPY NOT FOR DISTRIBUTION

framework for research, and space technology has progressed scientists' knowledge of several variables.

Dromer equation

$$N = S* \times Pp \times Np \times Pl \times Pi \times Pc \times L = A(x)$$

## CORE RACES TYPES 4 TYPES

1. CRYPTO ANIMALS - Human-animal hybrids (see animal hybrid chart)

2. CRYPTO PLANTS (Chlorophytes) – Engineered human-plant hybrids. (see plant hybrid chart)

3. HUMANOIDS - Cyborgs, multars, Grays 2 arms 2 legs bipedal that walks upright.

OTHERS-Creature with no arms or legs with a non-humanoid shape size or appearance

## EXAMPLES OF RACES-

Cyborg(HUMANOID-CLASS) – Human-Bionetics. (The human brain is housed in a cybernetic machine).

Multar (Human Clone)(HUMANOID-CLASS) – Are what's left of the human race Clones start the game with 1D6+2 clones in stasis (exact copies of the character when rolled up ) .

Grays (Zetaians)(HUMANOID-CLASS) – gray-skinned 3-4 ft hairless with large heads Start with Psionic powers.

Greens (Gobs)(HUMANOID-CLASS) -extremely fast .

Reptilians(Draconid)(HUMANOID-CLASS) - Tall scaly humanoids start with Shapechange abilities.

Nordic( Ulfar)(HUMANOID-CLASS) -Tall, blonde, blue-eyed race with exceptional attributes and powers ALL Attributes are in the 13+ range.

BETA TEST COPY NOT FOR DISTRIBUTION

Small samples of hybrid races can be created from the core races

Entomoids (CLASS-CRYPTO ANIMAL) .
Large insect-like intelligent creatures friendly towards humans.
But hate all CRYPTO PLANTS and will attack on sight. STR = 12+, CON = 9+, CHA = 5 to 10.
Ten Charisma is the maximum unless they have an Occupational Skill like Oratory, (Political figure, PARAGON)
Natural Armor Class = 12.

Uryed (CLASS-CRYPTO ANIMAL)
A large mammalian creature resembles a wolverine in the face but with raccoon-like features. STR, CON, DEX.

Yarvon (CLASS-CRYPTO ANIMAL)
The Yarvon have scales on their backs, heads, outer arms, tails, and outer legs.
They are reptilian in appearance.STR, CON

Zaruk (CLASS-CRYPTO ANIMAL)
Bird-like people look like a humanoid but have very different physiology.
DEX

Tekahn(HUMANOID-OTHER)
These beings are mechanized sentient beings. Always following the humanoid paradigm in appearance. AI Androids bleed white blood.
The minimum strength is 13, and the constitution is 13 also.

Aht (CLASS-CRYPTO ANIMAL)
These creatures are bi-pedal and have four arms. Two like a human and two protruding from the upper rear torso with pincers on the ends vice hands. They have chitinous bodies that are rough and sharp. They are quite similar to crabs.

This race has a minimal Strength of 12 and a Constitution starting at 10. Their natural Armor affords them a resistance equal to AC 13.

Autobahn (CLASS-CRYPTO ANIMAL) This creature is a race of brilliant Tiger-like people.

*Molluskoids (non-playable race)* (CLASS-CRYPTO ANIMAL)



BETA TEST COPY NOT FOR DISTRIBUTION

These creatures are related to octopi and are very intelligent but brutish and territorial. They have adapted mechanizations to allow devices designed for humanoids – the dominant species DEX, CON, INT

BETA TEST COPY NOT FOR DISTRIBUTION

# HUMANOID CLASS.

The entire race of the game is the humanoid paradigm. Mammalian usually gives birth to one offspring at a time. Reproduction is by sexual intercourse between a male and female. Gestation is nine months. The group properties section can help the players or GM create a humanoid race, for example, a TLP: 0 race with incredible strength and constitution but the downside to that your character would only be wielding a club and wearing hide armor with not much ability to interact of function in a modern world.

# GROUP PROPERTIES

**TRAITS:** Any

**TLP (Tech Progress Level):**0 - 5

**ABILITY SCORE INCREASE –** Humanoids ability score increase by one.

**AGE –** Humans reach adulthood by the age of 16 to 18 and fully mature by 30.

**ALIGNMENT –** Neutrality is the alignment of choice, but good or evil is harder to achieve.

**MOVEMENT SPEED –** The unencumbered speed of movement is 30 feet per turn.

**LANGUAGES –** Common is read and written by most humans, other languages can be learned at a cost. Dialects can be common.

**SUB-RACES –** No naturally occurring sub-race exists.

**GENDER:** Male / Female

**SKILL AREAS:** All depending on TLP

**MILITARY:** Depends on TLP

**TECHNOLOGY:** Primitive to advanced Tech.

**BIO-SOC**

**HIT DICE –** 1D6 to1d10 per level depending on the planet's gravity and environment raised on



BETA TEST COPY NOT FOR DISTRIBUTION

**HIT POINTS** at First Level – 1d? + **CON**stitution Modifiers

## PROFICIENCIES:

**ARMOR** – Generally, all types of armor from basic to advanced is applicable for Humans. Most armor is made to fit humans. Based on the SKILL AREA, Armor Proficiency can be +1 for MILITARY and TECHNOLOGY Skill Area.

**WEAPONS** – Most simple weapons are included due to most citizens of the **UCPS** attending basic military training in their youth as part of their core curriculum. *Not all people are citizens. Only the people who opt for military service become citizens.* Therefore, **Citizens have a +1 added to their proficiencies and a greater variety of weapons to be proficient.**

**SAVING THROWS** – **STR**ength and **CON**stitution.

## STARTING EQUIPMENT:

The following equipment is given to your character plus the additional equipment from the JOB/OCCUPATION and SKILL AREAS.

Personal     Body Armor/Environment Suit (Powered) 100 hours of charges.

Standard     issue pistol (50 Cal.) 1,500-watt H-B 12g Lazer Rifle.

Entrenching  Tool (E-Tool), Hand Axe, Knives.

Breakout     bag containing bedroll, survival gear, mirror, emergency medical kit.

**ARMOR** – All armor types are available to humanoids who are trained to use such armor. Also, advanced technology.

**WEAPONS** – All weapons are available to use as long as they are trained to use them. Starting proficiency with Generic Pistol, Energy weapon Pistol, Shoulder fired energy weapon, and Gyrojet weapons. For example, If a human has graduated from Fleet Marines Corps School of Infantry, they will be proficient in small arms, light weapons, and medium to heavy weapons. Driving skills are also a given. Minor piloting skills at a Level 1 competence.
The former Marine will have an **Occupation** as a Mercenary, a Contract Security Specialist, and &c.

BETA TEST COPY NOT FOR DISTRIBUTION

## HUMANOID PROPERTY TABLE

| LEVEL | PROPERTY | XP | Pro Bonus | Paragon | Pro-bonus |
|---|---|---|---|---|---|
| 1 | | 0 | +1 | | |
| 2 | | 299 | +1 | | |
| 3 | – | 899 | +2 | | |
| 4 | Improve ability score. | 2,699 | +2 | | |
| 5 | 1 extra attack | 6,499 | +2 | | |
| 6 | – | 13,999 | +3 | | |
| 7 | – | 22,999 | +3 | | |
| 8 | Improve ability score. | 33,999 | +3 | | |
| 9 | – | 47,999 | +3 | | |
| 10 | – | 63,999 | +3 | | |
| 11 | May move to PARAGON | 84,999 | +3 | P-1 | +1 |
| 12 | Improve ability score. | 109,999 | +4 | P-2 | +1 |
| 13 | – | 119,999 | +4 | P-3 | +1 |
| 14 | – | 139them99 | +4 | P-4 | +1 |
| 15 | – | 164,999 | +4 | P-5 | +2 |
| 16 | Improve ability score. | 194,999 | +4 | P-6 | +2 |
| 17 | – | 224,999 | +5 | P-7 | +2 |
| 18 | – | 264,999 | +5 | P-8 | +2 |
| 19 | Improve ability score. | 304,999 | +6 | P-9 | +3 |
| 20 | – | 354,999 | +6 | P-10 | +3 |



BETA TEST COPY NOT FOR DISTRIBUTION

# HEIGHT AND WEIGHT FOR HUMANOIDS Roll 1d20

| HUMANOIDS HEIGHT | MALE | FEMALE |
|---|---|---|
| 4′ 8″ | X | 1 |
| 4′ 10″ | X | 2 |
| 5′ | 1 | 3-4 |
| 5′ 2″ | 2-3 | 5-6 |
| 5′ 4″ | 4-5 | 7-8 |
| 5′ 6″ | 6-7 | 9-10 |
| 5′ 8″ | 8-9 | 11-12 |
| 5′ 10″ | 10-11 | 13-14 |
| 6′ | 12-13 | 15 |
| 6′ 2″ | 14-15 | 16 |
| 6′ 4″ | 16-17 | 17 |
| 6′ 6″ | 18 | 18 |
| 6′ 8″ | 19 | 19 |
| 6′ 10″ | 20 | 20 |

BETA TEST COPY NOT FOR DISTRIBUTION

# Core Races Descriptions:

**Crypto Animals Chart-** Can be any number of animals we suggest the GM make up these new races. So a balance of play is established, or with the GM supervision, just a few animals you can turn into hybrids Bear, Koala, Lion, Snake, Lemur, Fox, Fish, Iguana, Frog, Elephant, Chicken, Baboon, Cow, Rat, Mule, Tiger, Eagle, Crab, Bison, Ant, Duck, Sheep, Wolf, Dog, Cat, Donkey,  Horse, Monkey these are a small example of animals that can be used. Remember, if making a hybrid fish race to co-exist in an ordinary world's your character would need a Suit to allow oxygenated water to circulate, so remember there are pros and cons to all races.  We suggest you give no more than a cumulative of +____ on attributes. With maximum feats ___ and a maximum special ability___.

**Crypto Plant Chart**

**Chlorophytes –** The result of plants and human genetic material being spliced together to form an intelligent plant creature that can walk about like a human. These creatures have the basic humanoid look, i.e., ahead with a torso, two arms, and two legs. Some have four arms and four legs. These creatures need water and sunlight to survive. They also require carbon dioxide to be healthy. Can be any number of plants we suggest the GM make up these new races. So a balance of play is established, or with the GM supervision. Just a few plants you can turn into alien hybrids Wildflower, Thistle, Flower, Herb, Mushroom, Weed, Fern, Cattail, Reed, Bamboo, Ivy, Shrub, Moss, Grass, Palmtree, Bush, Corn, Tree these are small examples of plants that can be used. Remember, certain plants will have disadvantages if making a hybrid plant race. Most terra plants need water and sunlight, so please add those factors into the plant race's creation.
We suggest you give no more than a cumulative of +____ on attributes. With maximum feats __ and maximum special abilities__.



BETA TEST COPY NOT FOR DISTRIBUTION

# D'ARELIT \di-,ar'ə, let\   NICKNAME:(_____)

(CLASS-OTHER) HOMEWORLD, HAYMATH System, L1254b-17  **TPL-4**

## UNKNOWN GROUP PROPERTIES:

**DESCRIPTION:**
**SKILLS:** Choose 2 from General Skill List

Strength – (1d4+12)       Dexterity – (1d8+8)

Intelligence – (1d6+4)     Constitution – (1d8+15)

Wisdom – (1d6+10)        Charisma – (1d4+6)

**D'Arelits** are short, rubbery aliens with no internal or external skeletal frames or solid body parts. Their skin is an elastic-like membranous thick tissue that is hydrophilic at times. The surface of their "skin" has a rough texture and is very stiff. It has a natural Armor Class Rating of 11 or 12, depending on the environment. Sometimes they are transparent, and at other times they appear gray.

**APPENDAGES:** These creatures don't have traditional arms or legs, but they can form appendages that can do the job. They do this by using a pseudopod similar to single-celled organisms like amoebas.

**INTERNAL ANATOMY:** When the creature is translucent, its internals can be seen with our eyes. The primary " brain " analog is a large nervous bundle that floats near the center of the mass. Scientists have determined that the entire body's nervous tissue can think. It has stereo vision provided by two dark nerve bundles located anywhere the creature likes. Two optical orbs are connected to the visual bundles by nerve endings. A large nucleus mass floats among the other bodies. Respiration is via a gas exchange performed by the outer membranous tissue. Drinking fluids is via absorption through the "skin" membrane.

**NOTE:** This race is very similar to an extinct race _____that lived over one thousand years ago.

**REPRODUCTION:** This race reproduces by budding. A small lump will form, and the area will swell with nerve bundles. Kind-of mitosis can be seen actively changing. During metaphase, their DNA and chromosomes duplicate and split until a new organism is formed and simply pop's off; the host. **D'Arelits may only replicate once every 7 years.**

68

BETA TEST COPY NOT FOR DISTRIBUTION

**Gender:** Reproduce asexually by budding.

**SIZE:** The creature stands or pools at the height of 1.5 meters tall and 0.5 to 1.0 meters in circumference. Weight is approximately 65 kilos to 70 kilos. These creatures are considered

**MEDIUM** size.

**SOCIAL INTERACTION:** These creatures become philosophical in large groups and have a very dry sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. They prefer a single one-to-one friendship. They are very loyal to their friends.
**LANGUAGES/COMMUNICATION:** The D'Arelits speak via a "voice box" attached to their bodies. The "box" communicates with the creature's mind by an electrical signal. A small single-board computer interpreted the mental information and translated it into a common language. The "box" emits speech sounds at varying degrees of decibels, from an exceedingly soft whisper to very loud. These creatures can speak any language that they have programmed in the "vox box."

Because of the D'Arelit's mental prowess (INT minimum of 16), they are adept at detecting deception 75% of the time.

**AGE:** D'Arelits live to be venerable; they do not appear to die of old age or to age at all.

**Ability Score Increase.** Your ability scores each increase by 1.

**Age.** Humans reach adulthood in their late teens and live less than a century.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG are the common alignments.

**Speed.** Your base walking speed is 30 feet per turn. 1 turn is 10 minutes.

**SKIN –** Their skin is quite supple to the touch. Very soft, but can become course and tuff. The normal blueish transparent coloring can change at will, becoming gray and opaque.



BETA TEST COPY NOT FOR DISTRIBUTION

## D'Arelits ADVANCEMENT TABLE

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|-------|----------|---------|-----------------|-----------|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

70

BETA TEST COPY NOT FOR DISTRIBUTION

# UR'YED \ \(Ær yed) NICKNAME:(_____)

(CLASS-CRYPTO ANIMAL) HOMEWORLD, TITUS System, D2354b-9 **TPL-4**
## ANIMAL GROUP PROPERTIES:

**DESCRIPTION:**

**SKILLS:** Choose 2 from athletics, Intimidation, Nature, Perception, and Survival.

**SAVING THROW –** Strength, Constitution

Strength – (1d8+10)          Dexterity – (2d8+8)

Intelligence – (2d6+6)       Constitution – (2d8+8)

Wisdom – (1d8+10)         Charisma – (2d6+6)

**Ur'yed** creatures look like an Earth "robust raccoon." The face resembles an O'possum with light, close-cut facial hair, elongated snout, and dark almond-shaped eyes. They are naturally muscular and powerful. They have a human-like torso like a *Capra-hircus (Caprinae)*. The total creature is a humanoid/goat-antelope hybrid with raccoon-like features, small yet firm hands, and a competent climber.

**APPENDAGES:** These creatures have long muscular arms and sturdy antelope-shaped legs but with feet like a rabbit.

**INTERNAL ANATOMY:**

**NOTE:** This race is similar to an extinct race that lived over one thousand years ago.

**REPRODUCTION:** These creatures are mammals and have 4 to 5 young litter.

**GENDER: Male +1 Con / Female +1 Str**

**SIZE:** The creature stands or pools at the height of 1.2 meters tall and 0.5 meters in circumference. Weight is approximately 55 kilos to 70 kilos. These creatures are considered

**SMALL** to **MEDIUM** size.



BETA TEST COPY NOT FOR DISTRIBUTION

**SOCIAL INTERACTION:** These creatures become philosophical in large groups and have an arid sense of humor. They prefer to live in small groups of three or four and don't mate for life because they have no concept of sex. They are genuinely non-binary. (Not socially non-binary) Although this doesn't happen very often, they can become attached or fond of humanoids. Preferring a single one-to-one friendship. They are very loyal to their friends.

**LANGUAGES/COMMUNICATION:** Ur'yed speaks common and their native language. If they want to speak another language, they must hire a teacher for 25 D/Cr per hour and must spend 100 hours in study. Or, they can use a Hypnohelmet for 100 hours at the same price. BARBARIAN ATTRIBUTES  Ur'yed is a species naturally close to a Barbarian Class of adventurer. Therefore, they have some of the abilities of the Barbarian Class.

All Ur'yed fight with a passion and at times become so enraged as to become a crazed battle berserker. A kind of primal instinct to fight with all of their mind and soul.
During or at the beginning of the battle and on their turn, and before initiative is rolled, the player character can move a Will Resistance roll (AR 15) to enter into a rage. **The following are true when raging:**

The character gets an advantage on STRength checks and Saving Throws. During the melee, the player character can make a weapons attack using STRength and get a bonus added to the damage roll. This bonus increases by one as your character gains levels of experience. This is shown on the Ur'yed Rage Damage column advancement table.

The RAGE will only last for one minute. The RAGE only subsides early if your character is knocked unconscious or your turn ends.

Once the number of rage sessions has been completed, the character must rest for an hour before another RAGE can commence.

**Ability Score Increase.** The DEXterity score increases by 2.

**Age.** These creatures reach adulthood in three years.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG are the common alignments.

**Speed.** The base walking speed is 30 feet per turn. 1 turn is 10 minutes.

72.

BETA TEST COPY NOT FOR DISTRIBUTION

These creatures are naturally immune to almost all diseases (bacteriological and viral) that regular humans often succumb to.

They usually eat the most rancid food.

They are also naturally resistant to radiation. A specialized organ absorbs radiation and expels the radioactive waste via the highly resistant colon.  Most poison does not affect these creatures. Nearly all types of venom have no effect.

The fur that they have varies in color and pattern. The parts of the body that have hair are mostly posterior. The innermost arms and legs, the anterior chest is bare. The skin color is blotchy and dark with light patched. The furry tail also.

Female Ur'yed is slightly shorter than the male and has four breast's that increase in size by 50 to 75% when lactating. A typical litter is 1 to 4 young. They grow very fast and achieve adulthood in three years.  Ur'yed has the fantastic ability to jump long. **They can long jump up to ten feet with ease.**

**Longer jumps can be attempted with an AR of 15.**

## WEAPONLESS RESISTANCE

Although Ur'yed doesn't typically wear armor. Their *AC/AR equals 10+ their DEXterity + CONstitution modifiers. The character entering melee can use a shield and still get this benefit.*

## PERIL DISCERNMENT

Ur'yed has the uncanny ability to discern peril or danger. In practice, the Ur'yed can see or hear an uneasiness or feeling that something is wrong or about to happen. This ability starts at the 2nd level.,

Because of this, the character has an advantage on DEXterity saving throws versus effects that the character can see, for example, traps. This benefit becomes useless when blinded, defended, or incapacitated.

## IMPROVEMENT OF ABILITY SCORES

When your character attains the 4th level,  8th, 12th, 16th, and 19th level, they may increase one ability score of their choice by 2, or you can increase two ability scores of your choice by 1. As expected, you can't increase an ability score above 20 using this feature.



BETA TEST COPY NOT FOR DISTRIBUTION

## UR'YED ADVANCEMENT TABLE

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|---|---|---|---|---|
| 1 | Rage, weaponless defense | 2 | +1 | +1 |
| 2 | Rage, Peril discernment | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | – | 6 | +5 | +6 |

74

BETA TEST COPY NOT FOR DISTRIBUTION

# ENTOMOID        NICKNAME:(_____)

(CLASS-CRYPTO ANIMAL)  HOMEWORLD, TITUS System, D2354b-9 **TPL-4**

# INCSECTOID GROUP PROPERTIES:

**DESCRIPTION:**

**SAVING THROW –** Dexterity, Constitution

**SKILLS:** Choose three General Skill List

**PSIONIC ABILITY POINTS:** 200

Strength – (1d6+15)        Dexterity – (1d4+14)

Intelligence – (1d8+10)       Constitution – (1d4+18)

Wisdom – (1d6+12)        Charisma – (1d4+4)

Entomoides look like humanoid insects. They adhere to the humanoid paradigm of one head, torso, two arms, and four legs. They also have a short tail that contains a poisonous spike. Their arms are very similar to a human but have a hard outer shell. The hands have three phalanges and one thumb-like finger, and the thumb allows for additional dexterity. The shoulders have a greater than 180-degree range of motion. They can easily touch the center of their own back.

**SIGHT:** The head is above the shoulders and contains two large eyes that allow stereo vision. The highly adapted visual acuity is due to their compound eyes containing up to 10,000 ommatidia. A small area at the front called the fovea has a greater visual sense than the rest of the eye. This area produces the high resolution necessary to examine potential targets. Their peripheral vision allows for perceiving motion; when a moving object is noticed, the head is rapidly rotated to bring the target into the visual field. The eyes are widely spaced and laterally situated, affording a binocular field of vision and precise stereoscopic vision at close range.

The eyes have a hard, transparent outer shell for protection. The mouth has four mandibles for eating.

**APPENDAGES:** The arms are described above. The legs are very long and very strong. The E'moids are fast runners but are not great jumpers. They have four legs.

**INTERNAL ANATOMY:** Heart, lungs, &c.

**NOTE:** BASE INTELLIGENCE is 12. Base Wisdom is 12.



BETA TEST COPY NOT FOR DISTRIBUTION

**REPRODUCTION: Parthenogenesis is a natural form of asexual reproduction in which the growth and development of embryos occur without fertilization by sperm.**

**GENDER: Male +1 Str +1 CON / Female +1 all attributes (NPC ONLY) Queen on that colony.**

**SIZE: 5′ to 7′ tall.**

**SOCIAL INTERACTION:** E'moids are loyal to family and friends. They work hard and have a sensible attitude towards life. Their entire society is focused on many competitive goals. Most are engaged in profitable family-owned companies; in fact, those employed by other E'moids feel like part of a greater family unit.

**NOTE:** E'moids are capitalists and run some of the most important Pan-Galactic companies. They also have a large stake in trade houses.

**LANGUAGES/COMMUNICATION:** These intelligent creatures communicate via a series of clicks, whistles, and low bass tones from their throat and mandibles. When speaking with humans, they use a translator that hangs around their necks. The E'moid language is challenging for humans to master, but a few have mastered the rudimentary clicks and whistles. Translators for humans exist as well.

**THIEF/ROGUE ATTRIBUTES** E'moids lifestyle and habits mesh well with the Bard Class.

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** These creatures live to be 200 years old. Reach adulthood in 5 years. Reproduce via egg sack.

**Alignment.** These creatures tend to be good-natured. LG, NG, CG, and N are the common alignments.

**Speed.** The base walking speed is 60 feet per turn. 1 turn is 10 minutes.

**JACK - O - T:** At the second level, your character can add ½ proficiency bonus (rounded down) to any ability check that doesn't include your Pro Bonus.

**PSIONICS:** These creatures have a natural ability to use Psionics. This creature has 200 Psionics Ability Points. To use a Psionic Talent, the character must use some of their points. If they run out of points, they must wait for them to replenish. **SEE PSIONCSE'MOID**

*76*

BETA TEST COPY NOT FOR DISTRIBUTION

## ADVANCEMENT TABLE

| LEVEL | PROPERTIES | PRO BONUS | PSIONICS/PSYCHIC |
|---|---|---|---|
| 1 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 2 | Jack - o - T | +1 | – |
| 3 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 4 | Improve ability score | +1 | – |
| 5 | | +2 | GEAS (Point cost = 100) |
| 6 | | +2 | Roll 1d6 for Talent 1 Defense & Attack |
| 7 | | +2 | – |
| 8 | Improve ability score | +2 | FEEBLEMIND (Point cost = 125) |
| 9 | | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 10 | | +3 | THOUGHT SHIELD (Point cost = 150) |
| 11 | May move to PARAGON | +3 | – |
| 12 | Improve ability score | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 13 | | +4 | – |
| 14 | | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 15 | | +4 | – |
| 16 | Improve ability score | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 17 | | +5 | All six Attack and Defense are allowed |



BETA TEST COPY NOT FOR DISTRIBUTION

| 18 | | +5 | All six Attack and Defense are allowed |
|----|-----------------------|-----|----------------------------------------|
| 19 | | +5 | All six Attack and Defense are allowed |
| 20 | Improve ability score | +5 | All six Attack and Defense are allowed |

78

Exhibit K
Page 81 of 244

BETA TEST COPY NOT FOR DISTRIBUTION

# Cyborgs- NICKNAME:(  Bionic  )

## AUTOMATOID GROUP PROPERTIES:

HOMEWORLD Various,                    TPL-4

**SKILLS:** Choose 2 from the General Skill List

Strength – (1d6+15)        Dexterity – (1d4+14)

Intelligence – (1d8+10)     Constitution – (1d4+18)

Wisdom – (1d6+12)         Charisma – (1d12+4)

Looks   –   (1d6+6)

**DESCRIPTION:**  These creatures culminate in human and technology interaction and integration to create the ultimate trans-human creature. The percentage of mechanization can vary, but this endeavor's apex is 90% machine and 10% biology. This is observed as a fully mechanized body with infrastructure to support the humanoid brain and nervous tissue biology. Yes, a person with a total replacement body can still eat food to support the living tissue. A micro-fission reactor with enough fuel powers this machine body for 100 years. The biology infrastructure has enhancements to keep the humanoid brain constantly rejuvenating for an almost limitless life span. The oldest Bionetic citizen was 800 years old when they expired.

**HIT DIE** is d10, **HIT POINTS** = 10 + CONSTITUTION

**SAVING THROW –** +3 All Saves

**Background Information:**

**SIGHT:** Infrared, Thermal, Night vision

**APPENDAGES:** Two arms, Two Legs, Torso, One Head

**INTERNAL ANATOMY:** "Cyborg" is not the same thing as robots or androids; it applies to an organism that has restored function or enhanced abilities due to the integration of some artificial component or technology that relies on some sort of feedback. While cyborgs are commonly thought of as mammals, including humans, they might also conceivably be any kind of organism.



BETA TEST COPY NOT FOR DISTRIBUTION

**NOTE:**

**REPRODUCTION:** N/A

**GENDER:** Male / Female Appearances only nonfertile sterile organisms. No Bonuses

**SIZE:** 5 ft- 6 ft ave.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** All Available voice

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** 200-750

**Alignment.** Any

**Speed.**

| LEVEL | PROPERTY | # RAGES | DAMAGE PER RAGE | Pro Bonus |
|-------|----------|---------|-----------------|-----------|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |

*80*

BETA TEST COPY NOT FOR DISTRIBUTION

| 11 | May move to PARAGON | 4 | +3 | +3 |
|----|---------------------|---|----|----|
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | - | 4 | +3 | +4 |
| 14 | - | 4 | +3 | +4 |
| 15 | - | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | - | 5 | +4 | +5 |
| 18 | - | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | +6 |
| 20 | - | 6 | +5 | +6 |



BETA TEST COPY NOT FOR DISTRIBUTION

# Multar- NICKNAME:(___Clones___)

**HOMEWORLD, Earth  TPL-4**

**SKILLS:** Choose 2 Skils from the General Skill List

Strength – (2d6+6)          Dexterity – (2d6+6)

Intelligence – (1d8+10)    Constitution – (2d6+6)

Wisdom – (1d8+10)          Charisma – (2d6+6)

## CLONE GROUP PROPERTIES:

**DESCRIPTION:**
These creatures are simply exact replications of the original organism. Mostly called clones, these creatures live an average life span of the cloned organism. The replacement is reared and educated by the one to be replaced. Suppose used in an intended way. Human DNA is the most adaptable to being cloned; if playing a Multar Human, you will start the game with 1D6+2 clones. All other races may only have 1 clone but never at the start of the game.

**HIT DIE is d8, HIT POINTS = 8 + CONSTITUTION**

**SAVING THROW –** Dexterity, Constitution

**Background Information:**

All humanity has clones since the great wars; there are a lot fewer humans on its home planet earth. When playing a Multar, when your character dies, you will be able to bring your next clone out of stasis with all memories and experiences the prior clone had if it could backup memories. All of Multar's names follow this format: John One Smith, John Two Smith, and so on.  Multars have no limits on how many clones can be produced except status and money available to the character.

**SIGHT:** Normal vision

**APPENDAGES:** Two arms, Two Legs, Torso, One Head



**INTERNAL ANATOMY:** As per Human

BETA TEST COPY NOT FOR DISTRIBUTION

**NOTE:** Multars are genetically bred to be addicted to Sub-D

**REPRODUCTION:** Male/ Female copulation live birth 7 months gestation

**GENDER: Male /Female no bonuses**

**SIZE: 5Ft-6Ft ave.**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** English/

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-120 per clone*

**Alignment.** Any

**Speed.** *40*



BETA TEST COPY NOT FOR DISTRIBUTION

## MULTAR ADVANCEMENT TABLE

| LEVEL | PROPERTY | | | Pro Bonus |
|---|---|---|---|---|
| 1 | | 2 | +1 | +1 |
| 2 | | 2 | +1 | +1 |
| 3 | – | 2 | +1 | +2 |
| 4 | Improve ability score. | 3 | +2 | +2 |
| 5 | 1 extra attack | 3 | +2 | +2 |
| 6 | – | 3 | +2 | +3 |
| 7 | – | 3 | +2 | +3 |
| 8 | Improve ability score. | 3 | +2 | +3 |
| 9 | – | 3 | +2 | +3 |
| 10 | – | 4 | +2 | +3 |
| 11 | May move to PARAGON | 4 | +3 | +3 |
| 12 | Improve ability score. | 4 | +3 | +4 |
| 13 | – | 4 | +3 | +4 |
| 14 | – | 4 | +3 | +4 |
| 15 | – | 4 | +3 | +4 |
| 16 | Improve ability score. | 5 | +4 | +4 |
| 17 | – | 5 | +4 | +5 |
| 18 | – | 5 | +4 | +5 |
| 19 | Improve ability score. | 6 | +4 | .+6 |
| 20 | – | 6 | +5 | +6 |



BETA TEST COPY NOT FOR DISTRIBUTION

# Zetaians- NICKNAME:(___GRAYS___)

HOMEWORLD, Zeta Primus  J8273d-6   **TPL-5**

**SKILLS:** Choose 3 from the General Skill List

Strength – (1d6+6)          Dexterity – (1d10+5)

Intelligence – (2d6+10)      Constitution – (1d10+5)

Wisdom – (2d6+12)           Charisma – (2d6+6)

## ZETA-HUMANOID GROUP PROPERTIES:

**DESCRIPTION:**These gray-skinned thin humanoids are very intelligent but very weak in all other attributes. This weakness is defined as Physical attributes less than 10. The advantage that the Grays have is Psionics. These creatures max out in Psionics and wear powered EV-Sutes. Natural AC = 10,

**HIT DIE** is D4, **HIT POINTS** = 4+CONSTITUTION

**SAVING THROW – DEX**

**Psionics:** Start with Telepathy  Gain a new Discipline every 3 levels.

**Background Information:** Grays are the superior tech race of the universe. They feel superior to all other races. This shows that in any interaction with non-Grays almost all of the advanced tech used by all TPL-4 is knowledge given or bought from the grays. Other than their advanced TPL, their main source of revenue is cloning. They have whole planets set up to clone the human genome for the Reptilians-(Draconid); see Background of reptilians.

**SIGHT:**

**APPENDAGES:**

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**



BETA TEST COPY NOT FOR DISTRIBUTION

**GENDER:**
Sequential hermaphroditism male to female (**protandry**), female to male (**protogyny**) when a Male Zetaian +1 Dex when a female +1 Con.

**SIZE: 4ft-6Ft**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

Nonverbal communications understand all languages via telepathy
**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th, your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.120-180**

**Alignment.Any**

**Speed.15 to 30'**



BETA TEST COPY NOT FOR DISTRIBUTION

## Zetaians ADVANCEMENT TABLE

| LEVEL | PROPERTY | PRO BONUS | PSIONICS/PSYCHIC |
|-------|----------|-----------|------------------|
| 1 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 2 | Jack - o - T | +1 | – |
| 3 | | +1 | Roll 1d6 for Talent 1 Defense & Attack |
| 4 | Improve ability score | +1 | – |
| 5 | | +2 | GEAS (Point cost = 100) |
| 6 | | +2 | Roll 1d6 for Talent 1 Defense & Attack |
| 7 | | +2 | – |
| 8 | Improve ability score | +2 | FEEBLEMIND (Point cost = 125) |
| 9 | | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 10 | | +3 | THOUGHT SHIELD (Point cost = 150) |
| 11 | May move to PARAGON | +3 | – |
| 12 | Improve ability score | +3 | Roll 1d6 for Talent 1 Defense & Attack |
| 13 | | +4 | – |
| 14 | | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 15 | | +4 | – |
| 16 | Improve ability score | +4 | Roll 1d6 for Talent 1 Defense & Attack |
| 17 | | +5 | All six Attack and Defense are allowed |



BETA TEST COPY NOT FOR DISTRIBUTION

| 18 | | +5 | All six Attack and Defense are allowed |
|----|----|----|----|
| 19 | | +5 | All six Attack and Defense are allowed |
| 20 | Improve ability score | +5 | All six Attack and Defense are allowed |

BETA TEST COPY NOT FOR DISTRIBUTION

# Greens

NICKNAME:(___GOBS___)
HOMEWORLD, MARS **TPL-4**

## GREEN-HUMANOID GROUP PROPERTIES:

**SKILLS:** Choose 2 from the General Skill List

Strength – (2d6+6)   Dexterity – (1d6+14)

Intelligence – (1d8+1) Constitution – (1d4+8)

Wisdom – (1d6+12)  Charisma – (1d4+4)


**DESCRIPTION:** Head almost round, no visible nose but breathes thru mouth and ear canal connections. Ears swept-back extended quite a bit above the crown of the head. Eyes yellow center white rim about 6" apart glowing. Mouth thin line stretching large part of the face. Powerful above waist muscles clearly seen. Below waist thin and spindly almost no shape to legs sticklike. Hands 3" talons webbing between fingers.

**HIT DIE is D6 , HIT POINTS= 6+**CONSTITUTION

**SAVING THROW –** Dexterity,

**Special Abilities:** Lighting Fast added benefits to this ability every 10 levels

**Background Information:**

**SIGHT:** Low light, Infrared spectrum, Thermal spectrum unexpected bright light may blind greens if proper save isn't made.

**APPENDAGES:** Head, two arms, two legs

**INTERNAL ANATOMY:**

**GENDER:** Male+1 Str /Female +1Dex

**NOTE:**



BETA TEST COPY NOT FOR DISTRIBUTION

**REPRODUCTION:**
Monotremes are mammals that reproduce by laying eggs. Monotreme eggs are retained for some time within the mother and receive nutrients directly from her, generally hatching within 10 days after being laid

**SIZE:** 2.5ft-3.5ft

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**
**Ability Score Increase:**
At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** *80-100*

**Alignment.** Any

**Speed.** 15 to 30'

BETA TEST COPY NOT FOR DISTRIBUTION

### *Greens* ADVANCEMENT TABLE

| LEVEL | FEATURE | Speed | AC Bonus | Pro Bonus |
|:---:|:---|:---:|:---:|:---:|
| 1 | Super Speed, | 1 | +2 | +1 |
| 2 | | 1 | +2 | +1 |
| 3 | – | 1 | +2 | +2 |
| 4 | Improve ability score by one. | 1 | +2 | +2 |
| 5 | 1 extra attack | 1 | +2 | +2 |
| 6 | – | 1 | +3 | +3 |
| 7 | – | 1 | +3 | +3 |
| 8 | Improve ability score. | 2 | +3 | +3 |
| 9 | – | 2 | +3 | +3 |
| 10 | Lighting Speed, | 2 | +3 | +3 |
| 11 | May move to PARAGON | 2 | +3 | +3 |
| 12 | Improve ability score. | 2 | +3 | +4 |
| 13 | – | 3 | +4 | +4 |
| 14 | – | 3 | +4 | +4 |
| 15 | – | 3 | +4 | +4 |
| 16 | Improve ability score. | 4 | +4 | +4 |
| 17 | – | 4 | +4 | +5 |
| 18 | – | 4 | +5 | +5 |
| 19 | Improve ability score. | | +5 | +6 |
| 20 | Blurr Speed, | 6 | +5 | +6 |



BETA TEST COPY NOT FOR DISTRIBUTION

# Reptilians- NICKNAME: (__Draconid__)

HOMEWORLD,Thuban  H3623e-3  **TPL-4**

## REPTILIAN GROUP PROPERTIES:

**SKILLS:** Choose 2 from  (Animal Handling, Athletics, Intimidation, Nature, Perception, and Survival)

Strength – (1d6+15)          Dexterity – (1d4+14)

Intelligence – (1d8+10)      Constitution – (1d4+18)

Wisdom – (1d6+12)           Charisma – (1d4+4)
**DESCRIPTION:** Tall scaly humanoids.
**HIT DIE** is d12, **HIT POINTS** = 12 + Constitution at level 1.

**SAVING THROW – STR, CON**

**Background Information:** Reptilians are warriors who believe that the strong shall survive. They may have a TPL-4 but tend to hang on to many ancient traditions and customs. When a Draconid reaches the age of 15 he must pass a trial by a fire ceremony. Whereas if he fails. He dies. The Draconid main source of revenue other than conquering planets and enslaving the weak. They Mine planets for 3 of the most valued minerals in the galaxy **Maranium, Sparanium, and Lithoanium** used in the construction of ships and weapons in which they sell this ore to the  Ulfar (Nordic) for weapons armor and ship manufacturing. Reptilians use vast armies of clones purchased from the grays as slave labor for these mining colonizes.

**Special Abilities:** Shapechange Gains added benefits to this ability every 10 levels.

**FIGHTING SPIRIT.** Because of their warrior upbringing, these creatures possess the Fighting Spirit, which gives them advantages in combat (hand-to-hand.)

**SIGHT:** Infravision at 60 feet and 20/15 visual acuity.

**APPENDAGES:** Head, 2 Arms, Legs, scales, Tail

**INTERNAL ANATOMY:** Reptilians have three-chamber hearts that can act as four-chamber hearts during contraction. The reptilian heart has a partial septum between the ventricles. This allows better separation of oxygenated and deoxygenated blood.

BETA TEST COPY NOT FOR DISTRIBUTION

**NOTE:** Reptilians have a Specialized, chemically sensitive organ, called Jacobson's organ, located in the roof of their mouths. They can detect the presence of chemicals in their surroundings by flicking their tongues out and in rapidly, pressing the tongue against the organ with each retraction.

**REPRODUCTION:** Eggs internal 3-6 Gestation 30-60 Days.

**GENDER:** Male +1Wis +1Str  / Female +1 Con +1Chr

**SIZE:** Normal Reptilians 6 to 8 feet tall, Elder Reptilians 7 to 10 feet tall

**MOVEMENT SPEED.** This rate is about the same as the average human (30 feet), but they can run at 2 times the rate. (60 feet.) These creatures can also jump twice the distance as a normal human. Males can long jump 15 meters, and females can long jump 10 meters.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** Common and Draconian.

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** The average life span is 100-200 years; most never live this long due to their warrior acts. They mature at the same rate as humans.

**Alignment.**   These creatures look evil but have the same tendencies as humans to be evil or good. Not all of these creatures are considered ugly or beautiful. The average CHArisma is between 8 and 11. **LOOKS** are in the same range.

BETA TEST COPY NOT FOR DISTRIBUTION

**Resistance to heat up to 50 degrees Celsius or 122 degrees Fahrenheit.**

### REPTILIANS ADVANCEMENT TABLE

| LEVEL | PROPERTY | SPIRIT | DAMAGE | Pro Bonus |
|---|---|---|---|---|
| 1 | Rage, weaponless defense,Shapechange | 1 | +2 | +1 |
| 2 | Rage, Peril discernment | 1 | +2 | +1 |
| 3 | - | 1 | +2 | +2 |
| 4 | Improve ability score by one. | 1 | +2 | +2 |
| 5 | 1 extra attack | 1 | +2 | +2 |
| 6 | - | 1 | +3 | +3 |
| 7 | - | 1 | +3 | +3 |
| 8 | Improve ability score. | 2 | +3 | +3 |
| 9 | - | 2 | +3 | +3 |
| 10 | Advanced Shape Change | 2 | +3 | +3 |
| 11 | May move to PARAGON | 2 | +3 | +3 |
| 12 | Improve ability score. | 2 | +3 | +4 |
| 13 | - | 3 | +4 | +4 |
| 14 | - | 3 | +4 | +4 |
| 15 | - | 3 | +4 | +4 |
| 16 | Improve ability score. | 4 | +4 | +4 |
| 17 | - | 4 | +4 | +5 |
| 18 | - | 4 | +5 | +5 |
| 19 | Improve ability score. | | +5 | +6 |
| 20 | True Change shape | 6 | +5 | +6 |



BETA TEST COPY NOT FOR DISTRIBUTION

# Ulfar- NICKNAME:(  Nordic  )

HOMEWORLD, *Ásgarðr*  M9120Z-1 **TPL-5**

## ASGAROR-HUMANOID GROUP PROPERTIES:

**SKILLS:** Choose 3 from (History, Insight, Medicine, Persuasion, and Religion)

Strength – (2d6+15)          Dexterity – (2d4+14)

Intelligence – (2d8+10)     Constitution – (2d4+18)

Wisdom – (2d6+12)          Charisma – (3d6+4)

**DESCRIPTION:**

Tall and pale human-like creatures. They all have blond hair and blue eyes. ALL mental attributes are in the 13+ range. The physical stats are 8 to 10, with 10 being a maximum for **STR**ength. **DEX**terity is a minimum of 9 and a maximum of 11. **CON**stitution minimum is 7 and a maximum of 10.

**HIT DIE** is D10 , **HIT POINTS** = 10 + 8 + Constitution at level one.

**SAVING THROW –** Wisdom, Charisma

**Background Information:**

**SIGHT:** Normal vision.

**PSIONICS:** These humanoids naturally possess Psionics with a naturally occurring ability points score of 250.

**APPENDAGES:** Head, Two arms, and two legs.

**INTERNAL ANATOMY: Human Anatomy minus**

**NOTE:**

**REPRODUCTION:** Artificial, sexless procreation.

**GENDER:** Male +1Str +1 Con  / Female +1 INT +1Wis



BETA TEST COPY NOT FOR DISTRIBUTION

**SIZE:** Humanoid in size but taller. Medium to large. 6' to 8' tall.

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:**
At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** 300-600 years ave

**Alignment.** All alignments are available.

**Speed.** 30

## ULFAR ADVANCEMENT TABLE

| LEVEL | PROPERTY | Speed | AC Bonus | Pro Bonus |
|:-----:|----------|:-----:|:--------:|:---------:|
| 1 | Improve ability score. | 1 | +2 | +1 |
| 2 | | 1 | +2 | +1 |
| 3 | Improve ability score. | 1 | +2 | +2 |
| 4 | . | 1 | +2 | +2 |
| 5 | 1 extra attack,Improve ability score. | 1 | +2 | +2 |
| 6 | | 1 | +3 | +3 |
| 7 | Improve ability score. | 1 | +3 | +3 |
| 8 | | 2 | +3 | +3 |
| 9 | Improve ability score. | 2 | +3 | +3 |
| 10 | | 2 | +3 | +3 |
| 11 | May move to PARAGON,Improve ability | 2 | +3 | +3 |



BETA TEST COPY NOT FOR DISTRIBUTION

|    |                             |   |    |    |
|----|-----------------------------|---|----|----|
|    | score.                      |   |    |    |
| 12 |                             | 2 | +3 | +4 |
| 13 | Improve ability score.      | 3 | +4 | +4 |
| 14 |                             | 3 | +4 | +4 |
| 15 | Improve ability score.      | 3 | +4 | +4 |
| 16 |                             | 4 | +4 | +4 |
| 17 | Improve ability score.      | 4 | +4 | +5 |
| 18 | –                           | 4 | +5 | +5 |
| 19 | Improve ability score.      |   | +5 | +6 |
| 20 | Add +5 to all ability scores| 6 | +5 | +6 |

BETA TEST COPY NOT FOR DISTRIBUTION

# OPPOSITION RACES

## ANNUNAKI- NICKNAME:(_____)

HOMEWORLD, Nabu' **TPL 5**

## ANNUNAKI GROUP PROPERTIES:

**SKILLS:** Choose

Strength – (2d6+15)      Dexterity – (2d4+14)

Intelligence – (2d8+10)      Constitution – (2d4+18)

Wisdom – (2d6+12)      Charisma – (3d6+4)

**DESCRIPTION:.**

**HIT DIE** is D12, **HIT POINTS =12+con**

**SAVING THROW –**

**Background Information:** Little is known about this race to accept that they come to civilized space once a millennium. The stories passed down through the centuries have said that they live in a Nabu'.

**SIGHT:** Advanced Unkown

**PSIONICS:** Unkown yes

**APPENDAGES:** Head, Two arms, and two legs.

**INTERNAL ANATOMY:** Unkown

**NOTE:**

**REPRODUCTION:** Unkown

**GENDER:** Unkown

**SIZE: 6'-12'**

**SOCIAL INTERACTION:** Unkown



BETA TEST COPY NOT FOR DISTRIBUTION

**LANGUAGES/COMMUNICATION:** Unkown

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.** Unknown

**Alignment.** Unknown
**Speed.** Unknown

104

BETA TEST COPY NOT FOR DISTRIBUTION

# ZAR'UK (Zăȓ ûk) NICKNAME:(_____)

**HOMEWORLD,**        **TPL:**

# ZAR'UK GROUP PROPERTIES:

**SKILLS:** Choose

Strength – (1d6+15)        Dexterity – (2d6+12)

Intelligence – (1d8+10)    Constitution – (1d8+12)

Wisdom – (1d6+12)        Charisma – (1d12+4)

**DESCRIPTION:.**

**HIT DIE is D, HIT POINTS =**

**SAVING THROW –**

**Background Information: This Primal species** has attributes of avian-like species. Although not an actual bird, this humanoid avian hybrid has some traits of a bird and most traits of a mammal. This taller-than-most being has two strong long arms with vestigial feathers that can fall out but grow back. The hands are more significant than an average human but with longer fingers and talons instead of fingernails. The hands also resemble skin similar to chicken foot skin. Identical to that of scales.

- *They have vestigial feathers that protrude from their arms, forming rudimentary winglets. Not able to fly, these creatures excel at running.*
- The legs of this creature are naturally muscular and powerful, with bird-like feet similar to an Ostrich but longer. The forefoot has four toes with long talons and a fifth toe that juts from the back of the feet, where a human would have the Achilles tendon.
- The average height of the females is seven feet tall. Males are five feet to five feet and six inches.
- The legs take up 1/3rd of the height and kick very hard, doing massive damage with the sharp talons. Digging is also done relatively quickly.
- The facial features are very human-like, with no beak but a small nose and large toothy mouth. The teeth are very sharp and meant for tearing flesh. The eyes are more prominent than humanoids, allowing for incredible night vision. The head can also turn a full 360 degrees— three hundred forty degrees to be exact.
- The ears are small and have a point at the apex of the pinna. (Helix.)



BETA TEST COPY NOT FOR DISTRIBUTION

**SIGHT:**

**PSIONICS:**

**APPENDAGES:** Head, Two arms, and two legs.

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION: Sexual Dimorphism:** The female is 1/3rd taller than the males due to protecting the young. The larger they were, the more fierce they looked. The males needed stealth for hunting small prey.
- These creatures are mammalian, so they give birth to their young, and the mother feeds them via the mammary glands, which they have two. The glands look very much like a human breast and tend to be larger than a typical human woman's breast.
- A typical birth includes two to three young.

**GENDER: Male**

**SIZE:**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:** The native language is Zuk and *Accordian common language.*

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.**
**Speed.**

   NICKNAME:(_____)

HOMEWORLD,              **TPL:**

*106*

BETA TEST COPY NOT FOR DISTRIBUTION

# GROUP PROPERTIES:

**SKILLS:** Choose

Strength – (1d6+15)          Dexterity – (1d4+14)

Intelligence – (1d8+10)      Constitution – (1d4+18)

Wisdom – (1d6+12)           Charisma – (1d4+4)

**DESCRIPTION:.**

**HIT DIE** is D , **HIT POINTS =**

**SAVING THROW –**

**Background Information:**

**SIGHT:** Normal vision.

**PSIONICS:**

**APPENDAGES:** Head, Two arms, and two legs.

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**

**GENDER:**

**SIZE:**

**SOCIAL INTERACTION:**

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.**



BETA TEST COPY NOT FOR DISTRIBUTION

**Speed.**

**Here is a Blank temple we encourage GMs and players to create their own alien races and species.**

_____ ▪ NICKNAME:(_____)

HOMEWORLD_____, TPL_____

_____ **GROUP PROPERTIES:**

**SKILLS:** Choose

| | | | | | |
|---|---|---|---|---|---|
| Strength – | ( | ) | Dexterity – | ( | ) |
| Intelligence – | ( | ) | Constitution – | ( | ) |
| Wisdom – | ( | ) | Charisma – | ( | ) |

**DESCRIPTION:.**

**HIT DIE** is D ___, **HIT POINTS =** _____+_____

**SAVING THROW –**

**Background Information:**

**SIGHT:**

**PSIONICS:**

**APPENDAGES:**

**INTERNAL ANATOMY:**

**NOTE:**

**REPRODUCTION:**

**GENDER:**

**SIZE:**

**SOCIAL INTERACTION:**

*108*

BETA TEST COPY NOT FOR DISTRIBUTION

**LANGUAGES/COMMUNICATION:**

**Ability Score Increase:** At 4th level, and again at 8th, 12th, 16th, and 19th your character can increase one ability score of your choice by 2, or increase two ability scores choice by 1. Your character can't increase an ability score above 20 using this feature.

**Age.**

**Alignment.**

**Speed.**

# STAR FRONTIERS NEW GENESIS

# BETA NOTES



PLAY TESTER NAME _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

*110*

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

112

BETA TEST COPY NOT FOR DISTRIBUTION

# Rolling Stats

## Determine Scores

As a player, the *persona* or *Player Character's* actions depend on the ability scores: **Strength, Dexterity, Constitution, Intelligence, Wisdom,** and **Charisma.** Each of the scores is the number recorded on the character sheet. The rolled initial numbers are considered the permanent ability score and cannot be changed but *can be* altered during play.

The **Score Summary table** (below) provides a quick reference for what characteristics are measured by each ability, what races increase which abilities, and what classes consider each ability particularly important.

Roll three six-sided dice to generate the numbers for each ability and sum up the numbers as per method #1. Roll the dice for each ability. If the numbers generated are not acceptable, use a different method, as explained below. Also, the best number can be placed on each ability. After the scores are assigned, the *modifiers must be determined* and noted on the character sheet. *To determine the modifier* without consulting a Table or Chart, *subtract ten from the score and divide that number by 2, rounding down for fractions.*

### *For example:*

*Strength= 17, the modifier is +3. (17-10=7 7/2=3.5 round down=+3)*

**See ABILITY STAT Modification Table on page 25.**



BETA TEST COPY NOT FOR DISTRIBUTION



## Roll the initial stats:

Character stats should be generated using the following approved methods:

**1.Strict Method**
Roll 3d6 for each stat and add the sum of each die for a range of 3 to 18.

**2.Moderate Method**
The Game Master will allow each player to roll all six ability scores deciding which number should be applied to which ability.

**3.Progressive Method**
For each ability, a 4d6 is rolled, and the lowest d6 is dropped. Then the remaining 3d6 is totaled and applied accordingly like method TWO. This method results in higher scores for the stats.

**4.Points Method**
Each ability score is rolled as in method 2, but with this difference, 12 points are applied to the scores as the player desires – not to go over the maximum score of 18.

BETA TEST COPY NOT FOR DISTRIBUTION

# PSIONIC ABILITY

## What is Psionics?

This unique "power" is derived from the mind of the person. The brain may have an extra lobe or a particular tissue area with extremely dense nerve tissue. All Psionicly predisposed creatures may or may not have Psionics. INT, WIS, and CON must be above 16 to have Psionic abilities.

Only a few creatures possess this ability because they are born with it. Entomoids, Nordic, Grays, and Greens are the only few that naturally have this extra ability. When the character is rolled up and the ability score is finalized, the Psionic Ability Points are determined. An exception to the rule is this, sometimes creatures have this ability and don't know it.

**Chance to have Psionic Abilities:** INT /WIS /CON divided by 10 = % chance if your Character has an INT16 WIS 16 CON 16 you would have 4.8% (5%) chance of Psionics.

**PROCEDURE to determine Psi Points:**
Sum up the INTelligence, WISdom, and CONstitution scores. Roll a 1d10 and multiply the SUM by the rolled number.

**EXAMPLE:** INT(16)+WIS(17)+CON(16) =50. Roll the 1d10 and the result is 7. 49 X 7 = 343. But the maximum point value is 300. So this character has 300 Psionics Ability Points.)

**LOSING AND REGAINING POINTS**
Whenever a player character loses consciousness, they cannot use Psionics. After a character uses up some or all of their points, they must sleep for at least 12 hours to regain 50% of the points. Additionally, if they sleep another 12 hours, that can be at their maximum point value.

# • Gaining Psi Points: as your player gains levels, you will receive 1D10 Psi points for every level gained after 1st.

# • PSIONIC TALENTS

Psionic Talents are randomly assigned by the Game Master using a 1d6 roll.

**Each Talent has an *Ability Point Cost* –** This number tells us how many points to deduct from the total when using the particular Talent.



BETA TEST COPY NOT FOR DISTRIBUTION



The *Area or Range* that the target must be within for the Talent to be effective defines the maximum *range or area* for the attack to be useful.

The amount of time or *duration* of the effect is the amount of time the effect will last. *Projection/Concentration Time* – This is the amount of time it takes to concentrate and produce the mental energy for the attack.

*Defense Talents, Psionic* – This tells what Defense Talents must be used to defend the attack. *Concentration* – This is the time the defender must concentrate for the defense to work.

*Saving Throw* – Anyone being Psionically Attacked that cannot defend themselves must make a Death Saving Throw. DEATH SAVING THROW is defined by rolling a 1d20. If the number is 10 or better, then your character saved. If a 1 is rolled, this is a double failure and must be noted on the Character sheet. Three failures mean your character is dean without hope of being raised from the dead. If a roll is a twenty, the character regains 1 H.P.

If your character has 0 hit points and takes more damage, another DEATH SAVING THROW must be made. Keep in mind that three failures mean your character is dead. DEAD!
When A Psionic power is used, certain Disciplines like Astral Clairaudience Will cause that being to glow like a beacon in the night depending on the user's skill.



# DETERMING ATTACK TALENTS

### Attack Talents #
| | | |
|---|---|---|
| 01-25 | 1 | Attack Talent |
| 26-50 | 2 | Attack Talents |
| 51-75 | 3 | Attack Talents |
| 76-95 | 4 | Attack Talents |
| 96-00 | 5 | Attacks Talents |

### Defense Talents #
| | | |
|---|---|---|
| 01-25 | 1 | Defense Talent |
| 26-50 | 2 | Defense Talents |
| 51-75 | 3 | Defense Talents |
| 76-95 | 4 | Defense Talents |
| 96-00 | 5 | Defense Talents |

*116*

BETA TEST COPY NOT FOR DISTRIBUTION

**ATTACK TALENTS**
1d6
1. Psi Obliteration
2. Hemorrhaging Brain
3. Psi Thrust
4. Ego Crush
5. Id Infiltration
6. Psi Blast

## Attack Talents Listed Below

## ATTACK TALENTS

Psi Obliteration

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | 4.72 meters + 1.524 Meters or 15 feet +5 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Empty Mind |
| **SAVING THROW –** | DST see above |

Psi Obliteration – Failure to Save is instant death. Resurrected victims will 90% of the time go insane.

Hemorrhaging Brain

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 12.2 meters + 3.05 Meters or 40 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | 2d4 rounds |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **Psi DEFENSE –** | Empty Mind |
| **SAVING THROW –** | Fort |

Hemorrhaging Brain – Victims who fail a saving throw will suffer 1d4 hit points of damage for the duration of the attack. This is due to the loss of blood coming out of every orifice.

Psi Thrust



BETA TEST COPY NOT FOR DISTRIBUTION

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 12.2 meters + 3.05 Meters or 40 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **Psi DEFENSE –** | Psi Barrier, Psi Wall |
| **SAVING THROW –** | Fort |

Ego Crush

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 28.96 meters + 1.524 Meters or 95 feet +5 feet **per attacker Hit Die** |
| **DURATION –** | see below |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **Psi DEFENSE –** | Iron Will, Psi Barrier, Super Ego |
| **SAVING THROW –** | Fort |

Ego Crush – An attack against the ego by imposing an inferiority complex to the target. This lasts 1d12 turns. The victim becomes unable to defend themselves during this time.

Id Infiltration

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 15.2 meters + 1.524 Meters or 50 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | see below |
| **PROJECTION TIME –** | 3 seconds |
| **Psi DEFENSE –** | Super Ego |
| **SAVING THROW –** | Fort |

Id Infiltration – invade the subconscious mind of the defender matching it versus the super-ego. Failing the Saving Throw becomes confused and suffers the effects as below.

*118*

BETA TEST COPY NOT FOR DISTRIBUTION

**D%    ACTION**
01 - 10 Attacks the nearest person.
11 - 20 Cries/Screams without stopping
21 - 50 Mumbles/babbles incoherently
51 - 70 Wander around in any direction at ½ movement speed.
71 - 00 Attacks savagely adding 1d6 of damage to the attack damage of a friend or foe.

Psi Blast

| | |
|---|---|
| **POINT COST –** | 125 |
| **RANGE –** | 6.1 meters + 3.05 Meters or 20 feet +10 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | see below |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Psi Barrier, Psi Wall |
| **SAVING THROW –** | Fort |

Psi Blast – This is manifested as a powerful wave of energy from the brain. If the target fail, Saving Throw suffers 3d8 Hit Points of damage. The wave is cone-shaped. The attack affects a maximum of 10 Hit Dice +1 hit dice for every 2 hit dice of the attacker.

## DEFENSE TALENTS
1d6

1. Psi Wall
2. Empty Mind
3. Super Ego
4. Psi Barrier
5. Iron Will
6. Fortress of Thought

Psi Wall

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | 40 feet semi-circle direction of the defender |
| **DURATION –** | see below |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 min (round) |
| **CONCENTRATION –** | Continuous |

BETA TEST COPY NOT FOR DISTRIBUTION

Psi Wall – This Talent is a thought repetition to obscure the conscious mind. This defense also renders the defender immune to ESP, sleep, and charm-like spells. Creatures, friendly or otherwise, benefit from this defense talent within the area of effect. Successful physical attacks directed at the defender will cause the psychic wall to fail. The defender can engage in simple activities while maintaining concentration but cannot cast spells or engage in combat. **Note:** The defense area will move with the defender in the direction they are facing.

Empty Mind

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | personal |
| **DURATION –** | see below |
| **AREA –** | Personal |
| **PROJECTION TIME –** | 1 min (round) |
| **CONCENTRATION –** | Continuous |

Empty Mind – This Talent hides the conscious mind from the attacker. This makes its parts unidentifiable. The defender is immune to ESP and Charm-like attacks. A successful attack will cause the defender's Empty Mind to fail. During the attack, the defender must concentrate and can't attack or do anything else.

Super Ego

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | touch |
| **DURATION –** | 2d4 rounds +1 for each ability point expended. |
| **AREA –** | Personal |
| **PROJECTION TIME –** | 1 segment (6) seconds. |
| **CONCENTRATION –** | None |

Psi Barrier

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 20-foot radius |
| **DURATION –** | see below. |
| **AREA –** | Personal |
| **PROJECTION TIME –** | 1 round (1) min. |
| **CONCENTRATION –** | Continuous |

Psi Barrier – The Super Ego builds an unassailable home fortress for the mind (brain) in another friendly creature's mind for the defender. The friend creature gets a +2 to the CON saving throw. A successful attack on the defender will negate the Psi Barrier.

/ 20

BETA TEST COPY NOT FOR DISTRIBUTION

Iron Will

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | touch |
| **DURATION –** | 2d4 rounds +2 rounds per level of the defender.. |
| **AREA –** | Personal |
| **PROJECTION TIME –** | 1 round (1) min. |
| **CONCENTRATION –** | None |

Fortress of Thought

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | personal |
| **DURATION –** | see below |
| **AREA –** | Personal |
| **PROJECTION TIME –** | 1 round (1) min. |
| **CONCENTRATION –** | None |

Thought fortress remains active once it has been raised until the defender wills it to cease or the de- fender falls to sleep. However, during this time, the defender can neither use any other psionic talents nor cast any spells.

| PSIONIC SPECIALTY | | |
|---|---|---|
| d% | MAJOR | MINOR |
| 01 - 13 | 0 | 1 |
| 14 - 26 | 0 | 2 |
| 27 - 39 | 0 | 3 |
| 40 - 52 | 1 | 2 |
| 53 - 65 | 1 | 3 |
| 66 - 78 | 2 | 4 |
| 79 - 90 | 2 | 5 |
| 91 - 100 | 2 | 6 |



BETA TEST COPY NOT FOR DISTRIBUTION

| MAJOR SPECIALTY | | MINOR SPECIALTY | |
|---|---|---|---|
| **2d12** | | **d20** | |
| 2 | Telepathy (animal) | 1 | Astral Projection |
| 3 | Body Equilibrium | 2 | Aura Alteration |
| 4 | Body as a Weapon | 3 | Control Body |
| 5 | Cell Manipulation,Heal | 4 | Dimension Door |
| 6 | Clairaudience | 5 | Cyrokinesis (nonleathel) |
| 7 | Clairvoyance Astral Psi Location | 6 | Energy Control |
| 8 | Astral Clairvoyance Navigation | 7 | Etherealness – |
| 9 | Detect | 8 | Mass Domination |
| 10 | Domination | 9 | Mind Shield |
| 11 | Empathy | 10 | Mol Manipulation |
| 12 | ESP | 11 | Mol Rearrangement |
| 13 | Expansion | 12 | Probability Travel |
| 14 | Hypnosis | 13 | Telekinesis |
| 15 | Invisibility | 14 | Tel-empathic Projection |
| 16 | Leviantion | 15 | Telepathy |
| 17 | Mind over Matter | 16 | Telepathic Projection |
| 18 | Molecular Disruption | 17 | Teleport |
| 19 | Reading an object | 18 | Shape Alteration |

/122

BETA TEST COPY NOT FOR DISTRIBUTION

| 20 | Precog | 19 | Roll again |
|----|--------|----|-----------|
| 21 | Reduction | 20 | Roll again |
| 22 | Psi Sense | | |
| 23 | Suspend Animation | | |
| 24 | Roll again | | |
| 25 | Roll again | | |

Telepathy, Animal   (Major)
**POINT COST –**         25
**RANGE –**               see below
**DURATION –**            Concentration time
**AREA –**                see below
**PROJECTION TIME –**     3 seconds
**SAVING THROW –**        None

Telepathy (animal) – This specialty enables the user to communicate with almost any creature with at least an INTelligence of 6. The information is in the form of emotions and urges. This will allow the user to understand what the target is feeling and wanting in a basic sense. The target must be within his line of sight, or the user must know the target very well. Otherwise, the target must be on the same plane of existence and within 190,000 miles. The user cannot engage in any other pursuit during concentration.

| POINT COST | RANGE | | TIME DURATION | | HD/CR TARGET | | CREATURE TYPE |
|----|----|----|----|----|----|----|----|
| 10 | 20 ft | + | 10 min | + | <1 | + | Mammal |
| 15 | 40 ft | or | – | – | 1 | – | – |
| 20 | 50 ft | or | 20 min | or | 1+, 2 | or | Marsupial |
| 25 | 60 ft | or | – | – | 2+, 3 | – | – |
| 30 | 70 ft | or | 30 min | or | 3+, 4 | or | Avian |



BETA TEST COPY NOT FOR DISTRIBUTION

| 35 | 80 ft | or | – | – | 4+, 5 | – | – |
|----|-------|-----|--------|-----|--------|-----|-------------|
| 40 | 90 ft | or | 40 min | or | 5+, 6 | or | Reptile |
| 45 | 100 ft | or | – | – | 6+, 7 | – | – |
| 50 | 120 ft | or | 50 min | or | 7+, 8 | or | Amphibian |
| 55 | – | – | – | – | 8+, 9 | – | – |
| 60 | – | or | 1 hour | or | 9+, 10 | or | Fish |
| 65 | – | – | – | – | 10+ | – | – |
| 70 | – | – | – | – | – | – | Insectoids + |

120 feet is the maximum range. 6 Rounds is the maximum amount of time duration. 10+ is the maximum HD/CR. Insectoids + all other creatures not listed.

Body Equilibrium (minor)
**POINT COST –**        25
**RANGE –**             Personal
**DURATION –**          1d4 rounds + 1 each additional 5 points spent
**AREA –**              Creature or Person
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**      None

Body Equilibrium – The user can adjust the density of their body to allow the ability to walk on water, walk across quicksand, vis thick grassy areas without leaving a trail. This also allows the user to fall like a feather.

Body as a Weapon
**POINT COST –**        see below
**RANGE –**             Personal
**DURATION –**          2d8 rounds
**AREA –**              Creature or Person + special
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**      None

Body as a Weapon – The user can transform an appendage into a weapon of their choice. Also, the user can turn two appendages into weapons by doubling the point cost.

*129*

BETA TEST COPY NOT FOR DISTRIBUTION

| POINTS COST | WEAPON | POINTS COST | WEAPON |
|---|---|---|---|
| 25 | Basic club | 55 | Scimitar |
| 30 | Dagger | 60 | Sword, short |
| 35 | Axe, hand | 65 | Sword, long |
| 40 | Mace | 70 | Sword, broad |
| 45 | Star, Morning | 75 | Sword, bastard |
| 50 | Light War Hammer | 80 | Axe, battle |

Cell Manipulation (healing)
**POINT COST –**            25, 5 per 1HP
**RANGE –**                 Self/Other (touch)
**DURATION –**              Instantaneous
**AREA –**                  Creature or Person
**PROJECTION TIME –**       1 round
**SAVING THROW –**          None

Cell Manipulation – The user can manipulate living cells of an injured creature; thus the user can heal wounds at the cost of 1hp per 5 points spent. The initial cost 25 POINTS for 1d6 HP restoration. This specialty may heal extensive wounds or even death within 10 mins of the subject's passing but at a much higher cost. 300

Clairaudience
**POINT COST –**            50
**RANGE –**                 See below
**DURATION –**              1 round + 1 round each additional 5 points spent.
**AREA –**                  See below
**PROJECTION TIME –**       1 round
**SAVING THROW –**          None

Clairaudience – The user can listen into a place that is not known to the user up to 30 feet away. The user can also listen in on conversations inaccessible to the user, such as a room on the top floor of a tower. The area of listening is a six-foot radius of the centered scrying zone.

BETA TEST COPY NOT FOR DISTRIBUTION

Clairvoyance Astral Psi Location

| | |
|---|---|
| **POINT COST –** | 50 |
| **RANGE –** | Special |
| **DURATION –** | 1 Hour |
| **AREA –** | Special |
| **PROJECTION TIME –** | 1-second |
| **SAVING THROW –** | None |

Clairvoyance Astral Psi Location – This discipline allows the possessor to detect Psionic activity at a very long distance. Still, within sight, the psionic user glows like a beacon in the night.

Astral Clairvoyance Navigation

| | |
|---|---|
| **POINT COST –** | 25 |
| **RANGE –** | Special |
| **DURATION –** | 1-hour |
| **AREA –** | Special |
| **PROJECTION TIME –** | 3 seconds |
| **SAVING THROW –** | None |

Astral Clairvoyance Navigation – Allows the possessor to Navigate starships with uncanny accuracy. If the possessor also has Astral Clairaudience, he can pinpoint a Psionic user and keep a ping-like tracking on them at unearthly distances.

Domination

| | |
|---|---|
| **POINT COST –** | See below |
| **RANGE –** | 30 feet |
| **DURATION –** | Concentration time |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 round (1 min) |
| **SAVING THROW –** | Fort |

Domination – This specialty allows the user to control the mind of a target (living creature). This initial attempt costs 20 points. The target gets a Saving Throw (Fort). If the save is not a success, an additional 10 points are used for each HD/CR of the target up to 10 total. This can only be used once per day. The user must rest for 4 hours after the session.

*126*

BETA TEST COPY NOT FOR DISTRIBUTION

Empathy
**POINT COST –**          Up to 150
**RANGE –**               up to 150 feet
**DURATION –**            1 turn (10 min)
**AREA –**                Creature or Person
**PROJECTION TIME –**     10-foot wide path and up to 150 feet long.
**SAVING THROW –**        None

Empathy – The user of this specialty is given the ability to feel the target's pain, suffering, hunger, love, or hate. The user can sense the target's emotion and understand their motivation.

ESP
**POINT COST –**          50
**RANGE –**               60 feet + 10 feet for each additional 10 point cost
**DURATION –**            1d8 rounds
**AREA –**                Personal
**PROJECTION TIME –**     3 seconds
**SAVING THROW –**        None

ESP – This specialty allows the user to hear the target's inner monolog when the target is within the area of effect. The user must be able to see or touch the target.

Expansion
**POINT COST –**          See below
**RANGE –**               Personal
**DURATION –**            1d6 turns
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Expansion – This specialty allows the user to increase the mass at the cellular level to allow the target to grow rapidly and in proportion. The increase in height and weight is shown in the table below.

| POINT COST | HEIGHT | DAMAGE BONUS | STR |
|---|---|---|---|
| 75 | 1 ft | +1 | 17 |
| 80 | 2 ft | +2 | 18 |



BETA TEST COPY NOT FOR DISTRIBUTION

| 85 | 3 ft | +3 | 18.50 |
|-----|-------|-----|-------|
| 100 | 4 ft | +4 | 18.75 |
| 110 | 5 ft | +5 | 18.90 |
| 120 | 6 ft | +6 | 18.00 |
| 130 | 7 ft | +7 | 19 |
| 150 | 8 ft | +8 | 20 |
| 170 | 9 ft | +9 | 21 |
| 190 | 10 ft | +10 | 22 |
| 215 | 11 ft | +11 | 23 |
| 240 | 12 ft | +12 | 24 |

Expansion does not include clothing and equipment. Only living tissue.

Hypnosis
**POINT COST –**        See below
**RANGE –**              30 ft
**DURATION –**           See below
**AREA –**               Creature or Person
**PROJECTION TIME –**    1 round
**SAVING THROW –**       Fort

Hypnosis – This specialty allows the user to instruct the target to take logical and reasonable actions. Additionally, the subject can have post-hypnotic commands to do specific activities later using a "trigger" word. A Fort saving throw is allowed every 8 hours. The point cost is 25 per HD/CR, and the suggestion will be nullified within 24 hours.

Invisibility
**POINT COST –**        50
**RANGE –**              100-foot radius
**DURATION –**           1d12 rounds + 1 round each additional 10 point cost
**AREA –**               Creature or Person
**PROJECTION TIME –**    6 seconds
**SAVING THROW –**       None

*128*

BETA TEST COPY NOT FOR DISTRIBUTION

Invisibility – This specialty is not true invisibility but the people or creatures, not machines, within the radius totally ignore the target of invisibility as if they were invisible. Loud sounds made by the target will dispel the effect.

Levitation
| | |
|---|---|
| **POINT COST –** | 50 |
| **RANGE –** | 40 feet |
| **DURATION –** | 1d6 pounds |
| **AREA –** | 1 object |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | none |

Levitation – This specialty allows the user to raise a target person/creature or object that has a weight equal to himself/herself plus 25 pounds for each additional 10 points spent.

Mind over Matter
| | |
|---|---|
| **POINT COST –** | 25 |
| **RANGE –** | Self |
| **DURATION –** | per round |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1-second |
| **SAVING THROW –** | None |

Mind over Matter – This discipline allows the possessor to suppress or mentally satisfy the need for food, water, rest, or sleep and air. The cost is 25 per round for air. 25 per day for water. 25 per week for food and sleep.

Molecular Disruption
| | |
|---|---|
| **POINT COST –** | See below |
| **RANGE –** | 90 feet plus the target must be in the line of sight. |
| **DURATION –** | Time of concentration |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 round (10 min.) |
| **SAVING THROW –** | None |

Molecular Disruption – The use of this specialty will cause the target molecules to either move very fast or stop moving. The target can be anything, living or inanimate. In the cast of a living creature, the target will notice something right away. Either extreme pain and body parts



BETA TEST COPY NOT FOR DISTRIBUTION

bursting or extreme pain and body parts becoming useless.  Only a small number of molecules are affected; these results are amazing.

| POINT COST | MATERIAL | EFFECT AFTER ONE ROUND |
|---|---|---|
| 25 | | Paper, parchment  burst into flames or become numb |
| 50 | | Dry wood, cloth  scorching/smoking |
| 75 | | Water boils or freezes |
| 100 | | Flesh  blisters (3rd degree) turns white and mottled necrotic |
| 150 | | Stone  hot to touch/flesh sticks to stone extremely cold |
| 200 | | Metal  can cook on surface/freezes flesh instantly |
| 300 | | Anything  explodes in flames/freezes solid and will burn flesh within 5 inches. |

Reading an Object
**POINT COST –**         25
**RANGE –**            Touch
**DURATION –**         Instantaneous
**AREA –**             Creature or Person
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**     None

Reading an Object – This specialty allows the user to read the psychic impressions of the previous owner. This object must be a personal use item and cannot be an object like a pencil. It must have personal importance to the previous owner.

Precog
**POINT COST –**         150 +
**RANGE –**            Touch
**DURATION –**         Instantaneous
**AREA –**             Creature or Person
**PROJECTION TIME –**   6 seconds
**SAVING THROW –**     None

Precog – This is the ability to see things before they happen. The initial point sent allows the user to see 60 minutes in the future or 6 turns. How accurate the vision is depends on the combined INT, WIS, and CON of the user.

BETA TEST COPY NOT FOR DISTRIBUTION

| TOTAL OF INT - WIS - CON | FALSE | TRUE |
|---|---|---|
| < 27 | 01 - 49 | 50 - 00 |
| 28 - 35 | 01 - 39 | 40 - 00 |
| 36 - 44 | 01 - 29 | 30 - 00 |
| 45 -50 | 01 - 19 | 20 - 00 |
| 51 - 55 | 01 - 09 | 10 - 00 |
| 60 | 01 - 05 | 05 - 00 |

Reduction

**POINT COST –**    See Table
**RANGE –**    Personal
**DURATION –**    **2d6 rounds**
**AREA –**    Personal
**PROJECTION TIME –**    6 seconds
**SAVING THROW –**    None

Reduction – This specialty allows the user to "shrink proportionally" their body/mass per point spent.

| POINT COST | HEIGHT REDUCTION | POINT COST | HEIGHT REDUCTION |
|---|---|---|---|
| 75 | 35% | 300 | 95% |
| 60 | 30% | 250 | 85% |
| 45 | 25% | 200 | 75% |
| 35 | 20% | 160 | 65% |
| 30 | 15% | 130 | 55% |
| 25 | 10% | 100 | 45% |

**EXAMPLE:** A 65 inch person wants to become small enough to walk under a door. By spending 250 points, they can reduce to 5 ½ inches!



BETA TEST COPY NOT FOR DISTRIBUTION

Psi Sense

| | |
|---|---|
| **POINT COST –** | 10 point cost per turn when exposed to Psi residue. |
| **RANGE –** | 30 feet |
| **DURATION –** | – |
| **AREA –** | Person/creature |
| **PROJECTION TIME –** | – |
| **SAVING THROW –** | None |

Psi Sense –The user can sense something when entering an area of a traumatic event. Some examples are bloody battles, torture, violent murder, &c. The user must depart from the area or lose 10 points per turn until fully drained of energies. At this point, the user will pass out 1d6 turns and need rest for 10 hours at least.

Suspend Animation

| | |
|---|---|
| **POINT COST –** | 50 |
| **RANGE –** | Touch |
| **DURATION –** | Special |
| **AREA –** | Person/creature |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | None |

Suspend Animation – This specialty allows the user to slow their own body or a target's body functions to slow so much as to look dead. The user can also set a time and date which to awaken. The suspended person can only remain in this state for 1d6 weeks and must awaken for a minimum of 24 hours.

Energy Manipulation/Control

| | |
|---|---|
| **POINT COST –** | 25 + 15 points per level of opponent. |
| **RANGE –** | Personal |
| **DURATION –** | Time of Concentration |
| **AREA –** | 10 food radius emanating from the user. |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Energy Absorption, Force Field Generation |
| **SAVING THROW –** | None |

Energy Manipulation/Control – While continuously concentrating, the user may dissipate energy (beam weapons, radiation, kinetic) coming towards them or re-direct the power as a focused beam aimed at a target within a 100-foot radius and in line of sight.

132

BETA TEST COPY NOT FOR DISTRIBUTION

Absorb Life Energy
**POINT COST –**          150
**RANGE –**
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Mind Control
**POINT COST –**          150
**RANGE –**               4.72 meters + 1.524 Meters or 15 feet +5 feet per attacker Hit Die
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**Psi DEFENSE –**         Empty Mind
**SAVING THROW –**        DST see above

Energy Absorption
**POINT COST –**          1 per 2 pts spent
**RANGE –**               Self
**DURATION –**            Instantaneous
**AREA –**                Self
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Energy Absorption – This discipline allows the possessor to absorb kinetic, electrical, heat, radiation energies taking no damage. If the possessor has Energy Manipulation/Control, he can redirect these energies right back at the senders and heals the possessor if having both disciplines. For example, a Blast of energy hits the user causing 50 pts of damage, and the user would spend 100 psi points to absorb the blast using 20 of the 50 to heal himself, then redirecting 30 pts back to sender if a successful hit is made.



BETA TEST COPY NOT FOR DISTRIBUTION

Force Field Generation
**POINT COST –**          100
**RANGE –**               Self
**DURATION –**            Instantaneous
**AREA –**                Self or up to 10ft radius
**PROJECTION TIME –**     1-second
**SAVING THROW –**         None

This discipline allows the possessor to create an invisible force field around himself or up to 10ft radius protecting all within blocking all physical and energy-based attacks absorbing up to 50 pts of damage before dissipating.

Control Body
**POINT COST –**          Up to 150
**RANGE –**               Personal
**DURATION –**            1d8 rounds
**AREA –**                Creature or Person
**PROJECTION TIME –**     3 seconds
**SAVING THROW –**        None

Control Body – The user can change their body (by manipulating their structure and systems) to allow them the ability to survive in hostile environments, or change their shape for different situations that will give them an advantage.

| ENVIRONMENT | SITUATION | POINT COST |
|---|---|---|
| Extremely Cold | Tight/Small space | 35 |
| Extremely Hot | Needing more than 2 arms | 50 |
| Regular fire | Too small/Too big | 75 |
| Poison Vapors | Glued to something | 100 |
| Acid environment | – | 125 |
| Special* | Special* | 150 |

*This special situation includes, situations not mentioned or environments like acid pools, water below 38 degrees or above boiling point, and lava/magma.

*134*

BETA TEST COPY NOT FOR DISTRIBUTION

Door, Dimension
**POINT COST –**          50
**RANGE –**               Personal
**DURATION –**            Instant
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Door, Dimension – This ability allows the user to open a "door" that folds the space between the user's location and the location the user wants to be. The destination must be known to the user. The place must be on the user's same planet and not in another parallel universe. This ability can only be used once a day and only by the user's person.
The user can take items they can carry in a backpack or case.

Cyrokinesis (nonleathel)
**POINT COST –**          50
**RANGE –**               Target must be within line of sight max 60 feet away.
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Cyrokinesis – Cryo (cold below 0 degrees celsius) Kinesis (the movement of a creature in response to a stimulus) in this case, the stimulus is intensely cold. This attack does not hurt the target but will make the target move towards an area that is not cold. The faster the movement, the greater the creature's urgency towards safety. This is a non-lethal attack.

Control Energy
**POINT COST –**          See below
**RANGE –**               Personal
**DURATION –**            Concentration Time
**AREA –**                15-foot radius centered on user
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        None

Control Energy – Concentration is the key to using this ability. The specialty can be used to shield themselves and others within the 15-foot radius from energy beams and bolts. All types of energy are dissipated, including kinetic energy. Arrows, bullets, and other missiles fall to the ground when they enter the area of effect. The point cost is 25 + 15 points per missile



BETA TEST COPY NOT FOR DISTRIBUTION



entering the AoE. If the user concentration is broken, the ability is negated. Once the user loses all ability points, they will fall unconscious.

Etherealness

Domination, Mass
| | |
|---|---|
| **POINT COST –** | See below |
| **RANGE –** | 35 feet |
| **DURATION –** | Concentration Time |
| **AREA –** | person/creature |
| **PROJECTION TIME –** | 1 round |
| **SAVING THROW –** | Fort |

Domination, Mass – This is the same as Domination. Still, the user can control up to 5 creatures at one time. Initial Domination is 50 point cost plus 15 for each other creature. This particular specialty can only be used once a week. **NOTE:** Each round, 15 points per creature are spent until the user runs out of points, then the user falls unconscious. The user must rest for two days.



Mental Shield
| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | personal |
| **DURATION –** | 5d6 (5 turns to 4 hours) |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 Round |
| **SAVING THROW –** | None |

Mental Shield – This creates a shield barrier around the user's mind. This barrier defends against Charm, Confusion, ESP, Fear, Feeblemind, Magic Jar, Sleep, and Suggestion. It also protects against Domination, Empathy, Hypnosis, Telepathy. This specialty can only be used once a day.

Molecular Rearrangement
| | |
|---|---|
| **POINT COST –** | see below |
| **RANGE –** | touch |
| **DURATION –** | see below |
| **AREA –** | 1 cubic decameter, per hit die of the user. |
| **PROJECTION TIME –** | 1 min. |
| **SAVING THROW –** | See below |

*136*

BETA TEST COPY NOT FOR DISTRIBUTION

Molecular Rearrangement – This specialty allows the user to change or manipulate the molecular structure of specific metals for conversion to another metal permanently or temporarily. For temporary transformation, the POINT COST is half listed.

| METAL THAT IS THE RESULT OF CHANGE | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Original metal | Tin | Iron | Steel | Bronz | Zinc | Lead | Mercury | Copper | Brass | Gold | Electrum | Silver | Platinum |
| Tin | – | 50 | 50 | 150 | 125 | 100 | 225 | 200 | 175 | 300 | 275 | 250 | 275 |
| Iron | 50 | – | 50 | 125 | 100 | 75 | 200 | 175 | 125 | 275 | 250 | 225 | 300 |
| Steel | 75 | 50 | – | 100 | 75 | 50 | 175 | 150 | 125 | 250 | 225 | 200 | 325 |
| Lead | 50 | 75 | 100 | 75 | 50 | – | 150 | 125 | 100 | 225 | 200 | 175 | 250 |
| Zinc | 75 | 100 | 125 | 50 | – | 50 | 125 | 100 | 75 | 200 | 175 | 150 | 225 |
| Bronz | 100 | 125 | 150 | – | 50 | 75 | 100 | 75 | 50 | 175 | 150 | 125 | 200 |
| Brass | 125 | 150 | 175 | 50 | 75 | 100 | 75 | 50 | – | 150 | 125 | 100 | 175 |
| Copper | 150 | 150 | 200 | 75 | 100 | 125 | 50 | – | 50 | 125 | 100 | 75 | 150 |
| Mercury | 175 | 200 | 225 | 100 | 125 | 150 | – | 50 | 75 | 100 | 75 | 50 | 125 |
| Silver | 200 | 225 | 250 | 125 | 150 | 175 | 50 | 75 | 100 | 75 | 50 | – | 100 |
| Electrum | 225 | 250 | 275 | 150 | 175 | 200 | 75 | 100 | 125 | 50 | – | 50 | 75 |
| Gold | 250 | 275 | 300 | 175 | 200 | 225 | 100 | 125 | 150 | – | 50 | 75 | 50 |
| Platinum | 275 | 300 | 325 | 200 | 225 | 250 | 125 | 150 | 200 | 50 | 75 | 100 | – |

Pyrokinesis
**POINT COST –**          50pts per 1D6
**RANGE –**               Target must be within line of sight max. 60 feet away.
**DURATION –**            Instantaneous
**AREA –**                Creature or Person
**PROJECTION TIME –**     6 seconds
**SAVING THROW –**        See below



BETA TEST COPY NOT FOR DISTRIBUTION



Pyrokinesis – This specialty is the opposite of Cryokinesis. Pyro (heat/fire) This ability will inflict heat and pain on the target, thus doing 1d6 damage per attack. The victim will attempt to retreat, allowing the attacker one extra attack if a saving throw is failed.

Timeline Sense

| | |
|---|---|
| **POINT COST –** | 50 per+1 |
| **RANGE –** | Self |
| **DURATION –** | 1-4 rounds (1d4) |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 3 seconds |
| **SAVING THROW –** | None |

Timeline Sense – The possessor of this discipline has a mild sense of prerogative abilities giving the possessor a bonus to hit, damage, ability checks and AC equal to +1 for every 50 pts spent.

Probability Travel



Telekinesis

| | |
|---|---|
| **POINT COST –** | 150 |
| **RANGE –** | 4.72 meters + 1.524 Meters or 15 feet +5 feet **per attacker Hit Die** |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 6 seconds |
| **Psi DEFENSE –** | Empty Mind |
| **SAVING THROW –** | DST see above |

Telepath Projection

| | |
|---|---|
| **POINT COST –** | 100 |
| **RANGE –** | 66 feet line of sight |
| **DURATION –** | 1d8 turns + 1 turn for each additional 25 points spent. |
| **AREA –** | Creature or Person |
| **PROJECTION TIME –** | 1 round |
| **SAVING THROW –** | See below |

Telepath Projection – This ability allows the user to take possession of another's mind. This ability, in essence, allows the user to exist within the other's mind. They can see what the other

*138*

BETA TEST COPY NOT FOR DISTRIBUTION

sees, taste, & total control of the possessed creature. If the target walks out of the Area of Effect, the connection is lost.

Teleport

| | |
|---|---|
| **POINT COST –** | 25 |
| **RANGE –** | zero |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person + special |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | None |

Teleport – To increase the accuracy of the teleport, the user must use additional POINTS. The increased chance is 1% per 5 POINTs used. Initially, the chance is 25% (as per the POINT COST above) to increase to 100% and add 75 points.

Shape Alteration

| | |
|---|---|
| **POINT COST –** | 25 |
| **RANGE –** | zero |
| **DURATION –** | Instantaneous |
| **AREA –** | Creature or Person + special |
| **PROJECTION TIME –** | 6 seconds |
| **SAVING THROW –** | None |

Shape Alteration – This enables the user to cloak their body in the physical shape of another creature.

Changing from one shape to another requires only 30 seconds. When users return to their original form, it will heal them 1d12 points of any damage inflicted against the shape changed forms assumed. The user can only cloak into something as small as a frog and as big as an elephant. Once in the new state, all new forms, abilities, and limitations are enforced.



BETA TEST COPY NOT FOR DISTRIBUTION



# Step Three: Add Modifiers (Bonus/Penalties)

### Ability Modifiers
For each ability stat, a modifier is calculated by using this simple formula."
(Ability Score -10/2) the resulting number is rounded down.)

**Example:** STRENGTH = 15 subtract 10 = 5.  Five divided by 2 = 2.5 rounds down.
= (+2) or a bonus of 2 to your die roll.

| ABILITY STAT Modification Table | | | |
|---|---|---|---|
| SCORE | MOD | SCORE | MOD |
| 1 | -5 | 16 - 17 | +3 |
| 2 - 3 | -4 | 18 - 19 | +4 |
| 4 - 5 | -3 | 20 - 21 | +5 |
| 6 - 7 | -2 | 22 - 23 | +5 |
| 8 - 9 | -1 | 24 - 25 | +7 |
| 10 - 11 | 0 | 26 - 27 | +8 |
| 12 - 13 | +1 | 28 - 29 | +9 |
| 14 - 15 | +2 | 30 | +10 |

Each Ability score has a modification for it.

### Also, choose the alignment of the character.

### ALIGNMENT
**Alignment** is the moral compass that guides the character's decisions and **criteria. (Ideals)**

**Lawful good:** Creatures that do the right thing. Religious standards or societal norms guide them.



**Neutral good:** People try to help others according to their needs and the needs of society. A strict moral compass may bind them as their deity demands.

*140*

BETA TEST COPY NOT FOR DISTRIBUTION

**Chaotic good:** Creatures act as their moral compass directs, with little to no regard for others.[1]

**Lawful neutral:** Individuals act according to the law, tradition, or religious codes.

**Chaotic neutral:** Creatures do as they please, holding their pleasure above all else.

**Lawful evil:** Creatures take what they want, usually within a code of tradition, loyalty, or order limits.

**Neutral evil:** Creatures align with those who do whatever they can get away with without compassion or qualms.

**Chaotic evil (CE)** Creatures a scheme and may become violent for any reason, spurred by greed, hatred, or bloodlust.

Sentient beings tend to have empathy, not as an empath, but feeling towards others and imagining how others think in situations. Most creatures, be they human or others thinking, self-aware, creatures will either follow a moral compass that points towards goodness or evil. The many shades between good and evil are also represented in all cultures. For example, Jack the Ripper was most likely a sociopath. They lacked empathy towards others. They KILL indiscriminately and will have no regard for the pain and suffering they caused. Most animals who are not self-aware or do not have the capacity for rational thought are noted as genuinely neutral.

## LANGUAGES

All intelligent creatures in Star Frontiers New Genesis have a learned language. Their native language. All societies that participate in commerce within the UCPS speak the language of enterprise or business. That language is also known as the common tongue. This language is the official language and script of the UCPS and is a lawful language for commerce and adjudication.

For example, the United Nations' official language is French. China demands that countries who want to do business with them speak mandarin.

BETA TEST COPY NOT FOR DISTRIBUTION



## Pivot Points

Character/Pivot Points allow players to use a kind of 'luck' with each roll. For example, a player can use a point from their limited resource of pivot Points to affect a d20 roll. One point can be used for a better outcome. ***Pivot points*** are also earned by doing impossible or heroic feats in the game.

A player must attack a strong foe, so an attack roll is made, but they take no chances, so a point is applied to the roll for success!

If a skill check is made, a point can also be applied.

Use a point during your turn that a Class Feature requires.
**NOTE:** The player must declare that they intend to use a point for a roll of any die BEFORE the GM shows the result of the roll. Also, points are finite and must be used wisely. Points are not replenished when leveling up.



"A character can declare the use of 1 pivot point to alter a d20 roll after the roll is made—but only before the GM reveals the result of that roll (whether the attack or check or saving throw succeeded or failed). A character can't use an action point on a skill check or ability check when taking 10 or taking 20. When a character spends 1 pivot point to use a class feature, they benefit from the feature but don't roll a d6. In this case, the action point is not a bonus to a d20 roll. A character can only spend 1 point in around. If a character spends a point to use a class feature, they can't spend another one in the same round to improve a die roll and vice versa. Depending on the Paragon's character level (see the table below), they may be able to roll more than one d6 when spending 1 pivot point. If the character does so, apply the highest result and disregard the other rolls"*(D20 Modern SRD).*

| CHARACTER LEVEL | |
|---|---|
| 1st level to 6th level | 1d4+2 |
| 7th level to 14th level | 1d8+4 |
| 15th level to 20th level | 1d12+6 |



*142*

BETA TEST COPY NOT FOR DISTRIBUTION

# Merits and Flaws
NEEDS CONTENT


Choose profession

The following classes are available: /Paragon options at 11th level if test passed
- SOLDIER/ WARDENS
- SNIPER/ E.F.S
- ENGINEER/Extraordinary
- MEDIC/N.E.M
- PILOT/Immortals or Influencer
- BOUNTY HUNTER/Influencer or E.F.S
- MERCHANT/Influencer
- SCIENTIST/Extraordinary
- SCOUNDREL/Immortals

ALSO, THESE OPTIONAL CLASSES – POSSIBLY FOR NPC'S
- COLONIST/Any
- DRIFTER/Any
- OUTCAST/Influencer
- SCAVENGER/Immortals
- TRANSPORTER/Influencer
- NPC CLASS
- SENTIENT ROBOT (Hunter/Killer)

# STAR FRONTIERS NEW GENESIS



# BETA NOTES

PLAY TESTER NAME _____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

144

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

140

BETA TEST COPY NOT FOR DISTRIBUTION

# SOLIDER:

What is the Soldier Class? This class is about a regular person who decided to travel the universe seeking their fortune while working for their government. After a few years, that person gets out of the service and uses their skills for everyday living. To make a living in the frontier.

Most people who enter the military temporarily only acquire an essential skill set.

## Proficiencies

**Armor:** All armor, Shield          *Starting Credits: 1D10 x 100 x TLP**
        **Weapons:** Shoulder, Pistol, Demo, Heavy, Hand to Hand
        **Tools:**
        **Saving Throws:** STR
        **Skills:** Tracking (INT +1), Hunting (INT+1), Diplomacy (INT +1)

| | | |
|---|---|---|
| 1 | +2 | Starting HP, warrior equipment |
| 2 | +2 | You can make two reaction opportunity attacks per encounter |
| 3 | +2 | Pick a warrior archetype. Gain one feature from that archetype |
| 4 | +2 | +1 to an ability score of your choice |
| 5 | +3 | You can now make two full attacks as one active action |
| 6 | +3 | +1 to an ability score of your choice |
| 7 | +3 | Pick one new feature from your archetype |
| 8 | +3 | +1 to an ability score of your choice |
| 9 | +4 | Once per safe rest, reroll any failed ability check |

## Equipment

You start with the following equipment, in addition to the equipment granted by your background: Rifle, Pistol, Hvy. Armor, Chromecom, Survival Rations, Coveralls



BETA TEST COPY NOT FOR DISTRIBUTION

# SNIPER:

This class affords the Player Character with special skills beyond the skills of the Sniper. In addition to the skills below, the Sniper class is much better at Cover and Concealment and marksmanship by two times the rate of the Sniper Class.

## Proficiencies

**Armor:** All light-medium armor, Shield          *Starting Credits: 1D10 x 100 x TLP**
    **Weapons:** Shoulder, Pistol, Hand to hand
    **Tools:**
    **Saving Throws:** CON, STR
    **Skills:** Tracking (INT +1), (Hunting (INT +1), Diplomacy (INT +1)

## Equipment

You start with the following equipment, in addition to the equipment granted by your background: Rifle, Pistol, Med. Armor, Chromecom, Survival Rations, Coveralls
The Properties Table below gives additional Proficiency Bonus' that a RACE gets normally. For example, the Humanoids Advancement Table list normal Pro bonus' and Group Properties. These Job or Class specific are in addition to the normal ones. Just add up all bonuses and modifiers.

| | | |
|---|---|---|
| 1 | +0 | Equipment |
| 2 | +0 | Allow making two reaction attacks per initial encounter. |
| 3 | +1 | |
| 4 | +1 | +1 to STRength ability. |
| 5 | +2 | |
| 6 | +2 | +1 to an ability score of your choice |
| 7 | +3 | Pick one new feature from your archetype |
| 8 | +3 | +1 to an ability score of your choice |
| 9 | +3 | Once per safe rest, reroll any failed ability check |

*148*

BETA TEST COPY NOT FOR DISTRIBUTION

# ENGINEER:

## Proficiencies
Armor: Light Armor                    *Starting Credits: 1D8 x 100 x TLP**
    Weapons: Pistol, Demo
    Tools:
    Saving Throws:
    Skills: Choose two skills from

## Equipment
**You start with the following equipment, in addition to the equipment granted by your background:** ET-Pick, Pistol, Light armor,  Light Explosive, Pocket Tool, Chromecom, Coveralls, Chemalyzer

# MEDIC: (Dedicated Paragon Class Type)

This Profession is the player's core belief system in helping others. They have gone to the schools and taken the tests to qualify as a Medical, Pre-hospital Emergency Medical Service Provider. This person has dedicated their lives to helping others and saving lives. The real-life equivalent is the civilian Para-medic, and the Military version of this occupation is the Special Forces 18-Delta Medical Specialist. They are trained in the same methods that the Paramedics are trained in but can perform battlefield surgery, like amputations and emergency surgery to save a life. Appendectomies, intonation (advanced airway management), and many other minors to somewhat difficult surgery in an other-than-hospital environment. They also can perform and interpret laboratory tests, x-rays &c.

## Proficiencies
Armor: Light Armor                    *Starting Credits: 1D8 x 100 x TLP**
    Weapons: Pistol
    Tools:
    Saving Throws:
    Skills: Choose  skills from

## Equipment
**You start with the following equipment, in addition to the equipment granted by your background:** First Aid Pack, Pistol, Coveralls White, Chromecom



BETA TEST COPY NOT FOR DISTRIBUTION

# PILOT:

## Proficiencies

Armor: Light armor

Weapons: Pistol

Tools:

Saving Throws:

Skills: Choose  skills from

*Starting Credits: 2D6 x 100 x TLP**

## Equipment

*You start with the following equipment, in addition to the equipment granted by your background: StarShip (Gm's Choice), Chromecom, Survival Rations, Coveralls, Pistol, Light armor.*

# BOUNTY HUNTER:

## Proficiencies

Armor: *Light, Medium Armor*

Weapons: Shoulder, Pistol, Demo, Hand to hand

Tools:

Saving Throws:

Skills: Choose skills from

## Alignment: Lawful ?

*Starting Credits:1D12  x 100 x TLP**

## Equipment

You start with the following equipment, in addition to the equipment granted by your background:Coveralls, Pocket Tool, Chromecom, Survival Rations, Bounty Hunter Shackles, Pistol, Rifle, Light or Med Armor  (See Golden Rules)

*150*

BETA TEST COPY NOT FOR DISTRIBUTION

# MERCHANT:

## Proficiencies
Armor: Light Armor                              *Starting Credits: 1D10 x 100 x TLP**
     Weapons: Pistol
     Tools:
     Saving Throws:
     Skills: Choose skills from

## Equipment
You start with the following equipment, in addition to the equipment granted by your background: Chromecom, Survival Rations, Coveralls, Pistol, Light armor

# SCIENTIST:

## Proficiencies
Armor: No Training                              *Starting Credits:1D8  x 100 x TLP**
     Weapons: Pistol
     Tools:
     Saving Throws:
     Skills: Choose  skills from

## Equipment
You start with the following equipment, in addition to the equipment granted by your background:Pocket Tool,Chromecom,Coveralls, Chemalyzer, Pistol



BETA TEST COPY NOT FOR DISTRIBUTION

# SCOUNDREL:

**Armor: Light armor**         *Starting Credits: 1D8 x 100 x TLP\*\*
**Weapons: Shoulder, Pistol, Archaic, Hand to Hand**
**Tools:**
**Saving Throws:**
**Skills: Choose skills from**

## Equipment

**You start with the following equipment, in addition to the equipment granted by your background:** Pocket Tool,Chromecom,Survival Rations,Coveralls, Pistol, Rifle, Light armor

\***Starting credits** exsample if you were rolling up a Multar solider you would roll 1D10 x 100 x100 your races TLP score which is 4 so if you rolled a 5 x 100 = 500 x TLP of 4 = 2000 Cr. starting funds, please refer to the currency race exchange rate to see what your currency is value in Cr.

\*\***Starting credits** in the currency of the race your character is for example if you were creating a Zetaian your currency would be in GC. GC has a 1 to 2 exchange rate of the normal Cr currency that all things are listed here in this rule book.

152

BETA TEST COPY NOT FOR DISTRIBUTION

Below is a list of skills that all player characters may use.

During character creation and after the player chooses a race and profession, this is the time to select skills that are relevant to your career and race.

All first-level characters start with a pool of **SKILL POINTS.**

Skill Points are calculated by summing up the three physical attributes and dividing them by three.

## EXAMPLE:
### STE (12) + CON (13) + DEX (10)  = 35 / 3 = 11.6 round-up = 12. This player gets 12 skill points to spend.

These initial skills can be improved over time. Every time a character levels up to one level, they can choose one skill to improve by one point.

Additionally, skills can be added by the number of characters INT score and multiply it by 0.3.

**EXAMPLE:** INT (14) X 0.3 = 4.2 round to the nearest tenth. In this case, it is 4.

Starting skill for this Character is 12 + 4 = 16

**SKILL POINT SPENDING**
For each point, a player can choose 1 skill, or they can choose a skill and spend some points to make it higher.

For example, the **SHARPSHOOTER SKILL** slot gives the user +1 to hit bonus. The max bonus is +5. The player can choose to spend 5 points on **SHARPSHOOTER SKILL** if their profession allows that skill. See your GM for more information. Otherwise, the points can be spread over several skills until all points are spent. Each player gets 50% of their initial skill points when leveling up. In this case 16 / 2 = 8 for level 2. At level 3, the 8 is further halved. Thus the number is 4. Level 4 is 2, and level 5 is 0. This is repeated until no more skill points are earned. The rationale for this method is to keep the game balanced, and also, the characters will gain additional advantages as they increase inexperience.

\155

BETA TEST COPY NOT FOR DISTRIBUTION



# SKILL LISTS
## SKILL CLASS MILITARY Technical Specialty:

**Weapons Shoulder Fired (DEX, INT):** Laser Rifles, Gyrojet Rifles, Auto Rifles, Semi-Auto Rifles, Grenade Rifles, Sonic Rifle Stunners, Sonic Rifle Devastators
**Weapons Hand Pistols(DEX, INT):** Laser Pistols, Electro Stunners, Gyrojet Pistols, Automatic Pistols, Needler Pistols, Sonic Pistol Disruptors
**Weapons Demolition(DEX, INT):** Setting a charge, Defusing a charge, Blast Design, Improvised munitions, Improvised booby traps
**Weapons Heavy(DEX, INT):** Heavy Lasers, Grenade Mortars, Rocket Launchers, Machine guns, Recoilless Rifles, Mortars
**Weapons Archaic(DEX):** Axes, Brass Knuckles, Chains, Clubs, Swords, Knives, Nightsticks, Polearms, Spears, Whips, Bows, Muskets
**Weapons Thrown(DEX):** Grenades, Thrown axes, Knives, Spears
**Hand to Hand Combat (DEX):** Martial Arts, Wrestling, Boxing, Shock Gloves, Electric Swords, Sonic Swords, Sonic Knives, Vibro Knives, Stun Sticks



# SKILL CLASS: TECHNOLOGY

**Computer Science & Related** (INT): Computer level 1, Computer level 2, Computer level 3, Computer level 4, Systems Administrator Networking, Wide Area Networks, Deep Space Net, Programming, Scripts, Languages, Network Security, Defeating Network Firewalls Lvl 1, Defeating Network Firewalls Lvl 2, Defeating Network Firewalls Lvl 3, Defeating Network Firewalls Lvl 4, Database Management, Repairing Computers Lvl 1, Repairing Computers Lvl 2

**Lock Smithing, Alarm Systems, Electrical:** (INT): Computer level 1, Computer level 2, Radio Transceivers, HF, UHF,
**Robotics & Related (INT):** Programming A.I.,Robotics lvl 1,Robotics lvl 2,Robotics lvl 3,Robotics lvl 4,Robotics lvl 5,Robotics lvl 6,Repairing Computers lvl 1,Repairing Computers lvl 2,Repairing Computers lvl 3,Repairing Computers lvl 4

150

BETA TEST COPY NOT FOR DISTRIBUTION

**Missions**

**Functions:** At any point, when an alteration to the programming of an Android/Robot, it may not function correctly. Consult the **FUNCTION/MALFUNCTION** Table.

| FUNCTION/MALFUNCTION | |
|---|---|
| **1d6** | **EFFECT** |
| 6 | Reveals true mission |
| 5 | Triggers hidden security sub-system |
| 4 | Action request is accepted. (success) |
| 3 | System disabled. |
| 2 | Reveals clue (if any) or NULL REQUEST |
| 1 | Activates countermeasures. (melee') |

**Engineering & Maintenance Repair. (INT):**

- MACHINERY OPERATION (GENERAL)
- ARMOR REPAIR / FIREARMS REPAIR / PERSONAL EQUIPMENT REPAIR
- MACHINERY REPAIR / FLIGHT SYSTEMS REPAIR / GUNNERY REPAIR
- MOTOR VEHICLE BREAKDOWN (ICE/EV) – Consult the following table to resolve the matter during a breakdown.

| BREAKDOWN: MOTOR VEHICLE | |
|---|---|
| **1d12** | **PROBLEM** |



BETA TEST COPY NOT FOR DISTRIBUTION

| 12 | Non-functioning Power Unit. It cannot repair in the field. Replacement. |
| 11 | Broken axle. 4-hour repair with a welding unit. |
| 10 | *Grav System*↓ non-functional, use wheeled back up. Half movement rate. |
| 9 | Minor mechanical failure. 1-hour delay. |
| 8 | Broken suspension (wheeled only) 2-hour delay. |
| 7 | Vehicle life support system compromised. Use an EV suit. |
| 6 | Major mechanical failures. 8-hour repair in the field. |
| 5 | *Nav System*↕ failure ½ movement rate. |
| 4 | Minor drive train failure. |
| 3 | Hydraulic suspension failure (⅓ movement rate.) |
| 2 | ICE engine blown. Non-repairable in the field. |
| 1 | Massive multi-system loss. The vehicle is useless. |

↓*Grav System* is the name of the anti-gravity ability to float in the air. When not available, the vehicle can use a wheeled backup system at ½ the movement rate and ⅓ weight capacity.
↕*Nav System* is not repairable in the field. ½ movement rate using other means of navigation.

# SKILL CLASS: BIO-SOC

**Environmental Science** (INT): Computer level 1, Computer level 2, Major fields of environmental science; each one is of multiple more minor disciplines. These five fields are atmospheric sciences, ecology, environmental chemistry, geosciences, and social sciences. Atmospheric sciences geological, Microbiology, Orienteering, Ecosystems

BETA TEST COPY NOT FOR DISTRIBUTION

**Medical Science, Gross** (INT): Computer level 1, Computer level 2, First Aid, Medicine, Surgery, check lets you try to stabilize a dying companion or diagnose an illness.

**Psychology, Sociology, Pathology** (INT): Computer level 1, Computer level 2, The study of the causes and effects of disease or injury, behaviors that violate social norms, and the analysis of the causes of these behaviors. Often, social pathology is a technical term used for deviant behaviors, including domestic violence and murder.

## SKILL CLASS: GENERAL

*ACROBATICS (DEX): Your Dexterity (Acrobatics) check covers your attempt to stay on your feet in a tricky situation, such as when you're trying to run across a sheet of ice, balance on a tightrope, or stay upright while maneuvering in zero-g in a ships hull.*

*PILOTING (DEX): This allows a character to fly a spaceship. This skill represents a fundamental understanding of a ship's systems and capabilities. This is one of the most demanding skill areas to learn, as it requires years of hands-on technical experience onboard a spaceship. As a result, this is not an ordinary skill, and experienced pilots are in high demand.*

*NAVIGATION (Space/Land)(INT): Plotting courses, such as through space using a vessel's navigational computer interface, or on land using maps or landmarks, as well as creating maps.*

*SLEIGHT OF HAND (DEX): Whenever you attempt an act of deception or manual trickery, such as planting something on someone else or concealing an object on your person, make a Dexterity (Sleight of Hand) check.*

*STEALTH (DEX): Make a Dexterity (Stealth) check when you attempt to conceal yourself from enemies, slink past guards, slip away without being noticed, or sneak up on someone without being seen or heard.*



BETA TEST COPY NOT FOR DISTRIBUTION

**ATHLETICS** *(STR): Your Strength (Athletics) check covers difficult situations you encounter while climbing, jumping, or swimming.*

**ASTROGEOLOGY** *(INT): Familiarity with astrographic features (planets, star systems, nebulae) and general knowledge of any civilized elements present (settlements, industry, government, orbital installations).*

**CULTURE** *(INT): Understanding the manners, customs, and social expectations of different cultures, including one's own.Understanding aliens, not the character's species and their physiology, traditions, and history.*

**LIFESCIENCE** *(INT):* Comprises the branches of science that involve the scientific study of life – such as alien microorganisms, alien plants, and animals, including human beings. This science is one of the two major branches of natural science, physical science, concerned with non-living matter. Biology is the natural science that studies life, with the other life sciences as its sub-disciplines.

**PERSUASION** *(CHA): When you attempt to influence someone or a group of people with tact, social graces, or good nature, the GM might ask you to make a Charisma (Persuasion) check. Typically, you use persuasion when acting in good faith, fostering friendships, making cordial requests, or exhibiting proper etiquette.*

**BLUFF** *(CHA): Your Charisma (BLUFF) Deception check determines whether you can convincingly hide the truth, either verbally or through your actions. This deception can encompass everything from misleading others through ambiguity to telling outright lies. Typical situations include trying to fast-talk a guard, con a merchant, earn money through gambling, pass yourself off in disguise, dull someone's suspicions with false assurances, or maintain a straight face while telling a blatant lie.*

**DIPLOMACY** *(CHA): diplomacy is the established method of influencing the decisions and behavior of aliens and peoples through dialogue, negotiation, and other measures short of war or violence.*

**DISGUISE** *(CHA): conceals or changes a person's physical appearance, including a wig, glasses, makeup, fake mustache, costume, or other items. Technology can also aid in your disguise, such as aliens often take on a human appearance wearing "human suits"*

100

BETA TEST COPY NOT FOR DISTRIBUTION

*as a disguise. Robots can also commonly pass themselves off as human using a realistic outer skin, sometimes leading to a plot twist if a character is revealed as an android. Robotic characters may be used as spies or moles within otherwise human groups.*

**INTIMIDATE** *(CHA): When you attempt to influence someone through overt threats, hostile actions, and physical violence, the GM might ask you to make a Charisma (Intimidation) check.*

**SENSE MOTIVE** *(WIS): Your Wisdom (Insight) check decides whether you can determine the true intentions, such as when searching out a lie or predicting someone's next move. Doing so involves gleaning clues from body language, speech habits, and changes in mannerisms.*

**SURVIVAL** *(WIS): Cold weather survival, Desert survival, Mountain climbing, hunting wild game, guiding your group through frozen wastelands, identifying signs that a Norcex (Land Shark) lives nearby, predicting the weather, or avoiding quicksand and other natural hazards.*

**MYSTICISM** *(WIS): Your Wisdom (MYSTICISM) check measures your ability to recall lore about magic, magic items, eldritch symbols, magical traditions, the planes of existence, and the inhabitants of those planes.*

**PERCEPTION** *(WIS): Your Wisdom (Perception) check lets you spot, hear, or otherwise detect the presence of something. It measures your general awareness of your surroundings and the keenness of your senses.*

*PROFESSION (CHA, INT, OR WIS): Advanced survival, Sharpshooter,*

*PROFESSION (CHA, INT, OR WIS):* Weapons (general), Weapons (Maintenance),

*GRAPPLER (STR):*

**TRACKING** *( ): Track, Trail interpretation, Hide Trail, Tracking is the skill of following a person or animal by the signs they leave behind. When a man or animal moves over or through the natural environment, they alter the appearance of that environment and create disturbances in it.*



# STAR FRONTIERS NEW GENESIS



# BETA NOTES

PLAY TESTER NAME _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

104

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

BETA TEST COPY NOT FOR DISTRIBUTION



## PARAGON

**GM NOTE:** Paragons are a special breed of adventurers. They have proven their worth and are given special privileges. They are like Tier-1 Operators within their professions. You can't ask to be a paragon; you must earn the title. When a character achieves level 10 in their class, they must apply for a Paragon Quest. Only when they succeed at the quest will the title of Paragon be given, and level 11 will be obtained.

The type of Paragon you may become has a lot to do with your race and class/profession. For example, a player character whose Character Class is a Fighter and whose chief ability stat is Strength will become a **Warden Strong PARAGON**.

## THE SIX BASIC PARAGON TYPES

The first Paragon Type is the STRONG PARAGON. *(Wardens)* As stated before, this TYPE is based on Strength Ability. In this case, the Paragon type is mostly comparable to a military Wardens.

Handling animals provides advanced medical skills, tracking abilities, and advanced weaponry.



# WARDENS *Strong PARAGON Type*

**Ability: Strength**
**HIT DIE:  d8+2**
**ACTION POINTS:**
This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.)

| SKILLS | KEY ABILITY | |
|---|---|---|
| Climb | Strength | (STR) |
| Craft, Structural | Intelligence | (INT) |
| Handle Animal | Charisma | (CHA) |
| Jump | Strength | (STR) |
| Knowledge** | Intelligence | (INT) |
| Profession | Wisdom | (WIS) |
| Read/Write Language | – | – |
| Repair basic tech | Intelligence | (INT) |
| Speak Language | – | – |
| Swim | Strength | (STR) |

*106*

BETA TEST COPY NOT FOR DISTRIBUTION

**Current Events, Pop Culture, Streetwise, and Tactics
The starting occupation can add additional occupation-related SKILLS to choose.

First Level SKILL POINTS are calculated thus: (3 + INT Modifier) X 4.

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +1 | +1 | 0 | Forte |
| 12nd | +2 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +3 | +2 | 0 | Forte |
| 14th | +4 | +3 | 0 | Bonus EXPLOIT |
| 15th | +5 | +3 | +1 | Forte |
| 16th | +6/+1 | +3 | +1 | Bonus EXPLOIT |
| 17th | +7/+2 | +4 | +1 | Forte |
| 18th | +8/+3 | +4 | +1 | Bonus EXPLOIT |
| 19th | +9/+4 | +5 | +2 | Forte |
| 20th | +10/+5 | +5 | +2 | Bonus EXPLOIT |

# Initial EXPLOITS (Starting Feats)

All characters get two *EXPLOITS* at first level, a **WARDENS** (Strong Paragon) starts life with "Simple Weapons Proficiency" *EXPLOIT*.

# GROUP PROPERTIES  (Class Features)

These are the **GROUP PROPERTIES** of the **WARDENS** *Strong Paragon*.
The WARDENS *Strong Paragon* selects a Forte from the following Forte trees at the 11, 13, 15, 17, and 19th levels. Some trees have a set order, while others provide a list to choose from. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.



BETA TEST COPY NOT FOR DISTRIBUTION



# FORTE' *Talents*

| | |
|---|---|
| 11th level | – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash Select 1 |
| 13th level | – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash Select 1 |
| 15th level | – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash Select 1 |
| 17th level | – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash Select 1 |
| 19 level | – Extreme Effort Select 1 – Ignore Hardness Select 1 – Melee' Smash Select 1 |

Some FORTE' have an order that must be followed. Others have a list to choose from. As long as he or she qualifies, they can select from any and all FORTE' lists. No talent can be selected more than once unless expressly indicated.

# Extreme Effort *FORTE'*

This character can, with the use of this *FORTE',* push him or herself beyond their normal limit. Using the Extreme Effort Forte' the test must be related to a *feat of strength* or a Strength related skill check. The player must decide to use this **BEFORE making the check.**

# Extreme Effort:



This requires a *full-round action* and provides **a +2 bonus** on the check.

# Improved Extreme Effort:

This requires a *full-round action* and gives **a +2 bonus** that stacks with the bonus provided by extreme effort. **(2 + 2 = 4). Prerequisite:** *Extreme effort.*

# Extreme Effort + 1:

This Extreme Effort +1 also requires a *full-round action* and gives an **additional +2** bonus that stacks with the bonuses from Extreme Effort and Improved Extreme Effort. **(2 + 2 + 2 = 6). Prerequisites: Extreme effort, Improved Extreme Effort.**

# DISREGARD Hardness *FORTE'*

The Wardens *Strong Paragon* character has a special ability that has been a part of them from birth. This ability to detect or determine an object's weakness or weak point is truly uncanny. The Wardens can subtract 1 point of an object's HARDNESS when making an attack roll to break the object.



**DISREGARD HARDNESS: Disregard (subtract 1 point)** an object's hardness.

*168*

BETA TEST COPY NOT FOR DISTRIBUTION

**IMPROVED DISREGARD HARDNESS:** Disregard **1 additional point** of the hardness of the target object for a total of 2 points subtracted from the hardness stat. **YOU MUST HAVE a**

**DISREGARD HARDNESS FORTE to use this. (1 + 1 = 2).**

**DISREGARD HARDNESS +1:** Yes, an **additional point of hardness is subtracted** from the target's HARDNESS SCORE for a total of 3! **(1 + 1 + 1 = 3)**

**MUST HAVE DISREGARD HARDNESS +1 FORTE to use this.**

# Melee Smash *FORTE'*

The Wardens (Strong) Paragon has the natural ability to inflict additional damage per hit due to their training from early childhood, to inflict additional damage per hit.

This ability is called **MELEE' Smash FORTE'**. This Melee' Smash Forte' enabled character **gets a +1 bonus added to the damage roll.** (i.e., Damage roll on a 1d8 = 6, then add the +1 to the 6, and the score is 7!)

**IMPROVED MELEE' Smash FORTE':** This also gives an additional +1 added to the previous +1 and this is added to the damage roll. **MUST-HAVE MELEE' SMASH.**

**MELEE Smash FORTE' +1:** This too gives the character an additional +1 to the previous +1's for a total of +3 added to the damage roll.

# Bonus Exploits

The warden Paragon gains a bonus feat at 12nd, 14th, 16th, 18th, and 20th levels. This *EXPLOIT* must be selected from the following list, and the *Paragon* must meet any prerequisites.

    Animal Affinity
    Archaic Weapons Proficiency
    Athletic
    Blind-Fight
    Brawl
    Cleave
    Combat Martial Arts
    Combat Reflexes
    Great Cleave



BETA TEST COPY NOT FOR DISTRIBUTION



Improved Brawl
Improved Combat Martial Arts
Power Attack
Weapon Focus.


# POSSIBLE OCCUPATIONS FOR THIS *PARAGON Type*

1. *Athlete*
2. *Investigative*
3. *Law Enforcement*
4. *Military*
5. *Pre-hospital Emergency Paramedic (SOE)*

## The Adventurer –

The occupation has its own set of skills. The adventurer is a wandering, drifter type of person who has a "jack-of-all-trades" skill set. They can and often do excel in any type of workplace. Grill cook, horse wrangler, driver, pilot, climber, handyman, &c.



## The Athlete –

This occupation has a more narrow skill set. This person can run or perform feats of strength that most people cannot.
Climb, jump, swim, parachute, &c.

## Investigative –

# IMMORTALS *Fast PARAGON Type*

**Ability: Dexterity**
**HIT DIE: 1d8**
**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.)



| SKILLS | KEY ABILITY | |
|---|---|---|
| Balance | Dexterity | (DEX) |
| Move silently | Dexterity | (DEX) |

BETA TEST COPY NOT FOR DISTRIBUTION

| Drive | Dexterity | (DEX) |
| Escape artist | Dexterity | (DEX) |
| Hide | Dexterity | (DEX) |
| Pilot | Dexterity | (DEX) |
| Tumble | Dexterity | (DEX) |
| Ride | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft, Mechanical | Intelligence | (INT) |
| Profession | Wisdom | (WIS) |

| Read/Write Language | – | – |
| Speak Language | – | – |

**Current Events, Pop Culture, Streetwise.
The starting occupation can add additional occupation-related SKILLS to choose from.

*First Level SKILL POINTS are calculated thus: (5 + INT Modifier) X 4.*
*Skill Points at Each Additional Level: 5+ INT modifier.*

| CLASS LEVEL | ATTACK BOUNS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +3 | 0 | Forte |
| 12nd | +1 | +4 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +4 | +1 | Forte |
| 14th | +3 | +5 | +1 | Bonus EXPLOIT |
| 15th | +3 | +5 | +1 | Forte |
| 16th | +4 | +6 | +2 | Bonus EXPLOIT |
| 17th | +5 | +6 | +2 | Forte |
| 18th | +6/+1 | +7 | +2 | Bonus EXPLOIT |
| 19th | +6/+1 | +7 | +3 | Forte |
| 20th | +7/+2 | +8 | +3 | Bonus EXPLOIT |



BETA TEST COPY NOT FOR DISTRIBUTION



# Initial EXPLOITS *(Starting Feats)*

*All characters get two EXPLOITS at first level, a Immortals (Fast Paragon) starts life with "Simple Weapons Proficiency" EXPLOIT.*

## GROUP PROPERTIES *(Class Features)*

These are the *GROUP PROPERTIES* of the Immortals(Fast Paragon).

## FORTE' *Talents Defensive Tree*

The Immortals *Fast Paragon* selects a Forte from the following Forte trees at the 11, 13, 15, 16, and 19th levels. Some trees have a set order, while others provide a list to choose. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.

**Evasion:** Suppose the Immortals *Fast Paragon* is susceptible to any effect that allows a character to attempt a *Reflex Saving Throw* for half damage. In that case, the Immortals Fast Paragon endures no harm (takes zero hit points of damage) if they roll well on a saving throw. *Evasion can only be attempted when wearing light armor, powered armor, or no armor.*



**Uncanny Dodge 1:** The Immortals *Fast Paragon* keeps their *Dexterity bonus to Defense* regardless of the situation. The only caveat is when they are immobile or paralyzed. **Prerequisite: Evasion.**

**Uncanny Dodge 2:** The Immortals *Fast Paragon* cannot be flanked; they can react to opponents on either side of them as if reacting to a single attacker. **Prerequisites: Evasion, uncanny dodge 1.**

**Defensive Roll:** The Immortals *Fast Paragon* can roll a deadly attack to minimize its damage. They can attempt to roll the damage when they have the potential to be reduced to zero hit points or less during ranged melee combat. An Immortal Fast Paragon spends one action point to use this Forte'. Once the point is used, the PC rolls a *Reflex Saving Throw (AP = damage dealt)*. If the save succeeds, they take only half HP damage. The PC must *react to the attack* to implement a defensive roll— unless immobilized; the Forte' is unusable. Since this effect would not routinely allow a character to make a Reflex save for half damage, the Immortals Fast Paragon's evasion Forte' does not apply to the defensive roll. **Prerequisites: Evasion, uncanny dodge 1.**



*1:72*

BETA TEST COPY NOT FOR DISTRIBUTION

**Opportunist:** The *Immortals Fast Paragon* can *spend one action point to use this Forte*. Once it is spent, the Paragon may use an **attack of opportunity** on an opponent who has been *just struck for damage in melee* by an opponent. This attack counts as the Paragon's attack of opportunity for that round. Even an Immortals Fast Paragon with the **Combat Reflexes Exploit** cannot use this *Forte* more than once per round. **Prerequisite: Evasion.**

## Increased Speed Forte Tree,

The *Immortals Fast Paragon*, can increase their natural base speed.

**Increased Speed:** The *Immortals Fast Paragon* base speed increases by 5 feet.

**Improved Increased Speed:** The *Immortals Fast Paragon* base speed increases by 5 feet. This *Forte* stacks with increased speed (10 feet total). **Prerequisite: Increased speed.**

**Advanced Increased Speed:** The Immortals *Fast Paragon* base speed increases by 5 feet. This *Forte* stacks with *increased speed* and *improved increased speed* (15 feet total). **Prerequisites: Increased speed, improved increased speed.**

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th levels, the Immortals *Fast Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the *Immortals Fast Paragon* must meet any prerequisites.

- Acrobatic
- Combat Expertise
- Combat Throw
- Defensive Martial Arts
- Double Tap
- Elusive Target
- Focused
- Improved Disarm
- Mobility
- Personal Firearms Proficiency
- Point Blank Shot
- Stealthy
- Weapon Finesse.

Some FORTE's have an order that must be followed. Others have a list to choose from. They can select from any FORTE' lists as long as they qualify. No talent can be selected more than once unless expressly indicated.



BETA TEST COPY NOT FOR DISTRIBUTION

# E.S.F - Enhanced Special Forces Tough PARAGON Type

**Ability: Constitution**
**HIT DIE: 1d10**
**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

| SKILLS | KEY ABILITY | |
|---|---|---|
| Climb | Strength | (STR) |
| Intimidate | Charisma | (CHA) |
| Concentration | Constitution | (CON) |
| Ride | Dexterity | (DEX) |
| Drive | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft (Mechanical, Structural) | Intelligence | (INT) |
| Spot | Wisdom | (WIS) |
| Survival | Wisdom | (WIS) |
| Profession | Wisdom | (WIS) |
| Read/Write Language | – | – |
| Speak Language | – | – |

**Current Events, Pop Culture, Streetwise.

The starting occupation can add additional occupation-related SKILLS to choose from.

*First Level SKILL POINTS are calculated thus: (3 + INT Modifier) X 4.*
*Skill Points at Each Additional Level: 3+ INT modifier.*

*194*

BETA TEST COPY NOT FOR DISTRIBUTION

| CLASS LEVEL | ATTACK BOUNS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +1 | 0 | Forte |
| 12nd | +1 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +2 | +1 | Forte |
| 14th | +3 | +3 | +1 | Bonus EXPLOIT |
| 15th | +3 | +3 | +1 | Forte |
| 16th | +4 | +3 | +2 | Bonus EXPLOIT |
| 17th | +5 | +4 | +2 | Forte |
| 18th | +6/+1 | +4 | +2 | Bonus EXPLOIT |
| 19th | +6/+1 | +5 | +3 | Forte |
| 20th | +7/+2 | +5 | +3 | Bonus EXPLOIT |

## Initial EXPLOITS(Starting Feats)

*All characters get two EXPLOITS at the first level, a E.S.F Tough Paragon starts life with "Simple Weapons Proficiency" EXPLOIT.*

## GROUP PROPERTIES (Class Features)

These are the **GROUP PROPERTIES** of the **E.S.F Tough Paragon.**

## FORTE' Talents Damage Reduction Tree

The **E.S.F Tough Paragon** selects a Forte from the following Forte trees at the 11, 13, 15,17, 19 levels.

Some trees have a set order, while others provide a list to choose from. As long as the Paragon qualifies, they freely select from all trees. None can be selected more than once unless indicated.

**Before the *E.S.F Tough Paragon* can select a Forte from this tree,** the *Paragon* must have selected at least one Forte from the *Energy Resistance or Unbreakable Forte Tree.*



BETA TEST COPY NOT FOR DISTRIBUTION



**Damage Reduction 1 —:** The *E.S.F Tough Paragon* must ignore 1 point of damage from melee and ranged weapons — **prerequisite:** One other talent from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree**.

**Damage Reduction 2 —:** The *E.S.F Tough Paragon* will ignore an additional 1 point of damage from melee and ranged weapons (DR 2 — total). Prerequisites: Damage reduction 1 —, one other talent from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree**.

**Damage Reduction 3 —:** The *E.S.F Tough Paragon* will ignore an additional 1 point of damage from melee and ranged weapons (DR 3 — total). **Prerequisites:** Damage reduction 1 —, damage reduction 2 —, one other Forte from either the **Energy Resistance Forte Tree** or the **Unbreakable Forte Tree**.

# Energy Resistance Forte Tree,

The *E.S.F Tough Paragon,* is particularly resistant to certain kinds of deadly energy effects. These Fortes can be selected in any order.

**Acid Resistance:** The *E.S.F Tough Paragon* will ignore an amount of **acid damage equal to their Constitution modifier.**

**Cold Resistance:** The *E.S.F Tough Paragon* will ignore an amount of **cold damage equal to their Constitution modifier.**

**Electricity Resistance:** The *E.S.F Tough Paragon* will ignore an **amount of electricity damage equal to their Constitution modifier.**

**Fire Resistance:** The *E.S.F Tough Paragon* will ignore an amount of **fire damage equal to their Constitution modifier.**

**Sonic/Concussion Resistance:** The *E.S.F Tough Paragon* will ignore an amount of **sonic or concussion damage equal to their Constitution modifier.**

# Unbreakable Forte Tree,

The *E.S.F Tough Paragon,* is particularly resilient thanks to the following talents.
**Remain Conscious:** The *E.S.F Tough Paragon* can continue actions when they should be unconscious and dying. When their hit points drop to –1, they can continue to make an attack action or a move action. This can be done every round until they reach –10 hit points and die.

176

BETA TEST COPY NOT FOR DISTRIBUTION

The PC can choose to go unconscious if they think that doing so will prevent them from taking more damage.

**Robust:** The *E.S.F Tough Paragon* becomes exceptionally powerful, gaining several HP equal to their Tough Paragon level as they select this talent. After that, the Paragon gains +1 hit point with each level.

**Second Wind:** The *E.S.F Tough Paragon* can spend one action point to recover. They recover several hit points equal to their Constitution modifier when this happens. This talent does not increase the Tough hero's hit points beyond the character's complete average total.

**Stamina:** The *E.S.F  Tough Paragon* recovers twice as fast as expected. So, the hero recovers two hit points per character level per evening of rest, 2 points of temporary ability damage per evening of rest, and awakens in half the standard time after being knocked unconscious. **Prerequisite: Robust.**

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th levels, the *E.S.F Tough Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the *E.S.F Tough Paragon* must meet any prerequisites.

- Alertness
- Athletic
- Brawl
- Confident
- Endurance
- Great Fortitude
- Improved Brawl
- Improved Bull Rush
- Improved Feint
- Knockout Punch
- Power Attack
- Street Fighting
- Toughness
- Vehicle Expert.



BETA TEST COPY NOT FOR DISTRIBUTION

# EXTRAORDINARY/*Smart* PARAGON

## *Type*
**Ability: Intelligence**
**HIT DIE: 1d6**
**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (3 + INT Modifier) X 4. Skill Points at Each Additional Level: 3+ INT modifier.*

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +1 | 0 | Forte |
| 12nd | +1 | +2 | 0 | Bonus EXPLOIT (Feat) |
| 13rd | +1 | +2 | +1 | Forte |
| 14th | +2 | +3 | +1 | Bonus EXPLOIT |
| 15th | +2 | +3 | +1 | Forte |
| 16th | +3 | +3 | +2 | Bonus EXPLOIT |
| 17th | +3 | +4 | +2 | Forte |
| 18th | +4 | +4 | +2 | Bonus EXPLOIT |
| 19th | +4 | +5 | +3 | Forte |
| 20th | +5 | +5 | +3 | Bonus EXPLOIT |

## *Initial EXPLOITS(Starting Feats)*
*All characters get two EXPLOITS at the first level; an Extraordinary Paragon starts life with "Simple Weapons Proficiency" EXPLOIT.*

178

BETA TEST COPY NOT FOR DISTRIBUTION

# GROUP PROPERTIES (Class Features)

These are the **GROUP PROPERTIES** of the *Extraordinary Paragon*. **FORTE's**

At the 11th, 13th, 15th, 17th, and 19th levels, the Extraordinary Paragon selects a Forte from the following Forte trees.

Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree. No Forte can be selected more than once unless indicated.

## Research Forte Tree

The Extraordinary Paragon has an innate aptitude for study and fact-finding. These Forte's can be selected in any order.

**Savant:** Select one of the skills listed below. The Extraordinary Paragon gets to add a bonus equal to their Smart level when making checks with that skill. An Extraordinary Paragon can take this Forte multiple times; it applies to a different skill each time.

- Computer Use
- Craft (any single skill)
- Decipher Script
- Demolitions
- Disable Device
- Forgery
- Investigate
- Knowledge (any single skill)
- Navigate
- Repair
- Research
- Search

**Linguist (resourceful):** With this Forte, the Smart Paragon becomes a master linguist. Whenever the Paragon encounters a new language, either spoken or written, they can make an *Intelligence check* to determine they can understand. The check adds a bonus equal to the Paragon's Smart level + the Paragon's Intelligence modifier. For written language, the bonus applies to a **Decipher Script check** instead. The *Adversity Rating (AR)* for the check depends on the situation: AR 15 if the Language is in the same group as a language the Paragon has as a Read/Write Language or Speak Language skill; AR 20 if the Language is unrelated to any other languages the Paragon knows; and AR 25 if the Language is ancient or unique. A Smart



BETA TEST COPY NOT FOR DISTRIBUTION



Paragon can glean enough meaning from a conversation or document to ascertain the direct message. However, this ability in no way simulates being able to converse or fluently read and write in a given language. **Prerequisite:** At least one rank in either Read/Write Language or Speak Language for each of three different languages.

# Strategy Forte Tree

The Extraordinary Paragon has the brainpower to see solutions in most situations. These Fortes can be selected in any order, but before the Paragon can select a Forte from this tree, they must have previously selected at least one Forte from the Research Forte Tree.

**Exploit Weakness:** Following the first round of combat, the Smart Paragon can choose one opponent to gain an advantage by using wits over muscle. The Smart Paragon uses a *move action* and makes an *Intelligence check (AR 15)* with a *bonus equal to their Smart Paragon level.* Suppose the check succeeds for the rest of the combat. In that case, the Smart Paragon uses their Intelligence bonus instead of *Strength or Dexterity bonus* on *attack rolls.* The Paragon finds ways to outthink his opponent and notices weaknesses in his fighting style. **Prerequisite:** One Forte from the Research Forte Tree.



**Plan:** Before a dramatic situation, either combat-or skill-related, the Smart Paragon will develop a *plan of action* to remedy the situation. Using this Forte requires preparation. This Forte cannot be used when the Paragon is surprised or otherwise unprepared. The Smart Paragon rolls an *Intelligence check (AR 10)* with a bonus equal to their Smart level. The results of the check award the Paragon with a *circumstance bonus.* They cannot take 10 or 20 when making this check.

| D20 Result | Bonus |
|------------|-------|
| 25 or more | +3 |
| 15 - 24 | +2 |
| 10 - 14 | +1 |
| 9 or less | 0 (failure) |

This bonus is applied to all *skill checks* and *attack rolls* made by the Paragon and allies; the bonus only lasts for the initial three rounds. Then reduce the bonus by 1 point (to a minimum of +0) for each additional round; the situation continues. **Prerequisite:** One Forte from the



180

BETA TEST COPY NOT FOR DISTRIBUTION

Research Forte Tree.

**Trick:** The Extraordinary Paragon can temporarily confuse a target (a GM character) through trickery. The target of the ploy must have an Intelligence of 3 or higher to be susceptible to the trick and be within 30 feet of the Paragon. Also, they must be able to hear and understand the Paragon. The Paragon must use *one full-round action* to trick the target and roll a successful **Intelligence check (AR 15).** Suppose the target can think quickly and ignore the trick; the target resists the trick by making a *Reflex saving throw (AR 10 + Smart Paragon's Class Level + Smart Paragons Intelligence bonus)*. If the throw fails, the target becomes dazed and confused. Generally, unable to act but can defend for 1 round. **One Trick may be played on one target per encounter.** After that, the target becomes wary and immune to such ploys. **Prerequisite:** One talent from the Research Talent Tree.

## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th levels, the Extraordinary *Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the Extraordinary *Paragon* must meet any prerequisites.

- Builder
- Cautious
- Combat Expertise
- Educated
- Gearhead
- Improved Disarm
- Improved Trip
- Iron Will
- Lightning Reflexes
- Meticulous, Studious
- Vehicle Expert
- Weapon Focus



BETA TEST COPY NOT FOR DISTRIBUTION

# N.E.M -Neurologically Enhanced Medic

## WISE/PARAGON Type

**Ability: Wisdom**
**HIT DIE: 1d6**
**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (5 + INT Modifier) X 4. Skill Points at Each Additional Level: 5+ INT modifier.*

## GROUP SKILLS: The Dedicated Paragon's Group skills:

| SKILLS | KEY ABILITY |
|---|---|
| Craft (pharmaceutical, visual art, writing) | (INT) |
| Gamble | (WIS) |
| Investigate | (INT) |
| Knowledge (arcane lore, art, behavioral sciences, business, civics, current events, earth, and life sciences, history, physical sciences, popular culture, streetwise, tactics, technology, theology, and philosophy) | (INT) |
| Listen | (WIS) |
| Profession | (WIS) |
| Read/Write Language | – |
| Sense Motive | (WIS) |
| Speak Language | – |
| Spot | (WIS) |
| Survival | (WIS) |
| Treat Injury | (WIS) |

Also, the starting occupation the Paragon selects can provide additional class skills to choose from.

182

BETA TEST COPY NOT FOR DISTRIBUTION

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS FEATURES |
|---|---|---|---|---|
| 11st | +0 | +1 | +1 | Forte |
| 12nd | +1 | +2 | +1 | Bonus EXPLOIT (Feat) |
| 13rd | +2 | +2 | +1 | Forte |
| 14th | +3 | +3 | +2 | Bonus EXPLOIT |
| 15th | +3 | +3 | +2 | Forte |
| 16th | +4 | +3 | +2 | Bonus EXPLOIT |
| 17th | +5 | +4 | +3 | Forte |
| 18th | +6 /+1 | +4 | +3 | Bonus EXPLOIT |
| 19th | +6 /+1 | +5 | +3 | Forte |
| 20th | +7 /+2 | +5 | +4 | Bonus EXPLOIT |

# GROUP PROPERTIES (Class Features)

These are the **GROUP PROPERTIES** of the *Dedicated Paragon.*

# FORTE's

At the 11, 13, 15, 17, and 19th levels, the Dedicated Paragon selects a Forte from the following Forte trees. Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree. No Forte can be selected more than once unless indicated.



BETA TEST COPY NOT FOR DISTRIBUTION



# Empathic Forte Tree,

The Dedicated Paragon, has an innate capacity for empathy. These Forte's can be selected in any order.

**Empathy:** The Dedicated Paragon is naturally sensitive to feelings. They *just know* how the other person is feeling. This natural Forte gives a bonus on *checks* on *interaction skills* like

- Bluff
- Diplomacy
- Handle Animal
- Intimidate
- Perform
- Sense Motive
    The Paragon must spend at least 1 minute observing the target before making the skill check. The bonus equals the Paragon's Dedicated level.

**Improved Aid Another:** The Dedicated Paragons bonus on attempts to aid another increase by +1 on a successful aid another check. This Forte can be selected multiple times, increasing the bonus by +1. **Prerequisite: Empathy.**



**Intuition:** The Dedicated Paragon has an innate ability to sense trouble. The Dedicated Paragon can make a *Will Saving Throw (AR 15)*. With a successful save, the Paragon gets a *hunch that everything is alright,* or the Paragon gets a *bad feeling about a specific situation,* based on the GM's best guess relating to the circumstances. This Forte can be used several times per day, equal to the character's Dedicated level. **Prerequisite: Empathy.**

# Healing Forte Tree

The Dedicated Paragon has a Forte for healing.

**Healing Knack:** The Paragon has a knack for the healing arts. The hero receives a +2 bonus on all Treat Injury skill checks.

**Healing Touch 1:** The Dedicated Paragon's ability to restore damage with a medical kit or perform surgery with a surgery kit increases by +2 hit points. **Prerequisite:** Healing knack.



**Healing Touch 2:** The Dedicated Paragon's ability to restore damage with a **medical kit** or perform surgery with a **surgery kit** increases by +2 hit points, which stacks with healing touch 1 for a total of +4 hit points. **Prerequisites:** Healing knack, healing touch 1.

*1.84*

BETA TEST COPY NOT FOR DISTRIBUTION

# Insightful Forte Tree

The Dedicated Paragon's natural insightfulness serves the Player Character well.

**Skill Emphasis:** The Dedicated Paragon chooses a skill (1 skill) and receives a +3 bonus. This bonus will; be applied to all checks associated with that skill. The bonus does not allow checks for a trained skill. If a Paragon has training in a skill related to this situation, they cannot do a Skill Emphasis Skill Check.

**Aware:** The Dedicated Paragon has an intuitive situational awareness. The Paragon adds their *base Will saving throw bonus* to *Listen or Spot checks to avoid surprise.* **Prerequisite:** Skill emphasis.

**Faith:** *The Dedicated Paragon has excellent faith. Trust in their deity, in themselves, or both. This unswerving belief allows the Dedicated Paragon to add their* **Wisdom modifier** *to the* **die roll** *whenever the Paragon spends one action point to improve the result of an attack roll, skill check, saving throw, or ability check.* **Prerequisite:** Skill emphasis.

**Cool Under Pressure:** *The Dedicated Paragon selects a few skills equal to 3 + the Paragon's Wisdom modifier. When checking with one C.U.P. skill, the Paragon can take ten even when distracted or under duress.* **Prerequisite:** Skill emphasis plus either faith or awareness.

# Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th levels, the *Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the *Paragon* must meet any prerequisites.
- Advanced Firearms Proficiency
- Alertness
- Archaic Weapons Proficiency
- Attentive
- Blind-Fight
- Deceptive
- Educated
- Far Shot
- Iron Will
- Medical Expert
- Meticulous
- Surgery
- Track
- Weapon Focus



BETA TEST COPY NOT FOR DISTRIBUTION

# INFLUENCER PARAGON Type

**Ability: Charisma**
**HIT DIE: 1d6**
**ACTION POINTS:**

This Paragon Type has an AP of 5 + ½ of their character Level. (i.e. 5 AP plus ½ of 1st level = 5.5 AP Round down=5 A.P.) At 1st level and every time they attain a new level in this class.

*First Level SKILL POINTS are calculated thus: (7 + INT Modifier) X 4. Skill Points at Each Additional Level: 7+ INT modifier.*

## GROUP SKILLS: The Dedicated Paragon's Group skills:

| SKILLS | KEY ABILITY | |
|---|---|---|
| Bluf | Charisma | (CHA) |
| Diplomacy | Charisma | (CHA) |
| Disguise | Charisma | (CHA) |
| Gather Information | Charisma | (CHA) |
| Handle Animal | Charisma | (CHA) |
| Intimidate | Charisma | (CHA) |
| Perform (acting, dance, keyboards, drums, string, woodwinds) | | |
| | Charisma | (CHA) |
| Investigate | Intelligence | (INT) |
| Concentration | Constitution | (CON) |
| Ride | Dexterity | (DEX) |
| Drive | Dexterity | (DEX) |
| Knowledge** | Intelligence | (INT) |
| Craft (Pharmaceutical, Visual art, Writing) | Intelligence | (INT) |
| Gamble | Wisdom | (WIS) |
| Profession | Wisdom | (WIS) |
| Spot | Wisdom | (WIS) |
| Survival | Wisdom | (WIS) |
| Treat Injury | Wisdom | (WIS) |
| Read/Write Language | – | – |
| Speak Language | – | – |



BETA TEST COPY NOT FOR DISTRIBUTION

** Arcane lore, art, behavioral sciences, business, civics, current events, earth, and life sciences, history, physical sciences, popular culture, streetwise, tactics, technology, theology, and philosophy.

In addition to the two feats all characters get at 1st level, a Charismatic Paragon begins play with the Simple Weapons Proficiency feat.

| CLASS LEVEL | ATTACK BONUS (BASE) | DEFENSE BONUS | REP. BONUS | CLASS EXPLOITS |
|---|---|---|---|---|
| 11st | +0 | +0 | +2 | Forte |
| 12nd | +1 | +1 | +2 | Bonus EXPLOIT (Feat) |
| 13rd | +1 | +1 | +2 | Forte |
| 14th | +2 | +1 | +3 | Bonus EXPLOIT |
| 15th | +2 | +2 | +3 | Forte |
| 16th | +3 | +2 | +3 | Bonus EXPLOIT |
| 17th | +3 | +2 | +4 | Forte |
| 18th | +4 | +3 | +4 | Bonus EXPLOIT |
| 19th | +4 | +3 | +4 | Forte |
| 20th | +5 | +3 | +5 | Bonus EXPLOIT |

# Starting Forte's

In addition to the two feats all characters get at 1st level, an INFLUENCER Paragon begins play with the **Simple Weapons Proficiency** Forte.

# *GROUP PROPERTIES*

These are the ***GROUP PROPERTIES*** of the INFLUENCER *Paragon*.

# FORTE's

At the 11, 13,15, 17, and 19TH levels, the INFLUENCER *Paragon* selects a Forte from the following Forte trees. Some have a set order that must be followed, while others provide a list. As long as the Paragon qualifies, they can select from any Forte tree.



BETA TEST COPY NOT FOR DISTRIBUTION



No Forte can be selected more than once unless indicated.

# Charm Forte Tree,

The Dedicated Paragon, has an innate capacity for empathy. These Forte's can be selected in any order.

**Charm:** The Charismatic Paragon *receives a bonus on all Charisma-based skill checks* made to influence a target regardless of the sex of the target. Not all influence operations or attempts are about sex. *The bonus is the character's Charismatic level.* A Charismatic Paragon can only charm Non-player characters with attitudes of indifference or better. *The charm bonus cannot be used against unfriendly or hostile characters.*

**Favor:** The INFLUENCER Paragon can acquire minor aid from anyone they meet. An INFLUENCER Paragon can gain important information without going through the time and trouble of doing much research by making a Favor Check. Favors are used to acquiring a loan of equipment, documents, or other minimal assistance during an adventure.

**One Pivot Point must be used to activate this Forte.**



**Procedure for making a Favor Check:** Roll roll a 1d20 and add the *favor bonus, equal to the* INFLUENCER *Level.* The GM sets the *AR based* on the *scope of the favor.* The AR ranges from 10 for a simple or as high as 30 for *highly dangerous, expensive, or illegal favors.* An INFLUENCER Paragon cannot take **10 or 20 on this check,** nor can they retry the check for the same or similar favor. **Prerequisite: Charm.**

**GM:** Favors should help advance the plot of the adventure. No Favor should ever be allowed to avoid a problem or bad situation.

**GM:** Never let the use of Favors disrupt the games or become the bone of contention. Always keep a close eye on the use of the Forte.
Prerequisite: Charm.

**Captivate:** The  INFLUENCER Paragon can temporarily seduce a target. (The target should be an NPC.) *The Target needs an Intelligence score of 3 or higher* to be susceptible to a *captivate attempt* within 30 feet of the Paragon. It must be able to see, hear, and understand the Paragon.





BETA TEST COPY NOT FOR DISTRIBUTION

**Procedure:** To captivate a target, the Paragon must use an attack action and make a Charisma check (AR 15), adding their Charismatic level. When the *Charisma Check* succeeds, the target can try to resist.

The target can resist the **Captivation Attempt** by making a successful *Will Saving Throw* **(AR 10 + INFLUENCER Paragon's class level + INFLUENCER Paragon's CHA bonus).**

The hero becomes the target's sole focus if the saving throw fails. *The target will pay no attention to anyone else for 1 round.* This focus of the target's attention allows other characters to take actions that the captivated target is unaware of. The effect is dispelled if the target is attacked or threatened.

An INFLUENCER Paragon can concentrate on keeping a target charmed for additional rounds if the Paragon focuses all effort on the task. The target gets a new *Willpower Save* each round, and the effect ends when the hero stops concentrating or the target succeeds on the save. **Prerequisites: Charm, Favor.**

# Fast Talk Forte Tree,

The INFLUENCER Paragon, has a natural ability to make a colorful speech and bend the truth, dazzling others with word combinations that mesmerize and charm.

- **Fast-Talk:** The INFLUENCER Paragon is a wordsmith of sorts when attempting to con and deceive. With this Forte, they apply the Charismatic level as a bonus on any Bluff, Diplomacy, or Gamble checks the Paragon makes while trying to lie, cheat.

- **Dazzle:** The INFLUENCER Paragon can dazzle a target (NPC) through the use of a strong personality, terrific smile, and misleading speech. They must have an Intelligence score of 3 or higher to be susceptible to a *Dazzle Attempt,* be within 30 feet of the hero, and be able to see, hear, and understand the hero. An enthralled ally gains an additional **+1 morale bonus** on **saving, attack,** and **damage rolls—the** bonus stacks with the other bonus from inspiration for a total of a +3 morale bonus. A Charismatic hero can't inspire him or herself. The hero can inspire several allies equal to one-half their Charismatic level, rounded down (to a minimum of one partner).
- **Prerequisites: Coordinate, inspiration.**



BETA TEST COPY NOT FOR DISTRIBUTION



## Bonus *EXPLOITS*

At 12nd, 14th, 16th, 18th, and 20th levels, the *Paragon* gains a bonus feat. This *EXPLOIT* must be selected from the following list, and the *Paragon* must meet any prerequisites.

- Agile Riposte
- Creative
- Deceptive
- Dodge
- Frightful Presence
- Iron Will
- Lightning Reflexes
- Low Profile
- Point Blank Shot
- Renown
- Trustworthy
- Windfall.

# ABILITY SCORE SKILLS



Each ability score has a set of skills associated with them. A range of skills that a character can be proficient at. All starting skill proficiencies are determined during the character creation process.

A DEXterity check can reflect a character's attempt to *pull off an acrobatic stunt,* palm an object, or stay hidden. Dexterity has associated skills: Acrobatics, Sleight of Hand, and Stealth, respectively. Characters  who have *proficiency* in the *Stealth skill* is good at DEXterity checks related to sneaking and hiding.

**STRENGTH –** Athletic prowess, lifting awkward things, &c.

**DEXTERITY –** Sleight-of-hand, stealthy maneuvering, acrobatics (tumbling), &c.

**WISDOM –**

**INTELLIGENCE –**



**CHARISMA –** Persuasion, Deception, Performance (acting), Intimidation.
LOOKS: A score above 16 adds an additional +1 to the check. An 18+ adds +2.
A score below 8 subtracts a 1 to the check. A 4 subtracts a 2.

190

# STAR FRONTIERS NEW GENESIS

# BETA NOTES



PLAY TESTER NAME _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

191

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

*192*

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SUF
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

193

BETA TEST COPY NOT FOR DISTRIBUTION

# Step Seven: Apply Class/Level bonus

# Step Eight: Determine starting money & Skills

Money as per class dieroll x 100 xTLP= amount
As per Race & Class= Skills

## Money/Currency:

Confederation Credits (Cr) are the baseline currency in SFNG. There is a multitude of other currencies throughout the known universe. Below is a chart showing the values of other known currencies. We encourage you as a gamemaster to change the values below and create your own. Values of commodities change, so have a good reason a new race's currency values more or less than current values; please refer to the descriptions of each race to see why they rank as such.

Confederation Credits: Cr Base Credit rating of known universe 1/1

| | | |
|---|---|---|
| Ulfar (Nordic) | Credits: Nc | 1/1.5 |
| Repelian (Draconid) | Credits: Dc | 1/1.2 |
| Entomoids | Credits: Ec | 1/.7 |
| Uryed | Credits: Uc | 1/.7 |
| Yarvon | Credits: Yc | 1/.7 |
| Zaruk | Credits: Zc | 1/.7 |
| Tekahn | Credits: Tc | 1/1.5 |
| Autobahn | Credits: Ac | 1/.8 |
| Grays (Zetaians) | Credits: Gc | 1/2 |
| Greens (Gobs) | Credits: Grc | 1/.9 |

*194*

BETA TEST COPY NOT FOR DISTRIBUTION

# Armor Class – Armor Rating

Armor Class or Armor Rating is generic for staving off damage when attacked by an enemy combatant. Armor can be many things. It can be wood, metal, powered force shield(s) &c.

We give a rating on the effectiveness of each type of protection.

***The initial Armor Class or Rating is 10.***

This indicates that the person is wearing clothing. Nothing fancy, just clothes.

Different types of clothing or ready-made armor can protect the wearer from injury in varying degrees.

In **Star Frontiers New Genesis™**, most people will wear everyday clothes. So, the natural Rating is ten. (10). Ten means no armor.

Your ability to move fast and be nimble can also modify your armor rating. Dexterity is a perfect example of how this modification is done.

***Basic Armor Rating equals Armor Class 10 (no armor)+ DEX modifier.***

To increase the effectiveness of your Armor Rating, you should cover yourself with ***real armor.*** Environment suits have an Armor Class Rating.

The Class is EV-Suit, and the Rating is 11 + DEX.

The EV-suit is equal to Padded Leather.

Proficiency with armor and shields is key to keeping your Character safe from harm. Your Class determines Proficiency when using the Armor and Shields.



BETA TEST COPY NOT FOR DISTRIBUTION

# ARMOR

In Star Frontiers New Genesis, various materials can be considered a type of armor for game purposes. The majority of time spent by typical citizens is in safe areas, and they feel no fear of attack. But, our intrepid adventurers will be placing themselves in harm's way. Regular clothing is considered as Armor Rating 10. No armor. But, traditional clothing can protect you from the elements, like rain, mild acids, &c.

Here is a listing of equipment that affords protection from the elements and small weapons, like knives, and could protect from small arms attacks.

Four types of "armor" are available to the players.

1. *Armor designed to protect from missile weapons.* These missiles have potential energy that they carry with them, and it is converted to heat upon impact. A low-speed bullet deals less damage than a high-speed bullet. This type of armor is the most common and is typical of law enforcement equipment. A bulletproof vest is a good example. You may not die from the gunshot, but you might break some ribs.

2. *Energy Weapon Mitigation Armor.* This armor is different in diffusing the energy bolt or reflecting this energy. Most military spacers will have this type and the first type of armor.

3. **Kinetic/Sonic Damage absorption.** Absorb sound waves and other vibrations, including kinetic energy. Dispersing the power to connected weapons and equipment replenishing their power supply or ammunition

4. **Environmental Support.** This armor affords the wearer protection against harmful airborne agents and radiation, chemical and biowarfare agents, and the vacuum of space.

If your character wears combination armor, the Average of the two types becomes your Armor Rating.

190

BETA TEST COPY NOT FOR DISTRIBUTION

# PLAYING THE GAME

## Ability Checks

*Ability checks* test a character's talent and training to overcome adversity. The GM requires an ability check or when a character attempts an *action* that has a chance to fail, and when the outcome is unsure, let the dice determine the results.

The GM decides which abilities stats are most relevant for every ability check.
The more complicated a task, the higher its AR (DC). The Adversity Ratings (Difficulty Classes) table shows the most common ARs (DCs).

## TASK ADVERSITY RATING

| Task Adversity | TR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |

# Technology/Progress Levels

**All races have a Tech Progress Level. If a TPL-0 is being tried using an item with a TPL-3 rating, the being would have to make a Hard check INT/WIS check to comprehend its basic use and function. Please refer to the chart below on difficulty checks needed. Also, a character may advance in TPL if taught by a higher TPL Being. (DM Discretion on how long But no one should be able to go from TPL-0 to TLP- 5 in a few days it would take years or even lifetimes unless some Cybernetics or TLP-6  technology speeded up the process.**

**TPL-0:     Primitive:** The only weapons used are rocks, sticks, blunt spears, and a primitive ax. The invention of fire is essential to local society. Communication is by person to person using pictographs or gestures. No written or verbal language is known.



BETA TEST COPY NOT FOR DISTRIBUTION

**TPL-1:**  **Medieval Tech:** Swords, Shields, Bows, Horses, stonework, metalwork

**TPL-2:**  **ModernTech:** Slugthrowers, Gunpowder, internet, fiber optics, cars, planes.

**TPL-3:**  **Alpha Tech:** Cybernetics, advanced medicine, Power Armor, Starships, Energy weapons, Advanced armors and equipment, Space trade.

**TPL-4:**  **Beta Tech:** Less energy depended on Society items that recharge in light. Longer life spans, Cloning, Colonizing other planets.

**TPL-5:**  **New Genesis Tech:** This is the level of progression that this setting deals with. Fusion reactors and gravity induction are the hallmarks of this age. Faster than light Tech. Discovery of <u>Element 115</u> weapons armor and ships less need for fuel or ammo due to E115.

**TPL-6:**  **G.O.D Tech:** This technology, better known as Technomancy & Technomagic, is beyond the relative technology level of the UCPS. This level of technology is reserved for the GM's use only.

| Task Adversity | TR | NOTE |
|---|---|---|
| Almost Impossible | 30 | TPL-6 checks |
| Extremely Hard | 25 | TPL-5 |
| Very Hard | 20 | TPL-4 |
| Hard | 15 | TPL-3 |
| Easy | 10 | TPL-2 |
| Extremely Easy | 5 | TPL-1 |

*198*

BETA TEST COPY NOT FOR DISTRIBUTION

# SPECIAL RULES FOR SITUATIONS

### *ATTEMPTING TO TURN ON, CONTROL, OR DECIPHER ALIEN TECHNOLOGY*

When a circumstance arises that isn't defined in the core rules, like deciphering an alien text or trying to understand how an alien device works, this method will adjudicate the matter in a fair and unbiased way.

**METHOD –** For all **level, 1 - 2** player characters attempting to understand or decipher/power up an alien device above their racial TLP# +1 for each, the target number for success is 12 or better.

The character attempting this shall roll a 1d4 and add INTelligence bonus' plus WISdom bonus.' It is a success if the adjusted die roll is 12 or better. The device is turned on. If the roll is a natural 1 or less, that is a critical failure, and if the device can explode, please refer to the failure chart below for catastrophic failure. This has damage consequences for the person who was attempting the act.

For Example, If a TLP 2 alien 2nd level tried to use a TLP 4 device, he would need a target number of 14 to succeed with a roll of a D4 with modifiers.

**Level 3 - 4**  characters can use a 1d6 + INT + WIS bonus' to try to get a 12.
**Level 5 - 6** characters use a 1d10 + INT +WIS bonus'.
**Level 7 - 8** characters us a 1d12 + INT + WIS bonus'.
**Levels 9 and higher use 1d12 plus modifiers.**

**REMEMBER TGE TARGET NUMBER FOR SUCCESS IS 12.**



BETA TEST COPY NOT FOR DISTRIBUTION

# Armor Check Failures

| d% | Failure |
|---|---|
| 01-02 | Armor abilities don't function. All remaining charges** are drained. |
| 03-05 | Armor* seizes up, and abilities don't function. The wearer is paralyzed for 1 round. |
| 06-10 | The armor doesn't function but still consumes the average number of charges**. |
| 11-18 | The armor doesn't function, but no charges** are lost. |
| 19-50 | Armor uses twice as many charges** as normal (or expends an extra activation's worth of charges if already active). |
| 51-75 | Armor functions normally. |
| 76-80 | Armor functions better than anticipated. Its AC improves by 1 for the duration of this charge**. |
| 81-90 | Armor functions much better than anticipated. Its AC improves by 2 for the duration of this charge**. |
| 91-98 | Armor functions normally; no charges** are consumed by this use. |
| 99-100 | Armor functions normally, and a power surge restores 1d6 charges** to the item (up to but not exceeding its capacity). |
| d% | *For a shield, the shield's wielder is not impeded by the Failure.**Armor using power cells for energy/duration. |

## General Failed Items other than armor, pharmaceuticals, or weapons use this general Failure table.

| d% | Failure |
|---|---|

BETA TEST COPY NOT FOR DISTRIBUTION

| 01-02 | Item does not function. All remaining charges are drained. |
| 03-05 | Item does not function but still consumes the standard number of charges. |
| 06-10 | Item does not function, but no charges are lost. |
| 11-18 | The item uses twice as many charges as usual and jolts the user for 1d6 electrical/kinetic damage points but otherwise functions normally. |
| 19-50 | The item uses twice as many charges as expected but otherwise works normally. |
| 51-75 | Items function normally. |
| 76-80 | Item operates better than anticipated, and grants a +1d4 bonus on any ability check attempted with this use. |
| 81-90 | Item functions far better than expected and grants advantage on any ability check tried with this use. |
| 91-98 | Item functions normally, and this use does not consume any charges. |
| 99-100 | Item functions normally, and a power surge restores 1d6 charges to the item. |

## Pharmaceutical Failures

Timeworn pharmaceuticals have a chance of Failing when the dose is administered, even if another dose was recently used effectively.

| d% | Failure |
|---|---|
| 01-02 | Decomposed. Treat as poisoning 10D6 damage |
| 03-11 | Decomposed. Treat as exposure to Toxicin 8D6 damage |
| 12-20 | Spoiled. The patient is poisoned for 1d6 x 10 minutes 1D6 damage around |



BETA TEST COPY NOT FOR DISTRIBUTION

| 21-30 | Spoiled. The patient is poisoned for 1d6 rounds 1D6 damage around |
| 31-40 | Spoiled. No effect. |
| 41-50 | Less potent. Decrease all saving throw DCs by 2*. Use minimum values for all unexpected results (such as healing). Decrease duration by 50%. |
| 51-60 | The average effect but causes one level of exhaustion if the patient fails a DC 15 Constitution saving throw. |
| 61-75 | The average effect, but hallucinogenic (disadvantage on Wisdom (Perception) checks and as if affected by the *confusion* for 2d4 rounds, until the patient makes a successful DC 15 Constitution saving throw). |
| 76-85 | Normal effect. |
| 86-95 | More potent. Increase any saving throw DCs by 2. Reroll any result of 1. Increase duration by 100%. |
| 96-100 | Far more potent. As above, but treat as 2 doses. |
|  | *All pharmaceuticals come in a single dose unless otherwise described. |

### Weapon Failures Weapons used to make more than one attack in a turn might Fail multiple times during that turn.

| d% | Failure |
| --- | --- |
| 01-02 | The weapon does not function. All remaining charges are drained. |
| 03-24 | The weapon does not function but still consumes the standard charges. |
| 25-39 | The weapon destroys twice as many charges as usual and deals 1d6 points of Additional damage per charge consumed to the user. |

202

BETA TEST COPY NOT FOR DISTRIBUTION

| 40-65 | Weapon consumes twice as many charges as normal. |
|-------|--------------------------------------------------|
| 66-75 | Weapon functions normally, but flash caused by the weapon will blind the wielder and adjacent creatures for 1 round unless they make a successful DC 15 Dexterity saving throw. |
| 76-84 | Weapons function normally. |
| 85-92 | Weapon functions better than anticipated, granting advantage on attack rolls made with that weapon for 1 round. |
| 93-96 | Weapon functions much better than expected, granting advantage on attack rolls made with the weapon and an extra 1d6 damage on a successful hit. |
| 97-98 | Weapon functions normally, and this use does not consume any charges. |
| 99-100 | Weapon functions normally, and a power surge restores 1d6 charges to the item (up to but not exceeding its capacity). |



BETA TEST COPY NOT FOR DISTRIBUTION

# ↷COMBAT

## COMBAT SEQUENCE

### COMBAT ORDER

1. **TIME:**
2. **TURN** is 10 minutes of game time
3. **ROUND** is 1 minute of game time (Combat Round)
4. **SEGMENT** is 6 seconds of a Combat Round.
5. **½ SEGMENT** is 3 seconds of a Combat Round

1. **SURPRISE –** The Game Master will determine if a party is surprised before combat ensues. The GM compares each member of the party's DEX (Stealth) checks of anyone hiding with the WIS (perception) score on the opposing side. All characters who are surprised cannot take action on the first Combat Round.

2. **INITIATIVE –** All Player Characters roll for initiative. This determines the order of combat. The character with the highest *DEX check score* goes first. Alternate Initiative rules can be used if the GM prefers.**
   a. The party who wins initiative goes first. (Side A.)

3. **First COMBAT ROUND –** The first player ranked #1 can **move** and take action. The second-place character can move and also take action. So on. Each character will announce what they will do. The side with initiative will be **SIDE A. SIDE B** will be the defending side.

4. **BONUS ACTIONS –** All characters who have bonus actions can take their bonus action.

5. **REACTIONS –** Some characters have special abilities that allow them to react to an attack when others cannot. Only one reaction per melee' round.

6. **BEGIN THE NEXT Combat ROUND.**

**OTHER THINGS YOU CAN DO DURING YOUR COMBAT ROUND**
- Draw a new weapon
- Open or close a door
- Pull out a device from your backpack.
- Pick up something.

BETA TEST COPY NOT FOR DISTRIBUTION

- Remove a ring from your finger.
- Search for something.
- Use an object.

**During the attack phase, the character who can attack May**

1. Choose a target. The target must be *within range and in line of sight*. We can use miniatures to represent characters and monsters to determine line of sight. A common technique is to hold a length of thread between two miniatures. If the thread, held straight, doesn't encounter any obstacles, the line of sight is valid.

2. Determine your modifiers.

3. Adjudicate the attack.

# THE ATTACK ROLL

When it's your turn during the Combat Round, you may roll for an attack.

1. Roll a 1d20. If your number rolled plus modifiers equals or exceeds the Targets adjusted Armor Class/Rating, you score a HIT!

The **ABILITY MODIFIER**: STRENGTH and DEXTERITY modifiers may come into play and adjust up or down the combat 1d20 roll. Remember to add the Proficiency Bonus also.

**Proficiency Bonus –** After using a weapon many times, a player character will become very good with it. This means that they are proficient with that weapon. So, as a reward for being very good. The Player Character will. Get at least a +1 added to the "To Hit" roll on a 1d20.

**If you roll an unmodified 1 or 20,** 1 is a critical fumble, and a 20 is a critical hit. Critical hits (natural 20) are always a HIT and double damage. If the number is a 1 (natural 1), you miss regardless of modifiers. It is also a Critical Fumble. The fumble has a 10% chance of causing yourself injury. 1d6 damage if you roll a 10 or less on a d100.



BETA TEST COPY NOT FOR DISTRIBUTION

#  Death / Dying

Dropping to 0 Hit Points

You either die outright or fall unconscious when you are reduced to 0 hit points, as explained in the following sections.

## Instant Death

- Large amounts of injury can kill you instantly. When your hit points are reduced to 0, your character falls unconscious; your character will die if the remaining hit point damage equals or exceeds your hit point maximum value.
- For example, When your character loses all their hit points. (Zero H.P.)
- The Player Character will first fall unconscious. Over time, they will lose blood, and their H.P. will become negative. When that number gets to -10, the P.C. is dead. A fellow player character must "bind the wounds" or apply some healing ability to avoid H.P. dropping to zero hit points. If a character sustains a massive injury, noted by a hit that causes enough damage that you reach a zero H.P., you will die if your H.P. drops to -10.

- Death Saving Throws
- When it's your turn and your character has zero Hit Points, you must roll a Death Saving Throw. If you fail your Death Saving Throw, you are dead, and you remain unconscious until a friend binds your wounds or heals you if you don't die.
- Roll a d20. If the roll is 10+, you succeed. Otherwise, you fail. Your Saving Throw is a success; you become stable. On your third consecutive failure, you die.

## Stabilizing a Character

A stable creature doesn't make death-saving throws, even though it has 0 hit points, but remains unconscious. The character becomes unstable and starts making death-saving throws again. If they take more damage or are not healed, they regain 1 hit point after 1d4 hours.

## Aliens, Monsters, and Death

Most GMs have a monster die when it drops to 0 hit points, rather than having it fall unconscious and make death-saving throws.

## Temporary Hit Points

*200*

BETA TEST COPY NOT FOR DISTRIBUTION

Pharmaceuticals and special abilities can give a character temporary hit points. Temporary hit points are a buffer, a pool of hit points that protect you from injury, but they are not your true hit points.

Temporary hit points are used first. Leftover damage carries over to your actual hit points. Temporary hit points are "extra" hit points that will help you not get hurt as bad. A character can have total hit points and still receive temporary hit points. You cannot heal temporary hit points, and these are just loaner points. The maximum temporary hit points can only be 33% of your total actual hit points. Unless a bonus that grants you temporary hit points has a duration, they last until they're depleted or 24 hours have elapsed.

# PERFORMING ASSIGNMENTS & SOLVING PROBLEMS

- **Method 1 – Roll an ability check.**
  An ability check is when a player wants to pick up a cumbersome object. A STRength check is the most simple if the object has handles. Add all STRength bonus' and roll a 1d20 if equal to or less than the target number. It is a success! If the number is higher, then it's a failure.

- **Method 2 – Roll against a Task Adversity**
  As shown in the table below, the GM decides the Adversity Rating for the task to be performed. Like a heavy object that needs two people, only one is available to do the job. As before, add to the roll all STRength bonus and then roll a 1d20 versus the Task Adversity; Hard, Very Hard, or Extremely Hard.
  The GM says the task is Very Hard. That target number is 20.
  Add the STRength bonus' to the 1d20 roll. (Roll = 18 + 2 STRength bonus = 20!) A success!

| Task Adversity | TR | NOTE |
|---|---|---|
| Almost Impossible | 30 | |
| Extremely Hard | 25 | |
| Very Hard | 20 | |
| Hard | 15 | |
| Easy | 10 | |
| Extremely Easy | 5 | |



BETA TEST COPY NOT FOR DISTRIBUTION

# Saving Throws

Saving Throw is an attempt by a Player Character to avoid or resist an effect of some sort of existential threat by an external force, be it magical or mechanical. Most of the time a d20 is rolled, the result will have any applicable modifiers added to it and then compared to the TASK ADVERSITY Table. Another name for this is ADVERSITY RATING. The GM might allow a d30 for this determination on some special occasions. For example, your Dexterity modifier for a Dexterity saving throw. A saving throw can be modified by a situational bonus or penalty. It can be affected by advantages and disadvantages, as determined by the GM. The Task Adversity orf Adversity Rating for a saving throw is determined by the effect that causes it.

Rolling the TARGET NUMBER or higher is a successful Saving Throw.

208

# STAR FRONTIERS NEW GENESIS

# BETA NOTES



PLAY TESTER NAME _____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

210

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.



BETA TEST COPY NOT FOR DISTRIBUTION

# Weapons List & Cost

| BEAM WEAPONS | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
|---|---|---|---|---|---|---|
| Electro Stunner | 0 - Stun | 3 | 10/25 | CON Saving Throw or stunned for 2d8 rounds. | 50 Cr | 10 charges /50 Cr Cell |
| Heavy Laser | 3d12 | 3 | 120/200 | Thermal Damage | 2,500 Cr | 100 Charges |
| Laser Pistol | 3d6 | 3 | 50/130 | Thermal Damage | 600 Cr | 50 shots 20 Cr per Energy Cell |
| Laser Rifle | 3d10 | 3 | 150/350 | Thermal Damage | 1,000 Cr | 100 shots. 50 Cr energy Cell |
| Sonic Devastator | 4d10 | 4 | 50/100 | Sonic Damage  Area of effect 20' X 20'. | 10,000 Cr | 5 shots 1,000 Cr energy cell |
| Sonic Disruptor | 2d12 | 4 | 20/40/60 | Sonic Damage | 1,000 Cr | 250 shots / 100 Cr per |
| Sonic Stunner | 0 - stun | 4 | 100 | CON Save Throw or stunned for 2d8 rounds. | 60 Cr. | 10 charges /50 Cr Cell |
| GYROJET | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
| Pistol Gyrojet | 2d10 | 3 | 50/150 | Mini rocket Silenced | 300 Cr | 10 shots, 25 Cr magazine |
| Rifle Gyrojet | 4d10 | 3 | 100/300 | Mini rocket Silenced | 500 Cr | 30 shots, 50Cr magazine |
| Heavy Rifle Gyrojet | 6D10 | 3 | 150/350 | Rocket  Silenced | 1,000 Cr | 20 shots 75 Cr magazine |
| Carbine Gyrojet | 3D10 | 3 | 100/150 | Minirocket Silenced | 400 Cr | 15 shots |
| Sniper Rifle Gyrojet | 4D10 | 3 | 150/350 | Minirocket Silenced | 3,000 Cr | 5 shots |

BETA TEST COPY NOT FOR DISTRIBUTION

| ADV MELEE WPN | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
|---|---|---|---|---|---|---|
| Powered Sword | 2d6 | 3 | 0 | | 150 Cr | |
| Powered Gloves | 3d4 | 3 | 0 | Light | 55 Cr | |
| Sonic Sword | 2d4 +1d6 | 3 | 5' | Sonic | 350 Cr | |
| MELEE WEAPONS | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
| Axe | 1d6 | 1 | Thrown – 20/60 | Light | 2 Cr |  |
| Club | 1d4 | 0 | – | Light | 1 Cr | |
| Knuckle, Brass | 1d4+1 | 1 | – | Light | 2 Cr | |
| Sword | 1d8 | 1 | – | | 5 to 100 Cr | |
| Sword, Galvanic | 2d6+4 | 3 | – | | 1,000 Cr | |
| Sword, Sonus | 2d6+10 | 4 | – | | 5,000 Cr | Solor charge |
| Knife | 1d4 | 1 | Thrown – 20/60 | Light | 1 to 5 Cr | |
| Knife, Sonus | 2d4+4 | 4 | Thrown – 20/60 | Light | 500 Cr | Solor charge |

213

BETA TEST COPY NOT FOR DISTRIBUTION

| | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
|---|---|---|---|---|---|---|
| Vibro Knife | 2d6+2 | 3 | Thrown – 20/60 | Light | 350 Cr |  |
| Nightstick (billy) | 1d6 | 2 | Thrown – 20/60 | Light | 20 Cr |  |
| Shock Gloves | 1d10 | 3 | — | Light | 350 Cr |  |
| Spear | 1d8 | 0 | 30/70 | Set for charge | 20 Cr |  |
| Whip | 1d4 | 1 | 10/20 | Entangle on a 20 | 15 Cr |  |
| Chain | 1d4 | 1 | — | | 1 Cr |  |
| Gas Operated Projectile Weapons | DAMAGE | TLP | RANGE | PROPERTIES | COST | AMMO |
| Auto Pistol | 2d6/4d6 | 2/3 | 50/150 | Calibers 22. - 50 cal | 50 to 100 Cr | 15 round mag |
| Auto Rifle | 2d8/4d8 | 2/3 | 100/300 | Calibers 22. - 50 cal | 300 Cr | 30 round mag |

214

BETA TEST COPY NOT FOR DISTRIBUTION

| Needler Pistol‡ | 1d4 per needle | 3 | 20/40 | Sleep/Poison | 200 Cr | 8 per magazine |
| Needler Rifle‡ | 1d6+4 | 3 | 40/150 | Sleep/Poison | 1,000 Cr | 16 per mag |
| Semi-Auto Rifle | 2d8 | 2 | 80/240 | | 300 Cr | 30 per mag |
| Sniper Rifle | 1d10/5d10 | 2 | 200/500 | 22- 50 cal | 350 CR | 5-10 |
| Ga´ss Pistol | 2D10 | 4 | 25/50/100 | Silenced | 1,000 Cr | 10 per mag |
| Ga´ss Rifle | 4D10 | 4 | 300/600 | Silenced | 1,500 Cr | 20 per mag / 100(5 Cr) |
| Machine, gun | 8d10 | 2 | 80/400 | 100 shots | 2,500 Cr | 100 per drum |
| **HEAVY WEAPONS** | **DAMAGE** | **TLP** | **RANGE** | **PROPERTIES** | **COST** | **AMMO** |
| Recoilless rifle | 10D10 | 2 | | Two handed, | 4,000 Cr | 1shots, 500 cr |
| Motar | 4D12 | 2 | 2000/4000 | Raduis Explosion | 3,500 Cr | 100 cr shot |
| Rocket Lancher | 8d8 | 2/3 | 600/1500 | Blast Radius | 5,000 Cr | |
| Grenade Rifle | 2d10 | 2/3 | 150/300 | Grenade effect | 700 Cr | |
| Grenade Mortar | 1d12 | 2/3 | 1500/3000 | Grenade effect | 2,000 Cr | |
| Grenade - Frag | | 2 | | Grenade effect | | |
| Stun | | 2 | | Save vs | | |
| Smoke | | 2 | | | | |
| Sleep | | 3 | | Save vs | | |
| EMP | | 3 | | | | |
| Sonic | | 4 | | | | |
| Thermal | | 4 | | | | |
| usion | | 5 | | | | |

‡May cause the target to fall asleep or be poisoned.



BETA TEST COPY NOT FOR DISTRIBUTION

**^Ranges= Easy / Very hard - 2 To-hit factors/extended ranges -5 and more**

## Weapon Modifications:

### Recoil Compensator
*Technological accessories, common TLP:2*

Weight 1 lb          Cost:200

This is a modification to the barrel of most weapons, and improved venting balance allows the weapon to fire with no noticeable recoil. This modification becomes enough to add +1 to the wielder's chance to hit on any shot.

### Extended Clip
*Technological accessories, common TLP:2*

Weight 1 lb          Cost:200

Doubles clip size.

### Bipod

*Technological accessories, common TLP:2*

Weight 1 lb          Cost:200

Applies +1 HIT on attacks from prone.


### Bullet replicator

*Technological accessories, very rare TLP:4*

Weight 1 lb          Cost:4000

Feed it raw material and prints bullets into the magazine. Gas operated weapons only.

BETA TEST COPY NOT FOR DISTRIBUTION

**Self Destruct Mod.**

*Technological accessories, common TLP:3*

Weight .1 lb          Cost:3000

May set the weapon to self-destruct and Thrown like a grenade.

**Boomerang Mod.**

*Technological accessories, common TLP:5*

Weight .1 lb          Cost:5000cr

The weapon returns to the owner

**DNA Trigger**

*Technological accessories, common TLP:3/4*

Weight .1 lb          Cost:3000/4000cr

Attempting to use this weapon without the proper DNA match will result in the self-destruction of the gun. Damage of weapon delt to all within 3 meters.

**Suppressor**

*Technological accessories, common TLP:2/3/4*

Weight 1 lb          Cost:1000/2000/3000cr

After firing this gun from stealth, 50%= 40%TLP 3= 30% TLP 4  chance of creatures within 50 ft hearing the shot. Completely silent outside that range.



BETA TEST COPY NOT FOR DISTRIBUTION

### Motion tracker

*Technological accessories, common TLP:3*

Weight .5 lb          Cost: 3000cr

The Player has no adverse effects on locating or firing at a moving target. A sonar unit combined with passive, air-density sensors, the Motion Tracker is a hand-held motion sensor, which provides the user with information about unseen opponents. A Character must have the Computer skill to operate a Motion Tracker

### Under-mount weapon

*Technological accessories, common TLP:2*

Weight 1 lb          Cost:1000cr

Allows the use of an added weapon without switching weapons

### Vibro Bayonet

*Technological accessories, common TLP:3*

Weight 1 lb          Cost:1500cr

Deals 1d8+6 piercing/electric damage. "Retractabl

### Long barrel

*Technological accessories, common TLP:2/3*

Weight 2 lbs          Cost:1500/2000cr

Increases range of the weapon by 35%

218

BETA TEST COPY NOT FOR DISTRIBUTION

## WONDER GUN

*Technological weapon, LEGENDARY TLP:6*

Weight 1-3.5 lbs          Cost:1m Cr

These extremely advanced weapons can be in any shape or size when found from a small pistol to the size of a rocket launcher depending on desire of the GM. What is fantastic about these weapons is that the ammo and effects are determined by either using The Star Frontiers Conclave cards from that game or from an ordinary Starfrontiers player's deck cards all results will be included in either of those card games. For example, you will take the card deck shuffle the deck, and draw from the top Ace of spades was drawn = 10D10 lightning bolt +5 to hit springs from the tip of the weapon, possibly striking the target with a successful roll to hit.

**Sights:** Cost TLP x 1000.

- Reflex - little metal tabs at the front and back of the gun; when lined up your on target +1H TLP:2
- Optical - sight using series of magnifying glasses in a tube as a sight TLP:2
- Digital - electronic sight +1H TLP:2
- Telescopic - digital or optical; allows better view and targeting of distant targets +1H TLP:2
- Night sight / Low Light - sight magnifies ambient light (No Disadvantage)TLP:2
- IR - sight detects infra-red light TLP:2
- Thermographic - digital display of targets heat emissions (No Disadvantage) TLP:2
- Laser - shins a laser light where the gun is aimed +1H TLP:2
- Flare Compensation - Sight automatically darkens to prevent a user from being blinded by bright lights (No Disadvantage) TLP:2
- Gun Camera - camera sightsees where guns are aimed; can be hooked into a heads up display TLP:2
- Sonar - sight uses sonar to get targeting information.Shorter range than other sights. Aim in total darkness, see targets in smoke, not fooled by optical camouflage (No Disadvantage)TLP:3
- Targeting Computer - digital zoom, marks hostiles & friendlies, calculates range & wind speed +2H TLP:3
- Targeting Computer (bullet tracker) - tracks high-speed projectiles; displays a line between the point of origin and point of impact; suitable for locating snipers TLP:3
- Targeting Computer (predictive) - predicts where you need to shoot based on targets movements +3H TLP:3
- Targeting Computer (ricochet) - computer scans surface & predicts if a shot will ricochet and what direction the shot will go +2H TLP:4
- Targeting Computer (spotter) - targeting computer uses other surveillance systems in the area to generate targeting information +3H TLP:4



BETA TEST COPY NOT FOR DISTRIBUTION



- Target Scanner - digital readout of target abilities, defenses, power level, etc (Adds  Advantage)TLP:5
- Targeting Computer (cable / wireless) - sends targeting info to users glasses, goggles, visor, helmet, or cybernetic implants TLP:4

## Other Mods and accessories: Cost  TLP x 500.

- Ammo Counter - displays the ammo remaining in gun or clip TLP:3/4
- Ammo Selector - gun holds multiple types of ammo; type fired can be selected by user TLP:3/4
- Bent Gun - a 90-degree pivot point between gun grip & firing mechanism. Gun can be aimed around corners without exposing the shooter. This type of mod almost always has a gun camera or targeting computer sight +1 Hit TLP:2/3
- Built-in charger - energy weapon can plug into a wall outlet to recharge power cell TLP:4
- Built into other objects - staff/walking stick/briefcase / musical instrument case/camera/pen / etc TLP:2/3
- Collapsible - gun quickly & easily folds up or breaks into smaller components TLP:2/3
- Collapsible into other objects - gun breaks down; pieces become parts of other non-weapon objects TLP:2/3
- Custom Grip - right or left-handed / "?" number of fingers / small hand / large hand / alien species hand TLP:2/3
- Custom weight & balance - easier for a specific user to use the weapon +1 Hit  TLP:2/3
- Cybernetic Limb - weapon is built into a cybernetic limb TLP:4
- Designed to resist jams - these weapons usually have poor accuracy compared to other firearms, however, you can pour mud down the barrel and they will still fire. TLP:2
- Energy gun power pack - bigger clip/belt pack/backpack / universal cord and power converter TLP:3/4/5
- Fore Arm Guns - wrist-mounted gun/wrist blaster / etc TLP:2/3
- Friend / Foe Id - weapon has sensor; won't fire when aimed at a target marked as friend TLP:3/4
- Gyro Stabilizer - gyro in the gun, mounted to a gun, or harness; reduces recoil +2 Hit TLP:3
- Hip Mount Harness - harness with a hip-mounted articulated arm; holds heavy weapons. TLP: 3
- Light Weight Material - reduces the overall weight of the weapon TLP:3/4
- Quick Draw Mod - allows the gun to be drawn quicker from a holster  +1 Inactive TLP:2



**Properties:**

BETA TEST COPY NOT FOR DISTRIBUTION

**Stun-** causes a target that is hit to be in a stunned condition until the end of its next turn or longer, depending on effects.

**Laser-** (Thermal) weapons cause light to be cast from the weapon that can be seen up to 1 mile.

**Gyrojet-** Gyrojets fire small rockets called Microjets, which have little recoil and do not require a heavy barrel or chamber to resist the pressure of the combustion gases. They can be fired underwater and are entirely silent.

**Sonic** -weapons cause thunder damage, and a creature hit makes a DC 12 Constitution saving throw. A creature hit takes half damage and is not pushed on a success. On a failed Constitution saving throw, they are moved 10 feet and take full damage. The weapon makes a thunderous boom that can hear out to 300 feet.

**Sleep** -property causes a chemical-induced sleep on all known creatures. The target is rendered asleep on a failed Constitution save versus DC 20. Sleep continues for up to 1d4 hours or until a Stimidose injection is given.

**Grenade weapons** -have a blast sphere of 15 feet from the target.

Each creature within the blast sphere must make a DC 12 Dexterity saving throw, taking the weapon damage on a failed to save or half as much damage on a successful one.

**Rocket weapons** -are similar to grenade weapons but have a blast sphere of 25 feet. Each creature within the blast sphere must make a DC 10  Dexterity saving throw, taking the weapon damage on a failed to save or half as much damage on a successful one.



BETA TEST COPY NOT FOR DISTRIBUTION

# ARMOR LIST

| LIGHT ARMOR | COST | AC | TLP | STR | PROPERTIES | WEIGHT |
|---|---|---|---|---|---|---|
| Dispersion Suit | 750/1500 /3000 cr | 11+DEX mod | 2/3/4 | — | Absorbs Energy +1 save per TLP | 2 lbs |
| Combat Armor Light | 500/ 1000 cr | 12+DEX mod | 2/3 | — | TLP3 able to add mods | 4 lbs |
| Nanite Stealth Suit | 1000/ 2000 cr | 13+DEX mod (max 4) | 4/5 | — | Advantage Steath Checks TLP5 Add Mods | 2 lbs |
| Ceramic Plate (Ballistic IV) | 250/ 500 cr | 13+DEX mod (max 2) | 2/3 | — | TLP 3 Mods(max 1) | 6 lbs |
| Impact Suit Light | 300/ 600 cr | 13+DEX mod (3 max) | 2/3 | — | TLP 3 Mods(max 2) | 8 lbs |
| Zetaians Force Field Belt | | 15+DEX mod | 5 | — | Advantage Steath Checks Enviro* | 1 lbs |
| Ásgarðr Leather | | 16+DEX mod | 5 | — | Summon Armor Enviro* | 2 lbs |
| MEDIUM ARMOR | COST | AC | TLP | STR | PROPERTIES | WEIGHT |
| Exo Skeleton Suit M | 600 cr | 15+DEX mod (1 max) | 2 | | | 35 lbs |
| Combat Armor Med | 800/ 1600 cr | 15+DEX mod (2 max) | 3/4 | | Add mods TLP 4 Enviro | 25 lbs |
| Impact Suit Med | 700/ 1400 cr | 16+DEX mod (3 max) | 3/4 | | TLP 3 Mods(max 2) | 30 lbs |
| Grav Suit Med | 1000 cr | 16+DEX mod (4 max) | 4 | | | 30 lbs |
| Force Field Bracers | | 17+DEX mod | 4 | — | Advantage Steath Checks Enviro* | 1 lbs |
| Ásgarðr Chain Mail | | 18+DEX mod | 5 | — | Summon Armor Enviro* | 10 lbs |



Exhibit K
Page 217 of 244

BETA TEST COPY NOT FOR DISTRIBUTION

| HEAVY ARMOR – Heavy armor donning time is the same for light armor: 1 to 2 min. | | | | | | |
|---|---|---|---|---|---|---|
| Exo Skeleton Suit H | 800 cr | 17 | 2 | | | 45 lbs |
| EV-Suit Hvy Grav | 800 Cr | 17 | 3 | — | | 45 lbs |
| Combat Armor Hvy | 1,200/ 2400 cr | 18 | 3/4 | | Add mods TLP 4 Enviro | 45 lbs |
| Full body plate, powered assist with HUD, **AssaultNet** integrated | 1,500 cr | 19+DEX mod (max 4) | 5 | — | movement ½ +3 bonus to hit. Enviro* | 50 lbs |
| Zetaians  Force Field Headband | | 20+DEX mod | 5 | — | Advantage Steath Checks Enviro* | 1 lb |
| Ásgarðr Plate Mail | | 20+DEX mod | 5 | — | Summon Armor Enviro* | 15 lbs |
| **PRIMITIVE/ MEDIEVAL ARMOR LIGHT** | **COST** | **AC** | **TLP** | **STR** | **PROPERTIES** | **WEIGHT** |
| Padded | 5 cr | 11 + Dex modifier | 1 | — | Disadvantage /Stealth | 6 lbs |
| Leather | 8 cr | 11+DEX mod | 1 | — | — | 8 lbs |
| Studded leather | 25 cr | 12+DEX mod | 1 | — | — | 10 lbs |
| **PRIMITIVE/ MEDIEVAL ARMOR MEDIUM** | **COST** | **AC** | **TLP** | **STR** | **PROPERTIES** | **WEIGHT** |
| Hide | 0 cr | 12 + Dex modifier (max 2) | 0 | — | — | 10 lbs |
| Chain shirt | 30 cr | 13 + Dex modifier (max 2) | 1 | — | — | 16 lbs |
| Scale mail | 35 cr | 14 + Dex modifier (max 2) | 1 | — | Disadvantage /Stealth | 30 lbs |
| Breastplate | 100 cr | 14 + Dex | 1 | — | — | 15 lbs |



BETA TEST COPY NOT FOR DISTRIBUTION

|  |  | modifier (max 2) |  |  |  |  |
|---|---|---|---|---|---|---|
| Half plate | 250 cr | 15 + Dex modifier (max 2) | 1 | — | Disadvantage /Stealth | 35 lbs |
| PRIMITIVE/ MEDIEVAL ARMOR HEAVY | COST | AC | TLP | STR | PROPERTIES | WEIGHT |
| Ring mail | 40 cr | 14 | 1 | — | Disadvantage /Stealth | 35 lbs |
| Chain mail | 85 cr | 16 | 1 | Str 13 | Disadvantage /Stealth | 40 lbs |
| Splint mail | 175 cr | 17 | 1 | Str 15 | Disadvantage /Stealth | 45 lbs |
| Plate mail | 500 cr | 18 | 1 | Str 15 | Disadvantage /Stealth | 50 lbs |
| MEDIEVAL SHIELD | COST | AC | TLP | STR | PROPERTIES | WEIGHT |
| Shield | 5 cr | +1 | 1 | — | — | 5 Lbs |

**NOTE:** HUD = Heads Up Display, *AssaultNet*™ is an integrated combat opposing forces location and targeting system coordinated vis MilWAN™ made by *Herkimer-Battle*™*Space Systems*.

  *__Environmental Support.__ This armor affords the wearer protection against harmful airborne agents and radiation, chemical and biowarfare agents, and the vacuum of space.

BETA TEST COPY NOT FOR DISTRIBUTION

## *PHARMACEUTICALS:*

### *Hemochemi*

Pharmaceutical, Uncommon- Very Rare   TLP: Special          Cost 100 Cr X TLP Level

Hemochemi stops bleeding and promotes healing. A single dose of Hemochemi allows the patient to regain several hit points per round for 1 minute, up to their maximum hit points. Multiple quantities injected do not stack, but they reset the effect's duration back to 1 minute. Six grades of Hemochemi exist; the amount of healing granted by a dose depends on the pharmaceutical's TLP, as detailed below.

| Grade | Rarity | Hit Points regained per round | Delivery System |
|-------|--------|-------------------------------|-----------------|
| TLP 1 | Uncommon | 1 hit point | Potion/ Pultis |
| TLP 2 | Uncommon | 2 hit points | Syringe |
| TLP 3 | Rare | 3 hit points | Hypo gun |
| TLP 4 | Rare | 4 hit points | Timed Implant |
| TLP 5 | Very Rare | 5 hit points | Nanomites |
| TLP 6 | Legendary | 10 hit points | Unkown |



BETA TEST COPY NOT FOR DISTRIBUTION



## Psychoinal™ (Manufactured by Clonapharm Pan-Galactic Corp.)

Pharmaceutical, common TLP:2          Cost:50 Cr

Psychoinal is a drug administered by a short mist from a pen-like delivery device. Once the target has the required dose, it will become docile. The target will answer anything asked of the subject with total honesty. The fifteen seconds it takes for the drug to take effect target must make a WISdom saving throw at an AR of 10 or succumb to the results of the drug. Once the target is under the influence of Psychoinal, they must make a AR 10 Wisdom saving throw or suffer a disadvantage on any Charisma (Deception) checks made for the duration. This drug can only be used three times in 24 hours, or the target suffers a mental injury that will lead to psychosis. Additional doses can be attempted if the subject succeeds at a saving throw against Psychoinal. The AR increases by 2 per extra dose (to a maximum of three doses).

## *Soclarna-115™* (BunaPharm member of UCPS Pharmascopia)

Pharmaceutical, Very Rare  TLP:5          Cost:2000 Cr

The Zetaians designed this substance to project their minds out of the body and travel the universe. As a well-experienced 115 traveler, you literally can travel the ether once a place has been explored. Returning is easy and instantaneous. The 15 min journey 115 takes the traveler, on seems like seconds or days depending on the path traveled. If a nontrained user of 115 takes this substance, it can be a very hazardous trip save vs. con or Die if a save is made -2 INT/-2 WIS permanently.

## Substance Delta (BunaPharm member of UCPS Pharmascopia)

Pharmaceutical, Uncommon TLP:4          Cost:50 cr dos

Multars are genetically bred to be addicted to Sub-D. This Drug Increases stamina, strength, endurance to inhuman levels, and the need for little to no rest or sleep for days. With little known side effects, the Reptilians use it to Mine planets for 3 of the most valued minerals in the galaxy Maranium, Sparanium, and Lithoanium. Substance-D quells the masses with ease like a mix between television and religion.

## StimAmps (Generic for Revivage™)(Manufactured by Clonapharm Pan-Galactic Corp)

Pharmaceutical, Uncommon TLP:2          Cost:  500 cr

Boost alertness and attentiveness with stimamps. Stimamps work as advertised and permit space pilots to stay fully awake and focused for days.+3 Initiative +3 Perception But there are still undesired side effects of being sleep deprived, such as outbursts of aggressive and violent behavior.

*226*

BETA TEST COPY NOT FOR DISTRIBUTION

## Stimidose

Pharmaceutical, common TLP:3          Cost:  50 cr

Will revive unconscious individuals. Stimidose will wake up an unconscious or stunned character or restore 10 hit points to a poisoned character or contracted a disease.

## Stadose

Pharmaceutical, common TLP:3          Cost:  50 cr

Will sustain a dying person for 20 hours. Stadose is a last-ditch-use drug used to place a dying person into a state of near-suspended animation for 24 hours, hopefully, long enough to give the person

## Dimitri-616 (Manufactured by Clonapharm Pan-Galactic Corp)

Pharmaceutical, Rare TLP:4      Cost:500 Cr

**Dimitri-616** gives users a spectacular boost to brain function. And that radically improves memory, focus, and intelligence +4 Int 1d4 hours. D616 users can access all of their memories, including memories they had long forgotten. They're able to correlate all of their memories with all available information to solve any problem. And they do it, out of thin air, without effort. Must immediately sleep for 1d12 hours after drugs wear.

## Nano Drugs – A nano-drug is the application of nanotechnology that can significantly

change the course of diagnostics and treatment of various life-threatening diseases.
Techno-Pharmaceutical, Rare TLP: 3/4/5      Cost:500/1000/2000 Cr

**TH-X** 1134+4 Experimental nano-technology or "nanites" that are specifically built to target a specific cell type or cells that are a particular genotype trait. Examples of neoplasms that are treated with nano-tech "drugs" are myelomas and Plasma cell neoplasms.

**NCI-Canoploma 1256** A nanotechnology targets childhood Ependymoma, Anaplastic Ependymoma, or RELA fusion-positive Ependymoma. Also used off label for the treatment of Xeno manufactured military grade neoplasms used as a biologic agent targeting humanoids by Molluskoids.



BETA TEST COPY NOT FOR DISTRIBUTION



# _Gear Equipment & Gadgets_

**Chromecom** _TLP:3/4/5_        Cost:50/100/150 cr
_Technological Gear, Common/Uncommon/Very Rare_

Chromecom is any wristband or earpiece, headpiece, or badge a communicator with a long-range of distance depending on the TLP of the device or other communication system. Battery life is ten years. Chromecons will also function as a universal translator for all known languages, alien and domestic.

**Coveralls** _TLP:2_        Cost:2 cr
_Technological Gear, Common_

Highly durable, waterproof suit designed to keep the wearer warm in cool weather and cool in hot weather. The suite has large pockets on the hips, legs, and chest, as well as several smaller pockets on the sleeves

**Pocket Tool** _TLP:2_        Cost: 5 cr
_Technological Gear, Common_

All Pocket Tools include these features: A penknife blade, A universal screwdriver, small adjustable wrench, vice pliers, hole puncher, electromagnet, small flashlight (55-foot range)

**Survival Rations** _TLP:3_        Cost:50 cr
_Technological Gear, Common_

A supply of 200 large pills. Each pill will satisfy the daily food requirements for a total of 200 days.

**First Aid Pack** _TLP:3_        Cost:500 cr
_Technological Gear, Common_

The first aid pack contains the following items:

• Spray Bandage (LiquidFlesh): 1 can of spray which closes up wounds and heals burns

_228_

BETA TEST COPY NOT FOR DISTRIBUTION

- Antiseptic Spray: 1 can of spray to clean and disinfect a skin area

- Spray Hypodermic (Spray Hypo): syringe used to give shots without a needle

- Stimidose: 1 dose to revive unconscious individuals. Stimidose will wake up an unconscious or stunned character, or restore 10 hit points to a character that was poisoned or contracted a disease.

- Stadose: 1 dose to sustain a dying person for 20 hours. Stadose is a last-ditch-use drug used to place a dying person into a state of near-suspended animation for 24 hours, hopefully, long enough to give the person

**THOUGHT VIEWER**
*Technological Gear, Very Rare  TLP:5*

Weight 2 lbs. Helm / Viewer 10 lbs.        Cost: 75,000 Cr

Thought viewer is a very high-tech device. The operator needs computer 4 and TLP:5 to operate correctly. This device allows the viewer to see all that the wear of the helm is thinking. These images cannot be controlled or falsified. A trained operator of the thought viewer can even recall specific events, dates, or emotions with a click of the finger.

**ET-Pick        (tools)**        Cost 100/200 cr

Technological Gear, Common-Very Rare TLP:3/4

Weight 1 lb., Capacity 10, 1 charge per use 10 Cr P-Cells

An ET-Pick (short for "electronic lock pick") is a small device that can be used to unlock and disable electronic locks and devices, much in the same way that a set of thieves' tools can be used to dismantle mechanical locks and devices. The bonus is determined by the rating of the et-pick. Using the device does not grant proficiency with thieves' tools but allows users to make rolls against electronic devices without disadvantage. If you are proficient with Engineer's Tools, you may also add your proficiency bonus to checks when using an e-pick.



BETA TEST COPY NOT FOR DISTRIBUTION

**Color Rarity Bonus**

**Black**      Uncommon   +2 to all checks

**Gray**       Uncommon   +3 to all checks

**Red**        Rare +4 to all checks

**Orange**     Rare   +5 to all checks

**White**      Very Rare   +6 to all checks


**Red Alert  Beacon**
*Technological Gear, Rare  TLP:2*

Weight 10 lbs, Capacity 30, 1 charge per use          Cost: 75 cr

A Red alert beacon is a small, pod-shaped device that emits a bright red flash from a dome on its top once every 6 seconds when activated. The beacon also transmits its location. Any device capable of receiving signals of any sort can pick up a beacon's password. The call can then trace back to the source with a successful DC 15 Intelligence (Investigation) or Wisdom (Survival) check. A beacon's transmissions range 1000 miles over flat terrain, but this range is halved in forests or hills and quartered in mountainous terrain or through the water.


**Flashlight**                        Cost:5 cr
*Technological Gear, Common   TLP:2*

Weight 1 lb, Capacity 10, 1 charge per 8 hours

When activated, a flashlight creates a beam of bright light in a 60-foot cone. It also increases the light level in the area beyond this initial cone by one step (from darkness to dim, or from dim to bright), out to a 120-foot cone. A flashlight has no effect in areas of magical darkness.

230

BETA TEST COPY NOT FOR DISTRIBUTION

**Nanite Hypo gun**
*Technological Gear, Rare-Legendary  TLP:3/4/5*
Weight 1 lb Capacity: 1 nanite canister, 1 or 5 charges peruse.    Cost: TLPx1000 cr
Nanite hypo guns inject specialized nanites into a creature's body to heal many sorts of physical and mental injuries. Injecting someone with a nanite hypo gun requires a melee attack. Nine categories of nanite hypo gun exist along the color code scale, as detailed below. All nanite hypo guns have two settings. The hypo gun heals an amount of hit point damage determined by its color in the primary setting. Each use of a hypo gun on its primary setting consumes 1 charge. In the secondary setting, a dose from a nanite hypo gun has a different effect determined by its color—these effects mimic specific restorative effects as indicated on the chart below. Each use of a hypo gun on its secondary setting consumes 5 charges. A nanite hypo gun functions only on a living, corporeal creature. It does not affect undead creatures whatsoever.

| Color | Rarity | Primary Effect | Secondary Effect |
|---|---|---|---|
| Brown | *Rare TLP:3* | 2d10 healing | As *resistance* |
| Black | *RareTLP:3* | 3d10 healing | As *lesser restoration* |
| White | *Very RareTLP:4* | 5d10 healing | As *revivify* |
| Gray | *Very RareTLP:4* | 6d10 healing | As *death ward* |
| Green | *Very Rare TLP:4* | 8d10 healing | As *greater restoration* |
| Red | *Very Rare TLP:4* | 10d10 healing | As *heal* |
| Blue | *Legendary TLP:5* | 11d10 healing | As *regenerate* |
| Orange | *Legendary TLP:5* | 12d10 healing | As *resurrection* |
| Purple | *Legendary TLP:5* | 15d10 healing | As *true resurrection* |



BETA TEST COPY NOT FOR DISTRIBUTION

## Chemalyzer

*Technological Gear, Rare TLP:2/3/4*          Cost: 50 cr

Weight 8 lbs, Capacity 10, 1 charge per use 10 cr a cell
A chemalyzer is a handheld unit with an extendable wand tipped with a sampling nozzle. It grants advantage on all checks made to identify an unknown pharmaceutical, poison, chemical, or substance. It cannot aid in identifying magical effects or items like potions.

## Access Card

*Technological Gear, Common-Uncommon  TLP:2/3/4/5*          Cost: 0

An access card is a small strip of stiff plastic with a color-coded stripe on one side. Some access cards are further decorated with names, titles, or even photographs of long-dead crew members. An access card functions as a key—when swiped through an electronic lock (with a Use an Object action), an access card unlocks any lock of its color code or a color code of a lower rating. Although access cards do not consume energy themselves, they work in only electronic locks that currently have power. Access cards will also become more advanced as the TLP goes up a TLP 4 could be a brain implant access unit.

## Radiation Detector

*Technological Gear, Rare  TLP:2/3/4*          Cost: 30 cr

Weight: 3 lbs, Capacity 10, 1 charge per hour

This device measures radiation levels in a 120-foot-radius circle. The machine makes a soft clicking sound that changes volume and frequency according to the radiation level encountered when activated. A small screen on the top of the handheld device indicates the approximate source and strength of radiation in these areas, with red areas showing severe radiation, yellow high radiation, medium green radiation, and low blue radiation. Areas with less radiation don't register on the device's screen.

## Watch, Smart

*Technological Gear, Common-Uncommon  TLP:2/3/4/5*          Cost: 20 cr

232

BETA TEST COPY NOT FOR DISTRIBUTION

This device is very much like the typical smartwatch sold to civilians, but with this difference; this watch also is certified to monitor the wearer's cardiac, neurological, glucose levels and GPS location of the wearer, and biological processes. In addition that the device monitors oxygen saturation. TLP goes up a TLP 4 could be a brain implant access unit. And may Link to many other devices, weapons, and equipment depending on their TLP.

## Enviro-Tent
*Technological Gear, Common-Uncommon  TLP:2/3*          Cost: *50 cr*

This tiny 1kg pouch-sized kit can be erected into a small 3-man habitat tent in about two minutes. It takes a similar amount of time to deconstruct. It can come in a variety of colors. It fits in a small pack for easy transport when deconstructed and properly stowed.

## Jump Boots
*Technological Gear, Common-Uncommon  TLP:4*          Cost: *7500 cr*

## Jet Pack

*Technological Gear, Common-Uncommon  TLP:3*          Cost: *5000 cr*

## Holo Disguise Device

*Technological Gear, Common-Uncommon  TLP:2/3/4*          Cost:1000/2000/3000 cr

This device can come in many shapes and sizes, from a ring to a cube even an implant set somewhere in the body. The Holo disguise device uses a holographic to set up a disguise for the user audio and visual that can nearly mimic any being, especially if a user had time to watch and record the target.



BETA TEST COPY NOT FOR DISTRIBUTION

## Bounty Hunter Shackles
*Technological Gear, Common-Uncommon  TLP:2/3*          Cost:500 cr

The bounty hunter who fits the device around the perpetrator then activates it with a unique code. He then touches his Key to the collar and presses the * button. The shackle is now set. Tampering with the controls or the release mechanism on the back of the circle without repeating the activation/ deactivation code will activate the collar. When the collar is activated, it sends a blast of high-frequency sonic energy through the neck of the wearer, assaulting his central nervous system. The perpetrator must make a CON save or be brought to his knees in pain, gasping for consciousness, unable to do anything but writhe. It seems inhumane to onlookers, but the sonic signal is relatively safe and cannot result in death. If the perpetrator passes his Con save, he can act through the pain for one turn with a -3 to any actions, but next turn, if the Keyholder is still pressing the button, the process will repeat. The stun effect is self-contained. If the wearer touches another person, the result is not transferred.

## Drones(Probe)
*Technological Gear, Common-Very Rare  TLP:2/3/4/5*          Cost: *500/1000/20000/80000*

Drones come in all shapes and sizes, from TLP:2, where their a few lbs and a good source of intel and imaging, to TLP 3, where they become more silent and more petite, also using Chromecoms to pilot. TLP 4 becomes swift and interplanetary where the name changes to Probe(Drone).TLP 5 has the most advanced Drones nanomites that are microscopic with the same abilities and functions as its predecessors. Drones are uncrewed aerial vehicles that can be equipped with high definition, live-feed video cameras, thermal infrared video cameras, heat sensors, radar Passengers, and a multitude of weapons and technology —all of which allow for sophisticated and persistent surveillance. Drones record or transmit video, analytics, and much more depending on TLP. When a GM enables Drones in their game, a basic set of stats should be recorded for the drone user. TLP/HP/AC/ Technology equipped.

BETA TEST COPY NOT FOR DISTRIBUTION

*Sling Shot*          *TLP:6*          Cost: Priceless
*Technological Gear, Device   Legendary*

- This device resembles a stone or mechanical circular portal or gateway. When activated (If proper rolls are made), this device hums with immense energy and power. If the activator understands this machine in the slightest, they can pick a date, time, and place in the past and transport all that goes through the portal. Since most attempting to control this device are not of the TLP 6 status, they will only be able to send someone for a set time period of 24 hours, 5 days, 7 days. All material would come back at the end of that specified time even if characters were killed. Nothing stays unless a proper TLP operates the slingshot. Upon their return, any living creature using the slingshot will experience - 5 on all attributes for the same amount of time gone due to splitting headaches, nausea, and throwing up. Only time or a TLP 6 operator can fix these effects.



BETA TEST COPY NOT FOR DISTRIBUTION



# Starships & Vehicles

Name Zetaian Saucer Alpha 1/ Alpha 2
Cost:1m cr          Top/cruise Speed: FTL/ 9Mks          Hull Points:200/300
Passengers:3          TLP:5      Armor: Lithoanium          AC:19/20
Cargo:200Lbs          Armament: None Alpha 1/ Alpha 2 Death Ray
ZSA1  is an interstellar starship capable of FTL speed.

Name: StarStriker
Cost: 2m cr          Top/cruise Speed: FTL/ 8MK          Hull Points:  500
Passengers:  2          TLP:5          Armor: Sparanium          AC:18
Cargo: 200lbs      Armament: Twin Ion cannons 20D10  Special: Stealth Nano Skin -4 to hit
Targeting computer +4 to hit
Starstiker is an interstellar starship capable of FTL speed.



Name: StarSkipper
Cost:1m cr          Top/cruise Speed: FTL/5mk          Hull Points:300
Passengers:12          TLP:4          Armor: Maranium          AC:15
Cargo:1 Ton          Armament: Hardpoints for 2 Bombs or 4 missiles
Starskipper is an interstellar starship capable of FTL speed.

Name: CRESCENT BASE
Cost: 100m cr          Top/cruise Speed: FTL/ 2MK          Hull Points:5000
Passengers: 8000      TLP: 4      Armor: Maranium          AC:16
Cargo:20,000 tons plus 8 Vessels·          Armament: Mega beam Weapon Save vs Disintegration
Range:  rate of fire once every 1 hour.Vessels in docking bays Special: Force Field 1000 pts
regens 100 pts a round
CRESCENT BASE



BETA TEST COPY NOT FOR DISTRIBUTION

# TECHNOMANCY & TECHNOMAGIC

These forms of magic or higher technology that we classify as TLP:6 will be reserved for the GM's use only to have unexplained phenomena. Adventures into the unknown realms of fantasy and wonder.

We will cover these two topics in much more clarity in future expansions and works. (STAR FRONTIERS- Technomancy & Technomagic)

237

BETA TEST COPY NOT FOR DISTRIBUTION

# Creatures & NPC's

Type: Tenkarp (Primitives)    Chaotic Evil  TLP:0
Number: 1-18
Move: 20 /40 water
STR 16  ( )  DEX 8    ( )  CON 15  ( )   INT 5   ( )  WIS 6     ( )  CHA 4   ( )
Int Mod:0                   AC: 14
HP: 3D10 (15)
ATTACK: 1
Damage: 2D10
Special Attack: Drown Victim Grab/hold Save vs STR
Special Defense: Thin Skined Natural AC 14
Skills: Archaic Weapons +3,
Languages: Tenkarpian
Challenge: 3 (600 XP)
Native World: Ceigvix
Size:4'- 4.5'
Description: Tenkarps are a primitive semi Intelligent aquatic mammal. These
Creatures originate on the planet Ceigvix but are seen on many different water
class worlds. It is said that Tenkarps are kept as pets on some Adv. tech worlds
like fish in a fishbowl. Male Tenkarps will automatically attack another male of
any race when encountered.


Type: Globule (Blobs)      Neutral Hungry      TLP:
Number: 1 *
Move: 25
STR 15  ( )   DEX 6    ( )   CON 20    ( )  INT 3   ( )  WIS 3  ( )  CHA 6   ( )
Int Mod:                    AC:
HP:
ATTACK:
Damage:
Special Attack:

238

BETA TEST COPY NOT FOR DISTRIBUTION

**Special Defense:**
**Skills:**
**Languages:**
**Challenge: (   XP)**
**Native World:  Omut**
**Size: Various**
**Description:**

**Type:  Reaper ( Body Harvester)        Neutral Evil        TLP: 4**
**Number: 2-8**
**Move: 40**
**STR  20  ( )   DEX 18 ( )    CON 20    ( )   INT 15    ( )   WIS 15 ( )   CHA 12 ( )**
**Int Mod:                        AC:**
**HP:**
**ATTACK:**
**Damage:**
**Special Attack:**
**Special Defense:**
**Skills:**
**Languages:**
**Challenge: (   XP)**
**Native World:Krirkroils**
**Size:**
**Description:**

**Type:  Stiks  (Alien Slugs)    Neutral              TLP:0**
**Number: 1-20**
**Move: 10 / 40 flying**
**STR  12  ( )  DEX  12  ( )   CON 15   ( )   INT 3   ( )   WIS 3   ( )   CHA 3    ( )**
**Int Mod:                        AC:12**
**HP:1D10 (5)**
**ATTACK:**
**Damage:**
**Special Attack: Attach/Drain**
**Special Defense: Acid**
**Skills:**
**Languages:**
**Challenge: 1 (200 XP)**
**Native World: Bheelmen**

234

BETA TEST COPY NOT FOR DISTRIBUTION

Size: 1"

Description: Stiks are found everywhere in the galaxy. Because Stiks can fly through space, they are unaffected by the severe conditions of space or vacuums. These small 1' long black slug-like creatures have suction cup-like appendages all over their bodies. They can fly by propulsion similar to what would be best called organic jet thrust. Stiks are attracted to moisture and water that they crave for fuel. When a stik sense a living organism, it will attach itself with its suckers and drain its host of all liquid moisture doing 1D10 damage around until knocked off or killed. Once a stik is damaged, its body fluids are a mild acid that inflicts 2D10 to anything attached to, and armor must save or be weakened or destroyed.

Type: Deingels  (Space Angels)          True Neutral     TLP:6
Number: Unknown
Move: Unlimited
STR ?       DEX ?          CON ?        INT ?      WIS ?        CHA ?
Int Mod:?                  AC:?
HP:?
ATTACK:?
Damage:?
Special Attack: all
Special Defense: all
Skills: all
Languages:  all
Challenge:?
Size:?
Native World: Ninnaill (Alternate Universe)

Description: Deingels is an ultra-high-tech alien race Capabiable of god-like abilities and feats; they can break all relative laws of physics, including time and space. Time does not affect them, and they can manipulate realities as dreams. Their purpose or intentions are unknown to the  (UCPS). There has only been one recorded encounter with a Deingel or, let us say, their technology. The UCPS found a time portal in an abandoned asteroid that was hollowed out to be a base. The UCPS, through many years of trial and error, activated this portal, opening up a gate to a place long ago with knights, trolls, goblins, and dragons. The UCPS has not mastered this technology and probably never will, experimenting regularly.

240

BETA TEST COPY NOT FOR DISTRIBUTION

**Type:  Norcex  (Land Shark)        Chaotic  Neutral        TLP:0**
**Number:1-2**
**Move:**
**STR 25 ( )  DEX 18  ( )  CON 22   ( )  INT 6   ( )  WIS 6 ( )  CHA 5     ( )**
**Int Mod:                        AC:**
**HP:**
**ATTACK:**
**Damage:**
**Special Attack:**
**Special Defense:**
**Skills:**
**Languages:**
**Challenge:   (   XP)**
**Native World: Scrid**
**Size:**
**Description:**


**Type:  Throls  (Space Trolls)    Chaotic Evil     TLP: 3**
**Number: 1-10**
**Move:**
**STR 18 ( )   DEX 15   ( )   CON 18    ( )   INT 8    ( )  WIS 8  ( )   CHA 8    ( )**
**Int Mod:                        AC: 15**
**HP: 5D10 (25)**
**ATTACK:1**
**Damage:**
**Special Attack:**
**Special Defense:**
**Skills:**
**Languages: Throl**
**Challenge: 5 (1000 XP)**
**Native World: *Ásgarðr***
**Size: 8'- 12'**
**Description: Throls consider Nordics, the surface dwellers of *Ásgarðr*, *mortal enemies*. Their**
**kind has become space salvagers and traders throughout the galaxy. The Nordic aliens of**
***Ásgarðr* do not see the Throls as a threat but as lesser beings to be hunted as a sport with no**
**actual use. Even though Throls is a much lesser TLP than the Nordics, they share the same**
**home planet. Throls has managed to steal and trade and barter their way throughout the**
**universe. Much of which is stolen Nordic technology through many centuries of trial and**
**effort unlocked many travel secrets.**

291

BETA TEST COPY NOT FOR DISTRIBUTION

Type:  Bruul  Wurm  ( Land Dragon)        Chaotic Neutral        TLP:0
Number: 1
Move:
STR 25  ( )    DEX 23      ( )    CON 25    ( )    INT 10    ( )  WIS 10  ( )  CHA 8   ( )
Int Mod:                         AC:
HP:
ATTACK:
Damage:
Special Attack:
Special Defense:
Skills:
Languages:
Challenge: 1 (200 XP)
Native World: Staz'ea
Size:
Description:


Type:  Bamu  (Alien Hippo)       Chaotic Evil        TLP:0
Number:1-3
Move:
STR  18    ( )    DEX 18      ( )    CON 18    ( )    INT 3    ( )  WIS 3  ( )  CHA 2    ( )
Int Mod:                         AC:
HP:
ATTACK:
Damage:
Special Attack:
Special Defense:
Skills:
Languages:
Challenge: 1 (200 XP)
Native World: Cikzud
Size:
Description:

BETA TEST COPY NOT FOR DISTRIBUTION

**Type:  IC-616   (Death Bot)        Lawful Good        TLP:5**
**Number: 1**
**Move:** 30, 60, 120 – 30 feet patrolling in a urban environment or rocky situation. 60 feet chasing targets in unban environment. 120 feet in the open road.

**STR 25  ( )    DEX 25    ( )    CON 25    ( )    INT 18    ( )    WIS 18  ( )    CHA 12    ( )**
**Int Mod:                            AC:25**

**HP:20D10 (150)**
**ATTACK: 2-20/2-20 /Death Ray**
**Damage:3**
**Special Attack:Deathray Save vs Dex =Desinagration**
**Special Defense:Force Field 50 HP Regerates 10 Hp/rd**
**Skills:**
**Languages: all**
**Challenge: 10 (2,000 XP)**
**Native World: Troqoiks(The Machine Planet)**
**Size:**

**Description: This robot is seen as a vigilante by most and a judge and jury by others. This Bot Will have a strict set of morals, ethics, values programmed into it and will punish wrongdoers with an over the top sense of right and wrong; for example, an IC-616 Bot witnesses a person stealing some food from a local market, this Bot will announce the crime being committed and execute the perpetrator on the spot. IC-161 attacks fiercely with two heavy lasers set in each arm, but its primary weapon is its one big eye that emits a death ray that will disintegrate anything, not making its saving throw.**

## Scux ( Gladiator Beasts)    Lawful Neutral        TLP:0

**Number:1-2**
**Move:**
**STR 22    ( )    DEX 12    ( )    CON 25    ( )    INT 8    ( )    WIS 8  ( )    CHA 6    ( )**
**Int Mod:                            AC:**
**HP:**
**ATTACK:**
**Damage:**
**Special Attack:**
**Special Defense:**
**Skills:**
**Languages:**
**Challenge: 1 (200 XP)**

243

BETA TEST COPY NOT FOR DISTRIBUTION

Native World:**Phadir**

Size:

Description:

# APPENDIX A

**Inspirational Reading or movies and Television shows**

1. Wing Commander movie
2. 2001 A Space Odyssey
3. Dune (1984)
4. The Running Man
5. Brazil (1985)
6. Blade Runner (1982)

# APPENDIX B – ALTERNATE RULES

Alternate INITIATIVE rules are presented here for convenience.

1. Both sides roll a 1d6 to determine which side has the first strike.
2. NEXT – Determine the order in which each character can attack. This is determined by rolling a 1d6 per party member.

### APPENDIX C – ABILITY SCORE CONVERSION From 1e to this edition.

Original game mechanics called for a d% to be rolled and compared to a chart.

**CONVERSION TABLE**            **MEDIAN**

| 1e Die Roll d% | 01 - 10 | 11 - 20 | 21 - 35 | 35 - 55 | 56 - 20 | 71 - 80 | 81 - 90 | 91 - 95 | 96 - 00 |
|---|---|---|---|---|---|---|---|---|---|
| Base Score | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 | 70 |
| SFNG | | | 4 - 6 | 7 - 9 | 10 - 12 | 13 - 15 | 16 - 17 | 18 - 19 | 20+ |

Humans have an average strength of 10 to 12. In 1e SF, the modifier for all abilities was ZERO.

*244*

BETA TEST COPY NOT FOR DISTRIBUTION

**ABILITY MODIFIERS for 1e and converted to SFNG.**

|  | STR/STA | INT/LOG | DEX/RS | PER/LDR |
|---|---|---|---|---|
| HUMAN(OIDS) | 0 | 0 | 0 | 0 |
| D | +5 | 0 | -5 | 0 |
| V | -5 | 0 | +5 | 0 |
| Y | -10 | +5 | +5 | 0 |

| SFNG | STR/CON | INT/WIS | DEX/CON | INT/CON |
|---|---|---|---|---|
| HUMAN(OIDS) | Median | Median | Median | Median |
| Uryed/robust raccoon | 0 | -1 | +2 | -1 |
| Zaruk | +3 | +1 | +2 | +1 |
| Yarvon | +1 | +1 | +2 | +1 |
| Aht | 0 | +2 | -2 | +2 |
| Tekahn | +3 | +2 | +3 | +2 |
| Aobahn/Cat people | 0 | +1 | +2 | 0 |
| 1e D | +1 | 0 | -2 | 0 |
| 1e V | -2 | 0 | +1 | 0 |
| 1e Y | -3 | +1 | +1 | 0 |

245

BETA TEST COPY NOT FOR DISTRIBUTION

**Designation of Product Identity.** STAR FRONTIERS® and STAR FRONTIERS NEW GENESIS™ are Trademarks owned by Justin La Nasa. STAR FRONTIERS is a registered Trademark owned by TSR, LLC. The entire text is copyright © 2021, 2022 TSR, LLC, and Justin LaNasa All Rights Reserved. The TSR logo and The Lizardman logo are Copyright © 2021, 2022 and Registered Trademarks of TSR, LLC All Rights Reserved. The Star Frontiers name, Logo, Typography, and Trade Dress are copyright © TSR, LLC.

The products contained on these pages include images, trademarks, artwork, and other materials that are owned and produced by TSR LLC and are not produced, endorsed, sponsored by, or affiliated in any way with Wizards of the Coast LLC or Hasbro, Inc.

**The terms "Star Frontiers" and "Star Frontiers New Genesis" are Product Identity and all Trademarks; all artwork and formatting is Product Identity.**

# STAR FRONTIERS NEW GENESIS

# BETA NOTES



PLAY TESTER NAME _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

248

# BETA NOTES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.

249

# BETA NOTES

WHEN FILLING OUT THIS BETA INPUT SHEET PLEASE MAKE SURE
YOU WHEN LISTING SOMETHING, LIST IN DETAIL YOUR FEEDBACK.



DECLARATION OF JUSTIN LANASA

# EXHIBIT L

**Subject:**        FW: [Ticket # 315408] fraud/copyrights/trademarks

# Forwarded Conversation

**Subject: Re: [Ticket # 315408] fraud/copyrights/trademarks**
-----------------------

From: **Lulu.com Questionable Content** <questionablecontent@lulu.com>
Date: Mon, Feb 28, 2022 at 9:31 AM
To: <tsrlakegeneva@gmail.com>


Dear user,

Thank you for bringing this to our attention. The form you used is to report content that is infringing copyright and/or in violation with our membership agreement. If you seek assistance with an order or the publishing process, please contact our support team.

In order to properly review the matter, please provide us with the following information:

1. Your name, address, phone number and email address
2. Name of the work at issue
3. Name of the author of the work
4. Type of claim, for example:
   • Trademark
   • Copyright infringement
   • Invasion of privacy
   • Defamation
   • Other questionable content prohibited by the Lulu Membership Agreement or our Content Guidelines)
5. Explanation of claim
6. Any supporting documentation


Upon receipt of the above, we will review the matter and inform you of the results of the review.

Regards,
Questionable Content Team
Lulu Press, Inc.


----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Mon, Feb 28, 2022 at 7:24 PM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>

1

Exhibit L
Page 1 of 12

1. Your name, address, phone number, and email address  Justin LaNasa 723 Williams street lake geneva WI 53147, (910)352-5015 cel   TSRLakeGeneva@gmail.com
2. Name of the work at issue   https://www.lulu.com/en/gb/shop/justin-hardwire/star-frontiers-ng/hardcover/product-wnrwdg.html?fbclid=IwAR2ztxs3pHd8eBV950u-plRZXHKaBtKhFVuIA0dhWnc2vdivQb8F7VrzVuQ&page=1&pageSize=4   Star Frontiers Not genuine.
3. Name of the author of the work Justin Hardwire
4. Type of claim, for example:
   • Trademark =  Yes we own the name Starfrontiers for card games, Role Playing Games, and dice and TSR  we are TSR LLC out of lake geneva WI 53147
   • Copyright infringement =yes we hold all copyrights since 2021 for Star frontiers NG
   • Invasion of privacy= not that I know of
   • Defamation= They are negatively using TSR our name and trademarks please refer to the attachment below and any other and most pages of the book on your site
   • Other questionable content prohibited by the Lulu Membership Agreement or our Content Guidelines)
5. Explanation of claim this is nothing but slanderous defamation of TSR/SFNG/Justin LaNasa/Hardwire that I own
6. Any supporting documentation
7. https://tsrmuseum.com/online-store/ols/products/star-frontiers-new-genesis-role-playing-game-rebooted
8. https://tsr-hobbies.com/
9. The STAR FRONTIERS trademark was assigned a Serial Number #90276506 – by the United States Patent and Trademark Office (USPTO). Trademark Serial Number is a unique ID to identify the STAR FRONTIERS mark in USPTO. The STAR FRONTIERS mark is filed in the category of **Paper Goods and Printed Material** , **Toys and Sporting Goods Products** . The legal correspondent for STAR FRONTIERS trademark is **Russell D. Nugent**, THE HUMPHRIES LAW FIRM, P.C., 1904 EASTWOOD DRIVE STE 310A WILMINGTON NC 28403 .

   Based on TSR LLC, the STAR FRONTIERS trademark will be used in the following business: Role playing game equipment in the nature of game book manuals , Dice; Dice games; Equipment sold as a unit for playing role playing games; Equipment sold as a unit for playing parlor games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith .

10. The TSR THE GAME WIZARDS trademark was assigned a Serial Number #90124839 – by the United States Patent and Trademark Office (USPTO). Trademark Serial Number is a unique ID to identify the TSR THE GAME WIZARDS mark in USPTO. The TSR THE GAME WIZARDS mark is filed in the category of **Toys and Sporting Goods Products** , **Paper Goods and Printed Material** . The legal correspondent for TSR THE GAME WIZARDS trademark is **RUSSELL D. NUGENT**, THE HUMPHRIES LAW FIRM, P.C., 1904 EASTWOOD RD STE 310A WILMINGTON, NC 28403 .

    Based on TSR, LLC, the TSR THE GAME WIZARDS trademark is used in the following business: Role playing game equipment in the nature of game book manuals , Dice; Dice games; Equipment sold as a unit for playing role playing games; Equipment sold as a unit for playing parlour games; Role playing games; Tabletop

Exhibit L
Page 2 of 12

hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith .

--
Justin W. LaNasa
CEO TSR-Hobbies
"Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk this path."


----------
From: **Lulu.com Questionable Content** <questionablecontent@lulu.com>
Date: Tue, Mar 1, 2022 at 8:56 AM
To: <tsrlakegeneva@gmail.com>


Dear user,

Thank you for bringing this to our attention. We have removed the Content in question from availability and are reviewing the matter further.

Regards,
Questionable Content Team
Lulu Press, Inc.


----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Tue, Mar 1, 2022 at 8:57 AM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>


Thank you for your assistance.
--

----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Tue, Mar 1, 2022 at 8:58 AM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>


What do I have to do to have the Information of the person selling this item through  your company ????


----------
From: **Lulu.com Questionable Content** <questionablecontent@lulu.com>
Date: Tue, Mar 1, 2022 at 9:00 AM
To: <tsrlakegeneva@gmail.com>

Exhibit L
Page 3 of 12

Justin,

We are unable to provide you with the contact information of the infringing party.

Kind regards,

Matt R.
Lulu Press, Inc.

Visit our [Knowledge Base](#) to view our help articles and find other helpful resources.

Your information:
Ticket ID: 315408
Project ID:
Order ID:
Email: [tsrlakegeneva@gmail.com](mailto:tsrlakegeneva@gmail.com)

View the status of the ticket or add comments at: [https://luluassist.freshdesk.com/helpdesk/tickets/315408](https://luluassist.freshdesk.com/helpdesk/tickets/315408)

> On Tue, 1 Mar at 8:59 AM , Justin lanasa <[tsrlakegeneva@gmail.com](mailto:tsrlakegeneva@gmail.com)> wrote:
> What do I have to do to have the Information of the person selling this item through  your company ????

>> On Tue, Mar 1, 2022 at 8:57 AM Justin LaNasa <[tsrlakegeneva@gmail.com](mailto:tsrlakegeneva@gmail.com)> wrote:
>> Thank you for your assistance.

>> On Tue, Mar 1, 2022 at 8:56 AM Lulu.com Questionable Content <[questionablecontent@lulu.com](mailto:questionablecontent@lulu.com)> wrote:
>>> Dear user,
>>>
>>> Thank you for bringing this to our attention. We have removed the Content in question from availability and are reviewing the matter further.
>>>
>>> Regards,
>>> Questionable Content Team
>>> Lulu Press, Inc.
>>> --
>> Justin W. LaNasa
>> CEO TSR-Hobbies
>> "Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk this path."

> --
> Justin W. LaNasa
> CEO TSR-Hobbies
> "Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk this path."

4

Exhibit L
Page 4 of 12

--
You received this message because you are subscribed to the Google
Groups "Freshdesk Questionable Content" group.
To unsubscribe from this group and stop receiving emails from it, send an
email to questionablecontent+unsubscribe@lulu.com.

----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Tue, Mar 1, 2022 at 9:08 AM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>

So you don't have an answer on what needs to be done, like have my lawyer contact you ??  I am just giving you
a chance before  I make a 📞  and thank you for removing the content. Remember protecting ones identity is
like harboring a criminal, I suggest. Your answer should be we identified the individual and permanently banned
this individual, and his IP Address would be sufficient for me

----------
From: **Lulu.com Questionable Content** <questionablecontent@lulu.com>
Date: Tue, Mar 1, 2022 at 2:30 PM
To: <tsrlakegeneva@gmail.com>

Justin,

Here is the information you requested regarding the trademark infringer:

User Name: Larry Schroeder
Email: larryschroeder1947@gmail.com

Kind regards,
Lulu Press, Inc.

Visit our Knowledge Base to view our help articles and find other helpful resources.

Your information:
Ticket ID: 315408
Project ID:
Order ID:
Email: tsrlakegeneva@gmail.com

View the status of the ticket or add comments at: https://luluassist.freshdesk.com/helpdesk/tickets/315408

----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Tue, Mar 1, 2022 at 2:33 PM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>

5

Exhibit L
Page 5 of 12

Thank you very much

----------
From: **Lulu.com Support** <existing_ticket@lulu.com>
Date: Thu, Mar 3, 2022 at 8:22 AM
To: <tsrlakegeneva@gmail.com>

Justin,

The alleged trademark infringer has responded with the following information regarding your claim:

"Thank you very much for the clarification.

I have looked into that trademark filing, and I see that a company has applied for a 1B "Intent to Use," which has not yet been granted by the USPTO.
It is still in application status.

They do not use the mark in commerce, and their application has not yet been approved.

At this time, they do not have standing to make a claim to ownership of a trademark that they have not used or been granted.

Thank you very much for your kind understanding, and I hope you will restore our product to public view.


https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4807:hxopox.2.1

Exhibit L
Page 6 of 12



**TSDR**   **ASSIGN Status**   **TTAB Status**   *( Use tl*

# STAR FRONTIERS

| | |
|---|---|
| **Word Mark** | **STAR FRONTIERS** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 |
| | IC 028. US 022 023 038 050. G & S: games; Role playing games; Tabletor unit therewith |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90276506 |
| **Filing Date** | October 25, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 27, 2021 |
| **Owner** | (APPLICANT) TSR LLC LIMITED LIA |
| **Attorney of Record** | Russell D. Nugent |

Exhibit L
Page 7 of 12

Kind regards,

Matt R.
Lulu Press, Inc.

Visit our Knowledge Base to view our help articles and find other helpful resources.

Your information:
Ticket ID: 315408
Project ID:
Order ID:
Email: tsrlakegeneva@gmail.com

View the status of the ticket or add comments at: https://luluassist.freshdesk.com/helpdesk/tickets/315408

, Justin lanasa <tsrlakegeneva@gmail.com> wrote:
Thank you very much

> , Justin lanasa <tsrlakegeneva@gmail.com> wrote:
>> --
>> Justin W. LaNasa
>> CEO TSR-Hobbies
>> "Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk this path."
>> --
>> You received this message because you are subscribed to the Google Groups "Freshdesk Questionable Content" group.
>> To unsubscribe from this group and stop receiving emails from it, send an email to questionablecontent+unsubscribe@lulu.com.

--
Justin W. LaNasa
CEO TSR-Hobbies
"Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk this path."
--
You received this message because you are subscribed to the Google Groups "Freshdesk Questionable Content" group.
To unsubscribe from this group and stop receiving emails from it, send an email to questionablecontent+unsubscribe@lulu.com.

Exhibit L
Page 8 of 12

----------

From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Thu, Mar 3, 2022 at 8:27 AM
To: Lulu.com Support <existing_ticket@lulu.com>


our A1 status is applied for for the trademark but for copyright issues they are infringing they are also using TSR LLC and many other things that are copy written in our IP please give me their real name because the name that looks like it was registered is a fraudulent name you should have this name on their bank account that they registered with you to collect money for selling these books if you continue to sell these books for them we will bring you in on a lawsuit Lulu


----------

From: **Lulu.com Questionable Content** <questionablecontent@lulu.com>
Date: Thu, Mar 3, 2022 at 8:36 AM
To: <tsrlakegeneva@gmail.com>


Justin,


We will not be allowing this party to sell the items in question on our site. I appreciate your response with details on the copyright.

I looked into their account further, and the only names that were given was Larry Schroeder and the email that was provided earlier.


Kind regards,

Matt R.
Lulu Press, Inc.

Visit our Knowledge Base to view our help articles and find other helpful resources.

Your information:
Ticket ID: 315408
Project ID:
Order ID:
Email: tsrlakegeneva@gmail.com


View the status of the ticket or add comments at: https://luluassist.freshdesk.com/helpdesk/tickets/315408

> On Thu, 3 Mar at 8:27 AM , Justin lanasa <tsrlakegeneva@gmail.com> wrote:
> our A1 status is applied for for the trademark but for copyright issues they are infringing they
> are also using TSR LLC and many other things that are copy written in our IP please give me
> their real name because the name that looks like it was registered is a fraudulent name you
> should have this name on their bank account that they registered with you to collect money
> for selling these books if you continue to sell these books for them we will bring you in on a
> lawsuit Lulu

Exhibit L
Page 9 of 12

On Thu, Mar 3, 2022 at 8:22 AM Lulu.com Support
<existing_ticket@lulu.com> wrote:

Justin,

The alleged trademark infringer has responded with the following
information regarding your claim:

"Thank you very much for the clarification.

I have looked into that trademark filing, and I see that a company has
applied for a 1B "Intent to Use," which has not yet been granted by the
USPTO.
It is still in application status.

They do not use the mark in commerce, and their application has not yet
been approved.

At this time, they do not have standing to make a claim to ownership of a
trademark that they have not used or been granted.

Thank you very much for your kind understanding, and I hope you will
restore our product to public view.


https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4807:hxopox.2.1

Exhibit L
Page 10 of 12

 TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# STAR FRONTIERS

| | |
|---|---|
| **Word Mark** | STAR FRONTIERS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Role playing game equipment in the nature of game book manuals |
| | IC 028. US 022 023 038 050. G & S: Dice; Dice games; Equipment sold as a unit for playing role playing games; Equipment sold as a unit for playing parlor games; Role playing games; Tabletop hobby battle games in the nature of battle, war and skirmish games, and fantasy games, and playing equipment sold as a unit therewith |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90276506 |
| **Filing Date** | October 25, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 27, 2021 |
| **Owner** | (APPLICANT) TSR LLC LIMITED LIABILITY COMPANY WISCONSIN 723 Williams Street Lake Geneva WISCONSIN 53147 |
| **Attorney of Record** | Russell D. Nugent |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Exhibit L
Page 11 of 12

Kind regards,

Matt R.
Lulu Press, Inc.

Visit our Knowledge Base to view our help articles and find other helpful
resources.

Your information:
Ticket ID: 315408
Project ID:
Order ID:
Email: tsrlakegeneva@gmail.com

View the status of the ticket or add comments
at: https://luluassist.freshdesk.com/helpdesk/tickets/315408

>       On Tue, 1 Mar at 2:33 PM

>           On Tue, Mar 1, 2022 at 2:30 PM Lulu.com
>           Questionable Content
>           <questionablecontent@lulu.com> wrote:

----------
From: **Justin LaNasa** <tsrlakegeneva@gmail.com>
Date: Thu, Mar 3, 2022 at 8:40 AM
To: Lulu.com Questionable Content <questionablecontent@lulu.com>

OK, that'll be fine, thank you, sorry about the last message; it's voice to text. I also own tattoo studios, and a lot
of my guys end up using Lulu for their portfolio, so you guys do a great job, by the way

--
Justin W. LaNasa
CEO TSR-Hobbies
"Let the steps I take toward my destiny be bold ones – for I know I am bold enough to walk
this path."

Exhibit L
Page 12 of 12

DECLARATION OF JUSTIN LANASA

# EXHIBIT M

**STAR-FRONTIERS-NEW-GENESIS-MS.docx**



DECLARATION OF JUSTIN LANASA

# EXHIBIT N





To: Don Semora Michigan Gameer Expo

Character sheets were in
their loose but I will email you
and also send via discord

Ok

Fri, Jul 8, 8:08 PM

5 Photos



Niceeeeew



DECLARATION OF JUSTIN LANASA

# EXHIBIT O



Exhibit O
Page 1 of 1

DECLARATION OF JUSTIN LANASA

# EXHIBIT P



**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I caused to be served a true copy of the foregoing **DECLARATION OF JUSTIN LANASA IN SUPPORT OF THE COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION** on the party or attorneys listed below, by email:

| | |
|---|---|
| Stuart R. Dunwoody<br>Lauren B. Rainwater<br>Eric A. Franz<br>MaryAnn T. Almeida<br>Rose McCarty<br>Lisa Merritt<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Ave., Suite 3300<br>Seattle, WA 98104<br>stuartdunwoody@dwt.com<br>laurenrainwater@dwt.com<br>ericfranz@dwt.com<br>maryannalmeida@dwt.com<br>rosemccarty@dwt.com<br>lisamerritt@dwt.com<br>Phone: (206) 622-3150<br><br>*Attorneys for Defendant/Counterclaim*<br>*Plaintiff Wizards of the Coast LLC* | Russell D. Nugent<br>THE HUMPHRIES LAW FIRM P.C.<br>1904 Eastwood Rd, Ste 310A<br>Wilmington, NC 28403<br>russell@kinglawonline.com<br>Phone:  910-899-0236<br><br>*Accepted Pro Hac Vice for Plaintiff TSR*<br>*LLC, and Counterclaim Defendants TSR*<br>*LLC, Justin LaNasa, and Dungeon Hobby*<br>*Shop Museum LLC* |

Dayna J. Christian, WSB No. 32459
IMMIX LAW GROUP PC
400 Winslow Way E., Suite 210
Bainbridge Island, WA 98110
Dayna.Christian@immixlaw.com
Phone: (503) 802-5533

*Attorneys for Plaintiff and Counterclaim Defendant*
*TSR LLC and Counterclaim Defendants Justin*
*LaNasa and Dungeon Hobby Shop Museum LLC*

CERTIFICATE OF SERVICE - Page 1

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351