The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TSR LLC, | Case No.: 2:21-cv-01705-SKV |
| Plaintiff, | **DECLARATION OF DAVE JOHNSON IN SUPPORT OF THE COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| WIZARDS OF THE COAST LLC, | |
| Defendant. | |
| WIZARDS OF THE COAST LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, | |
| Counterclaim Defendants. | |

I, Dave Johnson, declare as follows:

1.      I am a gaming writer who worked with TSR LLC ("TSR"), through Justin LaNasa ("Mr. LaNasa"), to co-write the transcript for the Star Frontiers New Genesis game ("SFNG Game").  All of the statements in this declaration are made based on personal knowledge.

2.      I submit this declaration in support of Plaintiff and Counterclaim Defendants' Response to Defendant and Counterclaim Plaintiff's Motion for a Preliminary Injunction.  In this

DECLARATION OF DAVE JOHNSON IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 1

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

declaration, I will refer to TSR, Mr. LaNasa, and Dungeon Hobby Shop Museum LLC collectively as the "Counterclaim Defendants."  I will refer to Defendant and Counterclaim Plaintiff Wizards of the Coast LLC as "Wizards."

3.      In the fall of 2021 and into 2022, I worked with TSR (through Mr. LaNasa) to co-write a transcript for a new game, which would become the SFNG Game.  I did this as a volunteer and only asked for author credit.

4.      The SFNG Game that I co-wrote with TSR did not include any racist, transphobic, or otherwise offensive content.

5.      Mr. LaNasa told me that he shared the Google Doc document version of the transcript with Wizard Tower Games ("WTG"), through its owner Don Semora ("Mr. Semora"), so that WTG could provide printing, binding, and editing services to help us in finalizing the game (and for no other reason).  My understanding is that this copy was provided confidentially and protected by a non-disclosure agreement between Mr. Semora and TSR.

6.      I did not distribute the Google Doc document version of the SFNG Game to anyone except for Mr. LaNasa, at any time.  I never shared this document with Wizards.

7.      No one with the name "Larry Schroeder" or the email address "larryschroeder1947@gmail.com" is in any way affiliated with me.  The "Star Frontiers Not Genuine" game that was posted on the Lulu Press, Inc. website is not in any way affiliated with the draft version of the SFNG Game that was co-written by me and TSR, which I was told was confidentially provided to Mr. Semora.

8.      I do not know where any of the altered, unauthorized versions of the SFNG Game that were posted on the internet came from (including the version described in paragraph 7 above and the version that has been filed by Wizards as Exhibit E to the motion, which has been provided to me).  I do not agree with or approve of any of the offensive content highlighted in Exhibit E—whether racial, gender-based, or otherwise.  I did not make or approve of any edits to incorporate this offensive content into the SFNG Game transcript that TSR and I co-wrote, at any time.  I am

DECLARATION OF DAVE JOHNSON IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                    Page 2

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

offended and outraged by this content and by the fact that a third party would modify the game I worked on to incorporate such material and then falsely attribute the offensive material to me.

9. To my knowledge, the SFNG Game transcript is not available to the public. I have never shared a copy of the transcript with Wizards.

10. The last version of the SFNG Game in which I had any input was the version of the transcript that was printed and put in a three-ring binder that I was told WTG provided to TSR after it claimed to have completed the editing process, which did not include any racist, transphobic, or otherwise offensive content.

11. To the best of my knowledge, Mr. Semora/WTG was the only third party with editing authority and access to the original SFNG Game transcript.

12. I never gave Mr. Semora or anyone else permission to publish, release, or distribute the SFNG Game, especially not a version that had been modified to include offensive and inflammatory content.

13. The only versions of the SFNG Game that represent my work product are the draft Google Doc transcript that Mr. LaNasa provided to WTG through Mr. Semora, and the version that I was told WTG provided to TSR in three-ring binders after I was told that it claimed to have completed the editing process. Neither of these versions contained offensive racial or gender-based content, and I did not at any time make or approve of any edits to incorporate such content.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED October 10, 2022

_____
Dave Johnson

DECLARATION OF DAVE JOHNSON IN SUPPORT OF THE
COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION
FOR A PRELIMINARY INJUNCTION                               Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I caused to be served a true copy of the foregoing **DECLARATION OF DAVE JOHNSON IN SUPPORT OF THE COUNTERCLAIM DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION** on the party or attorneys listed below, by email:

Stuart R. Dunwoody
Lauren B. Rainwater
Eric A. Franz
MaryAnn T. Almeida
Rose McCarty
Lisa Merritt
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104
stuartdunwoody@dwt.com
laurenrainwater@dwt.com
ericfranz@dwt.com
maryannalmeida@dwt.com
rosemccarty@dwt.com
lisamerritt@dwt.com
Phone: (206) 622-3150

*Attorneys for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC*

Russell D. Nugent
THE HUMPHRIES LAW FIRM P.C.
1904 Eastwood Rd, Ste 310A
Wilmington, NC 28403
russell@kinglawonline.com
Phone: 910-899-0236

*Accepted Pro Hac Vice for Plaintiff TSR LLC, and Counterclaim Defendants TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC*

Dayna J. Christian, WSB No. 32459
IMMIX LAW GROUP PC
400 Winslow Way E., Suite 210
Bainbridge Island, WA 98110
Dayna.Christian@immixlaw.com
Phone: (503) 802-5533

*Attorneys for Plaintiff and Counterclaim Defendant TSR LLC and Counterclaim Defendants Justin LaNasa and Dungeon Hobby Shop Museum LLC*

CERTIFICATE OF SERVICE - Page 1