The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, | No. 2:21-cv-01705-SKV |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF R. MCCARTY** |
| v. | |
| WIZARDS OF THE COAST LLC, | |
| Defendant. | |
| | |
| WIZARDS OF THE COAST LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, | |
| Counterclaim Defendants. | |

TO:         CLERK OF COURT

AND TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Rose S. McCarty of Davis Wright Tremaine LLP hereby withdraws as counsel of record for Defendant and Counterclaim Plaintiff, Wizards of the Coast LLC in the above-entitled action.

NOTICE OF WITHDRAWAL OF R. MCCARTY — 1
(2:21-cv-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stuart Dunwoody, Lauren Rainwater, MaryAnn T. Almeida, and Eric A. Franz, of Davis Wright Tremaine LLP will continue as counsel for Defendant and Counterclaim Plaintiff in this action.

DATED this 18th day of November, 2022.

>DAVIS WRIGHT TREMAINE LLP
>Attorneys for Defendant
>Wizards of the Coast LLC
>
>By: *s/Rose S. McCarty*
>    Stuart R. Dunwoody, WSBA #13948
>    Lauren Rainwater, WSBA #43625
>    MaryAnn T. Almeida, WSBA #49086
>    Eric A. Franz, WSBA #52755
>    Rose McCarty, WSBA #54282
>    920 Fifth Avenue, Suite 3300
>    Seattle, WA  98104-1610
>    Tel: 206-622-3150 / Fax: 206-757-7700
>    Email:  stuartdunwoody@dwt.com
>    Email:  laurenrainwater@dwt.com
>    Email:  maryannalmeida@dwt.com
>    Email:  ericfranz@dwt.com
>    Email:  rosemccarty@dwt.com

NOTICE OF WITHDRAWAL OF R. MCCARTY — 2
(2:21-cv-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax