The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, <br><br> Plaintiff, <br><br> v. <br><br> WIZARDS OF THE COAST LLC, <br><br> Defendant. | No. 2:21-cv-01705-SKV <br><br> NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 83.2(b)(3) |
| WIZARDS OF THE COAST LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, <br><br> Counterclaim Defendants. | |

Pursuant to Local Civil Rule 83.2(b)(3), please take notice that effective as of this date Stuart R. Dunwoody withdraws as attorney of record for Defendant and Counterclaim Plaintiff Wizards of the Coast LLC ("WOTC"). WOTC will continue to be represented by Lauren Rainwater, MaryAnn T. Almeida, and Eric A. Franz of Davis Wright Tremaine LLP.

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 28th day of December, 2022.

2                                                            DAVIS WRIGHT TREMAINE LLP

3                                                            By: *s/ Stuart R. Dunwoody*
4                                                                Stuart R. Dunwoody, WSBA #13948
                                                                 *Withdrawing Attorney*
5

6                                                            DAVIS WRIGHT TREMAINE LLP

7

8                                                            By: *s/ Lauren Rainwater*
                                                                 Lauren Rainwater, WSBA #43625
9
                                                             By: *s/ Mary Ann T. Almeida*
10                                                                MaryAnn T. Almeida, WSBA #49086

11                                                           By: *s/ Eric A. Franz*
                                                                 Eric A. Franz, WSBA #52755
12
                                                             920 Fifth Avenue, Suite 3300
13                                                           Seattle, WA  98104-1610
                                                             Tel: 206-622-3150 / Fax: 206-757-7700
14                                                           Email:  laurenrainwater@dwt.com
                                                             Email:  maryannalmeida@dwt.com
15                                                           Email:  ericfranz@dwt.com

16                                                           ***Attorneys for Defendant and Counterclaim Plaintiff Wizards of the Coast LLC***

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax