The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>    Plaintiff,<br><br> v.<br><br>WIZARDS OF THE COAST LLC,<br><br>    Defendant. | No. 2:21-cv-01705-SKV<br><br>NOTICE OF APPEARANCE |
| WIZARDS OF THE COAST LLC,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>    Counterclaim Defendants. | |

TO:   Clerk of the Court

AND TO: All Parties and Counsel of Record

  Please take notice that Tyler J. Bourke of Davis Wright Tremaine LLP hereby appears in the above-entitled action on behalf of Defendant/Counterclaim Plaintiff Wizards of the Coast

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  LLC and request that all future papers and pleadings, except original process, be served upon

2  the undersigned attorneys at the address below stated.

3       DATED this 5th day of May, 2023.

                                                  Davis Wright Tremaine LLP
*Attorney for Defendant/Counterclaim Plaintiff*

By: */s/Tyler Bourke*
Tyler J. Bourke, WSBA #59764
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email: tylerbourke@dwt.com

NOTICE OF APPEARANCE
(2:21-cv-01705-SKV) - 2