The Honorable S. Kate Vaughan

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    TSR LLC,

9                    Plaintiff,                    No. C21-1705-SKV

10          v.

11   WIZARDS OF THE COAST LLC,              STIPULATED MOTION AND
                                            [PROPOSED] ORDER FOR
12                   Defendant.             EXTENSION OF SCHEDULING
                                            ORDER

13                                          **_Note on Motion Calendar:_**
                                            **_May 5, 2023_**
14   _____

15   WIZARDS OF THE COAST LLC,

16                   Counterclaim Plaintiff,

17          v.

18   TSR LLC; JUSTIN LANASA; and DUNGEON
     HOBBY SHOP MUSEUM LLC,
19
                     Counterclaim Defendants.
20
     _____
21
                          **I.      STIPULATED MOTION**
22
             1.     On May 18, 2022, the Court entered its Order Setting Trial Date and Related Dates
23
     (ECF No. 25), outlining the deadlines for the case through trial.
24
             2.     The parties have been cooperatively conducting discovery for several months.  Both
25
     sides have been working to make document productions, provide supplemental written responses,
26
     and conduct discovery with relevant third parties.
27

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF
SCHEDULING ORDER
(C21-1705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3.     The current deadline for the completion of fact discovery is June 16, 2023.  The parties agree that, despite their diligent efforts, they both require additional time to complete outstanding document productions and review and to take fact depositions.

4.     The parties are in the process of searching for and producing responsive documents, and have committed to making all reasonable efforts to complete their productions for the close of the discovery period by October 16, 2023, and to keep each other updated should they be unable to meet this commitment.

5.     Therefore, the parties stipulate and agree to the following proposed extended schedule, subject to the Court's approval:

| Event | Current Date | Requested Date |
|---|---|---|
| Jury trial set for 9 a.m. on | 10/16/2023 | 3/4/2024 |
| Length of trial | 5 days | 5 days |
| Deadline for joining parties | 8/15/2022 | 8/15/2022 (no change) |
| Deadline for amending pleadings | 9/15/2022 | 9/15/2022 (no change) |
| Disclosure of expert testimony under FRCP 26(a)(2) | 4/17/2023 | 4/17/2023 (no change) |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 5/8/2023 | 5/8/2023 (no change) |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d) or LCR 37(a)(2)) | 5/16/2023 | 9/18/2023 |
| Discovery to be completed by | 6/16/2023 | 10/16/2023 |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF
SCHEDULING ORDER
(C21-1705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 7/17/2023 | 11/17/2023 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 8/16/2023 | 12/18/2023 |
| Mediation per LCR 39.1(c) held no later than | 9/18/2023 | 1/18/2024 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 9/18/2023 | 1/18/2024 |
| Agreed LCR 16.1 Pretrial Order due | 10/4/2023 | 2/5/2024 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and deposition designations due by this date | 10/9/2023 | 2/9/2024 |
| Deadline for Trial Exhibits; Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 10/11/2023 | 2/12/2024 |
| Pretrial conference scheduled for 9:30 a.m. in Courtroom 12A on | 10/11/2023 | 2/12/2024 |

Based on the foregoing, the parties respectfully request that the Court grant their motion and extend the case schedule accordingly.

/ / /

/ / /

/ / /

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF SCHEDULING ORDER
(C21-1705-SKV) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   STIPULATED TO AND DATED this 9th day of May, 2023.

2

3   IMMIX LAW GROUP                              DAVIS WRIGHT TREMAINE LLP

4   By: /s/ Dayna J. Christian_____    By: /s/ Lauren Rainwater_____
       Dayna J. Christian                             Lauren Rainwater, WSBA #43625
5      IMMIX LAW GROUP PC                             MaryAnn T. Almeida, WSBA #49086
       400 Winslow Way E., Suite 210                  Eric A. Franz, WSBA #52755
6      Banbridge Island, WA 98110                     Tyler J. Bourke, WSBA #59764
       Email: dayna.christian@immixlaw.com            920 Fifth Avenue, Suite 3300
7                                                     Seattle, WA  98104-1610
       Nicole L. McMillan                             Tel: 206-622-3150 / Fax: 206-757-7700
8      IMMIX LAW GROUP PC                             Email:  laurenrainwater@dwt.com
       600 NW Naito Parkway, Suite G                  Email:  maryannalmeida@dwt.com
9      Portland, OR 97209                             Email:  ericfranz@dwt.com
       Email: nicole.mcmillan@immixlaw.com            Email: tylerbourke@dwt.com
10
       Russell D. Nugent
11     THE HUMPHRIES LAW FIRM P.C.                 *Attorneys for Defendant/Counterclaim*
       1904 Eastwood Road, Suite 310A              *Plaintiff*
12     Wilmington, NC 28403
       Email: russell@kinglawonline.com
13
    *Attorneys for Plaintiff/Counterclaim*
14  *Defendants*

15

16

17              II.     [~~PROPOSED~~] ORDER

18      The Court GRANTS the parties' stipulated motion.

19      IT IS SO ORDERED.

20      Dated this 9th day of May, 2023.

21

22

23                                          S. KATE VAUGHAN
                                            United States Magistrate Judge
24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax