The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WIZARDS OF THE COAST LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01705-SKV<br><br>**NOTICE OF AUTOMATIC STAY OF PROCEEDINGS** |
| WIZARDS OF THE COAST LLC,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>　　　　　Counterclaim Defendants. | |

Plaintiff and Counterclaim Defendant, TSR LLC ("Debtor"), filed a petition pursuant to the Federal Bankruptcy Act for relief on June 8, 2023 under 11 U.S.C. § 301 in the United States Bankruptcy Court for the Eastern District of North Carolina, Wilmington Division (the "Bankruptcy Court"), Case No. 23-01577-5-DMW.

Debtor is represented by Algernon L. Butler III ("Mr. Butler") of BUTLER & BUTLER LLP located at 111 N 5th Avenue in Wilmington, NC 28401 (Email:

NOTICE OF AUTOMATIC STAY OF PROCEEDINGS   Page - 1
(Case No. 2:21-CV-01705-SKV)

**Immix Law Group PC**
400 Winslow Way E., Ste 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533

albutleriii@butlerbutler.com). A courtesy copy of this Notice of Automatic Stay of Proceedings has been provided to Mr. Butler.

Further proceedings against Debtor are subject to an automatic stay as required by 11 U.S.C. § 362 which provides in part:

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title . . . operates as a stay, applicable to all entities of –

    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

    (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4) any act to create, perfect, or enforce any lien against property of the estate;

    (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

    (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

/ / /

NOTICE OF AUTOMATIC STAY OF PROCEEDINGS   Page - 2
(Case No. 2:21-CV-01705-SKV)

**Immix Law Group PC**
400 Winslow Way E., Ste 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning [the debtor].

In accordance, these proceedings are stayed until further notice from the Bankruptcy Court.

Dated: June 12, 2023

                                         IMMIX LAW GROUP PC

                                         _____
Dayna J. Christian, WSB No. 32459
400 Winslow Way E., Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: dayna.christian@immixlaw.com

*Attorneys for TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC*

NOTICE OF AUTOMATIC STAY OF PROCEEDINGS   Page - 3
(Case No. 2:21-CV-01705-SKV)

**Immix Law Group PC**
400 Winslow Way E., Ste 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I caused to be served a true copy of the preceding **NOTICE OF AUTOMATIC STAY OF PROCEEDINGS** on the individuals listed below, by way of the methods indicated:

| | |
|---|---|
| Lauren Rainwater<br>Eric A. Franz<br>MaryAnn T. Almeida<br>Tyler Bourke<br>Lisa Merritt<br>David MacKenzie<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Email: laurenrainwater@dwt.com<br>Email: ericfranz@dwt.com<br>Email: maryannalmeida@dwt.com<br>Email: tylerbourke@dwt.com<br>Email: DavidMacKenzie@dwt.com<br>*Attorneys for Wizards of the Coast LLC* | *Via E-mail* |
| Russell D. Nugent<br>THE HUMPHRIES LAW FIRM P.C.<br>1904 Eastwood Road, Suite 310A<br>Wilmington, NC 28403<br>Email: russell@kinglawonline.com<br>*Accepted Pro Hac Vice for TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC* | *Via E-mail* |

_____
Dayna J. Christian, WSB No. 32459
IMMIX LAW GROUP PC
400 Winslow Way E., Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: dayna.christian@immixlaw.com

*Attorneys for TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC*

CERTIFICATE OF SERVICE                                                                 PAGE - 1
(Case No. 2:21-CV-01705-SKV)