The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>WIZARDS OF THE COAST LLC,<br><br>  Defendant.<br><br>WIZARDS OF THE COAST LLC,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>TSR LLC; JUSTIN LANASA; and<br>DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>  Counterclaim Defendants. | Case No. 2:21-cv-01705-SKV<br><br>**[PROPOSED] ORDER GRANTING WIZARDS' MOTION TO ENFORCE PROTECTIVE ORDER GOVERNING CONDUCT** |

This matter comes before the Court on Wizards' Motion to Enforce the Protective Order Governing Conduct. Having carefully considered the Motion and its supporting declaration and exhibits, any Opposition, and Wizards' Reply, and otherwise being fully advised, the Court finds and rules as follows:

1. Justin LaNasa and the Dungeon Hobby Shop Museum violated the Court's

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE
PROTECTIVE ORDER GOVERNING CONDUCT - 1
(Case No. 2:21-CV-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

November 4, 2022, Protective Order Governing Conduct (Dkt. 47);

2. LaNasa and the Museum must immediately cease all conduct in violation of the Protective Order. LaNasa and the Museum must immediately delete, take down, or otherwise remove any statements or communications in violation of the Protective Order, and cause any persons acting under their direction or control to do the same;

3. LaNasa and the Museum will be fined $10,000.00 for violating the Protective Order, payable to the Court;

4. Wizards is entitled to reasonable attorneys' fees and costs incurred in connection with bringing these violations to the Court's attention, including in preparing and filing this motion and the motion before the bankruptcy court regarding the stay. Wizards shall submit to counsel for LaNasa and the Museum an accounting of those fees and costs within two weeks of the date of this Order, and payment shall be made within one week of receipt of Wizards' accounting. Should the Parties disagree regarding Wizards' accounting of the fees and costs incurred, any disputes shall be submitted to the Court in a joint report filed within four weeks of the date of this Order.

[PROPOSED] IT IS SO ORDERED.

DATED: _____

_____
The Honorable S. Kate Vaughan
United States Magistrate Judge

*Presented by:*

*s/ Lauren B. Rainwater*
  Lauren B. Rainwater, WSBA #43625
  MaryAnn T. Almeida, WSBA #49086
  Tyler J. Bourke, WSBA #59764
  DAVIS WRIGHT TREMAINE LLP
  920 Fifth Avenue, Suite 3300
  Seattle, WA  98104-1610

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE
PROTECTIVE ORDER GOVERNING CONDUCT - 2
(Case No. 2:21-CV-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Phone: (206) 622-3150
Fax: (206) 757-7700
Email:  laurenrainwater@dwt.com
Email:  maryannalmeida@dwt.com
Email:  tylerbourke@dwt.com

*Attorneys for Wizards of the Coast*

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE
PROTECTIVE ORDER GOVERNING CONDUCT - 3
(Case No. 2:21-CV-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax