The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>WIZARDS OF THE COAST LLC,<br><br>        Defendant.<br><br>WIZARDS OF THE COAST LLC,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>        Counterclaim Defendants. | No. 2:21-cv-01705-SKV<br><br>**DECLARATION OF LAUREN RAINWATER IN SUPPORT OF WIZARDS OF THE COAST LLC'S MOTION TO ENFORCE THE PROTECTIVE ORDER** |

I, Lauren Rainwater, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP and counsel for Wizards of the Coast LLC in this litigation. This declaration is made in support of the Motion to Enforce the Protective Order. I am over the age of 18 and competent to make this declaration, and I do so on the basis of personal knowledge and my review of records in this case.

DECLARATION OF LAUREN RAINWATER
(Case No. 2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

2. I have attached as **Exhibit A** a true and correct copy of website screenshots of donosemora.com captured by my law firm on June 15, 2023. The donosemora.com website was back online as of June 14, 2023. At the time of this declaration, the web address redirects to a GoDaddy.com notice that "The domain donosemora.com is registered, but may still be available. It's parked free, courtesy of GoDaddy.com."

3. I have attached as **Exhibit B** Facebook screenshots provided to me by Don Semora on June 15, 2023.

4. I have attached as **Exhibit C** a true and correct copy of Facebook screenshots of the Dungeon Hobby Shop Museum's June 17, 2023, Facebook post sharing the donosemora.com website, captured by my law firm on June 21, 2023. At the time of declaration, this post is still active and visible on Facebook.

5. I have attached as **Exhibit D** a true and correct copy of letter correspondence sent on June 20, 2023, to TSR LLC's bankruptcy counsel Algernon Butler III regarding Mr. LaNasa's violations of the protective order. I have omitted from this copy of the letter exhibits A and C enclosed with it, as exhibit A to the letter is the Protective Order itself and the remaining materials contained in those exhibits are already attached as Exhibit A, Exhibit B, and Exhibit C to this declaration. After I sent this letter to TSR LLC's bankruptcy counsel, copying Counterclaim Defendants' counsel, at least some of the content flagged in this letter apparently was taken down.

6. I have attached as **Exhibit E** email correspondence provided to my law firm by Mr. Semora on November 6 and 7, 2023. We have redacted personal contact information. Mr. Semora informed me that, aside from these contacts, the venue representative received other similar contacts about him, which the representative did not retain.

7. Mr. Semora informed me that he was contacted by an agent from the Michigan Department of State, Special Investigation Section, Office of Investigative Services, Enforcement Division, regarding a tip asserting Semora falsely claimed veteran status. Mr. Semora provided the agent with documentation of his military service, but he expressed that he was concerned and frustrated with these reports against him.

DECLARATION OF LAUREN RAINWATER
(Case No. 2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

8. I have attached as **Exhibit F** email correspondence provided to my law firm by Mr. Semora on November 13, 2023.

9. On November 8, 2023, my law firm contacted counsel for Counterclaim Defendants regarding the events detailed in Paragraphs 6 and 7 above. Having received no response, we followed up on November 13 and provided information regarding the correspondence detailed in Paragraph 8. Counsel has acknowledged receipt of those communications and stated that Mr. LaNasa denies the allegations in our correspondence.

10. I have attached as **Exhibit G** a true and correct copy of the Bankruptcy Court's Consent Order, dated November 13, 2023, concluding that the stay does not preclude Wizards from filing and the Court from enforcing the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 16th day of November, 2023, in Seattle, Washington.

*s/ Lauren Rainwater*
Lauren Rainwater

DECLARATION OF LAUREN RAINWATER
(Case No. 2:21-cv-01705-SKV) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax