# EXHIBIT A

Page Vault

| | |
|---|---|
| Document title: | Don O. Semora |
| Capture URL: | https://donosemora.com/ |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:01:23 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:02:43 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | hMKonsN9tWbCgpJDy9yPpY |
| User: | dwt-jimbudig |



# AVOID WIZARD TOWER GAMES

Owned and operated by Don O. Semora, Don't join the list of the scammed!

### AKA WIZARD TOWER GAMES/2MOON PRESS/REPLICA FORGE

Check out this Tragic Story of damage caused by Don O. Semora.







## DON O. SEMORA MODUS OPERANDI



### Don O. Semora

Threatening & Doxing customers

### Don O. Semora

Threatening & Doxing customers part 2



### Don O. Semora

Lie upon Lie's Even TSR's # 1 Hater  Tenkar's Tavern has been Scammed, Misled & Lied to By Semora. Sounds like he knows it but still wants more sips of the Kool-Aid. Due to his hatred of TSR/Justin LaNassa

## Consumer Protection

Please click the link below if you have been scammed, defrauded, or cheated out of products or services by Don O. Semora.



Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT

Page 2 of 4

# Consumer Protection

Please click the link below if you have been scammed, defrauded, or cheated
out of products or services by Don O. Semora.

— FILE A REPORT HERE —

# AVOID REPLICA FORGE Owned By Don O. Semora



## Grifting at its finest

# Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora

| Email Address | — SIGN UP — |



Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT

# AVOID REPLICA FORGE Owned By Don O. Semora



## Grifting at its finest

## Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora

| Email Address | — SIGN UP — |

### DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED.

POWERED BY GOD



Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT

**Page Vault**

| | |
|---|---|
| Document title: | You Have Been Semorad |
| Capture URL: | https://donosemora.com/you-have-been-semorad |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:02:53 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:03:23 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | kJbSg8mZvupeXMBHvw2KCL |
| User: | dwt-jimbudig |

DON O. SEMORA HAS FORGED DOCUMENTS IN THE PAST



## Semora loves to play the victim

What's very interesting is if you listen to what he accuses people of, he tells you what he is doing. Don Semora, where were you stationed? What was your MOS? What was your rank? NO service member talks about a DD214. That was possibly forged. Update

### POW Network <info@pownetwork.org>

"Found NO service in any branch in the online database since 1985."
" Human Resources Command said they found no records either there in the repository or NPRC "



## Attacks on Disney

Don O. Semora sure does have OPINIONS



## Listen Closely to the Attacks on the Disabled



## Attacks on Disney

Don O. Semora sure does have OPINIONS

## Listen Closely to the Attacks on the Disabled

Don O. Semora speaks his mind about how the handicap slows his games down, and now they can play in a regular game now

ALERT: DON SEMORA, "PROFESSIONAL DESIGNER AND AUTHOR" POSTED BY VICTORIA-STRAUSS FOR WRITER BEWARE®

Don Semora, whose brand-new website styles him a professional designer of book covers, games, websites, and more.

— FIND OUT MORE —

## DON O. SEMORA HAS NUMEROUS FAKE ACCOUNTS



Document title: You Have Been Semorad
Capture URL: https://donosemora.com/you-have-been-semorad
Capture timestamp (UTC): Thu, 15 Jun 2023 22:03:23 GMT



AVOID REPLICA FORGE Owned By Don O. Semora



Document title: You Have Been Semorad
Capture URL: https://donosemora.com/you-have-been-semorad
Capture timestamp (UTC): Thu, 15 Jun 2023 22:03:23 GMT



# Grifting at its finest

— GO TO ALERT CLICK HERE —

# Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora?

Email Address                                    — SIGN UP —

## DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED.

POWERED BY GOD 

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:03:49 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:04:28 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | miRuqn78EHbe3NDSy1Vtdq |
| User: | dwt-jimbudig |



## DOWNLOADS 2 MOON PRESS COURT DOCS

**2-Moon-Press-First-Amended-Complaint-2-1-1 (pdf)**

DOWNLOAD

**Deposition of Donald O. Semora (pdf)**

DOWNLOAD

**Plaintiff_s Brief in Support of MSD Pursuant t redacted (pdf)**

DOWNLOAD

**Don Court Ordered to make payments to authors (jpg)**

DOWNLOAD

**2010 Transactions (pdf)**

DOWNLOAD

**2011 Transactions (pdf)**

DOWNLOAD

**2012 Transactions (pdf)**

DOWNLOAD

**Independent Bank (pdf)**

DOWNLOAD

**Jackson County Office of the Sheriff Detail (pdf)**

DOWNLOAD

## DOWNLOADS DON O. SEMORA PAST CRIMINAL HISTORY

**court 2016 (jpg)**

DOWNLOAD

**Don in Barry Court (pdf)**

DOWNLOAD

**Don speeding ticket (pdf)**

DOWNLOAD

## DOWNLOADS DON O. SEMORA



bankruptcy notice (png) — ⬇ Download

C Semora Bankrupt 2010 (pdf) — ⬇ Download

20220928 - Semora CHAT criminal history (pdf) — ⬇ Download



C Semora Bankrupt 2010 (pdf)                              ± Download

20220928 - Semora CHAT criminal history (pdf)           ± Download

## DOWNLOADS WOTC VS TSR SEMORA'S FABRICATED LEAKS



ECF 31-1 - Order on Wizards Preliminary Injunction (pdf)

**DOWNLOAD**

ECF 31 - Wizards Motion for Preliminary Injunction (pdf)

**DOWNLOAD**

ECF 37 - Response to Motion for Prelim Inj 31p (pdf)

**DOWNLOAD**

ECF 38 - DJC Decl iso Response to Motion for Prelim Inj.s 118p (pdf)

**DOWNLOAD**

ECF 39 - LaNasa Decl iso Response to Motion for Prelim Inj 572p (pdf)

**DOWNLOAD**

ECF 40 - Johnson Decl iso Response to Motion for Prelim Inj 4p (pdf)

**DOWNLOAD**

ECF 51 - 20221214 Order on Injunction Motion (pdf)

**DOWNLOAD**

## ATTACKS ON TSR AND ANYONE CONNECTED





## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA



**Donald Semora** "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money



Excuse Semora gives all his victims

1 Waiting on material chipboard
2 Material/Chipboard is held in customs
3 I am in the hospital /My daughter is in the
hospital and in critical condition etc.
4 My store was broken into here are the
pictures (Fake no police reports we checked)



The people you see collaborating with Don
Semora are just as bad as he is. These folks
are cut from the same cloth liars and thieves.

UPDATE #25

# 5-15-23 UPDATE

Wizard Tower Games  Creator
May 15, 2023

Hello everyone! Sorry for not updating in a few weeks we have been busy here getting the web part of this
project edited and made better. We know this project is late, we thought it would be a great idea to make it
a "Made In House" project.

We as everyone knows have had delays over some customs issues with some of our materials. We were
notified about a week or so ago our materials were being released, so that is great news. However as of a
few moments ago the materials are not tracking to us yet. So we tomorrow will be going to customs and
seeing if we cannot get with our import representative and see what is happening.



a "Made In House" project.

We as everyone knows have had delays over some customs issues with some of our materials. We were notified about a week or so ago our materials were being released, so that is great news. However as of a few moments ago the materials are not tracking to us yet. So we tomorrow will be going to customs and seeing if we cannot get with our import representative and see what is happening.

We do have the ability to have a manufacturer in China make these games, and as a safeguard on Friday I went ahead and ordered enough games from them to cover the Kickstarter and them some. We would prefer to make them ourselves but at this point we want out supporters to get their games. We hope we still can make them, but at the end of the day games in YOUR hands is more important. This is a very complicated and unique project and one that we know you will love once you get it.

The idea of having QR codes in games is one we plan to run with in other projects, this is our ice breaker project and one with Tim's voice will be something very special. We apologize for the lateness in this, we just wanted to do something special, and thanks to Customs it kind of backfired on us.



### Jan 11, 2023 UPDATE

Wizard Tower Games  Creator
January 11, 2023

Hello everyone!

We have been busy as three goblins in a burlap bag here. We wanted to give an update as to the project. We are on track for this Friday to get the remaining paperstocks and cardstock for the game from U.S. Customs.

Wizard Tower Games  Creator
January 11, 2022

Hello everyone!

We have been busy as three goblins in a burlap bag here. We wanted to give an update as to the project. We are on track for this Friday to get the remaining paperstocks and cardstock for the game from U.S. Customs.

Yesterday we made all the final recordings with Tim Kask (See pics) and that went perfect. We could not have asked for it to go better. We are on track currently to make our January shipping of games, and plan to be posting production imagery in an update next week.

We appreciate everyone's support on this, and for those of you who have supported is with a dollar, and want to upgrade to a full game, we are in process of setting that on the D20 Delving Website, and that should be up this weekend. We will link in an update once that happens.



#4 My shop was broken into. Here are the pictures



+ Show More





#4 My shop was broken into. Here are the pictures



+ Show More

## DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED.

POWERED BY GOD



Page Vault

| | |
|---|---|
| Document title: | Evidence from Victims |
| Capture URL: | https://donosemora.com/evidence-from-victims |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:04:31 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:05:08 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 1fgawhF42sss9eDuRzCvJY |
| User: | dwt-jimbudig |

## DON O. SEMORA EVADES THE TRUTH BY REDIRECTING





### Don O. Semora

If your orders were postponed for unforeseen circumstances, or he was sick, his daughter was deathly ill, or his business was broken into, you have been "SEMORAD."

### Don O. Semora

We feel for all the victims of Don O. Semora's deceptions.

## IMAGES OF DON O. SEMORA'S DEVASATION



Rene A Bernal

Share

            

## DOWNLOADS

| | |
|---|---|
| Donald-Semora-MI (pdf) | ⬇ Download |
| DT (jpg) | ⬇ Download |
| e_11 (jpg) | ⬇ Download |
| JAIL (pdf) | ⬇ Download |
| ncrsquery (pdf) | ⬇ Download |
| PayPal (jpg) | ⬇ Download |
| Plaintiffs-MSD-Pursuant-to-MCR-2.116 (pdf) | ⬇ Download |

## DOWNLOADS

| 2-Moon-Press-Semora-Attorney (pdf) | Don's Story (pdf) | April_9_advance (jpg) |
|---|---|---|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| Bank_01 redact (jpg) | Bank_02 (jpg) | Bank_02 (png) |
|---|---|---|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| Bank_03 (png) | Bank_04 (png) | Bank_05 (png) |
|---|---|---|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

## DOWNLOADS

| 2-Moon-Press-Semora-Attorney (pdf) | Don's Story (pdf) | April_9_advance (jpg) |
|:---:|:---:|:---:|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| Bank_01 redact (jpg) | Bank_02 (jpg) | Bank_02 (png) |
|:---:|:---:|:---:|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| Bank_03 (png) | Bank_04 (png) | Bank_05 (png) |
|:---:|:---:|:---:|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| Semora_Court (docx) | Space_2 (jpg) | Termal_Detonator (jpg) |
|:---:|:---:|:---:|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

| X-Wing_April_6 (jpg) | Don_Judgment (jpg) | 72712933 redacted (jpg) |
|:---:|:---:|:---:|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |

## DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED.

POWERED BY GOD



Document title: Evidence from Victims
Capture URL: https://donosemora.com/evidence-from-victims
Capture timestamp (UTC): Thu, 15 Jun 2023 22:05:08 GMT

**Page Vault**

| | |
|---|---|
| Document title: | DonOSemora |
| Capture URL: | https://donosemora.com/contact-us |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:17:45 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:18:12 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | s5NEwMpSUQZiUyyjnC2ysv |
| User: | dwt-jimbudig |

## CONTACT US

**Send Message**

Name

Email*

Message

— SEND —

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Looking for Help Fighting Don's Lie's

## DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED.

POWERED BY GODADDY

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:23:29 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | eWF6yZ6aEAGGgh99w93Hxr |
| User: | dwt-jimbudig |

PDF REFERENCE #:     sCH9nA4FkrZUQgKHwXKNCp

ATTACKS ON TSR AND ANYONE CONNECTED



## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA



Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:23:43 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | oAfUSHd3zPNeZooKyMvzDE |
| User: | dwt-jimbudig |

PDF REFERENCE #:     oNiQCKNQQBRW73exZCLqQd

## ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Document title: Documents Official
Capture URL: https://donosemora.com/documents-official
Capture timestamp (UTC): Thu, 15 Jun 2023 22:23:43 GMT

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:24:03 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | bERMDTmmuDvY4iwoZGg3o3 |
| User: | dwt-jimbudig |

PDF REFERENCE #:     rQM38ep3W7VbnWkdgHriGP

## ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money



Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:24:25 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | d33aUMixtUXXRX76FyCkr2 |
| User: | dwt-jimbudig |

## ATTACKS ON TSR AND ANYONE CONNECTED

Star Frontiers New Genesis discussion group (unofficial)

Don Semora
· 19h ·

As way of explanation. Justin filed a false police report on me, and tried to have felony charges place on me. He did it as he is scared as to my testimony, and the best way to discredit me would be to have me arrested.

The investigation has concluded and the case has been closed with no charges. Justin Lanasa is a real scumbag, he has no low too low he will go. He sent the police to my house, scared my daughter and went low.

He gambled on my not documenting my dealings with him, thank God I did document everything. Including handwriting experts to prove I was innocent. The man is now moving to other scumbaggery.

He is now sending me a 1099 trying to say everything was paid under his Hardwire Tattoo parlor and tossed an extra 10 grand onto the 1099 he never paid me. When in fact he needs to give me 1099 forms from ALL the businesses he paid me from. But not all the money was for labor, most of it was material / and rights to the game he purchased. So he is trying to pull a tax break for labor paid, that IN FACT is not / was not labor.

This is no way is over. He went too far and I WILL be taking action. I will be sure to ensure all filings, exhibits etc will be listed here publicly for all to see.

The man literally lied to police, tried to have me charged, just so he can get away with this scheme is is trying against Wizards of the Coast.

28 14 comments 1 share

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "

## DON SEMORA RECENT KICKSTARTER SCAM

**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:24:41 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | pJW9Xk2325WF85K2t24A8c |
| User: | dwt-jimbudig |

PDF REFERENCE #:        oncYbwr7BuGLtJ7G5hBxcw

## ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:24:51 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | bKNwLvodUS86vhg2dVGV5W |
| User: | dwt-jimbudig |

PDF REFERENCE #:        kEwXe6sRyuyekwYrmU87zt

ATTACKS ON TSR AND ANYONE CONNECTED





DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



DON SEMORA RECENT KICKSTARTER SCAM

**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:25:22 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | p7AK8FEvKvqpxr8DKPFjNd |
| User: | dwt-jimbudig |

PDF REFERENCE #:          nXF3QmFREF9RwTjGQY3adN





ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:25:32 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | mmDshw8fm7xkSaFmNzVLkv |
| User: | dwt-jimbudig |

PDF REFERENCE #:      4bY8EdDkUw34dGR7PdMNt4



ATTACKS ON TSR AND ANYONE CONNECTED

DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:25:41 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | iiFjZzp43UBCbdPW61c4eP |
| User: | dwt-jimbudig |



ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money



**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:25:52 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | kdhrAwKFrRLqvFf5MaAGNF |
| User: | dwt-jimbudig |

PDF REFERENCE #:      kUrmq1auSL2q6Pbb3aCVA6



## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



### DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:26:02 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 1EVdb5FZBTtaRK2B2BkPjs |
| User: | dwt-jimbudig |



DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:26:26 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | m7WfscifuV8WcJXTads17g |
| User: | dwt-jimbudig |

PDF REFERENCE #:        1PgJGhLcP7GWBtVoekqPx2





ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:26:35 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 2kGuoHjsXc31WD5WYRbrwV |
| User: | dwt-jimbudig |



ATTACKS ON TSR AND ANYONE CONNECTED

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Document title: Documents Official
Capture URL: https://donosemora.com/documents-official
Capture timestamp (UTC): Thu, 15 Jun 2023 22:26:35 GMT

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:26:59 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | tCbH7GexoWkQPBPUnZYcxE |
| User: | dwt-jimbudig |

PDF REFERENCE #:     5sLffsqTKVZqf3G7JW91uf





YouTube https://youtu.be/GyO6ww7grA0

almost want to just accept not playing so I wouldn't have to deal with it anymore (no groups in my area). I have some great friends I enjoy playing with, but inevitably hateful people like this company Leyline and others try to harm and control constantly. I've learned some ways to be careful and watch for people like that to not allow them to hurt or slander people in our play club...
Read more
Reply

Wizard Tower Games 19 hours ago
Game Publishers need to be cognizant of who they hire and work with. But we also have to be careful that if we are going to draw what we feel is a socially moral line, then we need to be consistent. I have been called scum over my dealings with TSR in the past. Now people like Tenkar and more know the reasons and my actions regarding that. However, also someone could look at us and see that part of our history and make an assumption as to our character etc. My question for this company would be this, did they talk to the editor, ask the reasons why, what their stances on issues are now? Was this legitimate support for questionably bad thing, or were they not aware of the entire project, and such. I can hire an editor to edit a RPG s an exampl...
Read more
6 Reply

2 replies

jermwar 17 hours ago
What does it matter, honestly, what the editor's stances or opinions on "the issues" are, or if they were cognizant or ignorant of the "critiques" levied against his former employer? Freelancers freelance. They work for pay.

The potential libel in this scenario is that the editor holds to the political views of his employer. But why not associate that editor with the politics of his most recent employer? Should I refuse to hire that editor for being associated with a woke company that is willing to fire and deny credit to editors on the grounds of holding politics that the editor might not actually hold?

If you want to hold to a political litmus test in your hiring, then it is on you to do your due diligence. If you fail to do that, then do as this company did (and why are we avoiding naming this company?) and fire him and remove his name from your credits. But what you don't do is publicly slander the guy in a multi-tweet thread, trying to get him cancelled from any further work.

Lastly, I don't know the legality of hiring/firing/refusing to hire persons based on their politics. I'm sure laws differ. Also: not a lawyer. Maybe because they don't specifically name him, they may be able to avoid a lawsuit. Even so, I hope he (or she) sues them anyways for slander, libel, defamation, breach of contract, discriminaton, tortious Interference, hostile work environment, wrongful termination, or whatever all the law allows.
Show less
5 Reply

Venger Satanis 4 hours ago
Respectfully, I 100% disagree. Any non-ironic use of the phrase "problematic content" should be grounds for skepticism, ridicule, and actual questioning if that person has enough brain-cells to walk and chew gum at the same time. Even entertaining the suggestion that Leyline Press (or similar RPG companies) had basically the right idea, simply the wrong approach has no idea how awful the current situation has become. We've been in disaster mode for so long that many of us can no longer see it for ourselves. Dangerous times, indeed, hoss!
2 Reply

## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not."

## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:27:09 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 5P1rfZoXF4UUz1eGdHcT8U |
| User: | dwt-jimbudig |

PDF REFERENCE #:      aCYbz7Z6JmmBF8JkTv8DE8





## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

**Donald Semora** "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "

### DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:27:25 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | m1XFCFc768wjrNeTsh421E |
| User: | dwt-jimbudig |

PDF REFERENCE #:        75Wa7yrtCJ9zZAcRW6GjEj



## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:27:37 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | mN4pW3McB6TPUM5UodFpPe |
| User: | dwt-jimbudig |

PDF REFERENCE #:        vrdYcmWF4uENWYavuebLDE



## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

**Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:27:53 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | suzCibLSUW7TQihi9m6Min |
| User: | dwt-jimbudig |





## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

**Donald Semora** "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



### DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

Document title: Documents Official
Capture URL: https://donosemora.com/documents-official
Capture timestamp (UTC): Thu, 15 Jun 2023 22:27:53 GMT

Page Vault

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:22:14 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:29:22 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | ahvz6tUwRhxjUExS47c7v9 |
| User: | dwt-jimbudig |



## DON SEMORA REVIEWS AND ATTACKS A GAME BY JUSTIN LANASA

Donald Semora "Well it has a familiar theme as their SFNG game that they claimed was photoshopped. Ummmm no it was not. "



## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money

# EXHIBIT B



John Scott owner of the 1st edition AD&D group on Facebook (See email for link) letting me know that I was being slandered in his group. I saw this message last night and answered him.



John Scott owner of the 1st edition AD&D group on Facebook (See email for link) letting me know the "Anonymous" poster (See page 3) was a Vance K. Yarg.



The profile for Vance K. Yarg
URL for it is in the email this PDF is attached to



This was shown to me last night 6-14-23 and was posted as you can see 21 hours before hand, so roughly posted on 6-13 aprox.

The account posted that website Lanasa had made about me.

On the previous page you can see that John Scott the 1st Edition ADD&D group owner confirmed it.

Justin then went under it directly and posted. See Page 5



Justin Lanasa directly posting on the post directly.



Image expanded



Tenkar's Tavern 1 day ago (edited)
Your link for the relevant docs: https://www.dropbox.com/sh/e0on80zhpr29wpr/AAA98-jAevfENQsX7bd5g_xXa?dl=0
Tenkar's Tavern Facebook Group https://www.facebook.com/groups/tenkarstavern/
OSR Facebook Group https://www.facebook.com/groups/oldschoolgaming/
Tenkar's Tavern Discord https://discord.gg/5BTwv347yW_
Read more

👍 3    👎    Reply

Wizard Tower Games 1 day ago
Games are being played, and they are games one does not want to play with the Bankruptcy Court.

👍 7    👎    Reply

˅ • 6 replies

Dungeon Hobby Shop 1 day ago
Lol, as you would know, I think bankruptcy is the only thing you're a pro at! Is that 3 or 5 you have filed hard to track Semora

👍    👎    Reply

Tabletop Taproom 1 day ago
@Dungeon Hobby Shop  Oh hey Justine, don't worry about the bankruptcy I'm planning an Indiegogo to raise money for grits so you can feed your family.

👍 2    👎    Reply

Wizard Tower Games 1 day ago
@Dungeon Hobby Shop  since I am going to be a creditor in your case I think debating you online is pointless. We will let the Courts deal with this.

👍 2    👎    Reply

Tenkar's Tavern 1 day ago
@Dungeon Hobby Shop  You forgot to add the disclaimer: I am NOT Justin LaNasa :)

👍 2    👎    Reply

Tabletop Taproom 1 day ago
@Wizard Tower Games  I thought Justin and his social media pages were not to contact you by a judges order in a federal court case?

👍 1    👎    Reply

Wizard Tower Games 1 day ago
@Tabletop Taproom  you are correct.

👍    👎    Reply

Justin using the Dungeon Hobby Shop YouTube account
on Tenkars Tavern video a day ago. Video link is
in the email this PDF is attached to.

EXHIBIT C



| | |
|---|---|
| Document title: | (20+) https://donosemora.com/ These are... - Dungeon Hobby Shop Museum \| Facebook |
| Capture URL: | https://www.facebook.com/DUNGEONHOBBYSHOP/posts/pfbid02KffKvSQpSbrvKX RFxZiZSPyxfYxp4u66gVnXEFkMHVMeZoLztCayCWZnfunB4CG6l |
| Page loaded at (UTC): | Wed, 21 Jun 2023 16:31:42 GMT |
| Capture timestamp (UTC): | Wed, 21 Jun 2023 16:32:32 GMT |
| Capture tool: | 10.22.3 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | vhTjXHWfi4rUYtJbAEB6tJ |
| User: | dwt-jimbudig |

PDF REFERENCE #:        niS3qn7BjftjvrLKRprNAy





Search Facebook

20+

Dungeon Hobby Shop Museum
June 17 at 1:01 PM ·

https://donosemora.com/ These are the people that huddle together as a team. I thought that as you get older, you get wiser. This is not the case for some.

Tim Kask
June 15 at 2:40 PM ·

18 · 9 comments · 1 share

Like · Comment · Share

All comments

Write a comment...

Author
**Dungeon Hobby Shop Museum**
See how people flip 180 when they are offered more gold from another source "No Honor Among Thieves "

Like · Reply · 4d · 4

Top fan
**Mick McArt**
**Dungeon Hobby Shop Museum** true
Like · Reply · 4d

Reply to Dungeon Hobby Shop Museum...

Top fan
**Vincent Florio**
lol he literally sits at conventions and tells people how great he is and tells people how he won't go anywhere unless they pay for it and cover his expenses.. then proceeds to tell people maybe one day you'll get as lucky as him. F that.
Like · Reply · 3d · 3

**Darren Elbert**
His stupidity is staggering when you look at his posts.
Like · Reply · 2d

Search Facebook

20+

https://donosemora.com/ These are the people that huddle together as a team. I thought that as you get older, you get wiser. This is not the case for some.

Tim Kask
June 15 at 2:40 PM ·

18 · 9 comments · 1 share

Like · Comment · Share

All comments

Write a comment...

Author
**Dungeon Hobby Shop Museum**
See how people flip 180 when they are offered more gold from another source "No Honor Among Thieves "

Like · Reply · 4d · 4

Top fan
**Mick McArt**
**Dungeon Hobby Shop Museum** true
Like · Reply · 4d

Reply to Dungeon Hobby Shop Museum...

Top fan
**Vincent Florio**
lol he literally sits at conventions and tells people how great he is and tells people how he won't go anywhere unless they pay for it and cover his expenses.. then proceeds to tell people maybe one day you'll get as lucky as him. F that.
Like · Reply · 3d · 3

**Darren Elbert**
His stupidity is staggering when you look at his posts.
Like · Reply · 2d

Write a comment...

# EXHIBIT D



Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Lauren Rainwater**
206-757-8119 tel
206-757-7358 fax

laurenrainwater@dwt.com

June 20, 2023

**Via Email**

Algernon L. Butler III
Butler & Butler, L.L.P
P.O. Box 38
Wilmington, NC 28402
albutleriii@butlerbutler.com

Re:   *TSR LLC Violating Protective Order in TSR LLC v. Wizards of the Coast LLC*
      *Case No. 2:21-cv-01705-SKV (W.D. Wash.)*

Dear Mr. Butler:

I represent Wizards of the Coast LLC in litigation involving TSR LLC, Justin LaNasa, and the Dungeon Hobby Shop Museum, Case No. 2:21-cv-01705-SKV (W.D. Wash.).  This litigation has been stayed due to TSR LLC's pending bankruptcy petition.  *See* 2:21-cv-01705, Dkt. 57.  I write to inform you of violations of a protective order entered in that litigation and Wizards' intent to enforce that order.  I have copied on this communication Dayna Christian, Nicole McMillan, and Russell Nugent, counsel for TSR LLC and the affiliated parties (the "LaNasa Parties") in the Western District of Washington case.

In November 2022, well before TSR LLC filed its bankruptcy petition, the Western District of Washington court entered the parties' Stipulated Protective Order Governing Conduct. *See* 2:21-cv-01705, Dkt. 47.  I have attached that Order as Exhibit A to this letter for your ease of reference.  Under that Order, parties are barred from "any direct or indirect conduct to improperly influence testimony or participation in this lawsuit," including

- any public, limited audience, or private statements intended to or likely to have the effect of harassing, intimidating, threatening, or otherwise improperly influencing Witnesses or a Party in this litigation;
- the actual or threatened dissemination of any personal information about Witnesses or a Party, including information of a personal nature regardless of whether it may be available in the public domain;
- use of a Witness's or a Party's name or likeness in a derogatory or harassing manner;
- false and intentionally harassing reports to law enforcement about a Witness or a Party;

June 20, 2023
Page 2

- solicitation, encouragement, or suggestion for others to perform any conduct barred by this Protective Order; and
- any other behavior intended to or likely to have the effect of improperly influencing a Witness or a Party.

Wizards sought and the parties ultimately stipulated to this Order after third-party witnesses and subpoena recipients Don Semora and Michael Hovermale were subjected to harassing and threatening posts online and in direct communications.  Among other things, Mr. Semora was the subject of a highly harassing website, donosemora.com.  This website publicized personal information about Mr. Semora and disparaged him and his businesses.  As counsel for Wizards, I contacted the LaNasa Parties' counsel regarding this website and other harassment occurring in September and October 2022.  Although Ms. Christian would not state directly whether the LaNasa Parties were behind the donosemora.com website and the full range of harassing behavior targeting Mr. Semora and Mr. Hovermale, the website and offending posts were taken down by or at the direction of the LaNasa Parties following communication with counsel.  I have attached as Exhibit B to this letter selected correspondence between counsel demonstrating this history.

To Wizards' knowledge, these harassing activities ceased for some time in compliance with the Order.  However, since TSR LLC filed for bankruptcy on June 8, it appears that the perpetrators of the witness intimidation and harassment have resumed their behavior.  The donosemora.com website is back up as of June 14 or earlier.  Anonymous posts on Facebook have directed users to that site, referring to Mr. Semora as a "grifter."  And Mr. LaNasa, posting on his own account, wrote that Mr. Semora "has caused a lot of others in the publishing/game industry a lot of strife, confusion, and injury," threatening that "he will see the scales of justice very soon."  I have attached as Exhibit C to this letter examples of this behavior, captured by my law firm or sent to us by Mr. Semora.

Wizards takes extremely seriously these efforts to harass and intimidate witnesses in the Western District of Washington case, which directly violate the court's Order and offend the judicial process.  As I'm sure you are aware, all laws remain effective in bankruptcy as they do at any other time.  28 U.S.C. § 959(b).  We therefore intend to seek to enforce this Order.

We request that you (1) inform your client TSR LLC, and Mr. LaNasa as its principal, that the Protective Order in the Western District of Washington remains effective and bars activities intended to or likely to have the effect of harassing, intimidating, threatening, or otherwise improperly influencing witnesses in that case.  Please also (2) direct Mr. LaNasa to remove the offending materials and cease any further activities of this nature, or, if appropriate, to direct his associates to do the same.  Finally, we request (3) that you let us know your position regarding whether the bankruptcy stay precludes a motion to enforce the Order in the Western District of Washington.  While we intend to seek the Bankruptcy Court's confirmation of our procedural rights, we would appreciate knowing whether you would oppose on the basis of the stay such a filing in the Western District of Washington case.

June 20, 2023
Page 3


       We request your response on the first two items in the paragraph above by June 22, and your answer regarding the stay by June 28.


Sincerely,

Davis Wright Tremaine LLP

Lauren Rainwater


Encl.


Cc:    Dayna Christian
        Nicole McMillan
        Russell Nugent

Exhibit B

**Almeida, MaryAnn**

---

| | |
|---|---|
| **From:** | Dayna Christian <Dayna.Christian@immixlaw.com> |
| **Sent:** | Thursday, October 20, 2022 12:17 PM |
| **To:** | Rainwater, Lauren; Almeida, MaryAnn |
| **Cc:** | Nicole McMillan; Russell Nugent; Dunwoody, Stuart; McCarty, Rose |
| **Subject:** | RE: Today's hearing |

**[EXTERNAL]**

Lauren,

You are not entitled to convert our email communications into any kind of admission.  If you have some legal basis to support your position, please share it.

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Thursday, October 20, 2022 11:10 AM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

**[This message is from an external sender]**

Dayna,

Your refusal to answer the question of whether your client is behind the Donosemora.com website is a tacit admission that your client created the website.  If your client did not create the website, please simply state that.  If you continue to refuse to answer this question, we will take that as an admission that your client created the website.  This will come up in depositions either way, so I don't understand your refusal to answer the question.

Neither MaryAnn nor I identified Mr. Semora and Mr. Hovermale as "WOTC representatives" during the hearing.  The courtroom deputy made that statement, and I do not know why she made that statement.  We had no knowledge that they would be attending the hearing, and we never would have characterized them as representatives of Wizards of the Coast.  I reiterate again, Mr. Semora and Mr. Hovermale are not representatives or affiliates of Wizards of the Coast, and we do not represent them.  The Court expressly acknowledged these facts during the hearing.  While she cautioned them to not engage in the behavior that was the subject of the hearing, she acknowledged that they would not be bound by the protective order.

If you somehow believe that DWT or Wizards of the Coast is responsible for the conduct of Mr. Semora or Mr. Hovermale, please explain the basis for your position so that we may address it with the Court, if needed.

**Lauren Rainwater** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Thursday, October 20, 2022 10:53 AM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>

**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

[EXTERNAL]

Lauren,

Please do not make any assumptions about my prior email – I was very clear and made no such acknowledgement.

At the beginning of the hearing, the unidentified callers were reported to the Court to be "WOTC representatives" by either you or MaryAnn (I can't recall which of you made that representation to the Court). Later in the hearing, when the callers were required to identify themselves, Mr. Hovermale reported that he was attending "on behalf of WOTC" or something to that extent. I believe Mr. Semora made the same representation.

The Court was careful to not only address Mr. Hovermale and Mr. Semora directly, but also to ensure that the draft PO included all direct and indirect actions by any party and to include all affiliates of any party. Based on the introduction of the callers and their own introductions to the Court, it was made clear that both men are affiliates of WOTC.

Please let me know if you disagree. Maybe it won't matter at all if no one violates the Court's instructions.

Thanks.

---

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Wednesday, October 19, 2022 4:54 PM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

[This message is from an external sender]

Hi Dayna,

I will take your answer below as an acknowledgement that your client created the Donosemora.com website. Please correct me if that is inaccurate.

We appreciate that you have instructed your client to immediately comply with the Court's instructions today. Wizards of the Coast has never engaged in the conduct discussed today, and it will continue refraining from such conduct in accordance with the Court's instructions.

With respect to conduct by Mr. Semora and Mr. Hovermale, as you know, I do not represent them and they are not parties to this lawsuit. As such, they are not bound by the forthcoming protective order, and I have no ability to control their actions. However, both were present during the hearing, and I anticipate they will act in accordance with the Court's instructions.

**Lauren Rainwater** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Wednesday, October 19, 2022 4:28 PM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

**[EXTERNAL]**

Lauren,

I'm told that the video is now down.

I not aware of any intention for the Don Semora website to be live while this case is pending.

I have no idea who may have sent the Anonymousemails to Don Semora and/or Michael Hovermale but I believe that my client is being truthful when he says that it was not him.

Mr. Griffin is a known affiliate of Don Semora and Michael Hovermale. My client and I were not aware of the claim that "Liam Bombardo" is actually Mr. Griffin and question whether that's an accurate claim. Regardless, I trust that the Court's admonition to all parties and witnesses will extend to "indirect" activities such as those of Mr. Griffin.

I've instructed my client to consider the Court's instructions for our pending Protective Order as a directive for immediate compliance. That would include the subjects raised in your email below. I trust you've done the same on your end.

Thank you.

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Wednesday, October 19, 2022 1:15 PM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

**[This message is from an external sender]**

Dayna,

I mentioned the below video, which is still available on YouTube:
https://www.youtube.com/watch?v=p7GuDLkdCVg&t=1s

Thank you for your attention in having that removed.

Could you please confirm whether your clients or any of their family members or associates are behind the Donosemora.com website? If so, please confirm that the website will be permanently taken down.

Could you also please confirm whether your clients or any of their family members or associates sending anonymous emails to Mr. Semora or Mr. Hovermale or anonymously sending mass emails regarding those individuals? If so, please confirm this behavior will stop.

3

With respect to the Liam Barbardo account name, I have been contacted by a gentleman named Scott Griffin who confirmed that is his account.  I also understand that Mr. Lanasa was aware Mr. Griffin was behind that account and that all of the messages between them were private—not publicly posted.

**Lauren Rainwater** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Wednesday, October 19, 2022 12:30 PM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>
**Subject:** Today's hearing

**[EXTERNAL]**

---

Lauren –

During the hearing today you mentioned that there were things that you found online that were still live as of this morning that you expected to have been taken down.  I didn't write fast enough to note what those were.  Can you please remind me and I'll get those addressed?

Thank you,

**Dayna J. Christian** | Attorney
Immix Law Group PC
**600 NW Naito Parkway | Suite G | Portland OR | 97209**
Portland (503) 802.5533 | **F** (503) 802.5351 | **D** (503) 802.5537
dayna.christian@immixlaw.com
Immix Law Group is proud to be a Certified B Corporation.
-------------------------------------------

# EXHIBIT E

**From:** info@wizardtowergames.com <info@wizardtowergames.com>
**Sent:** Monday, November 6, 2023 6:32 AM
**To:** 'Kelly Walden' <kwalden@kelloggarena.com>
**Cc:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Subject:** RE: Wizard Con 2024

**[EXTERNAL]**

Ms. Walden:

The lead attorney for Wizards of the Coast is named Lauren Rainwater:
Her cell number is as follows – 206-757-8119
She is with the legal team handling the Federal Protection Order for myself and other witnesses.

Her email is:  laurenrainwater@dwt.com

Mr. Lanasa and his partners use Anonymous email to attack myself, and I hope you reach out to her to deal this.

Don

**From:** Kelly Walden <kwalden@kelloggarena.com>
**Sent:** Monday, November 6, 2023 9:12 AM
**To:** info@wizardtowergames.com
**Subject:** Re: Wizard Con 2024

Good morning Don,
We have received a few emails that this is a fraudulent event. Did you have issues at a previous event that would cause people to reach out to us at the arena?
Please give me a call so we can discuss before moving forward.
Thank you,
-Kelly

On Sun, Nov 5, 2023 at 11:14 AM <info@wizardtowergames.com> wrote:

> Hello Ms. Walden
>
> We met a couple weeks ago about WizardCon 2024 for July 19, 20, 21 2024
> I am attaching our layout plan and ask that you prepare a contract as discussed. The contract information is as follows.
>
> Wizardcon llc is the main contract holder.
> Donald Semora is the main point of contact.
> My cell is – ███████████
> Email is this one – info@wizardtowergames.com
>
> Once prepared we will review, sign and bring it over with a cashiers check for the deposit. We are looking very forward to the event. Below is the main website and Facebook for the event that is being updated daily.
>
> www.wizardcon.org
> https://www.facebook.com/thewizardcon
>
> Your help and tour was greatly appreciated.
>
> Don

--
**Kelly Walden**
*Interim General Manager*
DL 269.788.1102
O 269.963.4800
1 McCamly Square
Battle Creek, MI 49017
KELLOGG ARENA
FESTIVAL MARKET SQUARE

**From:** info@wizardtowergames.com <info@wizardtowergames.com>
**Sent:** Tuesday, November 7, 2023 10:53 AM
**To:** Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>; Rainwater, Lauren <LaurenRainwater@dwt.com>
**Subject:** FW: New submission from Contact

**[EXTERNAL]**

Ms. Almeida and Ms. Rainwater

As you can see it was Justin Lanasa, as right before the anonymous emails, he sent his own name, email and number verifying I was doing the event there. I am not sure how much more I am expected to take. I think my tolerance and patience in this have been beyond required.

I am asking something be done as soon as you are able.

Don

**From:** Kelly Walden <kwalden@kelloggarena.com>
**Sent:** Tuesday, November 7, 2023 1:48 PM
**To:** info@wizardtowergames.com
**Subject:** Fwd: New submission from Contact

Hi Don,
Found this while trying to find the other email. With his name on it, then he started the emails from a private address.
Can you give me the times on each day again please and your move in move out day/time. I am putting the rental quote together to send out.
I have a meeting tomorrow with our board and I plan on sending out your contract right after I receive final approval.
I apologize for all of these extra steps, but like I said earlier this morning, we are a city owned venue, so just making sure I cover all the bases.
Thank you for understanding!
-Kelly

---------- Forwarded message ---------
From: **kwalden@kelloggarena.com** <kwalden@kelloggarena.com>
Date: Wed, Oct 18, 2023 at 12:24 PM
Subject: New submission from Contact
To: <kwalden@kelloggarena.com>

| Name |
|---|
| Justin LaNasa |

| Email |
|---|
| ███████████ |

| Phone |
|---|
| ████████ |

| Venue of Inquiry |
|---|
| • Kellogg Arena |

| Comments/Questions |
|---|
| I have a question is this person Don Semora /Wizard con have your venue registered for July 19-24 2024 |

--
**Kelly Walden**
*Interim General Manager*
DL 269.788.1102
O 269.963.4800
1 McCamly Square
Battle Creek, MI 49017


FESTIVAL MARKET SQUARE

# EXHIBIT F



News 🌟

Anonymousemail <noreply@anonymousmail.me>
to Wizardtowergamesllc ▾

7:36 PM (8 minutes ago)    ☆    ↰    ⋮

Powered by Anonymousemail → Join Us!

This is not Justin or anyone else who knows him, your day is coming prison is where you are going. No convention will happen your LIES Don will be exposed. We are emailing everyone the nice pics of your wife. AI is a wonderful thing. You can't do anything about it

↰ Reply     ↱ Forward

# EXHIBIT G

**SO ORDERED.**

**SIGNED this 13 day of November, 2023.**

_David M. Warren_
_____
**David M. Warren**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

**In re: TSR LLC,**

                    **Debtor.**

Case No.: 23-01577-5-DMW

### CONSENT ORDER WITH REGARD WIZARDS OF THE COAST LLC'S MOTION FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER is before the Court upon the consent of Movant Wizards of the Coast LLC ("Wizards") and John C. Bircher, Chapter 7 Trustee ("Trustee"). Based on the consent of the parties, the Court makes the following findings of fact and conclusions of law:

<u>FINDINGS OF FACT</u>

1.      Wizards has ongoing litigation pending in the United States District Court for the Western District of Washington with Debtor TSR LLC ("Debtor"), its principal and creditor Justin LaNasa ("LaNasa"), and Dungeon Hobby Shop Museum ("Museum"), an affiliated business (together, the "LaNasa Parties"), over infringement of Wizards' common law trademark rights. That Washington litigation was automatically stayed by Debtor's bankruptcy petition.

2.      Wizards contends that following the Petition Date, LaNasa began violating a protective order from the Washington federal court that barred the parties from harassing or otherwise attempting to unduly influence witnesses in that case. Wizards contends that it needs to move the Washington court to enforce that protective order and for sanctions for its violation.

3.      Wizards is a publisher of fantasy games, including the renowned Dungeons & Dragons game franchise, which it acquired through its 1997 acquisition of D&D's original

publisher TSR, **_Inc_**.  In 2021, newly-formed TSR **_LLC_** sued Wizards in the Western District of Washington, seeking a declaratory judgment that Wizards does not own various trademarks originally established by TSR, **_Inc._**, including the work mark "TSR," various logos, and marks for "Star Frontiers," another game originally published by TSR, **_Inc._**  *See* 21-cv-1705, Dkt. 1 (W.D. Wash. Dec. 29, 2021).  Wizards filed an answer stating its common-law trademark rights in the marks due to continuous use predating TSR LLC's use and asserting counterclaims against Debtor, LaNasa, and the Museum for infringing its rights. 21-cv-1705, Dkt. 11.

4.    In connection with the Washington litigation, Wizards subpoenaed third-party witnesses Don Semora and Michael Hovermale in fall 2022.  Shortly after receiving these subpoenas, Semora and Hovermale were subjected to harassing and threatening posts online and in direct communications.  Among other things, Semora was the subject of a highly harassing website, donosemora.com.  This website publicized personal information about Semora and disparaged him and his businesses.  Wizards' counsel contacted the LaNasa Parties' counsel regarding this website and other harassment occurring in September and October 2022, and it ultimately brought the behavior to the Washington court.

5.    The Washington court entered the parties' stipulated protective order on November 4, 2022.  Under that order, parties are barred from "any direct or indirect conduct to improperly influence testimony or participation in this lawsuit," including:

- any public, limited audience, or private statements intended to or likely to have the effect of harassing, intimidating, threatening, or otherwise improperly influencing Witnesses or a Party in this litigation;
- the actual or threatened dissemination of any personal information about Witnesses or a Party, including information of a personal nature regardless of whether it may be available in the public domain;
- use of a Witness's or a Party's name or likeness in a derogatory or harassing manner;
- false and intentionally harassing reports to law enforcement about a Witness or a Party;
- solicitation, encouragement, or suggestion for others to perform any conduct barred by this Protective Order; and
- any other behavior intended to or likely to have the effect of improperly influencing a Witness or a Party.

6.      To Wizards' knowledge, these harassing activities ceased for some time in compliance with the protective order.  However, when the Debtor filed for bankruptcy on June 8, 2023, the perpetrators of the witness intimidation and harassment allegedly resumed their behavior.

7.      This alleged activity violated the Washington court's protective order and should be brought to that court's attention.  *See* 21-cv-1705 Dkt. 47 ¶ 4 ("Any violation of this Protective Order shall be brought to the Court's attention.").  Wizards filed its Motion seeking confirmation from this Court of its ability to do so without violating the bankruptcy stay, or, in the alternative, relief from the stay for that purpose.

<u>CONCLUSIONS OF LAW</u>

1.      "As a general proposition, the stay imposed under § 362(a)(1) applies only to bar proceedings against the debtor, and does not apply to actions against non-debtor third parties or codefendants of the debtor."  *Holland v. High Power Energy*, 248 B.R. 53, 57 (S.D.W. Va. 2000).

2.      LaNasa and Museum are non-debtor third-parties and the automatic stay does not apply to those parties.

3.      Pursuant to 11 U.S.C. § 541(a), the filing of the bankruptcy petition created an estate.  The Trustee was appointed pursuant to Chapter 7 of the Bankruptcy Code.  The creation of the estate and appointment of the Trustee had the legal effect of precluding LaNasa, and any other former officer or director of the Debtor, from acting on the Debtor's behalf. As a result, any conduct of LaNasa and/or Museum that occurred post-petition could not legally be imputed to the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

A.      The automatic stay does not apply to any action Wizards wishes to take with respect to LaNasa and/or Museum.

B.      LaNasa's and/or Museum's post-petition conduct may not be legally imputed to the Debtor.


WE CONSENT:


 /s/ John C. Bircher III                                /s/ Brian D. Darer
John C. Bircher III                               Brian D. Darer
N.C. State Bar No. 24119                          N.C. State Bar No. 25383
Davis Hartman Wright                              Parker Poe Adams & Bernstein LLP
209 Pollock Street                                301 Fayetteville Street, Suite 1400
New Bern, NC 28560                                Raleigh, NC 27601
Telephone: (252) 262-7055                         Telephone: (919) 828-0564
Email: jcb@dhwlegal.com                           Email: briandarer@parkerpoe.com
*Chapter 7 Trustee*                               *Counsel for Wizards of the Coast LLC*


<center>END OF DOCUMENT</center>