The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

TSR LLC,

Plaintiff,

v.

WIZARDS OF THE COAST LLC,

Defendant.

WIZARDS OF THE COAST LLC,

Counterclaim Plaintiff,

v.

TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,

Counterclaim Defendants.

Case No.: 2:21-cv-01705-SKV

**DECLARATION OF JUSTIN LANASA IN SUPPORT OF COUNTERCLAIM DEFENDANTS' RESPONSE TO DEFENDANT AND COUNTERCLAIM PLAINTIFF'S MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT**

I, Justin LaNasa, declare as follows:

1. I am the registered owner of TSR LLC ("TSR") and the Dungeon Hobby Shop Museum LLC (the "Museum"). In this declaration, I will refer to Don Semora and his company, Wizard Tower Games, collectively as "Mr. Semora." I have personal knowledge of the facts set forth herein based on my recollection and review of contemporaneous communications, and if called as a witness, I could and would testify under oath to the matters set forth herein.

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

2. Despite Wizards' accusation and suggestion, I do not have the www.donosemora.com website registered to me nor is the website within my control.

3. The Museum and I have obeyed the Protective Order and intend to continue to do so until the case is finally finished.

4. Neither the Museum nor I use the handle "Anonymous member" on social media or otherwise. Neither the Museum nor I own or control an "Anonymous member" Facebook account.

5. I have read the "Anonymousemail" that states, in part: "This is not Justin or anyone else who knows him." This email was not written by me personally or on behalf of the Museum. Neither the Museum nor I have ever used an "Anonymousemail" account. I have also reviewed Exhibit B to Ms. Rainwater's declaration and believe the references to "me" or "I" are those of Mr. Semora. I am not "Vance K. Yarg" and I do not control the Vance K. Yarg Facebook account referenced in Exhibit B.

6. When the Museum or I want to post on social media or communicate, we each do so in an open, honest, and direct way by using our own names, email accounts registered to us, our known handles, or our own social media accounts that identify us openly.

7. I (on behalf of myself, TSR, and the Museum) welcomed the Court's entry of a Protective Order over all involved in the litigation, including third party witnesses, to bring respect to the litigation process. I hoped the stipulated order would protect me from harassment that I have suffered.

8. In the many months that I have communicated with Mr. Semora, I have never intended to negatively influence Mr. Semora as a witness and instead, I welcome his participation in the litigation as a witness subject to the evidence rules and under penalty of perjury.

9. There is a Facebook group called "Star Frontiers New Genesis discussion group (unofficial)" (https://www.facebook.com/groups/296148055926417/) and other Facebook groups or pages where Mr. Semora regularly posts comments and content aimed at harassing, insulting,

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

and attempting to intimidate me. Below are some examples of lewd and harassing posts by Mr. Semora.

**Thomas Verreault Jr**
Erik Tenkar did post here so I deleted my post and Ill add my comment here:
I was named in an anonymous email- nothing new except that this email lacks the fingerprints of Justin Lanasa. I wish it was because the IP address of the email is discoverable by court order and this would mean Justin just screwed up big time by contacting the person he is suing. No the grammar and syntax point to a lackey and co-conspirator of Justin's, his very own Wormtongue and Koolade dribbler that betrayed Don Semora, Eric Tenkar, and myself after professing friendship and "having our back".
How do I know he is a Koolade dribbler - his statement about being on the right side of history.
Hey, Wromtongue you can wipe the Koolade off your chin but that will do nothing for the stain of the red dye all over your lips and face.

10h 2

**Michael Brendan**
Thomas Verreault Jr

Oh no!

8h

**Don Semora**
Thomas Verreault Jr fuck him he is a coward, him and Lanasa can give each other hand jobs while researching how to make games properly.

/ / /

/ / /

/ / /

/ / /

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



1w
Don Semora
Dinehart after a meeting with Lanasa
1w
Charles Urbach
This is ridiculous revisionist history, easily disproven with the tiniest effort at fact finding. Aside from the obvious butt kissing, I'm filled with wondering about what the actual goal is here. Is it just general flattery and bs posturing or is this part of a bigger attempt to somehow capitalize on the situation. A lot of what Dinehart has done the last few months feels like an attempt to set something up with the pieces leftover from TSR's fall. I also wonder how much of this he believes personally or if it's an extension of the TSR grift. I don't know how anyone following the details of the lawsuits and related actions by Mario and company could take a single word of this seriously.
6
1w
Michael Brendan replied · 5 Replies
Jack McNaughton
If Justin is bankrupted and obliterated by the lawsuit, isn't that just good karma? I mean, this is just evil little bridge trolls getting what they deserve at the end of the day, right?

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 4

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Star Frontiers New Genesis discussion group (unofficial)
friends in the hobby.
4
16h
Jason Ezra replied · 6 Replies
Don Semora
21h ·
Oh lets not forget when I confronted Justin Lanasa on Dave Johnsons nazi posts. What was his response.. Well you all wonder why I called him Der Fuhrer.
Justin LaNasa
IT'S OKAY TO BE WHITE
Those I screen grabbed from his Twitter before he deleted them.
Having an opinion is one thing, but he was flat out making openly racist, anti-semetic and worse posts. And blames it on ANTIFA hackers?
I don't like antifa iam I a nazi
Oh ok
Justin LaNasa
Customize chat
Change theme
Change emoji
Edit nicknames
Search in conversation
Media, files and links
Media
Files
Links
Privacy & support
Mute notifications
Ignore messages
Block
Report
18
11
Like
Comment
Share
View 7 previous comments
Brain Liberius
The King of Grifts and Grits!
1h
Joe Stash
This is the thing I don't get. It's all about 'Murica with these Nazis.
You can't have it both ways.
47m

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 5

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

10. Mr. Semora posted on Facebook days ago that suggests that he his tracking my business dealings and suggesting to the public that my business is not properly formed and somehow engaging in illegal activities.

Don Semora
2d ·
Another business of Lanasa's. His email is listed as the email contact. Seems pot is a business he is also into. No llc filed, but the name is reserved for filing. I plan to ensure proper people know.
https://www.facebook.com/happyacresnc
Happy Acres NC
This is the Facebook page for Happy Acres NC.
13
7
Like
Comment
Share
View more comments
Lainie Gentry
It's CBD hemp. Legal in all 50 states.
2d
Ed Liberatore
I'm sure the only happy thing about those acres... is the name.
1d

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 6

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

11. Mr. Semora regularly posts content on Facebook and participates in videos on YouTube that discuss the disputes between us, the pending case in Washington, and the pending bankruptcy of TSR in North Carolina.

Star Frontiers New Genesis discussion group (unofficial)
Like
Comment
Share
Thomas Verreault Jr
1d ·
There is a moral to Justin's story.
He COULD have gotten away with so much of what he pulled.
The moral is this if you are going to pull shenanigans don't go around pissing in everyone's Wheaties- it makes people very happy to see to it that you don't get away with your BS.
The dumbass has brought down on his own head everything that is headed his way.
BANKRUPT
TSR
The Game Wizards
The Bankrupt Wizards
"We make $300k disappear!"
24
9
Like
Comment
Share
View 5 previous comments
Tanner Augier
hahahahahahaha
1d
Don Semora
He is a two legged lying, crawling piece of shit. I cannot wait for my day in court against him.
3
1d

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 7

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Tom/Jedion
Don
0:00 / 1:40:00
Live with Don Semora of Wizard Tower Games
Tabletop Taproom
611 subscribers
Subscribe
12
Share
Download
Clip
Save
159 views Streamed live on Jan 17, 2023
We're going to find out about games in developed and he's consented to answer questions related to legal issues......
Transcript
Follow along using the transcript.
Show transcript
Tabletop Taproom
611 subscribers
Videos
About

https://www.youtube.com/watch?v=zFAcfV-l7lE

January 17, 2023, 161 views

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 8

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

https://www.youtube.com/watch?v=L522B3F5B3s

August 29, 2023, 265 views

Discussion regarding Mr. Semora using Wizards' counsel for his own personal issues is at time stamp 21:56 to 24:05.

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 9

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Star Frontiers New Genesis discussion group (unofficial)
Don Semora · November 9 at 12:25 PM ·
I was attacked by Lanasa on several serious levels this week, and want to let people know in case he is trying to spread this to others. I will be going live at 9:00 EST with this.
WIZARD TOWER GAMES
Official YouTube Channel
Kim Wincen
I believe she was on the payroll for RPGA etc
YOUTUBE.COM
Attacked by Lanasa Again
Stolen valor, Trying to ruin Wizard Con
10
2 comments
Like
Comment
Share

https://www.youtube.com/watch?v=nd-SYkBMHSU&t=1846s

November 9, 2023, 338 views

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 10

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Tom/Jedion
Tenkar
Don (Wizard Tower Ganes)
0:01 / 1:32:16
Fireside Chat with Erik Tenkar and Don from Wizard Tower Games
Tabletop Taproom
610 subscribers
Subscribe
24
Share
Download
Clip
Save
351 views Streamed 3 months ago
We'll be discussing "The Secret Cabal" with receipts
Check out the Tavern News Network of like-minded Gaming Vloggers: Tenkar's Tavern: https://tenkarstavern.substack.com/ ...more

https://www.youtube.com/watch?v=s0eOe9KQ_SI

July 28, 2023, 352 views

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 11

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Star Frontiers New Genesis discussion group (unofficial)
Counterclaim Plaintiff,
v.
TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,
Counterclaim Defendants.
Plaintiff and Counterclaim Defendant TSR LLC submitted notice of its pending bankruptcy action under 11 U.S.C. § 301, filed with the United States Bankruptcy Court for the Eastern District of North Carolina. Dkt. 56. As the filing of the bankruptcy petition invokes the provisions of the automatic stay under 11 U.S.C. § 362, the Court hereby ORDERS:
ay of June, 2023.
S. KATE VAUGHA
United States Magist
David Flor
1d ·
And it's official... Due to NuTSR filing for bankruptcy, the case with WotC is stayed and all dates striken from the schedule.
It's the case that never ends...
7
9
Like
Comment
View 5 previous comments
Lori Lye
By filing Chapter 7, he's made a huge mistake. Now everyone can plumb the depths of his personal finances. It also requires him to liquidate everything to pay off his creditors, which includes his properties, his home, his vehicles, and empty his bank ... See more
1d Edited
3
Don Semora
Keep in mind what this Stay does. It only puts the case on hold. It only stops those he lists as creditors from trying to collect, harass him etc. It does not prevent those he has not listed in collecting, nor does it cease the existing orders of the court.
1d
6

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 12

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Coffee, The Good Life, and Defamation Lawsuits
Tabletop Taproom
599 subscribers
Subscribe
16
Share
Download
Clip
Save
152 views 2 days ago
Today we are discussing coffee, living the good life, and a recent filing in a defamation lawsuit. But also touched on it what intangible thing is it that gaming gives us? Why wouldn't someone contest being labeled a Yatzi sympathizer and criminal?
...more
5 Comments
Sort by
Add a comment...
@tabletoptaproom 2 days ago
I just got clarification from Don at WTG regarding the Lost Adventures. They are autographed by Tim, original scans, also converted into BECMI / Basic, AD&D 1E and 5E limited to 300 copies and the presales are going on right now and they are selling fast.
3
Reply
@wizardtowergames 2 days ago
WOTC / LANASA = This is my take. Early 2021 WOTC did not know who he was. Then they see him using their IP, so they send him a C&D, and keep in mind the C&D was not for using TSR, ir was for the logos etc. I think WOTC knew based on letting Jayson using TSR they would not win. However.... Lanasa is happy, WOTC did what he was hoping, so he creates a game designed to embarrass them into paying him, he saddles with Ernie as he felt with a Gygax involved as a partner in TSR WOTC would fear him. So to make sure the deal was sealed Lanasa filed this lawsuit to force WOTC to pay him 100 million, yes I said 100 million. Lanasa bragged about that in detail on the phone with me. So, I am waiting for Lanasa to claim he never said it, as when you are on the stand and you are listening to your own words it is impossible to say I never said it. Unlike Lanasa, I do not make accusations I cannot back up with as my friend Erik Tenkar and Tom here say.... The Receipts.
Show less
1
Reply
@wizardtowergames 2 days ago
Why is an interesting question, and you NAILED it. I went into publishing as I loved gaming, I could create things, meet people, gratification. But when you get into it to make a 100 million in a Trademark squat... That is not a good "Why".
2
Reply
@wizardtowergames 2 days ago
I will add, Lien on property, tax refunds, lottery winnings, judgements he gets from others, liens on bank accounts.
1
Reply

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 13

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Don Semora
June 19 ·
So Justin files a Affidavit in Federal Court saying he never even met me until mid October of 2021. As with everything with that guy it is simply lies. So here is well..... Proof he lied.
The guy along with his cronie Dave, lied to a Federal Court judge in a sworn Affidavit. Seems I met him earlier.... a LOT earlier....
Justin LaNasa
Justin LaNasa
Facebook
You're not friends on Facebook
1 mutual friend: Erol Otus
JUN 19, 2021 AT 9:15 AM
What's price on books
JUN 19, 2021 AT 11:23 AM
Hello, good morning. Yes I got a
SR con flyers if you would like
Hello Justin, I will get that out to you ASAP in the morning
15
4 comments
Like
Comment
Share

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 14

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

18w Like Reply Share
Don Semora
To clarify as I am the target of Justins BS. WOTC has a court order barring Lanasa or his cronies from engaging in attacks against me and Hovermale. Lanasa and his Cronies seem to think filing Bankruptcy means he is free to do as he pleases.
WOTC disagrees and has done so with full receipts. It will be up to the judge but I think Justin has miscalculated here. I am confident WOTC will get this dealt with properly.
Hope to see everyone Monday in Court. Its a zoom call and I think it is public.
12
18w Like Reply Share
TK Kennedy
Don Semora I think firstly what he and his ilk has does is deplorable and I hope the judge sides with not allowing a delay of the WoTC case. Secondly I can hear the screams now of how his first amendment rights are being violated (which they are not)
2
18w Like Reply Share
Pauli Kidd
Don Semora I sure hope you can somehow save some highlights! This should be epic.
Hey - you know, i bet the Freemasons would kick someone out if they heard they were doing the sort of crap LaNasa is doing. It would sure be a shame if they found out...
5
18w Like Reply Share
George Loki Williams
Pauli Kidd Beat me to it! Do this!
2
18w Like Reply Share
Erik Hawley
I love it when we get the the "find out" phase of the "F around and find out" process!
11
18w Like Reply Share Edited

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 15

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351



Jayson Elliot
1d ·
Wizards' lawyers would probably be interested to see that Justin and his buddies are still claiming that they're the "original home of Dungeons & Dragons."
https://www.facebook.com/wfdgames/posts/pfbid028NC7LSCpgJ9SpB48tcDqPcmR8AWiyi3ZYSEoQeEmhFQP6rKvPXuK7hj1W2yU7Ss5l
This content isn't available right now
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.
9
24
Like
Comment
Share
View 3 previous comments
Don Semora
They have one of the best Bankruptcy legal firms in the Country handling this now. I am sure they are all over and a lot more.
2
1d
Ed Liberatore
"It's not only a keen, spring-fed resort town..."
Another thought: Who says "keen" unironically in 2023, outside of reruns of 'Leave It To Beaver'?
12h Edited

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 16

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

12. The above examples collected by me are just a few of the nearly constant taunts, harassing content, threats, and provocative content posted by Mr. Semora against me, the Museum, and TSR. In addition to Mr. Semora's direct posts, he also regularly comments upon the public posts and videos posted by others to further taunt, harass, and threaten me and my companies. If requested by the Court, I will testify to or provide proof of this additional content.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED November 27, 2023, at New Hanover County, North Carolina.

Justin LaNasa

DECLARATION OF JUSTIN LANASA IN SUPPORT OF RESPONSE TO MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT Page 17

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I caused to be served a true copy of the foregoing **DECLARATION OF JUSTIN LANASA IN SUPPORT OF COUNTERCLAIM DEFENDANTS' RESPONSE TO DEFENDANT AND COUNTERCLAIM PLAINTIFF'S MOTION TO ENFORCE THE PROTECTIVE ORDER GOVERNING CONDUCT** on the party or attorneys listed below, by email:

Lauren B. Rainwater
MaryAnn T. Almeida
Tyler Bourke
Eric Franz
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104
laurenrainwater@dwt.com
maryannalmeida@dwt.com
ericfranz@dwt.com
tylerbourke@dwt.com
Phone: (206) 622-3150

*Attorneys for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC*

Russell D. Nugent
THE HUMPHRIES LAW FIRM P.C.
1904 Eastwood Rd, Ste 310A
Wilmington, NC 28403
russell@kinglawonline.com
Phone: 910-899-0236

*Accepted Pro Hac Vice for Plaintiff TSR LLC, and Counterclaim Defendants TSR LLC, Justin LaNasa, and Dungeon Hobby Shop Museum LLC*

Dayna J. Christian, WSB No. 32459
IMMIX LAW GROUP PC
400 Winslow Way E., Suite 210
Bainbridge Island, WA 98110
Dayna.Christian@immixlaw.com
Phone: (503) 802-5533

Attorneys for Plaintiff and Counterclaim Defendant TSR LLC and Counterclaim Defendants Justin LaNasa and Dungeon Hobby Shop Museum LLC

Immix Law Group PC
400 Winslow Way E. Suite 210
Bainbridge Island, WA 98110
Phone: (503) 802-5533
Facsimile: (503) 802-5351