The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, <br><br> Plaintiff, <br><br> v. <br><br> WIZARDS OF THE COAST LLC, <br><br> Defendant. | No. 2:21-cv-01705-SKV <br><br> **STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS** |
| WIZARDS OF THE COAST LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, <br><br> Counterclaim Defendants. | **NOTED FOR CONSIDERATION:** <br> MAY 28, 2024 |

## I.     STIPULATION

Plaintiff/Counterclaim Defendant TSR LLC, through its Chapter 7 Trustee, and Defendant/Counterclaim Plaintiff Wizards of the Coast LLC ("Wizards"), through its counsel, hereby stipulate and agree as follows:

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS
(2:21-cv-01705-SKV) - 1
4859-1622-6496v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. On June 8, 2023, TSR LLC filed a Chapter 7 Petition in the United States Bankruptcy Court for the Eastern District of North Carolina, Case No. 23-01577-5-DMW. On June 12, 2023, John C. Bircher III was appointed Chapter 7 Trustee for TSR LLC (the "Trustee").

2. On June 15, 2023, the present litigation was stayed pursuant to the bankruptcy automatic stay, 11 U.S.C. § 362.

3. On April 5, 2024, the Trustee and Wizards entered into a settlement agreement pursuant to which Wizards acquired from TSR LLC the trademarks at issue in this litigation, and the Trustee agreed to dismiss with prejudice TSR LLC's claims against Wizards in this litigation (the "Settlement Agreement"). The Settlement Agreement further provides that TSR LLC and Wizards shall bear their own costs and fees, including attorneys' fees, with respect to TSR LLC's claims against Wizards.

4. Additionally, the Settlement Agreement provides that Wizards' proof of claim in the TSR LLC bankruptcy shall be an allowed, unsecured claim, which resolves Wizards' counterclaims against TSR LLC in this litigation. Accordingly, Wizards agreed to dismiss without prejudice its counterclaims against TSR LLC in this litigation.

5. On May 13, 2024, the Bankruptcy Court granted the Trustee's motion to approve the Settlement Agreement.

6. Accordingly, TSR LLC and Wizards request that the Court dismiss with prejudice all of TSR LLC's claims against Wizards in this matter. TSR LLC and Wizards request that the Court dismiss without prejudice Wizards' counterclaims against TSR LLC in this matter.

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS
(2:21-cv-01705-SKV) - 2
4859-1622-6496v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED TO AND DATED this _____ day of May, 2024.

| DAVIS HARTMAN WRIGHT, LLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____<br>John C. Bircher III<br>209 Pollock Street<br>New Bern, NC 28560<br>(252) 262-7055<br>Email: jcb@dhwlegal.com<br><br>*Chapter 7 Trustee for Plaintiff/Counterclaim Defendant TSR LLC* | By: /s/_____<br>Lauren Rainwater, WSBA #43625<br>MaryAnn T. Almeida, WSBA #49086<br>Eric A. Franz, WSBA #52755<br>Tyler J. Bourke, WSBA #59764<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206-622-3150 / Fax: 206-757-7700<br>Email: laurenrainwater@dwt.com<br>Email: maryannalmeida@dwt.com<br>Email: ericfranz@dwt.com<br>Email: tylerbourke@dwt.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC* |

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS
(2:21-cv-01705-SKV) - 3
4859-1622-6496v.1 0122643-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED TO AND DATED this 28th day of May, 2024.

| DAVIS HARTMAN WRIGHT, LLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____<br>John C. Bircher III<br>209 Pollock Street<br>New Bern, NC 28560<br>(252) 262-7055<br>Email: jcb@dhwlegal.com<br><br>*Chapter 7 Trustee for Plaintiff/Counterclaim Defendant TSR LLC* | By: */s/ Lauren Rainwater*<br>Lauren Rainwater, WSBA #43625<br>MaryAnn T. Almeida, WSBA #49086<br>Eric A. Franz, WSBA #52755<br>Tyler J. Bourke, WSBA #59764<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206-622-3150 / Fax: 206-757-7700<br>Email: laurenrainwater@dwt.com<br>Email: maryannalmeida@dwt.com<br>Email: ericfranz@dwt.com<br>Email: tylerbourke@dwt.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC* |

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS
(2:21-cv-01705-SKV) - 3
4859-1622-6496v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## II. [PROPOSED] ORDER

The Court GRANTS the parties' stipulation as follows:

1. All claims asserted by TSR LLC against Wizards of the Coast LLC in this matter are dismissed with prejudice. Each party shall bear their own costs and fees with respect to TSR LLC's claims against Wizards of the Coast LLC.

2. All counterclaims asserted by Wizards of the Coast LLC against TSR LLC in this matter are dismissed without prejudice.

IT IS SO ORDERED.

Dated this _____ day of May, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS
(2:21-cv-01705-SKV) - 4
4859-1622-6496v.1 0034412-000045

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax