The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TSR LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>WIZARDS OF THE COAST LLC,<br><br>    Defendant.<br><br>WIZARDS OF THE COAST LLC,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC,<br><br>    Counterclaim Defendants. | No. 2:21-cv-01705-SKV<br><br>**NOTICE OF WITHDRAWAL OF TYLER BOURKE**<br><br>*Clerk's Action Required* |

TO:        CLERK OF COURT

AND TO:    ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that Tyler Bourke of Davis Wright Tremaine LLP hereby withdraws as counsel of record for Defendant and Counterclaim Plaintiff, Wizards of the Coast LLC in the above-entitled action.

NOTICE OF WITHDRAWAL OF T. BOURKE — 1
(2:21-cv-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    Lauren Rainwater, MaryAnn T. Almeida, and Eric A. Franz, of Davis Wright Tremaine
2 LLP will continue as counsel for Defendant and Counterclaim Plaintiff in this action.
3    DATED this 24th day of July, 2024.

DAVIS WRIGHT TREMAINE LLP
Withdrawing Attorney for Defendant
Wizards of the Coast LLC

By: *s/Tyler Bourke*
    Tyler Bourke, WSBA #59764
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Tel: 206-622-3150 / Fax: 206-757-7700
    Email:  tylerbourke@dwt.com

DAVIS WRIGHT TREMAINE LLP
Remaining Attorneys for Defendant
Wizards of the Coast LLC

By: *s/Lauren Rainwater*
    Lauren Rainwater, WSBA #43625
    MaryAnn T. Almeida, WSBA #49086
    Eric A. Franz, WSBA #52755
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Tel: 206-622-3150 / Fax: 206-757-7700
    Email:  laurenrainwater@dwt.com
    Email:  maryannalmeida@dwt.com
    Email:  ericfranz@dwt.com

NOTICE OF WITHDRAWAL OF T. BOURKE — 2
(2:21-cv-01705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax