| | |
|---|---|
| | The Honorable S. Kate Vaughan |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSR LLC, | No. 2:21-cv-01705-SKV |
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL** |
| v. | CLERK'S ACTION REQUIRED |
| WIZARDS OF THE COAST LLC, | |
| Defendant. | |
| WIZARDS OF THE COAST LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| TSR LLC; JUSTIN LANASA; and DUNGEON HOBBY SHOP MUSEUM LLC, | |
| Counterclaim Defendants. | |

Defendant/Counterclaim Plaintiff Wizards of the Coast LLC and Counterclaim Defendants Justin LaNasa and Dungeon Hobby Shop Museum LLC submit this Stipulated Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2). The Parties have resolved all claims between them and therefore stipulate to the dismissal of all claims with prejudice and without attorneys' fees or costs to any party. The claims involving TSR LLC have already been dismissed, Dkt. 66.

STIPULATED NOTICE OF DISMISSAL
(2:21-cv-01705-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED TO AND DATED this 22nd day of October, 2024.

| IMMIX LAW GROUP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Dayna J. Christian* | By: */s/ Lauren Rainwater* |
| Dayna J. Christian<br>IMMIX LAW GROUP PC<br>400 Winslow Way E., Suite 210<br>Bainbridge Island, WA 98110<br>Email: dayna.christian@immixlaw.com<br><br>Nicole L. McMillan<br>IMMIX LAW GROUP PC<br>600 NW Naito Parkway, Suite G<br>Portland, OR 97209<br>Email: nicole.mcmillan@immixlaw.com<br><br>Russell D. Nugent<br>THE HUMPHRIES LAW FIRM P.C.<br>1904 Eastwood Road, Suite 310A<br>Wilmington, NC 28403<br>Email: russell@kinglawonline.com<br><br>*Attorneys for Counterclaim Defendants Justin LaNasa and Dungeon Hobby Shop Museum* | Lauren Rainwater, WSBA #43625<br>MaryAnn T. Almeida, WSBA #49086<br>Eric A. Franz, WSBA #52755<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Tel: 206-622-3150 / Fax: 206-757-7700<br>Email:  laurenrainwater@dwt.com<br>Email:  maryannalmeida@dwt.com<br>Email:  ericfranz@dwt.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Wizards of the Coast LLC* |

STIPULATED NOTICE OF DISMISSAL
(2:21-cv-01705-SKV) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax